NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647
     Facsimile: (213) 894-6436
     E-mail:   Mack.Jenkins@usdoj.gov
               Veronica.Dragalin@usdooj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**LODGED**
CLERK, U.S. DISTRICT COURT
06/22/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CLO_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20- 2:20-mj-02910 |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS |
| v. | **(UNDER SEAL)** |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is GRANTED. The government's complaint and any related documents (except arrest warrants), as well as the government's ex parte application to seal and this order shall be kept under seal until such time as the defendant is taken into custody on the charges

//

//

//

contained in the complaint, at which point the government may produce the documents to defendant, his counsel, and otherwise make it public. The government may produce the complaint and any related documents as permitted or required by applicable law.

6/22/2020

DATE

HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal.  The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
 DATE                                    HONORABLE PATRICK J. WALSH
                                         UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Mack E. Jenkins*
_____
MACK E. JENKINS
Assistant United States Attorney