

FILED
CLERK, U.S. DISTRICT COURT
06/23/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___clo___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>v.<br><br>JOSE LUIS HUIZAR<br>USMS# _____ | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>20-mj-02910<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 06/23/2020 8:00    ☒ AM    ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):    ☒ Yes    ☐ No

4. Charges under which defendant has been booked:

   18 USC 1962(d) - RICO

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:    ☒ No    ☐ Yes    Language: N/A

7. Year of Birth: 1968

8. Defendant has retained counsel:    ☐ No
   ☒ Yes    Name: Vicky Podberesky/ Mary Andrues    Phone Number: (310) 779-5728

9. Name of Pretrial Services Officer notified: E-mail

10. Remarks (if any): N/A

11. Name: SA Andy Civetti    (please print)

12. Office Phone Number: 310-294-0386    13. Agency: FBI

14. Signature: _[signature]_    15. Date: 06/23/2020

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION