UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | Case Number: 2:20-MJ-02910-1 |
|---|---|---|
| | Plaintiff, | |
| vs. | | NOTICE DIRECTING DEFENDANT TO APPEAR FOR PRELIMINARY HEARING AND FOR ARRAIGNMENT ON INDICTMENT/INFORMATION |
| Jose Luis Huizar | Defendant. | |

YOU ARE HEREBY NOTIFIED AND DIRECTED to appear before United States Magistrate Judge __Duty__, United States Courthouse located at:

☒ Western Division         ☐ Southern Division         ☐ Eastern Division
255 E. Temple Street       411 W. Fourth Street        3470 Twelfth Street
Courtroom 341, 3rd Floor   Courtroom ___, ___ Floor    Courtroom ___, ___ Floor
Los Angeles, CA 90012      Santa Ana, CA 92701         Riverside, CA 92501

at __11:30__ ☒AM / ☐PM on __7/14/2020__, for your Preliminary Hearing. You are hereby directed to appear on this date unless you are informed that an indictment or information is filed against you in the U.S. District Court prior to the date set forth herein.

If an indictment or information has been filed, YOU ARE NOTIFIED AND DIRECTED to appear without further notice before United States Magistrate Judge __Duty__, United States Courthouse located at:

☒ Western Division         ☐ Southern Division         ☐ Eastern Division
255 E. Temple Street       411 W. Fourth Street        3470 Twelfth Street
Courtroom 341, 3rd Floor   Courtroom ___, ___ Floor    Courtroom ___, ___ Floor
Los Angeles, CA 90012      Santa Ana, CA 92701         Riverside, CA 92501

at __11:30__ ☒AM / ☐PM on __7/20/2020__, at which time you shall be arraigned on the indictment / information. Upon arraignment, your case will be assigned to a Judge of this Court before whom you must be prepared to appear on the same day and enter a plea.

If you have retained your own attorney, he or she must be present with you on the date ordered above. If you do not have an attorney, an attorney will be appointed to represent you at the time, provided you are without sufficient funds to retain a private attorney.

**IF YOU FAIL TO APPEAR AT THE DATE, TIME AND PLACE INDICATED, YOUR PRESENT BOND WILL BE FORFEITED AND THE COURT WILL ISSUE A WARRANT FOR YOUR ARREST.**

NOTE: Your case may be assigned for further proceedings in a division **different from the one indicated above**. If so, a notice will be mailed to you and your attorney; therefore, keep in close contact with your attorney so you will not waste time and effort by going to the wrong location.

Filed & Dated: __6/23/2020__

Clerk, U.S. District Court

By: __C. Haul__

Magistrate Judge Courtroom Deputy Clerk