```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                          JUN 23 2020

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    PLAINTIFF<br>v.<br><br>Jose Luis Huizar<br>                    DEFENDANT. | CASE NUMBER:<br><br>MJ 20-2910-1<br><br><br>DECLARATION RE PASSPORT AND<br>OTHER TRAVEL DOCUMENTS |
|---|---|

I, __Jose Huizar_____, declare that
           *(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☒ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __23__ day of __June_____, 20 __20__
at __Los Angeles, CA___ ~~90013~~ 90013_____
           *(City and State)*

                                    _____Mary Carter Andrues_____
                                    *Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____           _____
                                                        *Interpreter*

CR-37 (05/15)                    DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS