# *United States Probation & Pretrial Services*

United States District Court
Central District of California

Kiry K. Gray
District Court Executive / Clerk of Court



Michelle A. Carey
Chief Probation & Pretrial Services Officer

**FILED**
CLERK, U.S. DISTRICT COURT

06/24/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___clo___ DEPUTY

PACTS No: 7027003

**Passport Receipt**

Defendant Name: JOSE LUIS HUIZAR

Name on passport, if different: SAME

Country of Origin: U.S.A.

Date passport issued: 11 JUNE 2015

Expiration date of passport: 10 JUNE 2025

Ordered by court in the Central District of California or

Docket Number: 2:20-2910M

MARY CARTER ANDRUES (COUNSEL)
Surrendered By

6-23-2020
Date

FERNANDO BASULTO (PSA)
Received By

6-23-2020
Date

_____
Returned To

_____
Date

_____
Returned By

_____
Date

Purpose Returned _____

Address (if mailed)