NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdooj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>JOSE LUIS HUIZAR,<br><br>             Defendant. | No. 2:20-MJ-2910<br><br>NOTICE OF APPEARANCE |
|---|---|

Plaintiff, United States of America, hereby advises the court that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-Mail Address |
|---|---|---|
| Newly Assigned AUSA | Veronica Dragalin | Veronica.Dragalin@usdoj.gov |

Please make all necessary changes to the court's case Management/Electronic Case Filing system to ensure that the newly

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: June 30, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

   /s/ Veronica Dragalin
VERONICA DRAGALIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA