| Name & Address: |
|---|
| Carel Ale (Bar No. 283717) Deputy Federal Public Defender |
| 321 E. Second Street, Los Angeles, California 90012 |
| Phone: (213) 894-5186; Fax: (213) 894-0081 |
| [E-Mail: Carel_Ale@fd.org] |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 20-mj-02910 |
| v. | |
| JOSE LUIS HUIZAR, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [✓] Lodged:  (**List Documents**)

Ex Parte Application to File In Camera; [Proposed] Order; In Camera Documents; CJA Form 23; Addendum to CJA Form 23; Memorandum of Points and Authorities in Support of Defendant's Request for Appointment of Counsel; [Proposed] Order

**Reason:**

- [ ] Under Seal
- [✓] In Camera
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Per Court order dated: _____
- [ ] Other:

07/16/2020
Date

/s/ Carel Ale
Attorney Name

Jose Luis Huizar, Defendant
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)        **NOTICE OF MANUAL FILING OR LODGING**