MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-MJ-2910 |
| v. | |
| JOSE LUIS HUIZAR | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

1) Government's Response to Defendant Jose Luis Huizar's Second Ex Parte Application for an Order Appointing the Office of the Federal Public Defender as Counsel;
2) Government's Ex Parte Application to Seal;
3) Proposed Order to Seal

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

July 20, 2020
Date

Mack E. Jenkins
Attorney Name

Plaintiff, United States of America
Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)          NOTICE OF MANUAL FILING OR LODGING