NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdooj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-MJ-2910 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE POST-INDICTMENT ARRAIGNMENT DATE FOR DEFENDANT JOSE LUIS HUIZAR |
| v. | |
| JOSE LUIS HUIZAR, | **CURRENT PIA DATE:**   07/31/2020 |
| Defendant. | **PROPOSED PIA DATE:**  08/03/2020 |

The United States Attorney's Office, by and through its counsel of record, Assistant United States Attorneys Mack E. Jenkins and Veronica Dragalin, defendant JOSE LUIS HUIZAR ("defendant"), and defendant's counsel of record, Deputy Federal Public Defenders Charles Snyder and Carel Ale, hereby stipulate to continue the Post-Indictment Arraignment in the above-entitled case currently set for July 31, 2020 to August 3, 2020.

//

//

IT IS SO STIPULATED.

July 29, 2020
DATE

MACK E. JENKINS
VERONICA DRAGALIN
Assistant United States Attorneys

July 28, 2020
DATE

DEFENDANT JOSE LUIS HUIZAR

July 28, 2020
DATE

CHARLES SNYDER
CAREL ALE
Deputy Federal Public Defenders
COUNSEL FOR DEFENDANT