NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdooj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-MJ-2910 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING POST-INDICTMENT ARRAIGNMENT DATE FOR DEFENDANT JOSE LUIS HUIZAR |
| v. | |
| JOSE LUIS HUIZAR, | **NEW PIA DATE:         08/03/2020** |
| Defendant. | |

   Upon stipulation of the parties, the United States of America, by and through its counsel of record, Assistant United States Attorneys Mack E. Jenkins and Veronica Dragalin, and defendant, JOSE LUIS HUIZAR, both individually and by and through his counsel of record, Deputy Federal Public Defenders Charles Snyder and Carel Ale,

//
//
//
//

1  and good cause appearing, IT IS ORDERED THAT Post-Indictment
2  Arraignment in the above-entitled case is continued to August 3, 2020
3  at 11:30 a.m.

_____              _____
DATE                                   HONORABLE PAUL L. ABRAMS
                                       UNITED STATES MAGISTRATE JUDGE