1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   MACK E. JENKINS (Cal. Bar No. 242101)
4  Assistant United States Attorney
   Chief, Public Corruption & Civil Rights Section
5  VERONICA DRAGALIN (Cal. Bar No. 281370)
   Assistant United States Attorney
6  Public Corruption & Civil Rights Section
         1500 United States Courthouse
7        312 North Spring Street
         Los Angeles, California 90012
8        Telephone: (213) 894-2091/0647
         Facsimile: (213) 894-6436
9        E-mail:    Mack.Jenkins@usdoj.gov
                    Veronica.Dragalin@usdooj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                    UNITED STATES DISTRICT COURT

13             FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,           No. 2:20-MJ-2910

15           Plaintiff,                ORDER CONTINUING POST-INDICTMENT
                                       ARRAIGNMENT DATE FOR DEFENDANT
16           v.                        JOSE LUIS HUIZAR

17 JOSE LUIS HUIZAR,                   **NEW PIA DATE:        08/03/2020**

18           Defendant.

19

20      Upon stipulation of the parties, the United States of America,

21 by and through its counsel of record, Assistant United States

22 Attorneys Mack E. Jenkins and Veronica Dragalin, and defendant, JOSE

23 LUIS HUIZAR, both individually and by and through his counsel of

24 record, Deputy Federal Public Defenders Charles Snyder and Carel Ale,

25 //

26 //

27 //

28 //

1    IT IS ORDERED THAT Post-Indictment Arraignment in the above-entitled

2    case is continued to August 3, 2020 at 11:30 a.m.

3

4

  July 29, 2020

5    DATE                                 HONORABLE PAUL L. ABRAMS
                                            UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28