# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED** 7/30/2020
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

Case Number: **2:20-cr-00326-JFW**   Defendant Number: **1**
U.S.A. v. **JOSE LUIS HUIZAR**   Year of Birth: **1968**
[✓] Indictment   [ ] Information   Investigative agency (FBI, DEA, etc.): **FBI**

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:
 [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
 [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: **February 2013**

c. County in which first offense occurred: **Los Angeles**

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
 [✓] Los Angeles   [ ] Ventura
 [ ] Orange   [ ] Santa Barbara
 [ ] Riverside   [ ] San Luis Obispo
 [ ] San Bernardino   [ ] Other

Citation of Offense: **18 U.S.C. §§ 1962, 1341, 1343, 1346, 666, 1956, 1014, 1952, 1001; 26 U.S.C. § 7201, 31 U.S.C. § 5324**

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
 [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
 [ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
 [ ] No   [ ] Yes

If "Yes," Case Number: ____

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:
 a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
 b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): US v. Englander, 20-CR-35-JFW; US v. Kim, 20-CR-154-JFW; US v. Chiang, 20-CR-203-JFW, US v. Esparza, 20-CR-208-JFW

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: **7/23/2020**
Case Number: **2:20-MJ-2910**
Assigned Judge: **DUTY**
Charging: **18 U.S.C. § 1962(d)**
The complaint/CVB citation:
 [✓] is still pending
 [ ] was dismissed on: ____

### PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [✓] Yes
IF YES, provide Name: **DFPD Charles Snyder, Carel Ale**
Phone Number: ____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
 [ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
 [✓] Yes*   [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the ____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: ____

Case Number ____

The superseded case:
 [ ] is still pending before Judge/Magistrate Judge

 [ ] was previously dismissed on ____

Are there 8 or more defendants in the superseding case?
 [ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
 [ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
 [ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s): _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☐ Other _____
☑ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: 7/23/2020  8:00 a.m.
b. Posted bond at complaint level on: 7/23/2020
   in the amount of $ 100,000 (unsecured)
c. PSA supervision?  ☑ Yes  ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration: ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes  ☐ No
   IF YES: ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES: ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  __20__  __21__  __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: Pursuant to stipulation and signed order, time excluded from July 14 to July 31, 2020 (Docket No. 21, in 2:20-MJ-2910).

Date: 07/30/2020

*Veronica Dragalin* (signature)
Signature of Assistant U.S. Attorney
Veronica Dragalin
Print Name