FILED
CLERK, U.S. DISTRICT COURT
7/30/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　PLAINTIFF<br><br>　　　　v.<br><br>JOSE LUIS HUIZAR,<br><br>　　　　　　　　DEFENDANT(S) | CASE NUMBER<br><br>CR　2:20-cr-00326-JFW<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

　　　Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

　　　U.S. v. Englander, Case No. CR 20-35-JFW
　　　U.S. v. Justin J. Kim, Case No. CR 20-154-JFW
　　　U.S. v. George Chiang, Case No. CR 20-203-JFW
　　　U.S. v. George Esparza, Case No. CR-20-208-JFW, which:

　　__x__　were previously assigned to the Honorable John F. Walter;

　　_____　has not been previously assigned.

The above-entitled cases may be related for the following reasons:

　　__x__　the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

　　__x__　the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

　　　Additional explanation (if any):

　　　Specifically, this case stems from the same underlying federal wiretap investigation and relevant City officials are defendants, subjects and/or likely witnesses in the related cases.

Dated: July 30, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　VERONICA DRAGALIN
　　　　　　　　　　　　　　　　　Assistant United States Attorney