UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326-JFW**                                                                 Dated: August 5, 2020

===============================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
| | | Melissa E. Mills |
| | Interpreter: None | Asst. U.S. Attorney present |

===============================================================
U.S.A. vs (Dfts listed below)                                      Attorneys for Defendants

1)   Jose Luis Huizar                                              1)   Carel Ale, DFPD
     present on bond                                                    Charles James Snyder, DFPD
                                                                        present appointed

_____

**PROCEEDINGS:**   **TRIAL SETTING CONFERENCE**

Case called, and counsel make their appearance.

Trial Setting Conference held.  Court ordered the trial date as indicated on Order Re: Criminal Trial filed today. All other filing deadlines as stated on the record.


CC: USPO/PSA; USM

Initials of Deputy Clerk  sr
1/55