VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-CR-326-JFW |
| v. | |
| JOSE LUIS HUIZAR | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Government's Notice Disclosing Individuals and Entities Named in the Indictment

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

| August 7, 2020 | Veronica Dragalin |
|---|---|
| Date | Attorney Name |
| | Plaintiff, United States of America |
| | Party Represented |

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING