```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:     (213) 894-2091/0647/0627
     Facsimile:     (213) 894-6436
     E-mail:        Mack.Jenkins@usdoj.gov
                    Veronica.Dragalin@usdoj.gov
                    Melissa.Mills@usdoj.gov
```

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-326-JFW |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENT |
| v. | |
| JOSE HUIZAR, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for sealed filing is GRANTED.  The document sought to be filed under seal shall be filed under seal.  The government may produce the underlying document as permitted or required by applicable law.

August 7, 2020
DATE

_[signature]_
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**Presented by:**

_[signature: Veronica Dragalin]_
VERONICA DRAGALIN, Assistant United States Attorney