Name & Address:

Carel Ale (Bar No. 283717) Deputy Federal Public
Defender
321 E. Second Street, Los Angeles, California 90012
Phone: (213) 894-5186; Fax: (213) 894-0081
[E-Mail: Carel_Ale@fd.org]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 20-326-JFW |
| v. | |
| JOSE LUIS HUIZAR, | **NOTICE OF MANUAL FILING** **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

Supplemental Financial Disclosure Pursuant to Court's August 5th Order

**Reason:**

☐ Under Seal

☑ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

08/17/2020
_____
Date

/s/ Carel Ale
_____
Attorney Name
 Jose Luis Huizar, Defendant
_____
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                         NOTICE OF MANUAL FILING OR LODGING