NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdoj.gov
                Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DENIED** BY ORDER OF THE COURT [59]

*AS MOOT – See amended order filed 8/19/2020*

8/19/2020

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-CR-326-JFW |
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | **[PROPOSED] TRIAL DATE: 06/01/2021** |

     The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on August 14, 2020, as well as the Central District of California's General Order Nos. 20-02, 20-03, 20-05, 20-08 and 20-09, and Orders of the Chief Judge Nos. 20-042, 20-043 and 20-044 In Re: Coronavirus Public Emergency (collectively,

"Coronavirus Orders").  The Court hereby finds that the Stipulation and Coronavirus Orders, which this Court incorporates by reference into this Order, demonstrate facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from September 29, 2020 to June 1, 2021.  The briefing and hearings schedule for any motions shall be:

    a. Pre-trial motions, other than suppression motions, due: February 1, 2021

    b. Oppositions due: February 22, 2021

    c. Replies (optional) due: March 8, 2021

    d. Hearing on pre-trial motions, other than suppression motions: March 22, 2021

    e. Suppression motions due: February 15, 2021

|     |     |     |     |
| --- | --- | --- | --- |
| 1   |     | f.  | Oppositions due: March 8, 2021 |
| 2   |     | g.  | Replies (optional) due: March 22, 2021 |
| 3   |     | h.  | Hearing on suppression motions: April 5, 2021 |
| 4   |     | i.  | Motions in limine due: April 26, 2021 |
| 5   |     | j.  | Hearing on motions in limine: May 14, 2021 |

2. The time period of September 29, 2020 to June 1, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii) and (B)(iv).

3. Defendant shall appear in Courtroom 7A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on June 1, 2021 at 8:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____          _____
DATE                                                                    HONORABLE JOHN F. WALTER
                                                                                 UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
MACK E. JENKINS
Assistant United States Attorney

3