**DECLARATION OF COUNSEL**

I, Carel Alé, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. I have been appointed to represent José Luis Huizar in this matter.

3. I am preparing a contemplated motion challenging the grand juror selection procedures for the grand jury that returned the Indictment in this case.

4. On September 10, 2020, I learned that after the third-party vendor contracted by the Clerk of the Court creates the Master Jury Wheels as described in General Order No. 19-07, *In the Matter of the Plan of the United States District Court, Central District of California, for the Random Selection of Grand and Petit Jurors*, the third-party vendor runs the names of those selected for the Master Jury Wheels through the National Change of Address database. The third-party vendor then removes names of those who are deceased or who have transferred out of their respective division.

5. I need access to the Grand Juror Selection Records requested in Exhibit A to this declaration in order to ascertain whether Mr. Huizar has substantial grounds to file a motion under the Jury Selection and Service Act or the United States Constitution and, if so, to prepare and file the contemplated motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2020, at Los Angeles, California.

CAREL ALÉ