CUAUHTEMOC ORTEGA (Bar No. 257443)
Interim Federal Public Defender
Carel Alé (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
Charles Snyder (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JOSE LUIS HUIZAR,<br><br>        Defendant. | Case No. 20-CR-0326-JFW<br><br>**[PROPOSED] ORDER RE MOTION TO INSPECT GRAND JUROR SELECTION RECORDS PURSUANT TO 28 U.S.C. § 1867(f)** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant's Motion to Inspect Juror Selection Records Pursuant to 28 U.S.C. § 1867(f) is GRANTED. The Clerk of the Court shall make available all data listed in Exhibit A to the Declaration of Counsel within 14 days of this Order.

DATED:                  , 2020

                                    _____
                                    HONORABLE JOHN F. WALTER

Presented By:
*s/Carel Alé*
Carel Alé
Deputy Federal Public Defender

1