UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326-JFW**                                           Dated: October 14, 2020

==============================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
| | | Melissa E. Mills |
| | | Asst. U.S. Attorney |
| | | Not Present |

==============================================================================
U.S.A. vs (Dfts listed below)                     Attorneys for Defendants

1)   Jose Luis Huizar                             1)   Carel Alé, DFPD
     Not Present                                       Charles James Snyder, DFPD
                                                       Not Present

_____

**PROCEEDINGS (IN CHAMBERS):**   **ORDER REQUIRING PARTIES TO FILE A JOINT STATEMENT AND JOINT PROPOSED ORDER'**

**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO INSPECT GRAND JUROR SELECTION RECORDS PURSUANT TO 28 U.S.C. § 1867(f)**

       In order to assist the Court in ruling on Defendant's Motion to Inspect Grand Juror Selection Records Pursuant to 28 U.S.C. § 1867(f) ("Motion")[Docket No. 65], the Court orders lead counsel for the parties to meet and confer in person or via video-conference to discuss each of Defendant's record requests, whether the parties agree or disagree as to whether Defendant is entitled to the records covered by each request, whether the parties agree or disagree as to whether the records covered by each request constitute "Juror Selection Records" under the Court's Jury Plan (General Order No. 19-07), whether parties agree or disagree as to whether a particular request must be referred to the Chief Judge of the Central District of California, and if the request is referred to the Chief Judge, whether the request should be granted.  The parties shall file, on or before **October 22, 2020** a joint statement in the following format:

**Request #1:** [State request from Defendant's Exhibit A, as amended by Defendant's representations in footnotes 1 and 2 of Defendant's Reply]

**Government's Position:** [e.g., Agree/Disagree that Defendant is entitled to the records; Agree/Disagree that records constitute Juror Selection Records under Court's Jury Plan; Agree/Disagree that the request should be referred to the Chief Judge; and if referred to the Chief Judge, Agree/Disagree that the request should be granted, along with supporting reasons and citations]

**Defendant's Response:** [e.g. Agree/Disagree that the records constitute Juror Selection Records under Court's Jury Plan; Agree/Disagree that the request should be referred to the Chief Judge; and reasons and supporting citations for why the request should be granted (or whether Defendant no longer seeks such records)]

In addition, to the extent that the parties agree that certain requests should be granted, the parties shall prepare and lodge, on or before **October 22, 2020**, a Joint Proposed Order granting Defendant's Motion with respect to those requests.

The Court **CONTINUES** the hearing on Defendant's Motion from October 19, 2020 at 8:00 a.m. to **November 2, 2020 at 8:00 a.m.**

IT IS SO ORDERED.