CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Carel Alé (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
Charles Snyder (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS HUIZAR,<br><br>Defendant. | Case No. 20-CR-0326-JFW<br><br>**[JOINT PROPOSED] ORDER GRANTING IN PART DEFENDANT'S MOTION TO INSPECT GRAND JUROR SELECTION RECORDS PURSUANT TO 28 U.S.C. § 1867(f)** |

IT IS HEREBY ORDERED that Defendant's Motion to Inspect Juror Selection Records Pursuant to 28 U.S.C. § 1867(f) is GRANTED IN PART. Within 14 days of this Order, the Clerk of the Court shall make available or provide information with respect to Requests 1, 12, 13, and 14:

    1.    Any AO-12 form or JS-12 form created that relates to the 2019 Master Jury Wheel.

    12.    For the 2019 Master Jury Wheel, the juror qualification and summons forms for the persons summoned to potentially become grand jurors.

//

13. The Questionnaire, as defined by § 6 of the Jury Plan, sent to the prospective grand jurors on the 2019 Master Jury Wheel.

14. The records of the prospective jurors from the 2019 Master Jury Wheel who failed to return the Questionnaire.

DATED:            , 2020

                                      HONORABLE JOHN F. WALTER

Presented By:
*s/Carel Alé*
Carel Alé
Deputy Federal Public Defender