CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Carel Alé (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
Charles Snyder (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS HUIZAR,<br><br>Defendant. | Case No. 20-CR-0326-JFW<br><br>**[PROPOSED] ORDER REFERRING TO THE CHIEF JUDGE IN PART DEFENDANT'S MOTION TO INSPECT GRAND JUROR SELECTION RECORDS PURSUANT TO 28 U.S.C. § 1867(f)** |

IT IS HEREBY ORDERED that Requests 2-11 and 15-18 of Defendant's Motion to Inspect Juror Selection Records Pursuant to 28 U.S.C. § 1867(f), Docket Entry 65, are REFERRED to the Chief Judge for consideration:

2. Any other statistical or demographic analyses produced to ensure that the Master Jury Wheels that were used to summon the grand jurors who returned the Indictment in this case on July 30, 2020, were in compliance with the Jury Plan, Jury Selection and Service Act, or the Constitution.

3. The calculation of the number of potential jurors from each county in the Western Division to ensure compliance with the Jury Plan.

4. The Source Data in electronic form for the 2019 Master Jury Wheel. The data should include, as available, Race, Gender, Ethnicity, Year of Birth, Zip Code, County, and Jury Division.

5. The 2019 Master Jury Wheel data, in electronic and accessible form that includes, Juror Number, Race, Gender, Ethnicity, Year of Birth, Zip Code, County and Jury Division.

6. Any algorithm, in electronic form, used to select names and create the 2019 Master Jury Wheel. The algorithm and any data pertaining to that algorithm shall be produced under seal.

7. The calculation of proportionality of counties as described in §5 of the Jury Plan.

8. The records or data of any prospective juror removed from the Western Division's 2019 Master Jury Wheel or transferred to another Master Jury Wheel after their names were run through the National Change of Address database. The records or data should include, as available, Race, Gender, Ethnicity, Year of Birth, Zip Code, County, and Jury Division.

9. Information regarding how the National Change of Address database is produced or compiled and when and how often it is updated.

10. The date when the grand jurors who returned the Indictment in this case on July 30, 2020 were summoned.

11. The number of persons summoned from the 2019 Master Jury Wheel to be considered as grand jurors. This number should further be categorized by number per jury division.

15. The Juror Numbers for the persons selected as potential grand jurors from January 1, 2020 to July 30, 2020.

16. The disposition of each summoned potential grand juror as to excusal, deferment, disqualification or selection as described in §§ 9-11 of the Jury Plan for the 2019 Master Jury Wheel.

1  17. The Juror Number for each grand juror who returned the Indictment in this
2  case on July 30, 2020.
3  18. The attendance record and reason for absence by date of each grand juror
4  who returned the Indictment in this case on July 30, 2020.

6  DATED:                    , 2020
7                HONORABLE JOHN F. WALTER

10  Presented By:
    *s/Carel Alé*
11  Carel Alé
    Deputy Federal Public Defender

3