**FILED**
CLERK U.S. DISTRICT COURT
11/12/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

[Reset Form]

**Case Number:** 2:20-CR-326(A)-JFW
**U.S.A. v.** JOSE LUIS HUIZAR
**Defendant Number:** 1
**Year of Birth:** 1968
[x] Indictment   [ ] Information
**Investigative agency (FBI, DEA, etc.):** FBI

NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [x] Felony

b. Date of Offense: February 2013

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK ALL THAT APPLY):
[x] Los Angeles   [ ] Ventura
[ ] Orange        [ ] Santa Barbara
[ ] Riverside     [ ] San Luis Obispo
[ ] San Bernardino [ ] Other _____

**Citation of Offense:** 18 U.S.C. §§ 1962, 1341, 1343, 1346, 666, 1956, 1014, 1952, 1001; 26 U.S.C. § 7201; 31 U.S.C. § 5324

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[x] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[ ] No   [ ] Yes
If "Yes," Case Number: _____

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (MUST MATCH NOTICE OF RELATED CASE): US v. Englander, 20-CR-35-JFW; US v. Kim, 20-CR-154-JFW; US v. Chiang, 20-CR-203-JFW, US v. Esparza, 20-CR-208-JFW

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 7/23/2020
Case Number: 2:20-MJ-2910
Assigned Judge: DUTY
Charging: 18 U.S.C. § 1962(d)
The complaint/CVB citation:
[x] is still pending
[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [x] Yes
IF YES, provide Name: DFPD Charles Snyder, Carel Ale
Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [x] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[x] Yes*   [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [x] No
This is the 1st superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: July 30, 2020
Case Number 2:20-CR-326-JFW

The superseded case:
[x] is still pending before Judge/Magistrate Judge John F. Walter
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [x] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[x] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[x] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO
IF YES, list language and/or dialect: _____

**OTHER**

☑ Male   ☐ Female
☑ U.S. Citizen   ☐ Alien
Alias Name(s): _____

This defendant is charged in:
☐ All counts
☑ Only counts: 1-11, 14-22, 24, 26-27, 29-37, 40-41

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud   ☑ public corruption
☐ government fraud              ☐ tax offenses
☐ environmental issues          ☐ mail/wire fraud
☐ narcotics offenses            ☐ immigration offenses
☐ violent crimes/firearms       ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: 7/23/2020 8:00 a.m.
b. Posted bond at complaint level on: 7/23/2020
   in the amount of $ 100,000 (unsecured)
c. PSA supervision?  ☑ Yes  ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES: ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20 ____   21 ____   40 ____

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: Pursuant to stipulation and signed order, time excluded from July 14 to July 31, 2020 (Docket No. 21, in 2:20-MJ-2910).

Date   11/12/2020

_Veronica Dragalin_ (signature)
Signature of Assistant U.S. Attorney
Veronica Dragalin
Print Name

CR-72 (03/19)    CASE SUMMARY    Page 2 of 2