

FILED
CLERK, U.S. DISTRICT COURT
11/12/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DM_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>  PLAINTIFF <br> v. <br> JOSE LUIS HUIZAR, et al., <br>  DEFENDANT(S) | Initial Indictment: <br> **CR20-326** <br> *Case number to be assigned by Criminal Intake Clerk* <br> Superseding Indictment: <br> **CR20-326(A)-JFW** <br> *Case number to be assigned by Criminal Intake Clerk* <br> **NOTICE TO COURT OF COMPLEX CRIMINAL CASE** <br> (To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex.) |

☐ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____ .

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days.

☒ **Superseding Indictment**

Upon a careful review of the __first__ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____ . The previous number of defendants was _____ .

and/or

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is __25-30__ trial days. The previous estimate was __15-20__ trial days.

November 12, 2020
Date

*Veronica Dragalin* (signature)
VERONICA DRAGALIN
Assistant United States Attorney