FILED
CLERK, U.S. DISTRICT COURT

NOVEMBER 12, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ch___ DEPUTY

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No.242101)
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091
     Facsimile: (213) 894-2927
     Email:    mack.jenkins@usdoj.gov
               veronica.dragalin@usdoj.gov
               melissa.mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE HUIZAR, et al.,<br><br>Defendants. | CR 20-326(A)-JFW<br><br>ORDER SEALING INDICTMENT AND RELATED DOCUMENTS<br><br>**(UNDER SEAL)** |
|---|---|

    For good cause shown, IT IS HEREBY ORDERED THAT:

    Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this

order shall be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

November 12, 2020
DATE

HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATE

HONORABLE
UNITED STATES MAGISTRATE JUDGE

Prepared by:

MACK E. JENKINS
Assistant United States Attorney

2