# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:20-CR-00326(A)-JFW     Recorder: MS Teams 12/07/2020     Date: 12/07/2020

Present: The Honorable Charles F. Eick, U.S. Magistrate Judge

Court Clerk: Stacey Pierson     Assistant U.S. Attorney: Veronica Dragalin

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| JOSE LUIS HUIZAR<br>    BOND-PRESENT BY VTC | CAREL ALE<br>    DFPD BY VTC | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the First Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge John F. Walter.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 06/22/2021 at 8:30 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    The government shall turn over all discovery to defense counsel.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: SP by TRB