# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>v.<br>JOSE LUIS HUIZAR,<br>DEFENDANT. | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br>CASE NO.: 2:20-mj-02910 |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **Jose Luis Huizar** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with **Racketeer Influenced and Corrupt Organizations (RICO) Conspiracy, in violation of Title 18, United States Code, Section 1962(d).**

REC: BY AUSA MACK E. JENKINS (Bond)

6/22/2020

Date

Patrick J. Walsh, U.S. Magistrate Judge

*Patrick J. Walsh* (signature)

Signature of Magistrate Judge

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at (location):

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/22/2020 | FBI Special Agent | |
| DATE OF ARREST<br>06/23/2020 | Andrew R. Civetti | (signature) |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO:

WARRANT FOR ARREST ON COMPLAINT    Page 1 of 2

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH: | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO.: | ISSUING STATE |
| LAST KNOWN RESIDENCE: | | | | LAST KNOWN EMPLOYMENT: | | | |

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES: