TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdoj.gov
                Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-326(A)-JFW-1,2,4,5,6 |
|---|---|
| Plaintiff, | ORDER VACATING TRIAL DATES AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JOSE LUIS HUIZAR, et. al, | **STATUS CONFERENCE:** 4/5/21 at 8:00 a.m. |
| Defendants. | |

The Court has read and considered the Stipulation Regarding Request for (1) Vacating Trial and Related Dates and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter, as well as the Central District of California's General Orders and Orders of the Chief Judge regarding the Coronavirus Public Emergency (collectively, "Coronavirus Orders"). The Court hereby finds that the Stipulation and

Coronavirus Orders, which this Court incorporates by reference into this Order, demonstrate facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

**1.  The trial date of June 22, 2021 and the previously set pre-trial deadlines and hearings in this matter are vacated.  A status conference hearing is set for April 5, 2021 at 8:00 a.m.**

2.  The time period of December 1, 2020 to June 22, 2021, inclusive, as to defendant RAYMOND CHAN, December 14, 2020 to June 22, 2021, inclusive, as to defendant SHEN ZHEN NEW WORLD I, LLC, and December 7, 2020 to June 22, 2021, inclusive, as to defendants DAE YONG LEE and 940 HILL, LLC, and is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii) and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

January 27, 2021
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**CC: USPO/PSA; USM**

Presented by:

    /s/
MACK E. JENKINS
Assistant United States Attorney