1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE HUIZAR,<br><br>                    Defendant. | Case No. 20-CR-326-JFW<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE having been shown, the Court hereby GRANTS Jose Huizar's Motion to Compel Discovery ("Motion").  The government shall produce all discovery responsive to the two requests identified in that Motion within 14 days of this Order.

DATE:                                    _____

                                              Hon. John F. Walter
                                         United States District Judge