Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS HUIZAR, ET AL,<br><br>Defendants. | CR-20-326(A)-JFW<br><br>**DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S NOTICE OF JOINDER IN DEFENDANT JOSE HUIZAR'S MOTION TO COMPEL DISCOVERY (ECF NO. 160)**<br><br>Date: March 22, 2021<br>Time: 8:00 a.m.<br>Ctrm: 7A – Hon. John F. Walter |

Defendant Shen Zhen New World I, LLC, by and through its attorney of record, Richard M. Steingard, hereby joins in Defendant Jose Huizar's Motion to Compel Discovery, filed February 22, 2021. (ECF No. 160.)

DATED: February 24, 2021            Respectfully submitted,

                                    LAW OFFICES OF RICHARD M. STEINGARD


                                    _____/s/_____
                                    RICHARD M. STEINGARD
                                    Attorney for Defendant
                                    SHEN ZHEN NEW WORLD I, LLC