# EXHIBIT A

## Exhibit A: Renewed Requests

8. The records or data of any prospective juror removed from the Western Division's Master Jury Wheel or transferred to another Master Jury Wheel after their names were run through the National Change of Address database. The records or data should include, as available, Race, Gender, Ethnicity, Year of Birth, Zip Code, County, and Jury Division. The records or data should not include any personal information that could be used to identify any individual such as name or street address.

9. Information regarding how the National Change of Address ("NCOA") database is produced or compiled, when and how often it is updated, and any summary, analysis, or statistics compiled for the NCOA process.

17. The Juror Number for each grand juror who returned the Indictment in this case on July 30, 2020.

18. The attendance record and reason for absence by date of each grand juror who returned the Indictment in this case on July 30, 2020.

19. The Juror Number for each grand juror who returned the Superseding Indictment in this case on November 12, 2020.

20. The attendance record and reason for absence by date of each grand juror who returned the Superseding Indictment on November 12, 2020.