# DECLARATION OF JEFFREY MARTIN

I, Jeffrey Martin, declare:

1. I am a statistician hired as an expert in this case.

2. In order to complete my assessment of whether Mr. Huizar's grand jury constituted a fair cross section, I required the data requested in Exhibit A to Defendant's Motion to Inspect Grand Juror Selection Records, Docket Entry 65-1.

3. After reviewing the letters from the Clerk of Court and the discovery provided pursuant to those letters, I understand that a number of items remain outstanding.

   a. Specifically, it is unclear which division was chosen for Mr. Huizar's grand jury and why. The data I have received describes grand jurors from the Southern and Western divisions. However, the data does not explain whether Mr. Huizar's grand jury, in particular, was chosen from the Western or Southern division or from both. Specifically, data for Pools 100190106, 100190602, 801190901, 100191001, and 100191002 was provided. It appears that jurors from Pool 801190901 were from the Southern Division while the other pools are from the Western Division. A list of the Participant Numbers (and not Name or Address) for the actual grand jurors, as requested in item #17 and #19, would help resolve which division or divisions were used.

   b. Based on a preliminary review of the data and discovery provided thus far, the Clerk of the Courts has not provided information about the National Change of Address procedures (items #8 and #9).

   c. Master Jury Wheel data was provided as to the following: 2019 (Western and Southern Divisions); 2020 (Western Division).

   d. Based on a preliminary review of the data and discovery provided thus far, the Clerk of the Courts has not provided information on the attendance records of grand jurors (item #18 and #20).

1

4.    It is now my understanding that, while not addressed in the Jury Plan, a National Change of Address (NCOA) procedure is used to change addresses before mailings. Because of the potential demographic effects of such a process, data on that process is necessary. The data would include identification of the persons by Juror Number or Participant Number whose addresses were changed or eliminated, and any summary, analysis, or statistics compiled for the NCOA process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on *February 16th 2021* at Atlanta, Georgia.

JEFFREY MARTIN