**DECLARATION OF JEFFREY MARTIN**

I, Jeffrey Martin, declare:

1.      I am a statistician hired as an expert in this case and have previously supplied a declaration in this case.

2.      This declaration is to clarify and elaborate on paragraph 3a in my last declaration dated February 16th, 2021 and which was referred to in the Government's response.

3.      Page 57 of the November 10th, 2020 letter from Kiry K. Gray, District Court Executive/Clerk of Court, to Carel Alé and Charles Snyder is a listing of participant numbers ("Part. No.") from pool 801190901. I interpreted this listing to be in response to a request for item #16 showing for summoned prospective grand jurors the "Records of whether each such juror was directed to report during the on-call period and reported as directed are enclosed with this letter."

4.      I was supplied spreadsheets reflecting the 2019 Western Division Master Jury Wheel and the 2019 Southern Division Master Jury Wheel as described in Kiry K. Gray's letter to Cuauhtemoc Ortega on November 2nd, 2020. The spreadsheet for the 2019 Western Division is titled 12_JMS_Export_2019_Western REDACTED and the spreadsheet for the 2019 Southern Division is titled 13_JMS_Export_2019_Southern REDACTED. The spreadsheets include lists of persons summoned and persons not summoned and are organized by participant number ("part_no"). Attached is a print screen of a few records of the spreadsheets. The print screen for the 2019 Southern Division spreadsheet shows the first participant number from page 57 in the first row (Participant Number 804585251).

5.      The participant numbers on page 57 for pool 801190901 are all reflected in the 2019 Southern Division spreadsheet titled 13_JMS_Export_2019_Southern REDACTED and are not found in the 2019 Western Division spreadsheet titled 12_JMS_Export_2019_Western REDACTED. While I matched participant numbers on page 57 to the 2019 Southern Division spreadsheet, the pool number 801190901

1

does not exist in either the 2019 Southern Division spreadsheet or the 2019 Western Division spreadsheet. Note that four of the participant numbers on page 57 have been crossed out and cannot be read. Two of the participant numbers are handwritten on the list.

6.      The participant numbers on the four other pools, 100190106 (page 53), 100190602 (page 55), 100191001 (page 58), and 100191002 (page 59), are in the 2019 Western Division spreadsheet and not in the 2019 Southern Division spreadsheet.

7.      Because the letter of November 10th, 2020 only referred to the 2019 Western Division and only provided form AO-12 for the 2019 Western Division, I expected that Mr. Huizar's grand jury was selected solely from the 2019 Western Division.

8.      However, the analysis above of the participant numbers is inconsistent with Mr. Huizar's grand jury being selected solely from the 2019 Western Division. This inconsistency is the basis of paragraph 3a of my prior declaration.

9.      If I were supplied the participant numbers (and not Name or Address) for the persons who were summoned to serve and who actually served on Mr. Huizar's grand jury, I could determine which divisions were used for Mr. Huizar's grand jury.

10.      If Mr. Huizar's grand jury was selected from both the 2019 Western Division and the 2019 Southern Division, I would need to have information on how the divisions were combined in order to perform a demographic analysis of the jury wheel.

Executed on February 24th 2021 at Atlanta, Georgia.

JEFFREY MARTIN



