# DECLARATION OF COUNSEL

I, Carel Alé, declare as follows:

1. I am a California-licensed attorney appointed to represent Jose Huizar in this matter. Unless otherwise stated, I make this declaration based on personal knowledge and, if called to testify, would attest to its contents under oath.

2. Attached as Exhibit 1 is a true and correct copy of a record I received from the District Court Executive/Clerk of Court, Kiry K. Gray on November 10, 2020, in response to the Court's Order Granting in Part Defendant's Motion to Inspect Grand Juror Selection Records Pursuant to 28 U.S.C. § 1867(f), Docket Entry 65, which is referenced at paragraph 3 of Declaration of Jeffrey Martin as page 57 of the November 10, 2020 letter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed March 8, 2021 at Los Angeles, California.

                                                 /s/ *Carel Alé*
                                                 Carel Alé

# EXHIBIT 1

| Attendance Dates: | | | | Current FTA Report | | Date: 09/09/19 |
|---|---|---|---|---|---|---|
| From: Fri 09/06/2019 | | | | CENTRAL DISTRICT OF CALIFORNIA | | Time: 12:03 PM |
| To: Fri 09/06/2019 | | | | | | |

Move to 11/19/15

| e | Pool/Event No | Status | Part No. | Name | Home Phone | Action |
|---|---|---|---|---|---|---|
| 09/06/19 | 801190901 | Responded | 804585251 | ███ | ███ | ___ |
| 09/06/19 | 801190901 | Responded | 804560281 | ███ | ███ | ___ |
| 09/06/19 | 801190901 | Responded | 804533664 | ███ | - - | ___ |
| 09/06/19 | 801190901 | Responded | 804585675 | ███ | - - | ___ |
| 09/06/19 | 801190901 | Responded | 804607154 | ███ | ███ | ___ |
| ~~09/06/19~~ | ~~801190901~~ | ~~Responded~~ | ~~804559017~~ | ~~███~~ | ~~███~~ | ___ |
| 09/06/19 | 801190901 | ~~Responded~~ | ~~804622112~~ | ███ | ███ | ___ |
| 09/06/19 | 801190901 | Responded | 804601098 | ███ | ███ | ___ |
| 09/06/19 | 801190901 | Responded | 804615454 | ███ | ███ | ___ |
| 09/06/19 | 801190901 | Responded | 804548027 | ███ | ███ | ___ |
| 09/06/19 | 801190901 | Responded | 804621735 | ███ | ███ | ___ |
| 09/06/19 | 801190901 | Responded | 804585820 | ███ | - - | ___ |
| 09/06/19 | 801190901 | Responded | 804535931 | ███ | ███ | ___ |
| ~~09/06/19~~ | ~~801190902~~ | ~~Responded~~ | ~~801615896~~ | ~~███~~ | ~~███~~ | ___ |
| ~~09/06/19~~ | ~~801190904~~ | ~~Responded~~ | ~~804616696~~ | ~~███~~ | ~~███~~ | ___ |
| 09/06/19 | 801190901 | Responded | 804572511 | ███ | ███ | ___ |
| 09/06/19 | 801190901 | Responded | 804599369 | ███ | ███ | ___ |
| 09/06/19 | 801190901 | Responded | 804529931 | ███ | ███ | ___ |
| 09/06/19 | 801190901 | Responded | 804550062 | ███ | ███ | ___ |

804614580
804537024

Count: ~~19~~ 17

Page 1 of 1