CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Carel Alé (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
Charles Snyder (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSE LUIS HUIZAR,<br><br>　　　　　Defendant. | Case No. 20-CR-0326-JFW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S RENEWED MOTION TO INSPECT GRAND JUROR SELECTION RECORDS PURSUANT TO 28 U.S.C. § 1867(f)** |

　　　　IT IS HEREBY ORDERED that Defendant's Renewed Motion to Inspect Juror Selection Records Pursuant to 28 U.S.C. § 1867(f) is GRANTED. Within 14 days of this Order, the Clerk of the Court shall make available or provide information with respect to Requests 8, 9, 17, 18, 19, and 20:

　　　　8.　　The records or data of any prospective juror removed from the Western Division's Master Jury Wheel or transferred to another Master Jury Wheel after their names were run through the National Change of Address database. The records or data should include, as available, Race, Gender, Ethnicity, Year of Birth, Zip Code, County, and Jury Division. The records or data should not include any personal information that could be used to identify any individual such as name or street address.

1

9. Information regarding how the National Change of Address database is produced or compiled, when and how often it is updated, and any summary, analysis, or statistics compiled for the NCOA process.

17. The Juror Number for each grand juror who returned the Indictment in this case on July 30, 2020.

18. The attendance record and reason for absence by date of each grand juror who returned the Indictment in this case on July 30, 2020.

19. The Juror Number for each grand juror who returned the Superseding Indictment in this case on November 12, 2020.

20. The attendance record and reason for absence by date of each grand juror who returned the Superseding Indictment on November 12, 2020.

DATED:           , 2021

HONORABLE JOHN F. WALTER

Presented By:
*s/Carel Alé*
Carel Alé
Deputy Federal Public Defender

2