UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.  **CR 20-326(A)-JFW**                                                    Dated: March 16, 2021

========================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
| | | Melissa E. Mills |
| | | Asst. U.S. Attorney |
| | | **Not Present** |

========================================================================
U.S.A. vs (Dfts listed below) - **Not Present**         Attorneys for Defendants - **Not Present**

1. Jose Luis Huizar                                       1. Carel Ale, DFPD; Charles James Snyder, DFPD
2. Raymond She Wah Chan                         2. Harland W Braun, Retained
4. Shen Zhen New World I, LLC                 4. Richard M. Steingard, Retained
5. Dae Yong Lee                                             5. Ariel A Neuman, Retained
6. 940 Hill, LLC                                              6. Ariel A Neuman, Retained

_____

**PROCEEDINGS (IN CHAMBERS):**   **ORDER CONTINUING HEARING ON JOSE HUIZAR'S MOTION TO COMPEL DISCOVERY [filed 2/22/2021; Docket No. 160];**

**ORDER CONTINUING HEARING ON DEFENDANT JOSE HUIZAR'S RENEWED MOTION TO INSPECT GRAND JUROR SELECTION RECORDS PURSUANT TO 28 U.S.C. § 1861, *et seq.* AND THE U.S. CONSTITUTION [filed 3/8/2021; Docket No. 167]**

     The Court **CONTINUES** the hearing on Jose Huizar's Motion to Compel Discovery and Renewed Motion to Inspect Grand Juror Selection Records Pursuant to 28 U.S.C. § 1861, *et seq*. and the U.S. Constitution, currently scheduled for March 22, 2021 at 8:00 a.m., to **April 5, 2021 at 8:00 a.m.** in Courtroom 1A at the First Street U.S. Courthouse, 350 W. 1st Street, Los Angeles, CA 90012.

     IT IS SO ORDERED.

**CC: USPO/PSA; USM; Interpreters**                                                          Initials of Deputy Clerk   sr