TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-6436
     E-mail:   Mack.Jenkins@usdoj.gov
               Veronica.Dragalin@usdoj.gov
               Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>JOSE LUIS HUIZAR, et. al,<br><br>          Defendants. | No. 2:20-CR-326(A)-JFW-1,2,4,5,6<br><br>[PROPOSED] ORDER SETTING TRIAL DATES AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**[PROPOSED] TRIAL DATE:**<br>          05/24/2022 at 8:30 a.m. |

The Court has read and considered the Stipulation Regarding Request for (1) Setting Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter, as well as the Central District of California's General Orders and Orders of the Chief Judge regarding the Coronavirus Public Emergency (collectively, "Coronavirus Orders"). The Court hereby finds that the Stipulation and Coronavirus Orders, which this Court

incorporates by reference into this Order, demonstrate facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is set for **May 24, 2022 at 8:30 a.m.** The briefing and hearings schedule for any motions shall be:

   a. Pre-trial motions (e.g., motion to dismiss indictment, motion to sever, motion to compel) other than suppression motions, due: October 25, 2021

   b. Oppositions due: November 22, 2021

   c. Replies (optional) due: December 16, 2021

   d. Hearing on pre-trial motions, other than suppression motions: **January 10, 2022**

   e. Suppression motions due: January 17, 2022

   f. Oppositions due: February 14, 2022

        g.    Replies (optional) due: February 28, 2022

        h.    Hearing on suppression motions: **March 14, 2022**

        i.    Motions in limine due: April 11, 2022

        j.    Hearing on motions in limine: **April 29, 2022**

2. The time period of June 22, 2021 to May 24, 2022, inclusive, as to defendants JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL LLC, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii) and (B)(iv).

3. Defendants JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL LLC shall appear in Courtroom 7A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May 24, 2022 at 8:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____      _____
DATE                                             HONORABLE JOHN F. WALTER
                                                     UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
MACK E. JENKINS
Assistant United States Attorney