UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES</u>

Case No.   **CR 20-326(A)-JFW**                                    Dated: April 5, 2021

==========================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Shannon Reilly / Jennifer Graciano | Miranda Algorri | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Present |

Mary Ann Deugseon Yi
Julie Kim Wagner
Korean Interpreters

==========================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1. Jose Luis Huizar, Bond - Present          1.  Carel Ale, DFPD - Present
                                             1.  Charles James Snyder, DFPD - Present
2.  Raymond She Wah Chan, Bond - Present     2.  Harland W Braun, Retained - Not Present
4.  Shen Zhen New World I, LLC               4.  Richard M. Steingard, Retained - Present
5.  Dae Yong Lee, Bond - Present             5.  Ariel A Neuman, Retained - Present
6.  940 Hill, LLC                            6.  Ariel A Neuman, Retained - Present

_____

**PROCEEDINGS (In Court):**   **DEFENDANT'S RENEWED MOTION TO INSPECT GRAND JUROR SELECTION RECORDS PURSUANT TO 28 U.S.C. § 1861, et seq. AND THE U.S. CONSTITUTION [167] Filed 3/8/21**

**STIPULATION REGARDING REQUEST FOR (1) SETTING TRIAL DATE AND (2) FINDINGS OF  EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [170] fld 3/31/21**

**STATUS CONFERENCE**

Case called, and counsel make their appearances.

The Court hears argument and for the reasons stated on the record, the Court grants in part and denies in part Defendant's Renewed Motion to Inspect Grand Juror Selection Records Pursuant to 28 U.S.C. § 1861, et Seq. and the U.S. Constitution [167]. With respect to Request Nos. 8 and 9,

Initials of Deputy Clerk  _sr_
2/00

those requests are denied except that the Clerk shall produce to Defendant the excel report entitled "Copy of CD CA Jury 2018 Counts - Final Count.xlsx" (which includes statistics regarding the creation of the 2019 Master Wheels).

Court and counsel discuss the Stipulation Regarding Request for (1) Setting Trial Date and (2) Findings of  Excludable Time Periods Pursuant to Speedy Trial Act [170], and, for the reasons stated on the record, the Court sets a further hearing on **May 10, 2021 at 8:00 a.m.** Counsel shall file a revised stipulation or status report on or before **May 5, 2021**.

CC: USPO/PSA

Initials of Deputy Clerk __sr_

2/00