```
TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdoj.gov
                Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JOSE LUIS HUIZAR, et. al,<br><br>　　　　　Defendants. | No. 2:20-CR-326(A)-JFW-1,2,4,5,6<br><br>[PROPOSED] ORDER SETTING TRIAL DATES AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**[PROPOSED] TRIAL DATE:**<br>　　　　　05/24/2022 at 8:30 a.m. |

　　　The Court has read and considered the Stipulation Regarding Request for (1) Setting Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act and the Joint Status Report Regarding Request for Setting Trial and Related Dates, filed by the parties in this matter, as well as the Central District of California's General Orders and Orders of the Chief Judge regarding the Coronavirus Public Emergency (collectively, "Coronavirus

Orders"). The Court hereby finds that the Stipulation, Joint Status Report, and Coronavirus Orders, which this Court incorporates by reference into this Order, demonstrate facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is set for **May 24, 2022 at 8:30 a.m.** The briefing and hearings schedule for motions and other pre-trial deadlines shall be:

| Event | Date |
| --- | --- |
| Pretrial Motions (Severance) | 08/09/2021 |
| Oppositions | 09/07/2021 |
| Replies | 09/27/2021 |
| Pretrial Motions (Dismiss) | 09/07/2021 |

| Event | Date |
|---|---|
| Oppositions | 10/04/2021 |
| Replies | 10/25/2021 |
| **Hearing re: Pretrial Mtns** | **11/15/2021** |
| Suppression Motions | 11/01/2021 |
| Oppositions | 12/06/2021 |
| Replies | 01/03/2022 |
| **Hearing re: Suppression Mtns** | **01/31/2022** |
| Govt Witness List | [06/15/2021 or 04/22/2022] |
| Govt Exhibit List | [06/15/2021 or 04/22/2022] |
| Govt 404(b) | [06/15/2021 or 02/01/2022] |
| Brady/Giglio | [06/15/2021 or 03/25/2022] |
| Govt Experts | 02/01/2022 |
| Defense Experts | 03/01/2022 |
| Exchange Joint MIL Mtns | 02/14/2022 |
| Exchange Joint MIL Opps | 03/07/2022 |
| Joint MILs (filing) | 03/09/2022 |
| **Hearing re: MIL** | **03/28/2022** |
| Final Transcripts & Translations | 04/22/2022 |
| Govt Jencks deadline | 03/25/2022 |
| Def Jencks statements | 05/16/2022 |
| Govt Charts & Summaries | 04/22/2022 |
| Def Charts & Summaries | 05/16/2022 |
| Defense Witness List | 05/16/2022 |
| Defense Exhibit List | 05/16/2022 |

| Event | Date |
|---|---|
| **Pretrial Conference** | **05/16/2022** |

2. The time period of June 22, 2021 to May 24, 2022, inclusive, as to defendants JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL LLC, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii) and (B)(iv).

3. Defendants JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL LLC shall appear in Courtroom 7A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May 24, 2022 at 8:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____     _____
DATE                                                                         HONORABLE JOHN F. WALTER
                                                                                       UNITED STATES DISTRICT JUDGE

Presented by:

_____
MACK E. JENKINS
Assistant United States Attorney

4