1  TRACY L. WILKISON
   Acting United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   MACK E. JENKINS (Cal. Bar No. 242101)
4  Assistant United States Attorney
   Chief, Public Corruption & Civil Rights Section
5  VERONICA DRAGALIN (Cal. Bar No. 281370)
   MELISSA MILLS (Cal. Bar No. 248529)
6  Assistant United States Attorneys
   Public Corruption & Civil Rights Section
7       1500 United States Courthouse
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-2091/0647/0627
9       Facsimile: (213) 894-6436
        E-mail:   Mack.Jenkins@usdoj.gov
10                Veronica.Dragalin@usdoj.gov
                  Melissa.Mills@usdoj.gov
11
   Attorneys for Plaintiff
12 UNITED STATES OF AMERICA

13              UNITED STATES DISTRICT COURT

14          FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 UNITED STATES OF AMERICA,          No. 2:20-CR-326(A)-JFW-1,2,4,5,6

16          Plaintiff,                REVISED JOINT STATUS REPORT
                                      REGARDING REQUEST FOR SETTING
17          v.                        TRIAL AND RELATED DATES

18 JOSE LUIS HUIZAR, et al.,          **CURRENT TRIAL DATE:**  Vacated
                                      **PROPOSED TRIAL DATE:**  05/24/2022
19          Defendants.

20

21      Pursuant to the Court's May 10, 2021 Order, plaintiff United

22 States of America, by and through its counsel of record, the Acting

23 United States Attorney for the Central District of California and

24 Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin,

25 Melissa Mills, and defendants JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN,

26 SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL, LLC

27 (collectively, "defendants"), both individually and by and through

28

1    their respective counsel of record, hereby file the attached Revised

2    Joint Status Report.

3    Dated: May 11, 2021              Respectfully submitted,

4                                     TRACY L. WILKISON
                                      Acting United States Attorney
5
                                      BRANDON D. FOX
6                                     Assistant United States Attorney
                                      Chief, Criminal Division
7

8                                     _____
                                      MACK E. JENKINS
9                                     VERONICA DRAGALIN
                                      MELISSA MILLS
10                                    Assistant United States Attorneys

11                                    Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA
12

13   Dated: May 11, 2021              /s/ via e-mail authorization
                                      _____
14                                    CAREL ALE
                                      CHARLES SNYDER
                                      Attorneys for Defendant
15                                    JOSE LUIS HIUZAR

16
     Dated: May 12, 2021              /s/ via e-mail authorization
17                                    _____
                                      HARLAND W. BRAUN
                                      Attorneys for Defendant
18                                    RAYMOND CHAN

19

20   Dated: May 11, 2021              /s/ via e-mail authorization
                                      _____
21                                    RICHARD M. STEINGARD
                                      Attorneys for Defendant
                                      SHEN ZHEN NEW WORLD I, LLC
22

23
     Dated: May 11, 2021              /s/ via e-mail authorization
24                                    _____
                                      ARIEL A. NEUMAN
                                      Attorneys for Defendants
25                                    DAE YONG LEE and 940 HILL, LLC

26

27

28

**<u>JOINT STATUS REPORT</u>**

1.   On May 10, 2021, this Court held a status conference regarding the trial and related dates.  The Court considered the parties' jointly requested May 24, 2022 trial date and additional agreed-upon pre-trial dates, as well as four disputed dates, as set forth in the Joint Status Report filed on May 5, 2021 (CR 182).  The Court ordered the parties to file a revised status report and proposed order pursuant to the Court's rulings at the hearing, with the following revised dates (Court hearings appear in **bold**):

| Event | Date |
|---|---|
| Pretrial Motions (Severance) | 08/09/2021 |
|     Oppositions | 09/07/2021 |
|     Replies | 09/27/2021 |
| **Hearing re: Motions to Sever** | **10/15/2021 at 8:00 a.m.** |
| Pretrial Motions (Dismiss) | 09/07/2021 |
|     Oppositions | 10/04/2021 |
|     Replies | 10/25/2021 |
| **Hearing re: Motions to Dismiss** | **11/15/2021 at 8:00 a.m.** |
| Suppression Motions | 11/01/2021 |
|     Oppositions | 12/06/2021 |
|     Replies | 01/03/2022 |
| **Hearing re: Suppression Mtns** | **01/31/2022 at 8:00 a.m.** |
| Govt Experts | 12/15/2021 |
| Defense Experts | 01/15/2022 |
| Govt 404(b) | 02/01/2022 |
| Govt Witness List | 02/15/2022 |
| Govt Exhibit List | 02/15/2022 |
| Exchange Joint MIL Mtns | 02/14/2022 |
| Exchange Joint MIL Opps | 03/07/2022 |
| Joint MILs (filing) | 03/09/2022 |
| **Hearing re: MIL** | **03/28/2022 at 8:00 a.m.** |
| Brady/Giglio | 03/25/2022 |
| Govt Jencks Statements | 03/25/2022 |
| Govt Charts & Summaries | 04/22/2022 |
| Final Transcripts & Translations | 04/22/2022 |
| **Pretrial Conference** | **05/13/2022 at 11:00 a.m.** |
| Def Jencks Statements | 05/16/2022 |
| Def Charts & Summaries | 05/16/2022 |

| Event | Date |
|---|---|
| Defense Witness List | 05/16/2022 |
| Defense Exhibit List | 05/16/2022 |
| **TRIAL** | **05/24/2022 at 8:30 a.m.** |