TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdoj.gov
                Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-326(A)-JFW-1,2,4,5,6 |
|---|---|
| Plaintiff, | ORDER SETTING TRIAL DATES AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JOSE LUIS HUIZAR, et. al, | **TRIAL DATE:** 5/24/2022 at 8:30 a.m. |
| Defendants. | |

The Court has read and considered the Stipulation Regarding Request for (1) Setting Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, the Joint Status Report Regarding Request for Setting Trial and Related Dates, and the Revised Joint Status Report Regarding Request for Setting Trial and Related Dates filed by the parties in this matter, the Central District of California's General Orders and Orders of the Chief Judge

regarding the Coronavirus Public Emergency (collectively, "Coronavirus Orders"), and the parties' respective positions at status hearings on April 5, 2021 and May 10, 2021.  The Court hereby finds that the Stipulation, Joint Status Report, Revised Joint Status Report, Coronavirus Orders, and information provided at the April 5, 2021 and May 10, 2021 status hearings, which this Court incorporates by reference into this Order, demonstrate facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is set for **May 24, 2022 at 8:30 a.m.**  The briefing and hearings schedule for motions and other pre-trial deadlines shall be:

| Event | Date |
|---|---|
| Pretrial Motions (Severance) | 08/09/2021 |
|     Oppositions | 09/07/2021 |
|     Replies | 09/27/2021 |
| **Hearing re: Motions to Sever** | **10/15/2021 at 8:00 a.m.** |
| Pretrial Motions (Dismiss) | 09/07/2021 |
|     Oppositions | 10/04/2021 |
|     Replies | 10/25/2021 |
| **Hearing re: Motions to Dismiss** | **11/15/2021 at 8:00 a.m.** |
| Suppression Motions | 11/01/2021 |
|     Oppositions | 12/06/2021 |
|     Replies | 01/03/2022 |
| **Hearing re: Suppression Mtns** | **01/31/2022 at 8:00 a.m.** |
| Govt Experts | 12/15/2021 |
| Defense Experts | 01/15/2022 |
| Govt 404(b) | 02/01/2022 |
| Govt Witness List | 02/15/2022 |
| Govt Exhibit List | 02/15/2022 |
| Exchange Joint MIL Mtns | 02/14/2022 |
| Exchange Joint MIL Opps | 03/07/2022 |
| Joint MILs (filing) | 03/09/2022 |
| **Hearing re: MIL** | **03/28/2022 at 8:00 a.m.** |
| Brady/Giglio | 03/25/2022 |
| Govt Jencks Statements | 03/25/2022 |
| Final Transcripts & Translations | 04/22/2022 |

| Event | Date |
|---|---|
| Govt Charts & Summaries | 04/22/2022 |
| **Pretrial Conference** | **05/13/2022 at 11:00 a.m.** |
| Def Jencks Statements | 05/16/2022 |
| Def Charts & Summaries | 05/16/2022 |
| Defense Witness List | 05/16/2022 |
| Defense Exhibit List | 05/16/2022 |

2.  The time period of June 22, 2021 to May 24, 2022, inclusive, as to defendants JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL LLC, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii) and (B)(iv).

3.  Defendants JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL LLC shall appear in Courtroom 7A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May 24, 2022 at 8:30 a.m.

4.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of

//
//
//
//

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

May 13, 2021
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**CC: USPO/PSA; USM**

Presented by:

    /s/
MACK E. JENKINS
Assistant United States Attorney