# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>JOSE LUIS HUIZAR, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cr–00326–JFW<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __8/9/2021__

Document Number(s):   __201__

Title of Document(s):   __Motion to Sever__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _August 10, 2021_          By: _/s/ Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov_
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**