# Exhibit B

## Richard Steingard

| | |
|---|---|
| **From:** | Richard Steingard |
| **Sent:** | Monday, May 24, 2021 8:19 AM |
| **To:** | 'Jenkins, Mack (USACAC)'; 'Dragalin, Veronica (USACAC)'; 'Mills, Melissa (USACAC) 2' |
| **Cc:** | 'Carel Ale'; Charles Snyder; Ariel A. Neuman; Harland Braun; Ray S. Seilie |
| **Subject:** | RE: |

Mack, Veronica and Melissa—
We were in court two weeks ago, and the next day sent you the below message. Since then, we have not heard from you. This does not appear to be in keeping with the cooperative approach you espoused in court. Pls advise of the status of our request. If you are disinclined to assist us, we'd like to know now. Thank you.
Richard

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260 – 9449
Direct: (213) 260 - 9436
Facsimile: (213) 260 - 9450
E-mail: Richard@SteingardLaw.com
www.steingardlaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above. This message may not be shared with, or forwarded to, third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.

**From:** Richard Steingard
**Sent:** Tuesday, May 11, 2021 9:57 AM
**To:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>; Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>
**Subject:**

Mack, et al—
In keeping with the spirit of the Judge's comments at yesterday's appearance, we'd like to discuss how we can go about jointly addressing the specific items of evidence that the government will rely on at trial. We're open to suggestions but here's what the defense is proposing: a series of four meeting sessions on different days, each one focusing on the government's evidence as it relates to the various aspects of the case:
1. Evidence related to Huizar, Chan and Shen Zhen
2. Evidence relating to Huizar, Chan and Lee/911 Hill
3. Evidence related to Huizar and Chan
4. Evidence relating to Huizar and Huizar-specific issues.

We would expect the government at each session to trek through the overt acts as it applies to each defendant's case, but also identify any additional recordings/transcripts, emails, text messages, etc., that are not specifically referenced in the FSI but which will be presented at trial. In this way, the govt could efficiently address the trial exhibits (by Bates

number so we can easily find them) and witnesses for the various counts and overt acts without having to repeat it for each defendant. As made clear in your pleadings and in court, we appreciate that as the government prepares for trial, it may find additional exhibits it may want to use at trial—to that extent, we can set up periodic check-ins to see if there are any new materials we should be looking at.

I would suggest we do the sessions in person—we don't know how long each session will take, I'm not a huge fan of Zoom calls, and with all of us vaccinated (I think) and COVID in LA County so dramatically lessened, I believe we can meet safely. Regardless, each defense counsel can choose which sessions they want to attend—my tentative plan would be to attend the sessions concerning Shen Zhen but probably have a staff member sit in on the non-Shen Zhen sessions. Let me know your thoughts and I'll discuss with my co-counsel. We're open to alternative ideas but the sooner we get started on this, the better.

As always, I'm available to discuss by phone. Thx.
Richard


**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260 – 9449
Direct: (213) 260 - 9436
Facsimile: (213) 260 - 9450
E-mail: Richard@SteingardLaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above. This message may not be shared with, or forwarded to, third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete the message and all copies.