Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone:  (213) 260-9449
Facsimile:   (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

[And on Behalf of All Defendants]

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17-CR-420(A)-SJO |
| Plaintiff, | **[PROPOSED] ORDER RE: DEFENDANTS' MOTION FOR RECONSIDERATION OF DATE FOR GOVERNMENT'S DISCLOSURE OF EXHIBIT LIST** |
| v. | |
| JOSE LUIS HUIZAR, ET AL., | |
| Defendants. | |

Having considered the pleadings and arguments, IT IS HEREBY ORDERED that Defendants' Motion for Reconsideration of Date of Government's Disclosure of Exhibit List is GRANTED.  The government is ordered to disclose its exhibit list on or before _____.

DATED: _____    _____
HONORABLE JOHN F. WALTER
United States District Court

1