1  Richard M. Steingard (SBN 106374)
   *rsteingard@SteingardLaw.com*
2  LAW OFFICES OF RICHARD M. STEINGARD
   800 Wilshire Boulevard, Suite 1050
3  Los Angeles, California 90017
   Telephone:  (213) 260-9449
4  Facsimile:  (213) 260-9450

5  Attorney for Defendant
6  Shen Zhen New World I, LLC

7  [And on Behalf of All Defendants]

8

9              IN THE UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          Case No.: 17-CR-420(A)-SJO

13            Plaintiff,                **[PROPOSED] ORDER RE:
                                         DEFENDANTS' *EX PARTE*
14        v.                            APPLICATION FOR AN ORDER
                                         SHORTENING TIME TO HEAR
15  JOSE LUIS HUIZAR, ET AL.,           DEFENDANTS' MOTION FOR
                                         RECONSIDERATION OF DATE
16            Defendants.               FOR GOVERNMENT'S
                                         DISCLOSURE OF EXHIBIT LIST**
17

18

19

20        After full consideration of the defendants' *ex parte* application to shorten

21  time to hear the defendants' Motion for Reconsideration of Date for Government's

22  Disclosure of Exhibit List, and good cause being shown, IT IS HEREBY

23  ORDERED:

24        (1)    Defendant's Application is GRANTED.  The hearing on Defendant's

25               Motion to Suppress shall occur on _____.

26

27  DATED: _____      _____
                               HONORABLE JOHN F. WALTER
28                             United States District Court

                                    1