CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(Email: carel_ale@fd.org)
CHARLES SNYDER (Bar No. 287247)
(Email: charles_snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: adam_olin@fd.org)
Deputy Federal Public Defenders
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-5186
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSÉ LUIS HUIZAR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSÉ LUIS HUIZAR,<br><br>　　　　Defendant. | Case No. 20-CR-326(A)-JFW-1<br><br>**ORDER RE UNOPPOSED *EX PARTE* APPLICATION FOR ORDER TO ALLOW INTERNATIONAL TRAVEL AND TEMPORARY MODIFICATION OF BOND CONDITIONS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond is temporarily modified as follows:

　　(a)　The condition restricting travel to the Central District of California is temporarily removed;

　　(b)　Mr. Huizar may obtain his passport or travel documents from U.S. Pretrial Services but must surrender any travel documents to U.S. Pretrial Services within 24 hours of his return;

　　(c)　Mr. Huizar may travel to Mexico for a period of ten days;

| | | |
|---|---|---|
| 1 | (d) | Mr. Huizar's sister, Gloria Galvan, will take third-party custody of Mr. Huizar during the time Mr. Huizar is outside of the Central District of California, and must execute and file an Affidavit of Third-Party Custody, CR-31 form; |
| 5 | (e) | Mr. Huizar must surrender his children's passports and travel documents to defense counsel prior to any travel. Defense counsel will file a passport surrender receipt with the Court; and |
| 8 | (f) | The modifications to Mr. Huizar's bond are temporary and will revert to the conditions approved by the Court, (ECF No. 14), upon Mr. Huizar's return. |

Dated: August 16, 2021     By _____.
                              HONORABLE JOHN F. WALTER
                              United States District Judge

CC: USPO/PSA; USM

Presented by:
*/s/ Carel Alé*               .
Carel Alé
Deputy Federal Public Defender