# Exhibit C

| | |
|---|---|
| **From:** | Jenkins, Mack (USACAC) |
| **To:** | Richard Steingard |
| **Cc:** | Mills, Melissa (USACAC) 2; Dragalin, Veronica (USACAC) |
| **Subject:** | RE: Activity in Case 2:20-cr-00326-JFW USA v. Huizar Text Only Scheduling Notice |
| **Date:** | Friday, August 20, 2021 11:09:32 AM |

Hi Richard:  Thank you for reaching out regarding our position on your proposed hearing date and briefing schedule as well as your ex parte to shorten time.

1. The government maintains its objection to the application to shorten time as unnecessary and because defendant has articulated no urgent need to calendar a separate hearing on this issue 18 days before the next scheduled hearing date.
2. If the Court grants your application to shorten time, a 9/2 hearing works for the government.
3. If the Court grants your application to shorten time, a 8/27 response date also works for the government.

**From:** Richard Steingard <richard@steingardlaw.com>
**Sent:** Thursday, August 19, 2021 12:30 PM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Mills, Melissa (USACAC) 2 <mmills2@usa.doj.gov>; Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>
**Subject:** FW: Activity in Case 2:20-cr-00326-JFW USA v. Huizar Text Only Scheduling Notice

Mack--

Per the Judge's order below, we are to propose a briefing schedule and hearing date for a possible early hearing on the Mtn to Reconsider.  As far as the hearing, defense counsel are all available on Sept. 2—can you pls advise of you and your colleagues' availability on that date; if it doesn't work, pls provide an alternative date.  Re a briefing schedule with a Sept. 2 hearing date, I would propose that the govt file a response on or before Aug. 27, with the defense's optional reply due on Aug 30.  Let me know whether that works as well.  If you want me to include your prior position—that you think the mtn to shorten time is unnecessary – I can include that but ask that you still respond to the proposed schedule, above..

Thank you.

Richard

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260 – 9449
Direct: (213) 260 - 9436
Facsimile: (213) 260 - 9450

E-mail: Richard@SteingardLaw.com
www.steingardlaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above. This message may not be shared with, or forwarded to, third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Thursday, August 19, 2021 10:20 AM
**To:** noreply@ao.uscourts.gov
**Subject:** Activity in Case 2:20-cr-00326-JFW USA v. Huizar Text Only Scheduling Notice

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 8/19/2021 at 10:19 AM PDT and filed on 8/19/2021
**Case Name:**           USA v. Huizar
**Case Number:**     2:20-cr-00326-JFW
**Filer:**
**Document Number:** 208(No document attached)

**Docket Text:**
**Text Entry Order: In Response to the NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents [207], the Court STRIKES docket entries [204] and [205]. Defendants shall re-file their Motion for Reconsideration of Date for Governments Disclosure of Exhibit List ("Motion") no later than August 23, 2021 setting it for hearing on September 20, 2021 at 8:00 a.m. If counsel still**

**intend for the Court to consider advancing the hearing, they shall then file an Ex Parte Application to Have the Motion Heard on Shortened Time ("Application"). The Application must explain the reasons and must contain admissible evidence to support the need to have the Motion heard on shortened notice. Counsel shall also set forth a proposed briefing schedule and new date for the hearing. A proposed order should be attached to the Application. If granted, this would advance the motion from September 20, 2021 to the date requested in Defendants' Ex Parte Application. If denied, the hearing date will remain set for September 20, 2021 at 8:00 a.m. Counsel shall also review the documents before refiling to correct any errors contained in the filings. The docket text must also correctly identify the filing(s) and match exactly. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (sr) TEXT ONLY ENTRY**

**2:20-cr-00326-JFW-1 Notice has been electronically mailed to:**

Adam Olin     adam_olin@fd.org, zzcac_fpd_document_receiving@fd.org

Carel Ale     carel_ale@fd.org, zzCAC_FPD_Document_Receiving@fd.org

Charles James Snyder     Charles_Snyder@fd.org

Mack Eric Jenkins     mack.jenkins@usdoj.gov, caseview.ECF@usdoj.gov, usacac.criminal@usdoj.gov

Melissa E Mills     melissa.mills@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov

Veronica Dragalin     veronica.dragalin@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov

Vicki I Podberesky     vpod@aplaw.law, acabang@aplaw.law, dmalar@aplaw.law, tzimbert@aplaw.law

**2:20-cr-00326-JFW-1 Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

**2:20-cr-00326-JFW-2 Notice has been electronically mailed to:**

Harland W. Braun     harland@braunlaw.com

Mack Eric Jenkins     mack.jenkins@usdoj.gov, caseview.ECF@usdoj.gov, usacac.criminal@usdoj.gov

Melissa E Mills     melissa.mills@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov

Veronica Dragalin     veronica.dragalin@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov

**2:20-cr-00326-JFW-2 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

**2:20-cr-00326-JFW-3 Notice has been electronically mailed to:**

Mack Eric Jenkins        mack.jenkins@usdoj.gov, caseview.ECF@usdoj.gov, usacac.criminal@usdoj.gov

Melissa E Mills        melissa.mills@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov

Veronica Dragalin        veronica.dragalin@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov

**2:20-cr-00326-JFW-3 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

**2:20-cr-00326-JFW-4 Notice has been electronically mailed to:**

Mack Eric Jenkins        mack.jenkins@usdoj.gov, caseview.ECF@usdoj.gov, usacac.criminal@usdoj.gov

Melissa E Mills        melissa.mills@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov

Richard M. Steingard        rsteingard@steingardlaw.com, awong@steingardlaw.com

Veronica Dragalin        veronica.dragalin@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov

**2:20-cr-00326-JFW-4 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

**2:20-cr-00326-JFW-5 Notice has been electronically mailed to:**

Ariel A Neuman        aneuman@birdmarella.com, brl@birdmarella.com, mlw@birdmarella.com, rec@birdmarella.com

Mack Eric Jenkins        mack.jenkins@usdoj.gov, caseview.ECF@usdoj.gov, usacac.criminal@usdoj.gov

Melissa E Mills        melissa.mills@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov

Ray S Seilie        Rseilie@birdmarella.com, docket@birdmarella.com, slp@birdmarella.com

Veronica Dragalin        veronica.dragalin@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov

**2:20-cr-00326-JFW-5 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

**2:20-cr-00326-JFW-6 Notice has been electronically mailed to:**

Ariel A Neuman    aneuman@birdmarella.com, brl@birdmarella.com, mlw@birdmarella.com, rec@birdmarella.com

Mack Eric Jenkins    mack.jenkins@usdoj.gov, caseview.ECF@usdoj.gov, usacac.criminal@usdoj.gov

Melissa E Mills    melissa.mills@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov

Ray S Seilie    Rseilie@birdmarella.com, docket@birdmarella.com, slp@birdmarella.com

Veronica Dragalin    veronica.dragalin@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov

**2:20-cr-00326-JFW-6 Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**