UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CRIMINAL MINUTES</u>

Case No.   **CR 20-326(A)-JFW**                                                                                              Dated: August 26, 2021

--------------------------------------------------------------------------------------------------------------------------------

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Mack Eric Jenkins; Veronica Dragalin; Melissa E. Mills |
|---|---|
| Courtroom Deputy | Asst. U.S. Attorney - **Not Present** |

U.S.A. vs (Dfts listed below) - **Not Present**     Attorneys for Defendants - **Not Present**

1. Jose Luis Huizar                                1. Carel Alé, DFPD; Charles James Snyder, DFPD
2. Raymond She Wah Chan                            2. Harland W Braun, Retained
4. Shen Zhen New World I, LLC                      4. Richard M. Steingard, Retained
5. Dae Yong Lee                                    5. Ariel A Neuman, Retained
6. 940 Hill, LLC                                   6. Ariel A Neuman, Retained

--------------------------------------------------------------------------------------------------------------------------------

**PROCEEDINGS (IN CHAMBERS):**      **ORDER RE: EXHIBITS**

     For all future filings in this case, Counsel shall prepare a Table of Contents for each document that attaches or refers to an exhibit.  The Table of Contents shall include meaningful description of each exhibit and a citation to the page and line where the exhibit appears in the document.  In addition, counsel shall file all documents in accordance with the following:

     All documents filed electronically shall be filed in accordance with the Local Rule 5-4.  Each PDF file shall contain no more than one document or exhibit, see Local Rule 5-4.3.1, and each document or exhibit shall be meaningfully described on the docket such that the document or exhibit can be easily identified.  For example, if a declaration in support of a motion appears as Docket No. 30, exhibit 1 to the declaration should be filed as Docket No. 30-1 with a description of the exhibit that includes the title of the exhibit and the exhibit number (e.g., Exhibit 1: Letter from John Doe to Jane Doe dated January 1, 2021).  Exhibit 2 to the declaration should be filed as Docket No. 30-2 with a description of the exhibit which includes the title of the exhibit and exhibit number (Exhibit 2: Letter from Jane Doe to John Doe dated January 2, 2021), and so on.  Any documents which counsel attempt to file electronically which are improperly filed will not be accepted by the Court.

     The parties shall also deliver Courtesy Copies in compliance with the Court's Criminal Trial Order.

     IT IS SO ORDERED.

Initials of Deputy Clerk  sr