1  Richard M. Steingard (SBN 106374)
   rsteingard@SteingardLaw.com
2  LAW OFFICES OF RICHARD M. STEINGARD
   800 Wilshire Boulevard, Suite 1050
3  Los Angeles, California 90017
   Telephone:  (213) 260-9449
4  Facsimile:  (213) 260-9450

5  Attorney for Defendant
6  Shen Zhen New World I, LLC

7  [And on Behalf of All Defendants]

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR-20-326(A)-JFW |
|---|---|
| Plaintiff, | **ORDER RE: DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR DEFENDANTS' MOTION FOR RECONSIDERATION OF DATE FOR GOVERNMENT'S DISCLOSURE OF EXHIBIT LIST** |
| v. | |
| JOSE LUIS HUIZAR, ET AL., | |
| Defendants. | |

After full consideration of the defendants' *ex parte* application to shorten time to hear the defendants' Motion for Reconsideration of Date for Government's Disclosure of Exhibit List, IT IS HEREBY ORDERED:

___  Defendant's Application is GRANTED.  The hearing on Defendant's Motion to Suppress shall occur on _____.

**X**  Defendant's Application is DENIED.

DATED:  August 26, 2021

_____
HONORABLE JOHN F. WALTER
United States District Court

1