Carel Ale, DFPD
321 E. 2nd Street
Los Angeles, CA
90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, | 20-CR-326-JFW-1 |
| v. | |
| JOSE LUIS HUIZAR | **AFFIDAVIT OF THIRD-PARTY CUSTODIAN** |
| DEFENDANT/MATERIAL WITNESS, | |

Having been ordered by the Court on _August 16, 2021_ to take third-party custody of
JOSE LUIS HUIZAR I, _Gloria Galvan_

agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness'
appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness
violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my
obligations under this agreement I may be held in contempt of court.

_Gloria Galvan_
Signature of Third-Party Custodian (Person or Organization)

_Sister_
Relationship to Defendant/Material Witness

_10228 Andora Dr._
Address (only if the above is an organization)

_Austin, TX 78717_
City and State only

_626-226-8834_
Telephone Number

Date: _August 25, 2021_

CR-31 (03/15)                    AFFIDAVIT OF THIRD-PARTY CUSTODIAN