CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
(Email: carel_ale@fd.org)
CHARLES SNYDER (Bar No. 287247)
(Email: charles_snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: adam_olin@fd.org)
Deputy Federal Public Defenders
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-5186
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSÉ LUIS HUIZAR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSÉ LUIS HUIZAR, Defendant. | Case No. 20-CR-326-JFW-1 **PASSPORT RECEIPT; DECLARATION OF COUNSEL** |

Defendant Jose Luis Huizar, by and through his attorneys of record Carel Alé, Charles Snyder, and Adam Olin, files this declaration as proof of receipt of passports pursuant to the Court's August 16, 2021 Order. ECF No. 206.

Respectfully submitted,

CUAUHTÉMOC ORTEGA
Federal Public Defender

DATE: August 26, 2021     By /s/ *Carel Alé*
CAREL ALÉ
Deputy Federal Public Defender

## DECLARATION OF CAREL ALÉ

I, Carel Alé, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent José Luis Huizar in the above-entitled action.

2. On August 16, 2021, the Court granted Mr. Huizar's *Ex Parte* Application to Temporarily Modify the Conditions of Release to allow him to travel internationally. ECF Nos. 203 & 206.

3. The modified conditions required Mr. Huizar to surrender his children's passports to defense counsel prior to and during the time of his travel. ECF No. 206.

4. On August 26, 2021, Mr. Huizar surrendered to me and I took possession of his four children's passports.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED: August 26, 2021         /s/ Carel Alé
                                CAREL ALÉ
                                Deputy Federal Public Defender

2