UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                              Dated: September 7, 2021

================================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
| | | Melissa E. Mills |
| | | Asst. U.S. Attorney |
| | | **Not Present** |

================================================================================

U.S.A. vs (Dfts listed below) - **Not Present**   Attorneys for Defendants - **Not Present**

1. Jose Luis Huizar                    1. Carel Alé, DFPD; Charles James Snyder, DFPD
2. Raymond She Wah Chan                2. Harland W Braun, Retained
4. Shen Zhen New World I, LLC          4. Richard M. Steingard, Retained
5. Dae Yong Lee                        5. Ariel A Neuman, Retained
6. 940 Hill, LLC                       6. Ariel A Neuman, Retained

_____

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: EXHIBITS**

     For Defendants Dae Yong Lee and 940 Hill, LLC's Motion to Compel Further Disclosure of Redacted Discovery Re Key Cooperating Witnesses, counsel shall prepare and file, on or before **September 8, 2021**, a Table of Contents listing each exhibit filed as attachment no. 1 to Exhibit 217 described in the Declaration of Ray S. Seilie filed on August 23, 2021 under seal (Docket No. 218). The Table of Contents shall include a meaningful description of each exhibit and a citation to the page and line where the exhibit appears in Docket No. 217-1.  Counsel shall also file, on or before September 8, 2021, the exhibits in Docket No. 217-1 in accordance with the following:

         All documents filed electronically shall be filed in accordance with the Local Rule 5-4.  Each PDF file shall contain no more than one document or exhibit, see Local Rule 5-4.3.1, and each document or exhibit shall be meaningfully described on the docket such that the document or exhibit can be easily identified.  For example, if a declaration in support of a motion appears as Docket No. 30, exhibit 1 to the declaration should be filed as Docket No. 30-1 with a description of the exhibit that includes the title of the exhibit and the exhibit number

Initials of Deputy Clerk   sr

(e.g., Exhibit 1: Letter from John Doe to Jane Doe dated January 1, 2021).  Exhibit 2 to the declaration should be filed as Docket No. 30-2 with a description of the exhibit which includes the title of the exhibit and exhibit number (Exhibit 2: Letter from Jane Doe to John Doe dated January 2, 2021), and so on.  Any documents which counsel attempt to file electronically which are improperly filed will not be accepted by the Court.

The documents, including the Table of Contents and exhibits, may be filed under seal.

IT IS SO ORDERED.

Initials of Deputy Clerk  sr