CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(Email: carel_ale@fd.org)
CHARLES SNYDER (Bar No. 287247)
(Email: charles_snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: adam_olin@fd.org)
Deputy Federal Public Defenders
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-5186
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

[And on Behalf of Defendants
Raymond She Wah Chan
and Shen Zhen New World I, LLC]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, and SHEN ZHEN NEW WORLD I, LLC, <br><br> Defendants. | Case No. 20-CR-326-JFW <br><br> **[PROPOSED] ORDER RE *EX PARTE* APPLICATION FOR LEAVE TO FILE EXCESS PAGES AS TO MOTION TO DISMISS AND/OR STRIKE; PROPOSED ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the defendant may file an oversized motion to dismiss and/or strike.

IT IS SO ORDERED.

DATED: September ___, 2021          _____
                                     HONORABLE JOHN F. WALTER
                                     United States District Judge

1