TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (SBN: 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (SBN: 281370)
MELISSA MILLS (SBN: 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-7631
     E-mail: Mack.Jenkins@usdoj.gov
             Veronica.Dragalin@usdoj.gov
             Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF DETAILED INDEX OF TRIAL EXHIBTS PURSUANT TO COURT ORDER (CR 241) |
| v. | |
| JOSE LUIS HUIZAR, et al. | Date: September 20, 2021<br>Time: 8:00 a.m. |
| Defendants. | Location: Courtroom of the Hon. John F. Walter |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Melissa Mills, hereby files its Notice of Lodging of the Government's Detailed Index of Trial Exhibits Pursuant to Court Order.

On September 13, 2021, the Court ordered the government to deliver (but not file) courtesy copies of the detailed index of exhibits produced to Defendants on August 2, 2021 and referred to in the Government's Opposition to Defendants' Motion for Reconsideration of Date for Government's Disclosure of Exhibits List (CR 225). (CR 241.)

On September 14, 2021, the government caused the detailed index of trial exhibits to be lodged with the Court's courtroom deputy clerk via hand delivery. The detailed index of trial exhibits is a native excel file, which was provided on a CD, in the same format that it was produced to Defendants on August 2, 2021.

Dated: September 14, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/ Veronica Dragalin
MACK E. JENKINS
VERONICA DRAGALIN
MELISSA MILLS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA