Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone:  (213) 260-9449
Facsimile:   (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC
[And on Behalf of All Defendants]

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>             Plaintiff, <br><br>      v. <br><br> JOSE LUIS HUIZAR, ET AL., <br><br>             Defendants. | CR-20-326(A)-JFW <br><br> **DEFENDANTS' <u>UNOPPOSED</u> *EX PARTE* APPLICATION FOR AN ORDER PERMITTING FILING OF A SUPPLEMENTAL MOTION TO DISMISS; DECLARATION OF RICHARD M. STEINGARD** |

The defendants hereby apply *ex parte* for an order permitting the filing of a supplemental motion to dismiss, which is contemporaneously being lodged with the Court.  The government does not oppose this motion.

///

///

///

The grounds for this *ex parte* application are set forth in the attached declaration of counsel.

DATED: September 14, 2021          Respectfully submitted,

LAW OFFICES OF RICHARD M. STEINGARD

*/s/ Richard M. Steingard*
RICHARD M. STEINGARD
Attorney for Defendant
SHEN ZHEN NEW WORLD I, LLC

[And on Behalf of All Defendants]

## DECLARATION OF RICHARD M. STEINGARD

I, Richard M. Steingard, state and declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Honorable Court. My firm represents Shen Zhen New World I, LLC ("SZNW") in the above-captioned matter.

2. On May 3, 2021, this Court issued an Order setting dates for, *inter alia*, the filing of pre-trial severance motions and motions to dismiss. (ECF No. 187.) The Court ordered that severance motions be filed by August 9, 2021, and motions to dismiss by September 7, 2021. (*Id.*) The Court also set dates for opposition briefs, reply briefs, and hearings on these and other motions. (*Id.*)

3. In accordance with these dates, on August 9, 2021, SZNW filed a motion for severance (ECF No. 201), as did defendants Lee and 940 Hill, LLC ("the Lee defendants"), (ECF No. 200). On September 7, 2021, Defendants Huizar, Chan and SZNW filed a joint motion to dismiss (ECF No. 235), and the Lee defendants filed motions to strike (ECF Nos. 229 & 230).

4. On September 7, 2021, the same date that the defendants filed their motions to dismiss, the government filed its opposition to the severance motions. (ECF No. 228.) In its opposition brief, the government asserted that the honest services fraud counts in the First Superseding Indictment ("FSI") allege a single fraud scheme. (*Id.*) Up to this point, the defendants had always understood that the FSI charged multiple schemes, as outlined in the RICO and honest services fraud counts, which refer to the L.A. Grand Hotel Bribery Scheme, the 940 Hill Bribery Scheme, the Luxe Hotel Bribery Schemes, the Project M Bribery Scheme, and the Businessperson A Schemes.

5. After receiving the government's opposition to the severance motions, defense counsel discussed the government's claim of a single fraud scheme. Defendants concluded that, if the government intended to allege only one scheme, the honest services fraud counts are mispled. Defendants now seek permission to

file a supplemental motion to dismiss which advances that argument. Defendants did not move the Court to dismiss the honest services fraud charges on that basis in the previously filed dismissal motions because they did not understand or appreciate that the government viewed the FSI in this manner.

6. Contemporaneous with this filing defendants are lodging the requested Supplemental Motion to Dismiss. If the Court permits this filing, defendants agree that the government should have additional time to respond to the Supplemental Motion beyond October 4, 2021, the date set for the government's opposition briefs responding to the pending motions to dismiss and strike. (ECF No. 187.)

7. On September 13, 2021, I emailed the prosecutors in this case to advise them of our interest in filing a supplemental motion to dismiss on this one ground and asked their position on this application. On September 14, 2021, government and defense counsel corresponded on this issue. The government agreed to the defendant's filing of the Supplemental Motion to Dismiss, the defense agreed to grant the government 30 days (to October 14, 2021) to file an omnibus opposition to all motions to dismiss or strike, and the government agreed to extend the date for the defendants' reply briefs should the defense require it.

8. Based on the foregoing, the defendants request that the Court permit the filing of the Supplemental Motion to Dismiss and extend the government's date to respond to all motions to dismiss or strike to October 14, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 2021, at Los Angeles, California.

Richard M. Steingard