Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC
[And on Behalf of All Defendants]

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE LUIS HUIZAR, ET AL.,

Defendants.

CR-20-326(A)-JFW

**[PROPOSED] ORDER PERMITTING FILING OF DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS AND EXTENDING DATE FOR GOVERNMENT'S OPPOSITION TO MOTIONS TO DISMISS OR STRIKE**

**GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby grants Defendants' Ex Parte Application to File a Supplemental Motion to Dismiss and to Extend the Date for the Government's Opposition to Motions to Dismiss or Strike.

1. The Clerk of the Court is ordered to file the lodged Supplemental Motion to Dismiss.
2. The government's opposition to all defendants' motions to dismiss or strike are now due on or before October 14, 2021.

All other previously set dates remain.

DATED: ____________

______________________________________
HONORABLE JOHN F. WALTER
United States District Court