Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC
[And on Behalf of All Defendants]

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS HUIZAR, ET AL.,<br><br>　　　　Defendants. | CR-20-326(A)-JFW<br><br>**NOTICE OF LODGING OF DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS COUNTS 2-17** |


Defendant Shen Zhen New World I, LLC, by and through its counsel of record, Richard M. Steingard, and on behalf of all defendants, hereby files its Notice of Lodging of Defendants' Supplemental Motion to Dismiss Counts 2-17.

Dated: September 14, 2021

Respectfully submitted,

**LAW OFFICES OF RICHARD M. STEINGARD**

By: /s/ Richard M. Steingard

Attorney for Defendant
Shen Zhen New World I, LLC
[And on Behalf of All Defendants]