1  Richard M. Steingard (SBN 106374)
   *rsteingard@SteingardLaw.com*
2  LAW OFFICES OF RICHARD M. STEINGARD
   800 Wilshire Boulevard, Suite 1050
3  Los Angeles, California 90017
   Telephone:  (213) 260-9449
4  Facsimile:  (213) 260-9450

5  Attorney for Defendant                    NOTE: CHANGES MADE BY THE COURT
   Shen Zhen New World I, LLC
6  [And on Behalf of All Defendants]

7

8          IN THE UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CR-20-326(A)-JFW

12          Plaintiff,                 **ORDER PERMITTING FILING OF
                                       DEFENDANTS' SUPPLEMENTAL
13      v.                             MOTION TO  DISMISS AND
                                       EXTENDING DATE FOR
14  JOSE LUIS HUIZAR, ET AL.,          GOVERNMENT'S OPPOSITION TO
                                       MOTIONS TO DISMISS OR STRIKE**
15          Defendants.

16

17

18      **GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby grants Defendants' Ex

19  Parte Application to File a Supplemental Motion to Dismiss and to Extend the Date for the

20  Government's Opposition to Motions to Dismiss or Strike.

21      1.  The Defendant shall file their Supplemental Motion to Dismiss by September 15,

22          2021.

23      2.  The government's opposition to all defendants' motions to dismiss or strike are now

24          due on or before October 14, 2021.

25      All other previously set dates remain.

26

27  DATED:  September 15, 2021      _____
                                    HONORABLE JOHN F. WALTER
28                                  United States District Court

1