UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                              Dated: September 20, 2021

========================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
| | | Melissa E. Mills |
| | Kyung Ha (Caroline) Kim | Asst. U.S. Attorney |
| | Myoung Sun Lim | Present |
| | Korean Interpreters | |

========================================================================

U.S.A. vs (Dfts listed below) - Present on Bond        Attorneys for Defendants - Present

1. Jose Luis Huizar                                    1. Carel Ale, DFPD
                                                          Charles James Snyder, DFPD
                                                          Adam Olin, DFPD

2. Raymond She Wah Chan                                2. Harland W Braun, Retained
4. Shen Zhen New World I, LLC                          4. Richard M. Steingard, Retained
5. Dae Yong Lee                                        5. Ariel A. Neuman, Retained
6. 940 Hill, LLC                                       6. Ariel A. Neuman, Retained


**PROCEEDINGS:**   **DEFENDANTS' MOTION FOR RECONSIDERATION OF DATE FOR GOVERNMENT'S DISCLOSURE OF EXHIBIT LIST [209] Filed 8/20/21**

**DEFENDANTS DAE YONG LEE & 940 HILL, LLC'S MOTION TO COMPEL FURTHER DISCLOSURE OF REDACTED DISCOVERY RE KEY COOPERATING WITNESSES [213, 217] File 8/23/21**

Case called, and counsel make their appearance.

Court and counsel confer.  Court hears oral argument.  For the reasons stated on the record, the Court:

- DENIES the Defendants' Motion for Reconsideration of Date for Government's Disclosure of Exhibit List [209] Filed 8/20/21.

- DENIES the Defendants Dae Yong Lee & 940 Hill, Llc's Motion to Compel Further Disclosure of Redacted Discovery re Key Cooperating Witnesses [213, 217] Filed 8/23/21.

CC: USPO/PSA

Initials of Deputy Clerk __sr__
1/35