1  TRACY L. WILKISON
   Acting United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   MACK E. JENKINS (SBN: 242101)
4  Assistant United States Attorney
   Chief, Public Corruption & Civil Rights Section
5  VERONICA DRAGALIN (SBN: 281370)
   MELISSA MILLS (SBN: 248529)
6  Assistant United States Attorneys
   Public Corruption & Civil Rights Section
7       1500 United States Courthouse
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-2091/0647/0627
9       Facsimile: (213) 894-7631
        E-mail: Mack.Jenkins@usdoj.gov
10              Veronica.Dragalin@usdoj.gov
                Melissa.Mills@usdoj.gov
11
   Attorneys for Plaintiff
12 UNITED STATES OF AMERICA

13                 UNITED STATES DISTRICT COURT

14           FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 UNITED STATES OF AMERICA,          No. CR 20-326(A)-JFW

16          Plaintiff,                GOVERNMENT'S *EX PARTE* APPLICATION
                                      FOR LEAVE TO FILE OMINBUS
17          v.                        OPPOSITION IN EXCESS OF 25 PAGES;
                                      DECLARATION OF MACK E. JENKINS
18 JOSE LUIS HUIZAR, et al.,

19          Defendants.

20

21      Plaintiff United States of America, by and through its counsel

22 of record, the Acting United States Attorney for the Central District

23 of California and Assistant United States Attorneys Mack E. Jenkins,

24 Veronica Dragalin, and Melissa Mills, hereby applies ex parte for

25 leave to file the Government's Omnibus Opposition to Defendants'

26 Motions to Dismiss and/or Strike (CR 229, 231, 235, 251) that exceeds

27 25 pages.

28 //

        This <u>ex</u> <u>parte</u> application is based upon the attached declaration
of Mack E. Jenkins.

 Dated: October 14, 2021          Respectfully submitted,

                                  TRACY L. WILKISON
                                  Acting United States Attorney

                                  SCOTT M. GARRINGER
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                  _____
                                  MACK E. JENKINS
                                  VERONICA DRAGALIN
                                  MELISSA MILLS
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

1          **DECLARATION OF MACK E. JENKINS**

2      I, Mack E. Jenkins, declare as follows:

3      1.    I am an Assistant United States Attorney in the United

4  States Attorney's Office for the Central District of California.  I,

5  along with Assistant United States Attorneys Veronica Dragalin and

6  Melissa Mills, am an attorney representing the government in this

7  case.

8      2.    On September 7, 2021, defendants filed a Motion to Dismiss

9  and/or Strike (CR 235), a Motion to Strike Language from Count 5 (CR

10  229), and a Motion to Strike Language from Count 25 (CR 231).  On

11  September 16, 2021, defendants filed a Supplemental Motion to Dismiss

12  Counts 2-17 (CR 251).  The briefs in support of defendants' motions

13  to dismiss and/or strike total 116 pages.

14      3.    The government requests leave to file one Omnibus

15  Opposition to defendants' four motions to dismiss and/or strike that

16  exceeds 25 pages.  In order to make the Court's review more

17  efficient, the government seeks leave to respond in this single

18  filing to defendants' arguments in the four separate motions.  To

19  address defendants' arguments in full, the final Omnibus Opposition

20  is expected to be no longer than 60 pages.

21      4.    On October 13, 2021, AUSA Dragalin received confirmation

22  via e-mail from Carel Ale, (counsel for defendant JOSE HUIZAR),

23  Harland Braun (counsel for defendant RAYMOND CHAN), Richard Steingard

24  (counsel for defendant SHEN ZHEN NEW WORLD I, LLC), and Ariel Neuman

25  (counsel for defendant DAE YONG LEE and 940 HILL, LLC), that they do

26

27

28

1  not oppose the government's request for a brief exceeding 25 pages.

2       I declare under penalty of perjury under the laws of the United

3  States of America that the foregoing is true and correct and that

4  this declaration is executed at Los Angeles, California, on October

5  14, 2021.

7  MACK E. JENKINS