TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (SBN: 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (SBN: 281370)
MELISSA MILLS (SBN: 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-7631
     E-mail: Mack.Jenkins@usdoj.gov
             Veronica.Dragalin@usdoj.gov
             Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING LEAVE TO FILE OVERSIZED BRIEF |
| v. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for leave to file an omnibus opposition to defendants' four motions to dismiss and/or strike in excess of 25 pages is GRANTED.

IT IS SO ORDERED.

_____          _____
DATE                                     HONORABLE JOHN F. WALTER
                                         UNITED STATES DISTRICT JUDGE