**DECLARATION OF MACK E. JENKINS**

I, Mack E. Jenkins, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I, along with Assistant United States Attorneys Veronica Dragalin and Melissa Mills, am an attorney representing the government in this case.

2. Attached hereto as **Exhibit A** is a true and correct copy of a June 4, 2021 letter sent to defense counsel in this case in response to various letters requesting clarification of certain allegations in the indictment "in lieu of requesting a bill of particulars."

3. Between June 2020 and September 2021, Harland Braun, counsel for defendant RAYMOND CHAN, has repeatedly made personal attacks against the prosecutors in this case. Despite the government's repeated requests to stop such communications and to maintain a professional and respectful dialogue, Mr. Braun has demonstrated an escalating pattern of baseless and non sequitur personal attacks. Attached hereto as **Exhibits B – J** are true and correct copies of e-mail and letter correspondence with Mr. Braun on this topic. Specifically:

   a. **Exhibit B** is a June 2, 2020 e-mail chain in which Mr. Braun told prosecutors to "ask Mr. Hanna [then the United States Attorney] if he would approve Mr. Chan's Attorney paying witnesses $5000 for favorable testimony." In response to the prosecutor raising concerns about the implications of the e-mail, Mr. Braun wrote: "From the tone of your answer, be careful. I think you take yourself too seriously."

      b.   **Exhibit C** is a December 16, 2020 e-mail in which Mr. Braun accused the U.S. Attorney's Office of "framing an innocent PRC citizen" and stated: "Your boss, Barr,[1] is a dishonest crook."

      c.   **Exhibit D** is a March 11, 2021 e-mail chain in which the government advised that it considered Mr. Braun's personal attack on one prosecutor —— which was in reply to an e-mail chain wherein the prosecutor provided to Mr. Braun's co-counsel information that they had solicited about how to navigate the discovery —— to be "unprofessional, uncalled for, and unwelcome" and requested that Mr. Braun reciprocate the professional and respectful demeanor the prosecution team had showed him.

      d.   **Exhibit E** is an August 24, 2021 e-mail from Mr. Braun writing that his interpretation of what another criminal defendant client (not RAYMOND CHAN) said before boarding a plane to China was "F[***] you US government, but thank you to Judge Fitzgerald." [*** replacing original text].

      e.   **Exhibit F** is an August 26, 2021 e-mail chain in which Mr. Braun accused the prosecutors of being "mindless immoral spear carriers for Trump." Despite these accusations, the government responded by offering a meeting with Mr. Braun and defendant CHAN "during which we explain the strength of the evidence, the government's theory of the case, the significant prison sentence Mr. Chan would face if convicted at trial, and the benefits that he could gain by cooperating and a resolving his criminal case short of trial." Mr. Braun did not respond to this e-mail.

---

[1] Referring to then United States Attorney General William Barr, who defendants also quote in support of their Joint Motion. (CR 235 at 6-7.)

2

f. **Exhibit G** is a September 23, 2021 e-mail chain in which Mr. Braun wrote: "I thought I would nominate the prosecution team for the annual Dr. Joseph Mengele[2] Humanitarian Award." After a response and another request from the government to refrain from sending such e-mails, Mr. Braun responded by accusing the prosecutors of having "a very convenient short memory" and suggesting that a visit to the Museum of Tolerance by the prosecutors "might be morally therapeutic." In response, the government again noted Mr. Braun's "continued and escalating personal attacks are unwelcome, inappropriate, and unprofessional. Please stop."

g. **Exhibit H** is a September 23, 2021 e-mail chain in which Mr. Braun, in response to the government providing information about discovery as requested by another defense counsel, referred to the government team as "ignorant but prejudiced prosecutors." Again, the government told Mr. Braun his personal attacks were unwelcome and asked him to stop.

h. **Exhibit I** is a September 30, 2021 letter from Mr. Braun to Tracy L. Wilkison, the Acting United States Attorney. Among other things, Mr. Braun accuses the United States Attorney's Office of being "rife with virulent anti-Chinese bias." Mr. Braun falsely asserted that the "deputies" turned down his requests to present the government's evidence in the case, despite the government's offer to do just that in an August 26, 2021 e-mail (Exhibit F). Mr. Braun also asked the government to change all "exhibit labels" from "Casino

---

[2] SS physician Josef Mengele was known as the "Angel of Death" for his inhumane medical experiments on prisoners at Auschwitz. He was the most prominent of a group of Nazi doctors who maimed, tortured, and murdered an untold number of victims in medical experiments.

3

Loyale"[3] to a "neutral designation," even though the Bates numbers in this case use the precursor "Casino_#######." In addition, Mr. Braun warned Acting U.S. Attorney Wilkison that he intended to raise this matter with the Court, if the "exhibit labels" were not changed.[4]

   i. **Exhibit J** is an October 13, 2021 e-mail chain in response to the government's request for the defense position on an oversized brief Mr. Braun again refers to the prosecution in this matter as a "ridiculous racist case."

 4. In Exhibits C, D, E, F, G, H, and J, Mr. Braun included counsel for defendants JOSE HUIZAR, SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL LLC in the cc line.

 5. While Mr. Braun often copies defendant CHAN on other e-mails with the government, he has elected to not include his client on many of his personal attacks, so it is unclear whether defendant CHAN is aware of his counsel's behavior.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 14, 2021.

_____
MACK E. JENKINS

---

[3] In March 2017, to protect the sensitive nature of the investigation and the identities of the subjects, the FBI changed the investigation case title to "Casino Loyale" to no longer include the names of the subjects. The investigation name is a play on words referencing the movie "Casino Royale," as Mr. Braun recognizes in his letter. The investigation name stemmed from the fact that many of the bribes paid to public officials in this investigation were at Las Vegas casinos, and the subjects of the investigation repeatedly emphasizing "loyalty" to each other.

[4] Acting U.S. Attorney Wilkison directed me to address the matter, and I advised her that the trial team would accept Mr. Braun's invitation to raise the matter with the Court.

4