# Exhibit B

| | |
|---|---|
| From: | Harland Braun |
| To: | Dragalin, Veronica (USACAC) |
| Cc: | Jenkins, Mack (USACAC) |
| Subject: | RE: Raymond Chan |
| Date: | Tuesday, June 2, 2020 7:51:31 PM |
| Attachments: | image001.png |

A bribe occurs every time the government offers the possibility of a reduced sentence for favorable testimony. Just pointing out the obvious inequity in our system. From the tone of your answer, be careful. I think you take yourself too seriously.

Sincerely,
Harland Braun



10250 Constellation Blvd., Suite 1020
Los Angeles, CA 90067
(310) 277-4777
harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.
Braun & Braun LLP

**From:** Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Sent:** Tuesday, June 2, 2020 7:09 PM
**To:** Harland Braun <harland@braunlaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Subject:** RE: Raymond Chan

Mr. Braun,

Thank you for your email. We look forward to hearing from you after you have additional conversations with your client.

We assume the statements in your second paragraph requesting to bribe witnesses were made in jest. As I'm sure you are aware, paying witnesses to influence their testimony is a federal crime under various bribery and obstruction statutes. If you have information where this conduct has occurred or been discussed, by any person, please let us know.

If you have any other questions, please do not hesitate to reach out.

Regards,

**Veronica Dragalin | Assistant United States Attorney**
United States Attorney's Office | Central District of California
1500 United States Courthouse | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0647 | F: 213.894.0141 | Veronica.Dragalin@usdoj.gov

**From:** Harland Braun <harland@braunlaw.com>

**Sent:** Tuesday, June 2, 2020 6:13 PM
**To:** Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Subject:** Re: Raymond Chan

Thank you. I am still reviewing all the facts with my client and will get back to you next week.
I assume you agree that a citizen dealing with the government should be on a level playing field. Therefore based on the promises you have dangled in front of potential witnesses, ask Mr. Hanna if he would approve Mr. Chan's Attorney paying witnesses $5000 for favorable testimony.

Sent from my iPhone

On May 26, 2020, at 4:26 PM, Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov> wrote:

> Mr. Braun,
> It's been some time since we last spoke regarding your client Raymond Chan. From our notes, in November 2018, you informed us in a telephone call that Mr. Chan was preparing a written explanation of relevant facts and that he was interested in cooperating. In follow up calls, you indicated you would reach out to us in early January (2019) after meeting with your client. Given Mr. Chan's initial representations about cooperation, we were surprised not to hear back regarding next steps at that time.
> We noted that you provided a quote to the Los Angeles Times after the filing of the George Chiang information and plea agreement earlier this month, so we assume you and your client have now had a chance to review those documents.
> In light of public developments in the City Hall investigation, and given the specific allegations regarding Mr. Chan, we wanted to reach out to determine if your client has an interest in a resolution or telling his side of the story before we take next steps (which we expect to occur soon). If so, we are happy to set up a call to discuss.
> Regards,
> **Veronica Dragalin | Assistant United States Attorney**
> United States Attorney's Office | Central District of California
> 1500 United States Courthouse | 312 N. Spring St. | Los Angeles, California 90012
> T: 213.894.0647 | F: 213.894.0141 | Veronica.Dragalin@usdoj.gov