| | |
|---|---|
| **From:** | Harland Braun |
| **To:** | Dragalin, Veronica (USACAC); Craig Wilke; jeremy.b.chan@gmail.com |
| **Cc:** | Ariel A. Neuman; Jimmy Threatt; Paul Meyer; Jenkins, Mack (USACAC); Mills, Melissa (USACAC) 2; Carel Ale; Charles Snyder; Richard Steingard |
| **Subject:** | RE: U.S. v. Huizar, et al. - Protective Order |
| **Date:** | Wednesday, December 16, 2020 10:17:22 AM |
| **Attachments:** | image001.png |

Should get it back this afternoon. I have been busy on another Chinese pogrom case where your office is framing an innocent PRC citizen. Your boss, Barr, is a dishonest crook, hope we all do better next year.

Sincerely,
Harland Braun



10250 Constellation Blvd., Suite 1020
Los Angeles, CA  90067
(310) 277-4777
harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

**From:** Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Sent:** Wednesday, December 16, 2020 9:41 AM
**To:** Craig Wilke <craig@craigwilkelaw.com>; Harland Braun <harland@braunlaw.com>; jeremy.b.chan@gmail.com
**Cc:** Ariel A. Neuman <aneuman@birdmarella.com>; Jimmy Threatt <jthreatt@birdmarella.com>; Paul Meyer <pmeyer@meyerlawoc.com>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>; Carel Ale <Carel_Ale@fd.org>; Charles Snyder <Charles_Snyder@fd.org>; Richard Steingard <richard@steingardlaw.com>
**Subject:** RE: U.S. v. Huizar, et al. - Protective Order

Great, thank you.  Mr. Braun, when can we expect your signature and Mr. Chan's signature?  We received authorization from Ariel to sign electronically on his behalf, so the only signatures we are waiting on before filing are Mr. Braun and Mr. Chan.

**Veronica Dragalin | Assistant United States Attorney**
United States Attorney's Office | Central District of California
1500 United States Courthouse | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0647 | F: 213.894.0141 | Veronica.Dragalin@usdoj.gov