# Exhibit D

| | |
|---|---|
| **From:** | Dragalin, Veronica (USACAC) |
| **To:** | Harland Braun |
| **Cc:** | Jenkins, Mack (USACAC); Mills, Melissa (USACAC) 2; Carel Ale; Kristina Beck; Eliud Galdamez; Ariel A. Neuman; Jimmy Threatt; Quach, Lynda (USACAC) [Contractor]; Richard Steingard; Charles Snyder |
| **Subject:** | RE: Discovery question |
| **Date:** | Thursday, March 11, 2021 1:33:00 PM |
| **Attachments:** | image001.png |

Harland,

Given your past communications to our team of this kind, I will assume your comments were made in jest. But given the level of personal hostility and ad hominem attacks that you have made against some of our other colleagues in the Office, it's also quite possible this was not an attempt at humor. In either scenario, we consider it to be unprofessional, uncalled for, and unwelcome. We have always maintained a professional and respectful demeanor with you, and we request that you do the same.

Thank you,

**Veronica Dragalin | Assistant United States Attorney**
United States Attorney's Office | Central District of California
1500 United States Courthouse | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0647 | F: 213.894.0141 | Veronica.Dragalin@usdoj.gov

---

**From:** Harland Braun <harland@braunlaw.com>
**Sent:** Thursday, March 11, 2021 9:51 AM
**To:** Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>; Richard Steingard <richard@steingardlaw.com>; Charles Snyder <Charles_Snyder@fd.org>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Mills, Melissa (USACAC) 2 <mmills2@usa.doj.gov>; Carel Ale <Carel_Ale@fd.org>; Kristina Beck <Kristina_Beck@fd.org>; Eliud Galdamez <Eliud_Galdamez@fd.org>; Ariel A. Neuman <aneuman@birdmarella.com>; Jimmy Threatt <jthreatt@birdmarella.com>; Quach, Lynda (USACAC) [Contractor] <lquach1@usa.doj.gov>
**Subject:** RE: Discovery question

Veronica: Do you have any life outside this overblown anti-Chinese case?

Sincerely,
Harland Braun

**BRAUN & BRAUN LLP**
Trial Lawyers | Trusted Counsel

10250 Constellation Blvd., Suite 1020
Los Angeles, CA  90067
(310) 277-4777
harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express

permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

---

**From:** Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Sent:** Wednesday, March 10, 2021 3:17 PM
**To:** Richard Steingard <richard@steingardlaw.com>; Charles Snyder <Charles_Snyder@fd.org>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>; Carel Ale <Carel_Ale@fd.org>; Kristina Beck <Kristina_Beck@fd.org>; Eliud Galdamez <Eliud_Galdamez@fd.org>; Ariel A. Neuman <aneuman@birdmarella.com>; Jimmy Threatt <jthreatt@birdmarella.com>; Harland Braun <harland@braunlaw.com>; Quach, Lynda (USACAC) [Contractor] <Lynda.Quach@usdoj.gov>
**Subject:** RE: Discovery question

Richard,

We're working on updating the more specific indices and will provide them when they're ready.  But note this production did not include new audio recordings.

Thanks,

**Veronica Dragalin | Assistant United States Attorney**
United States Attorney's Office | Central District of California
1500 United States Courthouse | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0647 | F: 213.894.0141 | Veronica.Dragalin@usdoj.gov

---

**From:** Richard Steingard <richard@steingardlaw.com>
**Sent:** Wednesday, March 10, 2021 1:16 PM
**To:** Charles Snyder <Charles_Snyder@fd.org>; Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Mills, Melissa (USACAC) 2 <mmills2@usa.doj.gov>; Carel Ale <Carel_Ale@fd.org>; Kristina Beck <Kristina_Beck@fd.org>; Eliud Galdamez <Eliud_Galdamez@fd.org>; Ariel A. Neuman <aneuman@birdmarella.com>; Jimmy Threatt <jthreatt@birdmarella.com>; Harland Braun <harland@braunlaw.com>; Quach, Lynda (USACAC) [Contractor] <lquach1@usa.doj.gov>
**Subject:** RE: Discovery question

Veronica,
In light of the new discovery, are there updates of the indices that you previously provided (eg, FBI, audio, etc)?

---

**From:** Charles Snyder <Charles_Snyder@fd.org>
**Sent:** Monday, March 8, 2021 4:34 PM
**To:** Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Mills, Melissa (USACAC) 2

<Melissa.Mills@usdoj.gov>; Carel Ale <Carel_Ale@fd.org>; Kristina Beck <Kristina_Beck@fd.org>; Eliud Galdamez <Eliud_Galdamez@fd.org>; Ariel A. Neuman <aneuman@birdmarella.com>; Jimmy Threatt <jthreatt@birdmarella.com>; Harland Braun <harland@braunlaw.com>; Richard Steingard <richard@steingardlaw.com>; Quach, Lynda (USACAC) [Contractor] <Lynda.Quach@usdoj.gov>
**Subject:** RE: Discovery question

Thank you.

---

**From:** Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Sent:** Monday, March 8, 2021 4:33 PM
**To:** Charles Snyder <Charles_Snyder@fd.org>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>; Carel Ale <Carel_Ale@fd.org>; Kristina Beck <Kristina_Beck@fd.org>; Eliud Galdamez <Eliud_Galdamez@fd.org>; Ariel A. Neuman <aneuman@birdmarella.com>; Jimmy Threatt <jthreatt@birdmarella.com>; Harland Braun <harland@braunlaw.com>; Richard Steingard <richard@steingardlaw.com>; Quach, Lynda (USACAC) [Contractor] <Lynda.Quach@usdoj.gov>
**Subject:** RE: Discovery question

Hi Charles,

Yes, that is correct. Casino Loyale Prod 022 has FBI reports of interviews and other case investigative activity, interview notes, and attachments. Casino Loyale Prod 023 also has a few FBI reports of interviews with confidential human sources (14 documents subject to protective order).

Regards,

**Veronica Dragalin | Assistant United States Attorney**
United States Attorney's Office | Central District of California
1500 United States Courthouse | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0647 | F: 213.894.0141 | Veronica.Dragalin@usdoj.gov

---

**From:** Charles Snyder <Charles_Snyder@fd.org>
**Sent:** Monday, March 8, 2021 1:31 PM
**To:** Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>; Quach, Lynda (USACAC) [Contractor] <lquach1@usa.doj.gov>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Mills, Melissa (USACAC) 2 <mmills2@usa.doj.gov>; Carel Ale <Carel_Ale@fd.org>; Kristina Beck <Kristina_Beck@fd.org>; Eliud Galdamez <Eliud_Galdamez@fd.org>; Ariel A. Neuman <aneuman@birdmarella.com>; Jimmy Threatt <jthreatt@birdmarella.com>; Harland Braun <harland@braunlaw.com>; Richard Steingard <richard@steingardlaw.com>
**Subject:** Discovery question

Hi, Veronica and Lynda.

It took us until this morning to decrypt the discovery, and it's not yet uploaded to our document-management platform, but we did our best to scan through the raw images as quickly as possible to

see generally what's there.  The one thing that we'd like to identify as soon as we can are any narrative 302s/witness interviews/interview notes.  Are we correct in understanding that those are all in production 22?  I've copied our paralegals and counsel for the other defendants just in case your response is helpful to them.

Thanks in advance, and we hope all is well.

Charles J. Snyder
Deputy Federal Public Defender
321 E. 2nd St. | Los Angeles, CA 90012
213.894.4407