# Exhibit H

| | |
|---|---|
| **From:** | Mills, Melissa (USACAC) 2 |
| **To:** | Harland Braun; Richard Steingard; Jenkins, Mack (USACAC); Dragalin, Veronica (USACAC) |
| **Cc:** | Carel Ale; Charles Snyder; Ariel A. Neuman; Adam Olin; Ray S. Seilie |
| **Subject:** | RE: [EXTERNAL] |
| **Date:** | Thursday, September 23, 2021 6:18:52 PM |
| **Attachments:** | image001.png |

Your continued and escalating personal attacks are unwelcome, inappropriate, and unprofessional. Please stop.

**From:** Harland Braun <harland@braunlaw.com>
**Sent:** Thursday, September 23, 2021 4:07 PM
**To:** Mills, Melissa (USACAC) 2 <mmills2@usa.doj.gov>; Richard Steingard <richard@steingardlaw.com>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>
**Cc:** Carel Ale <Carel_Ale@fd.org>; Charles Snyder <Charles_Snyder@fd.org>; Ariel A. Neuman <aneuman@birdmarella.com>; Adam Olin <Adam_Olin@fd.org>; Ray S. Seilie <rseilie@birdmarella.com>
**Subject:** RE: [EXTERNAL]

This e-mail surely proves the point that a grand jury can indict a ham sandwich. If the prosecutors cannot figure out a case after years of investigation, how did the grand jury protect Ray Chan from ignorant but prejudiced prosecutors.

But we have an anti-Chinese tradition. See *People v. Hall, 4 Cal. 399.* ,"a race of people whom nature has marked as inferior.." ,"whose mendacity is proverbial.."

Sincerely,
Harland Braun

---"

10880 Wilshire Blvd., Suite 1020
Los Angeles, CA  90024
(310) 277-4777
harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

**From:** Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>
**Sent:** Thursday, September 23, 2021 2:30 PM
**To:** Richard Steingard <richard@steingardlaw.com>; Jenkins, Mack (USACAC)

<Mack.Jenkins@usdoj.gov>; Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Cc:** Carel Ale <Carel_Ale@fd.org>; Charles Snyder <Charles_Snyder@fd.org>; 'Harland Braun' <harland@braunlaw.com>; Ariel A. Neuman <aneuman@birdmarella.com>; 'Adam Olin' <Adam_Olin@fd.org>; Ray S. Seilie <rseilie@birdmarella.com>
**Subject:** RE: [EXTERNAL]

Richard, thank you for collaboratively sharing this information with us from your ongoing efforts to identify the evidence underlying each overt act.

Are you also planning to send us a list of the overt acts for which you are having particular trouble locating the underlying evidence, as we understood you to suggest on Monday?  To the extent that we can reasonably focus our efforts in prioritizing the identification of specific evidence that you see as the most critical and/or difficult to find, we will endeavor to do so.  Of course, the more tailored any such list is, the more helpful it will be.

For planning purposes, please note that we will not be producing an updated list by your proposed deadline of next Friday.  Veronica begins trial next Tuesday, and our team is actively engaged in digesting and responding to the robust briefing submitted on behalf of all defendants in this case on a wide array of issues.  However, we will continue to work on the exhibit list in good faith, as we have been, and we will continue to comply with all Court deadlines.

Melissa

**From:** Richard Steingard <richard@steingardlaw.com>
**Sent:** Tuesday, September 21, 2021 4:52 PM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>; Mills, Melissa (USACAC) 2 <mmills2@usa.doj.gov>
**Cc:** Carel Ale <Carel_Ale@fd.org>; Charles Snyder <Charles_Snyder@fd.org>; 'Harland Braun' <harland@braunlaw.com>; Ariel A. Neuman <aneuman@birdmarella.com>; 'Adam Olin' <Adam_Olin@fd.org>; Ray S. Seilie <rseilie@birdmarella.com>
**Subject:** [EXTERNAL]

Mack, Veronica & Melissa—
Per the Judge's suggestion during yesterday's court proceedings, I have attached a chart showing the documents that I and my staff have located in connection with the overt acts.  The chart also lists those documents that you provided in your Aug 2 exhibit list.  Although the attached chart lists all 452 overt acts, I and my staff have only searched for those overt acts that were directly related to the case against SZNW.  As you'll see, there aren't many that we found that you haven't located, but I hope this helps in your efforts to find additional exhibits.  As I suggested yesterday in court, I would appreciate it if you would provide us with an updated exhibit list on Oct 1, Nov 1, Dec 1 and Jan 1.  It would certainly facilitate and expedite our understanding of the case.
Thank you.

Richard

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260 – 9449
Direct: (213) 260 - 9436
Cell: (213) 880-4792
Facsimile: (213) 260 - 9450
E-mail: Richard@SteingardLaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above. This message may not be shared with, or forwarded to, third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete the message and all copies.