# Exhibit J

| | |
|---|---|
| **From:** | Harland Braun |
| **To:** | Dragalin, Veronica (USACAC); Richard Steingard; Carel Ale; Charles Snyder; Ariel A. Neuman; Adam Olin; Ray S. Seilie |
| **Cc:** | Mills, Melissa (USACAC) 2; Jenkins, Mack (USACAC) |
| **Subject:** | [EXTERNAL] RE: U.S. v. Huizar, et al - Request for Brief Exceeding 25 Pages |
| **Date:** | Wednesday, October 13, 2021 3:40:10 PM |
| **Attachments:** | image001.png |

Agreed –Harland.   When is the government going to dismiss this ridiculous racist case?

Sincerely,
Harland Braun

**BRAUN & BRAUN LLP**
Trial Lawyers | Trusted Counsel

10880 Wilshire Blvd., Suite 1020
Los Angeles, CA  90024
(310) 277-4777
harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

---

**From:** Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Sent:** Wednesday, October 13, 2021 3:06 PM
**To:** Richard Steingard <richard@steingardlaw.com>; Carel Ale <Carel_Ale@fd.org>; Charles Snyder <Charles_Snyder@fd.org>; 'Harland Braun' <harland@braunlaw.com>; Ariel A. Neuman <aneuman@birdmarella.com>; 'Adam Olin' <Adam_Olin@fd.org>; Ray S. Seilie <rseilie@birdmarella.com>
**Cc:** Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Subject:** U.S. v. Huizar, et al - Request for Brief Exceeding 25 Pages

Dear Counsel,

As we've previously discussed, we plan to file one omnibus opposition to the four motions to dismiss and/or strike tomorrow.  We expect our brief will be less than 60 pages.  Please confirm in writing that each defendant does not object to the government's request to file an oversized brief.

Thanks,

**Veronica Dragalin | Assistant United States Attorney**
United States Attorney's Office | Central District of California
1500 United States Courthouse | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0647 | F: 213.894.0141 | Veronica.Dragalin@usdoj.gov