CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
CHARLES SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant JOSÉ LUIS HUIZAR
[And on Behalf of All Defendants]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS HUIZAR,<br><br>Defendant. | Case No. 20-CR-0326-JFW<br><br>**ORDER RE UNOPPOSED *EX PARTE* APPLICATION EXTENDING THE DUE DATE FOR DEFENDANTS' REPLY TO THE GOVERNMENT'S OMNIBUS OPPOSITION** |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants Defendants' Unopposed Ex Parte Application Extending the Due Date for Defendants' Reply to the Government's Omnibus Opposition.

1. The Defendants shall file their Reply to the Government's Omnibus Opposition by November 4, 2021.

2. All other previously set dates remain.

IT IS SO ORDERED.

DATED: October 20, 2021

　　　　　　　　　　　　　　　　　　　/s/ John F. Walter
　　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by: *Carel Alé /s/*
Deputy Federal Public Defender

1