CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
CHARLES SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

[And on Behalf of All Defendants]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS HUIZAR, *et al.*, <br><br> Defendants. | Case No. 20-CR-0326-JFW <br><br> **[PROPOSED] ORDER RE UNOPPOSED *EX PARTE* APPLICATION TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO SUPPRESS** |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants Defendants' Unopposed *Ex Parte* Application to Extend the Briefing Schedule for Defendants' Motions to Suppress.

1. The Defendants shall file any motions to suppress by November 15, 2021.
2. The Government shall file its oppositions to any motions by December 20, 2021.
3. The Defendants shall file any replies by January 15, 2022.

1

4. All other previously set dates remain the same.

IT IS SO ORDERED.

DATED: October ___, 2021

HONORABLE JOHN F. WALTER
United States District Judge

Presented by:
*s/Carel Alé*
Deputy Federal Public Defender