CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
CHARLES SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-4740
Facsimile:  (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

[And on Behalf of Defendants Raymond Chan
And Shen Zhen New World I, LLC]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-0326-JFW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE OVERSIZED REPLY IN EXCESS OF 25 PAGES** |
| v. | |
| JOSE LUIS HUIZAR, *et al.*, | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the defendants may file an oversized reply to the government's Omnibus Opposition to Defendant's Motions to Dismiss and/or Strike, (ECF No. 259).

IT IS SO ORDERED.

DATED: November  ___, 2021      _____

HONORABLE JOHN F. WALTER
United States District Judge

1