## **DECLARATION OF JOSE HUIZAR**

I, Jose Huizar, declare as follows:

1. I am the defendant in this case. I make this declaration based on personal knowledge and to the extent compelled by Local Rule 12-1.1 to assert my Fourth Amendment rights. I expressly reserve my Fifth Amendment rights under *Simmons v. United States*, 390 U.S. 377 (1968).

2. At all times relevant to this motion, the email account being discussed in the motion was my primary personal email account.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed November 15, 2021 at Los Angeles, California.

_____
Jose Huizar

1