**DECLARATION OF CHARLES SNYDER**

I, Charles Snyder, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. I am counsel of record for defendant Jose Huizar in this action.

3. On October 14, 2021, 2021, I met and conferred with government to discuss the contents of this motion. After describing the motion and its basis, the government informed me that it believed the documents were not privileged, either because no attorney-client relationship was ever established between the relevant individuals, or because, to the extent any such relationship was created, the privilege was waived by the distribution of the communications between various individuals working on Mr. Huizar or Mr. Huang's behalf.

4. On October 18, 2021, I participated in a phone conference with the government to discuss the issue of what, if any, taint process the government used in connection with documents related to legal services provided by Henry Yong or Guodi Sun. At that time, the government informed participating defense counsel that the case agent, Special Agent Civetti, was responsible for reviewing the emails, with a goal of filtering out any that might contain attorney-client privileged information and then route them to a "taint" agent or prosecutor. The government further informed us that Agent Civetti did not identify any of these communications as being potentially privileged, and instead relayed them to the investigating prosecutors.

5. I have reviewed the emails at issue in this motion. Based on my review, the emails between Henry Yong, Guodi Sun, Wei Huang, Jose Huizar, and their respective agents, contain drafts of legal documents (including promissory notes, joint venture agreements, and notary acknowledgments). Multiple retainer agreements were drafted, and different versions listed the "lender" (i.e., Huang/SZNW) or the borrower (i.e.,

1

Huizar) as the client. Ultimately, Yan Yan signed the retainer agreement on behalf of the company that provided the funds for the collateral to support the loan. (*Id.*)

6. Attached as Exhibit A is a true and correct copy of an FBI Report of Investigation dated February 21, 2019, documenting an interview of Ricky Zheng, produced by the government in discovery in this case.

7. Attached as Exhibit B is a true and correct copy of an FBI Report of Investigation dated June 6, 2019, documenting an interview of George Esparza produced by the government in discovery in this case.

8. Attached as Exhibit C is a true and correct copy of an FBI Report of Investigation dated October 1, 2019, documenting an interview of Henry Yong produced by the government in discovery in this case.

9. Attached as Exhibit D is a true and correct copy of a July 1, 2016 search warrant application produced by the government in discovery in this case.

10. Attached as Exhibit E is a true and correct copy of a July 21, 2016 search warrant application produced by the government in discovery in this case.

11. Attached as exhibit F is a true and correct copy of a February 15, 2017 search warrant application produced by the government in discovery in this case.

12. Attached as Exhibit G is a true and correct copy of a February 15, 2017 search warrant application produced by the government in discovery in this case.

13. Attached as Exhibit H is a true and correct copy of an April 13, 2017 affidavit in support of a Title III warrant application produced by the government in discovery in this case.

14. Attached as Exhibit I is a true and correct copy of a machine-generated transcript of a November 19, 2018 recorded interview of Ricky Zheng, the recording of which was produced by the government in discovery in this case.

15. Attached as Exhibit J is a true and correct copy of a machine-generated transcript of a February 21, 2019 recorded interview of Ricky Zheng, the recording of which was produced by the government in discovery in this case.

16. Attached as Exhibit K is a true and correct copy of an FBI Report of Investigation dated April 8, 2019, documenting an interview of Ricky Zheng produced by the government in discovery in this case.

17. Attached as Exhibit L is a true and correct copy of an FBI Report of Investigation dated September 23, 2019, documenting an interview of Guodi Sun produced by the government in discovery in this case.

18. Attached as Exhibit M is an Excel sheet created by co-counsel enumerating communications produced by the government relevant to this motion.

19. Attached as Exhibit N is a true and correct copy of a June 13, 2017 Title III warrant application produced by the government in discovery in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15. 2021, at Los Angeles, California.

/s/ Charles Snyder
CHARLES SNYDER