Charles J. Snyder (Bar No. 287246)
Federal Public Defender's Office
321 E. 2nd St., Los Angeles, CA 90012
Charles_Snyder@fd.org/213.894.4407

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR-20-326-JFW-1 |
| v. | |
| JOSE LUIS HUIZAR | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed   ☐ Lodged:  (**List Documents**)

Exhibits 2-5 in support of Motion to Suppress (Docket No. 274)

**Reason:**

☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| November 15, 2021 | Charles J. Snyder |
|---|---|
| Date | Attorney Name |
| | Jose Huizar |
| | Party Represented |

*Note:*  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING