1   CUAUHTÉMOC ORTEGA (Bar No. 257443)
    Federal Public Defender
2   CAREL ALÉ (Bar No. 283717)
    Email: Carel_Ale@fd.org
3   CHARLES J. SNYDER (Bar No. 287246)
    Email: Charles_Snyder@fd.org
4   ADAM OLIN (Bar No. 298380)
    Email: Adam_Olin@fd.org)
5   Deputy Federal Public Defenders
    321 East 2nd Street
6   Los Angeles, California 90012-4202
    Telephone: (213) 894-2854
7   Facsimile: (213) 894-0081
8
9   Attorneys for Jose Huizar

10

11                    **UNITED STATES DISTRICT COURT**

12                    **CENTRAL DISTRICT OF CALIFORNIA**

13                         **WESTERN DIVISION**

| | |
|---|---|
| 14  UNITED STATES OF AMERICA, | Case No. 20-CR-326-JFW-1 |
| 15           Plaintiff, | |
| 16     v. | **JOSE HUIZAR'S *EX PARTE* APPLICATION FOR ORDER SEALING EXHIBITS 2-5 IN SUPPORT OF HIS MOTION TO SUPPRESS EVIDENCE DERIVED FROM THE UNLAWFUL SEIZURE AND SEARCH OF 39 MONTHS OF PERSONAL EMAILS; MEMORANDUM; DECLARATION** |
| 17  JOSE LUIS HUIZAR, | |
| 18           Defendant. | |
| 19 | |
| 20 | |
| 21 | |

22       Jose Huizar, through counsel, applies *ex parte* for an order sealing four exhibits

23  filed in support of his Motion to Suppress Evidence Derived from the Unlawful Seizure

24  and Search of 39 Months of His Personal Emails.  Huizar bases this on the attached

25  memorandum and declaration, the files and records in this case, and any other argument

26  or evidence that the Court may consider.

27       //

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

CUAUHTÉMOC ORTEGA
Federal Public Defender

Dated: November 15, 2021          By ___/s/ Charles J. Snyder___
                                       Carel Alé
                                       Charles J. Snyder
                                       Adam Olin
                                       Deputy Federal Public Defenders
                                       Attorneys for José Huizar

## MEMORANDUM OF POINTS AND AUTHORITIES

In support of his Motion to Suppress Evidence Derived from the Unlawful Seizure and Search of 39 Months of Personal Emails, Jose Huizar seeks to file four exhibits (Exhibits 2-5) under seal.  Exhibit 2 is a document that the government marked "SUBJECT TO PROTECTIVE ORDER – Sensitive Materials."  The Protective Order requires Huizar to file it under seal.  *See* Docket No. 47 ¶ 4.m.  Exhibits 3, 4, and 5 contain pen-register data for three email accounts.  The pen-register data contains voluminous email account information for a number of individuals, and is only relevant because of that information.  The defense is not sure whether this information would technically be covered by Rule 49.1 or Local Rule 49.1-1, but believes that it should be treated similarly because of its similarity to other items covered by those rules.  If the defense were to redact all of this information in strict compliance with Federal Rule of Criminal Procedure 49.1, the Central District of California's Local Rules regarding redaction, and the Privacy Policy of the United States Judicial Conference, the exhibits would be confusing and irrelevant.

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); *see also* Local Rule 79-5.1 (providing that a party may request that documents be filed under seal).  For the reasons above, Huizar asks that the Court allow him to file Exhibits 2-5 under seal.

Respectfully submitted,

CUAUHTÉMOC ORTEGA
Federal Public Defender

Dated: November 15, 2021     By     */s/ Charles J. Snyder*

Carel Alé
Charles J. Snyder
Adam Olin
Deputy Federal Public Defenders
Attorneys for José Huizar

1

**DECLARATION OF CHARLES J. SNYDER**

I, Charles J. Snyder, declare as follows:

1.      I am a California-licensed DFPD and one of the lawyers appointed to represent Jose Huizar in this matter.  Unless otherwise stated, I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2.      Exhibit 2 in support of Huizar's Motion to Suppress Evidence Derived from the Unlawful Seizure and Search of 39 Months of Personal Emails is a search-warrant affidavit that the government marked "SUBJECT TO PROTECTIVE ORDER – Sensitive Materials."  Exhibits 3, 4, and 5 are spreadsheets containing pen-register data for three email accounts.  The spreadsheets are relevant insofar as they show which email accounts were communicating with which email accounts.  Because, in 2021, email account information is not dissimilar to other types of PII typically subject to redaction, I believe that it should generally be treated similarly.  The spreadsheets contain thousands of email addresses.

3.      On November 15, 2021, I communicated with the government about this sealing application.  The government indicated that it did not oppose sealing for Exhibits 3-5.  I did not ask the government about Exhibit 2 because it was covered by the Court's protective order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed November 15, 2021 at Los Angeles, California.

_____/s/ Charles J. Snyder_____
Charles J. Snyder