# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JOSE LUIS HUIZAR,<br><br>    Defendant. | Case No. 20-CR-326-JFW<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE having been shown, the Court hereby GRANTS Jose Huizar's *Ex Parte* Application for Order Sealing Exhibits 2-5 In Support of His Motion to Suppress Evidence Derived from the Unlawful Seizure and Search of 39 Months of Personal Emails.  Exhibits 2-5 shall be filed under seal.

DATE:

_____
Hon. John F. Walter
United States District Judge