CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Carel Alé (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
Charles Snyder (Bar No. 287246))
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS HUIZAR, <br><br> Defendant. | Case No. 20-CR-0326-JFW-1 <br><br> **UNOPPOSED EX PARTE APPLICATION TO FILE UNDER SEAL** |

Defendant Jose Huizar, through counsel, hereby moves the Court for an Order that Exhibits (A-N) in Support of Motion to Suppress Evidence, Dismiss Counts, and Strike Allegations Due to Government's Violations of Attorney-Client Privilege lodged at Criminal Intake on November 15, 2021 be filed under seal.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: November 15, 2021    By  /s/ Adam Olin
                                ADAM OLIN
                                Deputy Federal Public Defender
                                Attorney for JOSE LUIS HUIZAR

## MEMORANDUM OF POINTS AND AUTHORITIES

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. See *United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); see also Local Rule 79-5.1 (providing that a party may request that documents be filed under seal). "[T]he need to honor the attorney-client privilege" qualifies as a reason to seal exhibits. *United States v. Pella*, No. 06-MJ-161-RJJ, 2012 WL 5287898, at *1 (D. Nev. Oct. 24, 2012); *see also Asdale v. Int'l Game Tech.*, No. 04-CV-703-RAM, 2010 WL 2161930, at *5 (D. Nev. May 28, 2010) ("The public interest in accessing the courts does not outweigh the compelling need to . . . honor the attorney client privilege and the work-product doctrine.")).

Here, Exhibits A–N, in support of Defendants' Motion to Suppress Evidence, Dismiss Counts, and Strike Allegations Due to Government's Violations of Attorney-Client Privilege, were produced pursuant to the Protective Order in this case and contain privileged attorney-client communications. It is submitted that the attached declaration of counsel is sufficient to justify that these Exhibits, filed November 15, 2021, be filed under seal.

# DECLARATION OF ADAM OLIN

I, Adam Olin, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent Jose Luis Huizar in the above-entitled action.

2. The exhibits in support of defendants Jose Huizar and Shen Zhen New World's Motion to Suppress Evidence, Dismiss Counts, and Strike Violations Due to Government's Violations of Attorney-Client Privilege either have been marked under the Court's operative protective order, Dkt. 47, or otherwise summarize those materials. Under the protective order, defendants agreed to file such materials under seal.

3. On November 15, 2021, Assistant United States Attorney Veronica Dragalin informed counsel for the moving parties that the government agreed that documents marked subject to the protective order should be filed provisionally under seal, to be followed by a meet and confer process to make redacted versions publicly available where possible.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: November 15, 2021          By  /s/ Adam Olin
                                      ADAM OLIN
                                      Deputy Federal Public Defender
                                      Attorney for JOSE LUIS HUIZAR