CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Carel Alé (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
Charles Snyder (Bar No. 287246))
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-0326-JFW |
| Plaintiff, | **[PROPOSED] ORDER SEALING DOCUMENTS** |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following documents be filed under seal:

(1) "Exhibits (A-N) in Support of Motion to Suppress Evidence, Dismiss Counts, and Strike Allegations Due to Government's Violations of Attorney-Client Privilege".

//

//

1     [Alternatively, not finding good cause, it is ordered that the documents not be
2 filed, but shall be returned to the undersigned counsel.]

By _____
   HON. JOHN F. WALTER
   United States District Judge

2