# DECLARATION OF VICKI I. PODBERESKY

I, Vicki I. Podberesky, declare:

1. I am an attorney licensed to practice law in the State of California and I am admitted to practice in this Court.

2. I represented José Luis Huizar in this matter until July 24, 2020, when I was substituted as counsel by the Office of the Federal Public Defender. ECF No. 31.

3. On December 13, 2018, Assistant United States Attorney Mack Jenkins provided a proffer letter agreement ("Proffer Agreement") in anticipation of the parties anticipated meeting. A true and correct copy is attached as Exhibit A.

4. On December 18, 2018, I and my law partner Mary Andrues, represented Mr. Huizar during a proffer interview with the government. The government was represented by Assistant United States Attorneys Mack Jenkins ("AUSA Jenkins") and Veronica Dragalin ("AUSA Dragalin") and FBI Special Agent Andrew Civetti

5. The parties executed the Proffer Agreement prior to starting the meeting.

6. On January 3, 2019, Mr. Huizar, Ms. Andrues, and I met with the government pursuant to the Proffer Agreement. AUSAs Jenkins and Dragalin, IRS Special Agent Jim O'Leary, Special Agent Civetti, FBI Special Agent David Wong, and FBI Special Agent Teresa Tampubolon were present.

7. On April 10, 2019, Mr. Huizar, Ms. Andrues, and I met with the government pursuant to the Proffer Agreement. AUSAs Jenkins, Dragalin, and Melissa Mills, Special Agent Civetti, and FBI Special Agent Robert Logan were present.

8. On December 13, 2019, we received a call from AUSAs Jenkins and Dragalin. AUSA Jenkins advised us that the government believed Mr. Huizar had not been forthcoming and had lied to the government about his alleged involvement in the 940 Hill Project during the April 10, 2019 proffer session. Further, the government claimed that Mr. Huizar had not been forthcoming in connection with the 940 Hill Project until the government put Justin Kim on a list of topics to be discussed during the April 2019 proffer session. During this same conversation, we informed government counsel

1

we would like to see if Mr. Huizar could rectify any perceived misstatements and continue to provide information to the government in an effort to resolve the case pre-indictment. AUSA Jenkins also indicated that he wanted an image of Mr. Huizar's cellphone as part of further discussions to resolve the case pre-indictment.

9. Following the government's call in December 2019, Mr. Huizar continued to provide information to the government. Government counsel would provide me with a series of questions, I would obtain responses from Mr. Huizar and provide them to the government. The parties had several communications like this from January through March 2020. The defense believed that this exchange of information was still under the proffer agreement.

10. On January 22, 2020, AUSA Jenkins provided the names of four individuals about whom it wanted Mr. Huizar to provide information.

11. On March 18, 2020, I spoke with AUSAs Jenkins and Dragalin. The government identified certain subject matters and individuals about which it wanted Mr. Huizar to provide information.

12. On March 19, 2020, AUSA Jenkins emailed me regarding the parties January 22 and March 18, 2020 conversations. A true and correct copy of that email is Attached as Exhibit B.

13. On March 20, 2020, I called AUSAs Jenkins and Dragalin regarding the information they requested and referenced in AUSA Jenkins March 19, 2020 email.

14. Following my attorney proffer, AUSA Jenkins and Dragalin stated that they "were much more convinced" and that they "would call that significant progress." AUSA Jenkins told me that they "continue you to be encouraged" about the truthfulness and helpfulness of my client's cooperation.

15. On March 24, 2020, I again provided an attorney proffer to AUSAs Jenkins and Dragalin. I then provided a telephonic attorney proffer to AUSAs Jenkins and Dragalin.

2

16. Later that same day, AUSA Dragalin emailed me to follow up on our earlier conversation and request additional proffer information. A true and correct copy of that email is attached at Exhibit C.

17. In May 2020 Mr. Huizar also voluntarily provided an image of his cellphone, his actual cellphone as well as the cellphone password pursuant to the proffer agreement.

18. On May 15, 2020 the government sent an email explaining that the parties had productive attorney proffers and the government was still waiting for the answers to pending questions. A true and correct copy of the email is attached hereto as Ex. D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2021, at Los Angeles, California.

Vicki Podberesky