# EXHIBIT A



# United States Department of Justice

## United States Attorney's Office
## Central District of California

**MACK E .JENKINS**
*Phone:* ███████████
*E-mail:* ███████████

*1500 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California  90012*

December 13, 2018

VICKI I. PODBERESKY
MARY ANDRUES
Andrues Podberesky

███████████████████



Phone: ███████████
     ███@aplaw.law
     ███@aplaw.law

*VIA E-MAIL*

Re:     Jose Huizar

Dear Vicki and Mary:

You have advised me that your client, Jose Huizar, wishes to meet with the United States Attorney's Office for the Central District of California ("this Office") for the purpose of making a proffer in connection with the above-referenced matter.  This Office is willing to meet with you and your client under the following terms and conditions:

(1)     You and your client understand that :

(a)     this agreement binds only you, your client, and this Office; it does not bind any other law enforcement or prosecuting authority;

(b)     law enforcement personnel will be present at the meeting as invited by this Office;

(c)     this agreement is limited to the statements made by your client at the meeting to be held on December  18, 2018 and at any future meetings with the government that expressly occur under the terms of this proffer letter and does not apply to any statements made by your client at any other time, whether oral, written or recorded;

(d)     any information provided by you on behalf of your client is covered by this agreement as if it had been provided by your client;

(e)     this agreement does not provide any protections to your client not expressly set forth herein; and

Vicki I. Podberesky
Mary Andrues
RE: Jose Huizar
December 13, 2018
Page 2

    (f)     lying to the federal government is a crime under 18 U.S.C. § 1001.

    (2)    Your client will respond truthfully and completely to any and all questions put to your client at the meeting;

    (3)    Except as otherwise provided in paragraphs four, five, and six herein, in the above-captioned case and in any other prosecution that may be brought against your client by this Office, this Office will not offer in evidence in its case-in-chief, or offer in evidence in connection with any sentencing proceeding for the purpose of determining an appropriate sentence, any statements made by your client at the meeting;

    (4)    Notwithstanding paragraph three above, this Office may use

    (a)    information derived directly or indirectly from the meeting for the purpose of obtaining and pursuing leads to other evidence, which evidence may be used for any purpose, including any prosecution of your client; and

    (b)    statements made by you or your client at the meeting and all evidence obtained directly or indirectly from those statements for the purpose of cross-examination should your client testify, or to refute or counter at any stage of the proceedings (including this Office's case-in-chief at trial) any evidence, argument, statement or representation offered by or on behalf of your client in connection with any proceeding.

    (5)    This Office reserves the right to use any statements or information provided by your client in any prosecution for false statements, obstruction of justice or perjury;

    (6)    **Your client's complete truthfulness and candor are express material conditions to the undertakings of this Office set forth in this letter.** Therefore, if this Office should ever conclude that your client has knowingly withheld material information from this Office or otherwise not been completely truthful and candid, this Office may use against your client for any purpose (including sentencing) any statements made or other information provided by your client during the meeting. If this Office so concludes, it will notify you before making any use of such statements or other information.

**I understand that, if I lie, the government may use all my statements against me for any purpose, including prosecution for violation of 18 U.S.C. § 1001.**

    _[Deft's Initials]_

    (7)    No plea discussions or negotiations will occur during the meeting, and any statements made by your client during the meeting will not be "plea discussions" or any "related statement" within the meaning of Rule 11(f) of the Federal Rules of Criminal Procedure or

Vicki I. Podberesky
Mary Andrues
RE: <u>Jose Huizar</u>
December 13, 2018
Page 3

statements "made in the course of plea discussions" within the meaning of Rule 410(4) of the Federal Rules of Evidence.

(8)     No understandings, promises, agreements and/or conditions have been entered into with respect to the meeting or with respect to any future disposition of the charges pending against your client other than those expressly set forth in this agreement and none will be entered into unless in writing and signed by all parties.

(9)     It is further understood that your client's proffer, or discussion, does not constitute a waiver of his right against self-incrimination if he should so assert this right in the future regarding the subject matter of the proffer or discussion."

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

_____          12/18/18
MACK E. JENKINS                              Date
VERONICA DRAGALIN
Assistant United States Attorneys

I have read the agreement contained in this letter and carefully reviewed it with my attorney.  I understand it, and I voluntarily, knowingly and willfully agree to it without force, threat or coercion.  No other promises or inducements have been made to me other than those contained in this letter.  I am satisfied with the representation of my attorney in this matter.

_____          12/18/18
JOSE HUIZAR                                  Date

3

Vicki I. Podberesky
Mary Andrues
RE: <u>Jose Huizar</u>
December 13, 2018
Page 4

I am JOSE HUIZAR's attorney.  I have carefully reviewed every part of this agreement with my client.  To my knowledge, my client's decision to enter into this agreement is informed and voluntary.

_____               12-18-2018
VICKI I. PODBERESKY                              Date
MARY ANDRUES
Attorneys for JOSE HUIZAR

4