# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS HUIZAR,<br><br>　　　　　Defendant. | Case No. 20-CR-326-JFW<br><br>**AMENDED [PROPOSED] ORDER** |

　　　GOOD CAUSE having been shown, the Court hereby GRANTS Jose Huizar's *Ex Parte* Application for Order Sealing Exhibits 3-5 In Support of His Motion to Suppress Evidence Derived from the Unlawful Seizure and Search of 39 Months of Personal Emails.  Exhibits 3-5 shall be filed under seal.

DATE:

　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　United States District Judge