Carel Ale (SBN: 283717)
(Email: carel_ale@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | Case No. 20-CR-0326-JFW |
| v. | |
| JOSE LUIS HUIZAR, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑Filed Lodged:  (**List Documents**)

UNREDACTED EXHIBITS A-G ISO DOCKET NO. 281
(UNDER SEAL)

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| November 18, 2021 | CAREL ALE |
|---|---|
| Date | Attorney Name |
| | JOSÉ LUIS HUIZAR, Defendant |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)       **NOTICE OF MANUAL FILING OR LODGING**