CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
Email: Carel_Ale@fd.org
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for José Luis Huizar

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 20-CR-326(A)-JFW-1 |
|---|---|
| Plaintiff, | **ORDER SEALING UNREDACTED EXHIBITS ISO MOTION TO SUPPRESS PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS** |
| v. | |
| JOSÉ LUIS HUIZAR, *et al.* | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following documents be filed under seal:

(1)     Unredacted Exhibits A–G in Support of Defendant Huizar's Motion to Suppress  Privileged Attorney-Client Communications

Dated: November 19, 2021          By _____

                                                     HON. JOHN F. WALTER
                                                     United States District Judge

Presented by:
*s/ Carel Alé,*_____.
Deputy Federal Public Defender

1