# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-326(A)-JFW |
| Plaintiff, | **AMENDED ORDER** |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

GOOD CAUSE having been shown, the Court hereby GRANTS Jose Huizar's *Ex Parte* Application for Order Sealing Exhibits 3-5 In Support of His Motion to Suppress Evidence Derived from the Unlawful Seizure and Search of 39 Months of Personal Emails.  Exhibits 3-5 shall be filed under seal.

DATE: November 19, 2021

Hon. John F. Walter
United States District Judge