TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdoj.gov
                Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-326(A)-JFW |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF VERONICA DRAGALIN |
| v. | |
| JOSE HUIZAR, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Melissa Mills hereby applies ex parte for an order that the government's Notice Disclosing a De-Coded First Superseding Indictment be filed under seal.

//

//

This ex parte application is based upon the attached declaration of Veronica Dragalin, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: November 19, 2021          Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/ Veronica Dragalin
MACK E. JENKINS
VERONICA DRAGALIN
MELISSA MILLS
Assistant United States Attorneys

Attorneys for Applicant
UNITED STATES OF AMERICA

**DECLARATION OF VERONICA DRAGALIN**

I, Veronica Dragalin, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am an attorney representing the government in this case.

2. The government requests leave to file the government's Notice Disclosing a De-Coded First Superseding Indictment under seal.

3. On November 18, 2021, the Court issued an order that on or before November 22, 2021, the Government shall provide the Court with a courtesy copy of the First Superseding Indictment ("FSI") that uses real names, instead of pseudonyms, for each of the individuals, companies, or other entities referred to in the FSI.

4. The government has previously filed, under seal, a Code Name Key de-coding the pseudonyms used in the FSI. The government requested to file the Code Name Key under seal for the reasons set forth on the record at a hearing on August 5, 2020.

5. The government requests leave to file the de-coded FSI under seal, to include it in the record and to provide a service copy to counsel for all defendants.

6. On November 19, 2021, I informed counsel for defendants Jose Huizar, Raymond Chan, Shen Zhen New World I, LLC, Dae Yong Lee, and 940 Hill LLC that the government would be filing the de-coded FSI under seal. No defense counsel objected to the under seal nature of this filing.

//
//
//

1

7.  Should the Court deny this application, the government requests that the Notice not be filed, but be returned to the government, without filing of the document on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 19, 2021.

_____
VERONICA DRAGALIN