TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647/0627
    Facsimile: (213) 894-6436
    E-mail:   Mack.Jenkins@usdoj.gov
                 Veronica.Dragalin@usdoj.gov
                 Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-326(A)-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENT |
| v. | |
| JOSE HUIZAR, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is GRANTED. The document sought to be filed under seal shall be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

_____               _____
DATE                                HONORABLE JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The underlying document shall be returned to the government, without filing of the document on the clerk's public docket.

_____    _____
DATE                           HONORABLE JOHN F. WALTER
                               UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Veronica Dragalin
_____
VERONICA DRAGALIN
Assistant United States Attorney