CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Carel Alé (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
Charles Snyder (Bar No. 287246))
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-0326-JFW-1 |
| Plaintiff, | **EX PARTE APPLICATION TO FILE UNDER SEAL** |
| v. | |
| JOSE LUIS HUIZAR, *et al.*, | |
| Defendants. | |

1  Defendant Jose Huizar, through counsel, hereby moves the Court for an Order
2  striking the exhibits filed previously under seal in Support of Motion to Suppress
3  Evidence, Dismiss Counts, and Strike Allegations Due to Government's Violations of
4  Attorney-Client Privilege, ECF No. 296, and instead order that the attached Exhibits
5  (A–C; I–M) lodged herewith be filed <u>under</u> <u>seal</u>.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: November 24, 2021    By  /s/ *Adam Olin*
ADAM OLIN
Deputy Federal Public Defender
Attorney for JOSE LUIS HUIZAR

## MEMORANDUM OF POINTS AND AUTHORITIES

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); *see also* Local Rule 79-5.1 (providing that a party may request that documents be filed under seal). "[T]he need to honor the attorney-client privilege" qualifies as a reason to seal exhibits. *United States v. Pella*, No. 06-MJ-161-RJJ, 2012 WL 5287898, at *1 (D. Nev. Oct. 24, 2012); *see also Asdale v. Int'l Game Tech.*, No. 04-CV-703-RAM, 2010 WL 2161930, at *5 (D. Nev. May 28, 2010) ("The public interest in accessing the courts does not outweigh the compelling need to . . . honor the attorney client privilege and the work-product doctrine.")).

Here, Exhibits A–C; I–M, in support of Defendants' Motion to Suppress Evidence, Dismiss Counts, and Strike Allegations Due to Government's Violations of Attorney-Client Privilege, contain privileged attorney-client communications. It is submitted that the attached declaration of counsel is sufficient to justify that these Exhibits, filed November 24, 2021, be filed under seal.

# **DECLARATION OF ADAM OLIN**

I, Adam Olin, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent Jose Luis Huizar in the above-entitled action.

2. In connection with defendants Jose Huizar and Shen Zhen New World's Motion to Suppress Evidence, Dismiss Counts, and Strike Violations Due to Government's Violations of Attorney-Client Privilege, the Court previously granted an *ex parte* application to seal all exhibits in support of that motion. ECF No. 290. That *ex parte* application asserted that the exhibits were both subject to the protective order and contained attorney-client privileged materials.

3. Following filing, the parties met and conferred, and defendants filed a supplemental declaration that publicly filed certain exhibits where the government agreed that public filing was appropriate notwithstanding their designation under the protective order. Hence, defendant publicly filed—with certain redactions and excerptions—Exhibits D–H and N. ECF No. 298.

4. Through further conferring with the government, I realized that I was incorrect in my belief that the balance of the exhibits (Exhibits A–C; I–M) were subject to the protective order. I apologize to the Court for the error.

5. Portions of Exhibits A–C and I–M, nevertheless, contain information that defendants Huizar and SZNW assert is protected by attorney-client privilege and are seeking to suppress.

6. Accordingly, I am seeking to strike the previously filed under seal exhibits and file only the excerpts of Exhibits A–C and I–M that contain the privileged information relevant to the underlying motion.

7. On November 24, 2021, Assistant United States Attorney Veronica Dragalin informed me that the government opposed the under seal nature of the filing based on defendants' claim of privilege but understood the defense's position. The

parties agreed to further meet and confer about unsealing the documents once the Court ruled on defendants' claim of privilege.

8. To summarize, were the Court to grant this application, the exhibits in support of Defendants' Motion to Suppress Evidence, Dismiss Counts, and Strike Allegations Due to Government's Violations of Attorney-Client Privilege, ECF No. 275, would consist of: (i) Exhibits A–C; I–M, sealed by the Court in response to this application; and (ii) Exhibits D–H; N, publicly filed previously at ECF No. 298.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: November 24, 2021        By  */s/ Adam Olin*
                                          ADAM OLIN
                                          Deputy Federal Public Defender
                                          Attorney for JOSE LUIS HUIZAR