CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Carel Alé (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
Charles Snyder (Bar No. 287246))
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOSE LUIS HUIZAR, *et al*.,<br><br>            Defendants. | Case No. 20-CR-0326-JFW<br><br>**[PROPOSED] ORDER SEALING DOCUMENTS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the exhibits previously filed under seal, ECF No. 296 are stricken, and that the following documents be filed under seal:

(1) "Exhibits (A–C; I–M) in Support of Motion to Suppress Evidence, Dismiss Counts, and Strike Allegations Due to Government's Violations of Attorney-Client Privilege".

//

//

[Alternatively, not finding good cause, it is ordered that the documents not be filed, but shall be returned to the undersigned counsel.]

Dated: _____, 2021        By _____
                                     HON. JOHN F. WALTER
                                     United States District Judge

2