UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES</u>

Case No.   **CR 20-326(A)-JFW**                              Dated: December 16, 2021

==========================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Jenkins, Veronica Dragalin, Melissa Mills |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | **Not Present** |

==========================================================================
U.S.A. vs (Dfts listed below) - **Not Present**          Attorneys for Defendants - **Not Present**

1. Jose Luis Huizar
2. Raymond She Wah Chan
4. Shen Zhen New World I, LLC
5. Dae Yong Lee
6. 940 Hill, LLC

1. Carel Alé, DFPD; Charles James Snyder, DFPD
2. Harland W Braun, Retained
4. Richard M. Steingard, Retained
5. Ariel A Neuman, Retained
6. Ariel A Neuman, Retained

___
**PROCEEDINGS (IN CHAMBERS):   ORDER RE: COURTESY COPIES**

        For all future filings in this case, counsel shall comply with the following:  Counsel are ORDERED to deliver 2 copies of all documents filed electronically in this action to Chambers.  For each document filed electronically, one copy shall be marked "CHAMBERS COPY" and the other copy shall be marked "COURTESY COPY."  The "CHAMBERS COPY" and "COURTESY COPY" are collectively referred to herein as "Courtesy Copies." The Courtesy Copies of each electronically filed document must include on each page the running header created by the ECF system.  In addition, on the first page of each Courtesy Copy, in the space between lines 1 - 7 to the right of the center, counsel shall include the date the document was e-filed and the document number. The Courtesy Copies shall be single-sided and shall not be blue-backed. All documents must be stapled only in the top left-hand corner, the electronic proof of service must be attached as the last page of each document, and the exhibits attached to any document must be tabbed.  Counsel shall not staple the "COURTESY COPY" and "CHAMBERS COPY" together. The "COURTESY COPY" and "CHAMBERS COPY" of all documents must be three-hole punched at the left margin with oversized 13/32" hole size, not the standard 9/32" hole size. If evidence attached to a document exceeds twenty-five pages, the Courtesy Copies of the evidence shall be placed in separately bound volumes and include a Table of Contents.  If such evidence exceeds fifty pages, the Courtesy Copies of such evidence shall be placed in a slant D-ring binder with each item of evidence separated by a tab divider on the right side. All documents contained in the binder must be three-hole punched with the oversized 13/32" hole size, not the standard 9/32" hole size.  The binders shall include a Table of Contents and the spine of the binders shall be labeled with its contents.

        IT IS SO ORDERED.

Initials of Deputy Clerk _sr_