CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
CHARLES SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

[And on Behalf of SZNW]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS HUIZAR, *et al.*, <br><br> Defendants. | Case No. 20-CR-0326-JFW <br><br> **UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE AMENDED MOTIONS TO SUPPRESS AND DECLARATION ISO AND SHORTEN TIME FOR DEFENDANTS' MOTIONS; DECLARATION OF COUNSEL** |

Defendants Jose Huizar and Shen Zen New World hereby apply *ex parte* for leave to file amended motions to suppress, previously filed at ECF Nos. 272 and 282, and declaration in support of motion to suppress, previously filed at ECF No. 298, which were stricken by the Court, (ECF No. 303.) Defendants also apply for an order shortening time to file motions to suppress to conform with the Court's prior scheduling order. The government does not oppose this request.

i

The grounds for this *ex parte* application are set forth in the attached declaration of counsel.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: December 16, 2021

By   *s/Carel Alé*

Carel Alé
Charles Snyder
Adam Olin
Deputy Federal Public Defenders
Attorneys for Defendant
José Luis Huizar

[And on behalf of SZNW]

ii

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF COUNSEL

I, Carel Alé, declare:

1.     I am a Deputy Federal Public Defender for the Federal Public Defender's Office, and counsel of record, along with Deputy Federal Public Defenders Charles Snyder and Adam Olin, for defendant José Luis Huizar.  I submit this declaration in support of the defendants José Luis Huizar and SZNW's *Ex Parte* Application for leave to file amended motions to suppress and declaration in support and to shorten the date for filing the governments' oppositions and the defendants' replies to conform with the previously set scheduling order.

2.     On May 3, 2021, this Court issued an Order setting dates for, *inter alia*, the filing of motions to suppress. (ECF No. 187.) The Court ordered that motions to suppress be filed by November 1, 2021. (*Id.*) The Court also set dates for opposition briefs, reply briefs, and hearings on this and other motions. (*Id.*)

3.     On October 15, 2021, the defendants filed an Unopposed *Ex Parte* Application to Extend the Briefing for Defendants' Motions to Suppress. (ECF No. 263.)

4.     On October 26, 2021, the Court granted the Defendants' *Ex Parte* Application to Extend the Briefing for Defendants' Motions to Suppress. (ECF No. 264.) Defendants' motions to suppress were due on November 15, 2021, the governments' oppositions were due December 20, 2021, and defendants' replies were due January 15, 2022. (*Id.*)

5.     On November 15, 2021, defendant Huizar filed four motions to suppress. (ECF Nos. 274, 275, 281 & 282.) Defendant Shen Zen New World joined in one of those motions, (ECF No. 275), which was supported by declaration filed at ECF No. 298.

6.     On December 15, 2021, the Court struck two of the motions to suppress, filed at ECF Nos. 274 and 282, and the declaration in support of Huizar and Shen Zen's motion to suppress, filed at ECF No. 298, for violating the Court's August 26, 2021 Minute Order. (ECF No. 303.)

1

7.     The August 26, 2021 Minute Order required, *inter alia*, that counsel prepare a Table of Contents for each document that attaches or refers to an exhibit, to contain a meaningful description of each exhibit and a citation to the page and line where the exhibit appears in the document. (ECF No. 215.) The Order also required that all electronically filed documents be filed in accordance with Local Rule 5-4. (*Id.*)

8.     Counsel apologizes to the Court that the filings did not conform to the Court's August 26, 2021 Minute Order.

9.     Defendants respectfully request that the Court grant defendants' application for leave to file amended versions of the stricken motions and the stricken declaration to be filed according to the August 16, 2021 Minute Order.

10.     Defendants also respectfully request that the Court shorten the time for the government's oppositions and the defendants' replies to conform with the previously issued scheduling order.

11.     On December 16, 2021, the government advised that it did not oppose this request and did not need an extension of the due date for its oppositions to the motions to suppress.

12.     Accordingly, the defendants request that the government's oppositions be due December 20, 2021, and defendants' replies due January 15, 2022 as previously ordered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 16, 2021, in Los Angeles, California.

_s/Carel Alé_____
CAREL ALÉ

2