# EXHIBIT D

**From:** Jenkins, Mack (USACAC) <████████████████>
**Sent:** Friday, May 15, 2020 5:45 PM
**To:** Mary Andrues <████████████████>; Vicki Podberesky <████████████>
**Cc:** Dragalin, Veronica (USACAC) <████████████████>
**Subject:** RE: Rule 11 Discussions Re: Jose Huizar

Hi Mary and Vicki:  Thank you for reaching out.  We are taking it day by day but all so far okay.  Hope the same for you and yours.

Where we last left off with Vicki, we had some productive attorney proffers then asked some follow up questions for which we are still awaiting answers.  (E.g., Paradigm, Ray Chan, etc.).   We are still interested in those answers.

As to your requests regarding a pre-indictment resolution, bond terms, and self-surrender, we have some thoughts.  But, as you have seen, things continue to move forward at an increasing pace and we are no longer in the same position as we were a couple of months ago and far from where we were when we had our first conversations about a resolution for Mr. Huizar.

Most immediately, we can let you know that, as I indicated to Vicki in one of our last calls, the Office (i.e. the US Attorney) remains of the view that Mr. Huizar should resign.  If he is prepared to do that in the very near future, we are willing to entertain next steps about achieving a civil (but criminal) resolution.

Are you available Monday at 11am for call?

---

**From:** Mary Andrues <████████████████>
**Sent:** Friday, May 15, 2020 9:46 AM
**To:** Jenkins, Mack (USACAC) <████████████████>; Dragalin, Veronica (USACAC) <████████████████>
**Cc:** Vicki Podberesky <████████████>
**Subject:** Rule 11 Discussions Re: Jose Huizar

Mack and Veronica:

I hope that you are doing well and weathering the pandemic safely.  It has been a while since we have spoken, and I believe that Vicki had the last communication with you.  I wanted to reiterate our willingness to negotiate a pre-indictment resolution of the government's case against Jose.  We all understand that he is going to be charged, but we are, and have been since the original search warrants were executed, willing to actively enter into plea discussions with you so that we can bring this case to a close for Jose.

In addition, when charged we have continually offered to self-surrender Jose.  In a telephone conversation on March 13, 2020, with me, Mack and Alyssa Bell, we discussed the terms and conditions for Jose's surrender and Mack agreed that Jose could self-surrender and post a $100K unsecured bond, with a third party affidavit of surety.  We are prepared to satisfy those terms as

presented by Mack when Jose is charged, whether by information or indictment. I want to emphasize again, that we are willing and available to discuss pre-indictment charges and the terms and conditions of a plea agreement with you.

Please let us know when you are available to discuss a resolution of the government's investigation. We look forward to speaking with you and again, I hope that you are staying safe and well.

Best - Mary

**Mary Carter Andrues**
Partner

**ANDRUES / PODBERESKY**



@aplaw.law

**CONFIDENTIALITY NOTICE**: This message, including attachments, may contain attorney client communications and attorney work-product. This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.