**DECLARATION OF CHARLES J. SNYDER**

I, Charles J. Snyder, declare as follows:

1. I am a California-licensed DFPD and one of the lawyers appointed to represent Jose Huizar in this matter. Unless otherwise stated, I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2. Exhibit 1 is a warrant for Huizar's personal email account.

3. Exhibit 2 is a warrant application for Huizar's personal email account. Because the government has designated the warrant application in a way that subjects it to the sealing requirement in the protective order, I am filing it provisionally under seal.

4. I know from reviewing the discovery that the government obtained trap-and-trace authorization for Huizar's personal email account in November 2015, granting it access to pen-register data for email traffic into and out of the account. Over the next six months, the government obtained four additional extensions, the last of which was granted on June 16, 2016. Along with obtaining pen-register data for Huizar's email account, the government also obtained pen-register data for email accounts associated with Wei Huang, Ricky Zheng, and George Esparza.

5. Because the pen-register data for these accounts is in Excel form and contains substantial PII, I am submitting it manually and provisionally under seal. Exhibit 3 is the pen-register data for Huizar's email account. Exhibit 4 is the pen-register data for an email account associated with Huang. Exhibit 5 is the pen-register data for an email account associated with Zheng.

6. I have attached as Exhibit 6 a FD-302 produced in discovery summarizing SA Andrew Civetti's review of Huizar's email account.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed November 15, 2021 at Los Angeles, California.

                   _/s/ Charles J. Snyder_
                   Charles J. Snyder

# TABLE OF EXHIBITS

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 1 | July 1, 2016 Warrant for Jose Huizar's Email Account | 3:20, 4:7, 4:8, 4:9, 6:25, 8:28, 17:26, 17:27. |
| 2 | July 1, 2016 Warrant Application for Jose Huizar's Email Account | 4:14, 4:15, 4:16, 4:19, 4:20, 4:22, 4:23, 4:25, 4:26, 5:1, 5:4, 5:6, 5:9, 5:17, 5:21, 5:24, 5:27, 6:5, 6:10, 6:14, 6:19, 6:20, 6:22, 6:25, 13:9, 13:27. |
| 3 | Pen-Register Data for Jose Huizar's Email Account | 7:12. |
| 4 | Pen-Register Data for Wei Huang's Email Account | 7:12. |
| 5 | Pen-Register Data for Ricky Zheng's Email Account | 7:12. |
| 6 | FD-302 for Review of Jose Huizar's Email Account Dated January 25, 2017 | 8:1, 8:5. |