# EXHIBIT 4

SEALED