# EXHIBIT 6

FD-302 (Rev. 5-8-10)

- 1 of 2 -



## FEDERAL BUREAU OF INVESTIGATION

Date of entry     01/25/2017

   A search warrant, issued in the United States District Court for the Central District of California on 07/01/2016, was served on Yahoo!, Inc. via email to the following addresses: lawenforcement-request-delivery@yahoo-inc.com and lawenforcement-inquiries@yahoo-inc.com. The purpose of the search was for e-mails related to account jose█████████████.net.

   On 08/16/2016, the Yahoo!, Inc. response for the above search warrant was received by Special Agent Andrew Civetti (SA Civetti) via Fedex. The original disk was submitted into evidence as 1B2.

   On 08/19/2016, a new disc was received from Yahoo!, Inc., due to the original disc missing information for the time period 01/11/2014 - 02/18/2015 and 03/26/2015 - 07/15/2016. The disc was found to be a duplicate copy of 1B2 and marked as a working copy.

   On 09/15/2016, a USB drive was received from Yahoo!, Inc., due to the same missing information for the time period 01/11/2014 - 02/18/2015 and 03/26/2015 - 07/15/2016 on the original disk (1B2) and the subsequent new working copy disc from 08/19/2016. The USB was found to be a duplicate copy of 1B2 and marked as an additional working copy.

   On 09/16/2016, SA Civetti spoke with Julie Liang (Liang), Yahoo!, Inc. Legal Assistant, to determine the issue with the provided production. Liang and Civetti compared the file sizes on each of the devices and determined them to be roughly the same as the file sizes on the Yahoo!, Inc. server. Subsequently, Liang provided the number of emails contained within each file. It was determined that there were 20,189 emails that were not showing for SA Civetti. Liang could not provided any additional assistance.

   The email correspondence with Liang regarding the 08/19/2016 and 09/15/2016 productions are electronically attached as a 1A.

   On 09/19/2016, SA Civetti met with FBI LA Computer Scientist, Richard Blaine (Blaine) to determine the issue regarding the missing emails. It was determined that the latest version of Mozilla Thunderbird, the email client used to review the production provided by Yahoo!, Inc., was preventing a

Investigation on   07/01/2016   at   Los Angeles, California, United States (Email)

File #   194B-LA-255905                                            Date drafted   07/01/2016

by   Andrew R. Civetti

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Casino_0358041

FD-302a (Rev. 05-08-10)

194B-LA-255905

Continuation of FD-302 of (U) Search Warrant re: jose[redacted].net , On 07/01/2016 , Page 2 of 2

number of emails from being viewed. It was not determined what "bug" caused this issue; however, Blaine was able to load the complete production with an older version of Mozilla Thunderbird and subsequently export each individual email. These files were imported into the latest version of Mozilla Thunderbird used by SA Civetti. The complete production was now accessible for review. During this process the content of the production was not altered in anyway. The USB drive was determined to contain the same files and file sizes as the original (1B2) and working copy disc. The USB drive was therefore used as a working copy to diagnose the issue described above. The original (1B2) was unaltered and is maintained in evidence.

On 09/21/2016, United States Magistrate Judge Patrick J. Walsh signed an order related to case no. 16-1362M and 16-1475M for the first extension of time within which to retain and search digital evidence. The order allowed for an addition 60 days beyond the time period previously authorized, or until December 14, 2016. The application and order are electronically attached as a 1A.

After review of the returned record, 27,356 records were reviewed. 496 records were deemed pertinent, 24,440 records were deemed non-pertinent, 2,045 records were deemed attorney-client privilege and 375 records were deemed spousal privilege.

The pertinent records included 137 records deemed pertinent, but outside the scope of the current warrant. These records are anticipated to be seized under an additional court order. Upon guidance of AUSA Mack Jenkins, these records were burned to a DVD and maintained as 1A evidence. The remaining 359 pertinent records were burned to an additional DVD and maintained as 1A evidence.

The spousal privilege records are anticipated to be reviewed with an additional court order. Upon guidance of AUSA Mack Jenkins, the spousal records were not reviewed and have been burned to a separate DVD and maintained as 1A evidence.

The attorney-client privilege records are anticipated to be reviewed by a taint agent and taint AUSA. Upon guidance of AUSA Mack Jenkins, the attorney-client privilege records were not reviewed and have been burned to a separate DVD and maintained as 1A evidence.

Upon guidance of AUSA Mack Jenkins, the non-pertinent records were deleted from the review station and no longer accessible.