CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
Email: Carel_Ale@fd.org
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for José Luis Huizar

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSÉ LUIS HUIZAR, *et al.*, <br><br> Defendants. | Case No. 20-CR-326-JFW-1 <br><br> **AMENDED SUPPLEMENTAL DECLARATION OF CHARLES J. SNYDER IN SUPPORT OF DEFENDANTS' MOTION TO SUPPRESS EVIDENCE, DISMISS COUNTS, AND STRIKE ALLEGATIONS DUE TO GOVERNMENT'S VIOLATIONS OF ATTORNEY-CLIENT PRIVILEGE [ECF NO. 275]** |

## DECLARATION OF CHARLES SNYDER

I, Charles Snyder, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. I am counsel of record for defendant Jose Huizar in this action.

3. I previously submitted a declaration in support of defendants Shen Zhen New World I, LLC and Jose Huizar's Motion to Suppress Evidence, Dismiss Counts, and Strike Allegations Due to Government's Violation of Attorney-Client Privilege, ECF No. 275 (motion) and ECF No. 275-1 (Snyder Declaration). In connection with that declaration, defendants filed unredacted exhibits in support of the motion, and the Court granted defendants' *ex parte* application to file those exhibits under seal. ECF No. 290.

4. Counsel for defendants and the government have further met and conferred and determined that parts of those sealed exhibits can be filed publicly with redactions. Specifically, the parties agreed that selected parts of certain warrant applications can be filed publicly with redactions. The parties also agreed to reevaluate the sealing of other exhibits – for which defendants have sought sealing based on a claim of privilege – following the Court's resolution of the motions to suppress.

5. For those reasons, I submit this supplemental declaration attaching excerpted and redacted copies of the agreed-upon exhibits for public filing.

6. Attached as Exhibit D is a true and correct copy of a July 1, 2016 search warrant application produced by the government in discovery in this case.

7. Attached as Exhibit E is a true and correct copy of a July 21, 2016 search warrant application produced by the government in discovery in this case.

8. Attached as exhibit F is a true and correct excerpted copy of a February 15, 2017 search warrant application produced by the government in discovery in this case.

9. Attached as Exhibit G is a true and correct excerpted copy of a February 15, 2017 search warrant application produced by the government in discovery in this case.

10. Attached as Exhibit H is a true and correct excerpted copy of an April 13, 2017 affidavit in support of a Title III warrant application produced by the government in discovery in this case.

11. Attached as Exhibit N is a true and correct excerpted copy of a June 13, 2017 Title III warrant application produced by the government in discovery in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23. 2021, at Los Angeles, California.

                                  /s/ Charles Snyder            .
                                  CHARLES SNYDER

## INDEX OF EXHIBITS

| Exhibit | Description | Page(s) |
|---|---|---|
| A | FD-302 for Ricky Zheng interview, Feb. 21, 2019 | 4:4 |
| B | FD-302 for George Esparza interview, June 6, 2019 | 4:6/10/11, 5:4, 7:12, 11:21, 17:10 |
| C | FD-302 for Henry Yong interview, Oct. 1, 2019 | 4:17, 6:4, 13:3 |
| D | Application for Search Warrant for Jose Huizar's Emails, July 1, 2016 | 6:15 |
| E | Application for Search Warrant for George Esparza's Emails, July 21, 2016 | 6:16 |
| F | Application for Search Warrant for Jose Huizar's Emails, Feb. 15, 2017 | 7:17, 8:3 |
| G | Application for Search Warrant for George Esparza's & Ricky Zheng's Emails, Feb. 15, 2016 | 7:17 |
| H | Affidavit in Support of an Application for Authorization to Intercept Wire and Electronic Communications Over Target Phones 1, 2 | 8:27, 21:26 |
| I | Transcript of Ricky Zheng interview, Nov. 11, 2018 | 10:21 |
| J | Transcript of Ricky Zheng interview, Feb. 21, 2019 | 11:8 |
| K | FD-302 for Ricky Zheng interview, Apr. 8, 2019 | 4:12, 11:12 |
| L | FD-302 for Guodi Sun interview, Sep. 23, 2019 | 12:9, 17:10 |
| M | Spreadsheet of Yong, Huizar & Sun Emails | 8:12 |
| N | Application for an Order Authorizing Interception of Wire & Electronic Communications | 9:5 |