# EXHIBIT F

# UNITED STATES DISTRICT COURT

for the

Central District of California

<table>
<tr><td rowspan="5">

the Matter of the Search of:
Information associated with account identified as
█████████████████████ that is within
the possession, custody, or control of YAHOO!, INC.
</td><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
</table>

**FILED**
**CLERK, U.S. DISTRICT COURT**

**FEB 1 5 2017**

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

Case No.

**17MJ00339**

## APPLICATION FOR WARRANT PURSUANT TO 18 U.S.C. § 2703

I, a federal law enforcement officer, request a warrant pursuant to Title 18, United States Code, Section 2703, and state under penalty of perjury that I have reason to believe that within the following data:

*See Attachment A*

There are now concealed or contained the items described below:

*See Attachment B*

The basis for the search is:

☑ Evidence of a crime;
☑ Contraband, fruits of crime, or other items illegally possessed;
☐ Property designed for use, intended for use, or used in committing a crime.

The search is related to a violation of:

| *Code Section(s)* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Federal Offense |

The application is based on these facts:

*See attached Affidavit, which is incorporated herein by reference.*

_____
*Applicant's signature*

Andrew Civetti, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___2/15/17___

City and State: ___Los Angeles, CA___

**MICHAEL R WILNER**

_____
*Judge's signature*

Michael R. Wilner, U.S. Magistrate Judge
*Printed name and title*

AUSA: [M. Jenkins] ████████

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

Casino_0338706

97.   In addition, my review provided information indicating possible other illegal activity conducted by HUIZAR and/or ESPARZA on behalf of HUIZAR.  My first review provided the following additional information:

1.   Additional Concealed Payments to HUIZAR from HUANG and ZHENG

98.   In 2013, as documented in numerous media reports, HUIZAR was sued by HUIZAR's former employee, Francine Godoy, based on sexual harassment allegations (the "Godoy lawsuit"). HUIZAR settled the Godoy lawsuit in 2014, but the amount of the settlement was never publically disclosed.  At the time of the settlement HUIZAR, assisted by ESPARZA, using **ESPARZA'S ACCOUNT**, and ZHENG, using **ZHENG'S ACCOUNT**, established a purported joint venture with GRACE LUCK HOLDINGS LIMITED, a Chinese company. The joint venture was formed concurrently with a promissory note from HUIZAR to GRACE LUCK HOLDINGS LIMITED, with HUIZAR to immediately receive the sum of $600,000, with a lump sum re-payment by HUIZAR of $800,000 due in 2020. The signatory for GRACE LUCK HOLDINGS LIMITED was a women named Yan Yan with the email address, ███████████████.  The email address domain name "████████" is the same used by SHENZHEN NEW WORLD GROUP, HUANG's company, which leads me to believe that Yan is employed by or associated with SHENZHEN NEW WORLD GROUP.

a.   The $600,000 received by HUIZAR from GRACE LUCK HOLDINGS LIMITED was deposited into an EAST WEST BANK account, with an interest-only loan associated with the same account

52

number registered to HUIZAR.[26]  The $600,000 deposited was used as the collateral for the loan.  Subsequently a check to HUIZAR in the amount of $570,000 from this EAST WEST BANK ACCOUNT was deposited by Walsh and Associates Trust, the firm, according to the media, that represented HUIZAR in the Godoy lawsuit.  On August 17, 2014, **HUIZAR's ACCOUNT** emailed **ESPARZA's** and **ZHENG's** **ACCOUNTS** stating, "plaintiff attorney is asking for a deadline of Tuesday noon to sign settlement. Otherwise they pull the settlement offer. Let me know as soon as money has been transferred and available."  I believe this email means that HUIZAR's settlement with Godoy was for the $600,000 that HUIZAR is arranging with GRACE LUCK HOLDINGS LIMITED and that HUIZAR needs the money by Tuesday or the settlement offer is off the table.  Accordingly, based on my training, experience, and knowledge of this investigation, I believe that HUANG, facilitated by ZHENG and ESPARZA through Yan Yan, paid HUIZAR's settlement in Godoy's lawsuit.  Based on the amount of the payments being made by HUIZAR's mother and brother and the EAST WEST BANK records, it appears to me that HUIZAR (via ISIDRA and SALVADOR) is only paying the interest on this significant loan from GRACELUCK HOLDINGS.  Although the promissory note states that HUIZAR is to pay back $800,000, I believe HUIZAR is likely to just pay the interest and that the promissory note was used to make the loan appear legitimate and to conceal the true nature of the arrangement.  That is, I believe HUANG paid

---

[26] The EAST WEST BANK loan account is the same account that HUIZAR's mother and brother have both made payments to from their personal checking accounts, which I described above.

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

Casino_0338761

HUIZAR's Godoy settlement as an additional financial benefit to HUIZAR (in addition to the Las Vegas trips, comps, and money) and in order to curry HUIZAR's political favor, including for HUANG's and other's real estate projects.

2. Huizar Failed To Disclose GRACELUCK HOLDINGS'S $600,000 Loan to Him in His Mortgage Application

99. Based on my review of HUIZAR's mortgage refinance paperwork from March 2016, I know that the $600,000 loan from GRACELUCK HOLDINGS to HUIZAR was never disclosed to the bank providing his mortgage. Based on my training and experience, as well as discussions with senior agents, the existence of this substantial loan would be material fact for the bank and it is unlikely that the bank would have approved HUIZAR for the refinance had the debt been disclosed. Thus, I believe HUIZAR committed violations of 18 U.S.C. § 1014 (Loan and Credit Application Fraud) and § 1344 (Bank Fraud) in his March 2016 mortgage refinance application. Based on my knowledge of the investigation and HUIZAR's practice of omitting payments from HUANG from his California Form 700, it is likely that the loan information was not disclosed to the bank during the refinance in an attempt to conceal additional suspected bribe payments from HUANG.

3. HUIZAR's Connections to Foreign Investment Companies

100. The following information is based on my review of HUIZAR'S and ESPARZA'S ACCOUNTS. HUIZAR was scheduled to visit

54