# EXHIBIT N

```
SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091c
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING (1) THE INTERCEPTION OF WIRE AND ELECTRONIC COMMUNICATIONS; (2) THE INSTALLATION AND USE OF A PEN REGISTER AND A TRAP AND TRACE DEVICE AND (3) THE RELEASE OF SUBSCRIBER INFORMATION AND CELL SITE INFORMATION | CR Misc. No. 17-CM-508(B)-JFW<br><br>APPLICATION<br><br>(UNDER SEAL PURSUANT TO 18 U.S.C. § 2518(8)) |

I, Mack E. Jenkins, an attorney for the United States Department of Justice, declare and state:

### Authority to Make Application

I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an attorney authorized by law to prosecute or participate in the prosecution of offenses enumerated in Section 2516 of Title 18, United States Code. I am also an attorney for the government as defined in Rule 1 of the Federal Rules of Criminal Procedure, and, therefore, pursuant to 18 U.S.C. § 2516(3), I may apply to a federal judge of competent jurisdiction for an order

### C. HUIZAR'S AND ESPARZA'S ASSOCIATIONS WITH CHINESE INVESTORS AND DEVELOPERS CONTINUE TO EXPAND

55. During the interception periods, HUIZAR and ESPARZA have maintained a relationship with HUANG, ZHENG, CHIANG and WANG (Chinese investors operating in HUIZAR's district and part of the HUIZAR Organization.) In Affidavit #2, I discussed that HUIZAR is an avenue for HUANG, ZHENG, CHIANG, WANG and other Chinese developers to get political assistance on their projects in CD14 and that if HUIZAR's relationship with the Chinese was exposed, HUIZAR could lose political clout or his elected position, and they (the Chinese) would lose HUIZAR's assistance.

56. The relationship between HUIZAR, ESPARZA, HUANG, and ZHENG continues to be a significant focus of this investigation. On May 9, 2017, on a recorded call, ESPARZA told Jesse Leon, a HUIZAR staff member, **"Chairman [HUANG] should have all the leverage in the world cause of what he [HUIZAR] owes him [HUANG]."** I believe the leverage to be the blackmail/coercion that HUANG has on HUIZAR. Specifically, all the benefits (described in the Affidavits and including the $600,000 loan HUANG provided HUIZAR through the purported joint venture) HUANG has provided HUIZAR that, if revealed, could ruin HUIZAR's political career.

57. As described in Affidavit #2, HUIZAR, ESPARZA, HUANG, and ZHENG were expected to travel to Cabo San Lucas, Mexico ("Cabo") on a luxury vacation and that, during that trip, HUANG,

22