CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
CHARLES SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

[And on Behalf of SZNW]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS HUIZAR, *et al.*,<br><br>Defendants. | Case No. 20-CR-0326-JFW<br><br>**ORDER RE UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE AMENDED MOTIONS TO SUPPRESS AND DECLARATION ISO AND SHORTEN TIME FOR DEFENDANTS' MOTIONS TO SUPPRESS** |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Defendants' Unopposed *Ex Parte* Application for Leave to File Amended Motions to Suppress and Declaration In Support and Shorten Time for Defendants' Motions to Suppress:

1. Defendants have leave to file amended versions of the documents stricken at ECF No. 303;
2. The Government shall file its oppositions to defendants' motions to suppress by December 20, 2021.

1

3. The Defendants shall file any replies by January 15, 2022.
4. Counsel shall deliver courtesy copies in accordance with the Court's Order filed on December 16, 2021 at ECF 304.

IT IS SO ORDERED.

DATED: December 16, 2021

                               HONORABLE JOHN F. WALTER
                               United States District Judge

Presented by:
*s/Carel Alé*
Deputy Federal Public Defender