# EXHIBIT C

| | |
|---|---|
| **From:** | Vicki Podberesky |
| **To:** | Carel Ale |
| **Subject:** | FW: Huizar - Follow-up |
| **Date:** | Monday, November 15, 2021 10:15:59 AM |

**Vicki I. Podberesky**
Partner

**ANDRUES / PODBERESKY**



T:            / F:            / C:

**CONFIDENTIALITY NOTICE**: This message may contain attorney client communications and attorney work-product. This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Vicki Podberesky
**Sent:** Tuesday, March 24, 2020 3:27 PM
**To:** Dragalin, Veronica (USACAC) <​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Cc:** Jenkins, Mack (USACAC) <​​​​​​​​​​​​​​​​​>
**Subject:** RE: Huizar - Follow-up

thank you.  I will follow-up


**Vicki I. Podberesky**
Partner

**ANDRUES / PODBERESKY**



T:            / F:            / C:

**CONFIDENTIALITY NOTICE**: This message may contain attorney client communications and attorney work-product. This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Dragalin, Veronica (USACAC) <​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Tuesday, March 24, 2020 3:11 PM
**To:** Vicki Podberesky <​​​​​​​​​​​​​​​>

**Cc:** Jenkins, Mack (USACAC) <████████████████>
**Subject:** Huizar - Follow-up

Vicki,

Following up on our conversation today, we wanted to provide some additional specific facts to help jog your client's memory.  In terms of the **Executive M** meeting, we believe the one-on-one meeting took place on September 28, 2018.  As to whether your client had conversations with **Executive M** regarding political contributions in exchange for help on the Mateo project, we direct your attention to a text message sent by your client on September 28, 2018 to Morrie Goldman, wherein he gave a summary of his meeting with Cotter.

As to the Paradigm scheme, we believe there are relevant text messages between your client and George Chiang from approximately May 31, 2016 to November 3, 2016 regarding the reports George Chiang prepared for your client to deliver to ████████████ .

Please have him review his phone for these messages and let us know if that jogged his memory.

Thanks,

**Veronica Dragalin | Assistant United States Attorney**
United States Attorney's Office | Central District of California
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012
T: ████████████ | F: ████████████1 | ████████████████████████