TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (SBN: 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (SBN: 281370)
MELISSA MILLS (SBN: 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647/0627
    Facsimile: (213) 894-7631
    E-mail: Mack.Jenkins@usdoj.gov
           Veronica.Dragalin@usdoj.gov
           Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JOSE LUIS HUIZAR, et al.,<br><br>        Defendants. | No. CR 20-326(A)-JFW<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE OMNIBUS OPPOSITION IN EXCESS OF 25 PAGES; DECLARATION OF VERONICA DRAGALIN |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Melissa Mills, hereby applies ex parte for leave to file the Government's Omnibus Opposition to Defendants JOSE HUIZAR and SHEN ZHEN NEW WORLD I, LLC's Motions to Suppress on the basis of the attorney-client privilege (CR 275 and CR 281) that exceeds 25 pages.

This ex parte application is based upon the attached declaration of Veronica Dragalin.

Dated: December 20, 2021          Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

          /s/ Veronica Dragalin
MACK E. JENKINS
VERONICA DRAGALIN
MELISSA MILLS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF VERONICA DRAGALIN**

I, Veronica Dragalin, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I, along with Assistant United States Attorneys Mack E. Jenkins and Melissa Mills, am an attorney representing the government in this case.

2. On November 15, 2021, defendants JOSE HUIZAR and SHEN ZHEN NEW WORLD I, LLC filed a Motion to Suppress Evidence, Dismiss Counts, and Strike Allegations due to Government's Violations of Attorney-Client Privilege (CR 275), and defendant HUIZAR filed a Motion to Suppress Privileged Attorney-Client Communications (CR 281).

3. The government requests leave to file one Omnibus Opposition to defendants' two motions to suppress that exceeds 25 pages. In order to make the Court's review more efficient, the government seeks leave to respond in this single filing to defendants' arguments in the two separate motions. To address defendants' arguments in full, the final Omnibus Opposition is expected to be no longer than 43 pages.

//
//
//
//
//
//
//
//
//

4.   On December 16, 2021, I received confirmation via e-mail from Charles Snyder (counsel for defendant JOSE HUIZAR) and Richard Steingard (counsel for defendant SHEN ZHEN NEW WORLD I, LLC), that they do not oppose the government's request for a brief exceeding 25 pages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 20, 2021.

_____
VERONICA DRAGALIN