TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (SBN: 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (SBN: 281370)
MELISSA MILLS (SBN: 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647/0627
    Facsimile: (213) 894-7631
    E-mail: Mack.Jenkins@usdoj.gov
        Veronica.Dragalin@usdoj.gov
        Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING LEAVE TO FILE OVERSIZED BRIEF |
| v. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's _ex parte_ application for leave to file an omnibus opposition to defendants' two motions to suppress (CR 275 and CR 281) in excess of 25 pages is GRANTED.

    IT IS SO ORDERED.

_____    _____
DATE                                     HONORABLE JOHN F. WALTER
                                                    UNITED STATES DISTRICT JUDGE