**DECLARATION OF ANDREW CIVETTI**

I, Andrew Civetti, declare as follows:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"). I am one of the case agents assigned to the case United States v. Jose Huizar, et al., 20-CR-326(A)-JFW. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. As part of the investigation in this case, from July 1, 2016 to November 2018, the government obtained search warrants to search various e-mail accounts, including the personal e-mail accounts of defendant JOSE HUIZAR and George Esparza. On November 7, 2018, the government publicly executed a number of search warrants, after which the government began communicating with criminal defense attorneys representing the various targets of those search warrants. After November 2018, subsequent search warrants targeting defendants included specific "Search Procedures for Handling Potentially Privileged Information," outlined in Attachment B of those subsequent warrants.

3. Concurrently filed provisionally under seal as **Exhibit 1** is a true and correct copy of an FBI report I drafted, dated September 6, 2019, titled "Email Search Warrant Review Procedure," produced at Bates number Casino_0364877. This report accurately describes the procedure used for reviewing returned records pursuant to numerous e-mail search warrants, including the filter procedure for marital and attorney-client communications. As documented in the report, during my review of e-mails in HUIZAR's personal e-mail account, I came across what I identified as potentially privileged attorney-client communications with the e-mail addresses "@kaufman" and "@walsh." As

was my regular practice in this investigation, when I identified a potentially privileged communication, I stopped my review and consulted with Assistant United States Attorney Mack Jenkins regarding the potentially privileged nature of the e-mail based on the participants in the e-mail, a summary of the limited substance of the communication I reviewed, and my knowledge of the investigation. After concluding that e-mails with those e-mail addresses were likely privileged attorney-client communications, I filtered out all e-mails with those addresses from the review by searching for "@kaufman" and "@walsh" and moving the resulting e-mails to a "Privileged" folder without reviewing their content.

4. During my review of e-mails in HUIZAR's e-mail account, I came across communications with Henry Yong at the e-mail address starting with "esqimmigrationlaw." Based on the participants and the substance of the e-mail communication, my knowledge of the investigation at that time, and after consultation with Assistant United States Attorney Jenkins, I concluded that e-mail communications with Henry Yong were not privileged attorney-client communications. As part of my review pursuant to search warrants, I seized numerous communications with Yong from HUIZAR's e-mail and from Esparza's e-mail account as falling within the scope of the respective Attachment B.

5. A true and correct copy of several of the e-mail records seized from HUIZAR's e-mail account are concurrently filed provisionally under seal as:

a. **Exhibit 2** is an August 17, 2014 e-mail from Henry Yong to HUIZAR, produced at Bates number Casino_0000294. This e-mail does not appear in Defense Exhibit M. However, HUIZAR had sent this same

e-mail text to Yong, Zheng and Esparza on August 17, 2021, which appears in row 13 of Defense Exhibit M.

   b. **Exhibit 3** is an August 22, 2014 e-mail from HUIZAR to himself, forwarding an August 21, 2014 e-mail from Henry Yong to HUIZAR, attaching a draft Promissory Note, produced at Bates number Casino_0000296-297. This e-mail appears in rows 25 and 29 of Defense Exhibit M.

   c. **Exhibit 4** is an August 22, 2014 e-mail from HUIZAR to Henry Yong, attaching an unsigned Promissory Note, produced at Bates number Casino_0000300-302. This e-mail appears in row 30 of Defense Exhibit M.

   d. **Exhibit 5** is an August 22, 2014 e-mail from HUIZAR to Henry Yong, attaching an unsigned Promissory Note, produced at Bates number Casino_0000303-305. This e-mail appears in row 31 of Defense Exhibit M.

   e. **Exhibit 6** is an August 22, 2014 e-mail from Henry Yong to HUIZAR, produced at Bates number Casino_0000306. This e-mail appears in row 27 of Defense Exhibit M.

   f. **Exhibit 7** is an August 22, 2014 e-mail from HUIZAR to Henry Yong, attaching an unsigned Promissory Note, produced at Bates number Casino_0000307. This e-mail appears in row 28 of Defense Exhibit M.

  6. A true and correct copy of several of the e-mail records seized from Esparza's e-mail account are concurrently filed provisionally under seal:

   a. **Exhibit 8** is an August 8, 2014 e-mail from Henry Yong to Esparza, produced at Bates number Casino_0004431. A version of

1  this document (forwarded by Esparza to Ricky Zheng) appears in rows 4
2  and 5 of Defense Exhibit M.
3        b.   **Exhibit 9** is a September 4, 2014 e-mail from Henry
4  Yong to Esparza, HUIZAR, and Zheng, forwarding an e-mail from Yan Yan
5  and attaching a Grace Luck corporate resolution, produced at Bates
6  number Casino_0004530-31.  This e-mail appears in row 47 of Defense
7  Exhibit M.
8     7.   On November 18, 2018, I participated in an interview of
9  HUIZAR pursuant to a proffer agreement.  Concurrently filed
10 provisionally under seal as **Exhibit 10** is a true and correct copy of
11 a report of HUIZAR's November 18, 2018 interview, produced starting
12 at Bates number Casino_0368155.
13    8.   On November 20, 2018, Yan Yan forwarded me several e-mails
14 from her personal e-mail account, including a September 29, 2014 e-
15 mail from Henry Yong to Yan Yan, attaching an executed Promissory
16 Note and Attorney Fee Agreement, produced at Bates number
17 Casino_0363987-991.  Concurrently filed provisionally under seal as
18 **Exhibit 11** is a true and correct copy of that e-mail and attachments.
19    9.   On March 27, 2019, counsel for HUIZAR produced documents
20 Bates numbered JH000001-78 pursuant to the proffer agreement.  The
21 government subsequently produced those documents in discovery
22 starting at Bates number Casino_0759476.  Concurrently filed
23 provisionally under seal as **Exhibit 12** is a true and correct copy of
24 that e-mail and a subset of the produced documents.  The documents
25 produced by HUIZAR included e-mails between HUIZAR, Esparza, Zheng
26 and Yong from August 10, 2014 to September 19, 2014, multiple drafts
27 of the Promissory Note, a draft Attorney Fee Agreement, and a
28 purported draft "Joint Venture Agreement."

10. On August 10, 2020, the government produced all e-mail records seized pursuant to federal search warrants from HUIZAR's personal e-mail account (at Bates numbers Casino_0000001-0004088) and from Esparza's personal e-mail account (at Bates numbers Casino_0004089-0012436) to HUIZAR in discovery. Those same records were produced to defendant SHEN ZHEN NEW WORLD I, LLC on January 12, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Frederick, Maryland, on December 20, 2021.

_____
ANDREW CIVETTI
Special Agent
Federal Bureau of Investigation