VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-CR-326(A)-JFW |
| v. | |
| JOSE HUIZAR, ET AL., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed   [ ] Lodged:  **(List Documents)**

GOVERNMENT EXHIBITS 1-12 IN SUPPORT OF GOVERNMENT'S OMNIBUS OPPOSITION TO DEFENDANTS JOSE HUIZAR AND SHEN ZHEN NEW WORLD I, LLC'S MOTIONS TO SUPPRESS ON BASIS OF ATTORNEY-CLIENT PRIVILEGE (CR 275 AND CR 281)

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

December 20, 2021
Date

Veronica Dragalin
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*