TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdoj.gov
                Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>JOSE HUIZAR, et al.,<br><br>           Defendants. | No. 2:20-CR-326(A)-JFW<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING GOVERNMENT EXHIBITS 1-12 IN SUPPORT OF GOVERNMENT'S OMNIBUS OPPOSITION TO DEFENDANTS JOSE HUIZAR AND SHEN ZHEN NEW WORLD I, LLC'S MOTIONS TO SUPPRESS ON BASIS OF ATTORNEY-CLIENT PRIVILEGE (CR 316); DECLARATION OF VERONICA DRAGALIN |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Melissa Mills hereby applies ex parte for an order that Government Exhibits 1-12 in support of the Government's Omnibus Opposition to Defendants JOSE HUIZAR and SHEN

ZHEN NEW WORLD I, LLC's Motions to Suppress on Basis of Attorney-Client Privilege, filed concurrently herewith (CR 316), be filed *provisionally* under seal.

This <u>ex parte</u> application is based upon the attached declaration of Veronica Dragalin, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: December 20, 2021

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

 /s/ Veronica Dragalin
MACK E. JENKINS
VERONICA DRAGALIN
MELISSA MILLS
Assistant United States Attorneys

Attorneys for Applicant
UNITED STATES OF AMERICA

**DECLARATION OF VERONICA DRAGALIN**

I, Veronica Dragalin, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am an attorney representing the government in this case.

2. The government requests leave to file Government Exhibits 1-12 in support of the Government's Omnibus Opposition to Defendants JOSE HUIZAR and SHEN ZHEN NEW WORLD I, LLC ("SZNW")'s Motions to Suppress on the Basis of Attorney-Client Privilege, filed concurrently herewith (CR 316), provisionally under seal.

3. On November 15, 2021, defendants filed Exhibits A-N and Exhibits A-G in support of their two motions to suppress on the basis of attorney-client privilege (CR 275 and CR 281) under seal, claiming, in part, that doing so was based on the Protective Order in this case. See CR 276 (ex parte application to seal Exhibits A-G in support of motion CR 281; Carel Ale Declaration at ¶ 2, incorrectly asserting that the exhibits were produced pursuant to the Protective Order); CR 280 (ex parte application to seal Exhibits A-M in support of motion CR 275; Adam Olin Declaration at ¶ 2, incorrectly asserting that the exhibits were produced under the Protective Order).

4. On November 17, 2021, I sent an e-mail to counsel for defendants (Carel Ale, Charles Snyder, Adam Olin, and Richard Steingard), noting that "many of the exhibits were not designated subject to the Protective Order, and therefore, there is no basis to file them under seal." In addition, the e-mail noted: "pursuant to Paragraph 5(m) of the Protective Order, we believe additional documents marked subject to Protective Order can be filed publicly by

1

redacting PII information such as phone numbers, e-mail addresses, and other sensitive information."

5.  After further meet and confer efforts regarding the basis for sealing Defense Exhibits A-N and A-G, defendants filed public versions of certain exhibits and amended applications to seal in support of these two motions.  See CR 287 (Ale Declaration at ¶ 3, seeking to keep Exhibits A-G under seal "because the exhibits contained information Mr. Huizar asserts is protected by the attorney-client privilege"); CR 300 (Olin Declaration at ¶ 6, "seeking to strike previously filed under seal exhibits and file [under seal] only excerpts of Exhibits A-C and I-M that contain privileged information relevant to the underlying motion"); CR 308 (Snyder Declaration, filing publicly Exhibits D-H and N).

6.  Because defendants have asserted the attorney-client privilege over communications and records that are the subject of their motions to suppress (CR 275 and CR 281), in an abundance of caution, the government is requesting leave to file Government Exhibits 1-12 *provisionally* under seal pending the Court's decision on the privilege issue.  As described in more detail in the concurrently filed Declaration of FBI Special Agent Andrew Civetti, Government Exhibits 1-12 are FBI reports and seized e-mails that are communications that defendants newly assert are privileged or arguably summarize purported privileged communications.

7.  On December 18, 2021, Mr. Olin confirmed by e-mail that defendants HUIZAR and SZNW agree with the government's proposed procedure of filing government exhibits provisionally under seal pending the Court's decision on defendants' motions.

8. If the Court finds that the attorney-client privilege does not apply to the communications and records at issue in defendants' motions, in order to ensure a complete and appropriate public record on the docket, the government will request to file public versions of Government Exhibits 1-12, with appropriate redactions to protect personal identifying information, as required under the Local Rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 20, 2021.

_____
VERONICA DRAGALIN