TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdoj.gov
                Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-326(A)-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING EXHIBITS 1-12 IN SUPPORT OF GOVERNMENT'S OMNIBUS OPPOSITION TO DEFENDANTS JOSE HUIZAR AND SHEN ZHEN NEW WORLD I, LLC'S MOTIONS TO SUPPRESS ON BASIS OF ATTORNEY-CLIENT PRIVILEGE [CR 316] |
| v. | |
| JOSE HUIZAR, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is GRANTED. The documents sought to be filed under seal shall be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

If, upon ruling on defendant's motions (CR 275 and CR 281), the Court finds that the attorney-client privilege does not apply to the communications and records at issue, the Court will consider a

further motion from the government to unseal or file public versions of the referenced exhibits.

_____    _____
DATE                              HONORABLE JOHN F. WALTER
                                  UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

    The government's application for sealed filing is DENIED. The underlying document shall be returned to the government, without filing of the document on the clerk's public docket.

_____    _____
DATE                              HONORABLE JOHN F. WALTER
                                  UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Veronica Dragalin*
_____
VERONICA DRAGALIN
Assistant United States Attorney