**DECLARATION OF VERONICA DRAGALIN**

I, Veronica Dragalin, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I, along with Assistant United States Attorneys Mack E. Jenkins and Melissa Mills, am an attorney representing the government in this case.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an e-mail from Vicki Podberesky to Mack Jenkins, copying me and FBI Special Agent Andrew Civetti, dated March 23, 2020, with the subject line "Issue with Extraction Encryption."

3. Attached hereto as **Exhibit 2** is a true and correct copy of an application filed on March 31, 2020, in Case No. 2:20-MJ-1445, for a search warrant to seize and search defendant JOSE HUIZAR's iPhone 7, which at that time was maintained in the custody of his attorneys at the Andrues/Podberesky law firm. On March 31, 2020, the Honorable Patrick J. Walsh, United States Magistrate Judge, authorized the search warrant.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an e-mail from Mack Jenkins to Vicki Podberesky, copying me and Agent Civetti, dated April 1, 2020, with the subject line "Huizar Phone Pick Up."

//
//
//
//
//

5. Attached hereto as **Exhibit 4** is a true and correct copy of an e-mail from Mack Jenkins to Mary Andrues and Vicki Podberesky, copying me and Melissa Mills, dated June 22, 2020, with the subject line "Jose Huizar."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 20, 2021.

_____
VERONICA DRAGALIN