# Exhibit 1

**Dragalin, Veronica (USACAC)**

| | |
|---|---|
| **From:** | Vicki Podberesky <vpod@aplaw.law> |
| **Sent:** | Monday, March 23, 2020 3:32 PM |
| **To:** | Jenkins, Mack (USACAC) |
| **Cc:** | Civetti, Andrew (LA) (FBI); Dragalin, Veronica (USACAC) |
| **Subject:** | RE: Issue with Extraction Encryption |

Mack: I will be back to you by tomorrow morning on the additional information. As to the itunes password from 2018 he cannot recall it. (to be honest I cannot even recall my current password). Let me know how you want to proceed with the apple id.

**Vicki I. Podberesky, Esq.**
ANDRUES/PODBERESKY
818 W. 7TH Street, Suite 960
Los Angeles,CA 90017
T: (213) 395-0400
F: (213) 395-0401
C: (310) 779-5728
E:vpod@aplaw.law
www.aplaw.law

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Monday, March 23, 2020 3:02 PM
**To:** Vicki Podberesky <vpod@aplaw.law>
**Cc:** Civetti, Andrew (LA) (FBI) <​​​​​​​​​​​​>; Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Subject:** RE: Issue with Extraction Encryption

Hi Vicki: Hope you managed to have a good weekend in spite of the craziness. A few follow ups.
1. Do you have a timeline as to when we can expect the additional information we sought in response to your attorney proffer on Friday on behalf of Mr. Huizar?
2. Any update on the Itunes password to access the forensic image of Mr. Huizar's personal phone?

After we hear back on 1 and 2, we will also raise some topics of further discussion with your client regarding conduct we would like him to admit to in any plea.

**From:** Vicki Podberesky <vpod@aplaw.law>
**Sent:** Saturday, March 21, 2020 9:37 AM
**To:** Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>
**Cc:** Civetti, Andrew (LA) (FBI) <​​​​​​​​​​​​>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Subject:** Re: Issue with Extraction Encryption

I have texted my client. If he is anything like me he will not remember but we will give it a try.

Sent from my iPhone
Vicki Podberesky

1

ANDRUES/PODBERESKY

On Mar 20, 2020, at 5:00 PM, Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov> wrote:

Vicki,

SA Civetti has connected with Brad, but unfortunately they have not been able to find a password/passcode that works. It appears the system is asking for Mr. Huizar's iTunes password. Can you please ask your client for that password? It would have to be the iTunes password from December 2018, at the time the phone was imaged. If he has not changed the password since that time, can you please ask him to try the iTunes password on his current phone/computer to confirm if it works? On the FBI's end, it takes about 40 minutes for a download before a password can be entered, so there is significant lag time every time the agents try a new password.

We would greatly appreciate a response as soon as possible so we can determine next steps.

Thanks,

**Veronica Dragalin | Assistant United States Attorney**
United States Attorney's Office | Central District of California
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0647 | F: 213.894.0141 | Veronica.Dragalin@usdoj.gov

**From:** Vicki Podberesky <vpod@aplaw.law>
**Sent:** Friday, March 20, 2020 2:47 PM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Cc:** Civetti, Andrew (LA) (FBI) ███████████  Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>
**Subject:** RE: Issue with Extraction Encryption

Yes. I am on the phone with my client and will be off shortly and will call Brad.

**Vicki I. Podberesky, Esq.**
ANDRUES/PODBERESKY
818 W. 7TH Street, Suite 960
Los Angeles,CA 90017
T: (213) 395-0400
F: (213) 395-0401
C: (310) 779-5728
E:vpod@aplaw.law
www.aplaw.law

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Friday, March 20, 2020 2:26 PM
**To:** Vicki Podberesky <vpod@aplaw.law>
**Cc:** Civetti, Andrew (LA) (FBI) ███████████  Dragalin, Veronica (USACAC)

<Veronica.Dragalin@usdoj.gov>
**Subject:** Issue with Extraction Encryption

Vicki: as we briefly mentioned on the phone, the FBI is still getting blocked from accessing the data due to an extra encryption of the extraction. Can you please reach out to Brad and have him contact SA Civetti ▮▮▮▮▮▮▮▮ ASAP to work through the issue. He's made several attempts without success. Thank you.


**Mack E. Jenkins** | **Assistant United States Attorney**
**Chief | Public Corruption & Civil Rights Section**
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.2091| F: 213.894.6436 | mack.jenkins@usdoj.gov

3