# Exhibit 3

## Dragalin, Veronica (USACAC)

| | |
|---|---|
| **From:** | Jenkins, Mack (USACAC) |
| **Sent:** | Wednesday, April 1, 2020 11:01 AM |
| **To:** | Vicki Podberesky |
| **Cc:** | Civetti, Andrew (LA) (FBI); Dragalin, Veronica (USACAC) |
| **Subject:** | RE: Huizar Phone Pick Up |

Good morning Vicki:  Mr. Huizar's current phone is finally done being processed and SA Civetti (cc'd) is ready to come to you and return the phone and take custody of the prior phone.  Note, although we believe the warrant we previously provided you authorizes the government to search and seize both phones, in the abundance of caution (and to ensure this saga is not all for naught), we obtained yet another warrant to seize/search the prior phone that you are providing to SA Civetti today.  He will hand you a copy of it when he takes custody of the prior phone.  Any issues or questions, as always, please do not hesitate to reach out.

You can coordinate logistics of today's swap directly with SA Civetti via email or ████████████.

In the meantime, we will wait to hear back from you on our follow up questions.

---

**From:** Vicki Podberesky <vpod@aplaw.law>
**Sent:** Tuesday, March 31, 2020 4:27 PM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Subject:** RE: Huizar Phone Pick Up

Just confirming.




**Vicki I. Podberesky, Esq.**
ANDRUES/PODBERESKY
818 W. 7TH Street, Suite 960
Los Angeles,CA 90017
T: (213) 395-0400
F: (213) 395-0401
C: (310) 779-5728
E:vpod@aplaw.law
www.aplaw.law

---

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Tuesday, March 31, 2020 4:13 PM
**To:** Vicki Podberesky <vpod@aplaw.law>
**Cc:** Civetti, Andrew (LA) (FBI) ████████████; Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Subject:** Re: Huizar Phone Pick Up

That is correct, indeed the search warrant Attachment B sets forth that protocol re use of a filter team.

On Mar 31, 2020, at 4:04 PM, Vicki Podberesky <vpod@aplaw.law> wrote:

Appreciated. He is going a bit crazy without a phone.  I assume, but maybe I should not assume anything, that any review of the cellphone in your possession was or is being done by a taint team.  Correct?

**Vicki I. Podberesky, Esq.**
ANDRUES/PODBERESKY
818 W. 7TH Street, Suite 960
Los Angeles,CA 90017
T: (213) 395-0400
F: (213) 395-0401
C: (310) 779-5728
E:vpod@aplaw.law
www.aplaw.law

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Tuesday, March 31, 2020 4:03 PM
**To:** Vicki Podberesky <vpod@aplaw.law>
**Cc:** Civetti, Andrew (LA) (FBI) ████████████; Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Subject:** Re: Huizar Phone Pick Up

Got it.  We are working on pushing up the swap tomorrow.

On Mar 30, 2020, at 9:46 PM, Vicki Podberesky <vpod@aplaw.law> wrote:

> Earlier the better as he is without a phone
>
> Sent from my iPhone
> Vicki Podberesky
> ANDRUES/PODBERESKY
>
>
> On Mar 30, 2020, at 9:30 PM, Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov> wrote:
>
>> Re-sending, per your request.  Also we are shooting for a 4pm Wednesday "swap" at your office.  Will check in with you later tomorrow to see if that still works on both ends.
>>
>> -----Original Message-----
>> From: Jenkins, Mack (USACAC)
>> Sent: Monday, March 30, 2020 2:55 PM
>> To: Vicki Podberesky <vpod@aplaw.law>
>> Cc: Veronica Dragalin (USACAC) (VDragalin@usa.doj.gov) <VDragalin@usa.doj.gov>; Civetti, Andrew (LA) (FBI) ██████████████>
>> Subject: Huizar Phone Pick Up

Vicki:  Thank you again to your client and you for identifying this issue and promptly raising it with us.  SA Civetti can be at your office this afternoon to pick up the Prior Phone.  However, the Current Phone is in evidence in a separate location and being processed and won't be available until tomorrow.  SA Civetti should be able to bring that Prior Phone by tomorrow or Wednesday at the latest.  In the meantime, we would like SA Civetti to take custody of the Prior Phone today to get that issue resolved.  Let us know if that plan is agreeable to you?

Also, attached is an electronic copy of the signed warranted executed today.

-----Original Message-----
From: Vicki Podberesky <vpod@aplaw.law>
Sent: Monday, March 30, 2020 12:52 PM
To: Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
Subject: Huizar

Left you a message. Please call.

Sent from my iPhone
Vicki Podberesky
ANDRUES/PODBERESKY

<20-MJ-1197-3.pdf>