UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                   v.<br><br>JOSE LUIS HUIZAR, et al.,<br><br>            Defendants. | No. CR 20-326(A)-JFW<br><br>ORDER GRANTING LEAVE TO FILE<br>OVERSIZED BRIEF |

For good cause shown, IT IS HEREBY ORDERED THAT:

     The government's ex parte application for leave to file an

omnibus opposition to defendants' two motions to suppress (CR 275 and

CR 281) in excess of 25 pages is GRANTED.

     IT IS SO ORDERED.

  December 21, 2021
 DATE                                    HONORABLE JOHN F. WALTER
                                         UNITED STATES DISTRICT JUDGE