UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-CR-326(A)-JFW |
| Plaintiff, | ORDER SEALING EXHIBITS 1-12 IN SUPPORT OF GOVERNMENT'S OMNIBUS OPPOSITION TO DEFENDANTS JOSE HUIZAR AND SHEN ZHEN NEW WORLD I, LLC'S MOTIONS TO SUPPRESS ON BASIS OF ATTORNEY-CLIENT PRIVILEGE [CR 316] |
| v. | |
| JOSE HUIZAR, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *ex parte* application for sealed filing is GRANTED. The documents sought to be filed under seal shall be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

If, upon ruling on defendant's motions (CR 275 and CR 281), the Court finds that the attorney-client privilege does not apply to the communications and records at issue, the Court will consider a further motion from the government to unseal or file public versions of the referenced exhibits.

December 21, 2021
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The underlying document shall be returned to the government, without filing of the document on the clerk's public docket.

_____        _____
 DATE                                  HONORABLE JOHN F. WALTER
                                       UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Veronica Dragalin*
_____
VERONICA DRAGALIN
Assistant United States Attorney

2