UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                                                 Dated: January 3, 2022

========================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Eric Jenkins |
| --- | --- | --- |
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
| | | Melissa E. Mills |
| | | Asst. U.S. Attorney |
| | | Not Present |

========================================================================

U.S.A. vs (Dfts listed below) - **Not Present**           Attorneys for Defendants - **Not Present**

1. Jose Luis Huizar                             1. Carel Alé, DFPD; Charles James Snyder, DFPD
2. Raymond She Wah Chan                         2. Harland W Braun, Retained
4. Shen Zhen New World I, LLC                   4. Richard M. Steingard, Retained
5. Dae Yong Lee                                 5. Ariel A Neuman, Retained
6. 940 Hill, LLC                                6. Ariel A Neuman, Retained

___

**PROCEEDINGS (IN CHAMBERS):      ORDER RE: JANUARY 7, 2022 HEARING**

   In response to current data regarding COVID-19 infection rates, the Court will conduct the hearing scheduled for January 7, 2022 at 8:00 a.m. via Zoom.


*Refer to http://www.cacd.uscourts.gov/honorable-john-f-walter for Zoom link.

Initials of Deputy Clerk   sr