UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CRIMINAL MINUTES</u>

Case No.   **CR 20-326(A)-JFW**                                      Dated: January 7, 2022

===============================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins/ Veronica Dragalin |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney - Present |

===============================================================

U.S.A. vs (Dfts listed below)          Attorneys Present for Defendants

1. Jose Luis Huizar (CR-35 on file)    1. Carel Ale/Charles James Snyder/Adam Olin, DFPD
2. Raymond She Wah Chan, Present       2. Harland W Braun, Retained
4. Shen Zhen New World I, LLC          4. Richard M. Steingard, Retained
5. Dae Yong Lee (CR-35 on file)        5. Ariel A Neuman, Retained
6. 940 Hill, LLC                       6. Ariel A Neuman, Retained

**PROCEEDINGS (Zoom):**   DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS COUNTS 2-17 [251] Filed 9/17/21

**JOSE HUIZAR, RAYMOND CHAN, AND SHEN ZHEN NEW WORLD I, LLC's JOINT MOTION TO DISMISS AND/OR STRIKE [235] Filed 9/7/21**

**DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S MOTION TO SEVER TRIAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE RULE 14 [200] Filed 8/9/21**

**DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S MOTION TO SEVER [201] Filed 8/9/21**

Case called, and counsel make their appearance by Zoom VTC.  Defendant Raymond She Wah Chan is present by Zoom VTC.  Defendants Jose Luis Huizar and Dae Yong Lee each filed a Waiver of Presence (CR-35).

Court hears oral argument, and for the reasons stated on the record:

•   Defendants' Supplemental Motion to Dismiss Counts 2-17 (Docket No. 251) is DENIED.

•   Jose Huizar, Raymond Chan, and Shen Zhen New World I, LLC's Joint Motion to Dismiss And/or Strike (Docket No. 235) is DENIED.

•   Court issues tentative rulings on Defendants' Motions to Sever (Docket Nos. 200 and 201) and defers final ruling.

- Court orders the Government to file an Offer of Proof regarding the existence of a single scheme on or before January 28, 2022. In that Offer of Proof, the Government shall set forth the evidence it intends to offer to establish that Defendants 940 Hill, LLC, Dae Yong Lee, and Shen Zen New World I, LLC were participants in the single scheme alleged in the First Superseding Indictment. The Government shall narrowly tailor and limit the Offer of Proof only to the evidence relevant to the existence of a single scheme and Defendants 940 Hill, LLC, Dae Yong Lee, and Shen Zen New World I, LLC's participation in that scheme. Defendants may respond to the Government's Offer of Proof on or before February 14, 2022.