# Exhibit A

**From:** Richard Steingard
**Sent:** Thursday, October 28, 2021 4:50 PM
**To:** 'Jenkins, Mack (USACAC)' <Mack.Jenkins@usdoj.gov>; Carel Ale <Carel_Ale@fd.org>
**Cc:** Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>; Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Ariel A. Neuman <aneuman@birdmarella.com>; Ray S. Seilie <rseilie@birdmarella.com>; Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>; Harland Braun <harland@braunlaw.com>
**Subject:** RE: [EXTERNAL] US v. Huizar, et al

Mack—

In reviewing your opposition to the motions to dismiss, you refer to the "stream of benefits" theory of bribery. In the past, though, we recall you also referring to the "opportunity arose" and "retainer" theories for prosecuting the defendants' alleged bribes. Are you using these interchangeably?

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260 – 9449
Direct: (213) 260 - 9436
Facsimile: (213) 260 - 9450
E-mail: RSteingard@SteingardLaw.com