# Exhibit B

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Thursday, October 28, 2021 4:51 PM
**To:** Richard Steingard <richard@steingardlaw.com>; 'Carel Ale' <Carel_Ale@fd.org>
**Cc:** Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>; 'Charles Snyder' <Charles_Snyder@fd.org>; 'Adam Olin' <Adam_Olin@fd.org>; 'Ariel A. Neuman' <aneuman@birdmarella.com>; 'Ray S. Seilie' <rseilie@birdmarella.com>; Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>; 'Harland Braun' <harland@braunlaw.com>
**Subject:** RE: [EXTERNAL] US v. Huizar, et al

Yes.

**From:** Richard Steingard <richard@steingardlaw.com>
**Sent:** Thursday, October 28, 2021 4:50 PM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; 'Carel Ale' <Carel_Ale@fd.org>
**Cc:** Mills, Melissa (USACAC) 2 <mmills2@usa.doj.gov>; 'Charles Snyder' <Charles_Snyder@fd.org>; 'Adam Olin' <Adam_Olin@fd.org>; 'Ariel A. Neuman' <aneuman@birdmarella.com>; 'Ray S. Seilie' <rseilie@birdmarella.com>; Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>; 'Harland Braun' <harland@braunlaw.com>
**Subject:** RE: [EXTERNAL] US v. Huizar, et al

Mack—

In reviewing your opposition to the motions to dismiss, you refer to the "stream of benefits" theory of bribery. In the past, though, we recall you also referring to the "opportunity arose" and "retainer" theories for prosecuting the defendants' alleged bribes. Are you using these interchangeably?

### Richard M. Steingard
### Law Offices of Richard M. Steingard

800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260 – 9449
Direct: (213) 260 - 9436
Facsimile: (213) 260 - 9450
E-mail: RSteingard@SteingardLaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above. This message may not be shared with, or forwarded to, third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.