# Exhibit E

**From:** Richard Steingard
**Sent:** Wednesday, November 24, 2021 12:08 PM
**To:** 'Dragalin, Veronica (USACAC)' <Veronica.Dragalin@usdoj.gov>; Carel_Ale@fd.org; Charles_Snyder@fd.org; Adam_Olin@fd.org; Anthony Wong <awong@steingardlaw.com>; Harland Braun <harland@braunlaw.com>; aneuman@birdmarella.com; rseilie@birdmarella.com; rcapata@birdmarella.com
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>; Quach, Lynda (USACAC) [Contractor] <Lynda.Quach@usdoj.gov>
**Subject:** RE: U.S. v. Huizar, et al. - Correspondence and Production

Veronica—
Thx for clarifying. Note that we're still waiting for the govt's position re the three theories of bribery that we raised in our 11/2/21 email and that Mack said he would take a look at and get back to us in his 11/4/21 email.
Have a good holiday.
Richard

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260 – 9449
Direct: (213) 260 - 9436
Facsimile: (213) 260 - 9450