Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

[And on Behalf of Jose Huizar and Raymond Chan]

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>JOSE LUIS HUIZAR, ET AL.,<br><br>                    Defendants. | CR-20-326(A)-JFW<br><br>**[PROPOSED] ORDER FOR BILL OF PARTICULARS** |

**GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby grants Defendants' Motion for Bill of Particulars:

1. The government shall identify the specific theory of prosecution for each of the different alleged bribery schemes charged in the First Superseding Indictment.

DATED: _____        _____
                                              HONORABLE JOHN F. WALTER
                                              United States District Court