Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone:  (213) 260-9449
Facsimile:   (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

[And on Behalf of Jose Huizar and Raymond Chan]

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS HUIZAR, ET AL.,<br><br>　　　　Defendants. | CR-20-326(A)-JFW<br><br>**[PROPOSED] ORDER FOR BILL OF PARTICULARS** |

**GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby grants Defendants' Motion for Bill of Particulars:

1. The government shall identify the specific theory of prosecution for each of the different alleged bribery schemes charged in the First Superseding Indictment.

DATED: _____       _____
　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　United States District Court

1