CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
Email: Carel_Ale@fd.org
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Jose Huizar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS HUIZAR, <br><br> Defendants. | Case No. CR-20-326-JFW <br><br> **UNOPPOSED *EX PARTE* APPLICATION TO EXTEND DEADLINE TO FILE REPLY ISO JOSE HUIZAR'S MOTION TO SUPPRESS EVIDENCE DERIVED FROM THE UNLAWFUL SEIZURE AND SEARCH OF 39 MONTHS OF PERSONAL EMAILS FROM JANUARY 15, 2022 TO JANUARY 18, 2022** |

Jose Huizar, through counsel, applies *ex parte* and without opposition to extend by three days the deadline to file the Reply in support of his Motion to Suppress Evidence Derived from the Unlawful Seizure and Search of 39 Months of Personal Emails, the amended version of which appears at Docket No. 307. Huizar bases this motion on the attached declaration, the files and records in this case, and any other argument or evidence that the Court may consider.

///

1

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | CUAUHTEMOC ORTEGA<br>Federal Public Defender |
| 3 | Dated: January 12, 2022 | /s/ *Charles J. Snyder* |
| 4 |  | Carel Alé<br>Charles J. Snyder<br>Adam Olin<br>Deputy Federal Public Defenders<br>Attorneys for Jose Huizar |

**DECLARATION OF CHARLES J. SNYDER**

I, Charles J. Snyder, declare as follows:

1. I am a California-licensed DFPD and one of the lawyers appointed to represent Jose Huizar in this matter. Unless otherwise stated, I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2. On November 15, 2021, I filed a Motion to Suppress Evidence Derived from the Unlawful Seizure and Search of 39 Months of Personal Emails, which was later amended and appears at Docket No. 307.

3. The Reply to that motion is due on Saturday, January 15, 2022.

4. Due to a family health emergency, I believe that I may need up to three additional days to prepare the Reply.

5. I described the emergency to the government on January 12, 2022. The government has no objection to the requested continuance.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed January 12, 2022 at Los Angeles, California.

        /s/ *Charles J. Snyder*
        Charles J. Snyder

1