1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-20-326-JFW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| JOSE LUIS HUIZAR, | |
| Defendants. | |

GOOD CAUSE having been shown, the Court hereby CONTINUES the deadline within which to file the Reply in support of Jose Huizar's Motion to Suppress Evidence Derived from the Unlawful Seizure and Search of 39 Months of Personal Emails from January 15, 2022 to January 18, 2022.

DATED: _____

_____
Hon. John F. Walter
United States District Judge