# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.
*(Please read instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Crystal Diaz | 2a. Contact Phone Number: (213) 894-7535 | 3a. Contact E-mail Address: Crystal_Diaz@fd.org |
| 1b. Attorney Name (if different): Carel Ale | 2b. Attorney Phone Number: (213) 894-5186 | 3b. Attorney E-mail Address: Carel_Ale@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

**5. Party Represented:** Defendant, Jose Luis Huizar
**6. Case Name:** USA V. Huizar
**7a. District Court Case Number:** CR 20-00326-JFW
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miranda Algorri

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal  ☒ Criminal  ☐ Civil  ☐ CJA  ☐ USA  ☒ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| DATE | JUDGE (initials) | PROCEEDING TYPE / PORTION | FORMAT | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|
| 01/07/2022 | JFW | Hearing on Defendants' Motions to Dismiss/Strike and Defendants' Motions to Severe | CM/ECF ACCESS (web) | | EXPEDITED (7-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

**Date:** January 13, 2022
**Signature:** /s/ Carel Ale

G-120 (10/15)