## DECLARATION OF RICHARD M. STEINGARD

I, Richard M. Steingard, state and declare as follows:

1.  I am an attorney licensed to practice in the State of California and before this Court. My firm represents Shen Zhen New World I, LLC ("SZNW") in the above-captioned matter. I submit this declaration in support of SZNW's motion to suppress.

2.  Attached as Exhibit O is a true and correct copy of an FBI Report of Investigation documenting the December 4, 2018 interview of Yan Yan produced by the government in discovery in this case.

3.  The government's initial production occurred on January 12, 2021. It contained almost two million pages of documents, including over 12,000 pages of emails from Huizar and Esparza's email accounts, as well as thousands of Title III audio recordings for four wiretaps and a massive amount of GPS Tracker Data for six cell phones, Pen Register Data for 28 pen registers, and Cellebrite Reports for twelve phones.

4.  Subsequent productions of discovery in February, March, April and September 2021 raised the total discovery to well over two million pages of documents.

5.  On December 28, 2021, I emailed AUSA Veronica Dragalin to request the production of discovery related to Agent Civetti's declaration. I stated, "Agent Civetti states in his declaration that he consulted with [AUSA] Mack [Jenkins] about the Yong emails. Agent Civetti does not state what he told [AUSA Jenkins] or how [AUSA Jenkins] responded. We are requesting that you produce any reports, emails, handwritten notes (including [AUSA Jenkins's notes), etc., reflecting all such communications."

6. On January 10, 2022, AUSA Jenkins responded to my request by advising that he had Agent Civetti had reviewed their records and that there were no documents to produce that were responsive to my request.

7. On January 5, 2022, I spoke to Terrence Jones, attorney for George Esparza, who agreed to accept service of a subpoena for Mr. Esparza to testify at the January 31, 2022, hearing on this motion. On January 7, 2022, I spoke to Evan Jenness, attorney for Ricky Zheng, who agreed to accept service of a subpoena for Mr. Zheng to testify at the January 31, 2022 hearing on this motion. On January 10-12, 2022, I corresponded with Donald Conway, attorney for Yan Yan, who agreed to accept service of a subpoena for Ms. Yan to testify at the January 31, 2022, hearing on this motion. The subpoenas were served on the witnesses' counsel via email on January 14, 2022.

8. On January 14, 2022, I emailed the prosecutors and requested that they make Agent Civetti available for cross-examination at the hearing, pursuant to Local Rule 12-1.3 ("Any declarant in connection with a motion to suppress shall be made available for cross-examination at the hearing of the motion, unless no party desires to cross-examine the declarant."). That same day, AUSA Dragalin responded that Agent Civetti would attend the hearing and be available for cross-examination should the Court allow it, but that the government dd not believe an evidentiary hearing was warranted.

I declare the foregoing to be true and correct under penalty of perjury. Executed this 15th day of January, 2022, in Los Angeles, California.

                               /s/
                             Richard M. Steingard

