# Exhibit O



# FEDERAL BUREAU OF INVESTIGATION

Date of entry  03/01/2019

On December 4, 2018, YAN YAN (YAN) was interviewed by Special Agents Julianne Mayfield and Andrew Civetti at the United States Attorney's Office at 312 N Spring St, Los Angeles, CA 90012. Also present during the interview was attorney DONALD CONWAY, telephone number (310) 729-8523 and Assistant United State Attorney Veronica Dragalin, telephone number 213-894-0647. After being advised of the identity of the interviewing Agent and the nature of the interview, YAN provided the following information:

## Immigration

YAN submitted her immigration application in 2017. MICHAEL MEEKS (MEEKS), YAN's husband, knew about the immigration form. YAN was unsure if MEEKS reviewed the application prior to the application's submission, but they spoke about it. YAN made no financial payments to MEEKS with regards to the application. YAN did not mention to anyone about paying MEEKS for assistance with the application. YAN may have made payments to MEEKS for other things, such as travel.

YAN withdrew her application and explained she was careless in her previous interviews with the FBI. YAN believed she was still eligible to re-apply if she wanted to and that everything in the application was truthful.

## Shenzhen New World

In 2009/2010, YAN's father started working for Chairman WEI HUANG (HUANG). YAN met HUANG in 2007 through her family. In 2012, YAN's father and HUANG purchased the Sheraton Universal in LA and another hotel in downtown LA (the LA Hotel Downtown). YAN believed her father served in an accounting role.

YAN first started working for HUANG in April 2012. YAN's father was from China and worked for HUANG who also lived in China. YAN's father recommended she apply for a job opening working for the Sheraton Universal, owned by HUANG. PETER Last Name Unknown (LNU) did the initial interview with YAN and offered her the job at the Sheraton Universal.

---

Investigation on  12/04/2018  at  Los Angeles, California, United States (In Person)

File #  194B-LA-255905                                    Date drafted  12/04/2018

by  MAYFIELD JULIANNE MARIE, Andrew R. Civetti

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Casino_0363886

YAN started at Sheraton Universal as an accountant and reported to TONY TAN (TAN), the accounting manager. TAN stopped working at the Sheraton Universal. The General Manager at the time was DANIEL TENG, but he also left the company. YAN worked at the LA Hotel Downtown before moving to the Sheraton Universal in July 2012. YAN worked for SHENZEN NEW WORLD until approximately 2016.

**Grace Luck Holdings**

In 2014, RICKY ZHENG (ZHENG) instructed and authorized YAN to sign a loan at East West Bank from the company SHENZHEN NEW WORLD to JOSE HUIZAR (HUIZAR). The loan documents said GRACE LUCK HOLDINGS. YAN had seen ZHENG at the Sheraton Universal several times to sign checks on behalf of the company. YAN signing the loan was not normal for her job description. YAN considered it an order from the company for her to sign the loan paperwork because ZHENG was her boss at the time. YAN was told to go to Starbucks prior to the signing to meet the attorney and two individuals. YAN did not know who the individuals were at the time and later found them out to be HUIZAR, and GEORGE ESPARZA (ESPARZA). Sitting in the interview today, YAN understood the individuals she met at Starbucks to be HUIZAR and ESPARZA.

YAN, HUIZAR, ESPARZA and the attorney, HENRY LNU were at the meeting to sign the loan papers. HENRY and HUIZAR seemed to know each other. All four parties went to an Asian bank first, but the papers did not go through, so they all went to East West Bank in Pasadena to finalize the loan.

YAN did not know what she was signing and only knew it was a loan to HUIZAR. YAN did not know who the loan was from, but knew she was there on behalf of the company (SHENZHEN NEW WORLD). No one else from the company was at the bank. YAN informed ZHENG she had signed the loan the same day of the signing.

In 2016, East West Bank needed an update on a form for GRACE LUCK HOLDINGS. ZHENG sent YAN the form. The email regarding the updates to the form were sent from HUIZAR to GEORGE, from GEORGE to ZHENG, and from ZHENG to YAN. Instructions on how to fill out the form were in Chinese. YAN sent the form to East West Bank after she filled it out.

YAN did not know what GRACE HOLDINGS INC. was or who ran it, but recognized the name on the email from when she signed the loan to HUIZAR several years prior. YAN spoke with her father about the forms. YAN's father knew it was for international individuals and companies. YAN did not have the power of attorney for other companies.

**Las Vegas**

ZHENG and HUANG went to Las Vegas together in the past. CHAN and HUIZAR did not have a personal relationship. HUANG and CHAN knew eachother, but YAN did not know how close they were. YAN was unsure if CHIANG knew HUANG. CHAN and ZHENG may have known eachother.

HUANG would visit the two hotels every 2-3 months. YAN would see HUANG at accounting meetings, but sometimes only through video conference. There was a company dinner one time in Al Hambra and several banquets at the hotel, but YAN did not attend many of the banquets. YAN was unsure if HUANG hosted these events. ZHENG went to the company dinner in Al Hambra.

### RAYMOND CHAN

YAN did not know if RAYMOND CHAN (CHAN) knew HUANG. CHAN (CHAN) started a business with GEORGE CHIANG (CHIANG) at the end of 2017. CHAN hosted a dinner for HUIZAR's wife in Monterey Park.

In October 2018, YAN tried to mention HUIZAR to CHAN, but CHAN did not want to talk about him.

### Bank Transactions

YAN's father sent her over $100,000 to buy a house. YAN used some of the money to gamble in Las Vegas. In 2016, YAN transferred money to HUANG on behalf of her father instead of wiring money back to her father.

### FBI Investigation

YAN spoke to her father about the FBI coming to her house and about her interview with the FBI today. YAN's father advised her to get a lawyer. SHENZEN NEW WORLD reached out to YAN to help find a lawyer, but YAN declined and found her own attorney. YAN felt used by SHENZEN NEW WORLD. BRUCE COHEN, an attorney, called YAN in November/December 2018 and wanted to know what questions the FBI was asking YAN.

YAN has not been to her job at CHAN's office. CHAN did not advise YAN what to say or not to say when meeting with the FBI. CHAN told everyone working at Synergy not to speak to the media. YAN's job was "as needed". CHAN made no comment on the future of the company. YAN may go back to working full time with the city of LA.