# DECLARATION OF CAREL ALÉ

I, Carel Alé, declare as follows:

1. I am a Deputy Federal Public Defender at the Office of the Federal Public Defender for the Central District of California appointed to represent José Huizar. I personally know of these matters and could competently testify to them if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of pages redacted from the Search and Seizure Warrant for Mr. Huizar's phone issued on March 17, 2020.

3. Attached as Exhibit 2 is a true and correct copy of the 302 Report dated April 7, 2020, describing the March 20, 2020 execution of the March 17, 2020 Search and Seizure Warrant for Mr. Huizar's phone.

4. Attached as Exhibit 3 is a true and correct copy of the March 30, 2020 email correspondence between Mr. Huizar's prior counsel Vicki I. Podberesky and the government related to the government's seizure of Mr. Huizar's phone.

5. Attached as Exhibit 4 is a true and correct copy of pages redacted from the 302 report of the government's January 5, 2021 interview with Jesse Leon.

6. After conversations with prior defense counsel Vicki I. Podberesky, I understand that Paragraph 17 of Vicki I. Podberesky's declaration inadvertently stated that facts occurred in "May 2020" but should have read "March 2020."

I declare under the laws of the United States of America that the foregoing is true and correct.

Dated: January 15, 2022      By   /s/ Carel Alé
                                  Carel Alé