# EXHIBIT 1

AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:20-MJ-1196
The premises located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ )
▮▮▮▮▮▮▮▮▮▮ )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Central   District of   California   *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   14 days from the date of its issuance  
                                                                                            *(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                                                              ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   3/17/2020  1:50 p.m.   _____
                                                                                      *Judge's signature*

City and state:   Los Angeles, California         Hon. Patrick J. Walsh, United States Magistrate Judge
                                                                                      *Printed name and title*

AUSA: Veronica Dragalin (x0647)

**ATTACHMENT B**

I.  **ITEMS TO BE SEIZED**

1.  Law enforcement personnel are authorized to seize the cellular telephone with telephone number ▉▉▉▉▉▉▉ in the possession of JOSE HUIZAR (the "**TARGET PHONE**" or the "digital device").

2.  During the execution of this search warrant, law enforcement personnel are authorized to depress the fingerprints and/or thumbprints of JOSE HUIZAR onto the Touch ID sensor of the **TARGET PHONE**, or hold the **TARGET PHONE** in front of HUIZAR's face to activate the Face ID sensor, in order to gain access to the contents of any such device as authorized by this warrant. In depressing a person's thumb or finger onto a device and in holding a device in front of a person's face, law enforcement may not use excessive force, as defined in Graham v. Connor, 490 U.S. 386 (1989); specifically, law enforcement may use no more than objectively reasonable force in light of the facts and circumstances confronting them.

3.  Law enforcement personnel (including, in addition to law enforcement officers and agents, and depending on the nature of the Electronically Stored Information ("ESI") and the status of the investigation and related proceedings, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review and seize the ESI contained on the TARGET PHONE for evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 371

i

(Conspiracy), 666 (Bribery and Kickbacks Concerning Federal Funds), 1341, 1343, and 1346 (Deprivation of Honest Services), 1951 (Extortion), 1956 (Money Laundering), and 31 U.S.C. § 5324(a)(3) (Structuring a Financial Transaction to Evade a Reporting Obligation) (collectively the "Target Offenses"), occurring after April 1, 2013 and on or before December 19, 2018, namely:

    a.   Evidence of who accessed or used the digital device, including records about their identities and whereabouts.

    b.   Records, documents, programs, applications, or materials relating to:

        i.   the Target Subjects, entities, and projects identified in Paragraphs 14-20 of the November 7, 2018 affidavit attached as **Exhibit 1**;

        ii.  any bank accounts, credit card accounts, other financial accounts, and wire transfer records;

        iii. contents of any calendar or date book, including calendars or date books stored on digital devices;

        iv.  the Los Angeles Department of City Planning, City Planning Commission, and the City of Los Angeles's Planning and Land Use Management Committee;

        v.   trips to Las Vegas and China, including any receipts, reservation confirmations, flight itineraries, photographs, and bank records;