# EXHIBIT 2

FD-302 (Rev. 5-8-10)
-1 of 2-

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   04/07/2020

On March 17, 2020, the Honorable Patrick J. Walsh, United States Magistrate Judge for the Central District of California, authorized the following search warrants for the seizure of a cell-phone, █████████, belonging to JOSE HUIZAR.

- Case No. 2:20-MJ-1196 (HUIZAR's Residence, ██████████████████ █████ █;
- Case No. 2:20-MJ-1197 (HUIZAR's Person).

On March 30, 2020, Special Agents of the FBI executed the search warrants and seized the subject device from HUIZAR's person at HUIZAR's Residence.

**The execution of the warrant was recorded. This report is not intended to be a verbatim account of the recording, and does not memorialize all statements made during the recording. The recording captured the actual words spoken. The original recording is being maintained in the ELSUR section of case file 194B-LA-255905, 1D383.**

The following Agents executed the warrant:

- SA Andrew Civetti;
- SA Robert Logan;
- SSA Michael Brown.

At approximately 9:00 a.m., SA Civetti began surveillance at HUIZAR's Residence. HUIZAR's City vehicle ███████████████) was located in the front of the residence.

At approximately 9:45 a.m., SA Civetti attempted to call HUIZAR at the subject device ██████████) on three occasions. HUIZAR did not answer the device at that time. The Agents approached the residence and heard a least one dog barking on the side of the house. HUIZAR's wife, RICHELLE RIOS HUIZAR ("RICHELLE"), was observed tending to the dog. SA Civetti called out to RICHELLE, identified himself, and requested that HUIZAR come outside with

---

Investigation on   03/30/2020   at   Los Angeles, California, United States (In Person)

File #   194B-LA-255905                                              Date drafted   03/30/2020

by   Andrew R. Civetti, LOGAN ROBERT ANTHONY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

his cell-phone. The Agents subsequently knocked on the front door and identified themselves to HUIZAR. HUIZAR exited the residence with the subject device.

HUIZAR was told that the Agents had a search warrant for himself and his residence for his cell-phone. HUIZAR provided the phone to the Agents. SA Civetti explained to HUIZAR that the FBI understood HUIZAR was represented by counsel and therefore the FBI would not ask HUIZAR any questions related to his case. In addition, HUIZAR was told that he was not under arrest and that the Assistant United States Attorneys on the case would reach out to HUIZAR's attorneys to disclose the execution of the search warrant.

At approximately 10:00 a.m., the Agents provided HUIZAR a property receipt for the subject device and departed from HUIZAR's Residence.

At approximately 12:00 p.m., SA Civetti and SA Logan released the subject device to Task Force Officer Scott Teubert at the Los Angeles Police Department ("LAPD") 77th Division, to preform a forensic extraction.

The subject device was entered into FBI Evidence as #1B202 and was identified as an iPhone XS ▮▮▮▮▮▮▮▮▮▮▮▮, serial #▮▮▮▮▮▮▮KPFT, IMEI #▮▮▮▮▮▮▮▮6352, belonging to JOSE HUIZAR.

A copy of the warrant and property receipts are electronically attached.

Casino_0370788