# EXHIBIT 4

FD-302 (Rev. 5-8-10)

- 1 of 10 -

## FEDERAL BUREAU OF INVESTIGATION

Date of entry _____01/13/2021_____

On January 5, 2021, JESSE LEON("LEON"), was interviewed by video conference by FBI Special Agent Robert Logan, FBI Special Agent Andrew Civetti and FBI Special Agent Barbara Johnson. Also present in the interview was Assistant United States Attorney ("AUSA") Veronica Dragalin, AUSA Mack Jenkins, AUSA Melissa Mills and LEON's Attorney Stephen Frye. After being advised of the identity of the interviewing Agents and the nature of the interview, LEON provided the following information:

[**Agent Note:** Prior to the interview LEON was advised that the interview was voluntary. LEON was instructed that he could end the interview at any time and that he had the right to consult with his attorneys. LEON was advised that lying to the FBI was a federal offense and that lying included omitting information. LEON affirmatively acknowledged he understood all of these admonishments and that he must be completely truthful.]


[**The below names and topics were discussed during the recording. This report is not intended to be a verbatim account of the recording, and does not memorialize all statements made during the recording. The recording captured the actual words spoken. The original recording is being maintained in the ELSUR section of case file 194B-LA-255905,1D433]**

LEON had no direct knowledge of conduct described in the federal indictment related to former City of Los Angeles Councilman JOSE HUIZAR and allegations of misconduct by the government. LEON's knowledge of allegations would be secondhand knowledge from former City of Los Angeles staff member GEORGE ESPARZA who worked in the Council District 14 office for HUIZAR and was a co-worker and friend of LEON. LEON could not recall any firsthand examples of HUIZAR linking contributions to political action committee ("PAC") or independent expenditure ("IE") fundraising to official actions related to the Planning and Land Use Management ("PLUM") committee approvals. HUIZAR

Investigation on ___01/05/2021___ at _Los Angeles, California, United States (Phone)_

File # _194B-LA-255905_                                    Date drafted ___01/05/2021___

by _LOGAN ROBERT ANTHONY, Andrew R. Civetti_

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Casino_2007441

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of  (U) 01/05/2021_Jesse Leon                              , On  01/05/2021 , Page  8 of 10

GASTELUM wanted to talk to HUIZAR about limiting the number of retail cultivators in the City. LEON did not believe the request was controversial and was later passed in the rules committee.

HUIZAR asked LEON to meet with ANGEL SOTELO. SOTELO had questions related to a manufacturer or cultivator that was friends of SOTELO. HUIZAR had relationships with GASTELUM and SOTELO but did not want GASTELUM or SOTELO to know that HUIZAR was meeting with the other person. HUIZAR requested that LEON not share with either person that HUIZAR had met with GASTELUM or SOTELO. LEON did not know why HUIZAR wanted to keep it a secret from GASTELUM and SOTELO.

[**Agent Note**: Exhibit 18 bates stamped 9549, was shown to LEON, an email dated June 26, 2017, between GEORGE ESPARZA and JESSE LEON]

[**Agent Note**: Exhibit 27 bates stamped 1030, was shown to LEON, an email dated September 12, 2017, between GEORGE ESPARZA and CAMILL SAYADEH that was forwarded to JESSE LEON]

[**Agent Note**: Exhibit 24 bates stamped 9786, was shown to LEON, an email dated August 2, 2017, between GEORGE ESPARZA and JUSTIN KIM that was forwarded to LEON]

LEON believed that all information that LEON shared with individuals outside of the rules committee was publicly available information from the cannabis website in the form of links. LEON acknowledged receiving the emails and having discussions with JUSTIN KIM who worked as a consultant, ZHENG, and ESPARZA. LEON also spoke with CARLIN about the cannabis industry. LEON discussed opportunities for cannabis business ownership with ESPARZA. LEON would not have been a silent partner in any business if LEON participated and would have advised ESPARZA to do the same. LEON discussed LEON's wife potentially being involved due to her background. There were not conversations about influencing rules committee about acquiring permits. LEON shared only public information as individuals that LEON spoke to about cannabis were also concerned about talking about anything that should not be public.

Casino_2007448

FD-302a (Rev. 5-8-10)

194B-LA-255905

194B-LA-255905

Continuation of FD-302 of (U) 01/05/2021 Jesse Leon , On 01/05/2021 , Page 9 of 10

[**Agent Note:** Exhibit 25 bate stamped 9841, was shown to LEON, an email dated August 9, 2017, between GEORGE ESPARZA and MARISELA AVILA that was forwarded to JESSE LEON]

[**Agent Note:** Exhibit 28 bate stamped 10953, was shown to LEON, an email dated October 27, 2017, between GEORGE ESPARZA and JESSE LEON]

[**Agent Note:** Exhibit 29 bate stamped 10958, was shown to LEON, an email dated October 27, 2017, between GEORGE ESPARZA and JESSE LEON]

The emails were most likely related to the breakfast meeting that LEON had with GASTELUM on the cannabis regulations. It was a common practice for lobbyist and consultants to speak with the council office and staff about proposed language for motions.

[**Agent Note:** Exhibit 32 bates stamped 47975, was shown to LEON, an email dated September 27, 2018, between JESSE LEON and JONATHAN ZUNIGA]

The email had cannabis related contacts that included GASTELUM and SOTELO amongst others that LEON was aware of. GASTELUM may have been lobbying behalf of GOLDEN BOY INDUSTRIES which was ran by OSCAR DE LA HOYA. GASTELUM mentioned the fund raising $100-$200 million dollars.

<u>FBI Investigation</u>

LEON was never told what or what not to say during an FBI or law enforcement interview related to HUIZAR's activities. LEON was not instructed to lie or withhold information from the FBI. Only LEON's lawyer and wife knew that LEON planned to interview with the FBI.
[Agent Note: LEON previously interviewed with the FBI on two occasions. After reviewing FBI 302's LEON requested to amend information related to the two interviews which was captured in the audio recording of the interview. All requested changes were discussed with the FBI and USAO office during the interview and acknowledged by the government.]

Casino_2007449

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of  (U) 01/05/2021_Jesse Leon _____ , On  01/05/2021  , Page  10 of 10

Casino_2007450