# DECLARATION OF CAREL ALÉ

I, Carel Alé, declare as follows:

1. I am a Deputy Federal Public Defender at the Office of the Federal Public Defender for the Central District of California appointed to represent José Huizar. I personally know of these matters and could competently testify to them if called upon to do so.

2. Attached as Exhibit 1 to this Reply is a partial transcript of the government's December 5, 2018 interview of Morrie Goldman, which was prepared by a transcription service, Rev.com. I have reviewed the transcript for accuracy and believe the transcript accurately transcribes the interview with the one substantive change referenced below.

3. The transcription service referred to Stephen Kaufman as "Coffman." I edited the transcript to replace "Coffman" with "[Kaufman]" and noted the change in brackets.

4. After reviewing the audio-recording, I believe that at 00:31:33, Goldman states that Kaufman "then got concerned," not "confirmed." I changed the word "confirmed" to "[concerned]" and noted the change in brackets.

5. Other than those changes, the transcript is as it was provided by the transcription service.

6. Exhibit 1 is concurrently being filed under seal because it contains information that describes attorney-client communications.

7. On November 15, 2021, I filed a Motion to Suppress Attorney-Client Communications ("Motion") on behalf of Mr. Huizar which included several under seal exhibits. (ECF No. 281.) After further meeting and conferring with the government, I filed amended under seal exhibits ("Exhibit" or "Exhibits") to the Motion. (ECF No. 287; *see* ECF No. 289 (granting the request to seal the amended Exhibits A-G).)

8. Exhibit A to the Motion is a true and correct copy of pages redacted from the 302 Report of the government's December 5, 2018 interview of Morrie Goldman. Exhibit A contains communications the defense asserts are privileged.

9. Exhibit B to the Motion is a true and correct copy of pages from the government's notes of its June 6, 2019 interview of George Esparza. Exhibit B contains communications the defense asserts are privileged.

10. Exhibit C to the Motion is a true and correct copy of pages redacted from the 302 Report of the government's December 12, 2018 interview of George Esparza. Exhibit C contains communications the defense asserts are privileged.

11. Exhibit D to the Motion is a true and correct copy of pages redacted from the linesheet of a June 29, 2018 phone call obtained pursuant to a government wiretap on George Esparza's phone. Exhibit D contains communications the defense asserts are privileged.

12. Exhibit E to the Motion is a true and correct copy of pages redacted from the 302 Report of the government's June 6, 2019 interview of George Esparza. Exhibit E contains communications the defense asserts are privileged.

13. Exhibit F to the Motion is a true and correct copy of pages redacted from the linesheet of a May 31, 2017 phone call obtained pursuant to a government wiretap on George Esparza's phone. Exhibit F contains communications the defense asserts are privileged.

14. Exhibit G is a true and correct copy of pages redacted from the government's notes of its December 5, 2018 interview of Morrie Goldman. Exhibit F contains communications the defense asserts are privileged.

I declare under the laws of the United States of America that the following is true and correct.

Dated: January 15, 2022        By   /s/ Carel Alé
                                    Carel Alé