CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
Email: Carel_Ale@fd.org
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for José Luis Huizar

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSÉ LUIS HUIZAR, *et al.*,<br><br>　　　　　Defendants. | Case No. 20-CR-326-JFW-1<br><br>**UNOPPOSED *EX PARTE* APPLICATION TO FILE EXHIBIT ISO REPLY ISO MOTION TO SUPPRESS PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS UNDER SEAL; MEMORANDUM; DECLARATION; PROPOSED ORDER** |

　　　　José Luis Huizar, through counsel, hereby applies *ex parte* for an order that the attached exhibit, Exhibit 1 in support of his Reply in Support of Motion to Suppress Privileged Attorney-Client Communications, filed January 15, 2022, be filed under seal.

//

//

//

This application is based on the attached Memorandum of Points and Authorities, Declaration of Counsel, and any other evidence the Court may consider.

Respectfully submitted,

CUAUHTÉMOC ORTEGA
Federal Public Defender

Dated: January 15, 2022          By   */s/ Carel Alé*
Carel Alé
Charles J. Snyder
Adam Olin
Deputy Federal Public Defenders
Attorneys for José Huizar

## MEMORANDUM OF POINTS AND AUTHORITIES

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); *see also* Local Rule 79-5.1 (providing that a party may request that documents be filed under seal). "[T]he need to honor the attorney-client privilege" qualifies as a reason to seal exhibits. *United States v. Pella*, No. 06-MJ-161-RJJ, 2012 WL 5287898, at *1 (D. Nev. Oct. 24, 2012); *see also Asdale v. International Game Technology,* No. 04-CV-703-RAM, 2010 WL 2161930, at *5 (D. Nev. May 28, 2010) ("The public interest in accessing the courts does not outweigh the compelling need to . . . honor the attorney-client privilege and the work-product doctrine.")).

Here, Exhibit 1 to Huizar's Reply in Support of Motion to Suppress Privileged Attorney-Client Communications contains privileged attorney-client communications. It is submitted that the attached declaration of counsel is sufficient to justify that this Exhibit, filed January 15, 2022, be filed under seal.

Respectfully submitted,

CUAUHTÉMOC ORTEGA
Federal Public Defender

Dated: January 15, 2022        By    */s/ Carel Alé*
                                     Carel Alé
                                     Charles J. Snyder
                                     Adam Olin
                                     Deputy Federal Public Defenders
                                     Attorneys for José Huizar

## DECLARATION OF CAREL ALÉ

I, Carel Alé, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent defendant José Huizar in the above-titled action.

2. Exhibit 1 contains privileged attorney-client communications. Specifically, Exhibit 1 contains descriptions of communications between Mr. Huizar, Morrie Goldman, Justin Kim, or George Esparza (as Huizar's assistant) and attorney Stephen Kaufman.

3. On January 13, 2022, Assistant United States Attorney Veronica Dragalin informed me that the government does not oppose filing Exhibit 1 under seal pending the Court's resolution of Mr. Huizar's Motion to Suppress.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 15, 2022 in Los Angeles, California.

                                                        */s/ Carel Alé*
                                                        Carel Alé