**SUPPLEMENTAL DECLARATION OF CHARLES J. SNYDER**

I, Charles J. Snyder, declare as follows:

1. I am a California-licensed DFPD and one of the lawyers appointed to represent Jose Huizar in this matter. Unless otherwise stated, I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2. I have attached as Exhibit 7 a true and correct copy of the June 16, 2016 email trap-and-trace application filed for Huizar's email account. From my review of the discovery, I am aware that the government sought and obtained additional trap-and-trace extensions for this account on August 22, 2016 (Bates 333157), November 22, 2016 (Bates 332598), and January 5, 2017 (Bates 332509), after which the government applied for additional email warrants and Title III orders.

3. I have attached as Exhibit 8 an April 19, 2016 report analyzing two months of trap-and-trace returns for Huizar, Huang, Zheng, and Esparza's email accounts. Within Exhibit 8, I redacted email addresses to the extent possible while still seeking to make the document legible.

4. I have attached as Exhibit 9 a June 21, 2016 report drafted by Agent Civetti memorializing all of the email trap-and-trace orders and extensions obtained to date. Within Exhibit 9, I redacted email addresses as much as possible while still seeking to make the document legible.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed January 18, 2021 at Los Angeles, California.

                                                 */s/ Charles J. Snyder*
                                                 Charles J. Snyder

## TABLE OF EXHIBITS

| Exhibit[1] | Description | Page and Line |
|---|---|---|
| 2 | July 1, 2016 Warrant Application for Jose Huizar's Email Account | 3:14, 3:18, 4:20, 6:4, 8:17, 8:18, 9:11 |
| 3 | Pen-Register Data for Jose Huizar's Email Account | 10:20 |
| 7 | June 16, 2016 Application for Extension of Trap-and-Trace Order for Jose Huizar's Email Account | 9:2 |
| 8 | FD-302 Analyzing Trap-and-Trace Data Dated April 19, 2016 | 9:4 |
| 9 | FD-302 Memorializing Trap-and-Trace Orders and Extensions Dated June 21, 2016 | 9:5 |

---

[1] Exhibits 2 and 3 are attached to the initial Declaration of Charles J. Snyder (Docket Nos. 307-3 and 307-4).  Exhibits 7, 8, and 9 are attached to the concurrently-filed Supplemental Declaration of Charles J. Snyder.