# EXHIBIT 8



OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/25/2016

This communication serves to document the analysis of the results of four Email Pen Registers on the following email addresses between the dates of 02/12/2016 to 04/19/2016:

josehuizar1@▮▮▮▮▮         (belonging to subscriber JOSE HUIZAR)

jose.huiza▮▮▮▮▮▮▮▮        (belonging to subscriber JOSE HUIZAR)

Chrisyu9▮▮▮▮▮▮            (belonging to subscriber WEI HUANG)

georgesparz▮▮▮▮▮          (belonging to subscriber GEORGE ESPARZA)


**josehuizar1@**

Analysis of this target email account between the dates of 02/12/2016 and 04/19/2016 reveals that there has been only one email sent to this address. This email is from the address, systemalert@mailchimp.com. There have been no emails sent from this target account during this time period.


**jose.huiza▮▮▮▮▮▮▮▮**

Analysis of this target email account between the dates of 02/12/2016 and 04/19/2016 reveals a total of 1,901 emails have been exchanged with this target account: 1,550 emails were sent to this target email address, and 351 were sent from this address.

Other email addresses of potential interest identified from the activity on this account are the following:

councilmember.huizar@lacity.org (3 emails exchanged)

huizaronline@▮▮▮▮▮ (6 emails exchanged)

---

Investigation on  04/19/2016  at  Los Angeles, California, United States (, Other (Analysis of Email Pen Register Results))

File #  194B-LA-255905                                        Date drafted  04/21/2016

by  BAUMAN SHARON M

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Casino_0362830

FD-302a (Rev. 05-08-10)

194B-LA-255905

Continuation of FD-302 of (U) Analysis of Email Pen Registers 02/12/2016 to 04/19/2016 , On 04/19/2016 , Page 2 of 3

jose.huiza▮▮▮▮▮▮▮▮ (9 emails exchanged)

josehuiza▮▮▮▮▮▮▮▮▮▮ (31 emails exchanged)

george.esparza@lacity.org (60 emails exchanged)

georgesparza@▮▮▮▮▮▮ (27 emails exchanged)

**Chrisyu95▮▮▮▮▮▮▮**

Analysis of this target email account between the dates of 02/12/2016 and 04/19/2016 reveals a total of 650 emails have been exchanged with this target account: 566 emails were sent to this target email address, and 84 were sent from this address. Of the 566 emails sent to this address, most appear to be junk or spam mail. Of the 84 emails sent from this target account, none have identified recipients.

**georgesparza▮▮▮▮▮▮▮▮**

Analysis of this target email account between the dates of 02/12/2016 and 04/19/2016 reveals a total of 2,748 emails have been exchanged with this target account: 2,413 emails were sent to this target email address, and 335 were sent from this address.

Other email addresses of potential interest identified from the activity on this account are the following:

huizaronline@▮▮▮▮▮▮ (2 emails exchanged)

jose.huiza▮▮▮▮▮▮▮▮ (35 emails exchanged)

josehuiza▮▮▮▮▮▮▮▮▮▮ (10 emails exchanged)

george8191▮▮▮▮▮ (18 emails exchanged)

george.esparza@lacity.org (7 emails exchanged)

georgesound▮▮▮▮▮ (1 email exchanged)

georgesparky▮▮▮▮▮▮ (1 email exchanged)

FD-302a (Rev. 05-08-10)

194B-LA-255905

Continuation of FD-302 of (U) Analysis of Email Pen Registers 02/12/2016 to 04/19/2016 , On 04/19/2016 , Page 3 of 3

zhengr1███████ (7 emails exchanged) NOTE:  This e-mail address belongs to RICKY ZHENG.

NOTE:  All email counts are general approximations.

Detailed email correspondence activity logs for each email address during each respective time period specified above have been electronically attached to this communication.

Casino_0362832