# EXHIBIT 9

FD-302 (Rev. 5-8-10)

-1 of 1-



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    06/22/2016

On 06/16/2016, United States Magistrate Judge Andrew J. Wistrich signed five separate Pen Register/Trap and Trace order for the following email address:

FIRST EXTENSION:

              (belonging to subscriber RICKY ZHENG)

THIRD EXTENSION:

              (belonging to subscriber GEORGE ESPARZA)

FOURTH EXTENSION:

              (belonging to subscriber JOSE HUIZAR)

jose.huizar        (belonging to subscriber JOSE HUIZAR)

              (belonging to subscriber WEI HUANG)

All orders were served on Yahoo!, Inc. and Google, Inc. on 06/21/2016, with subject names redacted. A copy of each order (unredacted) has been electronically uploaded in conjunction with this communication.

Investigation on  06/21/2016  at  Los Angeles, California, United States (, Other (Service of Pen Register Orders))

File #  194B-LA-255905                                Date drafted  06/21/2016

by  Andrew R. Civetti

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Casino_0357436