CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
Email: Carel_Ale@fd.org
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for José Luis Huizar

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-326(A)-JFW-1 |
| Plaintiff, | **ORDER SEALING EXHIBIT FILED IN REPLY ISO MOTION TO SUPPRESS PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS** |
| v. | |
| JOSÉ LUIS HUIZAR, *et al.* | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following documents be filed under seal:

(1)  Exhibit 1 in Support of Defendant Huizar's Reply in Support of Motion to Suppress Privileged Attorney-Client Communications

Dated: January 20, 2022        By _____
                                   HON. JOHN F. WALTER
                                   United States District Judge

Presented by:
*s/ Carel Alé,*        .
Deputy Federal Public Defender

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28