TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (SBN: 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (SBN: 281370)
MELISSA MILLS (SBN: 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-7631
     E-mail: Mack.Jenkins@usdoj.gov
             Veronica.Dragalin@usdoj.gov
             Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON SUPPLEMENTAL BRIEFING ON MOTIONS TO SEVER (CR 200 AND CR 201) |
| v. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for an order modifying the briefing schedule on the Order of Proof in connection with defendants' motions to sever (CR 200 and CR 201) is GRANTED.

1. The government shall file its Order of Proof by January 28, 2022.

2. Defendants SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HIL LLC shall file their respective response to the Order of Proof by February 7, 2022.

IT IS SO ORDERED.

_____      _____
DATE                                 HONORABLE JOHN F. WALTER
                                                     UNITED STATES DISTRICT JUDGE

Presented by:

       /s/
_____
VERONICA DRAGALIN
Assistant United States Attorney