TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division                                   Note Changes Made by Court
MACK E. JENKINS (SBN: 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (SBN: 281370)
MELISSA MILLS (SBN: 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-2091/0647/0627
    Facsimile:    (213) 894-7631
    E-mail: Mack.Jenkins@usdoj.gov; Veronica.Dragalin@usdoj.gov' Melissa.Mills@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW |
|---|---|
| Plaintiff, | ORDER MODIFYING BRIEFING SCHEDULE ON SUPPLEMENTAL BRIEFING ON MOTIONS TO SEVER (CR 200 AND CR 201) |
| v. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for an order modifying the briefing schedule on the Order of Proof in connection with defendants' motions to sever (CR 200 and CR 201) is GRANTED.

1.    The government shall file its Offer of Proof by January 21, 2022.

2.    Defendants SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HIL LLC shall file their respective response to the Offer of Proof by February 7, 2022.

IT IS SO ORDERED.

January 20, 2022                                            [signature]
  DATE                                                    HONORABLE JOHN F. WALTER
                                                          UNITED STATES DISTRICT JUDGE

Presented by:    /s/
VERONICA DRAGALIN
Assistant United States Attorney