Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE LUIS HUIZAR, ET AL,<br><br>    Defendants. | CR-20-326(A)-JFW<br><br>**DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S JOINDER IN DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S RESPONSE TO STIPULATION TO CONTINUE TRIAL DATE AND MODIFY SCHEDULING ORDER (ECF NO. 354)** |

Defendant Shen Zhen New World I, LLC, by and through its attorney of record, Richard M. Steingard, hereby joins in Defendant Dae Yong Lee and 940 Hill, LLC's Response to Stipulation to Continue Trial Date and Modify Scheduling Order, filed January 21, 2022. (ECF No. 354.)

DATED: January 21, 2022        Respectfully submitted,

                               LAW OFFICES OF RICHARD M. STEINGARD


                               /s/
                               RICHARD M. STEINGARD
                               Attorney for Defendant
                               SHEN ZHEN NEW WORLD I, LLC

1