UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                           Dated: January 31, 2022

===========================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins . Veronica Dragalin . Melissa Mills |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney - Present |

===========================================================================
U.S.A. vs (Dfts listed below)                Attorneys Present for Defendants

1. Jose Luis Huizar (CR-35 on file)          1. Carel Ale/Charles James Snyder/Adam Olin, DFPD
2. Raymond She Wah Chan, Present             2. Harland W Braun, Retained
4. Shen Zhen New World I, LLC                4. Richard M. Steingard, Retained
5. Dae Yong Lee (CR-35 on file)              5. Ariel A Neuman, Retained
6. 940 Hill, LLC                             6. Ariel A Neuman, Retained


**PROCEEDINGS (Zoom):**   **JOSE HUIZAR'S AMENDED MOTION TO SUPPRESS EVIDENCE DERIVED FROM THE UNLAWFUL SEIZURE AND SEARCH OF 39 MONTHS OF PERSONAL EMAILS [307] Filed 12/16/21**

**MOTION TO SUPPRESS EVIDENCE, DISMISS COUNTS, AND STRIKE ALLEGATIONS DUE TO GOVERNMENT'S VIOLATIONS OF ATTORNEY-CLIENT PRIVILEGE [275] Filed 11/15/21**

**JOSÉ LUIS HUIZAR'S MOTION TO SUPPRESS PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS [281] Filed 11/15/21**

**AMENDED MOTION AND AMENDED MOTION TO SUPRESS INFORMATION OBTAINED PURSUANT TO PROFFER AGREEMENT Filed 12/16/21 [312]  Filed 12/17/21**

_____

Case called, and counsel make their appearance by Zoom VTC.  Defendant Raymond She Wah Chan is present by Zoom VTC.  Defendants Jose Luis Huizar and Dae Yong Lee each filed a Waiver of Presence (CR-35).

Court hears oral argument, and for the reasons stated on the record:

- Jose Huizar's Amended Motion to Suppress Evidence Derived from the Unlawful Seizure and Search of 39 Months of Personal Emails **[307] Filed 12/16/21 is DENIED.**

**January 31, 2022**
**CR 20-326(A)JFW**

- Shen Zhen New World I, LLC's Motion to Suppress Evidence, Dismiss Counts, and Strike Allegations Due to Government's Violations of Attorney-client Privilege **[275] Filed 11/15/21 is DENIED.**

- José Luis Huizar's Motion to Suppress Privileged Attorney-Client Communications **[281] Filed 11/15/21 is DENIED without prejudice.**

- Jose Huizar's Amended Motion to Suppress Information Obtained Pursuant to Proffer Agreement **[312] Filed 12/16/2021 is DENIED.**

Court and counsel discuss the Stipulation Regarding Request for (1) Continuince of Trial Date and Related Deadlines and (2) Findings Of Excludable Time Periods Pursuant to Speedy Trial Act ("Stipulation") **(Filed 1/21/2022; Docket No. 352)** and for the reason stated on the record, counsel shall submit a revised Stipulation with a new Trial date of **October 18, 2022**.

CC: USPO/PSA; USM

Initials of Deputy Clerk  _sr_