# EXHIBIT 1

194B-LA-255905 Serial 1433

FD-302 (Rev. 5-8-10)

- 1 of 10 -

# FEDERAL BUREAU OF INVESTIGATION

Date of entry     10/15/2019

On December 5, 2018, MORRIE GOLDMAN, was interviewed pursuant to a proffer agreement, at the United States Attorney's Office at 312 N Spring Street, Los Angeles, CA 90012. GODLMAN was joined by his attorney, Steve Miester. Also present were Assistant United States Attorney ("AUSA") Mack Jenkins, AUSA Veronica Dragalin, SA Andrew Civetti, and SA David Wong. After being advised of the identity of the interviewing parties and the nature of the proffer session, GOLDMAN provided the following information:

*[Agent Note: Prior to the interview GOLDMAN was advised that the interview was voluntary. GOLDMAN was instructed that he could leave at any time and that he had the right to consult with his attorney. GOLDMAN was advised that lying to the FBI was a federal offense and that lying included omitting information. GOLDMAN affirmatively acknowledged he understood all of these admonishments and that he must be completely truthful.]*

*[Agent Note: At approximately 3:22PM, GOLDMAN's Attorney, Meister, was asked if he was recording the interview, and Meister acknowledged that he was in fact recording. AUSA Jenkins informed counsel that recording the interview non-consensually was illegal. Counsel agreed to stop recording, provide a copy of the recording that had been conducted, and allow recording on an FBI device. Meister's recording was entered in evidence along with the FBI's recording were entered into evidece.]*

**The below names and topics were discussed during the recording. This report is not intended to be a verbatim account of the recording, and does not memorialize all statements made during the recording. The recording captured the actual words spoken. The original recording is being maintained in the ELSUR section of case file 194B-LA-255905 1D322.**

## BACKGROUND

GOLDMAN previously worked for two City Council Members, MIKE HERNANDEZ (1991

---

Investigation on  12/05/2018  at  Los Angeles, California, United States (In Person)

File #  194B-LA-255905                                                      Date drafted  12/14/2018

by  WONG DAVID D, Andrew R. Civetti

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Casino_0365051

194B-LA-255905

Continuation of FD-302 of (U) 12/05/2018 Morrie Goldman , On 12/05/2018 , Page 2 of 10

to 1997) as Chief of Staff, and HAL BERNSON as acting Chief of staff. After leaving BERNSON's office, the City Ethics Commission ("City Ethics") had a rule that if you worked for the City you had to wait 12 months before you were able to be a lobbyist. As a result, GOLDMAN accepted a positions with the Motion Picture Association, working on government affairs. GOLDMAN then consulted for six months with the Los Angeles Department of Water and Power ("LADWP"), government affairs.

Instead of running for public office, GOLDMAN decided to start a consulting business. Every year, GOLDMAN registered as a lobbyist and was required to disclose his clients. As a lobbyist, you could not make political contributions, but you could deliver contributions. GOLDMAN acquired his first clients through a friend who was a deputy in ED REYES's office.

City Ethics detailed the rules for lobbying. It was GOLDMAN's job to explain to clients that "it was not allowed for the clients to provide contributions in order to get a government action. Contributions were to establish relationships, not get anything in return." GOLDMAN would never promise that a contribution was to get something in return.

People wanted to be a friend of JOSE HUIZAR. People wanted to be on HUIZAR's radar and have HUIZAR be familiar with their project. People contributed so they could get into a room with HUIZAR and could explain their project directly to HUIZAR.
GOLDMAN had twelve to fifteen clients at the time of the interview. The active projects included:

- CLEAR CHANNEL OUTDOOR (Digital Signage, Goldman was trying to push new legislation through the City to allow digital signage.)

- LIGHTSTONE (Located at Pico Boulevard and S Figueroa Street, The project had been approved, but there were some outstanding pieces. The project needed a room block agreement, to earmark a certain percentage of the rooms for use by the Convention Center and also a public benefits piece.)

- SUNCAL (Located at 6th Street and S Alameda Street, The project had no Environmental Impact Report ("EIR") on the street.)

