CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
Email: Carel_Ale@fd.org
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
Jose Huizar

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOSE HUIZAR,<br><br>            Defendant. | Case No. CR-20-326-JFW<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the subpoena attached to this order shall issue.

IT IS FURTHER ORDERED that upon return of the subpoena defense counsel shall be permitted to inspect the documents and objects subpoenaed.

DATED: _____          _____
                                                                  Hon. John F. Walter
                                                                  United States District Judge

Attorney's Name, Address & Phone
Charles J. Snyder (Bar No. 287246)
Office of the Federal Public Defender
321 E. 2nd. St., Los Angeles, CA 90012
213-894-4407 (direct)
213-894-0081 (fax)
Charles_Snyder@fd.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | CR-20-326-JFW |
| v. | |
| Jose Huizar | **SUBPOENA IN A CRIMINAL CASE** |
| DEFENDANT(S) | |

TO: Steve Meister, Meister Law Offices, 515 S. Flower Street, Suite 3600 Los Angeles, CA 90071

☒ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: First Street U.S. Courthouse, 350 W. 1st St., Los Angeles, CA 90012 , Courtroom: 7A

Date: February 15, 2022 , Time: 12:00 p.m. .

☒ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

The audio recording that you created during Morrie Goldman's December 5, 2018 proffer session.

All communications or recordings in any form (e.g., email, text message, voicemail, recording) involving you and/or Morrie Goldman and any member of the prosecution team in United States v. Jose Huizar; CR-20-326-JFW.

All notes or other documents reflecting or memorializing communications involving you and/or Morrie Goldman and any member of the prosecution team in United States v. Jose Huizar; CR-20-326-JFW.



Kiry K. Gray, Clerk of Court



February 2, 2022

Date

| PROOF OF SERVICE | | | | |
|---|---|---|---|---|
| **Received by Server** | DATE | PLACE | | |
| **Served** | DATE | PLACE | | |
| SERVED ON (PRINT NAME) | | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ Yes ☐ No  Amount $ _____ | |
| SERVED BY (PRINT NAME) | | | TITLE | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
               *Date*                                                *Signature of Server*

Address of Server: _____

ADDITIONAL INFORMATION