Charles J. Snyder (Bar No. 287246)
Federal Public Defender's Office
321 E. 2nd St., Los Angeles, CA 90012
Charles_Snyder@fd.org/213.894.4407

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR-20-326-JFW |
| v. | |
| JOSE HUIZAR | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed  [ ] Lodged:  **(List Documents)**

Unredacted Exhibit 1 (FD-302 from Morrie Goldman's Interview dated December 5, 2018) to Jose Huizar's Ex Parte Application for Order Issuing Early-Return Subpoena Duces Tecum

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

February 2, 2022
Date

Charles J. Snyder
Attorney Name

Jose Huizar
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*