**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-20-326-JFW |
|         Plaintiff, | |
|     v. | **[PROPOSED] ORDER** |
| JOSE HUIZAR, | |
|         Defendant. | |

GOOD CAUSE having been shown, the Court hereby ORDERS that Exhibit 1 filed in support of Jose Huizar's Ex Parte Application for Order Issuing Early-Return Subpoena Duces Tecum shall be filed under seal.

DATED: _____

                                              _____

                                                   Hon. John F. Walter

                                              United States District Judge