# DECLARATION OF RICHARD M. STEINGARD

I, Richard M. Steingard, state and declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. My firm represents Shen Zhen New World I, LLC ("SZNW") in the above-captioned matter. I submit this declaration in support of SZNW's response to the government's supplemental brief and offer of proof of a single honest services fraud scheme.

2. The government's brief, filed January 21, 2022, cites to eleven documents that the government produced in discovery. (ECF 353 at 8, 10, & 13.) I and my staff compared the citations for these eleven documents to the most recent version of the government's "Draft Exhibit Project Index," produced ten days earlier, on January 11, 2022. We found that only three of the eleven documents were listed as trial exhibits. They are Casino_1680603, which appears in connection with Counts 5, 24, and 25; Casino_1677845, which appears in connection with Counts 24 and 25; and Casino_0057665, which appears in connection with Count 1, Overt Act 91. These counts and overt act all concern the alleged 940 Hill Bribery Scheme, and SZNW is not named or mentioned in these counts or the overt act.

I declare the foregoing to be true and correct under penalty of perjury. Executed this 3rd day of February, 2022, in Los Angeles, California.

                          /s/
                     Richard M. Steingard