# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-20-326-JFW |
| Plaintiff, | |
| v. | **ORDER** |
| JOSE HUIZAR, | |
| Defendant. | |

GOOD CAUSE having been shown, the Court hereby ORDERS that Exhibit 1 filed in support of Jose Huizar's Ex Parte Application for Order Issuing Early-Return Subpoena Duces Tecum shall be filed under seal.

DATED:   February 8, 2022

_____
Hon. John F. Walter
United States District Judge