Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

[And on Behalf of Jose Huizar and Ray Chan]

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS HUIZAR, ET AL,<br><br>Defendants. | CR-20-326(A)-JFW<br><br>**STIPULATION TO CONTINUE MOTIONS HEARING**<br><br>**Current Hrg Date: February 28, 2022**<br>**Proposed Hrg Date: March 7, 2022** |

Defendants JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, and SHEN ZHEN NEW WORLD I, LLC, (collectively, "defendants"), both individually and by and through their respective counsel of record, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, Melissa Mills, hereby stipulate as follows:

1. On January 11, 2022, the defendants filed a motion for a bill of particulars, to be heard on February 14, 2022. (ECF 334.) The government filed an opposition (ECF 356), and the defendants filed a reply. (ECF 358.)

1

2. On January 31, 2022, the defendants filed a motion to dismiss counts 22 and 23, to be heard on February 28, 2022. (ECF 359.) The government filed an opposition (ECF 371), and the defendants filed a reply. (ECF 377.)

3. On February 9, 2022, the Court continued the hearing on defendants' bill of particulars motion to February 28, 2022. (ECF 376.)

4. Counsel for SZNW is scheduled to be out of town on February 28, 2022. Accordingly, the parties stipulate to continue the hearing on both motions to March 7, 2022, at 8:00 a.m.

IT IS SO STIPULATED.

DATED: February 15, 2022

/s/
Richard M. Steingard
Attorney for Defendant
SHEN ZHEN NEW WORLD I, LLC

[And on Behalf of Jose Huizar and Ray Chan]

DATED: February 15, 2022

/s/
Veronica Dragalin
Assistant United States Attorney