Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone:  (213) 260-9449
Facsimile:   (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

[And on Behalf of Jose Huizar and Ray Chan]

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS HUIZAR, ET AL.,<br><br>　　　　　Defendants. | CR-20-326(A)-JFW<br><br>**ORDER RESETTING HEARING DATE FOR DEFENDANTS' MOTIONS** |

After consideration of the parties' stipulation to reset the hearing date for Defendants' Motion for a Bill of Particulars (ECF 334) and Motion to Dismiss Counts 22 and 23 (ECF 359), and good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The hearing on the motions is continued for March 7, 2022, at 8:00 a.m.

DATED: February 16, 2022     _____
                             HONORABLE JOHN F. WALTER
                             United States District Court

1