# Exhibit A

FD-1087 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
## Collected Item Log

**Event Title:** (U) Consent via GEORGE ESPARZA          **Date:** 02/15/2019

**Approved By:** SSA Dae Hwan Chung

**Drafted By:** Andrew R. Civetti

**Case ID #:** 194B-LA-255905          (U) Operation Casino Loyale; Sensitive Investigative Matter

**Enclosure(s):** Enclosed are the following items:
1. (U) Consent to Search

**Collected From:** George Esparza

**Receipt Given?:** No

**Holding Office:** LOS ANGELES

**Details:**

GEORGE ESPARZA via his attorney Terrance Jones, consensually provided the following cell phones:

▓▓▓▓▓▓▓, Apple iPhone 7 Plus, serial number: ▓▓▓▓▓▓▓, IMEI: ▓▓▓▓▓▓▓, belonging to GEORGE ESPARZA;

▓▓▓▓▓▓▓, Apple iPhone 6s, serial number: ▓▓▓▓▓▓▓, IMEI: ▓▓▓▓▓▓▓, belonging to GEORGE ESPARZA;

▓▓▓▓▓▓▓, Apple iPhone 6, serial number: ▓▓▓▓▓▓▓, IMEI: ▓▓▓▓▓▓▓, belonging to GEORGE ESPARZA.

**Item Type          Description**

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED

Title:  (U) Consent via GEORGE ESPARZA
Re:     194B-LA-255905, 02/15/2019

1B Digital          (U) ███████, Apple iPhone 7 Plus, serial number:
                    ███████, IMEI: ███████
                    Collected On:  11/27/2018 03:00 AM EST
                    Seizing Individual:  Andrew R. Civetti
                    Collected By:  Andrew R. Civetti
                    Location Area:  Consent
                    Specific Location:  Consent
                    Device Type:  Cell Phone
                    Make:  Apple
                    Model:  iPhone 7 Plus
                    Serial Number: ███████
                    Number of Devices Collected:  1

1B Digital          (U) ███████, Apple iPhone 6s, serial number:
                    ███████, IMEI: ███████
                    Collected On:  11/27/2018 03:00 AM EST
                    Seizing Individual:  Andrew R. Civetti
                    Collected By:  Andrew R. Civetti
                    Location Area:  Consent
                    Specific Location:  Consent
                    Device Type:  Cell Phone
                    Make:  Apple
                    Model:  iPhone 6s
                    Serial Number: ███████
                    Number of Devices Collected:  1

1B Digital          (U) ███████, Apple iPhone 6, serial number:
                    ███████, IMEI: ███████
                    Collected On:  11/27/2018 03:00 AM EST
                    Seizing Individual:  Andrew R. Civetti
                    Collected By:  Andrew R. Civetti
                    Location Area:  Consent
                    Specific Location:  Consent
                    Device Type:  Cell Phone
                    Make:  Apple
                    Model:  iPhone 6
                    Serial Number: ███████
                    Number of Devices Collected:  1

UNCLASSIFIED

2

**UNCLASSIFIED**

```
Title:  (U) Consent via GEORGE ESPARZA
Re:     194B-LA-255905, 02/15/2019
```

◆◆

**UNCLASSIFIED**

3

FD-26 (Rev. 7-20-94)

## DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION

### CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

   (Describe the person(s), place(s), or thing(s) to be searched.)

   On November 27, 2018, my attorney, Terrance Jones, provided the following items to SA Andy Civetti. I provided my consent to the FBI to search the items.

   ▮▮▮▮, Apple iPhone 7 Plus, serial number: ▮▮▮▮, IMEI: ▮▮▮▮ :
   ▮▮▮▮, Apple iPhone 6s, serial number: ▮▮▮▮, IMEI: ▮▮▮▮ :
   ▮▮▮▮, Apple iPhone 6, serial number: ▮▮▮▮, IMEI: ▮▮▮▮ .

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

Feb 7, 2019
Date

Signature

Witness

This is to certify that on _____ at _____
Special Agents of the Federal Bureau of Investigation, U. S. Department of Justice, conducted a search of _____.
I certify that nothing was removed from my custody by Special Agents of the Federal Bureau of Investigation, U. S. Department of Justice.

(Signed) _____
George Esparta

Witnessed:

_____
Special Agent Andy Cinetti
Federal Bureau of Investigation
U. S. Department of Justice

_____
Special Agent Tony Logan
Federal Bureau of Investigation
U. S. Department of Justice

Casino_0363769