CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
Email: Carel_Ale@fd.org
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for José Luis Huizar

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSÉ LUIS HUIZAR, *et al.*,<br><br>  Defendants. | Case No. 20-CR-326-JFW-1<br><br>***EX PARTE* APPLICATION TO FILE EXHIBIT E ISO MOTION TO COMPEL PRODUCTION OF (1) COOPERATORS' DEVICES AND ACCOUNTS, (2) COMMUNICATIONS BETWEEN GOVERNMENT AND COOPERATORS AND/OR THEIR COUNSEL, AND (3) JOSE HUIZAR'S PHONE UNDER SEAL; MEMORANDUM; DECLARATION; PROPOSED ORDER** |

José Luis Huizar, through counsel, hereby applies *ex parte* for an order that the attached exhibit, Exhibit E in support of defendants' Motion to Compel Production of (1) cooperators' devices and accounts, (2) communications between government and cooperators and/or their counsel, and (3) Jose Huizar's phone, filed March 3, 2022, (ECF No. 381), be filed under seal.

This application is based on the attached Memorandum of Points and Authorities, Declaration of Counsel, and any other evidence the Court may consider.

Respectfully submitted,

CUAUHTÉMOC ORTEGA
Federal Public Defender

Dated: March 3, 2022   By   */s/ Carel Alé*
Carel Alé
Charles J. Snyder
Adam Olin
Deputy Federal Public Defenders
Attorneys for José Huizar

# TABLE OF EXHIBITS

| Exhibit | Description | Page(s) and Line(s) |
|---|---|---|
| A | FBI Form FD-1087 titled "Consent via George Esparza," dated 02/15/2019 | 3:10-14; 21:9-24. |
| B | Jan. 13, 2021 Discovery Request from Defendant Huizar to Government | 4:24. |
| C | Apr. 28, 2021 Government's Response to Defendant Huizar's Discovery Request | 4:25-5:24; 24:3-10. |
| D | 302 Report of June 20, 2017 Government Interview of George Esparza | 12:21-24. |
| E | 302 Report of July 19, 2017 Government Interview of Businessperson A (filed under seal) | 15:8-13. |

## MEMORANDUM OF POINTS AND AUTHORITIES

When the government produced the document attached as Exhibit E, in support of defendants' Motion to Compel, (ECF No. 381), it designated the document as "Cooperator Materials" and "Sensitive Materials" pursuant to Paragraph 5(d) of the Protective Order governing this case. (ECF No. 47.) Pursuant to Paragraph 5(m) of the Protective Order, defendants are required to file these materials under seal and note that it is pursuant to the Protective Order or before filing public versions, provide advance written notice to the government of defendant's intent to publicly file Cooperator Materials or Sensitive Materials to afford the government an opportunity to object or otherwise respond to such intention. *Id*.

Accordingly, defendants seek to file Exhibit E to Defendants' Motion to Compel Production of (1) cooperators' devices and accounts, (2) communications between government and cooperators and/or their counsel, and (3) Jose Huizar's phone, filed March 3, 2022, (ECF No. 381), under seal. It is submitted that the attached declaration of counsel is sufficient to justify that this Exhibit be filed under seal.

Respectfully submitted,

CUAUHTÉMOC ORTEGA
Federal Public Defender

Dated: March 3, 2022     By     */s/ Carel Alé*

Carel Alé
Charles J. Snyder
Adam Olin
Deputy Federal Public Defenders
Attorneys for José Huizar

# DECLARATION OF CAREL ALÉ

I, Carel Alé, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent defendant José Huizar in the above-titled action.

2. The government produced the document attached to the Motion to Compel Production of (1) cooperators' devices and accounts, (2) communications between government and cooperators and/or their counsel, and (3) Jose Huizar's phone, filed March 3, 2022, (ECF No. 381), pursuant to the Protective Order in this case.

3. Accordingly, pursuant to Paragraph 5(m) of the Protective Order, I am seeking to file Exhibit E under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 3, 2022 in Los Angeles, California.

*/s/ Carel Alé*
Carel Alé