CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
Email: Carel_Ale@fd.org
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for José Luis Huizar

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSÉ LUIS HUIZAR, *et al.*,<br><br>　　　　　Defendants. | Case No. 20-CR-326-JFW-1<br><br>***EX PARTE* APPLICATION TO STRIKE EXHIBIT D ISO MOTION TO COMPEL PRODUCTION OF (1) COOPERATORS' DEVICES AND ACCOUNTS, (2) COMMUNICATIONS BETWEEN GOVERNMENT AND COOPERATORS AND/OR THEIR COUNSEL, AND (3) JOSE HUIZAR'S PHONE (ECF NO. 381, #5) FROM THE RECORD AND REPLACE WITH ATTACHED AMENDED EXHIBIT D; DECLARATION OF COUNSEL; PROPOSED ORDER** |

　　　　Defendant, Jose Huizar, by and through counsel of record, Carel Alé, files this *ex parte* application to strike Exhibit D filed in support of Defendants' Motion to Compel Production of (1) cooperators' devices and accounts, (2) communications between government and cooperators and/or their counsel, and (3) Jose Huizar's phone, (ECF

1 | No. 381, #5), from the record, seal the exhibit, and replace it with the attached
2 | Amended Exhibit D. This application is unopposed and supported by the attached
3 | declaration.

| | Respectfully submitted,<br>CUAUHTEMOC ORTEGA<br>Federal Public Defender |
|---|---|
| Dated: March 3, 2022 | *s/ Carel Alé*<br>Carel Alé<br>Charles J. Snyder<br>Adam Olin<br>Deputy Federal Public Defenders<br>Attorneys for Jose Luis Huizar |

# TABLE OF EXHIBITS

| Exhibit | Description | Page(s) and Line(s) |
|---|---|---|
| A | FBI Form FD-1087 titled "Consent via George Esparza," dated 02/15/2019 | 3:10-14; 21:9-24. |
| B | Jan. 13, 2021 Discovery Request from Defendant Huizar to Government | 4:24. |
| C | Apr. 28, 2021 Government's Response to Defendant Huizar's Discovery Request | 4:25-5:24; 24:3-10. |
| D | 302 Report of June 20, 2017 Government Interview of George Esparza | 12:21-24. |
| E | 302 Report of July 19, 2017 Government Interview of Businessperson A (filed under seal) | 15:8-13. |

# DECLARATION OF CAREL ALÉ

I, Carel Alé, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent defendant José Huizar in the above-titled action.

2. On March 3, 2022, I filed a Motion to Compel Production of (1) cooperators' devices and accounts, (2) communications between government and cooperators and/or their counsel, and (3) Jose Huizar's phone. (ECF No. 381.)

3. I filed five exhibits in support of the motion, including one under seal exhibit.

4. I inadvertently filed an incorrect version of Exhibit D in support of the motion.

5. Accordingly, I respectfully ask the Court to strike and seal Exhibit D filed at ECF No. 381, #6, from the record and replace the exhibit with the attached amended version of Exhibit D in support of the motion.

6. The government does not object to this request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 3, 2022 in Los Angeles, California.

                                             */s/ Carel Alé*
                                               Carel Alé