# AMENDED

# EXHIBIT D

194B-LA-255905 Serial 881

-1 of 3-

FD-302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry  03/05/2018

GEORGE ESPARZA, date of birth (DOB) ▓▓▓▓▓, social security number ▓▓▓▓▓, phone number ▓▓▓▓▓, home address ▓▓▓▓▓ Los Angeles, California, driver's license number CA ▓▓▓▓▓, was interviewed at FBI Los Angeles, 11000 Wilshire Blvd. Los Angeles, California, 90024. After being advised of the identity of the interviewing Agent and the nature of the interview, ESPARZA provided the following information:

**The below names and topics were discussed during the recording. This report is not intended to be a verbatim account of the recording, and does not memorialize all statements made during the recording. The recording captured the actual words spoken. The original recording is being maintained in the ELSUR section of case file 194B-LA-255905 1D97.**

[Agent Note: Prior to the interview ESPARZA was advised that he was not under arrest and that the interview was voluntary. ESPARZA was instructed that he could leave at any time and that he had the right to an attorney. ESPARZA understood that lying to the FBI was a federal offense and that lying included omitting information. ESPARZA acknowledged he understood all of these admonishments and that he must be completely truthful.]

ESPARZA described the structure within a city council office. Each office is different regarding the specific positions, but overall there is typically a Chief of Staff, a number of field deputies, and executive assistants. In Councilman HERB WESSON's office, DERRON WILLIAMS was the Chief of Staff and MICHAEL BAI was the former Chief Deputy. WILLIAMS was the highest ranking official in WESSON's office. In Councilman JOSE HUIZAR's office, ESPARZA was the Special Assistant and answered directly to HUIZAR. ESPARZA also worked closely with the Chief of Staff.



Investigation on  06/20/2017  at  Los Angeles, California, United States (In Person)

File #  194B-LA-255905                                                       Date drafted  06/20/2017

by  Andrew R. Civetti, NARRO CARLOS A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

194B-LA-255905 Serial 881

194B-LA-255905

Continuation of FD-302 of (U) GEORGE ESPARZA_06/20/2017 , On 06/20/2017 , Page 2 of 3

ESPARZA and BAI at LA VUE. PAK was a partner at LA VUE. The poker games have low buy-ins, sometimes around $200. There is open bottle service and girls during the poker games. ESPARZA did not know whether these were violations of the conditional use permit (CUP). ESPARZA started playing poker with BAI around January 2017.

ESPARZA did not know of anyone that BAI may meet with at LA VUE. ESPARZA did not know of any city officials or city councilman that may have been to LA VUE. ESPARZA did not know of any contacts BAI had in the Los Angeles Police Department, Los Angeles Fire Department, Los Angeles Planning Department, Los Angles Public Safety Department or any other city departments.

ESPARZA heard rumors that BAI was being investigated by the FBI, but did not know who he heard these rumors from. ESPARZA could not think of anyone specific that told ESPARZA that BAI was being investigated by the FBI.

ESPARZA never had a conversation with a business in regard to helping the business in exchange for campaign contributions. ESPARZA stayed away from conversations like that because you can easily get in trouble for doing such. ESPARZA never had a situation in that a business needed help in exchange for contributions.

City employees receive ethics training on-line approximately once a year. ESPARZA had received the ethics training and understood that city employees could not solicit campaign contributions. BAI would have also received this training. ESPARZA understood that you could not mix city business and fundraising. ESPARZA could not collect campaign Contributions on city time.



[ESPARZA was shown a series of pictures and asked to identify any individuals he may recognize. The photo line-up is electronically attached. In addition, ESPARZA was shown a series of photos and asked to identify the location or people present in the photos. The photos are electronically attached.]

194B-LA-255905 Serial 881

FD-302a (Rev. 05-08-10)

194B-LA-255905

Continuation of FD-302 of (U) GEORGE ESPARZA_06/20/2017, On 06/20/2017, Page 3 of 3

ESPARZA did not tell anyone that he was meeting with the FBI. ESPARZA was asked not to say anything and did not tell anyone other than his boss, HUIZAR, that he was meeting with the FBI. HUIZAR told ESPARZA to be cooperative and not to hide anything. HUIZAR did not instruct ESPARZA on what to tell the FBI.



ESPARZA told HUIZAR, his grandpa, his mentor (CAMILL SAYADEH), and JESSE LEON, another HUIZAR staff member that he was coming to speak to the FBI.

The following is a portion of the attached transcript between Special Agent Carlos A. Narro (SA NARRO), represented by "CN," and ESPARZA, represented by "GE":

CN: "George, have you spoken to anybody and that's a simple question, other than Joe Huizar? "No". That's what you said several times, that wasn't the truth was it?"

GE: "I was trying to again, everything was UI."

CN: "Yeah but George you didn't answer the question, it's a simple question, was that or not the truth? Be honest."

GE: "No, it wasn't the truth..."