CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
Email: Carel_Ale@fd.org
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for José Luis Huizar

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSÉ LUIS HUIZAR, *et al.*<br><br>Defendants. | Case No. 20-CR-326-JFW-1<br><br>**ORDER STRIKING AND SEALING EXHIBIT D FILED ISO MOTION TO COMPEL PRODUCTION OF (1) COOPERATORS' DEVICES AND ACCOUNTS, (2) COMMUNICATIONS BETWEEN GOVERNMENT AND COOPERATORS AND/OR THEIR COUNSEL, AND (3) JOSE HUIZAR'S PHONE ((ECF NO. 381, #5) FROM THE RECORD AND REPLACING WITH AMENDED EXHIBIT D** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following documents be filed under seal: Exhibit D in Support of Defendant's Motion to Compel Production of (1) Cooperators' devices and accounts, (2) communications between government and cooperators and/or their counsel, and (3) Jose Huizar's phone is STRICKEN and SEALED from the record and replaced with Amended Exhibit D.

Dated: March 3, 2022           By _____
                                                  HON. JOHN F. WALTER
                                                  United States District Judge

Presented by:
*s/ Carel Alé,*            .
Deputy Federal Public Defender

1