UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CRIMINAL MINUTES</u>

Case No.    **CR 20-326(A)-JFW**                                                    Dated: March 7, 2022

========================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins . Veronica Dragalin . Melissa Mills |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney - Present |

========================================================================

U.S.A. vs (Dfts listed below)          Attorneys Present for Defendants

1. Jose Luis Huizar, Present           1. Carel Ale/Charles James Snyder/Adam Olin, DFPD
2. Raymond She Wah Chan, Present       2. Richard M. Steingard, Retained
                                          (Appearing for Harland W. Braun)
4. Shen Zhen New World I, LLC          4. Richard M. Steingard, Retained
5. Dae Yong Lee (CR-35 on file)        5. Ariel A Neuman, Retained
6. 940 Hill, LLC                       6. Ariel A Neuman, Retained

**PROCEEDINGS:**   **JOSE HUIZAR, RAYMOND CHAN, AND SHEN ZHEN NEW WORLD I, LLC'S JOINT MOTION TO DISMISS COUNTS 22 AND 23 [359] Filed 1/31/22**

**DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S NOTICE OF MOTION AND MOTION TO SEVER TRIAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE RULE 14 [200] Filed 8/9/21**

**DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S MOTION TO SEVER [201] Filed 8/9/21**

_____

Case called, and counsel make their appearance as stated on the record.

Court hears oral argument, and for the reasons stated on the record:

- Jose Huizar, Raymond Chan, and Shen Zhen New World I, LLC's Joint Motion to Dismiss Counts 22 and 23 [359] Filed 1/31/22 **is denied**.

- Defendants Dae Yong Lee and 940 Hill, LLC's Notice of Motion and Motion to Sever Trial Pursuant to Federal Rule of Criminal Procedure Rule 14 [200] Filed 8/9/21 **is granted**.

- Defendant Shen Zhen New World I, LLC's Motion to Sever [201] Filed 8/9/21 **is granted**.

Court and counsel discuss trial dates for severed defendants. Counsel shall file stipulations and proposed orders in accordance with the dates discussed at the hearing.

CC: USPO/PSA; USM                                                    Initials of Deputy Clerk __sr__