# Exhibit 1

**From:** Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Sent:** Tuesday, March 8, 2022 1:08 PM
**To:** Richard Steingard <richard@steingardlaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>
**Subject:** RE: SZNW - Call tomorrow?

Richard,

As we discussed, attached please find a document with our proposed pre-trial dates.  This document includes the option of SZNW going 2nd with most of the dates concentrated in July 2022 given the June 14, 2022 trial date for defendants Lee/940 Hill.  We're also including the option of SZNW going 3rd, with the dates that are already in the court order for the October 18, 2022 trial for Huizar/Chan.

We can discuss on our next call on Wednesday.

Thanks,

**Veronica Dragalin | Assistant United States Attorney**
United States Attorney's Office | Central District of California
1500 United States Courthouse | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0647 | F: 213.894.0141 | Veronica.Dragalin@usdoj.gov

1

|  | **2nd Trial** | Days before trial | **3rd Trial** (*current court dates*) | Days before 10/18 trial |
|---|---|---|---|---|
| Govt Witness List | 6/7/2022 | 56 | 6/7/2022 | 133 |
| Govt Exhibit List | 6/7/2022 | 56 | 6/7/2022 | 133 |
| Joint MILs - Motions | 6/20/2022 | 43 | 7/11/2022 | 99 |
| Conference re Exhibit List | 7/8/2022 | 25 | 7/26/2022 | 84 |
| Joint MILs - Opps | 7/11/2022 | 22 | 8/1/2022 | 78 |
| Joint MILs (filing) | 7/13/2022 | 20 | 8/3/2022 | 76 |
| Joint Pre-Trial Exhibit Stipulation | 7/15/2022 | 18 | 8/9/2022 | 70 |
| *Brady/Giglio* deadline (remaining witnesses) | 7/12/2022 | 21 | 8/19/2022 | 60 |
| Jencks deadline (remaining witnesses) | 7/12/2022 | 21 | 8/19/2022 | 60 |
| Final Transcripts & Translations | 7/12/2022 | 21 | 9/16/2022 | 32 |
| Govt Charts & Summaries | 7/12/2022 | 21 | 9/16/2022 | 32 |
| **Hearing re: MILs** | **7/22/2022** | **11** | **8/22/2022** | 57 |
| **Pretrial Conference (JH)** | **7/22/2022** | **11** | **10/7/2022** | 11 |
| Defense (JH) Jencks statements | N/A |  | 10/10/2022 | 8 |
| Defense (JH) Charts & Summaries | N/A |  | 10/10/2022 | 8 |
| Defense (JH) Witness List | N/A |  | 10/10/2022 | 8 |
| Defense (JH) Exhibit List | N/A |  | 10/10/2022 | 8 |
| **JH/RC TRIAL** | N/A |  | **10/18/2022** |  |
| Defense (SZNW) Jencks statements | 7/25/2022 | 8 | 12/2022 |  |
| Defense (SZNW) Charts & Summaries | 7/25/2022 | 8 | 12/2022 |  |
| Defense (SZNW) Witness List | 7/25/2022 | 8 | 12/2022 |  |
| Defense (SZNW) Exhibit List | 7/25/2022 | 8 | 12/2022 |  |
| **SZNW TRIAL** | **8/2/2022** |  | **12/2022 or 01/2023** |  |