# Exhibit 2

**From:** Richard Steingard
**Sent:** Friday, March 11, 2022 10:51 AM
**To:** 'Dragalin, Veronica (USACAC)' <Veronica.Dragalin@usdoj.gov>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>
**Subject:** RE: SZNW - Call tomorrow?

All—
In anticipation of our call on Wed., this is to advise you that SZNW chooses to proceed to trial on Aug. 2, rather than wait until after the Huizar/Chan trial.  We can discuss this further during our call.  I have also considered your proposed schedule of dates and disagree on many fronts. To facilitate our Wed. discussion, I've attached our proposed dates, alongside the originally set dates and the govt's proposed dates (I eliminated the dates for a 3d trial).
There are several reasons why I believe SZNW's proposed schedule is appropriate.  First, I factored in the Judge's statements at the Jan. 31, 2022 hearing, in which he instructed the govt to continue preparing the witness and exhibit lists, and to be prepared to produce them shortly after the severance issue was resolved.  The Judge's comments about the MILs appear similar. The SZNW case is a subset of the much larger case and, I suspect, the elimination of exhibits and witnesses that are irrelevant to its case should not be problematic.  Second, I am aware that the 940 Hill/Lee trial is set for June 14.  Per the government, its case-in-chief will take less than one week to present.  Even still, I carved out a month for the govt to prepare for that trial by postponing most operative dates until after that trial ended while frontloading the MILs and a few other areas over the next 8 weeks.
I am certainly willing to be flexible on some of these dates but your proposal—in which witness and exhibit lists are not disclosed for almost 2 months and most everything else is postponed until after the 940 Hill/Lee trial—is unacceptable.
I have also attached a draft of the joint submission re the gag order which contains the defense's position.  I would hope that the govt can provide its position on or before next Friday, March 18.  That would give me time to review your portion and amend my section, if necessary, which I would then forward to you for a final review, hopefully on Monday, March 21.  Absent a stipulation seeking more time, I calculate we need to file on or before Tuesday, March 22.
I look forward to talking to you on Wed. about these and the other issues we discussed during our last call.  Once again, my conference call number is 213-293-2551--I promise that's correct.
Richard


**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260 – 9449
Direct: (213) 260 - 9436
Facsimile: (213) 260 - 9450
E-mail: RSteingard@SteingardLaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above.  This message may not be shared with, or forwarded to, third parties without the express written permission of the sender.  If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.

|  | **Original Dates** | **Govt Proposed** | **Defense Proposed** |
|---|---|---|---|
| Govt Witness List | 2/15/22 | 6/7/2022 | 3/28/22 |
| Govt Exhibit List | 2/15/22 | 6/7/2022 | 3/28/22 |
| Joint MILs - Motions | 2/14/22 | 6/20/2022 | 4/18/22 |
| Conference re Exhibit List |  | 7/8/2022 | 5/2/22 |
| Joint MILs - Opps | 3/7/22 | 7/11/2022 | 5/9/22 |
| Joint MILs (filing) | 3/9/22 | 7/13/2022 | 5/13/22 |
| Joint Pre-Trial Exhibit Stipulation |  | 7/15/2022 | 7/15/22 |
| *Brady/Giglio* deadline (remaining witnesses) | 3/25/22 | 7/12/2022 | 5/16/22 |
| Jencks deadline (remaining witnesses) | 3/25/22 | 7/12/2022 | 5/16/22 |
| Final Transcripts & Translations | 4/22/22 | 7/12/2022 | 6/29/22 |
| Govt Charts & Summaries | 4/22/22 | 7/12/2022 | 6/29/22 |
| **Hearing re: MILs** | **3/28/22** | **7/22/2022** | **7/15/22** |
| **Pretrial Conference (JH)** | **5/13/22** | **7/22/2022** | **7/15/22** |
| Defense (SZNW) Jencks statements | 5/16/22 | 7/25/2022 | 7/25/22 |
| Defense (SZNW) Charts & Summaries | 5/16/22 | 7/25/2022 | 7/25/22 |
| Defense (SZNW) Witness List | 5/16/22 | 7/25/2022 | 7/25/22 |
| Defense (SZNW) Exhibit List | 5/16/22 | 7/25/2022 | 7/25/22 |
| **SZNW TRIAL** | **5/24/22** | **8/2/2022** | **8/2/22** |