# Exhibit 3

**From:** Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Sent:** Monday, March 14, 2022 12:07 PM
**To:** Carel Ale <Carel_Ale@fd.org>; Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Harland Braun <harland@braunlaw.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Ray S. Seilie <rseilie@birdmarella.com>; Richard Steingard <richard@steingardlaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>
**Subject:** Huizar, et al., CR-20-326(A)-JFW - Government Proposed Schedule

Dear Counsel,

Attached please find the government's proposed schedule for the three consecutive trials in this case. We have been engaging in meet and confer efforts with defense counsel separately. Given the outcome of those discussions and negotiations last week, the attached is the government's final position on the pre-trial deadlines for each trial. We assume all defendants object to these dates based on our prior discussions. We anticipate filing a brief with the government's proposed deadlines tomorrow. Rather than filing a joint filing with the positions of each defendant and potentially delaying the filing by having to wait for a response from each attorney, we suggest allowing each defendant to file his/its response separately on your preferred timeline.

Our brief will have a more fulsome explanation for the proposed deadlines, but we direct your attention to U.S. v. Elmezayen, CR-18-809-JFW, a complex fraud case involving murders that was tried before Judge Walter in October 2019. Our proposed schedule follows the briefing schedules and pre-trial deadlines from the Elmezayen case. We have also limited the schedule only to those deadlines that Judge Walter normally includes in his criminal trial order. Now that this case has been split into three separate trials, we believe our prior set of extremely advanced deadlines are no longer warranted or feasible.

Thanks,

**Veronica Dragalin | Assistant United States Attorney**
United States Attorney's Office | Central District of California
1500 United States Courthouse | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0647 | F: 213.894.0141 | Veronica.Dragalin@usdoj.gov

*U.S. v. Huizar, et al.*, CR-20-326(A)-JFW
Government Proposed Schedule

| Event | LEE/ 940 HILL Trial | SZNW Trial | HUIZAR/ CHAN Trial |
|---|---|---|---|
| Giglio/Brady Declaration | 4/29/2022 | 6/17/2022 | 9/2/2022 |
| MIL Filing | 5/2/2022 | 6/20/2022 | 9/6/2022 |
| **MIL Hearing** | **5/20/2022** | **7/8/2022** | **9/23/2022** |
| Gov Pre-Trial Exhibit List | 5/23/2022 | 7/11/2022 | 9/26/2022 |
| Meet & Confer re Exhibit List | 5/27/2022 | 7/15/2022 | 9/30/2022 |
| Joint Exhibit Stipulation | 5/31/2022 | 7/18/2022 | 10/3/2022 |
| Certified Translations | 5/31/2022 | 7/18/2022 | 10/3/2022 |
| Expert Offer of Proof | 5/31/2022 | 7/19/2022 | 10/4/2022 |
| Gov Pre-Trial Witness List | 5/31/2022 | 7/19/2022 | 10/4/2022 |
| Def Resp to Witness List | 6/02/2022 | 7/21/2022 | 10/6/2022 |
| Proposed Voir Dire | 6/03/2022 | 7/22/2022 | 10/7/2022 |
| Gov Trial Brief | 6/06/2022 | 7/25/2022 | 10/10/2022 |
| Jury Verdict Form | 6/06/2022 | 7/25/2022 | 10/10/2022 |
| Jury Instructions | 6/06/2022 | 7/25/2022 | 10/10/2022 |
| **Pretrial Conference** | **6/08/2022** | **7/27/2022** | **10/12/2022** |
| Joint Statement of Case | 6/09/2022 | 7/28/2022 | 10/13/2022 |
| Def Pre-Trial Witness List | 6/13/2022 | 8/01/2022 | 10/17/2022 |
| **TRIAL** | **6/14/2022** | **8/2/2022** | **10/18/2022** |
| Def Exhibit Stipulation | *(start of Δ case)* | *(start of Δ case)* | *(start of Δ case)* |