# Exhibit 4

**From:** Carel Ale <Carel_Ale@fd.org>
**Sent:** Monday, March 14, 2022 3:22 PM
**To:**
(USACAC)' <Veronica.Dragalin@usdoj.gov>; Charles Snyder <Charles_Snyder@fd.org>; Adam O
'Harland Braun' <harland@braunlaw.com>; Ray S. Seilie <rseilie@birdmarella.com>
**Cc:** 'Jenkins, Mack (USACAC)' <Mack.Jenkins@usdoj.gov>; 'Mills, Melissa (USACAC) 2' <Melissa.Mills@usdoj.gov>; 'Palmer, Cassie (USACAC) 2' <Cassie.Palmer@usdoj.gov>
**Subject:** RE: Huizar, et al., CR-20-326(A)-JFW - Government Proposed Schedule

Similarly, last we left off Friday afternoon, Veronica, I was going to get back to you on the government's (potential) proposal to move the Huizar trial date to November, moving SZNW to the October trial date, and keeping the pretrial filing dates as currently scheduled. We did not discuss moving the pretrial deadlines at all. From what I understand from my colleagues, the deadlines were not discussed on the Friday morning meet and confer regarding the MTC issues either.

**From:** Ariel A. Neuman <aneuman@birdmarella.com>
**Sent:** Monday, March 14, 2022 3:12 PM
**To:** Richard Steingard <richard@steingardlaw.com>; 'Dragalin, Veronica (USACAC)' <Veronica.Dragalin@usdoj.gov>; Carel Ale <Carel_Ale@fd.org>; Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; 'Harland Braun' <harland@braunlaw.com>; Ray S. Seilie <rseilie@birdmarella.com>
**Cc:** 'Jenkins, Mack (USACAC)' <Mack.Jenkins@usdoj.gov>; 'Mills, Melissa (USACAC) 2' <Melissa.Mills@usdoj.gov>; 'Palmer, Cassie (USACAC) 2' <Cassie.Palmer@usdoj.gov>
**Subject:** RE: Huizar, et al., CR-20-326(A)-JFW - Government Proposed Schedule

The same is true for Mr. Lee and 940 Hill. We likewise responded to the government's proposal, and on Thursday accepted most of your proposed dates and sent back modifications on just a few. I understood us to be close to an agreement on the pre-trial schedule, and the government is now unilaterally throwing those meet and confer efforts out the window for some reason.

**Ariel A. Neuman**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: aneuman@birdmarella.com
**vCard | Bio | LinkedIn**
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**

**From:** Richard Steingard <richard@steingardlaw.com>
**Sent:** Monday, March 14, 2022 3:09 PM
**To:** 'Dragalin, Veronica (USACAC)' <Veronica.Dragalin@usdoj.gov>; 'Carel Ale' <Carel_Ale@fd.org>; 'Charles Snyder' <Charles_Snyder@fd.org>; 'Adam Olin' <Adam_Olin@fd.org>; 'Harland Braun' <harland@braunlaw.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Ray S. Seilie <rseilie@birdmarella.com>
**Cc:** 'Jenkins, Mack (USACAC)' <Mack.Jenkins@usdoj.gov>; 'Mills, Melissa (USACAC) 2' <Melissa.Mills@usdoj.gov>; 'Palmer, Cassie (USACAC) 2' <Cassie.Palmer@usdoj.gov>
**Subject:** RE: Huizar, et al., CR-20-326(A)-JFW - Government Proposed Schedule

**\*\*EXTERNAL EMAIL MESSAGE\*\***

Veronica—

To be clear, please do not represent in your submission that you engaged in a meet and confer with SZNW. Rather, the govt emailed me a schedule of dates with an agreement to talk on Wed. 3/16 about this and other matters. In anticipation of Wed's call, we sent the govt a counterproposal which accepts some of the govt's proposed dates while suggesting alternative dates for others. Today, the govt unilaterally decided on a new set of dates and advised that it would be submitting its new dates to the Court tomorrow.

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260 – 9449
Direct: (213) 260 - 9436
Facsimile: (213) 260 - 9450
E-mail: RSteingard@SteingardLaw.com