UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CRIMINAL MINUTES</u>

Case No.    **CR 20-326(A)-JFW**                                        Dated: March 25, 2022

========================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Jenkins . Veronica Dragalin . Cassie Palmer |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney - Present |

========================================================================

U.S.A. vs (Dfts listed below)              Attorneys Present for Defendants

1. Jose Luis Huizar, (CR-35 on file)       1. Carel Ale, DFPD / Adam Olin, DFPD
2. Raymond She Wah Chan, Present           2. Richard M. Steingard, Retained
4. Shen Zhen New World I, LLC              4. Richard M. Steingard, Retained
5. Dae Yong Lee (CR-35 on file)            5. Ariel A Neuman, Retained
6. 940 Hill, LLC                           6. Ariel A Neuman, Retained

**PROCEEDINGS:**    STATUS CONFERENCE

Case called, and counsel make their appearance as stated on the record.

Court and counsel discuss various pretrial and trial issues.

Counsel shall meet and confer regarding trial dates and file a joint status reports on March 30, 2022 and April 8, 2022 as stated on the record.


CC: USPO/PSA; USM