**DECLARATION OF VERONICA DRAGALIN**

I, Veronica Dragalin, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. After a successful meet and confer, counsel for defendant JOSE HUIZAR ("HUIZAR") has confirmed that defendants will withdraw the motion without prejudice with respect to defendant HUIZAR's phone. Specifically, after the filing of defendants' motion, on March 10, 2022, the government offered to provide a copy of the hard drive previously disclosed as evidence item 1B200, which contained an extraction of defendant HUIZAR's phone created by his prior counsel, if current counsel confirmed with prior counsel that they did not have a copy of the hard drive. Although defendant HUIZAR's counsel never confirmed whether prior counsel retained a copy, on March 14, 2022, the government provided a copy of evidence item 1B200 to defendant HUIZAR. The government also gave defendant HUIZAR two proposals for giving him access to the physical phone. Thereafter, counsel for defendant HUIZAR confirmed they would withdraw the motion without prejudice with respect to defendant HUIZAR's phone.

3. On November 7, 2018, the government executed numerous search warrants that were authorized on November 5, 2018, referred to in this investigation as the "Omnibus search warrant." Attached hereto as **Exhibit 1** is a true and correct copy of the return for the search warrant for digital devices belonging to George Esparza ("Esparza"), which was authorized on November 5, 2018, and executed on November 7, 2018. For purposes of this filing, personal identifying information has been redacted from this document.

4.  Attached hereto as **Exhibit 2** is a true and correct copy of an FBI report dated January 27, 2021, documenting the search of various digital devices that were seized pursuant to search warrants and consensually provided by the owners.  As the report indicates, "[c]onsensually provided phones were also searched and evidence seized pursuant to the Omnibus search warrant authorized in November 2018."  An unredacted version of this report was produced in discovery.  For purposes of this filing, certain information has been redacted from this document.

5.  During the course of this case, the government has produced (1) over 72,800 pages of content from Esparza's five phones; (2) native versions of the Cellebrite reports for Esparza's five phones; (3) a native report of Esparza's laptop; and (4) over 8,300 pages of Esparza's personal emails.  The government has also produced audio recordings and transcripts of Esparza's recorded interviews with the FBI, reports of Esparza's proffer sessions with the USAO and FBI, including agents notes of the interviews and exhibits used during the interviews, additional records Esparza has continued to provide during his cooperation, as well as certain email communications between Esparza's counsel and the prosecution team.  The government has produced similar discovery for other cooperators.

6.  The government never obtained search warrants or consents for Morrie Goldman's digital devices or accounts and has no forensic images of his devices or accounts in its possession.

7.  Between March 8, 2022 and March 10, 2022, I spoke telephonically with counsel for George Esparza, Justin Kim, George Chiang, Ricky Zheng, Shawn Kuk, Executive M, Businessperson A, and

John Carlin, regarding defendants' request to access the entire digital devices, email accounts, and/or cloud accounts of their respective clients. After the telephone calls, each counsel sent written confirmation that their respective clients objected to defendants' request.

    a. Attached hereto as **Exhibit 3** is a true and correct copy of an email dated March 11, 2022, from Terrence Jones, counsel for George Esparza. Mr. Jones confirmed that Esparza agreed to turn over three additional cell phones and "consent to their search and seizure consistent with the parameters of the underlying warrant, and no more." Mr. Jones further confirmed that "Mr. Esparza does not now, as he did not then, consent to the search of those three cell phones and his email accounts beyond the scope of the search warrant parameters."

    b. Attached hereto as **Exhibit 4** is a true and correct copy of an email dated March 10, 2022, from David Vaughn, counsel for Justin Kim.

    c. Attached hereto as **Exhibit 5** is a true and correct copy of an email dated March 10, 2022, from Stanley Friedman, counsel for George Chiang.

    d. Attached hereto as **Exhibit 6** is a true and correct copy of an email dated March 10, 2022, from Evan Jenness, counsel for Ricky Zheng. Ms. Jenness stated that "[t]he wholesale disclosure of Mr. Zheng's private materials, as requested in the motion, would be a grievous violation of Mr. Zheng's privacy rights and privileges. These include, for example, the spousal and attorney-client privileges, rights under HIPAA, the First Amendment right to be free

from intrusion into private beliefs, and the fundamental 'the right to be left alone.'"

   e. Attached hereto as **Exhibit 7** is a true and correct copy of an email dated March 10, 2022, from Pio Kim, counsel for Shawn Kuk.

   f. Attached hereto as **Exhibit 8** is a true and correct copy of an email dated March 15, 2022, from David Schindler, counsel for Executive M.  Mr. Schindler has requested "an opportunity to be heard at any hearing that may be scheduled to address the question of whether any of Executive M's personal information should be released to any third party."

   g. Attached hereto as **Exhibit 9** is a true and correct copy of an email dated March 10, 2022, from Alan Eisner, counsel for Businessperson A.

   h. Attached hereto as **Exhibit 10** is a true and correct copy of an email dated March 15, 2022, from Kelly Knight, counsel for John Carlin.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Los Angeles, California, on March 31, 2022.

              /s/ Veronica Dragalin
              VERONICA DRAGALIN