# Exhibit 2

FD-302 (Rev. 5-8-10)

-1 of 1-

# FEDERAL BUREAU OF INVESTIGATION

Date of entry  01/27/2021

On multiple dates pursuant to the review periods authorized by Attachment B's of affiliated search warrants and extension orders, the following phones/accounts were searched and evidence seized. This report is to document the search procedure and associated derivative evidence item submitted to FBI evidence (1B216 - "the hard-drive"). The hard-drive contains the UFED Cellebrite reports containing the seized evidence. The original extractions are maintained in FBI evidence as their own respected 1B items. The originals were only reviewed during the authorized time periods.

The original extractions (identified by 1B# below) were searched pursuant to the search procedures outlined in their respective Attachment B. The FBI utilized multiple search terms based off of Attachment B and only seized evidence pursuant to those Attachment B's.

Consensually provided phones were also searched and evidence seized pursuant to the Omnibus search warrant authorized in November 2018.

- Jose Huizar (1B163, 1B174, 1B179);
- George Esparza (1B169, 1B170);
- Shawn Kuk (1B169);
- Executive M (1B176, 1B177, 1B206);
- George Chiang (1B161);
- Ricky Zheng (1B169);
- Yan Yan (1B169);
- Raymond Chan (1B131);
- Justin Kim (1B176);
- John Carlin (1B182);
- Businesspesron A (1B5, 1B184);
- Redacted

Investigation on  01/27/2021  at  Los Angeles, California, United States (In Person)

File #  194B-LA-255905                                    Date drafted  01/27/2021

by  Andrew R. Civetti

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.