# Exhibit 4

| | |
|---|---|
| **From:** | David Vaughn |
| **To:** | Dragalin, Veronica (USACAC) |
| **Cc:** | Jenkins, Mack (USACAC); Mills, Melissa (USACAC) 2; Palmer, Cassie (USACAC) 2 |
| **Subject:** | [EXTERNAL] Justin Kim"s Continued Assertion of His 4th Amendment and Other Rights |
| **Date:** | Thursday, March 10, 2022 11:53:58 AM |

Dear AUSA Dragalin,

My client Justin Kim continues to assert all of his rights, including, but not limited to, those he has under the Fourth Amendment to the United States Constitution, with regard to any and all items that are, or were, his and that have been seized by or are now or in the past in the possession of the United States, including, but not limited to, his mobile telephone and/or any other digital devices. He objects to any searching, any review, or any copying of the contents of his mobile phone or anything else beyond the scope and time period that the court authorized at the time that it approved the search warrant for it, which was on about March 5, 2019.

**David Vaughn**
**Attorney at Law**

(213) 973-9175 (direct)

DavidVaughn@VaughnLawOffices.com

This email (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this email in error, please delete it from your system without copying it and notify sender by reply email, so that our records can be corrected.  Thank you.