# Exhibit 5

| | |
|---|---|
| **From:** | Stanley L. Friedman |
| **To:** | Dragalin, Veronica (USACAC) |
| **Subject:** | [EXTERNAL] Digital Devices and Email Materials |
| **Date:** | Thursday, March 10, 2022 12:13:23 PM |

Dear Ms. Dragalin:

I am counsel for George Chiang.

In regard to his digital devices and emails, Mr. Chiang asserts and retains all rights and privileges, including, but not limited to, his rights under the Fourth Amendment to the United States Constitution, and does not consent to either a search or disclosure of materials beyond that permitted by search warrants.

Regards,

Stanley L. Friedman
Attorney at Law
Certified Specialist - Criminal Law
State Bar of California, Board of Legal Specialization
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071-1631
Telephone No. (213) 629-1500
E-mail: friedman@friedmanlaw.org