# Exhibit 6

| | |
|---|---|
| **From:** | Evan Jenness |
| **To:** | Dragalin, Veronica (USACAC) |
| **Subject:** | [EXTERNAL] US v. Huizar, 20-cr-326-JFW (Ricky Zheng) - ECF 381 (Huizar motion re: witnesses" devices and accounts) |
| **Date:** | Thursday, March 10, 2022 3:28:01 PM |

Counsel,

On behalf of my client Ricky Zheng, who is not charged in the *Huizar* or any other case, we object to disclosure of Mr. Zheng's digital devices, email accounts and other electronic information, as sought in the pending motion (ECF 381) brought on behalf of Mr. Huizar.

The wholesale disclosure of Mr. Zheng's private materials, as requested in the motion, would be a grievous violation of Mr. Zheng's privacy rights and privileges.  These include, for example, the spousal and attorney-client privileges, rights under HIPAA, the First Amendment right to be free from intrusion into private beliefs, and the fundamental "the right to be left alone" (Brandeis, J.).  It would be particularly unjustifiable where, as here, the requested intrusion appears to be a fishing expedition.

If the opportunity arises, I would be grateful if you would apprise the Court of our position.

Best,

-Evan

Evan A. Jenness, Esq.
777 S. Figueroa St., Ste. 3800
Los Angeles, CA 90017
Tel. (213) 630-5088 Fax (213) 683-1225 Cell (310) 880-2068
Email: evan@jennesslaw.com  Website: www.jennesslaw.com

*This message is privileged & confidential and/or attorney work product, and is for the exclusive use of the intended recipient.*