Exhibit 7

| | |
|---|---|
| **From:** | Pio Kim |
| **To:** | Dragalin, Veronica (USACAC) |
| **Subject:** | [EXTERNAL] Shawn Kuk |
| **Date:** | Thursday, March 10, 2022 5:36:17 PM |
| **Attachments:** | image148538.png |

Dear Ms. Dragalin:

Please be advised that Mr. Shawn Kuk objects to the government, any defendant or their counsel obtaining or seeking production of any data from Mr. Kuk's cellphones, email accounts or any other sources of his personal data. Thank you.

**Pio S. Kim**
Partner



**Attorneys At Law**

707 Wilshire Boulevard 46th Floor
Los Angeles CA 90017 USA
Main:  +1.213.955.9500
Direct:  +1.213.784.4341

LimNexus.com

*IMPORTANT: This message and any attached documents may contain information that is confidential and/or Attorney-Client Privileged Communication or Attorney Work Product.  If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message. Thank you.*