# Exhibit 8

| | |
|---|---|
| **From:** | David.Schindler@lw.com |
| **To:** | Dragalin, Veronica (USACAC); Jenkins, Mack (USACAC); Mills, Melissa (USACAC) 2; Palmer, Cassie (USACAC) 2 |
| **Subject:** | [EXTERNAL] Objection by Executive M to the release of information |
| **Date:** | Tuesday, March 15, 2022 3:31:24 PM |

Dear All:

As you know, I represent the individual described as Executive M in the First Superseding Indictment that was handed down against Jose Huizar and others. I understand that one or more third parties, including the defendants in this case, have requested access to personal information belonging to my client, including information contained in the cell phone that was secured pursuant to a search warrant issued in connection with the investigation of this case. Please note that Executive M objects to the release of any/all of his personal information to any third party, and further objects to any attempt by anyone to access information of any kind that is not explicitly authorized/described in the search warrant that gave rise to the government's original seizure of my client's cell phone. I would appreciate it if you would ensure that a copy of this email is provided to the Court and that Executive M's position be placed on the record. In addition, please alert the Court that we would request an opportunity to be heard at any hearing that may be scheduled to address the question of whether any of Executive M's personal information should be released to any third party. Finally, Executive M requests that, to the extent that any information that may have been seized pursuant to the warrant in this case is released to any third party, the government take appropriate steps to redact, or exclude, any and all PII or other information regarding Executive M.

Please let me know if you have any questions and/or if any aspect of Executive M's position is somehow unclear.

Best Regards,

David Schindler


**David J. Schindler**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8415
Email: david.schindler@lw.com
https://www.lw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.