# Exhibit 9

| | |
|---|---|
| From: | Alan Eisner |
| To: | Dragalin, Veronica (USACAC) |
| Subject: | [EXTERNAL] Redacted |
| Date: | Thursday, March 10, 2022 11:22:28 AM |

Hi Ms. Dragalin,

This email will confirm that I am still counsel for [Businessperson A]. It will further confirm that [Redacted] will formally assert his 4th Amendment rights with respect to all electronic devices (or hard drives obtained therefrom). To emphasize, [Redacted] does not want any information on his phone(s) or computer(s) disseminated to anyone at this time. Don't hesitate to contact me if you have any questions in this regard.
-Alan Eisner

**Alan Eisner | Eisner Gorin LLP | Certified Criminal Law Specialist**

Mailing address: 14401 Sylvan Street, Suite 112 | Van Nuys, CA 91401

(818)781-1570 | Fax: (818)781-5033

Century City office:

1999 Avenue of the Stars, 11th Floor | Century City, CA 90067

Email: alan@EGattorneys.com