# Exhibit 10

| | |
|---|---|
| **From:** | Kelly Knight |
| **To:** | Dragalin, Veronica (USACAC) |
| **Subject:** | [EXTERNAL] ASSERTION OF FOURTH AMENDMENT PRIVILEGE - JOHN CARLIN CELL PHONE |
| **Date:** | Tuesday, March 15, 2022 2:03:23 PM |

To Whom It May Concern:

I am the retained attorney for John Carlin. The Government obtained a search warrant for his prior cell phone for a case that is currently open but my client is not involved as a defendant or witness. The defense in this case is requesting a digital copy of his entire cell phone outside of the scope of the search warrant. My client objects to the release of his private information in any manner that extends outside of the Government's search warrant in regards to that cell phone or any information obtained without due process. I authorize this email to be filed publicly in its entirety. Should you have any questions, please do not hesitate to contact my office.

Sincerely,

Kelly M. Knight
Attorney at Law

Knight Defense, APC
1432 Edinger Avenue
Suite 240
Tustin, California 92780
714-258-0300 (o)
714-258-8282 (f)
949-463-0730 (c)