TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2091/0647/0627/0363
        Facsimile: (213) 894-6436
        E-mail:  Mack.Jenkins@usdoj.gov
                 Veronica.Dragalin@usdoj.gov
                 Melissa.Mills@usdoj.gov
                 Cassie.Palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-326-JFW |
| Plaintiff, | ORDER ALLOWING DISCLOSURE OF GRAND JURY MATERIALS |
| v. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendants. | |

        For good cause shown, IT IS HEREBY ORDERED that plaintiff,

United States of America, may supply defense counsel of record with

copies of the grand jury testimony of witnesses whom the government

may call at the upcoming trials in this matter, relevant grand jury

exhibits, and certain grand jury subpoenas issued during the

investigation of this case ("grand jury materials").  The purpose of

this order is to enable defendants to prepare their defense and to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

IT IS FURTHER ORDERED that defense counsel shall not disclose such grand jury testimony to any other person or persons, except as necessary in preparation of the defense, without prior authorization from this Court, and that the copy of the grand jury materials provided to defense counsel (and any reproductions or copies made of the produced copy) shall be returned to the government at the conclusion of the proceedings in this case.

IT IS SO ORDERED.


April 5, 2022
DATE                          HONORABLE JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Cassie D. Palmer
CASSIE D. PALMER
Assistant United States Attorney

2