TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-894-2091/0647/0363/3289
    Facsimile: (213) 894-0647
    E-mail:   Mack.Jenkins@usdoj.gov
               Veronica.Dragalin@usdoj.gov
               Cassie.Palmer@usdoj.gov
               Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-326-JFW-1,2 |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF AMENDED PROPOSED ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendants. | **CURRENT TRIAL DATE:** 10/18/2022<br>**PROPOSED TRIAL DATE:** 02/21/2023 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, Cassie D. Palmer, and Susan S. Har, hereby lodges the attached Proposed Order Continuing Trial Date and Findings

Regarding Excludable Time Periods Pursuant to the Speedy Trial Act as to defendants JOSE HUIZAR and RAYMOND CHAN.

On April 8, 2022, the government and defendant HUIZAR filed a stipulation to continue the trial date from October 18, 2022 to February 21, 2023, proposed trial deadlines, and findings of excludable time periods.  (CR 429.)  Defendant RAYMOND CHAN initially objected to a continuance of the trial date beyond January 31, 2023.  (Id.)

On April 25, 2022, the Court held a status conference in this case.  Defendant CHAN, by and through his attorney, Harland Braun, stipulated on the record that good cause exists to continue the trial date to February 21, 2023.

The Court instructed the government to file an amended proposed order to continue the trial date in light of defendant CHAN's stated position at the status conference.

Dated: April 26, 2022                Respectfully submitted,

                                     TRACY L. WILKISON
                                     United States Attorney

                                     SCOTT M. GARRINGER
                                     Assistant United States Attorney
                                     Chief, Criminal Division

                                     /s/ Veronica Dragalin
                                     _____
                                     MACK E. JENKINS
                                     VERONICA DRAGALIN
                                     CASSIE D. PALMER
                                     SUSAN S. HAR
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA