1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   MACK E. JENKINS (Cal. Bar No. 242101)
4  Assistant United States Attorney
   Chief, Public Corruption & Civil Rights Section
5  VERONICA DRAGALIN (Cal. Bar No. 281370)
   CASSIE D. PALMER (Cal. Bar No. 268383)
6  SUSAN S. HAR (Cal. Bar No. 301924)
   Assistant United States Attorneys
7  Public Corruption & Civil Rights Section
        1500 United States Courthouse
8       312 North Spring Street
        Los Angeles, California 90012
9       Telephone: (213) 894-2091/0647/0363/3289
        Facsimile: (213) 894-0647
10      E-mail:   Mack.Jenkins@usdoj.gov
                  Veronica.Dragalin@usdoj.gov
11                Cassie.Palmer@usdoj.gov
                  Susan.Har@usdoj.gov
12
   Attorneys for Plaintiff
13 UNITED STATES OF AMERICA

14                    UNITED STATES DISTRICT COURT

15              FOR THE CENTRAL DISTRICT OF CALIFORNIA

16 UNITED STATES OF AMERICA,          No. 2:20-CR-326(A)-JFW-1,2

17          Plaintiff,                [PROPOSED] ORDER CONTINUING TRIAL
                                      DATES AND FINDINGS REGARDING
18          v.                        EXCLUDABLE TIME PERIODS PURSUANT
                                      TO SPEEDY TRIAL ACT
19 JOSE LUIS HUIZAR, et. al,
                                      [PROPOSED] TRIAL DATE:
20          Defendants.                    02/21/2023 at 8:30 a.m.

21

22

23      The Court has read and considered the Stipulation Regarding

24 Request for (1) Continuance of Trial Date and Related Deadlines and

25 (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act,

26 filed by Plaintiff United States of America and defendant JOSE HUIZAR

27 in this matter, the Central District of California's General Orders

28

1  and Orders of the Chief Judge regarding the Coronavirus Public

2  Emergency (collectively, "Coronavirus Orders").

3      In addition, at a status conference on April 25, 2022, defendant

4  RAYMOND CHAN, by and through his counsel of record, Harland Braun,

5  stipulated on the record that good cause exists to continue the trial

6  date to February 21, 2023.

7      The Court hereby finds that the Stipulation between the

8  government and defendant JOSE HUIZAR and Coronavirus Orders, as well

9  of the oral agreement on the record of good cause by counsel for

10  defendant CHAN, all of which this Court incorporates by reference

11  into this Order, demonstrate facts that support a continuance of the

12  trial date in this matter, and provides good cause for a finding of

13  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

14      The Court further finds that: (i) the ends of justice served by

15  the continuance outweigh the best interest of the public and

16  defendants in a speedy trial; (ii) failure to grant the continuance

17  would be likely to make a continuation of the proceeding impossible,

18  or result in a miscarriage of justice; (iii) the case is so unusual

19  and so complex, due to the nature of the prosecution, that it is

20  unreasonable to expect preparation for pre-trial proceedings or for

21  the trial itself within the time limits established by the Speedy

22  Trial Act; and (iv) failure to grant the continuance would

23  unreasonably deny defendants continuity of counsel and would deny

24  defense counsel the reasonable time necessary for effective

25  preparation, taking into account the exercise of due diligence.

26

27

28

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued to **February 21, 2023 at 8:30 a.m.** The briefing and hearings schedule for motions and other pre-trial deadlines shall be:

| Event | Proposed Date |
|---|---|
| Govt Witness List | 10/11/2022 |
| Govt Exhibit List & Exhibits | 10/11/2022 |
| Exchange Joint MIL Motions | 11/8/2022 |
| Conference re: Exhibit List | 11/15/2022 |
| Brady/Giglio | 12/2/2022 |
| Exchange Joint MIL Oppositions | 12/5/2022 |
| Govt Jencks Statements | 12/23/2022 |
| Exchange Joint MIL Replies | 12/19/2022 |
| Joint MILs (filing) | 12/19/2022 |
| Govt Charts & Summaries | 1/6/2023 |
| Joint Pre-Trial Exhibit Stipulation | 1/17/2023 |
| Final Transcripts & Translations | 1/20/2023 |
| **Hearing re: MIL** | **1/20/2023** |
| Government's Proposed Joint Statement of Case (draft to defense) | 2/1/2023 |
| Expert Offer of Proof | 2/7/2023 |
| Government's Proposed Jury Instructions (draft to defense) | 2/7/2023 |
| Joint Statement of Case | 2/8/2023 |
| Proposed Voir Dire | 2/9/2023 |
| **Pretrial Conference** | **2/10/2023** |
| Govt Trial Brief | 2/13/2023 |
| Jury Verdict Form | 2/13/2023 |
| Jury Instructions | 2/13/2023 |
| Defense Jencks Statements | 2/13/2023 |
| Defense Charts & Summaries | 2/13/2023 |
| Defense Witness List | 2/13/2023 |
| Defense Exhibit List | 2/13/2023 |

2. The time period of October 18, 2022 to February 21, 2023, inclusive, as to defendants JOSE HUIZAR and RAYMOND CHAN, is excluded

1   in computing the time within which the trial must commence, pursuant

2   to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii),

3   (h)(7)(B)(iv).

4        3.    Defendants JOSE HUIZAR and RAYMOND CHAN, shall appear in

5   Courtroom 7A of the Federal Courthouse, 350 W. 1st Street, Los

6   Angeles, California on February 21, 2023 at 8:30 a.m.

7        4.    Nothing in this Order shall preclude a finding that other

8   provisions of the Speedy Trial Act dictate that additional time

9   periods are excluded from the period within which trial must

10  commence.  Moreover, the same provisions and/or other provisions of

11  the Speedy Trial Act may in the future authorize the exclusion of

12  additional time periods from the period within which trial must

13  commence.

14       IT IS SO ORDERED.

15

16  _____          _____
17   DATE                                 HONORABLE JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE
18

19  Presented by:

20  _____/s/_____
     VERONICA DRAGALIN
21   Assistant United States Attorney

22

23

24

25

26

27

28

4