UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CRIMINAL MINUTES</u>

Case No.   **CR 20-326(A)-JFW**                                    Dated: April 25, 2022

===========================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Jenkins |
|---|---|---|
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
| | | Cassie Palmer |
| | | Asst. U.S. Attorney - Present |

===========================================================================

U.S.A. vs (Dfts listed below)                    Attorneys Present for Defendants

1. Jose Luis Huizar, Present                     1. Carel Ale, Adam Olin, Charles Snyder, DFPD
2. Raymond She Wah Chan, Present                 2. Richard M. Steingard, Retained
4. Shen Zhen New World I, LLC                    4. Richard M. Steingard, Retained
5. Dae Yong Lee, Not Present (CR-35 on file)     5. Ariel A Neuman, Retained
6. 940 Hill, LLC                                 6. Ariel A Neuman, Retained

**PROCEEDINGS:**   **MOTION TO COMPEL PRODUCTION OF (1) COOPERATORS' DEVICES AND ACCOUNTS, (2) COMMUNICATIONS BETWEEN GOVERNMENT AND COOPERATORS AND/OR THEIR COUNSEL, AND (3) JOSE HUIZAR'S PHONE [381] Filed 3/3/22**

**DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S SECOND EX PARTE APPLICATION FOR ISSUANCE OF EARLY-RETURN SUBPOENAS *DUCES TECUM* [424] Filed *In Camera* Under Seal 3/31/22**

**STATUS CONFERENCE**

Case called, and counsel make their appearance as stated on the record.

Court hears oral argument and for the reasons stated on the record, the Court DENIES the Motion to Compel Production of (1) Cooperators' Devices And Accounts, (2) Communications Between Government and Cooperators and/or Their Counsel, and (3) Jose Huizar's Phone [381] Filed 3/3/22.

Court issues tentative ruling on Defendant Shen Zhen New World I, LLC's Second Ex Parte Application for Issuance of Early-return Subpoenas Duces Tecum [424] Filed *In Camera* Under Seal 3/31/22.

Court and counsel discuss status of the case.

CC: USPO/PSA; USM