TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647/0363/3289
    Facsimile: (213) 894-0647
    E-mail:   Mack.Jenkins@usdoj.gov
            Veronica.Dragalin@usdoj.gov
            Cassie.Palmer@usdoj.gov
            Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>        v.<br><br>JOSE LUIS HUIZAR, et. al,<br><br>      Defendants. | No. 2:20-CR-326(A)-JFW-1,2<br><br>ORDER CONTINUING TRIAL DATES AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**TRIAL DATE:** 2/21/2023 at 8:30 a.m. |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and Related Deadlines and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by Plaintiff United States of America and defendant JOSE HUIZAR in this matter, the Central District of California's General Orders and Orders of the Chief Judge regarding the Coronavirus Public Emergency (collectively, "Coronavirus Orders").

1    In addition, at a status conference on April 25, 2022, defendant
2    RAYMOND CHAN, by and through his counsel of record, Harland Braun,
3    stipulated on the record that good cause exists to continue the trial
4    date to February 21, 2023.

5    The Court hereby finds that the Stipulation between the
6    government and defendant JOSE HUIZAR and Coronavirus Orders, as well
7    of the oral agreement on the record of good cause by counsel for
8    defendant CHAN, all of which this Court incorporates by reference
9    into this Order, demonstrate facts that support a continuance of the
10   trial date in this matter, and provides good cause for a finding of
11   excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

12   The Court further finds that: (i) the ends of justice served by
13   the continuance outweigh the best interest of the public and
14   defendants in a speedy trial; (ii) failure to grant the continuance
15   would be likely to make a continuation of the proceeding impossible,
16   or result in a miscarriage of justice; (iii) the case is so unusual
17   and so complex, due to the nature of the prosecution, that it is
18   unreasonable to expect preparation for pre-trial proceedings or for
19   the trial itself within the time limits established by the Speedy
20   Trial Act; and (iv) failure to grant the continuance would
21   unreasonably deny defendants continuity of counsel and would deny
22   defense counsel the reasonable time necessary for effective
23   preparation, taking into account the exercise of due diligence.

24   THEREFORE, FOR GOOD CAUSE SHOWN:

25   1.   The trial in this matter is continued to **February 21, 2023**
26   **at 8:30 a.m.**  The briefing and hearings schedule for motions and
27   other pre-trial deadlines shall be:

28

| Event | Proposed Date |
|-------|---------------|
| Govt Witness List | 10/11/2022 |
| Govt Exhibit List & Exhibits | 10/11/2022 |
| Exchange Joint MIL Motions | 11/8/2022 |
| Conference re: Exhibit List | 11/15/2022 |
| Brady/Giglio | 12/2/2022 |
| Exchange Joint MIL Oppositions | 12/5/2022 |
| Govt Jencks Statements | 12/23/2022 |
| Exchange Joint MIL Replies | 12/19/2022 |
| Joint MILs (filing) | 12/19/2022 |
| Govt Charts & Summaries | 1/6/2023 |
| Joint Pre-Trial Exhibit Stipulation | 1/17/2023 |
| Final Transcripts & Translations | 1/20/2023 |
| **Hearing re: MIL** | **1/20/2023 at 8:00 a.m.** |
| Government's Proposed Joint Statement of Case (draft to defense) | 2/1/2023 |
| Expert Offer of Proof | 2/7/2023 |
| Government's Proposed Jury Instructions (draft to defense) | 2/7/2023 |
| Joint Statement of Case | 2/8/2023 |
| Proposed Voir Dire | 2/9/2023 |
| **Pretrial Conference** | **2/10/2023 at 8:00 a.m.** |
| Govt Trial Brief | 2/13/2023 |
| Jury Verdict Form | 2/13/2023 |
| Jury Instructions | 2/13/2023 |
| Defense Jencks Statements | 2/13/2023 |
| Defense Charts & Summaries | 2/13/2023 |
| Defense Witness List | 2/13/2023 |
| Defense Exhibit List | 2/13/2023 |

2.   The time period of October 18, 2022 to February 21, 2023, inclusive, as to defendants JOSE HUIZAR and RAYMOND CHAN, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), (h)(7)(B)(iv).

3.    Defendants JOSE HUIZAR and RAYMOND CHAN, shall appear in Courtroom 7A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on February 21, 2023 at 8:30 a.m.

4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.


April 27, 2022                                    _____
 DATE                                      HONORABLE JOHN F. WALTER
                                           UNITED STATES DISTRICT JUDGE

CC: USPO/PSA; USM


Presented by:

     /s/
VERONICA DRAGALIN
Assistant United States Attorney