TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
CASSIE D. PALMER (Cal Bar. No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0363/3289
     Facsimile: (213) 894-6436
     E-mail:   Mack.Jenkins@usdoj.gov
               Veronica.Dragalin@usdoj.gov
               Cassie.Palmer@usdoj.gov
               Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:20-326(A)-JFW |
| Plaintiff, | [PROPOSED] ORDER PERMITTING DISCLOSURE OF TAX RETURNS AND INFORMATION |
| v. | |
| JOSE LUIS HUIZAR, et. al, | |
| Defendants. | |

The Court's having considered the Government's unopposed <u>ex parte</u> application for an order permitting disclosure of tax return and return information relating to defendant 940 HILL, LLC ("940 HILL tax materials"), and good cause appearing therefor, the Court hereby ORDERS as follows:

1. The government may produce copies of the 940 HILL tax materials to counsel for defendants LEE, 940 HILL, and HUIZAR.

2. ` The government may produce copies of the 940 HILL tax materials to counsel for any other defendant in the case, to the extent that defendant requests the materials and the government determines the materials are discoverable as to that defendant.

3. The 940 HILL tax materials shall be designated as "Sensitive Materials," pursuant to the Protective Order issued in this case on August 3, 2020.  (See Dkt. 47.)

4. The government and the defense may disclose the 940 HILL tax materials in any court proceeding relating to this case, including at the trial, subject to the provisions for filing and publishing documents contained in the Protective Order and the Local Criminal Rules for the Central District of California.

IT IS SO ORDERED.

_____          _____
DATE                               HONORABLE JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
_____
CASSIE D. PALMER
Assistant United States Attorney