Richard M. Steingard (SBN 106374)
Law Offices of Richard M. Steingard
800 Wilshire Boulevard, Suite 1050
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR-20-325(a)-JFW |
| v. | |
| JOSE LUIS HUIZAR, ET AL., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

-DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF SECOND EX PARTE APPLICATION FOR ISSUANCE OF EARLY-RETURN SUBPOENAS DUCES TECUM; DECLARATION OF RICHARD M. STEINGARD; EXHIBITS
-DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S EX PARTE APPLICATION FOR AN ORDER PERMITTING DEFENDANT TO FILE DOCUMENTS WITH THE COURT IN CAMERA
-[PROPOSED] ORDER PERMITTING SHEN ZHEN NEW WORLD I, LLC TO FILE DOCUMENTS WITH THE COURT IN CAMERA

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

May 4, 2022
Date

Richard M. Steingard
Attorney Name

Shen Zhen New World I, LLC
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)   NOTICE OF MANUAL FILING OR LODGING