# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Diana Miner | 2a. Contact Phone Number: 213-894-2997 | 3a. Contact E-mail Address: diana_miner@fd.org |
| 1b. Attorney Name (if different): Cuauhtemoc Ortega | 2b. Attorney Phone Number: 213-894-2854 | 3b. Attorney E-mail Address: cuauhtemoc_ortega@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

**5. Name & Role of Party Represented:** Jose Luis Huizar, Defendant

**6. Case Name:** United States v. Jose Luis Huizar, et al

**7a. District Court Case Number:** 2:20-cr-326-JFW

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Myra Ponce

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal   ☒ Criminal  ☐ Civil    ☐ CJA  ☐ USA  ☒ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/16/2022 | | JFW | Trial day 3 - Entire Day | ● | ○ | ○ | ○ | ○ | ○ | ○ | DAILY (Next day) |
| 6/17/2022 | | JFW | Trial day 4 - Entire day | ● | ○ | ○ | ○ | ○ | ○ | ○ | DAILY (Next day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

COPY RATE since others have already ordered daily transcripts.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 6/21/2022    Signature: /s/ Cuauhtemoc Ortega

G-120 (06/18)