Ariel A. Neuman - State Bar No. 241594
  aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA,, | CASE NO. 20-CR-0326-JFW |
|---|---|
| Plaintiff, | **STIPULATION RE DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S POST-TRIAL MOTIONS FOR JUDGMENT OF ACQUITTAL (FED. R. CRIM. P. 29(c)) AND NEW TRIAL (FED. R. CRIM. P. 33)** |
| vs. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendant. | |
| | Filed Concurrently with [Proposed] Order |
| | Assigned to Hon. John F. Walter |

Defendant Dae Yong Lee and 940 Hill, LLC, by and through their counsel of record, Ariel A. Neuman and Ray S. Seilie of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. and Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Cassie D. Palmer, hereby STIPULATE as follows:

1. The parties agree that the deadline for defendants to file a post-trial Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29(c) and/or a Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33(a) should be continued until after the Court hears argument on defendants' Motion for Judgment of Acquittal Before Submission to the Jury on July 15, 2022.

2. The deadline for defendants to file a post-trial Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29(c) and/or a Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33(a) shall therefore be extended from July 11, 2022 to August 5, 2022.

3. The government's oppositions to both post-trial motions shall be filed on or before September 2, 2022.

4. Defendants' reply briefs in support of both motions shall be filed on or before September 9, 2022.

5. The hearing on both of defendants' motions shall be held on September 19, 2022.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED.**

DATED: June 30, 2022        Respectfully submitted,

Ariel A. Neuman
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____/s/ Ariel A. Neuman_____
    Ariel A. Neuman
    Attorneys for Defendants 940 Hill, LLC
    and Dae Yong Lee

Dated: June 30, 2022

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

By: _____/s/ (with permission)_____
    MACK E. JENKINS
    VERONICA DRAGALIN
    CASSIE D. PALMER
    Assistant United States Attorneys

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

**LOCAL RULE 5-4.3.4 ATTESTATION**

I attest and certify that all other signatories listed, and on whose behalf this filing is submitted, concur with the filing's content and have authorized the filing.

DATED: June 29, 2022            By:      */s/ Ariel A. Neuman*
                                             Ariel A. Neuman