Ariel A. Neuman - State Bar No. 241594
  aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA,, | CASE NO. 20-CR-0326-JFW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING DATE FOR DEFENDANTS DAE YONG LEE AND 940 HILL, LLC FROM SEPTEMBER 19, 2022 TO DECEMBER 5, 2022** |
| vs. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendant. | Filed Concurrently with [Proposed] Order |
| | Assigned to Hon. John F. Walter |

3800416.1

Case No. 20-CR-0326-JFW

STIPULATION RE CONTINUANCE OF SENTENCING HEARING

Defendant Dae Yong Lee and 940 Hill, LLC, by and through their counsel of record, Ariel A. Neuman and Ray S. Seilie of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. and Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Cassie D. Palmer, hereby STIPULATE as follows:

1. The sentencing hearing for Defendants Dae Yong Lee and 940 Hill, LLC is currently set for September 19, 2022.

2. According to the United States Probation Office, the current hearing date would require preparation of a Presentence Report ("PSR") by August 8, 2022.

3. In connection with its preparation of the PSR, the Probation Office has requested a significant amount of information related to the defendants, especially regarding 940 Hill LLC. Given defense counsel's current trial and travel schedule, it is unlikely that 940 Hill will be able to gather and provide all necessary information to the Probation Office in time for it to prepare a PSR by August 8.

4. The parties have discussed the concerns above and agree that the sentencing hearing date in this matter should be continued in order to provide the Probation Office sufficient time to prepare the PSR, and also to give the parties sufficient time to prepare and file any response and objections to the same.

5. In light of their respective schedules, the parties have agreed that sentencing hearing in this matter should be continued from September 19, 2022 to **December 5, 2022 at 8:00 a.m.**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | DATED:  July 8, 2022 | Respectfully submitted, |
| 3 | | |
| 4 | | Ariel A. Neuman |
| | | Ray S. Seilie |
| 5 | | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. |

By: _____/s/ Ariel A. Neuman_____
          Ariel A. Neuman
Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

Dated: July 8, 2022

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


By: _____/s/ (with permission)_____
          MACK E. JENKINS
          VERONICA DRAGALIN
          CASSIE D. PALMER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**LOCAL RULE 5-4.3.4 ATTESTATION**

I attest and certify that all other signatories listed, and on whose behalf this filing is submitted, concur with the filing's content and have authorized the filing.

DATED: July 8, 2022          By:     /s/ Ariel A. Neuman
                                      Ariel A. Neuman