Ariel A. Neuman - State Bar No. 241594
  aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA,, | CASE NO. 20-CR-0326-JFW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE STIPULATION TO CONTINUE SENTENCING HEARING DATE FOR DEFENDANTS DAE YONG LEE AND 940 HILL, LLC FROM SEPTEMBER 19, 2022 TO DECEMBER 5, 2022** |
| vs. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendant. | |
| | Assigned to Hon. John F. Walter |

3799475.1

Case No. 20-CR-0326-JFW

[PROPOSED] ORDER

1  Pursuant to the Stipulation between Defendants Dae Yong Lee and 940 Hill,
2  LLC and Plaintiff United States of America, this Court hereby ORDERS that the
3  sentencing hearing for Defendants Dae Yong Lee and 940 Hill, LLC in this matter
4  shall be continued from September 19, 2022, to **December 5, 2022 at 8:00 a.m.**

6  **IT IS SO ORDERED.**

8  DATED:

  Hon. John F. Walter
  United States District Judge