Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone:  (213) 260-9449
Facsimile:  (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

[And on Behalf of Jose Huizar and Raymond Chan]

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSE LUIS HUIZAR, ET AL.,<br><br>          Defendants. | Case No.: CR-20-326(A)-JFW<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' MOTION TO COMPEL DISCOVERY** |

     Having considered the pleadings and arguments, IT IS HEREBY ORDERED that Defendants' Motion to Compel Discovery is GRANTED.  The government is ordered to provide a detailed summary of conversations between government counsel and Terrence Jones, George Esparza's attorney, in and about March, 2020, regarding the parties' plea negotiations and draft factual bases.

DATED: _____        _____
                                                  HONORABLE JOHN F. WALTER
                                                  United States District Court