Richard M. Steingard (SBN 106374)
Law Offices of Richard M. Steingard
800 Wilshire Boulevard, Suite 1050
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR-20-326(A)-JFW |
| v. | |
| JOSE LUIS HUIZAR, ET AL., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged:  (**List Documents**)

-DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S EX PARTE APPLICATION FOR AN ORDER PERMITTING DEFENDANT TO FILE DOCUMENTS WITH THE COURT UNDER SEAL
-[PROPOSED] ORDER PERMITTING SHEN ZHEN NEW WORLD I, LLC TO FILE DOCUMENTS WITH THE COURT UNDER SEAL
-EXHIBITS A-G

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

| July 19, 2022 | Richard M. Steingard |
|---|---|
| Date | Attorney Name |
| | Shen Zhen New World I, LLC |
| | Party Represented |

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).