Ariel A. Neuman - State Bar No. 241594
aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC and Dae Yong Lee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS HUIZAR, et al., <br><br> Defendant. | CASE NO. 20-CR-0326-JFW <br><br> **ORDER RE DEFENDANTS' RULE 29(a) MOTIONS** <br><br> Assigned to Hon. John F. Walter |

**ORDER**

Good cause appearing, the Court hereby ORDERS as follows:

      a.      Defendants Dae Yong Lee and 940 Hill, LLC are deemed to have timely made motions pursuant to Rule 29(a) for pre-verdict judgments of acquittal as to Counts 5, 25, and 38 on the grounds that the evidence presented in the government's case was insufficient to support guilty verdicts on any of the three counts as to either defendant.

      b.      Defendants shall be permitted to make arguments in support of their Rule 29(a) motions for pre-verdict judgment of acquittal on Counts 5, 25, and 38 (except on the issues specifically addressed by the Court in its July 15, 2022 order) in their briefs in support of their Rule 29(c) post-trial motions for judgment of acquittal, which are due August 5, 2022.

      c.      The Court shall hear defendants' additional Rule 29(a) motions alongside their post-trial motion for judgment of acquittal under Rule 29(c) and their motion for a new trial under Rule 33(a), which are scheduled to be heard on September 19, 2022.

      d.      Defendants Lee and 940 Hill have not at this time waived any arguments available to them under Rule 29(a).

**IT IS SO ORDERED.**

DATED: July 20, 2022

_____
Hon. John F. Walter
United States District Judge