Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

[And on Behalf of Jose Huizar and Raymond Chan]

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS HUIZAR, ET AL.,<br><br>　　　　　Defendants. | CR-20-326(A)-JFW<br><br>**ORDER PERMITTING DEFENDANT SHEN ZHEN NEW WORLD I, LLC TO FILE DOCUMENTS WITH THE COURT UNDER SEAL** |

Upon reviewing Defendant Shen Zhen New World I, LLC's application and for good cause shown,

The application is GRANTED. IT IS HEREBY ORDERED that the Clerk of the Court shall file the following documents under seal:

1. Defendant Shen Zhen New World I, LLC's *Ex Parte* Application for an Order Permitting Defendant to File Documents with the Court Under Seal; Declaration of Richard M. Steingard and Exhibits A-G.

The documents shall remain sealed pending further order from this Court.

DATED: July 21, 2022

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　United States District Court