UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                                  Dated: August 8, 2022

====================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Susan S. Har |
| | | J. Jamari Buxton |
| | Interpreter: None | Asst. U.S. Attorney |

====================================================================

U.S.A. vs (Dfts listed below)                                    Attorneys **Present** for Defendants

1. Jose Luis Huizar - CR35 on file                   1. Carel Ale, DFPD and Adam Olin, DFPD
2. Raymond She Wah Chan, Present/Bond                2. Harland W. Braun, Retained
4. Shen Zhen New World I, LLC                        4. Richard M. Steingard, Retained

_____

**PROCEEDINGS:**   **MOTION TO COMPEL DISCOVERY  [613] Filed 7/19/22**

**JOINT FILING REGARDING THE GOVERNMENT'S DISCLOSURE OF ITS WITNESS AND EXHIBIT LISTS [621] Filed 8/1/22**

**STATUS CONFERENCE**

Case called, and counsel make their appearance.

Court hears from counsel, and for the reasons stated on the record the Court DENIES the Motion to Compel Discovery [613].

Court and counsel discuss the Joint Filing Regarding the Government's Disclosure of its Witness and Exhibit Lists [621], status of the case including motions in limine and various pretrial issues.

Initials of Deputy Clerk  sr
1/00