Susan S. Har (Cal. Bar No. 301924)
Assistant United States Attorney
1500 United States Courthouse
312 N. Spring. St., Los Angeles, CA 90012
Tel.: 213-894-3289

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-CR-326-JFW |
| v. | |
| JOSE HUIZAR, ET AL., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

Application for Appointment of Counsel (Isidra Huizar) and Proposed Order

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

August 16, 2022
Date

Susan Har
Attorney Name

USA
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)               NOTICE OF MANUAL FILING OR LODGING