# Exhibit A




**Extraction Report** - Apple iOS iTunes (Backup)

## Participants

  +12132159910

  +15623055579
George E. Esparza*

## Conversation - Instant Messages (45)

**+12132159910**
Told my kids I was going to az so don't say anything about Vegas
Status: Sent
Delivered: 3/27/2015 4:04:22 PM(UTC-7)
3/27/2015 4:04:21 PM(UTC-7)

**+15623055579 George E. Esparza**
Ok.
Status: Read
Read: 3/27/2015 4:52:11 PM(UTC-7)
3/27/2015 4:06:40 PM(UTC-7)

**+15623055579 George E. Esparza**
The driver recognized you as the councilman. Keep it professional.
Status: Read
Read: 3/27/2015 4:52:11 PM(UTC-7)
3/27/2015 4:13:04 PM(UTC-7)

**+15623055579 George E. Esparza**
He lives in garvanza.
Status: Read
Read: 3/27/2015 4:52:11 PM(UTC-7)
3/27/2015 4:13:04 PM(UTC-7)

**+15623055579 George E. Esparza**
I don't trust this guy... I don't get a good vibe from him.
Status: Read
Read: 3/27/2015 4:52:11 PM(UTC-7)
3/27/2015 4:49:20 PM(UTC-7)

**+15623055579 George E. Esparza**
Let's be careful
Status: Read
Read: 3/27/2015 4:52:11 PM(UTC-7)
3/27/2015 4:49:20 PM(UTC-7)

**+12132159910**
Where are u guys?
Status: Sent
Delivered: 3/28/2015 11:06:15 AM(UTC-7)
3/28/2015 11:06:09 AM(UTC-7)

**+15623055579 George E. Esparza**
Came with Ricky really quick to see his daughter.
Status: Read
Read: 3/28/2015 11:08:01 AM(UTC-7)
3/28/2015 11:07:39 AM(UTC-7)

**+12132159910**
Ask Ricky if ok for me to order breakfast and a massage or should I wait.
Status: Sent
Delivered: 3/28/2015 11:08:30 AM(UTC-7)
3/28/2015 11:08:30 AM(UTC-7)

**+15623055579 George E. Esparza**
Yes.
Status: Read
Read: 3/28/2015 11:11:16 AM(UTC-7)
3/28/2015 11:09:26 AM(UTC-7)

**+15623055579 George E. Esparza**
He said ok
Status: Read
Read: 3/28/2015 11:11:16 AM(UTC-7)
3/28/2015 11:09:31 AM(UTC-7)

**+12132159910**
What happened to Richard?  Did he make it back?
Status: Sent
Delivered: 3/28/2015 11:22:38 AM(UTC-7)
3/28/2015 11:22:38 AM(UTC-7)

**+15623055579 George E. Esparza**
Yes. He woke up and went golfing with frank
Status: Read
Read: 3/28/2015 11:36:25 AM(UTC-7)
3/28/2015 11:36:07 AM(UTC-7)

2

**+12132159910**
Where is the chairman?
Status: Sent
Delivered: 3/28/2015 11:36:38 AM(UTC-7)
3/28/2015 11:36:37 AM(UTC-7)

**+15623055579 George E. Esparza**
He's in his room.
Status: Read
Read: 3/28/2015 11:40:26 AM(UTC-7)
3/28/2015 11:39:52 AM(UTC-7)

**+15623055579 George E. Esparza**
We are going back to the room
Status: Read
Read: 3/28/2015 11:40:26 AM(UTC-7)
3/28/2015 11:40:00 AM(UTC-7)

**+12132159910**
I am ordering In room massage.   U and Ricky want one?  At 12:15
Status: Sent
Delivered: 3/28/2015 11:41:20 AM(UTC-7)
3/28/2015 11:41:19 AM(UTC-7)

**+15623055579 George E. Esparza**
We are on our way to chairmans room.
Status: Read
Read: 3/28/2015 11:49:26 AM(UTC-7)
3/28/2015 11:44:16 AM(UTC-7)

**+15623055579 George E. Esparza**
I'll take one.
Status: Read
Read: 3/28/2015 11:49:26 AM(UTC-7)
3/28/2015 11:44:16 AM(UTC-7)

**+15623055579 George E. Esparza**
No problem. I'll let you know as soon as I find out.
Status: Read
Read: 3/28/2015 12:22:24 PM(UTC-7)
3/28/2015 12:01:20 PM(UTC-7)

**+12132159910**
Hey.  Just read this.  My massage is coming at 12:15.  When u get here sounds like u can order one relatively quickly.

