# Exhibit B





**Extraction Report** - Apple iPhone

## Participants

  +16263748770
Ricky*

+15623055579

## Conversation - Instant Messages (36)

+16263748770 Ricky
**Attachments:**



Size: 45091
File name: IMG_3683.jpeg
IMG_3683.jpeg

**Status:** Read
**Read:** 4/29/2016 2:25:28 PM(UTC-7)

4/29/2016 2:25:01 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky
Coming
**Status:** Read
**Read:** 4/29/2016 8:39:23 PM(UTC-7)

4/29/2016 8:39:13 PM(UTC-7)

Source Extraction:
File System

+15623055579
Still at the office.
**Status:** Sent
**Delivered:** 4/29/2016 8:39:30 PM(UTC-7)
**Read:** 4/29/2016 8:52:42 PM(UTC-7)

4/29/2016 8:39:29 PM(UTC-7)

Source Extraction:
File System

**+15623055579**

I'm leaving tomorrow bro
**Status:** Sent
**Delivered:** 4/29/2016 11:35:23 PM(UTC-7)
**Read:** 4/29/2016 11:35:30 PM(UTC-7)

4/29/2016 11:35:21 PM(UTC-7)

Source Extraction:
File System

**+15623055579**

With Jose
**Status:** Sent
**Delivered:** 4/29/2016 11:35:24 PM(UTC-7)
**Read:** 4/29/2016 11:35:30 PM(UTC-7)

4/29/2016 11:35:24 PM(UTC-7)

Source Extraction:
File System

**+15623055579**

What for!?
**Status:** Sent
**Delivered:** 4/29/2016 11:35:29 PM(UTC-7)
**Read:** 4/29/2016 11:35:30 PM(UTC-7)

4/29/2016 11:35:29 PM(UTC-7)

Source Extraction:
File System

**+15623055579**

We will be there at 730 tonight.
**Status:** Sent
**Delivered:** 4/30/2016 11:48:17 AM(UTC-7)
**Read:** 4/30/2016 11:48:32 AM(UTC-7)

4/30/2016 11:48:04 AM(UTC-7)

Source Extraction:
File System

**+15623055579**

Planes leaves at 630
**Status:** Sent
**Delivered:** 4/30/2016 11:48:18 AM(UTC-7)
**Read:** 4/30/2016 11:48:32 AM(UTC-7)

4/30/2016 11:48:10 AM(UTC-7)

Source Extraction:
File System

**+16263748770 Ricky**

Send me tickets
**Status:** Read
**Read:** 4/30/2016 11:49:43 AM(UTC-7)

4/30/2016 11:49:43 AM(UTC-7)

Source Extraction:
File System

2

> +15623055579
>
> Ok
> **Status:** Sent
> **Delivered:** 4/30/2016 11:49:47 AM(UTC-7)
> **Read:** 4/30/2016 11:49:47 AM(UTC-7)
>
> 4/30/2016 11:49:47 AM(UTC-7)

Source Extraction:
File System

> +15623055579
>
> Whose there bro? The cow?
> **Status:** Sent
> **Delivered:** 4/30/2016 11:49:59 AM(UTC-7)
> **Read:** 4/30/2016 11:49:59 AM(UTC-7)
>
> 4/30/2016 11:49:59 AM(UTC-7)

Source Extraction:
File System

> +16263748770 Ricky
>
> ???
> **Status:** Read
> **Read:** 4/30/2016 2:42:30 PM(UTC-7)
>
> 4/30/2016 2:40:00 PM(UTC-7)

Source Extraction:
File System

> +15623055579
>
> Whose in Vegas? Jose asking
> **Status:** Sent
> **Delivered:** 4/30/2016 4:32:15 PM(UTC-7)
> **Read:** 4/30/2016 5:06:22 PM(UTC-7)
>
> 4/30/2016 4:32:13 PM(UTC-7)

Source Extraction:
File System

> +15623055579
>
> ?
> **Status:** Sent
> **Delivered:** 4/30/2016 5:11:00 PM(UTC-7)
> **Read:** 4/30/2016 5:34:13 PM(UTC-7)
>
> 4/30/2016 5:11:00 PM(UTC-7)

Source Extraction:
File System

> +15623055579
>
> Is he winning?
> **Status:** Sent
> **Delivered:** 4/30/2016 5:13:14 PM(UTC-7)
> **Read:** 4/30/2016 5:34:13 PM(UTC-7)
>
> 4/30/2016 5:13:13 PM(UTC-7)

Source Extraction:
File System

> +15623055579
> From Jose
> **Status:** Sent
> **Delivered:** 4/30/2016 5:13:18 PM(UTC-7)
> **Read:** 4/30/2016 5:34:13 PM(UTC-7)
> 4/30/2016 5:13:17 PM(UTC-7)

Source Extraction:
File System

> +15623055579
> Flight is on schedule again
> **Status:** Sent
> **Delivered:** 4/30/2016 5:58:35 PM(UTC-7)
> **Read:** 4/30/2016 6:00:58 PM(UTC-7)
> 4/30/2016 5:58:32 PM(UTC-7)

