# Exhibit C




**Extraction Report** - Apple iPhone

## Participants



+16263748770
Ricky*

+15623055579

## Conversation - Instant Messages (35)

> +15623055579
> U coming to meeting?
> **Status:** Sent
> **Delivered:** 8/4/2016 11:42:33 AM(UTC-7)
> **Read:** 8/4/2016 12:22:02 PM(UTC-7)
>
> 8/4/2016 11:42:32 AM(UTC-7)

Source Extraction:
File System

> +15623055579
> Does chairman need parking?
> **Status:** Sent
> **Delivered:** 8/4/2016 11:42:43 AM(UTC-7)
> **Read:** 8/4/2016 12:22:02 PM(UTC-7)
>
> 8/4/2016 11:42:42 AM(UTC-7)

Source Extraction:
File System

> +15623055579
> Are we having dinner tonight?
> **Status:** Sent
> **Delivered:** 8/4/2016 1:14:58 PM(UTC-7)
> **Read:** 8/4/2016 1:15:03 PM(UTC-7)
>
> 8/4/2016 1:14:57 PM(UTC-7)

Source Extraction:
File System

> +16263748770 Ricky
> Yes
> **Status:** Read
> **Read:** 8/4/2016 1:18:24 PM(UTC-7)
>
> 8/4/2016 1:15:05 PM(UTC-7)

Source Extraction:
File System

1



+16263748770 Ricky

Come to my house later

**Status:** Read

**Read:** 8/4/2016 1:18:24 PM(UTC-7)

8/4/2016 1:15:26 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky

Go together

**Status:** Read

**Read:** 8/4/2016 1:18:24 PM(UTC-7)

8/4/2016 1:15:35 PM(UTC-7)

Source Extraction:
File System

+15623055579

Ok

**Status:** Sent

**Delivered:** 8/4/2016 1:18:27 PM(UTC-7)

**Read:** 8/4/2016 1:21:12 PM(UTC-7)

8/4/2016 1:18:27 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky

Home

**Status:** Read

**Read:** 8/4/2016 7:27:15 PM(UTC-7)

8/4/2016 7:22:14 PM(UTC-7)

Source Extraction:
File System

+15623055579

Are u still going to Vegas? Jose is asking.

**Status:** Sent

**Delivered:** 8/5/2016 11:01:27 AM(UTC-7)

**Read:** 8/5/2016 11:02:35 AM(UTC-7)

8/5/2016 11:01:26 AM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky

Yes

**Status:** Read

**Read:** 8/5/2016 11:02:43 AM(UTC-7)

8/5/2016 11:02:40 AM(UTC-7)

Source Extraction:
File System

+15623055579
What happened?
**Status:** Sent
**Delivered:** 8/5/2016 12:40:29 PM(UTC-7)
**Read:** 8/5/2016 12:40:29 PM(UTC-7)

8/5/2016 12:40:28 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky
Need you name
**Status:** Read
**Read:** 8/5/2016 12:40:42 PM(UTC-7)

8/5/2016 12:40:38 PM(UTC-7)

Source Extraction:
File System

+15623055579
George esparza
Juan Rodriguez
**Status:** Sent
**Delivered:** 8/5/2016 12:41:01 PM(UTC-7)
**Read:** 8/5/2016 12:41:18 PM(UTC-7)

8/5/2016 12:41:01 PM(UTC-7)

Source Extraction:
File System

+15623055579
Trying bro
**Status:** Sent
**Delivered:** 8/5/2016 2:22:00 PM(UTC-7)
**Read:** 8/5/2016 2:22:16 PM(UTC-7)

8/5/2016 2:22:00 PM(UTC-7)

Source Extraction:
File System

+15623055579
Burbank
**Status:** Sent
**Delivered:** 8/5/2016 2:33:04 PM(UTC-7)
**Read:** 8/5/2016 2:38:00 PM(UTC-7)

8/5/2016 2:33:03 PM(UTC-7)

Source Extraction:
File System

+15623055579
?
**Status:** Sent
**Delivered:** 8/5/2016 2:35:43 PM(UTC-7)
**Read:** 8/5/2016 2:38:00 PM(UTC-7)

8/5/2016 2:35:42 PM(UTC-7)

Source Extraction:
File System

3

+16263748770 Ricky

Yes

**Status:** Read
**Read:** 8/5/2016 2:51:53 PM(UTC-7)

8/5/2016 2:38:03 PM(UTC-7)

Source Extraction: File System

+15623055579

Where?

