# Exhibit E




**Extraction Report** - Apple iPhone

## Participants



+16263748770
Ricky*

+15623055579

## Conversation - Instant Messages (9)

> +15623055579
> I'll go with Jose tomorrow morning
> Status: Sent
> Delivered: 2/3/2017 8:40:03 PM(UTC-8)
> Read: 2/3/2017 8:40:20 PM(UTC-8)
> 2/3/2017 8:40:02 PM(UTC-8)

Source Extraction: File System

> +15623055579
> Thanks bro
> Status: Sent
> Delivered: 2/3/2017 8:40:17 PM(UTC-8)
> Read: 2/3/2017 8:40:20 PM(UTC-8)
> 2/3/2017 8:40:17 PM(UTC-8)

Source Extraction: File System

> +15623055579
> Flight 1957
> Status: Sent
> Delivered: 2/4/2017 7:06:04 AM(UTC-8)
> Read: 2/4/2017 7:21:56 AM(UTC-8)
> 2/4/2017 7:06:02 AM(UTC-8)

Source Extraction: File System

> +15623055579
> Southwest from Burbank
> Status: Sent
> Delivered: 2/4/2017 7:06:10 AM(UTC-8)
> Read: 2/4/2017 7:21:56 AM(UTC-8)
> 2/4/2017 7:06:10 AM(UTC-8)

Source Extraction: File System

> +15623055579
> Lands at 10am
> **Status:** Sent
> **Delivered:** 2/4/2017 7:06:32 AM(UTC-8)
> **Read:** 2/4/2017 7:21:56 AM(UTC-8)
>
> 2/4/2017 7:06:31 AM(UTC-8)

Source Extraction: File System

> +15623055579
> Make sure Jose doesn't go in private room. He's going to try to use my player card but make sure they check id.
> **Status:** Sent
> **Delivered:** 2/4/2017 10:20:59 AM(UTC-8)
> **Read:** 2/4/2017 10:21:27 AM(UTC-8)
>
> 2/4/2017 10:20:59 AM(UTC-8)

Source Extraction: File System

> +16263748770 Ricky
> At room
> **Status:** Read
> **Read:** 2/4/2017 3:29:28 PM(UTC-8)
>
> 2/4/2017 3:01:59 PM(UTC-8)

Source Extraction: File System

> +15623055579
> On my way
> **Status:** Sent
> **Delivered:** 2/4/2017 3:29:33 PM(UTC-8)
> **Read:** 2/4/2017 3:31:47 PM(UTC-8)
>
> 2/4/2017 3:29:32 PM(UTC-8)

Source Extraction: File System

> +15623055579
> If we go downstairs, make sure they check his ID bro.
> **Status:** Sent
> **Delivered:** 2/4/2017 3:58:42 PM(UTC-8)
> **Read:** 2/4/2017 4:05:03 PM(UTC-8)
>
> 2/4/2017 3:58:41 PM(UTC-8)

Source Extraction: File System

2