Exhibit F

# [No Subject]

| | |
|---|---|
| **From:** | Jose Huizar <jose.huizar@sbcglobal.net> |
| **To:** | George Esparza <georgesparza@gmail.com> |
| **Date:** | Thu, 14 Jul 2016 08:10:06 -0700 |

We should limit types of conversations we just had on phone.  For future reference.  My bad.

Sent from my iPhone

Casino_0005656