# Exhibit G

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry   09/30/2015

    On 9/2/2015, Quyen "Michael" Trang (Trang), whose Date Of Birth (DOB) is 2/16/1955, and who resides at 517 South Everett Street, Monterey Park, California (CA) was interviewed by Special Agent (SA) Teresa L. Tampubolon (Tampubolon) and SA Sharon M. Bauman at the Palazzo Hotel, employee conference room located at 3325 South Las Vegas Boulevard, Las Vegas, Nevada. Also present during the interview were Assistant United States Attorney (AUSA) Douglas M. Miller, AUSA Mack Jenkins, Las Vegas Sands Corporate attorney Matthew J. Alexander of Mayer Brown LLP, Las Vegas Sands Corporate Senior Vice President & Global Chief Compliance Officer Jonathan I. Solomon, Las Vegas Sands Corporate Senior AML Counsel Macaire Moran, Las Vegas Sands Corporate Attorney – litigation Nicole Laudwig and Las Vegas Sands Corporate attorney Jessica Lynn (Lynn), who provided translation services from the English language into the Cantonese language and vice versa. After being advised of the identities of the interviewing agents, the purpose of the interview and the obligation to be truthful, Trang voluntarily provided the following information:

    Trang spoke both Cantonese and Mandarin dialects of the Chinese language. While Mandarin was Trang's primary language, Trang and Lynn spoke in Cantonese and Lynn translated it into English.

    Trang's current position with the Las Vegas Sands Corporation was Vice President of Marketing. Trang worked out of the Monterey Park office. Trang said he was admonished by the Las Vegas Sands Corporation that he was going to be asked questions by someone, such as someone from the Federal Bureau of Investigation (FBI) and further admonished to keep the fact that he was being interviewed confidential. Per his employer's request, Trang said he did not tell anyone about the interview and agreed to continue to keep it confidential.

    Around 2006, Wei Huang (Huang) was introduced to Trang through Frank Yuan (Yuan). Trang personally spoke with Huang on one occasion in 2006 via the telephone. Trang provided the following telephone numbers for Huang from his cellular telephone, which to his knowledge, have remained the same since 2006:

    International number in China: 136 026 28868

UNCLASSIFIED//FOUO

Investigation on  09/02/2015  at  Las Vegas, Nevada, United States (In Person)

File #  194B-LA-255905-GJ                                   Date drafted  09/08/2015

by  TAMPUBOLON TERESA L, BAUMAN SHARON M

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

194B-LA-255905-GJ

Continuation of FD-302 of  9/2/2015 Interview of Quyen "Michael" Trang  , On 09/02/2015 , Page 2 of 3

Domestic cellular telephone number: 626-297-6796

Trang also spoke to Huang's personal assistant, Ricky Zhang (Zhang).

Trang was involved with Huang's visits to the Las Vegas Sands Corporation hotels, including arranging hotel reservations for specific rooms and flight times for the private jet. When Huang requests guests as passengers on the private jet, Trang is responsible for obtaining their identification. Trang helped verify Huang's identification once, which took place the first time Huang applied for credit. Trang has not verified any of Huang's information since the initial request.

For any guests intending to ride on the private jet, Trang obtains the potential passenger's passport or, in the absence of a passport, a drivers license. He takes a photograph of it then sends it to Asian Marketing via email or a text message. Trang does not maintain the photograph after he sends it to Asian Marketing via woman named Coco, whose last name was not provided.

Trang provided his cellular telephone number as 626-617-6196 and said the number has been the same for the last ten years. Trang provided the cellular telephone number for Huang's wife, whose name he did not know as 626-297-6798.

Trang has a recollection of Jose Huizar (Huizar) being a guest of Huang, but he has not interacted with Huizar and does not know what Huizar does for a living.

[Macaire Moran departed the interview room.]

Trang recalled observing Huizar on the Sands Corporation property located in Las Vegas, Nevada. Trang described Huizar non-Asian, tall and wearing shorts. When Huizar came on the property, Huang did not introduce Trang to Huizar. Trang thought Huizar was a foreigner.

Many times when Huang brought passengers on the private jet, Trang obtained their identification but did not ask for any further information about their relationship with Huang. On Huang's trips from CA to Las Vegas, Trang met Huang and his guests in CA and drove separately to Las Vegas in order to be present should Huang and his guests have any further needs. Typically, Trang greeted Huang and his guests at Paiza, the high limit gambling room in the Palazzo hotel but did not get introduced personally to all of Huang's guests. Trang recalled seeing Huizar with Trang on two occasions during two separate trips.

UNCLASSIFIED//FOUO

*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*
Case 2:20-cr-00326-JFW   Document 642-7   Filed 08/29/22   Page 4 of 4   Page ID #:14524

194B-LA-255905-GJ Serial 85

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of  194B-LA-255905-GJ  9/2/2015 Interview of Quyen "Michael" Trang  , On  09/02/2015  , Page  3 of 3

[Macaire Moran returned to the interview room with a color copy of a photograph of Huizar's CA driver's license, which she provided to the interviewing agents. After removing the personal identifying information, the interviewing agents later showed Trang the copy of the photograph and Trang confirmed he believed the photograph was Huizar.]

After greeting Huang's guests, Trang remained in the Paiza to ensure the credit line for Huang's guests were activated. After the credit lines were activated, Huang left the Paiza.

[Jonathan I. Solomon briefly exited the interview room and returned].

Trang said Huang preferred to be left alone but would contact him if Huang needed his assistance. Most of the time, Huang's guests stayed with Huang in his suite but sometimes they did not. When Huang makes reservations with Trang, Trang generally booked one four bedroom suite and four to five additional rooms. Trang said he did not know the room allocation of which guests stayed in which rooms.

Usually after Huang checked into the hotel, the front desk provided keys to Huang and his guests.

Trang was shown a colored copy of a photograph (labeled with a number 2, later changed to a 3, contained in a circle by SA Tampubolon), which he reviewed. Trang said he was pretty sure the individual in the photograph was Huizar. Trang re-examined the copy of a photograph a second time and said he was 70 % to 80% sure the individual in the photograph was Huizar.

[A copy of the photograph is being digitally attached to this report.]

To Trang's knowledge, Huang never received any "free" shows from the Las Vegas Sands Corporation. However, Trang clarified that Huang's play rating was enough to earn "comps," which Huang used toward tickets to shows.

**UNCLASSIFIED//FOUO**