# Exhibit H



Casino_0364408



Casino_0364409



Casino_0364411



Casino_0364410