# Exhibit A

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    02/04/2022

On January 27, 2022, ROSE FISTROVIC was interviewed by FBI Special Agent Andrew Civetti via video conference.  Also present during the interview was Assistant United States Attorney ("AUSA") Veronica Dragalin and AUSA Melissa Mills and PSOMAS General Counsel Chad Wilson.  After being advised of the identity of the interviewing Agent and the nature of the interview, FISTROVIC provided the following information:

*[Agent Note: Prior to the interview FISTROVIC was advised that the interview was voluntary. FISTROVIC was instructed that she could end the interview at any time. FISTROVIC was advised that lying to the FBI was a federal offense and that lying included omitting information. FISTROVIC affirmatively acknowledged she understood all of these admonishments and that she must be completely truthful.]*

**The below names and topics were discussed during the recording. This report is not intended to be a verbatim account of the recording and does not memorialize all statements made during the recording. The recording captured the actual words spoken. The original recording is being maintained in the ELSUR section of case file 194B-LA-255905, 1D447.**

## BACKGROUND

FISTROVIC worked for PSOMAS for approximate five years.  FISTROVIC was hired as a project manager for projects involving land use and land development in the City of Los Angeles ("the City").  Prior to working for PSOMAS, FISTROVIC worked for the City of Van Nuys for fourteen years.  FISTROVIC had experience in mapping, development, and land use.  FISTROVIC worked with many consultants, City staff members, government officials, and community groups. After FISTROVIC's work in Van Nuys, FISTROVIC worked for the Community Redevelopment Agency ("CRA-LA").  FISTROVIC had a lot of experience working throughout Los Angeles.

## STEINGUARD INTERVIEW

FISTROVIC was interviewed by Richard Steinguard, defense counsel for SHEN ZHEN NEW WORLD ("SZNW").  Steinguard asked similar background questions

| Investigation on | 01/27/2022 | at | Los Angeles, California, United States (Phone) |

| File # | 194B-LA-255905 | | Date drafted | 01/27/2022 |

by   Andrew R. Civetti

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Casino_2096624

regarding FISTROVIC's position and previous employment.  Steinguard shared documents with FISTROVIC.  The documents were contracts, schedules, and milestones for the SZNW project, the LA Grand Hotel ("the Project").  Steinguard asked about FISTROVIC's involvement and role on the Project.  Steinguard asked if there was anything unusual or different about the Project compared to other projects FISTROVIC was involved.

The Project was very similar to other projects that were seeking entitlements.  FISTROVIC did not see anything unusual or different.

**HISTORY**

FISTROVIC was first involved with the Project around January 2018.  Around this time was when the contract was negotiated, and it was more realistic that PSOMAS would be involved.  FISTROVIC did not know exactly how PSOMAS was first contacted but believed that FISTROVIC's boss, JOEL MILLER, was involved in the negotiations.  FISTROVIC was not aware when the negotiations first started or who all was involved in the negotiations.  As project manager, FISTROVIC was only assigned after the contract was finalized.

*[Agent Note: FISTROVIC was shown government exhibit Casino_0806098 – "Schedule A Shenzhen New World Investment (USA), Inc. – Subdivision Map and Related Entitlements."]*

It was very well possible that the negotiations started in as early as February 15, 2017 due to the date on the document.  "Sub-division" was a stand alone report that would need to be completed prior to the larger application.  It was possible that someone outside of the overall project reached out independently for survey work to be done.  The survey work needed to be done way before anyone got involved or considered what the project would become.

At the time that FISTROVIC was assigned to the Project, the plans included a conceptional architectural plan.  This plan was used to determine if the Project met code and community plan.  The architect, JEFF DIMAZIO and KATO, were already involved in the project.  The base idea for the Project was already completed and was similar to what was actually filed with the City in June 2018.

The "specific plan" was the governing document for the Project.

*[Agent Note: FISTROVIC was shown government exhibit Casino_0806070 – Email from Joel Miller to yuhb@sznewworld.cn and cc Wei Huang, Virginia Clark, Max Chang, Tiffany Huang, and Psomas Staff.]*

Continuation of FD-302 of (U) 2022/01/27_Rose Fistrovic, On 01/27/2022, Page 3 of 5

The email reflected communications between the hotel and development team. VIRGINIA CLARK was the point of contact for SZNW. MAX CHANG was CLARK's assistant and handled the administrative tasks such as preparing documents and payments. Some of the people on the email chain were not actively involved on the Project. The emails were typically addressed to Chairman WEI HUANG, but were handled by CLARK. Any decisions made for the Project were reviewed and approved by HUANG. At some point CLARK was no longer involved on the project and PSOMAS was told CLARK was no longer employed by SZNW. FISTROVIC could not remember exactly when CLARK left SZNW. FISTROVIC never interacted with TIFFANY HUANG and did not recognize the email address yuhb@sznewworld.cn.

