**Exhibit 2**

| | |
|---|---|
| From: | Jeffrey DiMarzio <jdimarzio@d-kgroup.com> |
| Sent: | Friday, March 18, 2016 12:59 PM |
| To: | 'Victor Li' |
| Cc: | 'Satoru Kato' |
| Subject: | RE: STATUS FOR THE NEW DESIGN |

Victor,
Please let the Chairman know that we are just now today sending the agreement for this study to Mr. Xiang after having it translated. We have done a preliminary property report to start the research part of the study so far and have a few ideas about the planning. If Mr. Xiang can approve the agreement quickly we can get started next week on both research and planning and also touch base with Ray Chan.
Thanks,
Jeff

-----Original Message-----
From: Victor Li [mailto:victor.li@sznw-usa.ccm]
Sent: Friday, March 18, 2016 10:54 AM
To: Jeffrey DiMarzio <jdimarzio@d-kgroup.com>
Subject: STATUS FOR THE NEW DESIGN

Hi Jeff,
How is the new building design for both hotels? Chairman want to know the progress, please advise thank you

--
Best Regards,

Victor Li
Assistant Project Manager | LA Hotel
Mobile: 626.321.8144
333 S. Figueroa St. Los Angeles, CA 91733

---
This email has been checked for viruses by Avast antivirus software.
https://www.avast.com/antivirus