**<u>Exhibit 6</u>**

**From:** satoru kato <skato@d-kgroup.com>
**Sent:** Thursday, May 5, 2016 9:21 AM
**To:** 'Raymond Chan'
**Cc:** 'Ricky Zheng'; 'Catherine Nuezca Gaba'; 'Shahen Akelyan'; 'Jeffrey DiMarzio'
**Subject:** RE: New World Hotels expansion study

Good Morning Ray,
See you at 11AM.

Satoru Kato

# DiMarzio | Kato architecture

www.d-kgroup.com
11662 west pico blvd.
los angeles, ca 90064
p. 310.312.8811 x 02
m. 310.430.0733
f. 310.362.0364
e. skato@d-kgroup.com

**From:** Raymond Chan [mailto:raymond.chan@lacity.org]
**Sent:** Thursday, May 5, 2016 7:24 AM
**To:** Jeffrey DiMarzio <jdimarzio@d-kgroup.com>
**Cc:** satoru kato <skato@d-kgroup.com>; Ricky Zheng <zhengr11@gmail.com>; Catherine Nuezca Gaba <catherine.nuezcagaba@lacity.org>; Shahen Akelyan <shahen.akelyan@lacity.org>
**Subject:** Re: New World Hotels expansion study

HI Jeff,

Can we push our meeting back to 11 am?

*Raymond Chan, General Manager*
*L.A. City Department of Building and Safety*
*213-482-6800*

On Wed, May 4, 2016 at 3:00 PM, Jeffrey DiMarzio <jdimarzio@d-kgroup.com> wrote:

> OK see you then!
> Jeff
>
> **From:** Raymond Chan [mailto:raymond.chan@lacity.org]
> **Sent:** Wednesday, May 4, 2016 2:35 PM
> **To:** Jeffrey DiMarzio <jdimarzio@d-kgroup.com>
> **Cc:** satoru kato <skato@d-kgroup.com>; Ricky Zheng <zhengr11@gmail.com>
> **Subject:** Re: New World Hotels expansion study
>
> 10:30 am?
>
> *Raymond Chan, General Manager*
> *L.A. City Department of Building and Safety*
> *213-482-6800*

On Wed, May 4, 2016 at 1:54 PM, Jeffrey DiMarzio <jdimarzio@d-kgroup.com> wrote:

> Ray,
> Do you think we can make it 10am?
> Thanks,
> Jeff
>
> **From:** Raymond Chan [mailto:raymond.chan@lacity.org]
> **Sent:** Wednesday, May 4, 2016 12:47 PM
> **To:** Jeffrey DiMarzio <jdimarzio@d-kgroup.com>
> **Cc:** satoru kato <skato@d-kgroup.com>; Ricky Zheng <zhengr11@gmail.com>
> **Subject:** Re: New World Hotels expansion study
>
> **Can you come to my office tomorrow at 9:30 am?**
>
> *Raymond Chan, General Manager*
> *L.A. City Department of Building and Safety*
> *213-482-6800*
>
> On Tue, May 3, 2016 at 5:08 PM, Jeffrey DiMarzio <jdimarzio@d-kgroup.com> wrote:
>
>> Ray,
>>
>> I hope you are doing well these days. We have only talked to you through Chairman Huang lately and would like to have a face to face meeting with you instead. ==We are going to start a design exercise to add a tower to each of New World's 2 LA properties. The LA Hotel and the Sheraton Universal.==
>>
>> ==Chairman Huang's idea is to test the maximum allowable development for each property.== We would like to have your help to get started. We are not sure where and with whom you may want to meet but it can surely be at your convenience. Would you please suggest to us the best plan of action?
>>
>> Thanks,
>> Jeff
>>
>>
>> Jeffrey M. DiMarzio
>>
>> # DiMarzio | Kato architecture
>>
>> us office:
>> 11662 west pico blvd.
>> los angeles, ca 90064
>> p. 310.312.8811
>> m. 310.430.1100
>> f. 310.362.0364
>> e. jdimarzio@d-kgroup.com
>> w. www.d-kgroup.com
>>
>> china office:
>> 54 floor 新世界中心
>> 深圳市福田区益田路6009号
>> 中国深圳    邮编：518026