**Exhibit 7**

# ATTACHMENT A

Entitlement Request for a <u>Vesting Zone Change</u> for the Property from C2-1, PB-1 and RE15-1-H to C2-1, <u>Site Plan Review</u> for a development that results in an increase of 551 hotel guest rooms, <u>Conditional Use</u> for a "Major" development project that creates or results in 250 or more hotel guest rooms in the C2 zone (551 hotel guest rooms proposed), and a <u>Conditional Use Permit</u> for on-site sale and consumption of alcohol at a hotel with the lounge and restaurant areas.

**Site Address per Zimas:**
**333 E. Universal Hollywood Dr.**

APPLICANT   Shen Zhen New World II, LLC          REPRESENTATIVE   Paul Garry
            ATTN: Virginia Clark                                  Psomas
            333 S. Figueroa St.                                   555 S. Flower St. Suite 4300
            Los Angeles, CA 90071                                 Los Angeles, CA 90071

## 1.   BACKGROUND INFORMATION

### *Project Location*
The Project sits on an approximately 8.6-acre (374,589 sf) site located off Sheraton Drive, a private street that connects from Universal Hollywood Drive and is in the Sherman Oaks – Studio City – Toluca Lake – Cahuenga Pass Community Plan Area. The Project Site is bounded by the US-101 Hollywood freeway to the south, Universal Hollywood Drive to the north and east, and Lankershim Boulevard to the west. The Project Site consists of one parcel (APN 2424-044-021) located at 333 E. Universal Hollywood Drive. The Project Site is currently developed the 20-story Sheraton Hotel, including an outdoor pool deck and ballroom, a 1-story parking structure on the northeast portion of the Site ("Project"), and a 3-story parking structure on the southeast portion of the Site.

*Figure 1: Property Location*



### Surrounding Properties

The Project Site's surrounding area is comprised by a mix of hotels, office buildings, commercial establishments, housing, entertainment, recreational uses, and parking lots and structures, all contained in low to and high-rise structures. The Project Site is a 1-story existing parking lot located on a property that includes the 20-story Sheraton hotel, ballroom, pool deck, ballroom, and additional 3-story parking structure on the south end of the Property. A mix of Universal Studios properties are directly north of the Project Site, across Universal Hollywood Boulevard. To the east is the existing 24-story Hilton Hotel, beyond which is the Universal Studios Theme Park and CityWalk. To the south is a mix of commercial and office uses, directly across the Hollywood Freeway. To the west is the 35-story 10 Universal City Plaza, and adjacent parking structure.

### Land Use and Zoning Designation

The Project Site is located entirely within Sherman Oaks – Studio City – Toluca Lake – Cahuenga Pass Community Plan Area. The Site has a land use designation of Regional Center Commercial and the current zoning is C2-1, PB-1, and RE15-1-H. The Applicant is requesting a to make the Project Site entirely C2-1 to allow for additional hotel and restaurant use on-site. The zone allows a Floor Area Ratio (FAR) of 1.5:1 and no height limit.  An FAR of 1.5:1 is proposed. The Project's height corresponds with the surrounding uses and the Project's location since there are mid and high-rise buildings in the immediate vicinity. The Project Site is located within Fire West Bureau, District No. 76, as well as Fire Valley Bureau, District No. 86. The Project Site is within the Police Valley Bureau, North Hollywood Division. The Project Site is also located

within a Transit Priority Area as defined by Public Resources Code (CEQA) Section 21099 and City of Los Angeles ZI NO. 2452.

### Project Description

The proposed development will include the demolition of an existing 1-story parking structure and construction of a 31-story (370 feet) hotel tower with 551 guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities. The existing 20-story Sheraton Hotel is 263,096.5 total square feet, with 461 guest rooms. The new hotel tower proposes 551 hotel guest rooms on levels 2-31 over a ground floor with a restaurant, kitchen, lobby, lounge, and office space. The rooftop will also include a restaurant/lounge area. The Project will include 1 level of subterranean parking with 58 spaces. The Project will provide 60 short-term and 60 long-term bike parking spaces. The Project will have a total floor area of 293,245 square feet and consists of a 31-story (370 feet) new hotel tower. Minor improvements that will benefit the entirety of the Site include enhanced landscaping, porte cochere renovation, water features, and outdoor seating spaces.

*Table 1: Project Summary*

| | | |
|---|---|---|
| General Information | Project Address | 333 E. Universal Hollywood Dr. |
| | APN No. | 2424-044-021 |
| | Existing/ Proposed Zoning | C2-1, PB-1, RE15-1-H/ C2-1 |
| | General Plan Designation | Regional Center Commercial |
| | Project Lot Area | 8.6-acre (374,589 sf) |
| | Total Building Area | 293,245 square feet |
| | FAR | 1.5:1 |
| | Building Height | 31 stories (370 feet) |
| Project | Hotel<br>Restaurant<br><br>TOTAL: | 286,844 square feet<br>6,401 square feet<br><br>293,245 square feet |
| Parking | Automobile Parking | Required: 567<br>Provided: 568 (from existing on-site and 58 additional in new tower subterranean level) |
| | Bicycle Parking | Long term required: 60<br>Long term provided: 60<br><br>Short term required: 60<br>Short term provided: 60 |

*Figure 2: Plot Plan*



### Access and Parking

Vehicular access to the Project will be via Sheraton drive, with the entrance to the new subterranean parking level on the west side of the Project, adjacent to the Sheraton ballroom drop-off area. The main entrance to the Project will be on the south side of the new tower via a vehicular drop off/valet area that will be shared with the existing hotel. Vehicular traffic will flow from Sheraton Drive to parking provided below the new hotel tower and to the existing parking garage at the south end of the Project Site. The vehicles will enter and exit the garage under the new tower on the west side of the property, which is at grade. Parking for the development will be maintained in 1 level of subterranean parking (58 spaces), thus shielding parking from the public view. A driveway on the east side of the new tower will provide access to the lobby drop-off areas for the new and existing hotel towers and access to the existing parking garage. The remaining parking will be provided in existing structures on-site, providing a total of 563 parking spaces, 461 spaces will continue to be provided in the existing 3-story parking structure to the south of the Project, 43 spaces from existing west surface lot, and 6 driveway court parking spaces.

68 long-term bicycle spaces and 68 short-term bicycle spaces will be provided for employees and visitors. Vehicle and bicycle parking will satisfy the requirements of the Los Angeles Municipal Code. Additional urban design features like the sidewalks, landscaping, trees, water features, paving, and canopies enhance the overall site and engage users at the street level. Pedestrian access will be provided via sidewalks oriented around the Project Site. The existing sidewalk on the north side of the Project on Sheraton Drive

333 E. Universal Hollywood Dr.
PSOMAS

will remain. A sidewalk will be added along Sheraton Drive on the east side of the Project, which will connect to the main entrances of the new tower and existing Sheraton Hotel. The enhanced pedestrian connections will encourage walking and biking to and from the Project Site.

### Streets, Circulation, and Transit Access

Regional access to the Project Site is provided by the Hollywood US-101 Freeway.  Streets serving the Project area include Universal Hollywood Drive, Sheraton Drive, Lankershim Boulevard., and the Hollywood Freeway.  The Project Site is 0.2 miles from the Universal City/Studio City Metro Rail Station and 2.5 miles from the North Hollywood Metro Station. These stations provide visitors and employees access to the Red Line, which connects to other Metro lines that provide access to various parts of the City. The Project is serviced by multiple bus lines from Lankershim/Campo De Cahuenga (155, 237), Ventura/Lankershim (237), Ventura/Vineland (150/240, 155, 237), as well as the Universal Studios Shuttle Bus. The hotel jointly operates a shuttle bus with the Hilton Hotel to transport guests between the two hotels and the Universal Theme Park, located at the top of Universal Hollywood Drive.

The existing vicinity contains a variety of uses that future visitors and employees will be able to access including offices, restaurants, coffee shops, entertainment, and recreational facilities. Via public transportation, guests and employees will be able to travel to various parts of the City by utilizing the nearby Metro rail and bus services. The Project is in compliance with Mobility Plan 2035. According to the Bureau of Engineering Department of Public Works Navigate LA street classification system, Universal Hollywood Drive, and W.C. Fields Drive are classified as private streets. Sheraton Drive is a private driveway. The 101 Hollywood Freeway is the primary freeway to access the Project Site. Lankershim Boulevard is classified as Boulevard II with a 110 foot right of way and an 80-foot roadway.

Loading zones for the new hotel tower and restaurant are located within the subterranean level, along with vehicle and bicycle parking. Access to these loading areas is via the entrance to the subterranean level, on the west side of the Project.

### Open Space

The Project incorporates open space for visitors and employees to enjoy. The Project involves a detailed landscape plan that outlines enhanced on-site landscaping, water features, streetscape, and outdoor seating areas. The Project will provide 551 new hotel guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities. The Project will provide open space components and urban design elements on-site that will enhance the visitor experience. Visitors of the Project will be able to dine on-site and relax within the on-site public spaces. In addition to the Project's provided amenities, visitors will also have exclusive access to the amenities provided in the existing Sheraton Hotel, such as the outdoor swimming pool and deck, lounge areas, fitness center, and conference rooms. These combined amenities improve the visitor experience, without negatively impacting the Projects surrounding uses and adjacent neighborhoods.

### Design Guidelines

The Project is subject to the provisions of the Commercial Citywide Design Guidelines, which has been adopted by the City Planning Commission. Overall, the Project is consistent with the Commercial Citywide Design Guidelines. The proposed project includes an array of design solutions to address these standards. Justification that further explains design details has been provided by the architectural team and is provided as an attachment.

***Entitlement Requests***

The Applicant respectfully requests approval of the following actions:

- Vesting Zone Change for the Property from C2-1, PB-1, and RE15-1-H to C2-1 1(12.32-F & Q).
- Site Plan Review for a development that results in an increase of 551 hotel guest rooms (16.05).
- Conditional Use for a "Major" development project that creates or results in 250 or more hotel guest rooms in the C2 zone (551 hotel guest rooms proposed) (12.24-U.14).
- Conditional Use Permit for Alcohol (12.24 W.1).

