# **Exhibit 8**



# REIMAGINE SHERATON UNIVERSAL

333 E. UNIVERSAL HOLLYWOOD DR.
UNIVERSAL CITY, CA 91608

## PROJECT INFORMATION

DESCRIPTION:
370' HIGH 30-STORY TYPE I-FR (SPRINKLERED) 551 ROOM HOTEL TOWER (R-1) OVER 1-STORY ENTRY LOBBY/RESTAURANT AND 1-STORY SUBTERRANEAN PARKING STRUCTURE INCLUDING LOADING ZONE.

ADDRESS:
333 E. UNIVERSAL HOLLYWOOD DR.
UNIVERSAL CITY, CA 91608

ASSESSOR PARCEL NO.(APN):
2424-044-021

EXISTING PROPERTY STATUS:
- 1-STORY SUBTERRANEAN PARKING STRUCTURE TO BE DEMOLISHED AND REBUILT
- 3-STORY ,TYPE I-A, PARKING STRUCTURE TO REMAIN
- 18-STORY 461 ROOM HOTEL TOWER OVER 2-STORY PODIUM WITH BALLROOMS/MEETING ROOMS TO REMAIN
- 3-STORY COURTYARD GUESTROOM WING TO REMAIN

PLANNING JURISDICTION:
CITY OF LOS ANGELES

EXISTING ZONING:
C2-1 / PB-1 / RE15-1H

PROPOSED ZONING:
C2-1

OCCUPANCY GROUP:
R-1, A-3

ZONING INFORMATION:
ZI-2452 TRANSIT PRIORITY ATREA IN THE CITY OF LOS ANGELES
ZI-2427 FREEWAY ADJACENT ADVISORY NOTICE FOR SENSITIVE USES
ZI-2191

ESTIMATED DIRT EXCAVATION
EXISTING BASEMENT AREA:
33,997 SF
NEW BASEMENT AREA:
53,254 SF
ESTIMATED EXCAVATION VOLUME:
(53,254-33,997) x (15+5) = 385,140 CUBIC FT
385,140 CUBIC FT = 14,264 CUBIC YARD

## FAR SUMMARY

TOTAL PARCEL AREA:
374,589 SF

FAR:
1.5 : 1

TOTAL ALLOWABLE FAR:
561,883.5 SF

TOTAL EXISTING FAR:
263,096.5 SF

TOTAL AVAILABLE FAR:
298,787 SF

TOTAL PROPOSED FAR:
293,245 SF

## LOT COVERAGE

BUILDING FOOTPRINT

| | W/ BASEMENT | ABOVE GROUND |
|---|---|---|
| EXISTING | 36% | 27% |
| NEW TOWER | 14% | 6% |
| TOTAL | 40% | 33% |

PAVING HARDSCAPE
24%

LANDSCAPE
43%

## DEVELOPMENT STANDARD

| | REQUIRED |
|---|---|
| FRONT YARD SETBACK | NONE |
| SIDE YARD SETBACK | NONE |
| BACK YARD SETBACK | NONE |
| MAXIMUM BUILDING HT. PER ZONING | N/A |

## FLOOR AREA SUMMARY

| EXISTING HOTEL FLOOR AREA | | | PROPOSED HOTEL FLOOR AREA | | |
|---|---|---|---|---|---|
| | | | ROOF | 1,398 SF | KITCHEN/CIRCULATION |
| | | | 30TH FLOOR | 9,531 SF | GUESTROOM |
| | | | 29TH FLOOR | 9,531 SF | GUESTROOM |
| | | | 28TH FLOOR | 9,531 SF | GUESTROOM |
| | | | 27TH FLOOR | 9,531 SF | GUESTROOM |
| | | | 26TH FLOOR | 9,531 SF | GUESTROOM |
| | | | 25TH FLOOR | 9,531 SF | GUESTROOM |
| | | | 24TH FLOOR | 9,531 SF | GUESTROOM |
| | | | 23RD FLOOR | 9,531 SF | GUESTROOM |
| | | | 22ND FLOOR | 9,531 SF | GUESTROOM |
| | | | 21ST FLOOR | 9,531 SF | GUESTROOM |
| 20TH FLOOR | 7,786 SF | BALLROOM/LOUNGE | 20TH FLOOR | 9,531 SF | GUESTROOM |
| 19TH FLOOR | 9,092.5 SF | GUESTROOMS | 19TH FLOOR | 9,531 SF | GUESTROOM |
| 18TH FLOOR | 9,092.5 SF | GUESTROOMS | 18TH FLOOR | 9,531 SF | GUESTROOM |
| 17TH FLOOR | 9,092.5 SF | GUESTROOMS | 17TH FLOOR | 9,531 SF | GUESTROOM |
| 16TH FLOOR | 9,092.5 SF | GUESTROOMS | 16TH FLOOR | 9,531 SF | GUESTROOM |
| 15TH FLOOR | 9,033.5 SF | GUESTROOMS | 15TH FLOOR | 9,531 SF | GUESTROOM |
| 14TH FLOOR | 9,092.5 SF | GUESTROOMS | 14TH FLOOR | 9,531 SF | GUESTROOM |
| 13TH FLOOR | 9,092.5 SF | GUESTROOMS | 13TH FLOOR | 9,531 SF | GUESTROOM |
| 12TH FLOOR | 9,092.5 SF | GUESTROOMS | 12TH FLOOR | 9,531 SF | GUESTROOM |
| 11TH FLOOR | 9,092.5 SF | GUESTROOMS | 11TH FLOOR | 9,531 SF | GUESTROOM |
| 10TH FLOOR | 9,092.5 SF | GUESTROOMS | 10TH FLOOR | 9,531 SF | GUESTROOM |
| 9TH FLOOR | 9,051 SF | GUESTROOMS/LOUNGE | 9TH FLOOR | 9,531 SF | GUESTROOM |
| 8TH FLOOR | 9,092.5 SF | GUESTROOMS | 8TH FLOOR | 9,531 SF | GUESTROOM |
| 7TH FLOOR | 9,092.5 SF | GUESTROOMS | 7TH FLOOR | 9,531 SF | GUESTROOM |
| 6TH FLOOR | 9,092.5 SF | GUESTROOMS | 6TH FLOOR | 9,531 SF | GUESTROOM |
| 5TH FLOOR | 9,092.5 SF | GUESTROOMS | 5TH FLOOR | 9,531 SF | GUESTROOM |
| 4TH FLOOR | 9,033.5 SF | GUESTROOMS | 4TH FLOOR | 9,531 SF | GUESTROOM |
| 3RD FLOOR | 36,761 SF | LOBBY/LOUNGE/GUESTROOMS | 3RD FLOOR | 9,531 SF | GUESTROOM |
| 2ND FLOOR | 13,964 SF | GUESTROOMS | 2ND FLOOR | 8,740 SF | GUESTROOM |
| GROUND FLOOR | 53,956 SF | BALLROOM/MEETING ROOM/ RESTAURANT/GUESTROOM | GROUND FLOOR | 12,343 SF | LOBBY/LOUNGE/ RESTAURANT |
| BASEMENT FLOOR | 5,309 SF | OFFICE/EMPLOYEE DINING | BASEMENT FLOOR | 3,896 SF | KITCHEN |
| EXISTING HOTEL TOTAL AREA: | 263,096.5 SF | | NEW HOTEL TOTAL AREA: | 293,245 SF | |
| TOTAL AREA: | 556,341.5 SF | | | | |

TOTAL COMMERCIAL AREA/ALCOHOL SERVING AREA

| NAME | AREA (SF) | LOCATION |
|---|---|---|
| RESTAURANT | 5,330 | GROUND LEVEL |
| BAR LOUNGE | 1,071 | ROOF LEVEL |
| TOTAL | 6,401 SF | |

TOTAL HOTEL AMENITIES

| NAME | AREA (SF) | LOCATION |
|---|---|---|
| HOTEL LOBBY | 1,922 | GROUND LEVEL |
| TOTAL | 1,922 SF | |

## PARKING SUMMARY

EXISTING 3-STORY, TYPE I-A, 133' X 276' PARKING STRUCTURE. F-1P OCCUPANCY. 375 STANDARD AND 86 COMPACT SPACES IN STRUCTURE. PER CERTIFICATE OF OCCUPANCY FROM CITY OF LOS ANGELES.
ONE WEST SURFACE LOT WITH 32 STANDARD SPACES
EXISTING PORTE COCHERE PROVIDES 4 SURFACE PARKING SPACES

AUTO PARKING

| REQUIRED AUTO PARKING | | SUBTOTAL | TOTAL |
|---|---|---|---|
| 461 EXISTING GUESTROOMS AND BALLROOM | (PER CofO) | 295 | 295 |
| 551 NEW GUESTROOMS | FIRST 30_1 per 1 | 30 | |
| | SECOND 30_ 1 per 2 | 15 | |
| | REMAINDER_1 per 3 | 163 | |
| 6,401 SF NEW RESTAURANT | 1 per 100 SF | 64 | 272 |
| TOTAL | | | 567 |
| REQUIRED ACCESSIBLE PARKING (VAN) | | | 12 (2) |

