# Exhibit B

## RESOLUTION

**WHEREAS**, in 1989, following a successful career designing women's wear in Paris and Los Angeles, Max Azria decided to pursue his dream of launching his own Los Angeles design house that spoke to the modern woman and launched BCBGMAXAZRIA, which redefined the designer category by offering high-quality, on-trend clothing at contemporary price points. This April 16th, Max Azaria's lifetime vision will celebrate its 25th Anniversary in the City of Los Angeles; and

**WHEREAS**, BCBGMAXAZRIA, through its main mission: to continue to take the fashion world by storm, has become one of the hottest names in the fashion industry today and one of America's leading design power houses with critically acclaimed collections that span from evening and cocktail dresses, sportswear separates, handbags, small leather goods and licensed outerwear, footwear, hats and swimwear which has developed an elite and loyal following, a strong worldwide presence, and helping to establish the City of Los Angeles as a fashion capital; and

**WHEREAS**, BCBGMAXAZRIA, through BCBG Max Azria Group, LLC, also owns and runs two additional fashion brands out of their Los Angeles headquarters, Herve Leger and BCBGeneration, which combined, total 33 retail boutiques and 1600 employees in Los Angeles County; and

**WHEREAS**, BCBGMAXAZRIA has received many acknowledgements and accolades for their leadership, contributions and partnerships with nonprofits and charitable organizations such as Fashion Delivers. For the second season, BCBGMAXAZRIA will offer a multiple day shopping campaign titled "Be Chic By Giving", in which the brand donates one item of clothing to a local charity for every item of clothing purchased across the U.S. BCBGMAXAZRIA's initiative encourages customers to "make a purchase, make a difference" in our communities; and

**NOW, THEREFORE, BE IT RESOLVED** that by the adoption of this Resolution, the Council of the City of Los Angeles hereby congratulates and commends BCBGMAXAZRIA for 25 years of exceptional achievements in the fashion industry and passionate dedication to improve the quality of life for all.

April 23, 2014

Presented By: _____

Council President Herb J. Wesson, Jr.

**ADOPTED**

APR 2 3 2014

LOS ANGELES CITY COUNCIL

Seconded By: _____

## RESOLUTION

WHEREAS, the City of Los Angeles is the second most populous city in the U.S, with the third largest urban economy in the world;

WHEREAS, more than 60% of the residents of the City of Los Angeles are renters and help drive Los Angeles' economy;

WHEREAS, the renter majority of the City of Los Angeles is incredibly diverse demographically and geographically and reflects the rich fabric of our City, including groups such as students, senior citizens, workers, middle-class families, transit riders, lower-income families, and more;

WHEREAS, both renters and landlords are investors in our City and are important to the vitality of Los Angeles;

WHEREAS, renters' contributions to the City's economy and civic life should be recognized;

WHEREAS, Los Angeles' rental housing stock is a critical resource both for current renters and in providing homes to address the City's homeless crisis;

WHEREAS, the City's Housing Element acknowledges housing as a human right;

WHEREAS, the City recognizes its responsibility to work with the private market to ensure an adequate supply of housing that is affordable at every income level;

WHEREAS, Los Angeles is experiencing a renewed development boom, particularly in transit-oriented development areas, which creates an opportunity to ensure the protection and expansion of the rental housing stock at all income levels;

WHEREAS, the Obama Administration and Congress can solve the housing crisis by making affordable housing a priority, funding the National Housing Trust Fund;

WHEREAS, renters are active participants in helping the City craft policies that ensure safe, healthy and affordable housing;

NOW, THEREFORE, BE IT RESOLVED that the City Council of the City of Los Angeles hereby declares April 23, 2014 as Renters' Day to honor the renter majority of Los Angeles and their contributions to LA's economy, culture, diversity, and civic life.

**ADOPTED**

APR 2 3 2014

**LOS ANGELES CITY COUNCIL**

APR 2 3 2014

PRESENTED BY: _____
GILBERT A. CEDILLO
Councilman, 1st District

SECONDED BY: _____

ORIGINAL

RESOLUTION



### End of Watch Memorial Wall

**WHEREAS,** the men and women of the Los Angeles Police Department (LAPD) are the most elite and highly trained public safety officers in the world, and;

**WHEREAS** the commitment to the job they do keeping Angelenos, visitors, dignitaries, and businesses safe is unrivaled and our gratitude for their service should not go unrecognized, and;

**WHEREAS** the bravery displayed by these elite officers every day is unmatched and their willingness to put their lives on the line in the call of duty is a debt of service that must be honored, and;

**WHEREAS** in the line of duty and in service to the great City of Los Angeles, too many officers have laid down their lives in selfless acts of bravery, and;

**WHEREAS** the families of these men and women have made the ultimate sacrifice of their loved ones in service to our community, and;

**WHEREAS** the Los Angeles Police Protective League has created a "End of Watch Memorial Wall" to honor the fallen men and women who made the ultimate sacrifice of their lives on the job, and;

**WHEREAS** the End of Watch Memorial will be dedicated as a mobile tribute to the 206 officers who, to this date, have died in the line of duty and in service to the Los Angeles Police Department and to our great city, and;

**WHEREAS** the End of Watch Memorial will be unveiled the week of April 28th in ceremonies in Los Angeles and Sacramento; and

**THEREFORE BE IT RESOLVED** that the City Council of the City of Los Angeles honor the memories of the fallen officers and their families in the unveiling of the "End of Watch Memorial" in the City of Los Angeles, and thank the Los Angeles Police Protective League for their support in the creation of this important tribute to the men and women of the LAPD who have given their lives in service to the City of Los Angeles.

