Exhibit B

## *Radar Screen - Work*                                          6/17/2013

### EXECUTIVE OFFICE
- Meetings  - EB / IB / CEB / Finance / System / Personnel / DSCM
- Bostrom   - TT Bob Hertzberg 6/25 / Afriat TT Fuer 6/19
- Newsletter - Start in July / TT all Chiefs / Ask Karen to take over
- ICC       - Victor (meet w/ BOs before next ICC lunch 7/11 to talk about Joint training & Best Practice Survey)
- Code      - Victor Committee revision (Incomplete: Residential / Special Inspection—BBSC July 23—PLUM August—
              Council Oct—Jan implementation)
- Karen     - Resignation letter (Will talk furthe) / Write a memo to explain why MOE is a better alternative than GPS
- Form 700  - Form will be resent by 7/1 (124 names who filed incorrectly / 7 have not filed)
- Build L.A. - Start over again
- Audit     - Management Control Audit 6/21 and Mileage Audit 6/21
- Meals     - Dinner:  Gio? / Celebration Gathering (after July 1)

### FINANCE, STAFFING, & SYSTEMS
- Leases    - WLA Office (negotiating w/ landlord—finalize contract—Mayor—new contract done September)
- Finance   - EF Report 4th QTR(August)
- Systems   - CW: ITA Security Audit 1st(95% done 5/15) & 2nd(25% done)phase & PCIS Security
              - CW: Structural Inventory (set a meeting to discuss implementation)
- Staffing  - Ask for MHC blanket exemption for all EF positions 6/21
              - CMA (list expired 6/15—ask for MHC approval (transfer—emergency appointment—TT Neil
              - OET III & SPA II (WF Maggie's approval—Earl's approval)
              - SEAs, MEAs, & GEA (bring on board by 6/24)
              - Clean up position control (set follow-up meeting)
              - Martha's bilingual bonus (WF test results—retroactive pay)
              - Set New Employees Orientation Meetings
- Evaluation- Catherine does evaluation for Linda, DC, and Lincoln 6/18 / CW Gina: Sent (230) evaluations
- OSHA Investigation (WF a response from CAL-OSHA / we filed an appeal against the citation)

### CODE ENFORCEMENT BUREAU
- Digital Signs (Allow to revert but may have to take down monitor: CA drafting report—review & final / Judge Green7/16)
- On-site Sign Warning Letter (working w/ Systems / WF CD 2 request letter)
- Foreclosure (CW: committee hearing committee 6/19 / 6 staff)
- Community Care (Mitch will put a task force to meet / our enforcement will be business as usual)
- Marijuana (In limbo / our enforcement will be business as usual)
- Best Practice Report (submitted to Mitch in Dec 2011)
- OSSPIP's cycle from 3 to 2years (PLUM (hold)—implementation 2015 / ordinance drafted)

### INSPECTION BUREAU
- Special Event Permits (system is finalizing the simple process in June—meet w/ industry—implement)
. Ethic Training 7/16

### ENGINEERING BUREAU
- Issues:   - WF Osama's wish list
- LARR      - Train staff w/ new IB (engineers and inspectors)—present to AIA during next & SEAOSC
- OSHPD 3   - WF Glen to call back in Feb 2013 with new requirements—training by OSHPD--decision
- E-plan    - Gio notified Avolve that we need to cut off the $25,000 per month deal
- Reform    - Counter Service (CP will start / LADBS & BOE are done)

### CASE MANAGEMENT OFFICE
- How to coordinate better w/ EB (WF a list)

### INTER-GOVERNMENTAL RELATIONS AND COMMUNICATIONS OFFICE
- Mural Ordinance (PLUM sent back to CP for revision—PLUM—Council / We do not want to do any enforcement)
- Sign Ordinance? / CSA (submit to PLUM11/19--and let it die)

