# Exhibit C

**事項處理步驟 CM Tasks Progress Report**                                                                  2/22/2014

- Call JH to set meeting
- Call Jerry to set meeting

**Downtown Hotel**
- Default Notice:      Any reply from Hyatt?—When to pay owed amount?—When to close down?
- Parking:             Can JH tell Shahram about closure of the hotel during next negotiation?  When?
- LED signs:           TT Jerry on SUD (after the CM arrives)
- Union Negotiation:   Strategy ($5K or more for staff) / starts after Sheraton / Maria Elena Durazo

**Sheraton**
- Union Contract:      Revise contract between Linar, SM, and Hotel
                       Negotiate to drop remodeling memo (2nd session done) (CW JN?)—complete in March
- Finance:             $1.5 mil debt  /   $3.9 mil profit for 3 years   /   construction $1.8 mil   /   $ 3.6 mil to Hyatt?
- IT Systems:          Sam will examine all IT systems and evaluate the needs to improve in March   /   Start in May
- Dining Promotion:    Coupon, guests, $ ($2000 & 70 guests)  /   revised weekly monitoring report (TT Dennis & Yan)
                       Revise coupons (room service & bar) 2/22--print more coupons & menu by March
                       Private Dining (TT Cynthia, Rio, and Dennis)  /   Chinese Banquet (15 tables mid of August)
- Cost Reduction:      Dennis opened account (CW Dennis on report)  /   10% reduction
- Chinese kitchen:     WF plans?—permit--construction & equipment ($150K)   /   500 sets of settings
- Replace Equipment:   Replace 25+ pieces equipment ($170K) w/ Chinese equipment

**Property**
- RFP:                 Cancellation (Done)—RFP (May)—reply (Aug)--award (Nov) (JH will slow down)
- Studied:             Hotel Incentive Program   /    TFAR    /    TOT   /   DTLA Guidelines (>150' height requirements)
- Research:            LED Off-site Sign & Sign Districts
                       Prevailing Wage (TT Chris & JH)   /    Parking   /   Land Cost for Adjacent Properties

**Miscellaneous**
- Fig & 9th Street:    CW Jerry on info 2/19—analyze—TT Chairman w/ Jerry
- Dinner:              Herb (6 pm 3/4)   /   Eric (TT Chris 2/26 11:30 am )   /   Chairman will bring souvenirs
- Shenzhen Trip:       WF MO to organize   /    may use Liu Jian   /   Chris has given the invitation letter to MO
- Foreign Trust:       Call Alice 2/21 to set meeting for CM
- Buy Wine:            Yung meet w/ his friend to come up with a plan (CW Yung 2/12)
- Misc:                Book of Mormon (FU Jerry)  /    add JH's friend's name to Friendly Hills