Exhibit D

*Follow-up Notice of Construction Issues* **March 31**, 2014    TRANSLATION

## Sheraton Swimming Pool
- Health Department Corrections
  - Andy will find people to put sealer over tile
  - Andy will find the Fence Contractor to fix the fence mash
  - Andy will purchase Transformer so Jae can install in 3 days
- Bar (Tim, Jae, and Frank will discuss the wood construction and structural observation)
- Building Inspection (Ming & Jae)
- 17 Flower Pots (from Shenzhen): Arrive?—Jae will install bamboo
- Cabana (install after final inspection)
- How to fix Ground leveling Issue (Ming & Jae)

## AUP School
- Bids & Construction Schedule (Ming)
- 3rd Floor SZNW Office plans.(Frank & Ming)
- Fire Alarm & Fire Sprinklers plans (Ming)
- Basement plans (Chris)
- Kitchen plans (Tim)
- Electrical plans (Tim)
- HVAC plans (Tim)
- Ductless Hood plans?
- Plumbing plans (Tim - Will receive Gas Company's letter)
- Signs (Tim)
- Curtain Wall (Andy?)

## Hyatt Phase I
- Front Stainless Steel/Aluminum Sliding Door (Jae will find companies to do plating)
- Front Piers Chisel Stones: Shenzhen chisel stone, drill holes, and airmail to USA?—install
- Stone Wall at Moody Entrance (Ming & Jae - Hotel needs Bar Area to be finished first to move customers—Jae will install stone)
- Miscellaneous fixings (alarm, air conditioning, etc.)
- Lobby Wireless Lighting Dimmer for Ceiling and Check-in Desk (Ming & Andy)
- Bathroom Lights (Ming & Jae): Arrive?—install 4/15
- Reduce lights per Title 24 (Tim & Ming)

## Hyatt Phase II
- Pool Glass Door/ Framing (Ming & Jae.
- Bar & Final Inspection(Ming & Jae)
- LARR Approval of Lobby Chandelier / Pendant Lights (Ming & Jae)

## Hyatt Phase III
- Tile (Andy will provide more tiles to finish )
- Seats & Booths
- Wine Cabinets

## Other Hyatt Construction
- Tim - Elevator Remodel (Tim & Ming - Remodel proposals ($80,000+) Raintenance proposals ($3,000+/m) [Ascent & West Coast]   /   Notified KONE for cancelling contracts)
- Tim – Hyatt Signs (Tim & Andy)
- Swimming Pool & Parking Area (Frank)

*Matters for Discussion*   3-31-2014

## Renovation Projects

**AUP School**
   • **Bidding and construction progress / Review progress / Signs**
**Hyatt Hotel**
   • **Elevator renovation and maintenance (important) / Hyatt signs (important)**
   • **Phase I renovation / Phase II renovation / Phase III renovation**
**Sheraton Hotel**
   • **Pool renovation**
**Project Budget**

## Operations

• **Sheraton union contract (Cynthia will talk to Ron to reduce price)**
• **Hyatt union contract (after Sheraton's contract)**
• **LED (Sheraton and Hyatt) (TT Jose and Jerry)**
• **Computer information systems (Sam prepares contract-visit both sites for a week to find out issues)**
• **Hyatt – parking negotiation (CW the Chairman)**
• **Sheraton – dining promotion (WF Dennis' revised report / will print new coupons)**
• **Sheraton – dining cost reduction (WF Dennis' report)**
• **Sheraton – Chinese kitchen workers (submitted for plan check)**
• **Sheraton – private dining / Chinese banquet**

## Miscellaneous

• **Breakfast Celebration for Jose's Scholarship**
• **John's Fundraiser on May 29 / Support the Governor**
• **Bring a tailer to Los Angeles (find a tailer in Los Angeles)**
• **Issue a new golf club membership to Jose's friend**
• **Purchase alcoholic beverages (TT Yung)**
• **New hotels - bidding**
   **Collected materials:  Hotel Tax Exemption / Hotel Incentive Program / Land Transfer**
                           **Downtown Land Use Design (150-foot height)**
   **Uncollected materials: LED Signs / Union Workers / Parking / Land Cost for Adjacent Properties**