- MITSUI FUDOSAN (Located at 8th Street and S Figueroa Street, the project involved buying Transfer Floor to Area Rights ("TFAR") and going to the City

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 365-1   Filed 02/02/22   Page 4 of 11   Page ID #:8661
194B-LA-255905 Serial 1433

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of (U) 12/05/2018 Morrie Goldman        , On 12/05/2018 , Page 3 of 10

Planning Commission ("CPC") sometime in January.)

GOLDMAN set his consultant fees depending on the project and what was involved. GOLDMAN did not feel comfortable discussing what the average rates were. The least GOLDMAN charged for consulting was $5,000 a month. GOLDMAN's client, CARMEL, was paying $6,500 a month, LIGHTSTONE was paying $7,500 a month, and CLEAR CHANNEL was paying $18,000 a month.

## JOSE HUIZAR

GOLDMAN met HUIZAR when GOLDMAN was working in the Entertainment Industry Development Corporation ("EIDC"). At this time, HUIZAR was working on the Los Angeles Unified School Board ("LAUSD"). RICHELLE RIOS HUIZAR ("RICHELLE") was the Deputy Director for Los Angeles' Commission for Children, Youth, and their Families. GOLDMAN did not recall when he became friendly with HUIZAR through GOLDMAN's lobbyist capacity.

GOLDMAN and HUIZAR had a personal and professional relationship. HUIZAR thought of GOLDMAN as a "friend of convenience." GOLDMAN contacted HUIZAR semi-regularly or monthly, because of the Political Action Committee ("PAC"), and in the capacity of projects that GOLDMAN was working on. Most of GOLDMAN's interactions with HUIZAR's office were with PAUL HABIB, HUIZAR's Chief of Staff, or SHAWN KUK, HUIZAR's Planning Director. GOLDMAN mostly communicated by text or personal cell phone.

## GEORGE ESPARZA

GOLDMAN met GEORGE ESPARZA through HUIZAR when ESPARZA was HUIZAR's driver. GOLDMAN had lots of contact with ESPARZA. ESPARZA eventually assumed the political roles that FRANCINE GODOY handled. HUIZAR was lazy and would farm out things like political calls to ESPARZA. The calls would ask for things such as raising money for SALESIAN HIGH SCHOOL, or the 4th of July Turkey Giveaway. HUIZAR knew that GOLDMAN had clients with projects in the district, and GOLDMAN knew that it was about building relationships with offices, with no expectations of the elected officials. Every office did business that way. GOLDMAN did not think he ever said no when HUIZAR requested money for things, but sometimes said he would try to say no, or "how about this?", and offer some sort of alternative. This included not saying no to ESPARZA. GOLDMAN said there were no ramifications for not contributing when HUIZAR or ESPARZA asked for something. According to

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of (U) 12/05/2018 Morrie Goldman , On 12/05/2018 , Page 4 of 10

GOLDMAN, "the worst thing you could do is say you would contribute a certain amount not follow through."

ESPARZA left HUIZAR's office for a position with WENDY CARILLO. GOLDMAN was not aware why ESPARZA decided to leave. After ESPARZA left, JONATHAN ZUNIGA, HUIZAR's former driver, replaced ESPARZA in regards to fundraising. ZUNIGA delivered contribution checks from developers for the PAC to GOLDMAN. While ESPARZA worked for HUIZAR, GOLDMAN communicated with ESPARZA at least every two months, sometimes more. The communications always had to do with HUIZAR, and were via telephone, text message, or occasionally e-mail. GOLDMAN did not use any applications to communicate with ESPARZA.

**CONFIDE**

GOLDMAN asked HUIZAR if HUIZAR had ever used the application called "Confide". Confide was a messaging application where messages disappeared. HUIZAR said that he had Confide but never used it. GOLDMAN and HUIZAR never used Confide with each other. GOLDMAN learned about Confide from MITCH ENGLANDER. GOLDMAN used Confide for digital privacy. GOLDMAN used Confide with ENGLANDER. ENGLANDER asked GOLDMAN to use it with him for all conversations. ENGLANDER was on the Planning and Land Use Management Committee ("PLUM"). ENGLANDER was dealing with the sign ordinance, but GOLDMAN was not interacting with ENGLANDER at the time. GOLDMAN said he used Confide with ENGLANDER for such things as asking, "when do you want to meet for lunch?" or "when do you want to meet for dinner?".