Let me know what u hear about what the plan is.
Status: Sent
Delivered: 3/28/2015 12:01:42 PM(UTC-7)
3/28/2015 12:01:31 PM(UTC-7)

3

> +12132159910
> Gonna start my massage.
> Status: Sent
> Delivered: 3/28/2015 12:22:35 PM(UTC-7)
> 3/28/2015 12:22:34 PM(UTC-7)

> +15623055579 George E. Esparza
> Ok.
> Status: Read
> Read: 3/28/2015 12:22:43 PM(UTC-7)
> 3/28/2015 12:22:40 PM(UTC-7)

> +15623055579 George E. Esparza
> They are just going to eat breakfast right now in the room.
> Status: Read
> Read: 3/28/2015 12:23:16 PM(UTC-7)
> 3/28/2015 12:22:40 PM(UTC-7)

> +12132159910
> What's plan?
> Status: Sent
> Delivered: 3/28/2015 12:22:50 PM(UTC-7)
> 3/28/2015 12:22:50 PM(UTC-7)

> +12132159910
> Ok
> Status: Sent
> Delivered: 3/28/2015 12:23:24 PM(UTC-7)
> 3/28/2015 12:23:23 PM(UTC-7)

> +12132159910
> Where are u guys ?
> Status: Sent
> Delivered: 3/28/2015 1:20:48 PM(UTC-7)
> 3/28/2015 1:20:38 PM(UTC-7)

> +15623055579 George E. Esparza
> At the chairmans room
> Status: Read
> Read: 3/28/2015 1:23:49 PM(UTC-7)
> 3/28/2015 1:22:24 PM(UTC-7)

> +12132159910
> U guys just chillin?
> Status: Sent
> Delivered: 3/28/2015 1:24:06 PM(UTC-7)
> 3/28/2015 1:24:00 PM(UTC-7)

4

> +15623055579 George E. Esparza
> Chairmans is pissed off. Breaking stuff
> **Status:** Read
> **Read:** 3/28/2015 1:33:54 PM(UTC-7)
> 3/28/2015 1:33:04 PM(UTC-7)

> +12132159910
> Why is he pissed?
> **Status:** Sent
> **Delivered:** 3/28/2015 1:34:11 PM(UTC-7)
> 3/28/2015 1:34:10 PM(UTC-7)

> +12132159910
> I am outside chairman room...
> **Status:** Sent
> **Delivered:** 3/28/2015 2:09:50 PM(UTC-7)
> 3/28/2015 1:59:39 PM(UTC-7)

> +12132159910
> Did u leave with them?
> **Status:** Sent
> **Delivered:** 3/28/2015 2:09:50 PM(UTC-7)
> 3/28/2015 2:02:21 PM(UTC-7)

> +12132159910
> Dude, where are u?
> **Status:** Sent
> **Delivered:** 3/28/2015 2:09:50 PM(UTC-7)
> 3/28/2015 2:05:00 PM(UTC-7)

> +12132159910
> I am in front of line
> **Status:** Sent
> **Delivered:** 3/28/2015 2:12:38 PM(UTC-7)
> 3/28/2015 2:12:37 PM(UTC-7)

> +15623055579 George E. Esparza
> Ok.in elevator
> **Status:** Read
> **Read:** 3/28/2015 2:16:02 PM(UTC-7)
> 3/28/2015 2:12:49 PM(UTC-7)

> +12132159910
> Close?
> **Status:** Sent
> **Delivered:** 3/28/2015 2:16:09 PM(UTC-7)
> 3/28/2015 2:16:08 PM(UTC-7)

5

> +12132159910
> We still going golfing? Should I get up?
> Status: Sent
> Delivered: 3/29/2015 8:18:57 AM(UTC-7)
> 3/29/2015 8:18:55 AM(UTC-7)

> +15623055579 George E. Esparza
> Lol
> Status: Read
> Read: 3/29/2015 8:19:18 AM(UTC-7)
> 3/29/2015 8:19:18 AM(UTC-7)

> +12132159910
> Sorry. Meant that for Ricky
> Status: Sent
> Delivered: 3/29/2015 8:19:26 AM(UTC-7)
> 3/29/2015 8:19:26 AM(UTC-7)

> +15623055579 George E. Esparza
> I'm not there boss.
> Status: Read
> Read: 3/29/2015 8:19:37 AM(UTC-7)
> 3/29/2015 8:19:28 AM(UTC-7)

> +15623055579 George E. Esparza
> Still partying?
> Status: Read
> Read: 3/29/2015 8:20:02 AM(UTC-7)
> 3/29/2015 8:19:28 AM(UTC-7)

> +12132159910
> Went to sleep late.
> Status: Sent
> Delivered: 3/29/2015 8:20:10 AM(UTC-7)
> 3/29/2015 8:20:10 AM(UTC-7)

> +12132159910
> What is your birthdate....?
> Status: Sent
> Delivered: 3/29/2015 11:16:04 PM(UTC-7)
> 3/29/2015 11:15:58 PM(UTC-7)

> +15623055579 George E. Esparza
> 10-27-86
> Status: Read
> Read: 3/29/2015 11:24:20 PM(UTC-7)
> 3/29/2015 11:22:59 PM(UTC-7)