Source Extraction:
File System

> +16263748770 Ricky
> What's flight #?????
> **Status:** Read
> **Read:** 4/30/2016 6:02:41 PM(UTC-7)
> 4/30/2016 6:01:24 PM(UTC-7)

Source Extraction:
File System

> +15623055579
> Sent u email
> **Status:** Sent
> **Delivered:** 4/30/2016 6:52:12 PM(UTC-7)
> **Read:** 4/30/2016 7:08:23 PM(UTC-7)
> 4/30/2016 6:52:11 PM(UTC-7)

Source Extraction:
File System

> +15623055579
> On our way
> **Status:** Sent
> **Delivered:** 4/30/2016 6:55:37 PM(UTC-7)
> **Read:** 4/30/2016 7:08:23 PM(UTC-7)
> 4/30/2016 6:55:36 PM(UTC-7)

Source Extraction:
File System

> +15623055579
> Taking off.
> **Status:** Sent
> **Delivered:** 4/30/2016 7:06:26 PM(UTC-7)
> **Read:** 4/30/2016 7:08:23 PM(UTC-7)
> 4/30/2016 7:06:24 PM(UTC-7)

Source Extraction:
File System

4

+15623055579
Just landed
Status: Sent
Delivered: 4/30/2016 7:55:32 PM(UTC-7)
Read: 4/30/2016 7:55:39 PM(UTC-7)
4/30/2016 7:55:31 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky
Car there
Status: Read
Read: 4/30/2016 7:56:32 PM(UTC-7)
4/30/2016 7:55:51 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky
Look for you name
Status: Read
Read: 4/30/2016 7:56:32 PM(UTC-7)
4/30/2016 7:56:06 PM(UTC-7)

Source Extraction:
File System

+15623055579
Ok bro.
Status: Sent
Delivered: 4/30/2016 7:56:46 PM(UTC-7)
Read: 4/30/2016 7:57:02 PM(UTC-7)
4/30/2016 7:56:45 PM(UTC-7)

Source Extraction:
File System

+15623055579
Awake bro?
Status: Sent
Delivered: 5/1/2016 11:21:20 AM(UTC-7)
Read: 5/1/2016 12:19:14 PM(UTC-7)
5/1/2016 11:21:18 AM(UTC-7)

Source Extraction:
File System

+15623055579
Im going to shower
Status: Sent
Delivered: 5/1/2016 11:21:22 AM(UTC-7)
Read: 5/1/2016 12:19:14 PM(UTC-7)
5/1/2016 11:21:22 AM(UTC-7)

Source Extraction:
File System

5

+15623055579

With Jose. Going back.
Status: Sent
Delivered: 5/2/2016 2:31:10 AM(UTC-7)
Read: 5/2/2016 2:36:43 AM(UTC-7)

5/2/2016 2:27:39 AM(UTC-7)

Source Extraction:
File System

+15623055579

Tell u in the room.
Status: Sent
Delivered: 5/2/2016 3:30:02 AM(UTC-7)
Read: 5/2/2016 3:30:06 AM(UTC-7)

5/2/2016 3:30:02 AM(UTC-7)

Source Extraction:
File System

+15623055579

George esparza
Juan Hernandez
Status: Sent
Delivered: 5/2/2016 9:05:48 AM(UTC-7)
Read: 5/2/2016 9:06:00 AM(UTC-7)

5/2/2016 9:05:44 AM(UTC-7)

Source Extraction:
File System

+15623055579

Where is the car going to be?
Status: Sent
Delivered: 5/2/2016 10:28:07 AM(UTC-7)
Read: 5/2/2016 10:32:27 AM(UTC-7)

5/2/2016 10:28:06 AM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky

Front
Status: Read
Read: 5/2/2016 10:36:30 AM(UTC-7)

5/2/2016 10:32:36 AM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky

Under Wei HUANG
Status: Read
Read: 5/2/2016 10:36:30 AM(UTC-7)

5/2/2016 10:32:45 AM(UTC-7)

Source Extraction:
File System

6

+16263748770 Ricky

Coming up

**Status:** Read
**Read:** 5/2/2016 10:41:29 AM(UTC-7)

5/2/2016 10:40:20 AM(UTC-7)

Source Extraction:
File System

+15623055579

Come outside

**Status:** Sent
**Delivered:** 5/2/2016 3:00:24 PM(UTC-7)
**Read:** 5/2/2016 3:14:51 PM(UTC-7)

5/2/2016 3:00:22 PM(UTC-7)

Source Extraction:
File System

+15623055579

I'm ready to leave bro.

**Status:** Sent
**Delivered:** 5/3/2016 11:14:52 AM(UTC-7)
**Read:** 5/3/2016 12:04:54 PM(UTC-7)

5/3/2016 11:14:50 AM(UTC-7)

Source Extraction:
File System