**Status:** Sent
**Delivered:** 8/5/2016 2:44:34 PM(UTC-7)
**Read:** 8/5/2016 2:54:31 PM(UTC-7)

8/5/2016 2:44:33 PM(UTC-7)

Source Extraction: File System

+16263748770 Ricky

**Attachments:**



Size: 76542
File name: IMG_3064.jpeg
IMG_3064.jpeg

**Status:** Read
**Read:** 8/5/2016 3:01:03 PM(UTC-7)

8/5/2016 3:00:31 PM(UTC-7)

Source Extraction: File System

+16263748770 Ricky

How many time you be there before lol

**Status:** Read
**Read:** 8/5/2016 3:01:03 PM(UTC-7)

8/5/2016 3:01:00 PM(UTC-7)

Source Extraction: File System

+15623055579

On our way

**Status:** Sent
**Delivered:** 8/5/2016 3:01:30 PM(UTC-7)
**Read:** 8/5/2016 3:03:02 PM(UTC-7)

8/5/2016 3:01:30 PM(UTC-7)

Source Extraction: File System

+15623055579
Million air
**Status:** Sent
**Delivered:** 8/5/2016 3:02:54 PM(UTC-7)
**Read:** 8/5/2016 3:03:02 PM(UTC-7)
8/5/2016 3:02:53 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky
Fuck
**Status:** Read
**Read:** 8/5/2016 3:03:16 PM(UTC-7)
8/5/2016 3:03:15 PM(UTC-7)

Source Extraction:
File System

+15623055579
10 min
**Status:** Sent
**Delivered:** 8/5/2016 3:28:27 PM(UTC-7)
**Read:** 8/5/2016 3:32:40 PM(UTC-7)
8/5/2016 3:28:27 PM(UTC-7)

Source Extraction:
File System

+15623055579
7min away
**Status:** Sent
**Delivered:** 8/5/2016 3:32:26 PM(UTC-7)
**Read:** 8/5/2016 3:32:40 PM(UTC-7)
8/5/2016 3:32:25 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky
**Attachments:**

Size: 1867289
File name: IMG_8068.jpeg
IMG_8068.jpeg

**Status:** Read
**Read:** 8/5/2016 3:33:12 PM(UTC-7)
8/5/2016 3:33:03 PM(UTC-7)

Source Extraction:
File System

5





+15623055579

Thought u said U were there!!

**Status:** Sent

**Delivered:** 8/5/2016 3:33:32 PM(UTC-7)

**Read:** 8/5/2016 3:37:59 PM(UTC-7)

8/5/2016 3:33:28 PM(UTC-7)

Source Extraction:
File System

+15623055579

Here

**Status:** Sent

**Delivered:** 8/5/2016 3:42:30 PM(UTC-7)

**Read:** 8/5/2016 3:45:01 PM(UTC-7)

8/5/2016 3:42:29 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky

Will Call You Back!

**Status:** Read

**Read:** 8/5/2016 3:43:48 PM(UTC-7)

8/5/2016 3:43:16 PM(UTC-7)

Source Extraction:
File System

+15623055579

How far

**Status:** Sent

**Delivered:** 8/5/2016 4:33:00 PM(UTC-7)

**Read:** 8/5/2016 4:40:10 PM(UTC-7)

8/5/2016 4:32:59 PM(UTC-7)

Source Extraction:
File System

+15623055579

?

**Status:** Sent

**Delivered:** 8/5/2016 5:01:06 PM(UTC-7)

**Read:** 8/5/2016 5:04:11 PM(UTC-7)

8/5/2016 5:01:05 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky

5 min

**Status:** Read

**Read:** 8/5/2016 5:04:22 PM(UTC-7)

8/5/2016 5:04:18 PM(UTC-7)

Source Extraction:
File System

**Flight Crew**
PIC: Steven Crittenden
SIC: Seir Havana
FA: Courtney Cyphers

**Aircraft Information**
Tail # N663PD
Aircraft: Gulfstream IV

**Friday, August 5, 2016**

Depart 1430 (2:30 pm)
Burbank, CA
*Bob Hope Airport (BUR)*
Avjet FBO
4301 Empire Avenue
Burbank, CA 91505
818.841.6190

Arrive 1524 (3:24 pm)
Las Vegas, NV