Through the process of preparing SZNW's application, FISTROVIC learned that HUANG was the owner of SZNW and the Project. FISTROVIC knew RAYMOND CHAN through FISTROVIC's previous work because CHAN was General Manager of the Los Angeles Department of Building and Safety. FISTROVIC had no contact after FISTROVIC left CRA-LA.

While preparing the application, an outreach team was responsible for engaging the public to include community groups, leaders, and other developers. Engagement early in the process was important to ensure a successful project. Anyone within a 500 ft. radius of the Project had to be contacted to inform them of the Project and determine the impact on the community.

[Agent Note: FISTROVIC was shown government exhibit Casino_0821019 – "CCA Presentation, Jan 15, 2018".]

The Central City Association ("CCA") was a community group that worked with developers. CCA was very supportive of development in Los Angeles and was often asked to speak on behalf of projects at various hearings. The exhibit was a draft agenda for a CCA presentation of the Project. Ultimately the meeting never happened.

The entitlement process contained several components such as vesting tentative tract, conditional use permits, and transfer of floor area rights ("TFAR"). The vesting tentative tract related to how the land was divided into multiple uses such as the existing building, additional apartments, school, parking, etc. The conditional use permits involved alcohol and restaurants or bars and entertainment for the Project. The TFAR included the "rights" to build. 90% of the construction in Los Angeles needed additional TFAR.

[Agent Note: FISTROVIC was shown government exhibit Casino_0815167 – PLUM

Committee, Bunker Hill Specific Plan.]

The Specific Plan was the supporting documentation that governed any development within that plan.  For the Project, the Bunker Hill Specific Plan was the governing document.  The 2013 motion confirmed that the document was still valid. Specific plans typically were renewed every ten years.

Both the LA Grand Hotel and Universal Sheraton projects came to PSOMAS at the same time.  HUANG was the owner of both hotels.  The Universal Sheraton had a slightly different entitlement request because it was in a different are and zoning code. PSOMAS started preparing the application for the Universal Sheraton project; however, during the outreach face, NBC Universal disclosed that there was a conditional covenant between NBC Universals adjacent property and HUANG's Universal Sheraton.  NBC said they had the first right to approve the project and their approval was needed to proceed with the project.  HUANG never disclosed this with PSOMAS and never provided the project proposal to NBC.  NBC made threats or statements to HUANG that they would reject the project.  HUANG ultimately decided not to move forward.

**STATUS**

The Project was currently on hold.  The Project's application was filed with the City on June 11, 2018 but still required the environmental document.  The City typically kept an application open for one year and then terminated the permit if the required documentation was not received.  No additional documentation was ever provided to the City and SZNW stopped responding to PSOMAS.

*[Agent Note: FISTROVIC was shown government exhibit Casino_0815584 – "Status of Project Review: Application Deemed Complete".]*

Not specific to the Project, all projects in the City wanted to be submitted before June 2017 because of new legislation related to linkage fee payments.  Projects filed after June 2017 would require an additional payment towards the homelessness initiative.

PSOMAS could not complete the CEQA documents because SZNW stopped communicating to authorize hiring the individuals necessary to get the report complete.  SZNW still owed PSOMAS money for the work that was completed.  SZNW stopped communicating around six months after the application was filed.  The last communication was in the fall of 2018 or early 2019.

PSOMAS told SZNW that the entire process would take approximately three years to be fully entitled. Certain milestones were necessary that included the Planning Commission, PLUM, and City Council.

**COUNCIL OFFICE**

It was customary to talk to the district staff for where the project was located. The district staff was always involved in the process and it was important to reach out early in the process. FISTROVIC did not personally reach out to the Councilmember as this was typically completed by the outreach team. FISTROVIC did not recall participating in any meetings with CD14 or JOSE HUIZAR.

FISTROVIC was not aware of any relationship between HUANG and HUIZAR. It was never brought up to FISTROVIC that HUANG and HUIZAR were friends or had any type of relationship. FISTROVIC did not think of HUIZAR as individually important to the project and only dealt with the planning deputies. FISTROVIC had no experience meeting with councilmembers but knew it was absolutely necessary to have then council district on board. Politics in Los Angeles played a huge role in the development in the City.

FISTROVIC would be concerned if she knew of a relationship between HUANG and HUIZAR. PSOMAS would have not been involved had they known of the relationships or trips between HUANG and HUIZAR. FISTROVIC would be concerned because at the least the behavior was unethical.