# 2.   FINDINGS

## 1.   SITE PLAN REVIEW
per (LAMC 16.05)

1. **The project is in substantial conformance with the purposes, intent and provisions of the General Plan, applicable community plan, and any application specific plan.**

The Los Angeles General Plan sets forth goals, objectives and programs that guide both Citywide and community specific land use policies. The General Plan is comprised of a range of State-mandated elements, including, but not limited to, Land Use, Housing, Transportation/Mobility, Noise, and Safety. The City's Land Use Element is divided into 35 community plans that establish parameters for land use decisions within those sub-areas of the City. The Project site is not in a specific plan area but it is located entirely within the boundaries of the Sherman Oaks – Studio City – Toluca Lake – Cahuenga Pass (Community Plan) area. The Project Site's land use is designated as Regional Center Commercial/Regional Commercial in the General Plan Framework Element. The proposed Project is in substantial conformance with the purposes, intent, and provisions of the General Plan, the Sherman Oaks – Studio City – Toluca Lake – Cahuenga Pass (Community Plan) area, and the Commercial Citywide Design Guidelines.

### *Framework Element*
The Framework Element of the General Plan establishes general policies and the vision for the future of the City of Los Angeles based on projected population growth. Land use, housing, urban form and neighborhood design, open space, economic development, transportation, and infrastructure and public services are all addressed in the context of accommodating future City-wide population increases. The Project Site is designated as Regional Center Commercial/Regional Commercial in the General Plan Framework Element and is consistent with many of the Element's goals, objectives, and policies.

#### <u>Land Use</u>
The Project is consistent with the Land Use goals, objectives, and policies identified in the Framework Element. To wit: "It is the intent of the General Plan Framework Element to encourage new development in proximity to rail and bus transportation corridors and stations."

---

333 E. Universal Hollywood Dr.
PSOMAS

Objective 3.1
*Accommodate a diversity of uses that support the needs of the City's existing and future residents, businesses, and visitors.*

Objective 3.2
*To provide for the spatial distribution of development that promotes an improved quality of life by facilitating a reduction of vehicle trips, vehicle miles traveled, and air pollution.*

Objective 3.4
*Encourage new multi-family residential, retail commercial, and office development in the City's neighborhood districts, community, regional, and downtown centers as well as along primary transit corridors/boulevards, while at the same time conserving existing neighborhoods and related districts.*

Policy 3.4.1
*Conserve existing stable residential neighborhoods and lower-intensity commercial districts and encourage the majority of new commercial and mixed-use (integrated commercial and residential) development to be located (a) in a network of neighborhood districts, community, regional, and downtown centers, (b) in proximity to rail and bus transit stations and corridors, and (c) along the City's major boulevards, referred to as districts, centers, and mixed-use boulevards, in accordance with the Framework Long-Range Land Use Diagram.*

Objective 3.8
*Reinforce existing and establish new neighborhood districts which accommodate a broad range of uses that serve the needs of adjacent residents, promote neighborhood activity, are compatible with adjacent neighborhoods, and are developed as desirable places to work and visit.*

Objective 3.10
*Reinforce existing and encourage the development of new regional centers that accommodate a broad range of uses that serve, provide job opportunities, and are accessible to the region, are compatible with adjacent land uses, and are developed to enhance urban lifestyles.*
Goal 3K
*Transit stations to function as a primary focal point of the City's development.*

Objective 3.15
*Focus mixed commercial/residential uses, neighborhood-oriented retail, employment opportunities, and civic and quasi-public uses around urban transit stations, while protecting and preserving surrounding low-density neighborhoods from the encroachment of incompatible uses.*

Policy 3.15.3

*Increase the density generally within one quarter mile of transit stations, determining appropriate locations based on consideration of the surrounding land use characteristics to improve their viability as new transit routes and stations are funded.*

333 E. Universal Hollywood Dr.
PSOMAS

Objective 3.16
*Accommodate land uses, locate and design buildings, and implement streetscape amenities that enhance pedestrian activity.*

The Project's location approximately 0.2 miles from the existing Universal City/Studio City Metro Rail Station, is consistent with building commercial development near transit (Goal 3K; Objective 3.15; Policy 3.15.3). This reinforces the City's intent that "the highest development intensities are targeted generally within one-quarter mile of the transit stations." The 551 on-site hotel guest rooms units, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities represents the development encouraged by the City because it places the new commercial uses in a transit-oriented area while preserving the surrounding neighborhoods (Objective 3.4; Policy 3.4.1). This development would support the existing public transit stations as encouraged by the Framework Element, which states "It is intended that a considerable mix of uses be accommodated to provide population support and enhance activity near the stations. This may encompass a range of retail commercial, offices, personal services, entertainment, restaurants, and housing that serve both transit users and local residents." Future visitors and employees will be within 0.2 mile walk from the existing Universal City/Studio City Metro station. The convenience of the Project's location near transit will be an incentive for many people to use public transportation. For many decades, public transit was associated with affordable housing, however it has been shown that having public transit nearby is an asset for all economic strata, including personal health and economic benefits. In addition to the nearby Metro Stations, the Project site is located near existing bus stops which would increase transit ridership and contribute to reducing personal automobile trips and miles traveled. The Project's mix of hotel and restaurant spaces works to reduce trips (Objective 3.2; Objective 3.8). As a result, the Project will "accommodate a diversity of uses that support the needs of the City's existing and future residents, businesses, and visitors" (Objective 3.1).

The building of 551 new hotel guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities in this specific location will significantly increase tourism and economic activity in Universal City, and the surrounding neighborhoods. Located nearby both residential and office uses, the Project would provide jobs, allowing more people to live closer to where they work (Objective 3.1, Objective 3.10). The enhanced landscaping and urban design features of the Project are designed to attract and increase pedestrian activity (Objective 3.16; Objective 3.8). The Project fulfills the General Plan policies specific to population, land use and transportation.

The Project complies with SB 375 and AB 32 by contributing to a reduction in greenhouse gas emissions through integrating land use and transportation planning into all site design elements. The key component of greenhouse gas emissions is the reduction of emissions from passenger vehicles, which represents approximately one-third of overall greenhouse gas emissions in the United States. Land use is among the top strategies to reduce such emissions. Compact development, which includes a mix of land uses, access and proximity to transit, and concentration of population and employment, can reduce congestion, lower infrastructure costs,

and reduce household expenses related to transportation and energy, according to a 2010 report published by the Urban Land Institute (*Land Use and Driving: The Role Compact Development Can Play in Reducing Greenhouse Gas Emissions, Evidence from Three Recent Studies*). "The key to successful compact development is a land use pattern that has a high-quality pedestrian network and a variety of land uses within walking distance of each other." The Project's location, less than 1,500 feet east of an existing Metro station with several nearby bus stations, and land use components, including commercial and employment, give employees and visitors the choice to not drive at all or park only once. This is especially desirable for tourists who will stay at the hotel which is within walking distance to CityWalk and the entrance to Universal Studios Hollywood. Further development oriented around transit can knit together many of our human activities: residential, employment, shopping, entertainment, and recreation/open space.

*Urban Form and Neighborhood Design*
In terms of Urban Form and Neighborhood Design, the Project's architectural elements would provide a new hotel tower and urban design features that would enhance the overall Site. The Site is consistent with the intent of the following design objectives and policies.

> Objective 5.2
> *Encourage future development in centers and in nodes along corridors that are served by transit and are already functioning as centers for the surrounding neighborhoods, the community or the region.*
>
> Objective 5.5
> *Enhance the livability of all neighborhoods by upgrading the quality of development and improving the quality of the public realm.*
>
> Policy 5.9.1
> *Facilitate observation and natural surveillance through improved development standards which provide for common areas, adequate lighting, clear definition of outdoor spaces, attractive fencing, use of landscaping as a natural barrier, secure storage areas, good visual connections between residential, commercial, or public environments and grouping activity functions such as child care or recreation areas.*

The Site's location in proximity to multiple transit options, including the Universal City/Studio City Metro Station, located 0.2 miles from the Project Site, encourages alternative transportation within with the surrounding neighborhoods (Objective 5.2). The Project's form and use is consistent with the existing Sheraton Hotel and surrounding uses.

The modern architectural design of the building enhances the overall Site and serves as a quality urban development Project within the area (Objective 5.5). The façade on the of the building will feature a mix of gray stone, white marble, aluminum louver, and green and gray tinted glass with Low-E coating, creating an aesthetically sound new tower. As a hotel Project with guest rooms and restaurant space, there will be visitors and employees on-site throughout the day and night, acting as natural surveillance (Policy 5.9.1) in addition to security measures such as adequate lighting and clear definition of spaces.

_Open Space and Conservation_
The Project is consistent with the purpose of the Open Space objectives and policies.

> Objective 6.4
> _Ensure that the City's open spaces contribute positively to the stability and identity of the communities and neighborhoods in which they are located or through which they pass._
>
> Policy 6.4.8
> _Maximize the use of existing public open space resources at the neighborhood scale and seek new opportunities for private development to enhance the open space resources of the neighborhoods._
>> _a.  Encourage the development of public plazas, forested streets, farmers markets, residential commons, rooftop spaces, and other spaces that function like open space in urbanized areas of the City with deficiencies of natural open space, especially in targeted growth areas._

The Project's open space supports the City intention to provide quality open space in areas throughout the City that currently lack open space. The Project's open space is provided in the form of enhanced landscape elements, paving, outdoor seating, and water features. On-site open space will contribute to the visitors and employee's connection to the natural environment (Objective 6.4, Policy 6.4.8). The naturally existing open space on-site will remain, thus preserving open space that is visible to the adjacent uses in the area. The building is designed to provide views, connecting visitors to the greater community areas and provide access to natural lighting to balance the density of the development.

_Economic Development_
The Project is consistent with the purpose of the Economic Development objectives and policies.

> Objective 7.2
> _Establish a balance of land uses that provides for commercial and industrial development which meets the needs of local residents, sustains economic growth, and assures maximum feasible environmental quality._
>
> Policy 7.2.2
> _Concentrate commercial development entitlements in areas best able to support them, including community and regional centers, transit stations, and mixed-use corridors. This concentration prevents commercial development from encroaching on existing residential neighborhoods._
>
> Policy 7.2.3
> _Encourage new commercial development in proximity to rail and bus transit corridors and stations._

The Project will contribute to the economic development of the community and the City while providing commercial use that will sustain economic growth (Objective 7.2). The new transit-oriented development with 551 hotel guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities would concentrate growth within 0.2 miles of a Metro

---

333 E. Universal Hollywood Dr.
**PSOMAS**

station and accommodate tourists in very close proximity to the entertainment attractions within Universal City (Policy 7.2.2; Policy 7.2.3).