PROVIDED AUTO PARKING

| | |
|---|---|
| EXISTING | |
| EXISTING GARAGE | 461 SPACES (86 COMPACT) |
| EXISTING WEST SURFACE LOT | 43 (COMPACT) |
| NEW | |
| PORTE COCHERE PARKING | 6 |
| NEW TOWER BASEMENT | 58 SPACES (3 COMPACT) |
| TOTAL PROVIDED | 568 SPACES (132 COMPACT) |

EV & ACCESSIBLE (NEW TOWER BASEMENT)

| | |
|---|---|
| EV/CLEAN AIR/VANPOOL | 6 |
| EVCS (VAN EVCS)(NOT COUNTED) | 4 (1) |
| ACCESSIBLE SPACES | 3 |
| TOTAL | 9 |

BICYCLE PARKING
REQUIRED BICYCLE PARKING-NEW HOTEL
HOTEL GUESTROOMS

| | SHORT TERM | | LONG TERM | |
|---|---|---|---|---|
| | 1 PER 10 UNITS | 55 | 1 PER 10 UNIT | 55 |
| 551 UNITS | TOTAL SPACES | 55 | TOTAL SPACES | 55 |

COMMERCIAL FUNCTIONS

| AREA (SF) | FUNCTION | LOCATION | SHORT TERM 1 PER 2,000 SF (MIN. 2) | LONG TERM 1 PER 2,000 SF (MIN. 2) |
|---|---|---|---|---|
| 5,330 | RESTAURANT | GROUND LEVEL | 2.70 (3) | 2.70 (3) |
| 1,071 | BAR LOUNGE | ROOF LEVEL | 0.50 (2) | 0.50 (2) |
| 6,401 | TOTAL SF | TOTAL SPACES | 5 | 5 |

SUBTOTAL

| | SHORT TERM | LONG TERM |
|---|---|---|
| TOTAL REQUIRED SPACES | 60 | 60 |

PROVIDED BICYCLE PARKING-NEW HOTEL

| TYPE | LOCATION | SPACES |
|---|---|---|
| SHORT-TERM | B1 LEVEL | 60 |
| LONG-TERM | B1 LEVEL | 60 |

## SHEET INDEX

GENERAL

G0.1 GENERAL INFORMATION

SURVEY

L1.1 LANDSCAPE CONCEPT PLAN

ARCHITECTURAL

A0.1 EXISTING HOTEL FLOOR AREA DIAGRAM
A0.2 PROPOSED NEW HOTEL FLOOR AREA DIAGRAM
A0.3 VIEW STUDY DIAGRAM
A0.4 VIEW STUDY DIAGRAM
A0.5 VIEW STUDY DIAGRAM
A0.6 SITE-TRANSIT DIAGRAM

A1.0 OVERALL SITE PLAN
A1.1 SITE PLAN

A2.0 FLOOR PLAN_PARTIAL BASEMENT
A2.01 FLOOR PLAN_PARTIAL BASEMENT
A2.1 FLOOR PLAN_GROUND FLOOR
A2.2 FLOOR PLAN_SECOND FLOOR
A2.3 FLOOR PLAN_TYPICAL FLOOR & ROOF

A3.0 BUILDING SECTION_TRANSVERSE
A3.1 BUILDING SECTION_LONGITUDINAL

A4.0 BUILDING ELEVATION
A4.1 BUILDING ELEVATION

A5.0 3D VIEWS
A5.1 3D VIEWS
A5.2 3D VIEWS
A5.3 NEIGHBORHOOD VIEWS
A5.4 NEIGHBORHOOD VIEWS W/HILTON
A5.5 3D AERIAL VIEW FROM ADJACENT SITE
A5.6 3D VIEW FROM UNIVERSAL HOLLYWOOD DR.
A5.7 3D VIEW FROM UNIVERSAL HOLLYWOOD DR.

## ABBREVIATIONS

| | |
|---|---|
| ABV. | ABOVE |
| ADD. | ADDITIONAL |
| ADJ. | ADJACENT |
| BLDG. | BUILDING |
| C. | COMPACT |
| CL. | CENTER LINE |
| CONC. | CONCRETE |
| DIM. | DIMENSION |
| DN. | DOWN |
| EA. | EACH |
| EL. | ELEVATION |
| EQ. | EQUAL |
| EV. | ELECTRICAL VEHICLE |
| EVCS. | ELECTRICAL VEHICLE CHARGING SPACE |
| EXT. | EXTERIOR |
| (E) | EXISTING |
| F.E. | FINISH ELEVATION |
| HT. | HEIGHT |
| INFO. | INFORMATION |
| INT. | INTERIOR |
| N | NORTH |
| (N) | NEW |
| TYP. | TYPICAL |
| T.O. | TOP OF |
| W/ | WITH |
| W/O | WITHOUT |

## VICINITY MAP

MAIN ST.
CAMPO DE CAHUENGA PARK
CAMPO DE CAHUENGA
KIRK DOUGLAS DR.
US 101 HOLLYWOOD FWY.
LANKERSHIM BLVD.
UNIVERSAL HOLLYWOOD DR.
PROJECT SITE
VENTURA BLVD.
WILLOWCREST AVE.
HOTEL DR.
HOTEL DR.
CORAL DR.
LANKERSHIM BLVD.
US 101 HOLLYWOOD FWY.
KENTUCKY DR.
CAHUENGA BLVD.
W.C. FIELD DR.
FREDONIA DR.
N

GENERAL INFORMATION

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 06.06.2018

G0.1

## COMMENTS

BOUNDARY LINES . . . . . WERE ESTABLISHED FROM RECOVERED CITY, COUNTY AND/OR PRIVATE SURVEY MONUMENTS WHOSE CHARACTER AND SOURCE ARE SO NOTED ON THE SURVEY.

LEGAL DESCRIPTION . . . . . . FROM CLIENT SUPPLIED TITLE REPORT. THE SURVEY DEPICTS THE PROPERTY AS DESCRIBED PER LEGAL DESCRIPTION IN THE PRELIMINARY TITLE REPORT NOTED BELOW.

EASEMENTS . . . . . . . . . . PLOTTABLE EASEMENTS ARE SHOWN FROM AN OWNER SUPPLIED TITLE REPORT. NON-PLOTTABLE ONES ARE NOTED ON THE SURVEY AS HAVING "EFFECT OF". BECAUSE OUR SERVICE IS LIMITED TO REPORTING ON EASEMENT LOCATIONS WE STRONGLY RECOMMEND LEGAL COUNSEL BE RETAINED TO REPORT ON TITLE PAPERS IN THEIR ENTIRETY.

TITLE REPORT . . . . . . . . . STEWART TITLE OF CALIFORNIA, INC. PRELIMINARY TITLE REPORT NO. 01180-289612, DATED OCTOBER 6, 2017.

( ) INDICATES TITLE REPORT EXCEPTION NO.

BASIS OF BEARINGS . . . . . . THE BEARING NORTH 25°47'36" EAST OF THE CENTERLINE OF LANKERSHIM BOULEVARD, SHOWN AS NORTH 25°35'56" EAST ON THE MAP OF TRACT NO. 26001, AS FILED IN BOOK 752 PAGE 95 AND 96 OF MAPS, RECORDS OF LOS ANGELES COUNTY, WAS TAKEN AS THE BASIS OF BEARINGS FOR THIS SURVEY .

AREA . . . . . . . . . . . . . BASED UPON MEASURED BEARINGS AND DISTANCES AS SHOWN HEREON THE AREA IS.

374,589 SQ. FT. = 8.5994 ACRES

FLOOD ZONE . . . . . . . . . . SUBJECT PROPERTY LIES WITHIN FLOOD ZONE X, AREAS DETERMINED TO BE OUTSIDE THE 0.2% ANNUAL CHANCE FLOODPLAIN, AS SHOWN ON FLOOD INSURANCE RATE MAP COMMUNITY PANELS NO. 06037C1340f, DATED SEPTEMBER 26, 2008, AS PUBLISHED BY FEDERAL EMERGENCY MANAGEMENT AGENCY.

CONTOUR INTERVAL . . . . . . . 1 FOOT.

ZONING . . . . . . . . . . . . ZONING REPORT NOT PROVIDED.

PARKING. . . . . . . . . . . . 94 SURFACE PARKING SPACES.

STREET RIGHT OF WAY . . . . . .REQUIRED STREET WIDENING TO BE DETERMINED BY THE LOCAL AGENCY ONCE DEVELOPMENTAL PLANS ARE SUBMITTED FOR REVIEW. SEE SURVEYOR'S NOTE 4.