PRESENTED BY:

MITCHELL ENGLANDER

ADOPTED

APR 2 3 2014

LOS ANGELES CITY COUNCIL

SECONDED BY:

ALL COUNCIL MEMBERS

APR 2 3 2014

RESOLUTION



## M.O.M.S.
### Military on Motorcycle Safety

**WHEREAS,** Military on Motorcycle Safety (M.O.M.S.) holds information events and fundraisers to raise road safety awareness. They advocate a compelling call for safer roads at dangerous intersections and help military victims of motorcycle/vehicular accidents with associated medical costs; and

**WHEREAS,** M.O.M.S. was founded by Kimber Lee Wilkes who tragically lost her son, Jesse, in a motorcycle accident in 2013. On April 27, 2013, 27 year-old Jesse Allen Wilkes was struck and killed by a driver a few blocks away from his Condo in Chatsworth, California; and

**WHEREAS,** Jesse Allen Wilkes was born and raised in the San Fernando Valley and graduated with honors from El Camino High School, Pierce College and Cal State Northridge. In college, Jesse became a member of the Phi Delta Theta Fraternity; and

**WHEREAS,** Jesse Wilkes always wanted to give back to his country and joined the Marines, giving 6 years of service including deployment to Afghanistan. He participated in a neighborhood dodge ball club and was an active member of The Silent Natives, (a motorcycle riding club of veteran Marines). Jesse was a conscientious rider who worked at teaching others how to ride sensibly and carefully and have an awareness of their surroundings; and

**WHEREAS,** over 4 million motorcycles are registered in the United States. It is the mission of M.O.M.S. to educate both drivers and motorcyclist alike on safe driving habits including: minimize distractions, thinking of motorcycles as riders; checking traffic to turn at an intersection or into (or out of) a driveway, estimate that a motorcycle is closer than it looks and being cautious not to make left hand turns in front of a motorcyclist; and

**NOW, THEREFORE BE IT RESOLVED** that by the adoption of this resolution the Los Angeles City Council commends MILITARY ON MOTORCYCLE SAFETY (M.O.M.S.) for their outstanding and dedicated service to community and their effort to educate the residents of the City of Los Angeles on motorcycle safety.

PRESENTED BY

MITCHELL ENGLANDER

SECONDED BY:

ALL COUNCIL MEMBERS

## ADOPTED

APR 2 3 2014

### LOS ANGELES CITY COUNCIL

APR 2 3 2014

RESOLUTION



## The Jesse Allen Wilkes Memorial Intersection

**WHEREAS,** on April 27, 2013, 27 year-old Jesse Allen Wilkes was struck and killed by a driver a few blocks away from his Condo in Chatsworth, California; and

**WHEREAS,** Jesse Wilkes was born and raised in the San Fernando Valley and graduated with honors from El Camino High School, Pierce College and Cal State Northridge. In college Jesse became a member of the Phi Delta Theta Fraternity; and

**WHEREAS,** Jesse always wanted to give back to his country and joined the Marines, giving 6 years of service including deployment to Afghanistan. He participated in a neighborhood dodge ball club and was an active member of the Silent Natives (a motorcycle riding club of veteran Marines). Jesse was a conscientious rider who worked at teaching others how to ride sensibly and carefully and have an awareness of their surroundings; and

**WHEREAS,** in honor of Jesse's life, his mother Kimber Lee Wilkes, founded the Military on Motorcycle Safety (M.O.M.S.) organization. M.O.M.S. holds information events and fundraisers to raise road safety awareness. They advocate a compelling call for safer roads at dangerous intersections and help Military victims of motorcycle/vehicular accidents with associated medical costs; and

**NOW, THEREFORE BE IT RESOLVED** that by the adoption of this resolution the Los Angeles City Council does hereby name the intersection at Devonshire Street and Winnetka Street THE JESSE ALLEN WILKES MEMORIAL INTERSECTION as a reminder to the community and to the residents of the City of Los Angeles of the life of Jesse Allen Wilkes.

PRESENTED BY

MITCHELL ENGLANDER

SECONDED BY:

ALL COUNCIL MEMBERS

**ADOPTED**

APR 2 3 2014

**LOS ANGELES CITY COUNCIL**

APR 2 3 2014

## RESOLUTION

Private First Class Makoto "James" Ogawa

WHEREAS, the City of Los Angeles commends the dedication and service of World War II veteran Private First Class Makoto "James" Ogawa; and

WHEREAS, James was born in Riverside, California in October 1923 to immigrant parents from Chiba, Japan. He was orphaned at age seven and was sent to the Shonien Japanese Children's Home with his siblings. He and one sister were later raised by foster parents and worked at their fruit farm in Mayhew, California; and

WHEREAS, after the war declaration in December 1941, his foster parents relocated to Jerome, Arkansas, but James voluntarily enlisted in the U.S. Army at San Francisco in January, 1942. After basic training at Camp Robinson in Arkansas, he was sent to Fort Leonard Wood, Missouri where he was assigned as a cook; and

WHEREAS, in 1943 James joined the 442nd Regimental Combat Team at Camp Shelby, Mississippi as a Rifleman in Company C of the 100th Infantry Battalion. He subsequently served in the Rome-Arno campaign in Italy and in the Vosges Mountains campaign in the Bruyeres area in France. His unit helped rescue the Lost Texas Battalion of the 36th Division. James was honorably discharged in November 1945; and

WHEREAS, his significant military decorations include the Bronze Star Medal, the EAME campaign medal with 5 battle stars, the Combat Infantryman Badge and various other decorations. His unit was awarded the Congressional Gold Medal in a special ceremony held at the U.S. Capitol in November 2011; and

WHEREAS, following his military service, James worked primarily in sales and retired in 1983 from the Mercedes Benz organization. He is married to his wife Yuri and has five daughters and six grandchildren. James is a tireless member of the Go For Broke National Education Center and VFW Post 1961 in Gardena, California where he resides; and

NOW, THEREFORE, BE IT RESOLVED, that by the adoption of this resolution, the Los Angeles City Council does hereby recognize and commend the patriotism and service of Private First Class Makoto "James" Ogawa.