**PROJECTS**
- Ray - Parks: 4420 Don Milagro (CW Parks in mid. Jun: installation of cabinets and fixtures)
  - Grand: Fire pumps (Al TT Osama about changing the code on running all pumps / 2 zones w/ 6 pumps)
  - Al: Auto Parking System w/o concrete deck (Al will set a meeting w/ FD)
  - GN: Tramonto (interior finishing – C/O in June) – Jeff
  - DDK: Chalon (framing)–Jeff / Digital sign (WFDiana / Blake said that digital offsite sign is o.k.)
  - TC: 709 5th Ave (WF a meeting w/ CD11 and LoGrande to resolve the 18" over-height issue)
  - TC: 10000 Santa Monica (test pile design team is working / CY stays within haul route allowable)
- Catherine - Art: Bar to Dancing (WF sign off from CP? / no correction)
  - GM: Forest Lawn (grading plan submitted? / WF timeline)
  - Hotel: Signs (minor corrections?)
  - RR: Orchard (appealhas not been filed / issues: FY, use, specific plan,etc.)
  - FB: Philip Wu (CW Fred: WF Planning to process yard variance / plansubmitted)
  - RC: Truck manufacturing (demolish illegal patio cover?—will file a use variance for open are operation)
- Ifa - Tower Lane (1st law suit: 60,000 sq. ft. – appealing—oral argument / 2nd law suit: filed by T.L and L & W (we won) / 3rd law suit: L & W files lawsuit againstindividual staff (we won) and various departments)
- Bobby - Xen Lounge (permit can be issued once the container is removed from scope of work)

## *Radar Screen - Home*
- Bike or Jog / Push & Sit Ups / Gym / Basic / Bag / Drills / Forms / Spar / Tai Chi / Stretch
- Trip to Calgary (WF Ken about hotel: suite & smoking / Gladys to select sites to visit)
- Trip to Australia (ask DC check to see if I can change to other destination)
- Chairman: - Parking (meet to apologize w/ proposal / CW Harris about proposals / Jose delivered letter)
  - China Trip for JH (CW: chairman will prepare invitation letter)
  - Backyard (Chairman to o.k.)
  - School (submit next week / 2 issues: stairs' width & class corridor)
  - 1st floor remodeling (will have to revise ceiling and electrical / get ETL to approve the light)
  - New Hotel (rough revenue (Harris) and cost (Chris) estimations + feasibility study)
  - Union (TT Jerry about the trip set lunch w/ Chairman)
- Jerry (meet w/ Jacob / landmark / congressional award / speak to SCI-ARC)
- Garfield Hospital Board of Directors (WF Batista)
- Kevin (WF Mock interview—set appointments w/ Goodwin, CIM, and others)

**JEREMY**
- New computer
- IAs (review w/ Jeremy) / CAs (verifying w/ Jeremy) / Follow-ups (will verify w/ Jeremy) / 5 clips on YouTube
- Job Hunting - / Jerry (lunch w/ Jeremy 6/27 / go back September)
  - Nahai (check on 6/19) / Gold (WF and follow-up) / Michael Bostrom (can go back anytime)
  - Francis (Lincoln will check) / Uncle Henry (WF response from his contacts)
  - Uncle Dominic (sent 15 land use firms—send grades)
  - Armbruster (future)

**BXG**
- Get together (Iris is making arrangement) / Training for Kevin
- Exam (Ian 2nd level / Sam & Anthony 5th level / Kevin 6th level)
- WF Sam's copies for Tsang's DVD)
- Edit new clips
- Set training schedule / Revise: 1st phase: Level 1– 6
  - 2ndphase: Basic Bag / Application Sparring / Shadow Sparring / Control Sparring / Strategies
- YouTube: video (set a plan) / LABXG's Channel / Facebook / Twitter
- Call: Bosco/ Rose &Ling / Freddie / General / Dave / Alex / Simon/Johnny / Leo / Eric's father

## HIRING CONTRACTORTO WORK OUT DETAILS

Prepare information to be submitted to CAO/CLA:
- Submit 10 cities, 3 consultants, prioritize stakeholders, and managers' names 6/18
- Contact all stakeholders 6/20
- Prepare survey questions for the Consultant
- Prepare a complete package to be submitted to the Consultant. (content TBD)

TT CAO & CLA to Include Feasibility Study:
- Eric / Rich    -    CW Shaul – Rich   /   Shaul TT Rich that he wants to be Economic Development Deputy Mayor
  -    CW Afriat – Koretz – Rich
  -    CW Van / Patsaouras – Eric
  -    Chris – Rich
  -    Tina -- Rich
  -    Craig – EG's people
- LaBonge    -    Ask John to draft letter for LaBonge to CLA (for names and feasibility study)
- Koretz    -    CW Afriat – Koretz
- Miguel    -    CW Arnie – Miguel (slow down process)
  -    TT Fred – Miguel
- Cidillo    -    CW Van – Cidillo (Support)
- O'Farrell    -    Chris – O'Farrell (Support)
- Montanez    -    TT – Tina – Montanez (Support)
- Parks    -    Fred – Parks (Ask for)
  -    Steve – Parks (Ask for)
- Huizer    -    CW Chris – Jose (Ask for)
  -    Chairman – Jose – motion (Ask for)
  -    Ray – Jose – motion (Ask for)
- Buscaino    -    Bobby -- Doan
- Goodwin    -    Ray & Bobby – Goodwin – Broad – Eric (Opposition)