GOLDMAN used Confide occasionally with a friend, LUCI IBARRA. IBARRA worked for the Los Angeles Department of City Planning ("LADCP"). GOLDMAN and IBARRA messaged for "innocent reasons" such as lunch or when IBARRA was coming back from maternity leave. GOLDMAN did schedule a meeting with IBARRA for next week following the interview. Inside GOLDMAN's Confide application, there were some people in his contact list that he did not recognize. Also inside GOLDMAN's Confide application were contacts that were on the list, but GOLDMAN had not communicated with them, such as HUIZAR, ESPARZA, and MARQUEECE HARRIS-DAWSON.

**SHAWN KUK**

GOLDMAN knew SHAWN KUK for approximately three years. Their relationship was mostly professional, but a little social. GOLDMAN and KUK became friendly

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1433

194B-LA-255905

Continuation of FD-302 of (U) 12/05/2018 Morrie Goldman , On 12/05/2018 , Page 5 of 10

because they were interacting so much regarding GOLDMAN's client's projects. KUK was very unhappy over the past six months. KUK sent GOLDMAN a text asking for "more of that Morrie Magic". GOLDMAN understood that to mean KUK needed help getting out of HUIZAR's Office. HUIZAR could be a "dick" to work for, because HUIZAR was very moody and had major mood swings. KUK said the last two lawsuits were very traumatizing for KUK. The Thursday before the FBI search warrants were executed on HUIZAR's office, GOLDMAN, KUK, and HUIZAR met about the sign ordinance. GOLDMAN asked KUK for a ride, and KUK told GOLDMAN how miserable he was about the issue with HUIZAR dating LILIE GROSS.

Through deductive reasoning, GOLDMAN found out that GROSS was the "unnamed person" in the lawsuits. GOLDMAN had a meeting with HUIZAR and a client, Spring Street Hotel, and GROSS showed up, which GOLDMAN found to be weird.

KUK never asked GOLDMAN for a job directly, but KUK asked if he could not find a job, could GOLDMAN help him with a contract. GOLDMAN would have been uncomfortable hiring KUK, because GOLDMAN had a small business and would be worried if he paid KUK. GOLDMAN was not uncomfortable about KUK's government position. If GOLDMAN was in KUK's position, GOLDMAN would not ask for a job. If KUK did ask, GOLDMAN would say no. KUK was looking for help, specifically for GOLDMAN to ask around for KUK to help KUK get a job. There was nothing wrong with KUK, as the staff person of the chair of PLUM, accepting a job, but GOLDMAN would have to "eat the salary for a year" due to ethic rules related to City employees' employment post departure from the City. GOLDMAN did not utilize any communication applications with KUK.

**ART GASTELUM**

GOLDMAN met GASTELUM when he was working for MIKE HERNANDEZ. GASTELUM previously worked for TOM BRADLEY. GASTELUM was a "political godfather" in Los Angeles. GASTELUM was close with HUIZAR and GIL CEDILLO. GOLDMAN did not think much about GASTELUM until LIGHTSTONE. LIGHTSTONE had hired GOLDMAN to help with the Pico and Fig hotel project, introduced to him by JAMES PUGH (attorney at Sheppard Mullin). Around 2016, GOLDMAN got a call from HUIZAR to meet in Boyle Heights. GOLDMAN met at a restaurant with HUIZAR and GASTELUM, who wanted to talk about LIGHTSTONE. HUIZAR wanted to get OSCAR DE LA HOYA in as an investor, using GASTELUM as a go-between between DE LA HOYA and the developer. GASTELUM had lots of access to HUIZAR, and LIGHTSTONE

Casino_0365055

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1433

194B-LA-255905

Continuation of FD-302 of (U) 12/05/2018_Morrie Goldman , On 12/05/2018 , Page 6 of 10

found value in this relationship.

GOLDMAN communicated with GASTELUM a couple times a week. GASTELUM was calling GOLDMAN almost every day since the FBI "raids".

GOLDMAN reached out to AZIN CULMANEK, who responded and scheduled a meeting. GOLDMAN mentioned it to GASTELUM because it was related to LIGHTSTONE. GASTELUM said he had a guy who needed to relocate his cannabis shop, and asked GOLDMAN to take a draft over to the council office for GASTELUM. GOLDMAN never dropped the draft off. GOLDMAN reached out to both KUK and HABIB, but did not receive a response.