The Project will not cause commercial encroachment on existing neighborhoods because the commercial uses are replacing the existing parking structure on the Site. The commercial components in the building will provide hotel rooms and restaurant/lounge space. The location of the Project near transit will reduce the need for reliance on automobiles for mobility, which will reduce transportation costs. In fact, all economic strata can benefit from having public transit nearby.

***Mobility Element***

The Project is consistent with the recently adopted Mobility Element 2035, including the 2010 Bicycle Plan, a component of the Mobility Element. The Mobility Element guides development of a citywide transportation system with the goal of ensuring the efficient movement of people and goods. The Mobility Element recognizes that primary emphasis must be placed on maximizing the efficiency of existing and proposed transportation infrastructure through advanced transportation technology, reduction of vehicle trips, and focused growth in proximity to public transit.

The Project would advance numerous goals and policies contained in the Mobility Element. Chief among them is a key policy initiative to "Consider the strong link between land use and transportation." To achieve these initiatives, the Mobility Element recommends implementation of numerous specific policies, including the following:

Policy 2.3
*Recognize walking as a component of every trip, and ensure high quality pedestrian access in all Site planning and public right-of-way modifications to provide a safe and comfortable walking environment.*

Policy 2.6
*Provide safe, convenient, and comfortable local and regional bicycling facilities for people of all types and abilities.*

Policy 3.8
*Provide bicyclists with convenient, secure and well-maintained bicycle facilities.*

Policy 3.12
*Promote the enhancement of transit access to neighborhood districts, community and regional centers, and mixed-use boulevards.*

Policy 3.13
*Enhance pedestrian circulation in neighborhood districts, community centers, and appropriate locations in regional centers and along mixed-use boulevards; promote direct pedestrian linkages between transit portals/platforms and adjacent commercial development through facilities orientation and design.*

333 E. Universal Hollywood Dr.
PSOMAS

11

The Project advances the above-referenced policies by providing a hotel development that provides substantial public transit opportunities and facilities, including the Universal City/Studio City Metro Rail Station and North Hollywood Station. These stations provide visitors and employees access to the Red Line, which connects to other Metro lines that provide access to various parts of the City. The Project is serviced by multiple bus lines from Lankershim/Campo De Cahuenga (155, 237), Ventura/Lankershim (237), Ventura/Vineland (150/240, 155, 237), as well as the Universal Studios Shuttle Bus. The hotel jointly operates a shuttle bus with the Hilton Hotel to transport guests between the two hotels and the Universal Theme Park, located at the top of Universal Hollywood Drive. The development of the Project with hotel and restaurant uses would promote pedestrian activity and circulation, and would create direct pedestrian connections between the new Project and the Metro transit infrastructure, in express conformity with the Mobility Element's policies and objectives.

In 2008, the California State Legislature adopted AB 1358 (The Complete Streets Act), which requires local jurisdictions to "plan for a balanced, multimodal transportation network that meets the needs of all users of streets, roads, and highways, defined to include motorists, pedestrians, bicyclists, children, persons with disabilities, seniors, movers of commercial goods, and users of public transportation, in a manner that is suitable to the rural, suburban or urban context." The new Mobility Element complies with the Complete Streets Act. The City's Mobility Element includes six goals: Safety First; World Class Infrastructure; Access for All Angelenos; Informed Choices; Clean Environment and Healthy Communities; and Smart Investments. The Project would help achieve the following proposed policies under the Access for All Angelenos goal:

> "Encourage a mix of land uses that serve residents' daily needs in areas near transit and prioritize land uses that generate high levels of transit ridership at major transit stops."

> "Evaluate transportation projects and development projects based on the land use context to account for the full benefits and impacts on all modes of transportation, not just automobiles."

> "Support land use decisions that result in fewer vehicle trips by providing greater proximity and access to neighborhood services."

> "Improve access to major regional destinations and job centers."

The Project will construct 551 new hotel guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities within a short walking distance of a Metro transit station. Future visitors of this Project could generate substantial ridership at this transit stop, from hotel and restaurant employees and visitors. The proposed Project is the ideal development location, being less than 1,500 feet from the Universal City/Studio City Metro Station and close to Universal Studios/City Walk, multiple bus stops, and will allow future visitors and others another option to access the Site via transit instead of vehicular travel. Overall, the area is serviced by a mix of land uses and destinations frequented by a diverse range of users. The Project will add value to the area as a quality hotel development with hotel and restaurant/lounge uses.

The Project will comply with Ordinance No. 185,480, which amended the Municipal Code to increase bicycle parking requirements for hotels, including both long-term and short-term bicycle parking. The hotel Project will provide a total of 60 long-term and 60 short-term bicycle parking spaces. The provision of dedicated safe and secure bicycle parking will encourage bicycle use among the visitors and employees to the Project Site.

In addition to the objectives set forth in the General Plan, the Project is also in conformance with the Sherman Oaks – Studio City – Toluca Lake – Cahuenga Pass Community Plan. The Project conforms to the following objectives set forth is the Community Plan:

Objective 2.1
*To conserve and strengthen viable commercial development.*

Policy 2.1.1
*New commercial uses shall be located in existing established commercial areas or existing shopping centers.*

Policy 2.1.3
*Require that projects be designed and developed to achieve a high level of quality, distinctive character, and compatibility with existing uses and development.*

Policy 2.3.2
*New development needs to add to and enhance the existing pedestrian street activity.*

Policy 2.3.3
*Ensure that commercial infill projects achieve harmony with the best of existing development.*

Objective 2.4
*To enhance the appearance of commercial districts.*

Policy 2.4.1
*Require that any proposed development be designed to enhance and be compatible with adjacent development.*

Policy 2.4.2
*Preserve community character, scale and architectural diversity.*

Objective 10.2
*To increase the work trips and non-work trips made on public transit.*

Objective 11.1
*To pursue transportation management strategies that can maximize vehicle occupancy, minimize average trip length, and reduce the number of vehicle trips.*

The elimination of the footprint zoning and new site-wide designation of C2-1 allows high-quality commercial use on-site, and makes the Property compatible with the surrounding land uses. The

Project's density and height are in compliance with the zoning code, and surrounding properties (Policy 2.1.1, Policy 2.3.3, Policy 2.4.1). The addition of 551 hotel guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities enhances the commercial makeup of the area, and attracts visitors to the Project Site and surrounding businesses (Objective 2.1, Policy 2.1.3, Objective 2.4). The 31-story hotel building serves as an architecturally sound addition to the community (Policy 2.4.2). Given the Project's proximity to Metro bus and rail service, the Site enhances the pedestrian connection between the hotel and public transportation. The Metro bus and rail options, as well as the consolidated services on-site reduce the number of trips made to and from the Project Site (Objective 10.2, Objective 11.1). In addition, the mix of uses in the immediate area encourage an increase in pedestrian activity (Policy 2.3.2).

2.  **That the project consists of an arrangement of buildings and structures (including height, bulk and setbacks), off-street parking facilities, loading areas, lighting, landscaping, trash collection, and other such pertinent improvements, which is or will be compatible with existing and future development on adjacent properties and neighboring properties.**

The proposed Project will construct 551 hotel guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities. Approximately 58 parking spaces will be provided in one subterranean level. Vehicular access to Site would be provided on Sheraton Drive, which can be accessed from Universal Hollywood Drive, located just north of the Project Site. The designated loading area for the site is in the subterranean parking level, which can be accessed on the west side of the Project.

The Project will consist of a 31-story (370 feet) hotel building. The building is generally consistent with the existing commercial buildings in the surrounding area, and would be compatible with existing and future development on neighboring properties. The position, bulk and height of the building, will be compatible with the existing 20-story Sheraton Hotel directly southwest, 24-story Hilton Hotel to the east, and 35-story 10 Universal City Plaza to the west.

The Project will include a restaurant on the ground floor and rooftop that will draw in visitors and residents within the community. The Project improves the streetscape on-site, and provides enhanced landscaping and urban design elements to improve the overall aesthetic of the site, and creates a quality destination for visitors, proximal to transit.

Many benefits are associated with transit-oriented development, including expanded mobility choices, sustainability, and economic development. Transit-oriented development in the City of Los Angeles can create additional benefits such as increased affordability, more transit ridership, and increase value of existing communities, according to a 2010 report published by The Center for Transit-Oriented Development (CTOD).  The report, *Creating Successful Transit-Oriented Districts in Los Angeles: A Citywide Toolkit for Achieving Regional Goals*, was sponsored by Caltrans and Metro. According to this report, successful transit-oriented development in Los Angeles should achieve four broad goals: 1) Reduce the combined costs of housing and transportation; 2) Reduce auto-dependence, thereby alleviating congestion, reducing greenhouse gases, and encouraging residents to bike and walk; 3) Expand transportation choices for households of all incomes; and 4) Contribute to economic development and job growth.  A summary of the four goals follows with a discussion of how the Project contributes to the goals.

333 E. Universal Hollywood Dr.
PSOMAS

*Goal #1: The combined cost of housing and transportation in Los Angeles can be challenging. But residents who can take transit to work and have a mix of uses in their neighborhood are less likely to drive and more likely to save on transportation costs.*

Employees, and visitors will be able to take a Metro Line to various parts of the City to reach housing and jobs, while visitors will be able to connect to the City's premiere attractions, external commercial uses, and entertainment destinations. On-site visitors and employees may reduce the number of vehicles in their household, or opt out of a rental car, since they will have reliable public transportation alternatives to serve their daily needs. Currently, there is already a mix of uses in the immediate area to meet the comprehensive needs of the Projects visitors and employees.

*Goal #2: Reduced reliance on automobiles can be positive for both the residents and the City. Transit riders can expect more stable transportation costs, especially when gas prices increase, and increased health as a result of more physical activity. Thanks to transit-oriented development, the City would be able to enjoy stable or increased ridership revenue and can accommodate growth with less need to expand freeways or other roads.*

The Project site is an ideal location for promoting pedestrian and bicycle activity, as the Project is within 1,500 feet from a Metro station. The Project could attract many regular transit riders (visitors and employees), either traveling to or from the Project. The number of transit riders typically increases when the price of gas rises. As a result, people using this alternate transportation mode significantly reduce their reliance on automobiles and vehicle miles traveled and results in a cost savings for visitors and employees. Fewer automobile drivers help alleviate traffic congestion, avoid greenhouse gases emissions, and prevent overuse of roadways and intersections during peak hours. Finally, transit riders typically travel on foot or bicycle and incorporate physical activity as part of their daily transportation patterns, improving personal health.