EARTH WORK . . . . . . . . . . THERE IS NO OBSERVABLE EVIDENCE OF CURRENT EARTH MOVING WORK, BUILDING CONSTRUCTION OR BUILDING ADDITIONS, NO EVIDENCE OF RECENT STREET OR SIDEWALK CONSTRUCTION OR REPAIRS.

WETLANDS . . . . . . . . . . . THE SUBJECT PROPERTY IS NOT IN A DESIGNATED WETLAND AREA PER THE U.S. FISH AND WILDLIFE SERVICE, NATIONAL WETLAND INVENTORY.

EFFECT OF . . . . . . . . . . PROPERTY TAXES, GENERAL AND SPECIAL TAXES, THE LIEN OF SUPPLEMENTAL TAXES AND ASSESSMENTS.

(A) (B) (C)

THE FOLLOWING MATTERS AFFECT PARCEL 1 (FEE PARCEL):

EFFECT OF . . . . . . . . . . WATER RIGHTS, CLAIMS OR TITLE TO WATER IN OR UNDER SAID LAND, WHETHER OR NOT SHOWN BY THE PUBLIC RECORDS.

(1)

EFFECT OF . . . . . . . . . . MINERALS OF WHATSOEVER KIND, SUBSURFACE AND SURFACE SUBSTANCES, INCLUDING BUT NOT LIMITED TO COAL, LIGNITE, OIL, GAS, URANIUM, CLAY, ROCK, SAND AND GRAVEL IN, ON, UNDER AND THAT MAY BE PRODUCED FROM THE LAND, TOGETHER WITH ALL RIGHTS, PRIVILEGES, AND IMMUNITIES RELATING THERETO, WHETHER OR NOT APPEARING IN THE PUBLIC RECORDS OR LISTED IN SCHEDULE B. THE COMPANY MAKES NO REPRESENTATION AS TO THE PRESENT OWNERSHIP OF ANY SUCH INTERESTS. THERE MAY BE LEASES, GRANTS, EXCEPTIONS OR RESERVATIONS OF INTERESTS THAT ARE NOT LISTED.

(2)

EFFECT OF . . . . . . . . . . EASEMENT FOR UNDERGROUND TELEPHONE, TELEGRAPH AND COMMUNICATIONS STRUCTURES AND RIGHTS INCIDENTAL PURPOSES RECORDED MAY 24, 1968 AS INSTRUMENT NO. 3335, O.R. PLOTTED HEREON.

(3)

EFFECT OF . . . . . . . . . . EASEMENT FOR SEWER AND RIGHTS INCIDENTAL PURPOSES RECORDED OCTOBER 4, 1984 AS INSTRUMENT NO. 84-1197224, O.R. PLOTTED HEREON.

(4)

EFFECT OF . . . . . . . . . . EASEMENT FOR SANITARY SEWERS AND RIGHTS INCIDENTAL PURPOSES RECORDED FEBRUARY 24, 1986 AS INSTRUMENT NO. 86-236035, O.R. PLOTTED HEREON.

(5)

EFFECT OF . . . . . . . . . . COVENANT AND AGREEMENT RECORDED MARCH 17, 1987 AS INSTRUMENT NO. 87-393461, O.R.

(6)

EFFECT OF . . . . . . . . . . COVENANT AND AGREEMENT RECORDED FEBRUARY 23, 1993 AS INSTRUMENT NO. 93-341825, O.R.

(7)

EFFECT OF . . . . . . . . . . COVENANT AND AGREEMENT RECORDED DECEMBER 14, 1994 AS INSTRUMENT NO. 94-2214985, O.R.

(8)

EFFECT OF . . . . . . . . . . COVENANTS AND AGREEMENT RECORDED JANUARY 27, 2003 AS INSTRUMENT NO. 03-247386, O.R.

(9)

EFFECT OF . . . . . . . . . . RECIPROCAL EASEMENT AGREEMENT RECORDED JUNE 17, 2003 AS INSTRUMENT NO. 03-1725803, MODIFIED BY INSTRUMENT NO. 20150529985 RECORDED MAY 7, 2015, BOTH O.R. PLOTTED HEREON.

(10)

EFFECT OF . . . . . . . . . . DECLARATION OF MAINTENANCE OBLIGATION RECORDED JUNE 17, 2003 AS INSTRUMENT NO. 03-1725806, O.R. AFFECTS LOTS 2 AND 3.

(11)

EFFECT OF . . . . . . . . . . DECLARATION OF MAINTENANCE OBLIGATION RECORDED JUNE 17, 2003 AS INSTRUMENT NO. 03-1725807, O.R. AFFECTS LOTS 1 AND 2.

(12)

EFFECT OF . . . . . . . . . . COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED JULY 7, 2003 AS INSTRUMENT NO. 03-1921428, O.R.

(13)

EFFECT OF . . . . . . . . . . RECIPROCAL EASEMENT AGREEMENT RECORDED JUNE 17, 2003 AS INSTRUMENT NO. 03-1725803, O.R. (SEE PARCELS 2-12)

(14)

THE FOLLOWING MATTERS AFFECT PARCELS 2 THROUGH 12 (RECIPROCAL AGREEMENT/EASEMENT PARCELS):

NOTE: TITLE MATTERS FOR PARCELS 2-12 ARE LISTED FOR INFORMATIONAL PURPOSES ONLY. ONLY RIGHTS AFFECTING THE FEE OWNERSHIP PARCEL HAVE BEEN PLOTTED.

EFFECT OF . . . . . . . . . . EASEMENT FOR STORM DRAIN STRUCTURES AND RIGHTS INCIDENTAL PURPOSES RECORDED DECEMBER 8, 1945 IN BOOK 22499 PAGE 276, GRANTED BY DEED RECORDED APRIL 8, 1948 AS INSTRUMENT NO. 2552 IN BOOK 26884 PAGE 92, BOTH O.R.

(15)

EFFECT OF . . . . . . . . . . WAIVER OF DAMAGES, INDEMNIFICATION AGREEMENT AND RIGHT OF INGRESS AND EGRESS TO RUN WITH THE LAND RECORDED MAY 19, 1964 AS INSTRUMENT NO. 4471, O.R.

(16)

EFFECT OF . . . . . . . . . . EASEMENT FOR A LINE OR LINES OF PIPE OF WHATEVER NATURE, VAULTS, MANHOLES, LATERALS, SERVICE AND DISTRIBUTION CONNECTIONS, WITH ALL AND EVERY THE APPENDAGES, STRUCTURES AND EQUIPMENT NECESSARY OR CONVENIENT TO BE INSTALLED OR USED BY GRANTEE RECORDED JULY 11, 1966 AS INSTRUMENT NO. 3499, O.R. PLOTTED HEREON.

(17)

EFFECT OF . . . . . . . . . . EASEMENT FOR PIPE LINES AND RIGHTS INCIDENTAL THERETO PURPOSES RECORDED OCTOBER 23, 1967 AS INSTRUMENT NO. 3309 IN BOOK D-3806 PAGE 887, O.R.

(18)

EFFECT OF . . . . . . . . . . EASEMENT FOR PUBLIC UTILITIES AND RIGHTS INCIDENTAL THERETO PURPOSES RECORDED MARCH 22, 1968 AS INSTRUMENT NO. 3942 IN BOOK D-3948 PAGE 784, O.R.

(19)

EFFECT OF . . . . . . . . . . EASEMENT FOR PIPE LINES AND RIGHTS INCIDENTAL THERETO PURPOSES RECORDED MAY 10, 1968 AS INSTRUMENT NO. 2499 IN BOOK D-3998 PAGE 428, O.R.

(20)

EFFECT OF . . . . . . . . . . EASEMENT FOR PUBLIC UTILITIES AND RIGHTS INCIDENTAL THERETO PURPOSES RECORDED JULY 22, 1968 AS INSTRUMENT NO. 2870, O.R.

(21)

EFFECT OF . . . . . . . . . . EASEMENT FOR PIPE LINES AND RIGHTS INCIDENTAL THERETO RECORDED PURPOSES FEBRUARY 14, 1968 AS INSTRUMENT NO. 2451 IN BOOK D-4272 PAGE 667, O.R.

(22)

EFFECT OF . . . . . . . . . . EASEMENT FOR PUBLIC UTILITIES AND RIGHTS INCIDENTAL THERETO PURPOSES RECORDED APRIL 14, 1970 AS INSTRUMENT NO. 1745 IN BOOK D-4685 PAGE 314, O.R.

(23)

EFFECT OF . . . . . . . . . . EASEMENT FOR PIPE LINES AND RIGHTS INCIDENTAL THERETO RECORDED MAY 15, 1970 AS INSTRUMENT NO. 2197 IN BOOK D-4714 PAGE 737, O.R.

(24)

EFFECT OF . . . . . . . . . . ACCEPTANCE FORM RECORDED JUNE 15, 1976 AS INSTRUMENT NO. 4630, O.R.