April 23, 2014

PRESENTED BY:_____

JOE BUSCAINO
Councilmember, 15th District

SECONDED BY:_____

**ADOPTED**

APR 2 3 2014

**LOS ANGELES CITY COUNCIL**

ORIGINAL

## RESOLUTION

### Staff Sergeant Hiroshi Nishikubo

WHEREAS, the City of Los Angeles commends the dedication and service of World War II veteran Staff Sergeant Hiroshi Nishikubo; and

WHEREAS, Hiroshi was born in Clarksburg, California in November 1921 and graduated from high school in 1940. He worked in the family vegetable farming business until May 1942, when he and his family were evacuated to the Tule Lake Relocation camp under Executive Order 9066; and

WHEREAS, in July of 1944, Hiroshi entered active military service and did basic training in Camp Blanding, Florida. He was deployed to France in January 1945 and joined Company L of the 442nd Regimental Combat Team in guarding the Franco Italian Maritime Alps border. In March 1945, the 442nd Regimental Combat Team returned to Italy and he served in the Po Valley campaign to penetrate the Gothic Line; and

WHEREAS, he was injured in the Po Valley campaign on April 5, 1945. Hiroshi was discharged at Fort George Meade, Maryland in July 1946; and0

 WHEREAS, Hiroshi's significant decorations include the Bronze Star Medal, the Purple Heart Medal, the Combat Infantryman Badge, the EAME Campaign Medal, the Distinguished Unit Badge, and other medals. In November 2011 the 442nd Regimental Combat Team was awarded the Congressional Gold Medal in a ceremony at the U.S. Capitol.

WHEREAS, after WWII, Hiroshi settled in Los Angeles and went to trade school on the GI Bill of Rights and learned to be an auto machinist. He worked for Day & Nite Auto Parts Company for 33 years and retired in 1985.

He married his wife Betty in April 1999 and has greatly enjoyed his new family of six children and five grandchildren and has enjoys in his leisure time. Hiroshi and Betty reside in Los Angeles; and

NOW, THEREFORE, BE IT RESOLVED, that by the adoption of this resolution, the Los Angeles City Council does hereby recognize and commend the patriotism and service of Staff Sergeant Hiroshi Nishikubo.

April 23, 2014

**ADOPTED**

APR 2 3 2014

**LOS ANGELES CITY COUNCIL**

PRESENTED BY: _____
JOE BUSCAINO
Councilmember, 15th District

SECONDED BY: _____

ORIGINAL

**RESOLUTION**

Technical Sergeant Tokuji Yoshihashi

WHEREAS, the City of Los Angeles commends the dedication and service of World War II veteran and retired DWP employee Technical Sergeant Tokuji Yoshihashi; and

WHEREAS, Tokuji was born in Pasadena, California in January 1923, the third of Goro and Setsu Yoshihashi's five children. He attended high school in Pasadena and completed two years of college at Pasadena Junior College; and

WHEREAS, shortly after the bombing of Pearl Harbor, he and his family were first evacuated to Tulare, California and then to Gila, Arizona as part of the mass internment of 120,000 Japanese Americans; and

WHEREAS, in May of 1944, Tokuji and his elder brother Ichiro were drafted into the U.S. Army. After basic training at Camp Blanding, Florida, he arrived in Scotland on the HMS Queen Mary in early November and joined the 100th Battalion of the famed 442nd Regimental Combat Team in Epinal, France. He went on to guard the Franco-Italian border and in March 1945, deployed to Italy in the successful campaign to break the Gothic Line; and

WHEREAS, his significant military decorations include two Bronze Star Medals, the Combat Infantryman Badge, the EAME Campaign Medal, the Distinguished Unit Badge and various other decorations. In November 2011, his unit of Japanese American veterans was awarded the Congressional Gold Medal in a special ceremony at the U.S. Capitol; and

WHEREAS, Tokuji was employed with the Los Angeles Department of Water and Power for over 27 years specializing in auto and truck engine rebuilding until his retirement in 1995; and

WHEREAS, he married Reiko Kato Yoshihashi in 1952, a union that lasted 57 years until her death in 2009. He currently lives in San Gabriel, California, where he enjoys gardening and spending time with his three adult children and two grandchildren. He volunteers weekly at the Go For Broke Monument in downtown Los Angeles; and

NOW, THEREFORE, BE IT RESOLVED, that by the adoption of this resolution, the Los Angeles City Council does hereby recognize and commend the patriotism and service of Technical Sergeant Tokuji Yoshihashi.

April 23, 2014

**ADOPTED**

APR 2 3 2014

**LOS ANGELES CITY COUNCIL**

PRESENTED BY: _____

JOE BUSCAINO
Councilmember, 15th District

SECONDED BY: _____

## RESOLUTION

Debra H. Suh, JD

WHEREAS, the City of Los Angeles commends the dedication and service of Debra H. Suh, JD towards positive change in our City; and

WHEREAS, Debra has been the Executive Director of the Center for the Pacific Asian Family (CPAF) since 1999; and

WHEREAS, CPAF is a non-profit organization dedicated to supporting immigrant Asian and Pacific Islander (API) survivors of domestic and sexual violence. It opened the first multi-cultural domestic violence emergency shelter (located in the 10th District) for API women and their children in the nation. CPAF also operates the only rape crisis center in the nation dedicated to serving API survivors. CPAF provides a transitional shelter, children's programs and a multi-lingual 24-hour hotline for violence survivors; and