## INTERNAL MISCELLANEOUS
- EO (TT AGMs: take turn starting July)
- DL (TT AGMs: temporary or permanent transfer to CEB and IB—other arrangement in the future)  /  TT Jose
- GM Office (TT AGMs: remodeling on lights: —move in after July)
- Celebration w/ SMs

**CONNECT W/ MAYOR**
- Prepare 'EG Report' to EG
- Chris (wants 2 departments):
  - Tells EG the support from our staff and asks EG for a meeting w/ Steve, Gio, and Karen

- Tina (wants 2 departments w/ ZA under LADBS)
  - How to counter Shawn Burton's influence
- Delijani Told EG that it should be 2 departments):
- Van (wants 2 departments)
  - CW: Van will ask EG for feasibility study
  - Ask Van to remind EG to make me permanent GM
  - 
- Craig (wants 2 departments or DBS on top):
  - Talked to Gerard Orosco (used to be the Chief of Staff for Richard Alatorre& Vice Pres
  - ident for CH2MHill) and Josh Portola (former number two in the City Attorneys)

Robin Kramer

**NEW COUNCILMEMBERS (CD1, CD3, CD6, CD7, CD9, CD11 and CD13)**
- Prepare a '1-page' summary of LADBSto present to new CMs at dinner
- Prepare `CM Presentation' to new CMs
- Meet to present to new CMs
- Each SM to identify one councilmember and staff to connect close relationship (TT SMs)
- Provide ride alongfor new council members: CD1, CD3, CD6, CD7, CD9, and CD13

**EXISTING COUNCILMEMBERS**
- Ask staff to talk to councilmembers (who will say what to whom)

**INDIVIDUAL INDUSTRY MEMBERS**
- Prepare `Industry Members, Associations, & Unions Presentation'
- Hire a Presentation Packaging contractor (Steve is looking)
- TT Afriat about a gathering for industry to meet w/ LADBS senior managers after 7/1
- Set up a series of free 'Individuals, Associations, & Unions Workshop' to promote LADBS

**BUSINESS ASSOCIATIONS**
- Prepare `Industry Members, Associations, & Unions Presentation' (same as above)
- Meet with Business Associations along w/ SMs
- Set up a series of free 'Individuals, Associations, & Unions Workshop' to promote LADBS

**TRADE ASSOCIATIONS& UNIONS**
- Prepare `Industry Members, Associations, & Unions Presentation'(same as above)
- Meet with Trade Associations & Unions along w/ SMs
- Set up a series of free 'Individuals, Associations, & Unions Workshop' to promote LADBS

**NEIGHBORHOOD COUNCILS**

**MEDIA**
- MCIA
- Citiwatch

- Gio
- Craig

**PLUM**
- Ask Jose to allow DBS to do report monthly or to sit on PLUM?

**ESTABLISH GREAT WORKING RELATIONSHIP W/ NEW & EXISTING COUNCIL MEMBERS**

- Identify which CMs to establish a great working relationship with
- Check out LIST to find connections
- Set dinner, lunch, or meeting w/ the CM's

| | Council Members | | RC | SO | IK | BS | FB | CP | TC | SA | FBR | Activities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CD1 | Gil Cidillo | 4 | ✓ | | ✓ | | ✓ | ✓ | ✓ | | ✓ | TC will arrange dinner (Ifa & Frank) |
| CD2 | Paul Krekorian | 5 | | | | | | | | ✓ | | Check w/ SA |
| CD3 | Bob Blumenfield | 3 | | | | ✓ | ✓ | | | | | Who will arrange a meeting? |
| CD4 | Tom LaBonge | 3 | ✓ | | | ✓ | | ✓ | | | | o.k. |
| CD5 | Paul Koretz | 3.5 | ✓ | | | | | | ✓ | | ✓ | FBR is arranging dinner |
| CD6 | Cindy Montanez 7/23/13 | | ✓ | | ✓ | ✓ | | ✓ | ✓ | | | TC is arranging dinner (Bob & Ifa) |
| CD7 | Felipe Fuentes | 2 | | | | ✓ | | | ✓ | | | TC is arranging meeting (Frank & Bob) |
| CD8 | Bernard Parks | 2 | | ✓ | | | | | | | ✓ | Check w/ FBR |
| CD9 | Current Price | 3.5 | ✓ | | ✓ | | ✓ | ✓ | | | | Marcus is arranging meeting (Frank & Ifa) |
| CD10 | Herb Wesson | 5 | ✓ | | | | | ✓ | | | | o.k. |
| CD11 | Mike Bonin | 3.5 | | | ✓ | | | | ✓ | | | Check w/ TC |
| CD12 | Mitch Englander | | | | | | | | | | | |
| CD13 | Mitch O'Farrell | 3.5 | ✓ | | | | | ✓ | ✓ | | | **CP dinner 6/18** |
| CD14 | Jose Huizer | 2 | ✓ | | | | | ✓ | | | | o.k. |
| CD15 | Joe Buscaino | 4 | | ✓ | | ✓ | | ✓ | | | | Check w/ CP Ask Vido to arrange a meeting? |