**POLITICAL ACTION COMMITTEE**

Around 2017, HUIZAR decided he wanted to form a PAC, to be able to go to projects and solicit large contributions. Presumably it was to benefit RICHELLE. HUIZAR said it was to help RICHLLE, but RICHELLE had not started to run yet. RICHELLE planned to run for HUIZAR's seat. ESPARZA may have been in the room during this initial discussion.

HUIZAR had a friend MICHAEL TRUJILLO, who also had a PAC. TRUJILLO's PAC was called Community Support PAC. TRUJILLO was a political consultant who had done work for HUIZAR. HUIZAR received money through TRUJILLO's PAC. One instance involved ESPARZA soliciting contributions for one of the homeless measures. However, when GOLDMAN looked at the paperwork, it was not for the homeless measure, it was for the Community Support PAC. ESPARZA said it would benefit downtown and the homeless district. GOLDMAN said it, "left a bad taste in his mouth". In this situation, the checks would have been made out to the Community Support PAC. GOLDMAN perceived any solicitation for a contribution from ESPARZA as coming from HUIZAR.



The treasurer for the PAC, CHARLIE SHOEMAKER, was in control of the

Casino_0365056

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of (U) 12/05/2018 Morrie Goldman , On 12/05/2018 , Page 7 of 10

expenditures of the PAC. SHOEMAKER, family attorney for the DELIJANI family, was involved with the Bringing Back Broadway project. GOLDMAN told SHOEMAKER that when money started getting spent from the PAC, GOLDMAN did not want to be involved. GOLDMAN was not sure how explicit he was when he talked with SHOEMAKER.

RICHELLE was not involved in any of the conversations, but she may have walked by the meetings twice. GOLDMAN hoped that it was deliberate that RICHELLE was not in those conversations. RICHELLE never had any conversations with GOLDMAN about the PAC. GOLDMAN thought that HUIZAR asked him to set up the PAC because GOLDMAN and HUIZAR were on "friendly" terms with each other.



At the time, approximately more than half was raised by HUIZAR, so SHOEMAKER said that that amount would be spent on a candidate other than RICHELLE. GOLDMAN did not communicate this to HUIZAR, because GOLDMAN did not think HUIZAR would listen. GOLDMAN did not think there was anything wrong with a company whose project was in front of PLUM donating to a PAC created by HUIZAR, because it was about access, not about getting something specific in return. What would cross the line was if HUIZAR said the only way that a consultant's client would get HUIZAR's vote was if the client contributed to HUIZAR's PAC or donate to MONICA GARCIA for school board. HUIZAR did not do that.

When asked about a pattern between donations to a PAC and projects approved by PLUM, GOLDMAN brought up a project, AVALON BAY. HUIZAR wanted to solicit AVALON BAY, while the project wanted to be scheduled in front of PLUM, but GOLDMAN told HUIZAR not to. HUIZAR never said that the only way he would schedule a project on PLUM would be if that project donated.

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 365-1   Filed 02/02/22   Page 9 of 11   Page ID #:8666
FD-302a (Rev. 5-8-10)
194B-LA-255905 Serial 1433

194B-LA-255905
Continuation of FD-302 of (U) 12/05/2018 Morrie Goldman , On 12/05/2018 , Page 8 of 10

HUIZAR and GOLDMAN had dinner with CARMEL PARTNERS. HUIZAR sent a text message to GOLDMAN, asking what the meeting was about. GOLDMAN texted HUIZAR that NEILS COTTER wanted to talk about the Mateo project. Specifically, COTTER wished to discuss the height and affordability levels. GOLDMAN worked with COTTER for years. HUIZAR sent a text message asking GOLDMAN if CARMEL was going to support the PAC. GOLDMAN replied to HUIZAR and asked if they could discuss the support for the PAC in a different thread. GOLDMAN was uncomfortable with the conversation. To GOLDMAN, it was not a quid pro quo situation, because it was a project that HUIZAR was going to support anyway, and CARMEL would have supported any cause of HUIZAR's. GOLDMAN thought HUIZAR was being over zealous and not thinking. Despite GOLDMAN's concern, the support of the PAC was not brought up on a different thread.