*Goal #3: Increasingly, households prefer to live in walkable mixed-use environments and the types of households who want to live near transit, seniors and couples without children, are projected to substantially increase. Promoting equitable access to transit is significant. CTOD found that in 2000, less than six percent of all households in the Los Angeles region lived near transit, but has forecasted that about 22 percent will want to live near transit by 2030.*

Providing a new hotel development within a short walking distance of a light-rail station will aid in attracting future housing development to the area, and further building out the pedestrian and bike infrastructure in the immediate area to become a complete transit-oriented district. The Project's transit-rich location offers a reliable transportation alternative to the automobile, thereby reducing transportation costs, and would attract individuals and households of all incomes.

*Goal #4: Transit plays an important role in economic development and job growth. Economic growth is typically concentrated near or within existing job centers. Traffic congestion and fluctuating energy costs, however, can impede economic growth. As a result, it is important to ensure that the transit network can serve job centers well. As the transit network becomes better connected to job centers, more workers would be incentivized to take transit and may choose to spend their transportation savings on other goods and services in the local economy.*

333 E. Universal Hollywood Dr.

The Project is in a commercial area with existing office, commercial, and residential buildings and will connect jobs to transit. The extensive public transit network in the area will connect workers to the services in the immediate area, and to various parts of the City. Once people experience the benefits of commuting on the transit network, they may reduce their reliance on automobiles and transit ridership will increase. An increased ridership can have benefits such as reduced traffic congestion, transportation cost savings, and energy conservation and emission reductions. With the money saved from not having to pay for gas but also car insurance, maintenance costs, and parking, people will have more discretionary spending for dining, shopping, and other services. Ultimately, this transportation behavior change can result in more sales tax revenue and economic development for the City of Los Angeles.

**3. That any residential project provides recreational and service amenities to improve habitability for its residents and minimize impacts on neighboring properties.**

The Project will provide 551 new hotel guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities. The Project will provide open space components and urban design elements on-site that will enhance the visitor experience. Visitors of the Project will be able to dine on-site and relax within the on-site public spaces. In addition to the Project's provided amenities, visitors will also have exclusive access to the amenities provided in the existing Sheraton Hotel, such as the outdoor swimming pool and deck, lounge areas, fitness center, and conference rooms. These combined amenities improve the visitor experience, without negatively impacting the Projects surrounding uses and adjacent neighborhoods.

## 2. VESTING ZONE CHANGE

The proposed Project is a planned hotel development consisting of 551 hotel guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities. The Applicant is requesting a new zoning designation of C2-1 for the entire property. The C2-1 zoning designation is consistent with the General Plan and is in conformity with public necessity and convenience, general welfare, and good planning practice. Per (LAMC 12.32-F & Q).

**The City Planning Commission shall make the findings that the adoption of the proposed land use ordinance will be in conformity with (1) public necessity and convenience, (2) general welfare, and (3) good planning practices.**

**1. Public Necessity and Convenience** -- The Project will provide 551 new hotel guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities for visitors to enjoy. In doing so, the Project will increase the livability of the neighborhood by providing hotel and commercial land uses, including employment, in proximity to public transit. The purpose of the new zoning designation is to facilitate these uses on-site in an entertainment district of regional significance. The proposed new zoning designation, in conjunction with the Conditional Use for Major Projects, would allow for the creation of the proposed development, and meet the growing needs of the City, to accommodate new visitors in an entertainment district, while simultaneously provide supplemental commercial uses. The development of the new hotel tower will create new jobs for

hotel and restaurant services, as well as on-site maintenance. The addition of 551 hotel guest rooms would not only host the increasing number of visitors to Universal City, but also provide new guest accommodation opportunities for adjacent uses in the neighborhood.

The addition of hotel guest rooms and commercial space would serve the public convenience and necessity in the area. Under a uniform zoning designation, the Project can accommodate additional land uses and increase the number of jobs in the area. The new zoning designation will allow the proposed Project to contribute to revitalizing the area, create new jobs and provide visitor accommodation and commercial uses.  The new zoning also serves public necessity and convenience by allowing for the addition of accommodation, jobs, and commercial amenities near available transit options in the area. The Project Site is located 0.2 miles from the Universal City/Studio City Metro Rail Station and 2.5 miles from the North Hollywood Metro Station. These stations provide visitors and employees access to the Red Line, which connects to other Metro lines that provide access to various parts of the City. The Project is serviced by multiple bus lines from Lankershim/Campo De Cahuenga (155, 237), Ventura/Lankershim (237), Ventura/Vineland (150/240, 155, 237), as well as the Universal Studios Shuttle Bus. The hotel jointly operates a shuttle bus with the Hilton Hotel to transport guests between the two hotels and the Universal Theme Park, located at the top of Universal Hollywood Drive.

It is anticipated that the proximity of the Project Site to different transportation options will encourage the use of transit by on-site hotel guests and employees. Transit-oriented development is not just about getting between locations connected by transit. It is also about the livability of neighborhoods with good transit service. Livability benefits at the Project site include access to mobility, a mix of land uses (hotel and restaurant) that work to reduce trips, public space, as well as economic development. Public transit is no longer associated with people who cannot afford a household car. For many decades, public transit was associated with affordable housing, but now all economic strata can benefit from having public transit nearby, including for health reasons. The Project site will offer new visitor accommodations, jobs and restaurants that will concurrently reduce reliance on automobiles for transportation. Development oriented around transit knits together many of our human activities: residential, employment, shopping, entertainment, and recreation/open space. Public necessity and convenience are also served by allowing uses on-site that fill a need, and are representative of the existing built and natural environments. The Project would provide an increased tax base in terms of property, sales and transient occupancy taxes to the City that in turn will assist providing the necessary City services that serve the development.

**2. General Welfare** – There is no detriment to the general welfare of the City, the surrounding community or the future visitors of the property because the Project is appropriate for the Site and the surrounding properties. The general welfare is served by the redevelopment of underutilized properties, and the development of a high quality, aesthetically appealing Project that will promote foot traffic because of its ground floor commercial uses, and proximity to transit. The Project will serve the general welfare of the City by contributing 551 hotel guest rooms, 6,401 square feet of restaurant/lounge uses, 1,922 square feet of hotel amenities, and an increase in permanent jobs in the hospitality and restaurant industry.  The new zoning designation is beneficial to the City, as it will allow for additional and larger hotel rooms, as well as restaurant/lounge uses on-site. It will also provide an increased tax base in terms of both property and sales tax. The City will be able to use this income to assist in providing the necessary City services and amenities for the Project and surrounding area. Moreover, the new zoning designation allows the Project to have job producing components in

333 E. Universal Hollywood Dr.
PSOMAS

both the hotel and restaurant/lounge uses on-site. The Project will improve the economic vitality of the neighborhood and its attractive design will enhance the aesthetics of the subject property. The re-development of the Site, which now consists of a 1-story parking structure, 20-story hotel, and 3-story parking structure, will not result in the loss of any significant existing use. The aesthetics and the programming of the building will be compatible with the character of the existing neighborhood, and the Project will be designed to minimize adverse visual impacts. All the parking required will be provided on-site. The development of the Project takes advantage of being located near existing transit. The future visitors and employees of the Project may only have to walk to visit the area's surrounding entertainment uses, or take transit to explore various parts of the City. Finally, the Project will produce permanent new jobs in both hospitality and restaurant service.

**3. Good Planning Practices –** The Project conforms with good planning practices because projects developed consistent with the new zone change will be developed in a harmonious manner with the development goals of the City and it will further the goals of the Community Plan. The Property's current footprint zoning is an outdated zoning practice that unnecessarily limits development potential on the Site. In addition, the RE15 zoning is not appropriate within an entertainment district. The approval of a uniform C2-1 zone across the site would make zoning on the Site contiguous, and in conformance with the surrounding land uses. The proposed Project will conform with good planning practices because it will provide hotel, and restaurant uses in close proximity to major destinations within the City, including Universal Studios Theme Park and CityWalk. These uses are desired in the area, to support the growing visitor population. The Project will be synergistic with surrounding buildings that are of similar height and scale. The Project complies with SB 375 and AB 32 by contributing to a reduction in greenhouse gas emissions. The key component of greenhouse gas emissions is the reduction of emissions from passenger vehicles, which represents about one-third of overall greenhouse gas emissions in the United States. Land use is among the top strategies to reduce such emissions. Compact development, which includes a mix of land uses, access and proximity to transit, and concentrations of population and/or employment, can reduce congestion, lower infrastructure costs, and reduce household expenses related to transportation and energy, according to a 2010 report published by the Urban Land Institute (Land Use and Driving: The Role Compact Development Can Play in Reducing Greenhouse Gas Emissions, Evidence from Three Recent Studies). "The key to successful compact development is a land use pattern that has a high-quality pedestrian network and a variety of land uses within walking distance of each other." The Project's location, adjacent to a major transit corridor, and mix of surrounding uses (entertainment, office, commercial, residential, etc.)  give visitors and employees the choice to not drive at all or park only once.
If more hotel guest rooms are constructed close to the theme park and CityWalk, fewer tourists will need to drive long distances to visit on multi-day trips.

A variety of uses surround the Project that future visitors and employees will be able to access including offices, restaurants, coffee shops, entertainment, and recreational facilities. Outside of the immediate area, guests and employees will be able to travel to various parts of the City by utilizing the nearby Metro rail and bus services. Building 551 hotel guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities in this vicinity will significantly increase the activity within the neighborhood, and has the potential to attract new development. The consequences of not designing developments near existing transit include reduced air quality, less livable communities, and a lower quality of life. Good planning practices will need to consider projects that bring density and jobs near transit options, encourage pedestrian activity, and promote

333 E. Universal Hollywood Dr.

alternative modes of travel. The proposed Project takes full advantage of the Universal City/Studio City Metro station and, by extension, the entire Metro transit system.