(25)

EFFECT OF . . . . . . . . . . EASEMENT FOR PUBLIC UTILITIES AND RIGHTS INCIDENTAL THERETO PURPOSES RECORDED APRIL 22, 1981 AS INSTRUMENT NO. 81-403285, O.R.

(26)

EFFECT OF . . . . . . . . . . COVENANT AND AGREEMENT RECORDED MARCH 23, 1982 AS INSTRUMENT NO. 82-307919, O.R.

(27)

EFFECT OF . . . . . . . . . . FACT THAT THE OWNERSHIP OF SAID LAND DOES NOT INCLUDE RIGHTS OF ACCESS TO OR FROM A PUBLIC STREET OR HIGHWAY ABUTTING SAID LAND RECORDED JUNE 10, 1982 AS INSTRUMENT NO. 82-589935, O.R. PLOTTED HEREON.

(28)

EFFECT OF . . . . . . . . . . COVENANT AND AGREEMENT RECORDED OCTOBER 13, 1982 AS INSTRUMENT NO. 82-1032071, O.R.

(29)

EFFECT OF . . . . . . . . . . TERMS AND PROVISIONS OF A LEASE RECORDED OCTOBER 4, 1984 AS INSTRUMENT NO. 84-1197224, AGREEMENT WHICH STATES THAT SAID LEASE IS SUBORDINATE TO THE EASEMENT FOR SANITARY SEWER AND STORM DRAIN PURPOSES RECORDED FEBRUARY 24, 1986 INSTRUMENTS NO. 86-236035 AND 86-1197224, MODIFICATION OF LEASE RECORDED DECEMBER 20, 1991 AS INSTRUMENT NO. 91-2004678, ALL O.R.

(30)

EFFECT OF . . . . . . . . . . EASEMENT OR OTHER RIGHTS FOR SEWER PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTIONED.

(31)

EFFECT OF . . . . . . . . . . EASEMENT OR OTHER RIGHTS FOR STORM DRAIN PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTIONED.

(32)

EFFECT OF . . . . . . . . . . EASEMENT OR OTHER RIGHTS FOR UNDERGROUND DRAINAGE PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTION.

(33)

EFFECT OF . . . . . . . . . . EASEMENT OR OTHER RIGHTS FOR WATER LINES PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTION.

(34)

EFFECT OF . . . . . . . . . . EASEMENT OR OTHER RIGHTS FOR UNDERGROUND TELEPHONE LINES PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTION.

(35)

EFFECT OF . . . . . . . . . . EASEMENT OR OTHER RIGHTS FOR INGRESS, EGRESS AND UTILITY LINES PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTION.

(36)

EFFECT OF . . . . . . . . . . EASEMENT OR OTHER RIGHTS FOR INGRESS AND EGRESS PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTION.

(37)

EFFECT OF . . . . . . . . . . EASEMENT OR OTHER RIGHTS FOR DRAINWAYS, CURBS. GUTTERS, CONCRETE HEAD WALLS, LIGHT STANDARDS, PLANTERS, WATERING SYSTEMS, LANDSCAPING, CONCRETE WALKS OR FENCES WHICH HAVE BEEN CONSTRUCTED ON, IN OR UNDER THE SITE AND WHICH MAY ENCROACH UPON THE LAND OWNED BY LANDLORD ADJACENT THERETO PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTION.

(38)

EFFECT OF . . . . . . . . . . COVENANT AND AGREEMENT RECORDED NOVEMBER 9, 1984 AS INSTRUMENT NO. 84-1340768, O.R.

(39)

EFFECT OF . . . . . . . . . . EASEMENT FOR PIPELINES PURPOSES AND RIGHTS INCIDENTAL THERETO RECORDED FEBRUARY 6, 1985 AS INSTRUMENT NO. 85-144201, O.R.

(40)

EFFECT OF . . . . . . . . . . EASEMENT FOR PUBLIC UTILITIES PURPOSES AND RIGHTS INCIDENTAL THERETO RECORDED NOVEMBER 18, 1985 AS INSTRUMENT NO. 85-1493863, O.R.

(41)

EFFECT OF . . . . . . . . . . EASEMENT FOR PUBLIC UTILITIES PURPOSES AND RIGHTS INCIDENTAL THERETO RECORDED JUNE 9, 1995 AS INSTRUMENT NO. 95-923050, O.R.

(42)

EFFECT OF . . . . . . . . . . EASEMENT FOR A LINE OR LINES OF PIPES, VAULTS AND MANHOLES, TOGETHER WITH APPURTENANT STRUCTURES AND EQUIPMENT PURPOSES AND RIGHTS INCIDENTAL THERETO RECORDED SEPTEMBER 26, 1995 AS INSTRUMENT NO. 95-1562815, O.R.

(43)

EFFECT OF . . . . . . . . . . TERMS AND PROVISIONS OF A LEASE RECORDED FEBRUARY 29, 1996 AS INSTRUMENT NO. 96-331472, O.R.

(44)

EFFECT OF . . . . . . . . . . EASEMENT FOR ONE OR MORE PIPELINES, TOGETHER WITH METERING, MEASURING, REGULATING, CATHODIC PROTECTION AND OTHER APPURTENANCES, FOR THE TRANSPORTATION OF GAS, PETROLEUM PRODUCTS AND OTHER SUBSTANCES PURPOSES AND RIGHTS INCIDENTAL THERETO RECORDED SEPTEMBER 27, 1996 AS INSTRUMENT NO. 96-1594303, O.R.

(45)

EFFECT OF . . . . . . . . . . TERMS AND PROVISIONS RECORDED JUNE 3, 2003 AS INSTRUMENT NO. 03-1725806, O.R. AFFECTS LOTS 2 AND 3.

(46)

EFFECT OF . . . . . . . . . . TERMS AND PROVISIONS RECORDED JUNE 17, 2003 AS INSTRUMENT NO. 03-1725807, O.R. AFFECTS LOTS 1 AND 2.

(47)

EFFECT OF . . . . . . . . . . TERMS AND PROVISIONS RECORDED JUNE 19, 2003 AS INSTRUMENT NO. 03-1746033, O.R. AFFECTS LOT 1.

(48)

EFFECT OF . . . . . . . . . . TERMS AND PROVISIONS RECORDED JUNE 26, 2003 AS INSTRUMENT NO. 03-1828806, O.R. AFFECTS LOT 3.

(49)

EFFECT OF . . . . . . . . . . MATTERS CONTAINED IN THE DEDICATION STATEMENT OR ELSEWHERE ON THE TRACT MAP OF TRACT NO. 26001.

(50)

EFFECT OF . . . . . . . . . . DEED OF TRUST TO SECURE AN INDEBTEDNESS RECORDED JANUARY 5, 2011 AS INSTRUMENT NO. 20110017253, O.R.

(51)

EFFECT OF . . . . . . . . . . MECHANIC'S LIEN RECORDED JUNE 5, 2014 AS INSTRUMENT NO. 20140584331, EXTENSION OF TIME TO ENFORCE MECHANIC'S LIEN AND NOTICE OF PENDENCY RECORDED AUGUST 29, 2014 AS INSTRUMENT NO. 20140914389 AND A NOTICE OF PENDENCY OF ACTION TO FORECLOSE A MECHANIC'S LIEN RECORDED FEBRUARY 11, 2015 AS INSTRUMENT NO. 20150156818, ALL O.R.

(52)

EFFECT OF . . . . . . . . . . MECHANIC'S LIEN RECORDED MARCH 29, 2017 AS INSTRUMENT NO. 20170347206, AND A NOTICE OF PENDENCY OF ACTION TO FORECLOSE A MECHANIC'S LIEN RECORDED MAY 15, 2017 AS INSTRUMENT NO. 20170536006, BOTH O.R.

(53)

EFFECT OF . . . . . . . . . . CLAIMS FOR MECHANIC'S LIENS THAT MAY BE RECORDED, BY REASON OF A WORK OF IMPROVEMENT THAT IS DISCLOSED BY THE MECHANIC'S LIEN SHOWN IN THE LAST ABOVE NUMBERED ITEM.

(54)

EFFECT OF . . . . . . . . . . RIGHTS OF TENANTS IN POSSESSION OF SAID LAND BY REASON OF UNRECORDED LEASES.