WHEREAS, Debra also serves as Chair of the California Office of Emergency Services' Domestic Violence Advisory Council, member of Blue Shield of California's Foundation's Strong Field Project Advisory Group, and board member of LA County Emergency Food and Shelter Program. Previously, she served on the Board of Directors of the statewide coalition, California Partnership to End Domestic Violence; and

WHEREAS, Debra is a past winner of the Durfee Sabbatical, 29th Congressional District's 2012 Woman of the Year, KCET/Union Bank Local Hero and other awards; and

WHEREAS, Debra previously worked as an attorney at the Legal Aid Foundation of Los Angeles, where she established the API Legal Unit.  She is past President of the Korean American Bar Association, and Women's Organization Reaching Koreans; and

WHEREAS, an immigrant herself, Debra is particularly dedicated to serving non-English speaking immigrant women with her legal training and her commitment to eradication of the root causes of violence; and

NOW, THEREFORE, BE IT RESOLVED, that by the adoption of this resolution, the Los Angeles City Council does hereby recognize and commend the efforts of Debra Suh for her dedication to making an impact in the lives of Asian and Pacific Islanders in the City of Los Angeles and beyond.

April 23, 2014

**ADOPTED**

APR 2 3 2014

**LOS ANGELES CITY COUNCIL**

PRESENTED BY: _____

JOE BUSCAINO
Councilmember, 15th District

SECONDED BY: _____

RESOLUTION

WHEREAS, on May 3, 1939, Union Station opened its doors.  Designed by architects John and Donald Parkinson it was seen as an eclectic blend of Los Angeles styled influences of Mission Revival, Southwest, Spanish and Art Deco and was seen as one of the last of the great rail stations built in the United States; and

WHEREAS, the 75th Anniversary of the opening of Union Station will be held on May 3rd 2014; and

WHEREAS, Union Station was placed on the National Register of Historic places in 1980 and was designated as Los Angeles Historical Cultural Monument No. 10 on August 2 1972; and

WHEREAS, over 1.6 million passengers a year and 60,000 a day frequent Union Station; and

WHEREAS,  Union Station is a major transportation hub for Southern California and is the focal point of Amtrak long distance lines, Amtrak California regional trains, Metrolink lines, and multiple Metro light rail, subway and bus lines, and a multitude of local, regional and long distance bus lines; and

WHEREAS, in 2011 the MTA purchased Union Station and increased the rehabilitation and usage of the premises of Union Station; and

WHEREAS, Union Station has been an important anchor in the revitalization of the Downtown Los Angeles Area and has increased the economic activity of the surrounding neighborhoods; and

WHEREAS, Union Station served as the major terminus of the old Los Angeles Pacific Electric Rail System "Red Cars" and the Los Angeles Rail Way "Yellow Car" lines and has played a significant role in Los Angeles transportation history; and

WHEREAS, Union Station has played a significant role in Los Angeles popular culture by serving as a backdrop to many famous feature films including *Union Station, Blade Runner, the Hustler, the Dark Knight Rises* and countless TV and commercial shoots; and

WHEREAS, Union Station will continue to be a significant piece of the Los Angeles transportation puzzle and will be enhanced with the completion of the Metro's Regional Connector connecting the 7th and Metro station to Union Station, the expansion of Metrolink and Metro service and the completion of High Speed Rail into Union Station;

NOW, THEREFORE, BE IT RESOLVED that the City of Los Angeles hereby declares May 3, 2014, to be Los Angeles Union Station Day and celebrates the important role Union Station has had in defining the Los Angeles that exists today and that it will have in creating the transit future of the Los Angeles region.

PRESENTED BY: _____

**ADOPTED**

APR 2 3 2014

APR 2 3 2014 **LOS ANGELES CITY COUNCIL**

PAUL KREKORIAN
Councilmember, 2nd District

SECONDED BY: _____

## RESOLUTION

### Birns & Sawyer, Inc.

**WHEREAS,** it is with great pleasure that we congratulate BIRNS & SAWYER upon its 60th anniversary;

**WHEREAS,** BIRNS & SAWYER was established in 1954 by Jack Birns and Cliff Sawyer as Los Angeles' original motion picture camera rental house; and

**WHEREAS,** BIRNS & SAWYER was among the first camera rental houses to offer digital video cameras; and

**WHEREAS,** in 1998, cinematographer/gaffer William Meurer acquired BIRNS & SAWYER and merged the legacy company with his existing lighting and grip company Gunner Lighting; and

**WHEREAS,** BIRNS & SAWYER's passion for the world of films has led to their exceptional work to help filmmakers make their vision a reality; and

**WHEREAS,** BIRNS & SAWYER has committed itself to stand as a beacon for quality service and gear; and

**WHEREAS,** BIRNS & SAWYER gives back to the community and to the filmmakers who are the foundations of their industry by hosting The Filmmakers Showcase complimentary screenings; and

**WHEREAS,** BIRNS & SAWYER has continued to explore the innovations of the industry by supporting new digital trends; and

**WHEREAS,** BIRNS & SAWYER has established itself as the premiere one stop shop for professional filmmakers to buy or rent their gear.

**NOW, THEREFORE, BE IT RESOLVED** that by the adoption of this resolution, the City Council of the City of Los Angeles hereby commends and congratulates BIRNS & SAWYER for its dedicated service to the citizens of the City of Los Angeles and its heritage industry, and wishes them many more years of continued success.