## ESTABLISH GREAT WORKING RELATIONSHIP W/ COUNCIL STAFF

- Get a lists of Council Staff for the new CMs
- Identify the Council Staff whom we want to establish great working relationship

| Council Members | Council Staff | Senior Managers & Staff | | | |
|---|---|---|---|---|---|
| CD1  Gil Cidillo | | | | | |
| CD2  Paul Krekorian | | | | | |
| CD3  Bob Blumenfield | | | | | |
| CD4  Tom LaBonge | | | | | |
| CD5  Paul Koretz | | | | | |
| CD6  Cindy Montanez 7/23/13 | | | | | |
| CD7  Felipe Fuentes | | | | | |
| CD8  Bernard Parks | | | | | |
| CD9  Current Price | | | | | |
| CD10  Herb Wesson | | | | | |
| CD11  Mike Bonin | | | | | |
| CD12  Mitch Englander | | | | | |
| CD13  Mitch O'Farrell | | | | | |
| CD14  Jose Huizer | | | | | |
| CD15  Joe Buscaino | | | | | |

Casino_0026687

**ESTABLISH GREAT WORKING RELATIONSHIP W/**

- Identify the contacts whom we want to connect with
- Check our at their memberships to find connections
- Set up lunches or meetings w/ the contacts

| Business Associations | Contacts | Staff | Friends |
|---|---|---|---|
| CCA | Carol / Ann / Yeghig | | Joel / Tina |
| BIA | Holly / Sandy | Osama / Victor | Joel / Ron |
| LA Chamber | | | Catalano |
| VICA | | | Mark / Catalano / Kimberlina |
| BOMA | Martha | | Arpy |
| Hollywood Chamber | | | Shaul |
| Trade Associations | | | |
| ULI | Gail | | Joel |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| CD8    Bernard Parks | | | |
| CD9    Current Price | | | |
| CD10   Herb Wesson | | | |
| CD11   Mike Bonin | | | |
| CD12   Mitch Englander | | | |
| CD13   Mitch O'Farrell | | | |
| CD14   Jose Huizer | | | |
| CD15   Joe Buscaino | | | |

Casino_0026688

| | |
|---|---|
| <u>AIA:</u> | Martin / Helena / Arpy |
| <u>SEAOC:</u> | Ifa / Colin |
| <u>Tall Builidng Council:</u> | Ifa / Colin |
| <u>ICC:</u> | Victor / Other Officials |
| <u>CALBO:</u> | Victor / Other Officials |
| <u>IAPMO:</u> | Osama |

### *Trade Unions*

Sergio 213 700 7064 / Javier Nunez 213 216 2795
Robbin?

| | |
|---|---|
| <u>IBEW:</u> | Hunt |
| <u>NECA:</u> | Hunt / Amir |
| <u>PIPE:</u> | Amir |

### *Employee Unions*

MCIA
ASFCME
LAPMA (Jay Kim and us)
EEA
SEIU
Fire Union (Storms)

### Departments

Personnel
DOT
BOE

Bob Goodwin will get involvement from Nelson Rising, Eli Broad, and Rob Maguire.
Use Playa Vista

### Consultant

### Meeting List

## Consultants
CP (regular breakfast)
SA6/17

## Breakfast
Goodwin 6/20                                    w/ Bobby and Larry

## Lunch
Nazario 7/2
Neil and Monique 7/10                           w/ Steve
Doug Trip                                        w/ Steve

## Meeting
<u>Individuals</u>
WFTina

Commissioners                               (GM  /  feasibility study)
Van
Sepend 6/17