On two occasions, HUIZAR said that he and GOLDMAN should think of merging GOLDMAN's PAC with another PAC (possibly TRUJILLO's PAC). GOLDMAN was not sure who had control over spending on TRUJILLO's PAC. HUIZAR's point in merging the two PACs was that HUIZAR knew that with KAUFMAN and SHOEMAKER, HUIZAR would not be able to control the PAC as desired.

HUIZAR pushed GOLDMAN to have one of his clients donate to a non-profit called VOTAMOS. GOLDMAN was not sure if it was a non-profit. DARRELL ALETORI, the son of a former councilman of CD14, was part of VOTAMOS.

GOLDMAN knew RICHELLE was involved with SALESIAN HIGH SCHOOL, but did not know that she was on the payroll. GOLDMAN also knew that RICHELLE was involved with POINTE LEARNING CENTER.

**HUIZAR TRAVEL**

HUIZAR traveled to Vancouver in July of 2018, on a trip that was put together by GASTELUM. HUIZAR met with a developer, ONNI, and lobbyist HARVEY ENGLANDER, ENGLANDER's uncle. HUIZAR also traveled to Europe with ARNIE BERGHOFF a few years ago to look at technology. This trip was brought up by the City Council.

**GOLDMAN CONCERNS**

In response to whether there was anything that violated ethics rules or made GOLDMAN uncomfortable, GOLDMAN stated that he heard a rumor that ISAAC SHOMOFF, a downtown developer who owned the Sears building and the

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of (U) 12/05/2018 Morrie Goldman , On 12/05/2018 , Page 9 of 10

Alexandria, had paid the GODOY settlement for HUIZAR.

GOLDMAN did not know of any other situations that were "close to the line." When asked whether GOLDMAN knew anything about UNITED AMERICAN PROPERTIES ("UAP"), GOLDMAN responded, "Oh I didn't know you knew about that or that I had to talk about that."

GOLDMAN worked as a lobbyist for UAP and represented them on a property at 7th and S Bixel Street. UAP had a hotel/high rise residential project in CEDILLO's district. CEDILLO's friend, ADAM TISHER, had a signage easement on the 1100 Wilshire Building. The project was getting "messy" and getting closer to the line of being unethical or illegal, so GOLDMAN quit. JOHN YOUNG, the owner of UAP, went to a meeting with TISHER, two CEDILLO staffers, TONY RICASSA, and HUGO ORTIZ, and asked YOUNG to move the building 100 feet. CEDILLO pulled the project from PLUM, by asking his staff to contact HUIZAR's staff. UAP was not going to build the project, but it was going to sell it to a company from Orange County called REALM. TISHER hired an attorney, GIDEON CRACKOVER and sent a proposal to UAP to control a sign for the whole building. GOLDMAN had a meeting in CEDILLO's office with PAUL ROMAN (an attorney for UAP), CHRIS MODREZJEWSKI (lobbyist Creed LA), TISHER, and ARTURO CHAVEZ. The meeting was very contentious, with ROMAN saying CEDILLO was holding the project hostage. It was very unusual for the council office to get into such a small issue.

**FBI INVESTIGATION**

There were rumors of an FBI investigation into HUIZAR in 2015, part of the RUDY MARTINEZ campaign. GOLDMAN did not know the specifics. MARTINEZ and HUIZAR used to be friends and had a falling out over money and repairs to a house.

Since the November 2018 FBI raids, GASTELUM called GOLDMAN every day and asked to meet for coffee. GASTELUM wanted to let GOLDMAN know that GASTELUM and GOLDMAN were identified in a subpoena to TRUJILLO.

GOLDMAN only let his wife know about meeting with the FBI and the United States Attorney's office.

GOLDMAN was never instructed to lie or withhold information from the FBI or law enforcement.

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of (U) 12/05/2018_Morrie Goldman , On 12/05/2018 , Page 10 of 10

GOLDMAN had most records electronically on his hard drive at his office, located at 200 S Los Angeles Street, #311.

GOLDMAN sent his attorney the Confide app contact list from GOLDMAN's phone, who provided it SA Civetti (attached as a 1A).

HUIZAR had not reached out to GOLDMAN since November 2018, and GOLDMAN had not reached out to HUIZAR.