The Project's development near transit corridors contributes to a regional vision supported by a three-legged stool – mobility, economy, and sustainability – set by the Southern California Association of Governments (SCAG). These three collective principles form the foundation of SCAG's 2012-2035 Regional Transportation Plan/Sustainable Communities Strategy (RTP/SCS). The plan calls for mobility options, including non-motorized modes, that will allow people to "access daily needs, including work, school, shopping, and recreation…." The Project's proximity to a variety of transit options will allow people multiple travel modes to reach their destinations throughout the City. One of the goals for improving the economic activity in the region is to improve mobility, reduce congestion and commute times. This Project assists in this outcome by placing jobs, hotel guest rooms, and restaurant/lounge space near a variety of transit options. It is likely that future visitors of the Project would be drawn to the Project so they can access transit to explore the City, reducing the time they have to spend in their cars on congested freeways. Sustainability, under the RTP/SCS, means reducing pollutant emission and expanding opportunities for "active transportation," such as walking and bicycling. The Project will encourage people to take advantage of transit, which will get them to walk more. Conversely, people will drive less and produce less greenhouse gas emissions. The Project meets many of the plan's regional goals:

> "Maximize mobility and accessibility for all people and goods in the region.
>
> Preserve and ensure a sustainable regional transportation system.
>
> Maximize the productivity of our transportation system.
>
> Protect the environment and health of our residents by improving air quality and encouraging active transportation (non-motorized transportation, such as bicycling and walking).
>
> Encourage land use and growth patterns that facilitate transit and non-motorized transportation."

The Project will generate transit ridership from those who visit the Project's hotel and restaurant/lounge attractions. Increased transit ridership will help sustain and maximize the productivity of the Metro transit system. Visitors and employees to the Project site will be able to practice active transportation by walking and bicycling. The Project's engaging design will promote pedestrian activity and linkage to the transit network. Bicycle parking and amenities will be provided on-site, in compliance with LAMC regulations. The Project is adjacent to the Universal City/Studio City Metro Station, as well as several bus lines that serve the area, which integrates land use and transit. By concentrating development and growth in locations such as the Project site, lower density residential areas are preserved and protected.

As a development project located in proximity to multiple transit options, the Project also meets the Land Use goals of SCAG's Regional Comprehensive Plan of "Focusing growth in existing and emerging centers and along major transportation corridors." The application would implement current and long-term planning standards and practices. Today, the development of denser projects near transit

333 E. Universal Hollywood Dr.

options is encouraged by the General Plan. The Project is ideally designed as it is in close proximity to surrounding office, entertainment, residential, and commercial land uses.

Finally, the new zoning designation would support the proposed goals and policies being considered for the City of Los Angeles's Mobility Element. The City recently adopted its new Mobility Element to comply with the Complete Streets Act. The City's Mobility Element proposes five goals: Safety First; World Class Infrastructure; Access for All Angelenos; Collaboration, Communication and Informed Choices; and Clean Environment and Healthy Communities. The Project would help achieve the following proposed policies under the Access for All Angelenos goal:

> - *"Evaluate transportation projects and development projects based on the land use context to account for the full benefits and impacts on all modes of transportation, not just automobiles.*
>
> - *Support land use decisions that result in fewer vehicle trips by providing greater proximity and access to neighborhood services.*
>
> -*Improve access to major regional destinations and job centers."*

The Project will construct 551 hotel guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities within a short walking distance of public transportation. The proposed Project will allow future visitors and employees to use public transportation, bike or walk to access the Site instead of having to drive. Future visitors and employees of the Project, as well as people who already live and work in the area, will be able to take advantage of the restaurant/lounge spaces on-site. Their mobility needs will be served by a numerous bus lines in a variety of scenarios, which would generate high levels of transit ridership. People will be able to commute from the Project Site to various locations throughout the City. Users of the Project will have dining, a fitness center, pool deck, outdoor seating, and other amenities accessible to them, thus the Project will consolidate services on-site.


## 3. CONDITIONAL USE

Conditional Use for a "Major" development project that creates or results in 250 or more hotel guest rooms in the C2 zone (551 hotel guest rooms proposed). Per (LAMC 12.24-U.14).

**1. The project will enhance the built environment in the surrounding neighborhood or will perform a function or provide a service that is essential or beneficial to the community, city, or region.**

The Project consists of a 31-story hotel development of 551 hotel guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities on a Site that is currently developed with a 1-story parking structure. The Site is comprised of existing parking structures, 20-story Sheraton Hotel, and ballrooms. Given that this Project is adding additional hotel and restaurant/lounge space, the proposed use is consistent with the Site's current use and operations. The new hotel building will enhance the Site's current use, and provide supplemental hotel and restaurant uses that are needed to accommodate the surplus of visitors within the Universal City entertainment area. Providing this use on-

site provides a service that is essential and beneficial to the community, city, and region. The Project involves a detailed landscape plan that outlines enhanced on-site landscaping, water features, streetscape, and outdoor seating areas for visitors and employees to enjoy. These improvements will improve the entirety of the site, providing open space and design elements to both the existing and proposed buildings.

The existing 20-story Sheraton Hotel is 263,096.5 total square feet, with 461 guest rooms. The new hotel tower proposes 551 hotel guest rooms on levels 2-31 over a ground floor with a restaurant, kitchen, lobby, lounge, and office space. The rooftop will also include a restaurant/lounge area. The Project will include 1 level of subterranean parking with 58 spaces. The Project will provide 68 short-term and 68 long-term bike parking spaces. The Project will have a total floor area of 293,245 square feet and consists of a 31-story (370 feet) new hotel tower. Improvements that will benefit the entirety of the Site include enhanced landscaping, porte cochere renovation, water features, and outdoor seating spaces.

The Project will complement the surrounding area by providing accommodation for visitors and restaurant/lounge space for the neighborhood to enjoy.  The restaurant/lounge space provided on-site will allow the community to enjoy the Project Site and dine on the rooftop or ground floor. These spaces, as well as the aesthetically-pleasing design elements integrated on-site will provide a relaxing environment that the community is able to benefit from. A mix of uses surround the Property and range from low to high-rise buildings. Universal Studios properties are directly north of the Project Site, across Universal Hollywood Boulevard. To the east is the existing 24-story Hilton Hotel, beyond which is the Universal Studios Theme Park and CityWalk. To the south is a mix of commercial and office uses, directly across the Hollywood Freeway. To the west is the 35-story 10 Universal City Plaza, and adjacent parking structure.

Hotel and commercial use is desired in this area given that the Project Site is adjacent to the Universal Studios Theme Park, CityWalk, and Studios. The influx of visitors accessing these locations for work and play demands space for accommodation and dining services. The Project Site is 0.2 miles from the Universal City/Studio City Metro Rail Station and 2.5 miles from the North Hollywood Metro Station. These stations provide visitors, and employees access to the Red Line, which connects to other Metro lines that provide access to various parts of the City. The Project is serviced by multiple bus lines from Lankershim/Campo De Cahuenga (155, 237), Ventura/Lankershim (237), Ventura/Vineland (150/240, 155, 237), as well as the Universal Studios Shuttle Bus. The hotel jointly operates a shuttle bus with the Hilton Hotel to transport guests between the two hotels and the Universal Theme Park, located at the top of Universal Hollywood Drive.

Given the increase in visitors to Los Angeles, the Project will fulfill a need for providing adequate accommodation in a location of regional significance. The addition of 551 hotel guest rooms allows more visitors to stay proximal to this location, as well as access the greater Los Angeles area. In addition, the Project will create permanent jobs for the hospitality and service industries. Visitors, and employees will be able to access the Project Site via public transportation, alleviating the need for automobile use, and perhaps purchase. Overall, the project will reimagine the Sheraton Hotel by the addition of a well-designed hotel-tower on-site. The existing use (1-story parking structure) will become a 31-story hotel that will create jobs and increase commercial amenities for the existing community, while simultaneously accommodate visitor demand. The Project will be a transit-oriented-development that will encourage a mix of uses within the area, including residential, office, commercial, entertainment, parks and open space.

The Project is beneficial to the City, as it will allow for additional and larger hotel rooms, as well as restaurant/lounge uses on-site. It will also provide an increased tax base in terms of both property and

333 E. Universal Hollywood Dr.
PSOMAS

sales tax. The City will be able to use this income to assist in providing the necessary City services and amenities for the Project that will benefit the community, City, and region.

**2. The project's location, size, height, operations and other significant features will be compatible with and will not adversely affect or further degrade adjacent properties, the surrounding neighborhood, or the public health, welfare, and safety.**

The Project will supplement the on-site 20-story Sheraton Hotel and ancillary hotel uses (3-story parking structure and ballrooms). The proposed 31-story hotel building will allow more visitors and employees on-site to access the hotel amenities, restaurant/lounge uses, outdoor seating area, fitness center, pool deck, ballrooms, and meeting rooms. A mix of uses surround the Property and range from low to high-rise buildings. Universal Studios properties are directly north of the Project Site, across Universal Hollywood Boulevard. To the east is the existing 24-story Hilton Hotel, beyond which is the Universal Studios Theme Park and CityWalk. To the south is a mix of commercial and office uses, directly across the Hollywood Freeway. To the west is the 35-story 10 Universal City Plaza, and adjacent parking structure. Therefore, the proposed hotel Project is consistent with the use, density, and height of surrounding properties, and will not degrade them, nor the surrounding neighborhood. The Project will not adversely affect the community's public health, welfare, and safety. The Project will enhance these factors by adding additional hotel guest rooms and restaurant/lounge spaces for the community and visitors to enjoy.

The Project will add to the existing uses on-site by enhancing the right-of-way, streetscape, and design of the overall Site. The Project' location proximal to the Universal City/Studio City Metro Station allows visitors and employees access to the Site without having to use a car. Connectivity via public transportation allows users to access the Site and various parts of the City without having to sit in traffic to do so. This is a benefit to the overall Site, and surrounding community and will bring additional visitors and employees to this regionally significant part of the City. Considering these factors, the Project will be compatible with and will not adversely affect or further degrade adjacent properties, the surrounding neighborhood, or the public health, welfare, and safety.

**3. The project substantially conforms to the purpose, intent and provisions of the General Plan, the applicable community plan, and any applicable specific plan.**

Please see Findings in Section 2.1.1.

**4.The project provides for an arrangement of uses, buildings, structures, open spaces and other improvements that are compatible with the scale and character of the adjacent properties and surrounding neighborhood.**

The proposed Project will construct 551 hotel guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities. Approximately 58 parking spaces will be provided in one subterranean level. Vehicular access to the Site would be provided on Sheraton Drive, which can be accessed from Universal Hollywood Drive, located just north of the Project Site. The designated loading area for the site is in the subterranean parking level, which can be accessed on the west side of the Project.

The Project will consist of a 31-story (370 feet) hotel building. The building is generally consistent with the existing commercial buildings in the surrounding area, and would be compatible with existing and future development on neighboring properties. The position, bulk and height of the building, will be compatible

333 E. Universal Hollywood Dr.

with the existing 20-story Sheraton Hotel directly southwest, 24-story Hilton Hotel to the east, and 35-story 10 Universal City Plaza to the west.