(55)

## LEGAL DESCRIPTION

PARCEL 1 (FEE PARCEL):

A PARCEL OF LAND IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, BEING PORTIONS OF PARCELS A AND B OF PARCEL MAP L.A. NO. 5569, AS PER MAP FILED IN BOOK 193, PAGES 92 AND 93 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWESTERLY CORNER OF SAID PARCEL A, BEING ALSO THE NORTHWESTERLY CORNER OF LOT 1 OF TRACT NO. 27621, AS PER MAP FILED IN BOOK 769,PAGES 14 AND 15 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY; THENCE ALONG THE NORTHERLY LINE OF SAID PARCEL THE FOLLOWING COURSES:

SOUTH 82° 41' 39' EAST 105.99 FEET;

NORTH 71° 29' 54' EAST 90.95 FEET TO THE BEGINNING OF A NON TANGENT CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 150.00 FEET, A RADIAL LINE TO SAID BEGINNING BEARS SOUTH 12° 40' 55' WEST;

THENCE EASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 12° 47' 43' A DISTANCE OF 33.50 FEET;

THENCE NORTH 89° 53' 12' EAST 271.45 FEET TO THE TRUE POINT OF BEGINNING;

THENCE LEAVING SAID NORTHERLY LINE, SOUTH 00° 02' 20' EAST 280.49 FEET TO THE EASTERLY LINE OF SAID PARCEL A; THENCE SOUTH 04° 02' 21' WEST 489.26 FEET ALONG SAID EASTERLY LINE AND ITS SOUTHERLY PROLONGATION TO THE MOST SOUTHERLY CORNER OF SAID PARCEL B; THENCE ALONG THE SOUTHERLY LINES OF SAID PARCEL THE FOLLOWING COURSES:

NORTH 45° 01'40' EAST 46.81 FEET;

SOUTH 70°45'25' EAST 460.12 FEET;

THENCE LEAVING SAID SOUTHERLY LINE, NORTH 04° 00' 28' EAST 863.57 FEET;

THENCE SOUTH 89° 57' 40' WEST 473.60 FEET;

THENCE NORTH 00° 02' 20' WEST 26.00 FEET TO THE NORTHWESTERLY CORNER THEREOF; THENCE SOUTH 89° 53' 12' WEST 20.00 FEET TO THE TRUE POINT OF BEGINNING;

SAID LAND IS DESCRIBED AS 'LOT 2 AFTER ADJUSTMENT' IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1783215 OF OFFICIAL RECORDS.

NOTE: THE BOUNDARIES OF PARCELS 2-12 ARE DEPICTED EXCLUSIVELY IN INST. NO. 03-1725803 BY APPROXIMATE DEPICTION ONLY, WITHOUT DIMENSIONS OF ANY KIND. THE APPROXIMATE LOCATIONS ARE SHOWN ON SHEET 2 OF 4. MATTERS OF TITLE AFFECTING SAID PARCELS 2-12 ARE NOT PLOTTED.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR PEDESTRIAN USE ON, OVER, ACROSS AND THROUGH PORTIONS OF THE LAND DESCRIBED AS 'LOT 1 AFTER ADJUSTMENT' IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1783215 OF OFFICIAL RECORDS, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725803 OF OFFICIAL RECORDS.

PARCEL 3:

A NON-EXCLUSIVE EASEMENT FOR PEDESTRIAN USE ON, OVER, ACROSS AND THROUGH PORTIONS OF THE LAND DESCRIBED AS 'LOT 3 AFTER ADJUSTMENT' IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1783215 OF OFFICIAL RECORDS, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725803 OF OFFICIAL RECORDS.

PARCEL 4:

A NON-EXCLUSIVE EASEMENT FOR MAINTENANCE AND PEDESTRIAN AND VEHICULAR INGRESS AND EGRESS ON, OVER, ACROSS AND THROUGH THOSE PORTIONS OF THE LAND DESCRIBED AS 'LOT 3 AFTER ADJUSTMENT' IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1783215 UPON WHICH THE ENTRANCE DRIVEWAY AND SIDEWALKS FOR THE HOTEL LOCATED ON PARCEL 1 ARE LOCATED, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725803 OF OFFICIAL RECORDS.

PARCEL 5:

A NON-EXCLUSIVE EASEMENT FOR MAINTENANCE AND PEDESTRIAN AND VEHICULAR INGRESS AND EGRESS ON, OVER, ACROSS AND THROUGH THE PRIVATE DRIVE COMMONLY KNOWN AS BUDDY HOLLY DRIVE, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17,2003 AS INSTRUMENT NO. 03-1725803 OF OFFICIAL RECORDS.

PARCEL 6:

A NON-EXCLUSIVE EASEMENT FOR AND MAINTENANCE AND PEDESTRIAN AND VEHICULAR INGRESS AND EGRESS ON, OVER, ACROSS AND THROUGH THOSE PORTIONS OF THE LAND DESCRIBED AS 'LOT 4 AFTER ADJUSTMENT' IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1783215 OF OFFICIAL RECORDS UPON WHICH THE GUEST AND SERVICE ENTRANCE DRIVEWAYS FOR THE HOTELS LOCATED ON PARCEL 1 AND THE LAND DESCRIBED AS 'LOT 3 AFTER ADJUSTMENT' IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1783215 OF OFFICIAL RECORDS, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725803 OF OFFICIAL RECORDS.

PARCEL 7:

A NON-EXCLUSIVE EASEMENT FOR PEDESTRIAN AND VEHICULAR INGRESS AND EGRESS ON, OVER, ACROSS AND THROUGH THE PRIVATE DRIVE COMMONLY KNOWN AS UNIVERSAL HOLLYWOOD DRIVE, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725803 OF OFFICIAL RECORDS.

PARCEL 8:

A NON-EXCLUSIVE EASEMENT FOR LANDSCAPING AND MAINTENANCE AND PEDESTRIAN AND VEHICULAR INGRESS AND EGRESS IN, ON, AND ACROSS PORTIONS OF THE LAND DESCRIBED AS 'LOT 4 AFTER ADJUSTMENT' IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1783215 OF OFFICIAL RECORDS AND PORTIONS OF THE LAND IN THE CITY OF LOS ANGELES, STATE OF CALIFORNIA, BEING A PORTION OF LOT D OF THE PARTITION OF LOTS 275, 276, 277 AND 278 OF THE LANKERSHIM RANCH LAND AND WATER COMPANY'S SUBDIVISION PER MAP RECORDED IN BOOK 31, PAGES 39 TO 44, INCLUSIVE OF MISCELLANEOUS RECORDS AS SHOWN ON CLERK'S FILED MAP 601, IN CASE NO. 70672 OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, RECORDS OF LOS ANGELES COUNTY, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17. 2003 AS INSTRUMENT NO. 03-1725803 OF OFFICIAL RECORDS.

PARCEL 9:

A NON-EXCLUSIVE EASEMENT FOR EMERGENCY EGRESS ON, OVER, ACROSS AND THROUGH THE LAND DESCRIBED AS 'LOT 1 AFTER ADJUSTMENT', 'LOT 3 AFTER ADJUSTMENT', AND 'LOT 4 AFTER ADJUSTMENT' IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1783215 OF OFFICIAL RECORDS, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725803 OF OFFICIAL RECORDS.

PARCEL 10:

A NON-EXCLUSIVE EASEMENT FOR SEWER LINES ON, OVER, ACROSS AND THROUGH PORTIONS OF THE LAND DESCRIBED AS 'LOT 1 AFTER ADJUSTMENT' IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1783215 OF OFFICIAL RECORDS, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725803 OF OFFICIAL RECORDS.

PARCEL 11:

A NON-EXCLUSIVE EASEMENT FOR PEDESTRIAN USE ON, OVER, ACROSS AND THROUGH PORTIONS OF THE LAND DESCRIBED AS 'LOT 4 AFTER ADJUSTMENT' IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1783215 OF OFFICIAL RECORDS AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED IN THE OFFICIAL RECORDS ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725803 OF OFFICIAL RECORDS.

PARCEL 12:

A NON-EXCLUSIVE EASEMENT FOR STORM DRAINS AND WATER, SEWER, ELECTRIC, GAS AND TELEPHONE LINES AND PIPES UNDER, ACROSS THE THROUGH PORTIONS OF THE LAND DESCRIBED AS 'LOT 4 AFTER ADJUSTMENT' IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1783215 OF OFFICIAL RECORDS AS CREATED BY THE EASEMENT AGREEMENT RECORDED ON JULY 7,2003 AS INSTRUMENT NO. 03-1921430 OF OFFICIAL RECORDS.

APN: 2424-044-021

## VICINITY MAP

NOT TO SCALE

## LEGEND

## SURVEYOR'S NOTES

THIS SURVEY HAS BEEN PREPARED FOR TITLE INSURANCE PURPOSES

1. THE BOUNDARY DATA AND TITLE MATTERS AS SHOWN HEREON HAVE BEEN DEVELOPED FROM THE REFERENCED TITLE REPORT.

2. THIS SURVEY MAY NOT CONTAIN SUFFICIENT DETAIL FOR DESIGN PURPOSES.

3. THIS SURVEY DOES NOT INCLUDE EASEMENTS EXCEPT THOSE SPECIFICALLY DELINEATED HEREON, NOR DOES IT SHOW THE LOCATION OF, OR ENCROACHMENTS BY SUBSURFACE FOOTINGS AND/OR FOUNDATIONS OF BUILDINGS SHOWN ON THIS MAP.