Presented by: _____

PAUL KREKORIAN
Councilmember, 2nd District

Seconded by: _____

**ORIGINAL**

**ADOPTED**

APR 2 3 2014

**LOS ANGELES CITY COUNCIL**

APR 2 3 2014

CITY OF LOS ANGELES



RESOLUTION
Fiesta Broadway 25th Year Anniversary

WHEREAS, Fiesta Broadway is the annual Downtown Latino music and cultural festival; and

WHEREAS, Fiesta Broadway first started 25 years ago in 1990 and was modeled after Miami's Calle Ocho; and

WHEREAS, Fiesta Broadway organizers saw this event as a great way for families to celebrate Cinco de Mayo and as a way for merchants to push for Downtown's revitalization; and

WHEREAS, Fiesta Broadway was supported by then Mayor Tom Bradley, whose only request was that this event be free and open to the public and has been maintained that way since; and

WHEREAS, Fiesta Broadway attracts hundreds of thousands of music fans and spectators to the streets of Downtown Los Angeles each year for what has become the largest "Cinco de Mayo" celebration in the entire world; and

WHEREAS, Fiesta Broadway has attracted some of the most successful Latino artists including Angelica Maria, Pepe Aguilar, Paquita la del Barrio, Alicia Villareal, the Rivera family, Graciela Beltran, El Chapo de Sinaloa, Banda Machos, Rogelio Martinez, Ninel Conde, Pee Wee, and Nortec Collective to name only a few; and

WHEREAS, Fiesta Broadway, twenty five fiestas later, is as big as ever, and continues to be a family friendly, free music festival:

NOW THEREFORE BE IT RESOLVED, by the City of Los Angeles, that the Los Angeles City Council commends FIESTA BROADWAY on its twenty fifth year anniversary and extends all our best wishes for the continued success for many years to come:

BE IT FURTHER RESOLVED, that Councilmember José Huizar, on behalf of the people of the Fourteenth Council District, extends a special thank you to FIESTA BROADWAY for the contributions it has and will continue to make to the unity of our Latino community, our beloved city, and all over the world, that will be long cherished by many. Best wishes for long, happy, and countless years to come.

ADOPTED

APR 2 3 2014

LOS ANGELES CITY COUNCIL

APR 2 3 2014

PRESENTED BY: _____
JOSE HUIZAR
Councilmember, 14th District

SECONDED BY: _____
ALL COUNCIL

ORIGINAL

**CITY OF LOS ANGELES**



**RESOLUTION**
**Chairman Huang Wei**

WHEREAS, Chairman Huang Wei began his successful career with humble roots in fermenting soybean and processing plant successively; and

WHEREAS, Chairman Huang Wei also worked in a hotel where he escalated positions until finally becoming business director; and

WHEREAS, Chairman Huang Wei was later transferred to Yangchaun County Commerce Bureau of Guangdong where he was in charge of the Market Business; and

WHEREAS, Chairman Huang Wei began to learn the skills and character that would lead him to success as he began to gain experience in communicating with people, listening, and observation; and

WHEREAS, Chairman Huang Wei transferred to a different workforce in 1991 as he began to work at Shenzhen Real Estate Group but decided to do business on his own in October of the same year; and

WHEREAS, Chairman Huang Wei established New World Industrial Company in Baoan the Month of March of 1993; and

WHEREAS, Chairman Huang Wei had very little money and his company had only 30,000 Yuan with three workers at front of his establishment; and

WHEREAS, Chairman Huang Wei served Baoan Longhua as a real estate sales agent, depending on his gilb mouth and integrating to win over costumers, not only gained their trust but also gained their relatives and friends as costumers; and

WHEREAS, Chairman Huang Wei became very successful in real estate due to the popularity of home owning at the time and was able to earn lots of agency fees making that the very first profit in his life; and

WHEREAS, Chairman Huang Wei expanded his resources and tried to begin a restaurant, hotel, dance hall and building material company but did not gain much profit while attracting more than ten lawsuits; and

WHEREAS, Chairman Huang Wei overcame his challenges and continued with his success learning that the enterprise operation had its risk but with awareness he would be able to succeed; and

WHEREAS, Chairman Huang Wei now holds important titles such as President of Shenzhen New World Group, Vice-Chairman of Entrepreneurs with Yangjiang Nationality Sodality of Dongguang of Shenzhen, Vice Chairman of Shenzhen Knowledge and Economy Association, Executive Vice Chairman of Shenzhen Legal Newspaper Development Center, President of Council of Shenzhen Domestic and Foreign Enterprise Association of Shenzhen Enterprise Association; and

WHEREAS, Chairman Huang Wei also holds titles such as Member of Chinese People's Political Consultative Conference of Guangdong Province, Special Researcher of Sun Yat-sen University - 3rd Industry Research Center of China, Member of Shenzhen Real Estate Association of China Real Estate Association:

APR 2 3 2014

NOW THEREFORE BE IT RESOLVED, by the City of Los Angeles that the Los Angeles City Council hereby
recognizes CHAIRMAN HUANG WEI for his achievements and hardships over the years in building a successful
background for himself:

BE IT FURTHER RESOLVED, that Councilmember José Huizar, on behalf of the people of the Fourteenth
Council District, extends a special thank you to CHAIRMAN HUANG WEI for the contributions he has and will
continue to make to economy of the Fourteenth District, our beloved city, and all over the world, that will be
long cherished by many. Best wishes for long, happy, and countless years to come.