Labor Unions
SEIU - Julie Butcher                        (XO  /  line of authority)
ASFCME - Cheryl Perishi              (Seniority  /  what else?)
MCIA Board - John and Jim          (XO  /  GM  /  feasibility study  /  line of authority)
LAPMA - Charlie Mimms and Lara w/ SM   (XO)
EAA (system people & Terri)

Trade Associations & Trade Unions
SEAOC                 Ifa / Colin            (ask for what?)
Tall Building Council     Ifa / Colin            (ask for what?)
ICC                    Victor / Other Officials  (ask for what?)
CALBO                Victor / Other Officials  (ask for what?)
IAPMO:               Osama            (ask for what?)
AIA:                    Ifa / Victor

Business Associations

MISCELLENEOUS

- XO position:  Ask Chief Inspectors and above to TT LAPMA
                          Ask Senior Engineers to TT SEIU

Opposition
Feasibility
CP head is saying efficiency is no important
XO
Permanent GM appointment
Option 5 (SOB, name of new department, EF insolation, keep SOB, chain of authority)

## BASIC COMPONENTS

- **Employees' Questions and Concerns**
    - General Concerns (done)
    - Concerns regarding the Realignment of City Departments report (done)
    - Add open questions from meetings + questions from emails (Karen)
    - Add introduction (Karen)

**What are the problems related to development services?Which dept. actually hold up the permitting process?**

- **Work Process - Development Issues from Industry**
    - Add more issues (Kimberlina and Lynda 6/26)
    - Finalize Matrix & Line Items (Catherine)
    - Add introduction (Catherine)

- **Accountability – Performance Measure and Monitoring**
  *Lack of Accountability: CP's Case Processing Times*
    - Calculate review time and time for LOD that may exceed state's time limitation (Lincoln&Gio)
  *Accountability: LADBS Plan Check / Inspection Statistics*
    - EB's plan check & counter (Ifa)
    - IB's inspection (Bobby)
    - PDPP / DSCM / CIPP / CLP / RHEP (Ifa, Bobby and Lincoln)

- **Transparency – Status of Review and Inspection**
  *Lack of Transparency: CP's Case Processing Status*
    - Find examples (Lincoln &Gio)
  *Transparency: LADBS Property Activities Report*
    - Plan Check & Inspection examples(Victor)

**How to improve development services?**

- **Development Services "Concierge" Program**
  *PowerPoint Presentation*
    - PDPP (TT Colin to final w/ JT)
    - DSCM (Lincoln?)
    - CIPP (Bobby and Larry?)
    - CLP (Bobby and Larry?)
    - Introduction (John and JT?)
  *Brochure*
    - Ask John to write this up after presentation is done.
    - Hire a Graphic Person to handle graphic and promotion
    - WF Steve to come up with recommendations  /  TT Roschen for recommendations

- **LADBS' Proposed Enhancements** (TT John)
    - Best Practice Survey+ Budget stuff (lien program, OSSPIP, etc.) + PEP + ICC + Chiefs' input
    - Automation (Gio)

**What are the options to improve development services?**

- **Options for Consolidation & Realignment Services**
    - 2 separate departments (no change)
    - 2 separate departments (our proposal and use MOU to shift case processing to us)
    - 1 department w/ LADBS in charge
    - 1 department w/ CP (LoGrande) in charge (with many of our conditions)
    - 1 department w/ an outsider in charge

**How to monitor customer satisfaction?**

- Customer Survey Program (Catherine)

**How other jurisdictions handle two departments?**
- Organizational Chartsof other jurisdictions (<span style="color:red">TT John</span>)

**What are the problems with the improvement concepts stated in the Realignment of City Dept Report?**
- Other jurisdictions (John)
- Project Manager (Lincoln)   /   Silo (Case Management)
- Zoning Pre Check (Ifa)
- Zoning Interpretation (use Interpretative Menu vs ZAI)
- Performance Measures
- Summary of Arguments against CP Report
- Unenforceable Zoning Conditions (Bobby)
- Revocation Letters based on CP erroneous sign off

**Reports & Presentations to be Prepared (content TBD)**
- Prepare 'EG Report' to EG
  - Bad Blood Transfusion example
  - Which department actually holds up the permit
- Prepare a '1-page' summary of LADBSto present to new CMs at dinner
- Prepare `CM Presentation' to new CMs
- Prepare `Industry Members, Associations, & Unions Presentation'
- Set up a series of free 'Individuals, Associations, & Unions Workshop' to promote LADBS
- Prepare a complete package for the consultant
- Prepare "Messages" for allies.