The Project will include a ground floor restaurant and rooftop bar/lounge that will draw in visitors and residents within the community. The Project improves the streetscape on-site, and provides enhanced landscaping and urban design elements to improve the overall aesthetic of the Site, and creates a quality destination for visitors, proximal to transit.   Many benefits are associated with transit-oriented development, including expanded mobility choices, sustainability, and economic development. Transit-oriented development in the City of Los Angeles can create additional benefits such as increased affordability, more transit ridership, and increase value of existing communities, according to a 2010 report published by The Center for Transit-Oriented Development (CTOD).  The report, *Creating Successful Transit-Oriented Districts in Los Angeles: A Citywide Toolkit for Achieving Regional Goals*, was sponsored by Caltrans and Metro. According to this report, successful transit-oriented development in Los Angeles should achieve four broad goals: 1) Reduce the combined costs of housing and transportation; 2) Reduce auto-dependence, thereby alleviating congestion, reducing greenhouse gases, and encouraging residents to bike and walk; 3) Expand transportation choices for households of all incomes; and 4) Contribute to economic development and job growth.  A summary of the four goals follows with a discussion of how the Project contributes to the goals.

*Goal #1: The combined cost of housing and transportation in Los Angeles can be challenging. But residents who can take transit to work and have a mix of uses in their neighborhood are less likely to drive and more likely to save on transportation costs.*

Employees and visitors will be able to take a Metro Line to various parts of the City to reach housing and jobs, while visitors will be able to connect to the City's premiere attractions, external commercial uses, and entertainment destinations. On-site visitors and employees may reduce the number of vehicles in their household, or opt out of a rental car, since they will have reliable public transportation alternatives to serve their daily needs. Currently, there is already a mix of uses in the immediate area to meet the comprehensive needs of the Projects visitors and employees.

*Goal #2: Reduced reliance on automobiles can be positive for both the residents and the City.  Transit riders can expect more stable transportation costs, especially when gas prices increase, and increased health as a result of more physical activity. Thanks to transit-oriented development, the City would be able to enjoy stable or increased ridership revenue and can accommodate growth with less need to expand freeways or other roads.*

The Project site is an ideal location for promoting pedestrian and bicycle activity, as the Project is within 1,500 feet from a Metro station. The Project could attract many regular transit riders (visitors and employees) either traveling to or from the Project.  The number of transit riders typically increases when the price of gas rises. As a result, people using this alternate transportation mode significantly reduce their reliance on automobiles and vehicle miles traveled and results in a cost savings for visitors and employees. Fewer automobile drivers help alleviate traffic congestion, avoid greenhouse gases emissions, and prevent overuse of roadways and intersections during peak hours. Finally, transit riders typically travel on foot or bicycle and incorporate physical activity as part of their daily transportation patterns, improving personal health.

*Goal #3: Increasingly, households prefer to live in walkable mixed-use environments and the types of households who want to live near transit, seniors and couples without children, are projected to substantially increase. Promoting equitable access to transit is significant. CTOD found that in 2000, less than six percent of all households in the Los Angeles region lived near transit, but has forecasted that about 22 percent will want to live near transit by 2030.*

Providing a new hotel development within a short walking distance of a light-rail station will aid in attracting future housing development to the area, and further building out the pedestrian and bike infrastructure in the immediate area to become a complete transit-oriented district. The Project's transit-rich location offers a reliable transportation alternative to the automobile, thereby reducing transportation costs, and would attract individuals and households of all incomes.

*Goal #4: Transit plays an important role in economic development and job growth.  Economic growth is typically concentrated near or within existing job centers. Traffic congestion and fluctuating energy costs, however, can impede economic growth. As a result, it is important to ensure that the transit network can serve job centers well. As the transit network becomes better connected to job centers, more workers would be incentivized to take transit and may choose to spend their transportation savings on other goods and services in the local economy.*

The Project is in a commercial area with existing office, commercial, entertainment uses, and residential buildings and will connect jobs to transit.  The extensive public transit network in the area will connect workers to the services in the immediate area, and to various parts of the City. Once people experience the benefits of commuting on the transit network, they may reduce their reliance on automobiles and transit ridership will increase. An increased ridership can have benefits such as reduced traffic congestion, transportation cost savings, and energy conservation and emission reductions. With the money saved from not having to pay for gas but also car insurance, maintenance costs, and parking, people will have more discretionary spending for dining, shopping, and other services. Ultimately, this transportation behavior change can result in more sales tax revenue and economic development for the City of Los Angeles.

## 5. The project complies with the height and area regulations of the zone in which it is located.

The Project's current zoning is C2-1, PB-1 and RE15-1-H. With the elimination of the footprint zoning, the Property will have a C2-1 zone. The Projects height and area regulations are in compliance with the C2-1 zone, and will have an FAR of 1.5:1 and total building height of 370 feet (31 stories). The C2-1 zone is consistent with the General Plan and will allow for the Project to be developed and maintained on the current Site. The proposed development will include the demolition of an existing 1-story parking structure and construction of a 31-story (370 feet) hotel tower with 551 guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities. The existing 20-story Sheraton Hotel is 263,096.5 total square feet, with 461 guest rooms. The new hotel tower proposes 551 hotel guest rooms on levels 2-31 over a ground floor with a restaurant, kitchen, lobby, lounge, and office space. The rooftop will also include a restaurant/lounge area. The Project will include 1 level of subterranean parking with 58 spaces. The Project will provide 68 short-term and 68 long-term bike parking spaces. The Project will have a total floor area of 293,245 square feet and consists of a 31-story (370 feet) new hotel tower. Improvements that will benefit the entirety of the Site include enhanced landscaping, porte cochere renovation, water features, and outdoor seating spaces.

333 E. Universal Hollywood Dr.
PSOMAS

The Project is consistent with the existing commercial buildings in the surrounding area, and would be compatible with existing and future development on neighboring properties. The position, bulk and height of the building will be compatible with surrounding buildings, including the existing 20-story Sheraton Hotel directly southwest, 24-story Hilton Hotel to the east, and 35-story 10 Universal City Plaza to the west. The Project is in compliance with the height and area regulation of the C2-1 zone, and will not detrimentally affect the surrounding neighborhood, public health, welfare, or safety.

**6. The project is consistent with the City Planning Commission's design guidelines for Major Development Projects, if any.**

The City Planning Commission has not adopted design guidelines for Major Development Projects.

## 4. CONDITIONAL USE APPLICATION FOR SALE AND SERVICE OF ALCOHOLIC BEVERAGES

The applicant is requesting a Conditional Use Permit (CUP) per (LAMC 12.24 W.1), to allow the sale and dispensing of a full-line of alcoholic beverages at a hotel and up to 2 associated on-site locations. The CUBs are proposed for 2 locations contained within the 6,401 square feet of restaurant/lounge uses on the ground floor and rooftop. These establishments would be in conjunction with the 293,245 square foot hotel tower, which contains 551 hotel guest rooms. Proposed hours of operation are 24 hours, daily, and alcohol service from 8:00 am to 2:00 am, daily, described as follows:

1.  On-site consumption for up to 2 venues located on the Project's ground floor and rooftop.
2.  In room mini-bars within the 551 hotel rooms.

    **GENERAL CONDITIONAL USE FINDINGS:**

i.  **That the project will enhance the built environment in the surrounding neighborhood or will perform a function or provide a service that is essential or beneficial to the community, city, or region.**

    The Project is located within Universal City, an area with a mix of office, entertainment, residential and commercial uses that are within proximity to transit.  The Project Site and surrounding neighborhood are a destination for local workers, residents, visitors, and businesses, providing a 24-hour, seven days-a-week regional center of dining, entertainment, and activity. The Project Site is located approximately 0.2 miles from the existing Universal City/Studio City Metro Station, reducing the reliance on automobiles for visitors to the project. The proposed project is a hotel development and involves the construction of a 31-story hotel tower with 551 guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities. These services will attract new visitors, and employees to the Project Site and surrounding area.

    Development of the Project site, which currently consists of an existing 481-room Sheraton Universal Hotel, and 1-story and 3-story parking structures, will assist in consolidating the area as

333 E. Universal Hollywood Dr.
PSOMAS

a premiere destination for visitors. The Project's new restaurants and will benefit visitors, as well as future and existing residents in the community, who can dine and socialize at the new venues. The immediate vicinity currently has few restaurants to serve the numerous residents and employees nearby. The addition of new restaurants will perform an essential and beneficial service to the community. The service of alcoholic beverages in such a setting has come to be accepted as a normal and desirable complement to food service in quality restaurants and an expected component of specialty retail establishments and hotels. Restaurants within the hotel Project promote pedestrian activity throughout all hours of the day. Restaurants serving alcohol further promote night life activity, which allows visitors to stay in these locations for a longer period.

Since the option for alcoholic beverages is a normal and expected amenity with meal service for many Project visitors, approval of the CUBs for the Project would be desirable to the public convenience and welfare. Therefore, the Project is performing an essential and desirable service by providing alcohol sales within a carefully controlled, high quality hotel development, with appropriate security measures. With the ability to purchase alcohol on the Project site, local employees and residents will be less inclined to travel outside the neighborhood for shopping and dining, thus aiding in the relief of traffic congestion issues. In addition, the Project will generate employment opportunities and sales tax revenue for the community and City.

The Project will enhance the built environment in the surrounding neighborhood, and will provide services that are beneficial to the community and greater region. The re-imagination of the Site with an additional hotel tower and restaurant provides the property with a use that addresses the needs of the City. The proximity of the Site to the Universal City/Studio City Metro Station allows visitors and employees to connect to various parts of the City, and reduces the reliance on the automobile.

**ii.   That the project's location, size, height, operations and other significant features will be compatible with and will not adversely affect or further degrade adjacent properties, the surrounding neighborhood, or the public health, welfare, and safety.**

There will be no adverse effect on the general health, welfare, or safety of the surrounding and adjacent properties because the sale of alcohol or the overall Project operation or physical development. Currently, the Project Site has an existing 20-story building. The Project's size and height will be compatible with the surrounding community.  The general welfare is served by the redevelopment of the Site to a hotel tower with 551 guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities.

Rather than degrade adjacent properties and the surrounding neighborhood, the redevelopment of the subject site will improve the safety, welfare, and aesthetic of the neighborhood. The Project's offered amenities of commercial services with alcohol will infuse life into this Project Site. The Project activates the Site with improved streetscape on Sheraton Drive, which provides the primary pedestrian and vehicular access to the Site. The Project features commercial tenants, dining, hotel guest rooms, open space and amenities, supporting the pedestrian environment and improving the welfare and safety of the surrounding neighborhood by providing a 24-hour presence for more eyes on the street. The Project additionally provides open space and recreational facilities within the existing Sheraton Hotel (pool, fitness center, lounge areas).