4. IF UNDERGROUND PUBLIC UTILITIES AND OTHER SUBSTRUCTURES, ZONES, SET BACK AND STREET WIDENING DATA ARE SHOWN HEREON, IT IS FOR INFORMATION ONLY, HAVING BEEN OBTAINED FROM A GENERAL REQUEST AT THE LOCAL AGENCY'S PUBLIC COUNTER AND/OR OTHER SOURCES NOT CONNECTED WITH THIS COMPANY. NO REPRESENTATION IS MADE AS TO THE ACCURACY, CURRENCY OR COMPLETENESS OF SAID INFORMATION AND ANY USERS OF SAID INFORMATION IS URGED TO CONTACT THE UTILITY OR LOCAL AGENCY DIRECTLY.

## SURVEYOR'S CERTIFICATE:

TO: SHENZEN NEW WORLD INVESTMENTS (USA), INC. AND STEWART TITLE INSURANCE COMPANY:

THIS IS TO CERTIFY THAT THIS MAP OR PLAT AND THE SURVEY ON WHICH IT IS BASED WERE MADE IN ACCORDANCE WITH THE 2016 MINIMUM STANDARD DETAIL REQUIREMENTS FOR ALTA/NSPS LAND TITLE SURVEYS, JOINTLY ESTABLISHED AND ADOPTED BY ALTA AND NSPS, AN INCLUDES ITEMS 2, 3, 4, 5, 6(b), 8, 9, 13, 14 AND 16 OF TABLE A THEREOF. THE FIELD WORK WAS COMPLETED ON APRIL 27, 2018.

DATE: 5/22/2018

DOUGLAS R. HOWARD PLS 6169
PSOMAS

NOTE: SECTION 8770.6 OF THE CALIFORNIA BUSINESS AND PROFESSIONS CODE STATES THAT THE USE OF THE WORD CERTIFY OR CERTIFICATION BY A LICENSED LAND SURVEYOR IN THE PRACTICE OF LAND SURVEYING OR THE PREPARATION OF MAPS, PLATS, REPORTS, DESCRIPTIONS OR OTHER SURVEYING DOCUMENTS ONLY CONSTITUTES AN EXPRESSION OF PROFESSIONAL OPINION REGARDING THOSE FACTS OR FINDINGS WHICH ARE THE SUBJECT OF THE CERTIFICATION AND DOES NOT CONSTITUTE A WARRANTY OR GUARANTEE, EITHER EXPRESSED OR IMPLIED.

SEAL

DESIGNED D.R.
DRAFTED H.O.O.
CHECKED D.R.H.

REV | DATE | DESCRIPTION | BY | APPD

BENCHMARK CITY OF LOS ANGELES BENCH MARK NO. 08-00090
WIRE SPK IN S CURB OF N SERVICE ROAD
HOLLYWOOD FREEWAY;
22FT E OF BCR E OF LANKERSHIM BL. W END CB

ELEVATION 585.730 FEET ADJUSTMENT 2000 (NAVD88)

PATH/PLOT DATE:
May. 16, 2018 — 14:03:32 DWG Name: Y:\1SHE130300\SURVEY\DESIGN\PL\PL-AL01.dwg Updated By: hoblas

PSOMAS
555 South Flower Street, Suite 4300
Los Angeles, CA 90071
(213) 223-1400 (213) 223-1444 fax
www.psomas.com

ALTA/NSPS LAND TITLE SURVEY FOR:
SHENZHEN NEW WORLD INVESTMENTS USA, INC.
333 E. UNIVERSAL HOLLYWOOD DRIVE
IN THE CITY OF LOS ANGELES COUNTY OF LOS ANGELES STATE OF CALIFORNIA

DATE: APRIL 27, 2018
SCALE: 1" = 20'
PROJECT NUMBER: 1SHE130300 T100
SHEET 1 OF 4

REF:



SITE BOUNDARY
LANKERSHIM BOULEVARD
UNIVERSAL HOLLYWOOD DRIVE
PRIVATE STREET
HOLLYWOOD FREEWAY (NORTHBOUND)
CAHUENGA BOULEVARD
BUDDY HOLLY DRIVE
LOT 1
LOT 2
CITY OF LOS ANGELES LOT LINE ADJ.
PMEX AA-2002-3886
INST. NO. 02-1783216 O.R.
LOT 3
PARCEL MAP L.A. NO. 6660
P.M.B. 103 - 02 / 03
TYJADE RANCH, LLC 2424-044-042
PARCEL 1
HILLCREST REAL ESTATE, LLC 2424-044-022
UNIVERSAL STUDIOS, LLC 2424-45-034
PORTION B PROPERTY OF THE LANKERSHIM RANCH LAND AND WATER CO.
PORTION D
NOTE: ALPHANUMERIC EXHIBIT NUMBERS LISTED HEREON FOR PARCEL DESCRIPTIONS REFER TO EXHIBITS CONTAINED IN THE THE RECIPROCAL EASEMENT AGREEMENT REC JUNE 17, 2003 AS INST. NO. 03-1725803 O.R.
GRAPHIC SCALE
SCALE: 1" = 50'
BENCHMARK CITY OF LOS ANGELES BENCH MARK NO. 08-00090
WIRE SPK IN S CURB OF N SERVICE ROAD
HOLLYWOOD FREEWAY;
22FT E OF BCR E OF LANKERSHIM BL. W END CB
ELEVATION 585.730 FEET
ADJUSTMENT 2000 (NAVD88)
DESIGNED D.R.
DRAFTED H.O.O.
CHECKED D.R.H.
PROFESSIONAL LAND SURVEYOR DOUGLAS R. HOWARD No. 6169 STATE OF CALIFORNIA
PSOMAS
555 South Flower Street, Suite 4300
Los Angeles, CA 90071
(213) 223-1400 (213) 223-1444 fax
www.psomas.com
ALTA/NSPS LAND TITLE SURVEY FOR:
SHENZHEN NEW WORLD INVESTMENTS USA, INC.
333 E. UNIVERSAL HOLLYWOOD DRIVE
IN THE CITY OF LOS ANGELES COUNTY OF LOS ANGELES STATE OF CALIFORNIA
DATE: APRIL 27, 2018
SCALE 1" = 50'
PROJECT NUMBER 1SHE130300 T100
SHEET 2 OF 4



UNIVERSAL HOLLYWOOD DRIVE
PRIVATE STREET
GRAPHIC SCALE
SCALE: 1" = 20'
LOT 2
CITY OF LOS ANGELES LOT LINE ADJ.
PMEX AA-2002-3685
INST. NO. 02-1783215 O.R.
LOT 1
TYJADE RANCH LLC
MULTI LEVEL BUILDING
333 UNIVERSAL HOLLYWOOD DRIVE
GROUND LEVEL AREA = 72,033 SQ. FT.
Pedestrian bridge crosses PL
Conc V-gutter crosses PL
Concrete retaining wall crosses PL
DENSE TREES
ASPH
CONC
CANOPY
SEE MATCH LINE SHEET 5 TOP

| SEAL | DESIGNED | D.R. |
|---|---|---|
| PROFESSIONAL LAND SURVEYOR DOUGLAS R. HOWARD No. 6169 STATE OF CALIFORNIA | DRAFTED | H.O.O. |
| | CHECKED | D.R.H. |

REV | DATE | DESCRIPTION | BY | APP'D

BENCHMARK: CITY OF LOS ANGELES BENCH MARK NO. 08-00090 WIRE SPK IN S CURB OF N SERVICE ROAD HOLLYWOOD FREEWAY; 22FT E OF BCR E OF LANKERSHIM BL. W END CB

ELEVATION 585.730 FEET ADJUSTMENT 2000 (NAVD88)

PATH/PLOT DATE: May. 16, 2018 - 14:09:28 DWG Name: Y:\1SHE130300\SURVEY\DESIGN\PL\PL-AL03.dwg Updated By: hobias

PSOMAS
555 South Flower Street, Suite 4300
Los Angeles, CA 90071
(213) 223-1400 (213) 223-1444 fax
www.psomas.com

ALTA/NSPS LAND TITLE SURVEY FOR:

# SHENZHEN NEW WORLD INVESTMENTS USA, INC.

333 E. UNIVERSAL HOLLYWOOD DRIVE

IN THE CITY OF LOS ANGELES COUNTY OF LOS ANGELES STATE OF CALIFORNIA

DATE: APRIL 27, 2018
SCALE: 1" = 20'
PROJECT NUMBER: 1SHE130300 T100
SHEET 3 OF 4

REF:

SEE MATCH LINE SHEET 3 BOTTOM
3 STORY PARKING STRUCTURE
GROUND LEVEL AREA = 36,795 SQ. FT.
POOL
UNIVERSAL STUDIOS LLC
BUDDY HOLLY DRIVE
HILLCREST REAL ESTATE LLC
PARKING STRUCTURE
GRAPHIC SCALE
SCALE: 1" = 20'
S70°33'45"E 480.12'
BENCHMARK CITY OF LOS ANGELES BENCH MARK NO. 08-00090
WIRE SPK IN S CURB OF N SERVICE ROAD
HOLLYWOOD FREEWAY;
22FT E OF BCR E OF LANKERSHIM BL. W END CB
ELEVATION 585.730 FEET
ADJUSTMENT 2000 (NAVD88)
DESIGNED D.R.
DRAFTED H.O.O.
CHECKED D.R.H.
PROFESSIONAL LAND SURVEYOR
DOUGLAS R. HOWARD
No. 6169
STATE OF CALIFORNIA
PSOMAS
555 South Flower Street, Suite 4300
Los Angeles, CA 90071
(213) 223-1400 (213) 223-1444 fax
www.psomas.com
ALTA/NSPS LAND TITLE SURVEY FOR:
SHENZHEN NEW WORLD INVESTMENTS USA, INC.
333 E. UNIVERSAL HOLLYWOOD DRIVE
IN THE CITY OF LOS ANGELES
COUNTY OF LOS ANGELES
STATE OF CALIFORNIA
DATE: APRIL 27, 2018
SCALE 1" = 20'
PROJECT NUMBER 1SHE130300 T100
SHEET 4 OF 4



## PLANTING LEGEND:

| SYMBOL | BOTANICAL NAME | COMMON NAME | SIZE | WUCOLS |
|---|---|---|---|---|
| TREES | | | | |
| T-1 | PHOENIX DACTYLIFERA 'MEDJOOL' | MEDJOOL DATE PALM | 20' B.T. | LOW |
| T-2 | SCHINUS MOLLE | CALIFORNIA PEPPER TREE | STANDARD TRUNK, 24" BOX | VERY LOW |
| T-3 | PODOCARPUS GRACILIOR | FERN PODOCARPUS | STANDARD TRUNK, 24" BOX | MODERATE |
| T-4 | JACARANDA MIMOSIFOLIA | JACARANDA | STANDARD TRUNK, 24" BOX | MODERATE |
| T-5 | KOELREUTERIA BIPINNATA | CHINESE FLAME TREE | STANDARD TRUNK, 24" BOX | MODERATE |
| T-6 | EXIST. OAK TREE TO REMAIN | NA | NA | NA |
| T-7 | EXISTING TREE | NA | NA | NA |
| ORNAMENTAL GRASSES AND GRASS LIKE PLANTS | | | | |
| S-1 | CORDYLINE HY. 'ELECTRIC PINK' | PHORMIUM 'BRONZE BABY' | 5 GAL. @3' O.C. | MODERATE |
| S-2 | DIANELLA 'SILVER STREAK' | VARIGATED FLAX LILY | 1 GAL. @2' O.C. | MODERATE |
| S-3 | FESTUCA GLAUCA 'ELIJAH BLUE' | ELIJAH BLUE FESCUE | 1 GAL. @12" O.C. | LOW |
| S-4 | LOMANDRA 'LIME TUFT' | DWARF MAT RUSH | 5 GAL. @5' O.C. | MODERATE |
| S-5 | MUHLENBERGIA CAPILLARIS 'IRVINE' | PLUMETASTIC PINK MUHLY GRASS | 5 GAL. @3' O.C. | MODERATE |
| S-6 | ANIGOZANTHOS HY. 'HARMONY' | HYBRID KANGAROO PAWS | 5 GAL. @3' O.C. | MODERATE |
| SHRUBS/ PERENNIALS | | | | |
| S-7 | CALLISTEMON CITRINUS 'LITTLE JOHN' | DWARF BOTTLEBRUSH | 5 GAL. @3' O.C. | LOW |
| S-8 | CARISSA M. TUTTLE | TUTTLE NATAL PLUM | 5 GAL. @3' O.C. | LOW |
| S-9 | LIGUSTRUM JAPONICUM 'TEXANUM' | WAXLEAF PRIVET | 5 GAL. @5' O.C. | MODERATE |
| S-10 | NANDINA DOMESTICA 'GULF STREAM' | GULF STREAM HEAVENLY BAMBOO | 5 GAL. @2' O.C. | LOW |
| V-1 | FICUS PUMILA | CREEPING FIG | 5 GAL. @ 10' O.C. OR AS SHOWN ON PLANS | MODERATE |
| SUCCULENTS, MIXED & GROUNDCOVER | | | | |
| S-12 | ALOE 'BLUE ELF' | BLUE ELF ALOE | 5 GAL. @3' O.C. | LOW |
| S-13 | AGAVE 'BLUE GLOW' | BLUE GLOW AGAVE | 5 GAL. @3' O.C. | LOW |
| S-14 | EUPHORBIA TIRUICALLI 'STICKS ON FIRE' | RED PENCIL TREE | 1 GAL. @2' O.C. | VERY LOW |
| S-15 | SENECIO SERPENS | BLUE CHALKSTICKS | 1 GAL. @ 2' O.C. | LOW |
| M-1 | AEONIUM 'ZWARTKOP'<br>AEONIUM 'KIWI'<br>CRASSULA 'CAMP FIRE' | LARGE PURPLE AEONIUM<br>KIWI AEONIUM<br>CAMPFIRE CRASSULA | AS SHOWN ON PLANS | LOW |
| GC-1 | CAREX PANSA | CALIFORNIA DUNE SEDGE | 1 GAL AT 12" O.C. | MODERATE |

CORNERSTONE STUDIOS, INC.
106 W.4th St. 5th Floor, Santa Ana, CA 92701
714. 973. 2200 Voice
714. 973. 0203 Fax
LANDSCAPE ARCHITECTURE • URBAN DESIGN • PLANNING • RESOURCE ANALYSIS

LANDSCAPE CONCEPT PLAN

0' 5' 10' 20' 40'
SCALE: 1:20

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

# REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.03.2018



MEETING ROOM
BALLROOM
KITCHEN
RESTAURANT
MEETING ROOM
OUTDOOR
GUESTROOM
GROUND FLOOR
BALLROOM / MEETING ROOMS 16,592 SF
RESTAURANT 6,557 SF
GUESTROOMS (32 UNITS) 9,842 SF
CIRCULATION & OTHER HOTEL FUNCTIONS 20,965 SF
TOTAL 53,956 SF
LIGHTBOOTH
OFFICE
LOBBY/LOUNGE
OPEN TO BELOW
GUESTROOM
THIRD FLOOR
LOBBY / LOUNGE 14,243 SF
GUESTROOMS (47 UNITS) 15,139.5 SF
OFFICE 2,819 SF
CIRCULATION & OTHER HOTEL FUNCTIONS 4,559.5 SF
TOTAL 36,761 SF
20TH FLOOR
GUESTROOM (19 UNITS) 4,854 SF
LOBBY/LOUNGE 895 SF
KITCHEN 646 SF
CIRCULATION & OTHER HOTEL FUNCTIONS 1,391 SF
TOTAL 7,786 SF
BALLROOM
KITCHEN
LOUNGE
9TH FLOOR
GUESTROOM (19 UNITS) 5,791 SF
LOUNGE 1,623 SF
CIRCULATION & OTHER HOTEL FUNCTIONS 1,637 SF
TOTAL 9,051 SF
GUESTROOM
LOUNGE
4TH &15TH FLOOR
GUESTROOM (24 UNITS) 7,433 SF
CIRCULATION & OTHER HOTEL FUNCTIONS 1,600.5 SF
SUBTOTAL 9,033.5 SF
TOTAL 18,067 SF
GUESTROOM
GUESTROOM
OPEN TO BELOW
OPEN TO BELOW
OPEN TO BELOW
TYPICAL FLOOR (5TH-8TH, 10TH-14TH,16-19TH)
GUESTROOM (24 UNITS) 7,433 SF
CIRCULATION & OTHER HOTEL FUNCTIONS 1,659.5 SF
SUBTOTAL 9,092.5 SF
TOTAL 118,202.5 SF
GUESTROOM
BASEMENT FLOOR
OFFICE 678 SF
EMPLOYEE DINING 839 SF
CIRCULATION & OTHER HOTEL FUNCTIONS 3,792 SF
TOTAL 5,309 SF
DINING
OFFICE
SECOND FLOOR
GUESTROOMS (34 UNITS) 11,032 SF
CIRCULATION & OTHER HOTEL FUNCTIONS 2,932 SF
TOTAL 13,964 SF
EXISTING HOTEL FLOOR AREA DIAGRAM

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A0.1




ROOFTOP

| | | |
|---|---|---|
| KITCHEN | 1,071 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 327 SF |
| TOTAL | 1,398 SF |

TYPICAL FLOOR (3RD - 30TH)

| | |
|---|---|
| GUESTROOM (19 UNITS) | 7,680 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 1,851 SF |
| SUBTOTAL | 9,531 SF |
| TOTAL | 266,868 SF |

SECOND FLOOR

| | |
|---|---|
| GUESTROOM (19 UNITS) | 6,892 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 1,848 SF |
| TOTAL | 8,740 SF |