PRESENTED BY: _____
                        JOSE HUIZAR
                Councilmember, 14ᵗʰ District


SECONDED BY: _____
                        ALL COUNCIL


ADOPTED

APR 2 3 2014

LOS ANGELES CITY COUNCIL

CITY OF LOS ANGELES



RESOLUTION

# Fire Chief Brian L. Cummings
## Los Angeles Fire Department

WHEREAS, Fire Chief Brian L. Cummings has served the City of Los Angeles with true bravery and dedication. He retired from the Los Angeles Fire Department effective February 8, 2014; and

WHEREAS, Brian L. Cummings was appointed to the Los Angeles Fire Department on February 10, 1980 and has served unselfishly and professionally for over 34 years in the following positions:

| | |
|---|---|
| Firefighter | February 10, 1980 |
| Engineer | January 17, 1988 |
| Captain I | June 28, 1993 |
| Captain II | June 18, 2000 |
| Battalion Chief | September 7, 2003 |
| Assistant Chief | December 19, 2010 |
| Interim Fire Chief | July 10, 2011 |
| Fire Chief | September 7, 2011 |

WHEREAS, Brian L. Cummings achieved success in the most challenging of assignments and faithfully served the City of Los Angeles at Fire Stations 33, 65, 66, 48, 9, 3, 46, 58, 4, 85, and 37, Battalions 13, 6, and 1, as well as serving in a Special Duty positions in Training Section, Recruit Training Section, Planning Section, and Chief of Staff; and

WHEREAS, Brian L. Cummings, during his service to the Los Angeles Fire Department, dealt with countless emergencies, disasters and noteworthy events, including the '84 Olympics, '85 Baldwin Hills Fire, '86 Los Angeles Central Library Fire, '86 Wilshire/Devon Fire, '90 Metro Rail Tunnel Fire, '92 Civil Disturbance, '94 Northridge Earthquake, '03 Old Topanga Fire (Malibu), '07 Sunland/Tujunga Fire, and the '08 Sesnon/Porter Ranch Brush Fire; and

APR 2 3 2014

WHEREAS, Brian L. Cummings was responsible for protecting more than four million people in the second largest city in the United States of America. He thereby commanded over 3,500 uniformed and civilian personnel and managed 106 fire stations, facilities and emergency resources across the Los Angeles Fire Department's 470 square mile jurisdiction including the Los Angeles International Airport, Van Nuys Airport and the Port of Los Angeles, and was responsible for the full-spectrum of life safety and public protection, including fire prevention, fire suppression, emergency medical care, technical rescue, hazardous material mitigation, disaster response, public education, and community service, thereby maintaining its premier status as the leader in public safety and making it the finest Fire Department in the Nation; and

WHEREAS, Brian L. Cummings earned the admiration and respect of his peers and subordinates through his dedication and commitment to the fire service and the Los Angeles Fire Department:

NOW THEREFORE, BE IT RESOLVED, that by the adoption of this resolution, the Los Angeles City Council does hereby salute FIRE CHIEF BRIAN L. CUMMINGS for devoted, loyal and invaluable service. We recognize him for providing professional expertise and knowledge to benefit all those who live, work and play in the City of Los Angeles, and we hereby extend best wishes for a healthy, happy and rewarding retirement. You are truly an Angel in the City of Angels!

PRESENTED BY: _____

TOM LABONGE
Councilmember, 4th District

SECONDED BY: _____

ALL MEMBERS

# ADOPTED

APR 2 3 2014

## LOS ANGELES CITY COUNCIL

CITY OF LOS ANGELES



RESOLUTION

# Steven S. Rosenthal
# Kaye Scholer LLP

WHEREAS, Steven S. Rosenthal at Kaye Scholer LLP was selected as one of the recipients of the 18th Annual California Lawyer Attorneys of the Year (CLAY) Awards, presented by *California Lawyer* magazine; and

WHEREAS, the CLAY Awards recognize attorneys whose achievements have had a significant impact in California. This year's recipients will be featured in the March 2014 issue of California Lawyer. Steven Rosenthal, along with fellow award honoree, Marc Cohen of Kaye Scholer LLP, represented California State Controller John Chiang, in recovering billions of dollars in unpaid life insurance and annuity proceeds from insurance companies; and

WHEREAS, Steven Rosenthal serves as Partner and Chair of Kaye Scholer LLP, Litigation, in Washington D.C. He has extensive trial court, arbitration and appellate experience on matters involving commercial law, constitutional law and all aspects of administrative practice. He has argued noted cases before the United States Supreme Court and before the United States Courts of Appeals and state appellate courts throughout the United States; and

WHEREAS, in addition to representing major private companies in litigation, Steven Rosenthal has also represented major governmental entities such as the City of Los Angeles, the Port Authority of New York and New Jersey and the California State Controller in both trial and appellate matters. He has been representing major international airports for over twenty-five years on regulatory and litigation matters and was lead counsel in four landmark cases involving airport rates and charges; and

WHEREAS, Steven Rosenthal's arbitration experience has involved the successful representation of companies in international disputes. His experience on matters of administrative law have involved judicial review of rulemakings and adjudications undertaken by various federal agencies under a wide variety of statutory regimes; and

WHEREAS, Steven Rosenthal received his JD degree in 1974 from Harvard Law School and his BA degree in 1971 from Dartmouth College. He graduated from both institutions *magna cum laude*. Following law school, he was a law clerk to Circuit Judge Malcolm Richard Wilkey of the United States Court of Appeals for the District of Columbia Circuit in Washington, DC.; and

APR 2 3 2014

WHEREAS, Steven Rosenthal is a member of the California, District of Columbia and Florida Bars. He was elected to the American Law Institute in 1991 and is listed in *Who's Who in America* and numerous similar publications. He is a trustee and former president of Family Matters of Greater Washington, the area's largest comprehensive social services agency:

NOW THEREFORE, BE IT RESOLVED, that by the adoption of this resolution, the Los Angeles City Council does hereby salute STEVEN ROSENTHAL of Kaye Scholer LLP on his 18th Annual California Lawyer Attorneys of the Year (CLAY) Award, presented by *California Lawyer* magazine. We recognize him for his great service and dedication, and we thank him for his heart to the community. You are truly an Angel in the City of Angels!