333 E. Universal Hollywood Dr.
PSOMAS

Conditions which are tailored to each specific venue will be imposed. These conditions may include, but are not limited to, alcohol sales training by the Los Angeles Police Department, the term limit of the grant, security requirements, limited hours of operation, required additional landscaping features or noise buffering designs, and valet and parking requirements. Thus, as conditioned, the use will not degrade the adjacent areas, properties, or the neighborhood.

iii. **That the project substantially conforms with the purpose, intent and provisions of the General Plan, the applicable community plan, and any applicable specific plan.**

See "Site Plan Review" Section for analysis of the Project's compatibility with the objectives of the General Plan, and Community Plan.

2. **Conditional Use Application for Alcohol - Additional**

i. **Explain how the proposed use will not adversely affect the welfare of the pertinent community.**

The Project will provide additional amenities to support the community and improve the urban atmosphere, providing a larger variety of dining options, as well as bringing more visitors to the area. Increasing the venues and visitors will continue to stimulate and encourage enhanced development in this area of Universal City. The Project will bring with it additional economic value for the residents, business owners, and City through increased property values and sales tax. The Project will create many permanent local jobs for residents including management staff, hotel service staff, restaurant staff, security, etc.

The new visitors and employees associated with the Project will improve the pedestrian experience and increase safety as there will be more active streets during extended hours of the day and night. The Project will also improve the aesthetic of the area, increasing its physical appeal, as well as enhancing the safety of the area.

The community will not be burdened by the additional visitors as the Project provides adequate parking, and is within direct access to Metro light-rail and bus services. It is anticipated that the proximity of the Project Site to different Metro transit stations will encourage the use of transit by on-site guests, employees. The Project Site is 0.2 miles from the Universal City/Studio City Metro Rail Station and 2.5 miles from the North Hollywood Station. These stations provide visitors and employees access to the Red Line, which connects to other Metro lines that provide access to various parts of the City. The Project is serviced by multiple bus lines from Lankershim/Campo De Cahuenga (155, 237), Ventura/Lankershim (237), Ventura/Vineland (150/240, 155, 237), as well as the Universal Studios Shuttle Bus. The hotel jointly operates a shuttle bus with the Hilton Hotel to transport guests between the two hotels and the Universal Theme Park, located at the top of Universal Hollywood Drive. The existing vicinity contains a variety of amenities that visitors and employees will be able to access via walking or bicycling. Via public transportation, guests will be able to travel to various parts of the City by utilizing the nearby Metro rail and bus services.

To additionally protect the welfare and concerns of the surrounding community, conditions will be set forth by the City, the Los Angeles Police Department, and the State Department of Alcoholic Beverage Control to ensure no ill effects result from the granting of these entitlements. The

333 E. Universal Hollywood Dr.
PSOMAS

requested entitlements are to improve the building, amenities, and community, and the applicant welcomes all opportunities to protect the welfare of the neighborhood through these entitlements.

ii. **Explain how the approval of the application will not result in or contribute to an undue concentration of such establishments.**

As of June 6, 2018, according to the Department of Alcoholic Beverage Control, in Census Tract No. 1437 within which the Project is located, the maximum number of on-site licenses permitted is 3, with 12 existing, and the maximum number of off-site licenses permitted is 2, with 3 existing. There are 5 establishments within 600 feet of the Property that serve alcohol. In addition, 19 establishments within 600 and 1,000 feet serve alcohol. Though nearby, other alcohol-serving establishments located along Cahuenga Boulevard and within Universal CityWalk are identified under another census tract. It is not uncommon to have concentrations above the permitted number within a highly populated and trafficked area of the City. The approval of the requested entitlement for on-site alcohol licenses will not adversely contribute to an undue concentration within the surrounding community because the number of licenses in the Project site's census tract already exceeds the permitted number of on- and –off-site licenses. The area has had an increase in restaurants with alcohol permits to serve both the expanding residential population of the area, nearby office workers, and tourists. Despite this over-concentration, the City may allow additional on- and off-site licenses if it finds that the public convenience and necessity would be served by the issuance of such additional licenses. Additionally, of the existing establishments within the Project's census tract, there are 5 establishments with alcohol licenses within 600 feet of the Project Site. These are Spitz, Sheraton Hotel, Hilton Hotel, Universal Studios, and Arco AM/PM.

Crime statistics by reporting division are no longer offered from the Department of Alcoholic Beverages, and were unable to be collected directly from the Los Angeles Police Department. Statistics were collected from LAPD Crime Mapping and COMPSTAT. Within a one-mile radius of the Project Site, there have been 432 crimes within the last 6 months, as identified by the Los Angeles Police Department's Crime Mapping service. Of those crimes, zero (0) crimes were related to alcohol/ drug violations or Driving Under the Influence (DUI). As exemplified by the existing lack of crimes related to alcohol, the continuation of the Project Site's existing license to serve alcohol on-site will not create a law enforcement problem.

The requested entitlements are also necessary for the financial and conceptual success of the Project, as visitors expect such amenities in fine establishments. Granting the requested entitlements will allow the other positive benefits of the Project to be successful, including improved security and physical presence. As part of the application process, the Applicant will meet with the Los Angeles Police Department, and review security, training, and other proposed conditions for the Project. The Project will include any conditions necessary to limit any potential adverse impacts caused by the service of alcohol within the multiple venues of the Project.

iii. **Explain how the approval of the application will not detrimentally affect nearby residential zones or uses.**

333 E. Universal Hollywood Dr.
PSOMAS

The Project will not detrimentally affect nearby residentially zoned uses. The Project is located within in an area where diversity of its uses is not uncommon. The requested entitlement for service of alcohol does not represent the introduction of these uses to the area due to the existence of many popular dining and nightlife venues. Numerous restaurants and bars serving alcohol are in the immediate vicinity. The nearby residential uses range from multi-family apartments in mixed-use buildings with commercial, restaurant, and bar spaces to single-family homes. With the entertainment presence of Universal Studios and CityWalk, residents in the community are accustomed to a variety of alcohol-serving venues and activities. In fact, such uses are a unique characteristic and desired feature for the many new residents drawn to the area. There are no single-family homes, churches, hospitals within 600 feet of the Project site. There are no sensitive uses within a 600-foot radius of the Project site. South Weddington Park is within 600 to 1,000 feet of the Project Site.

The Project will include 551 new hotel guest rooms, 6,401 square feet of restaurant/lounge uses, and 1,922 square feet of hotel amenities and it is in the best interest of the owners to make certain that establishments offering alcohol and are operated in a responsible manner. The Project's alcohol serving spaces are within a contained environment, where monitoring is facilitated and the property owner retains responsibility for strict oversight and compliance with all regulations and conditions. For the restaurants that would sell alcoholic beverages, the sale would generally be incidental to their primary operations. Therefore, this use would not result in detrimental impacts to nearby residentially-zoned properties. The sale of alcoholic beverages is of importance to operators of restaurants to attract and cater to their clientele. The establishments would be part of a high-quality, commercial development and all alcohol services would be within a carefully controlled environment served by responsible operators. Security measures would provide safeguards against alcohol-related nuisances. As stated previously, the specific details of each establishment would be reviewed pursuant to the Plan Approval process by the Planning Department with input from the Police Department. Specific conditions for each establishment would ensure that no adverse impacts would result due to the Project's on-sale licenses.

**QUESTIONS REGARDING THE PHYSICAL DEVELOPMENT OF THE SITE**

1.  **What is the total square footage of the building or center the establishment is located in?**

    The Project consists of the construction of an approximately 293,245 square foot commercial building.

2.  **What is the total square footage of the space the establishment will occupy?**

    The proposed total ground floor and rooftop restaurant/bar/lounge space is 6,401 square feet.

3.  **What is the total occupancy load of the space as determined by the Fire Department?**

    This information is unknown at this time. However, the alcohol serving venues would not exceed the maximum occupancy loads as determined by the Department of Building and Safety and the Fire Department.

333 E. Universal Hollywood Dr.
PSOMAS

4. **What is the total number of seats that will be provided indoors? Outdoors?**

   The total number of seats that will be provided indoors is approximately 96. 44 seats are contained within the indoor portion of the ground floor restaurant, and 52 seats are contained within the ground floor lobby/lounge. The total number of seats that will be provided outdoors is 280. 120 seats are contained within the outdoor portion of the ground floor restaurant, and 118 seats are contained within the rooftop restaurant/lounge.

   a. If there is an outdoor area, will there be an option to consume alcohol outdoors?

      Yes. Both the ground floor restaurant and rooftop bar/lounge will have outdoor dining areas.

   b. If there is an outdoor area, is it on private property or the public right-of-way, or both?

      Private Property.

   c. If an outdoor area is on the public right-of-way, has a revocable permit been obtained?

      Not Applicable.

2. Are you adding floor area?

   Yes. Total new Floor Area is 293,245 square feet

   a. If yes, how much is enclosed? Outdoors?

The ground floor enclosed restaurant/kitchen is 5,330 square feet and the enclosed lobby/lounge is 5,756 square feet. The outdoor seating area of the restaurant on the ground floor is approximately 7,500 square feet. The rooftop is 1,071 square feet of outdoor space.

3. Parking

   a. How many parking spaces are available on the Site?

      A total of 567 (58 new) parking spaces will be maintained on-site for the entire Project.

   b. Are they shared or designated for the subject use?

      The on-site parking will be for visitors and employees.

   c. If you are adding floor area, what is the parking requirement as determined by the Department of Building & Safety?

      A total of 567 spaces are required on the overall Site, and 272 spaces are required for the new hotel tower.

   d. Have any arrangements been made to provide parking off-site?

No. Parking (58 spaces) will be provided in one subterranean level of the new hotel tower. The remaining parking spaces (510 spaces) are accounted for on-site, primarily in the 3-story parking structure to remain, and will meet the Los Angeles Municipal Code standards.

e.  If yes, is the parking secured via a private lease or a covenant/affidavit approved by the Department of Building & Safety?

Not applicable

f.  Please provide a map showing the location of the off-site parking and the distance, in feet, for pedestrian travel between the parking area the use it is to serve.

Not Applicable as there is no off-site parking.

g.  Will valet service be available? Will the service be for a charge?