GROUND FLOOR

| | |
|---|---|
| LOBBY / LOUNGE | 5,756 SF |
| RESTAURANT / KITCHEN | 5,330 SF |
| OFFICE | 883 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 374 SF |
| TOTAL | 12,343 SF |

BASEMENT FLOOR

| | |
|---|---|
| KITCHEN | 3,313 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 583 SF |
| TOTAL | 3,896 SF |

PROPOSED NEW HOTEL FLOOR AREA DIAGRAM

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A0.2



PRELIMINARY SCHEME A - VIEW1

PRELIMINARY SCHEME A - VIEW3

PRELIMINARY SCHEME A - VIEW2

KEY PLAN
N

VIEW STUDY DIAGRAM

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 06.06.2018



PRELIMINARY SCHEME B - VIEW1

PRELIMINARY SCHEME B - VIEW3

PRELIMINARY SCHEME B - VIEW2

PRELIMINARY SCHEME B
60-STORY
SITE
SITE
VIEW1
VIEW2
VIEW3
KEY PLAN
N

VIEW STUDY DIAGRAM

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 06.06.2018

A0.4



PROPOSED SCHEME - VIEW1

PROPOSED SCHEME - VIEW3

PROPOSED SCHEME - VIEW2

KEY PLAN N

VIEW STUDY DIAGRAM

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 06.06.2018

A0.5





N

SITE-TRANSIT DIAGRAM

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 06.06.2018

A0.6



N

## OVERALL SITE PLAN

0 5 10 30 60 120

SCALE:1/32"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

# REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A1.0



PARTIAL SITE PLAN

SCALE:1/16"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A1.1



(N)STORAGE
CLEAN AIR/ VANPOOL/ EV
C
EVCS
MATCHLINE
SEE A2.01
(N)VESTIBULE
(N)EXIT STAIR
(N)KITCHEN
(N)PASSENGER ELEVATOR LOBBY
(N)KITCHEN LOADING ZONE
(N)RECONSTRUCTED PARKING GARAGE
58 TOTAL PARKING SPACES PROVIDED
46 STANDARD SPACES
3 COMPACT
6 EV/CLEAN AIR/VAN POOL
4 EVCS(NOT INCLUDED)
3 ACCESSIBLE
F.E. +665.5'
(N)KITCHEN LOADING DECK
F.E. +668.0'
F.E. 678.5'
(E)DRIVEWAY TO REMAIN
(N)BICYCLE PARKING 25 SHORT-TERM SPACES
(N)SIDE-BY-SIDE BICYCLE RACK
(N)BICYCLE PARKING 60 LONG-TERM SPACES 30 STACKED RACKS
(N)PARTITION WALL
(N)ENTRANCE
(N)BICYCLE PARKING 35 SHORT-TERM SPACES
(N)MECHANICAL ROOM
(N)CORRIDOR
(N)STACKED BICYCLE RACK
(N)LANDSCAPE_SEE LANDSCAPE DRAWINGS
KITCHEN
CIRCULATION AND OTHER HOTEL FUNCTIONS

FLOOR PLAN_PARTIAL BASEMENT

SCALE:1/8"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A2.0



CLEAN AIR/ VANPOOL/ EV
EVCS
(N)EXIT STAIR
(N)PASSENGER ELEVATOR LOBBY
SEE A2.0 MATCHLINE
(N)RECONSTRUCTED PARKING GARAGE
58 TOTAL PARKING SPACES PROVIDED
46 STANDARD SPACES
3 COMPACT
6 EV/CLEAN AIR/VAN POOL
4 EVCS(NOT INCLUDED)
3 ACCESSIBLE
(E)EMERGENCY GENERATOR ROOM
(E)TRANSFORMER VAULT
(E)SWITCH GEAR ROOM
RECONFIGURED (E)LOADING ZONE
(N)BICYCLE PARKING
35 SHORT-TERM SPACES
(N)MECHANICAL ROOM
(N)CORRIDOR
LOADING PLATFORM
(N)ENTRANCE
(N)LANDSCAPE_SEE LANDSCAPE DRAWINGS
KITCHEN
CIRCULATION AND OTHER HOTEL FUNCTIONS

FLOOR PLAN_PARTIAL BASEMENT

SCALE:1/8"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

# REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A2.01



## FLOOR PLAN_GROUND FLOOR

SCALE:1/8"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

# REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A2.1



GUESTROOM
CIRCULATION AND OTHER HOTEL FUNCTIONS

N

FLOOR PLAN_SECOND FLOOR

0 2 5 10 30

SCALE:1/8"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A2.2



ROOF PLAN

TYPICAL FLOOR PLAN

GUESTROOM
KITCHEN
GUESTROOM
CIRCULATION AND OTHER HOTEL FUNCTIONS

FLOOR PLAN_TYPICAL FLOOR & ROOF

N

0 2 5 10 30

SCALE:1/8"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 06.06.2018

A2.3



## BUILDING SECTION - TRANSVERS

0 2 5 10 30 60

SCALE:1/16"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

# REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A3.0



## BUILDING SECTION - LONGITUDINAL

0 2 5 10 30 60
SCALE:1/16"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

# REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A3.1



BUILDING ELEVATION

0 2 5 10 30 60
SCALE:1/16"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

# REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 05.31.2018

A4.0



02 WEST ELEVATION

01 SOUTH ELEVATION

BUILDING ELEVATION

0 2 5 10 30 60

SCALE:1/16"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 05.31.2018

A4.1



02 VIEW FROM ENTRY DRIVEWAY

01 VIEW AT THE OUTDOOR RESTAURANT SEATING

3D VIEWS

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A5.0



(N) ROOF TOP POOL & LOUNGE
WHITE PATTERN GLASS WITH LOW-E COATING
GREEN TINTED GLASS WITH LOW-E COATING
GRAY TINTED GLASS WITH LOW-E COATING
SPANDREL GLASS
(N) TYPICAL
GUESTROOM LEVEL
(N) GUESTROOM LEVEL
(N) GREEN ROOF
CLEAR GLASS
(N) PODIUM
(RESTAURANT AND LOBBY)
(N) PROPOSED HOTEL
(E) PARKING GARAGE
(E) SHERATON HOTEL
(N) WATER FEATURE
(N) ARTIFICIAL GREEN ROOF
PODIUM EXTERIOR
GRAY STONE WALL
(N) BASEMENT ENTRANCE
SHERATON UNIVERSAL

02 AERIAL VIEW FROM NORTH-WEST

SPANDREL GLASS
WHITE PATTERN GLASS WITH LOW-E COATING
GRAY TINTED GLASS WITH LOW-E COATING
STAINLESS STEEL &
GLASS CANOPY
(N) HOTEL ENTRANCE
(N) WATER FEATURE
GREEN TINTED GLASS WITH LOW-E COATING
(N) TYPICAL
GUESTROOM LEVEL
STAINLESS STEEL VERTICAL PANEL
(N) GUESTROOM LEVEL
(N) PODIUM
(RESTAURANT AND LOBBY)
CLEAR GLASS
PODIUM EXTERIOR
GRAY STONE WALL
(N) SIDE WALK
(N) DRIVE WAY

01 VIEW FROM HOTEL ENTRANCE

3D VIEWS

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 06.06.2018

A5.1



UNIVERSAL
(N) ROOF TOP POOL & LOUNGE
(N) PROPOSED HOTEL
(E) SHERATON HOTEL
(N) TYPICAL GUESTROOM LEVEL
(N) GUESTROOM LEVEL
(N) PODIUM
(RESTAURANT AND LOBBY)
PODIUM EXTERIOR
GREY STONE WALL

02 VIEW FROM UNIVERSAL HOLLYWOOD DR.

SHERATON UNIVERSAL
(E) SHERATON HOTEL
(N) WATER FEATURE
(N) ROOF TOP POOL & LOUNGE
(N) PROPOSED HOTEL
(N) TYPICAL
GUESTROOM LEVEL
(N) GREEN ROOF
(N) DRIVE WAY
(N) PODIUM
(RESTAURANT AND LOBBY)

01 AERIAL VIEW FROM SOUTH-EAST

3D VIEWS

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 06.06.2018



VIEW4

VIEW5

VIEW6

VIEW1

VIEW2

VIEW3

KEY PLAN

VIEW6
VIEW5
PROJECT SITE
VIEW3
VIEW2
VIEW1
VIEW4

NEIGHBORHOOD VIEWS

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 06.06.2018

A5.3



VIEW4

VIEW5

VIEW6

VIEW1

VIEW2

VIEW3

KEY PLAN

NEIGHBORHOOD VIEWS WITH HILTON

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 06.06.2018



AERIAL VIEW FROM SOUTH-EAST

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A5.5



VIEW FROM UNIVERSAL HOLLYWOOD DR.

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A5.6



VIEW FROM UNIVERSAL HOLLYWOOD DR.

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 06.06.2018

A5.7