PRESENTED BY: _____

TOM LABONGE
Councilmember, 4th District

SECONDED BY: _____

ALL MEMBERS

ADOPTED

APR 2 3 2014

LOS ANGELES CITY COUNCIL

# CITY OF LOS ANGELES



## RESOLUTION

## Commissioner Henri Pellissier
## Local Agency Formation Commission for the County of Los Angeles

WHEREAS, Henri Pellissier has served as the Public Member on the Local Agency Formation Commission for the County of Los Angeles (LAFCO) for more than three decades, having first been appointed in 1980, and having been re-appointed by his fellow commissioners several times; and

WHEREAS, Henri Pellissier is the second-longest tenured commissioner on any of the 58 LAFCOs in the State of California. During his first decade on LAFCO, he was the "tie-breaking" vote between two County Supervisor LAFCO commissioners and two City Council LAFCO commissioners, during which time, by all accounts, he served admirably, voicing his independent voice, judgment, and reason as the "public's representative" on the Commission. He has served, at various times, as Chair, First Vice Chair, and Second Vice Chair of LAFCO; and

WHEREAS, in 2013, the California Association of Local Agency Formation Commissions (CALAFCO), in honor of his distinguished service on LAFCO, awarded Henri Pellissier CALAFCO's Lifetime Achievement Award, which is not only CALAFCO's highest honor but one that has only been bestowed upon four people; and

WHEREAS, Henri Pellissier was described by a former LAFCO Executive Officer as " a 'salt of the earth' person, a straight shooter—his background in the farming and dairy business produced a very astute businessman, one who was even-handed and fair in everything he did on LAFCO," going on to say that "nothing gets past Henri, he could see all sides of an issue, and, in the end, he always did what he thought was right"; and

WHEREAS, Henri Pellissier worked for several decades in the farming and dairy business, during which time he acquired vast knowledge of water-related issues, which served him well as he considered various proposals to annex into water districts, and, in some instances, to consider dissolving or merging under-performing water districts; and

WHEREAS, Henri Pellissier served two terms as Board Chairman and twelve years on the Whittier Union High School District Board of Trustees (12 years), eight years on the Los Angeles County Committee for School District Reorganization, and is a member of the Whittier Chamber of Commerce; and

APR 2 3 2014

WHEREAS, Henri Pellissier holds a Bachelor of Arts degree in Agriculture from the University of California at Berkeley; and

WHEREAS, Henri Pellissier served four years in ROTC during college and two years of active duty in the military, including combat duty during the Korean War; and

WHEREAS, Henri Pellissier is a devoted husband to his wife of more than 60 years. Mr. & Mrs. Pellissier have 7 children, 15 grandchildren, and 1 great grandson; and

WHEREAS, Henri Pellissier is retiring as a Commissioner on LAFCO after 34 years of distinguished and committed service, and is only leaving public service due to relocating out of Los Angeles:

NOW THEREFORE, BE IT RESOLVED, that by the adoption of this resolution, the Los Angeles City Council does hereby salute COMMISSIONER HENRI PELLISSIER on his 34 years of service on the Local Agency Formation Commission for the County of Los Angeles. He will be missed by his fellow LAFCO commissioners, LAFCO staff, applicants, and all those who encountered him during his lengthy three decades of public service to the citizens of our great City and our great County. You are truly an Angel in the City of Angels!

PRESENTED BY: _____
TOM LABONGE
Councilmember, 4th District

SECONDED BY: _____
ALL MEMBERS

ADOPTED

APR 2 3 2014

LOS ANGELES CITY COUNCIL

CITY OF LOS ANGELES



RESOLUTION

# Bill Whitaker

WHEREAS, Bill Whitaker has been reporting from Los Angeles for CBS Network News for the last 22 years. He has covered just about every kind of story all over the world for *The CBS Evening News*, *CBS This Morning*, and *CBS Sunday Morning*; and

WHEREAS, Bill Whitaker was born in Philadelphia. He graduated from Hobart and William Smith Colleges with a BA degree in American History and a Master's degree in African-American Studies from Boston University. He also attended the Master of Journalism program at the University of California, Berkeley. He was awarded an honorary Doctorate of Humane Letters from Hobart and William Smith Colleges in 1997; and

WHEREAS, Bill Whitaker has reported on virtually all of the major news stories in Los Angeles – the Los Angeles Riots, the OJ Simpson trial, the Northridge Earthquake, the Malibu fires, the North Hollywood shootout, countless city elections as well as a number of Hollywood award ceremonies and celebrity profiles; and

WHEREAS, prior to his assignment to Los Angeles, Bill Whitaker served as CBS News' Tokyo correspondent from 1989 to 1992. Before that, he was based in Atlanta from 1985 to 1988 where he won an Emmy for his reports on the collapse of Jim and Tammy Bakker's television ministry. He joined CBS News as a reporter in November of 1984; and

WHEREAS, previously, Bill Whitaker was a correspondent for WBTV-TV, the CBS affiliate in Charlotte, North Carolina. He began his broadcast journalism career at KQED-TV in San Francisco, California, where he was a producer, associate producer and researcher/writer; and

WHEREAS, Bill Whitaker is a seasoned foreign correspondent and frequently reports from oversees, recently covering the funeral of Nelson Mandela from South Africa. He also did pieces from Japan on the Fukushima nuclear disaster and from Haiti after the tragic earthquake there. He has also reported from Kabul during the early stages of the war in Afghanistan; and

WHEREAS, Bill Whitaker was named news correspondent for *CBS 60 Minutes* in March of 2014. He is moving to New York and will begin appearing in the fall on the CBS news magazine, America's most-watched news program:

APR 2 3 2014

NOW THEREFORE, BE IT RESOLVED, that by the adoption of this resolution, the Los Angeles City Council does hereby salute BILL WHITAKER on his extraordinary career in Los Angeles and wish him all the best on *60 Minutes*. We thank him for his contributions to our City, and we recognize him for his heart and hand to the community. You are truly an Angel in the City of Angels!