Yes

4.  Is the Site within 1,000 feet of any schools (public, private or nursery schools), churches or parks?

Yes. South Weddington Park is the only sensitive use between 600 and 1,000 feet.

5.  For massage parlors and sexual encounter establishments, is the Site within 1,000 feet of any other Adult Entertainment Businesses as defined by LAMC 12.70 B17?

Not applicable.

**QUESTIONS REGARDING THE OPERATION OF THE ESTABLISHMENT**

1.  What are the proposed hours of operation and which days of the week will the establishment be open?

Hours of Operation:  24 hours, 7 days a week, Hours of Alcohol Sales:  8:00 am – 2:00 am, 7 days a week

2.  Will there be entertainment such as a piano bar, dancing, live entertainment, movies, karaoke, video game machines, etc…? Please specify:

No.

3.  Will there be minimum age requirements for entry?  If yes, what is the minimum age requirement and how will it be enforced?

Operations of such establishments will be in accordance with the rules and regulations of the California Department of Alcoholic Beverage Control. Operators of establishments which impose age restrictions will be required to verify the age and the identity of patrons when necessary.

333 E. Universal Hollywood Dr.
PSOMAS

4. Will there be any accessory retail uses on the Site?  What will be sold?

   No.

5. Security
   a. How many employees will you have on the Site at any given time?

      The total number of employees is not yet known at this time.

   b. Will security guards be provided on-site?

      Yes, it is anticipated that security will be provided as part of the larger development; however, the number is not known at this time. If at the time of occupancy, it is determined that additional security guards are necessary for a proposed tenant, then the responsibility to provide the security shall fall to the operator.

   c. Has LAPD issued any citations or violations?

      No.

6. Alcohol
   a. Will there be beer & wine only, or a full-line of alcoholic beverages available?

      The applicant is requesting a full-line of alcoholic beverages

   b. Will "fortified" wine (greater than 16% alcohol) be sold?

      The restaurants may choose to serve and sell wine products with greater than 16 percent alcohol, such as dessert wines, cognacs, and brandies as allowed by the Department of Alcohol Beverage Control. However, since the operators have not been identified, this information is not yet known.

   c. Will alcohol be consumed on any adjacent property under the control of the applicant?

      Yes. The existing Sheraton Hotel, directly adjacent to the Project Site will continue to allow for the consumption of alcohol on-site.

   d. Will there be signs visible from the exterior that advertise the availability of alcohol?

      It is possible that a tenant may wish to feature exterior advertising for alcohol availability; however, since specific tenants have not been identified, this information is not yet known.

7. Food
   a. Will there be a kitchen on the Site?

Yes, the restaurants on-site will have kitchens.

b.  Will alcohol be sold without a food order?

Yes. As tenants have not been identified, this information will be determined once an operator has been selected.

c.  Will the sale of alcohol exceed the sale of food items on a quarterly basis?

Alcohol sales might exceed the gross sale of food items. As tenants have not been identified, this information will be determined at a later date.

d.  Provide a copy of the menu if food is to be served.

Menus are not yet available as a specific restaurant operators are not known at this time.

8.  On-Site
   a.  Will a bar or cocktail lounge be maintained incidental to a restaurant?

The restaurants may choose to include a cocktail lounge incidental to the restaurant. As restaurant operators have not been identified, this information will be determined at a later date.

   i.  If yes, the floor plans must show the details of the cocktail lounge and the separation between the dining and lounge facilities.

Since the operators of the restaurant venues have not been selected yet, the detailed architectural plans for the restaurants have not been developed.

   b.  Will off-site sales of alcohol be provided accessory to on-site sales ("Take Out")?

No.

   i.  If yes, a request for off-site sales of alcohol is required as well.

Not Applicable.

   c.  Will discounted alcoholic drinks ("Happy Hour") be offered at any time?

It is anticipated that some commercial spaces may have a "Happy Hour" or offer other promotional pricing on alcoholic beverages.

9.  Off-Site
   a.  Will cups, glasses or other containers be sold which might be used for the consumption of alcohol on the premises?

No.

333 E. Universal Hollywood Dr.
PSOMAS

    b.  Will beer or wine coolers be sold in single cans, or will wine be sold in containers less than 1 liter (750 ml)?

        No.

**CALDERA BILL (CA Business and Professions Code Section 23958 and 23958.4)**

1.  Is this application a request for on-site or off-site sales of alcoholic beverages?

Only on-site sales of alcoholic beverages is requested.

    a.  If yes, is the establishment a bona-fide eating place (restaurant) or hotel/motel?

        Among a variety of alcohol-serving establishments, the Applicant proposes to provide bona-fide eating establishments with a full-line of alcohol sales within a hotel.

    b.  If no, contact the CA Department of Alcoholic Beverage Control (ABC) to determine whether the proposed Site is located in an area whereby:

        i.  Issuance of a license to serve alcohol on-site or off-site would tend to create a law enforcement problem, or

            Issuances of licenses to serve alcohol on-site would not tend to create a law enforcement problem. Crime statistics by reporting division are no longer offered from the Department of Alcoholic Beverages, and were unable to be collected from the Los Angeles Police Department. Within a one-mile radius of the Project Site, there have been 432 crimes within the last 6 months, as identified by the Los Angeles Police Department's Crime Mapping service. Of those crimes, zero (0) crimes were related to alcohol/ drug violations or Driving Under the Influence (DUI). As exemplified by the existing lack of crimes related to alcohol, the continuation of the Project Site's existing license to serve alcohol on-site will not create a law enforcement problem.

            As exemplified by the existing lack of crimes related to alcohol, the issuance of additional licenses to serve alcohol on-site will not create a law enforcement problem. Additionally, private security will be provided for the Project Site that will work in conjunction with law enforcement to continue creating a safe urban environment and not add burden to existing law enforcement branches.

        ii.  If issuance would result in, or add to an undue concentration of licenses.

            As of June 6, 2018, according to the Department of Alcoholic Beverage Control, in Census Tract No. 1437 within which the Project is located, the maximum number of on-site licenses permitted is 3, with 12 existing, and the maximum number of off-site licenses permitted is 2, with 3 existing. There are 5 establishments within 600 feet of the Property that serve alcohol. In addition, 19 establishments within 600 and 1,000 feet serve alcohol. Though nearby, other alcohol-serving establishments located

333 E. Universal Hollywood Dr.
PSOMAS

along Cahuenga Boulevard and within Universal CityWalk are identified under another census tract. It is not uncommon to have concentrations above the permitted number within a highly populated and trafficked area of the City. The approval of the requested entitlement for on-site alcohol licenses will not adversely contribute to an undue concentration within the surrounding community because the number of licenses in the Project site's census tract already exceeds the permitted number of on- and –off-site licenses. The area has had an increase in restaurants with alcohol permits to serve both the expanding residential population of the area, nearby office workers, and tourists. Despite this over-concentration, the City may allow additional on- and off-site licenses if it finds that the public convenience and necessity would be served by the issuance of such additional licenses. Additionally, of the existing establishments within the Project's census tract, there are 5 establishments with alcohol licenses within 600 feet of the Project Site. These are Spitz, Sheraton Hotel, Hilton Hotel, Universal Studios, and Arco AM/PM.

Crime statistics by reporting division are no longer offered from the Department of Alcoholic Beverages, and were unable to be collected directly from the Los Angeles Police Department. Statistics were collected from LAPD Crime Mapping and COMPSTAT. Within a one-mile radius of the Project Site, there have been 432 crimes within the last 6 months, as identified by the Los Angeles Police Department's Crime Mapping service. Of those crimes, zero (0) crimes were related to alcohol/ drug violations or Driving Under the Influence (DUI). As exemplified by the existing lack of crimes related to alcohol, the continuation of the Project Site's existing license to serve alcohol on-site will not create a law enforcement problem.

The requested entitlements are also necessary for the financial and conceptual success of the Project, as guests expect such amenities in fine establishments. Granting the requested entitlements will allow the other positive benefits of the Project to be successful, including improved security and physical presence. As part of the application process, the Applicant will meet with the Los Angeles Police Department, and review security, training, and other proposed conditions for the Project. The Project will include any conditions necessary to limit any potential adverse impacts caused by the service of alcohol within the multiple venues of the Project.

2.  If ABC has determined that an eligible use is in an area of high crime or undue concentration of licenses, the City Council will need to make the finding that the issuance of the license is required for public convenience or necessity.

The Applicant is seeking a Conditional Use Permit for the Project Site to provide the ability to serve alcoholic beverages for on-site sales and consumption at a hotel with a ground floor restaurant and roof top bar/lounge. The serving of alcoholic beverages is a normal and expected amenity with meal and entertainment services for many Project patrons, including restaurant and special event guests, and the approval of the CUP for the Project would be desirable to the public convenience.

333 E. Universal Hollywood Dr.
PSOMAS

The Project aims to provide convenient access to quality restaurants venues, creating a vibrant area for street life within a safe and secure environment. Therefore, an essential and desirable service will be performed by providing alcohol sales within a carefully controlled, high-quality hotel development, with appropriate security measures in place.  With the ability to purchase alcohol at the commercial venues, local employees, visitors would have much less need to travel outside the neighborhood to accomplish their dining needs.  Additionally, with the availability of these services will allow residents and visitors to enjoy an active environment in close proximity, thus aiding in the relief of traffic congestion issues.  The issuance of a Conditional Use Permit for the Project site is required for public convenience.

The objective of the Project is to create an inviting, pedestrian-friendly commercial and hotel development, consistent with the goals of the Community Plan.  Dining with the availability of alcoholic beverages and is an essential part of a quality dining experience.  The success of the restaurants depends on the ability to provide this service to their visitors.  Such activities are a natural, vital extension of the restaurant use, and a function of the pedestrian-friendly environment.  The issuance of the CUPs is for the public convenience and necessity.

**ADDITIONAL REQUIREMENTS FOR CUPs**

The total square footage of the restaurant/bar/lounge space is 6,401 square feet of with 3,412 square feet of restaurant space on the ground floor and 6,824 square feet of restaurant/lounge space on the rooftop. The specific address or suite/unit number corresponding to each CUP request is unknown at this time. The tenant-operator of each alcohol establishment is also unknown.  In addition to the restaurant/lounge space, the Applicant request alcohol to be provided in hotel room mini-bars within the 551 new hotel rooms. As stated previously in the responses of this document, more information will be available once tenants have been selected.

| Type | Hotel/Restaurant | Total |
|---|---|---|
| On-site | 2 | 6,401 |