PRESENTED BY: _____

TOM LABONGE
Councilmember, 4th District

SECONDED BY: _____

ALL COUNCIL

**ADOPTED**

APR 2 3 2014

LOS ANGELES CITY COUNCIL

CITY OF LOS ANGELES



RESOLUTION

# The Volunteers of the Los Angeles Public Library

WHEREAS, the Los Angeles Public Library serves the residents of Los Angeles. With more than six million volumes, it is one of the largest publicly funded library systems in the world. The system is overseen by a Board of Library Commissioners appointed by the Mayor of Los Angeles; and

WHEREAS, more than 5,600 volunteers at the Los Angeles Public Library have generously given over 173,000 hours of service in the past year, valued at $4,300,000; and

WHEREAS, through their dedicated work at the Central Library and 72 branch libraries across the city, these volunteers greatly enhance the programs and services offered by the library and enrich the lives of all Angelenos; and

WHEREAS, volunteers of all ages serve in many ways; they operate library "Friends" groups, share their love of reading with children in the STAR program, tutor adult literacy students, conduct tours of Central Library as docents, plan teen programs, operate books sales that raise funds for libraries, and assist librarians with programs, among others; and

WHEREAS, volunteers advocate on behalf of the Los Angeles Public Library and play an important role in the success of its many acclaimed programs including Adult Literacy, Path to Citizenship, Money Matters financial literacy, Health Matters and children and teen Summer Reading Clubs; and

WHEREAS, April is National Volunteer Month and April 13th through April 19th, 2014 was National Library Week:

APR 2 3 2014

NOW THEREFORE, BE IT RESOLVED, that by the adoption of this resolution, the City Council of the City of Los Angeles does hereby recognize the many volunteers of the Los Angeles Public Library. We hereby honor library volunteers during National Volunteer Month, and express our deep appreciation for their engagement, dedication and generosity that serves as an inspiration to all Angelenos. Together, we work towards the common goal of making our City a better place in which to live. You are all truly Angels in the City of Angels!

PRESENTED BY: _____

TOM LABONGE
Councilmember, 4th District

CO-PRESENTED BY: _____

MITCH O'FARRELL
Councilmember, 13th District

SECONDED BY: _____

ALL COUNCIL

ADOPTED

APR 2 3 2014

LOS ANGELES CITY COUNCIL

CITY OF LOS ANGELES



RESOLUTION

# Third Street Elementary School
## 90th Anniversary

WHEREAS, Third Street Elementary School is celebrating its 90th Anniversary this year. The vision of Third Street Elementary School is, in partnership with the school community, to educate, challenge, and empower the students to become productive and responsible members of a changing society by providing a rigorous, forward-looking, and nurturing environment; and

WHEREAS, Third Street Elementary School, located in Los Angeles's Hancock Park neighborhood, is a K-5 public elementary school of academic distinction. Part of the Los Angeles Unified School District, the school has been recognized as "one of the 60 great elementary schools you should know about – public or private" by Los Angeles Magazine; and

WHEREAS, founded in 1924, Third Street has gained a well-deserved reputation for its top-notch academics within a welcoming neighborhood setting. Whether it is the orchestra program, the science fair, a trip to Astro Camp, or just walking your child to school each day, Third Street School has its own extraordinary community that strives not only for academic achievement but also to insure a well-rounded educational experience for all children; and

WHEREAS, Third Street Elementary School's principal, Dr. Suzie Oh, and the incredible teachers truly care about the students and keep the school community going, focused and bonded together. Dr. Oh has received numerous awards and professional recognition for her talents and is one of the most highly sought after administrators within the school district; and

WHEREAS, Third Street Elementary School has an involved parent body that includes the Parent Teacher Association and Friends of Third, the non-profit fundraising arm that raises funds to provide curricular enhancement programs for all students at Third Street School. Through the generous contribution of time and money that the families, friends, co-workers and corporate sponsors give to the school, these groups help fund the arts and music education programs, technology lab, library, field trips, School Beautiful projects and more. In recent years, these parent groups have also renovated the Library, Auditorium, Technology Lab and Playground; and

APR 2 3 2014

WHEREAS, under Dr. Suzie Oh's leadership and aided by supplemental resources provided by Friends of Third, Third Street Elementary School, in recent years, has raised its Academic Performance Index (API) score from 898 to 948 (out of 1,000). Only 4% of the approximately 500 elementary schools in the LAUSD have achieved the honorable distinction of an API score of 900+, and places Third Street Elementary in the top 2% of all elementary schools in Los Angeles; and

WHEREAS, Third Street Elementary School is a community that cultivates the highest success in learning, a culture for creativity, a center that sees the whole child, and a place for the parent and child to build relationships that will last a lifetime:

NOW THEREFORE, BE IT RESOLVED, that by the adoption of this resolution, the Los Angeles City Council does hereby salute THIRD STREET ELEMENTARY SCHOOL on its 90th anniversary. We hereby recognize all of the school's supporters on their extraordinary service to the community. Together, we work towards the common goal of making our City a better place in which to live. You are all truly Angels in our City of Angels!

PRESENTED BY: _____

TOM LABONGE
Councilmember, 4th District

SECONDED BY: _____

ALL COUNCIL

**ADOPTED**

APR 2 3 2014

**LOS ANGELES CITY COUNCIL**