# Exhibit E

*Radar Screen - Work*                                                                                         3/26/2016

**GENERAL MANAGER**

| Wed 4/6 | CCA Kitchen | Frank / Vido | Done | Bring: 2 awards 4/6 |
|---|---|---|---|---|
| Thu 4/7 | Soft Story Fair | Frank / Catherine | | CW Frank / Catherine for set up, handouts, Q & A, video, etc. 4/6 |
| Wed 4/20 | ULI Breakfast | Ray / Frank / Vido / Marvin / Vince / Joel | Revised PW 4/11 | TT Joel on his presentation 4/5<br>TT Vince on his presentation 4/8 |
| Wed 4/20 | WTC RE Conference | Ray / Frank / Vido / Vince / Joel / County / SM | ULI (- DWP) 4/11 + CP+ County + SM | TT Joel on his presentation 4/5<br>TT Vince on his presentation 4/8<br>send sample to CP, County, and SM for revision 4/11—set dry run meeting |
| Thu 4/21 | AAa/E Luncheon | Ray / Joel | Done | TT Joel on his presentation 4/5<br>Send revision |
| Thu 4/28 | AREAA Presentation | Ray | ULI (- DWP & - FD) 4/21 | Send revision |

- Partners   - *Include as many 'Listen to Industry' recommendations & FD into the partnership*
  - PW (partnership 4/4—show Joel 4/5--Joel call a meeting w/ PW GMs —meet—revise--finalize)
  - CP (partnership 4/4—show Kevin 4/5--meet w/ Vince to discuss draft 4/8—revise--finalize)  /  Expedite Fee
  - DOT (partnership 4/4— meet w/ DOT 4/14--show Seleta 4/15—revise--finalize)
  - FD (review and update    / 12 out of 16 done)
  - DWP (review and update   /  8 out of 12 done)
- MDS      - Work on slides & agenda 4/4   /   Jamison 4/5 & Atlas 4/5 (review slides 4/4)
  - Oceanwide & City Century (set 2nd meeting after 3/30)] same day
  - Carmel (TT Neil) & Crescent Height (TT Afriat) (Merge 1st & 2nd meet after 3/30)] same day?
- Workshop - Tutor for Radar / Calendar (meet to decide what to do 4/6--Nani to set date/time)
  - 1) Clean up Lecture 4/4   /  2) Create full version 4/7—send to managers 4/12   /   Create reference 4/11
  - Expectation and evaluation of LADBS Leaders (meet w/ Frank & Shahen to discuss)
  - Supplemental Evaluation (TT SMs 4/21—announce—implement)
- Listen    - List to agencies (Ask Kevin & Ashley: what's next?)
- Positions  - CP XO (KK back to CP--Deron will add at budget—get JH, ME, and CP TT VB about KK prior to budget)
  - CA (TT Deron)

-------------------------------------------------------------------------------------------------------------------------------

- Lina      - TT Karen 4/4 (letter, lunch, & gift)—lunch?
- Meeting   - New Employees Orientation in (May)
  - Department Staff Meeting (starting Jun 1)
- Mayor Off - Update every Wed   /   Kelli [4th Wed @ 10am (4/26 sick)—5/25 (submit)]
- Newsletter- 10th (draft—start—final—email—2500 prints—1800 to CD, MO, & DSCs—refill) TT Karen 4/4
- Plan check and inspection partnership w/ BOE (WF Gary)
- Meals     - John & Tony (set lunch 4/6 w/ Frank, SO, & Larry)  /  Ralph (set lunch 4/6 w/ Frank & Vido)
  - Sharon   /   Seleta 4/15   /   Marcie 10/7   /   Farid
  - (Mom   /   Art Wong   /   Yeuan)  /   Bostrom
  - Michaelson 1/7   /   Enrique 2/3   /   Ed 2/4   /   Nazario 2/16   /   Jay 2/17   /   Marvin 2/23   Gary 9/29
  - Kevin (after promotion)   /   Jason (set date 4/6)

**EXECUTIVE OFFICER**

- Budget    - BCE II   /   LAFD (surcharge & raise fees / still GF)
- TO 4/11   - Merge DS report with Frank's Vision   /   OY's plan and questions
  - Radar, Calendar, Staffing, Finance, Assignments**)**
- Staffing   - Chief Accountant (continue to try)   /   Save SEA II positions for diversity (out of state & USC)
  - Marcus   /   Consolidate inspection classifications (WF Personnel Department)
- Concierge & DSCM, ECPC & PDPP, ICM, & RHEP (CW Osama on the action plan   /   appointment for ECPC 4/4)
- Homeless  - Disaster Ordinance (Council?)   /   Permanent Ordinance (permit required?)
- Affordable - Turnaround 15 days   /   add #units and level to permit

- pLAn    - Water (CA is working on ordinance)
  - Efficiency (working on ordinance to include funding for staff to enforce self-disclosure process?)
- Soft Story - Order to comply (to be sent in May)   /   effective 11/22/15
- Concrete  - Plan (Establish list--courtesy notice—OTC—checklist)   /   effective 11/22/15
- Seismic   - Rating of City's Bldg. (129 * & **)   /   Rapid Assessment (WF Marissa)
- Placard   - WF DOT's stickers--Send email to wrap up this matter
- Shoring PC w/ BOE (Notification & Implementation?)
- Off-site  - CPC to PLUM 4/19—Council (1) Sign Districts & (2) No Amnesty (determined by CPC)
  - OTC (sent 17 on CD4 & 2 on CD5   /   a few have been taken down)

## RESOURCE MANAGEMENT BUREAU

- SO's meeting 4/5   /   Landmark Forum Training (looking good)
- Relocation- Soft Story to 8th fl. (May)--CEB & Grading to 221 11th & 12th
- Finance   - EF 3rd QTR Report (May)
- Liens (change ordinance to send to BBSC--get CAO & Crawford's support)
- Dennis    - Steps increase (WF CD 10--TT Deron 4/1)   /   $20,000 for Jordan (WF CD 10 to promote TT Deron 4/1)
- WTC       - Innovative Fund (CW SO)   /   Student workers (contract signed)

## TECHNICAL SERVICES BUREAU

- Website   - Use special link to replace intranet?—add members only and delete Community   /   Webmaster
- Contract w/ John Agsalud? (Joel Jacinto)   /   WF Gio's talk w/ Linda Ka   /   protocol to ensure accuracy of reports
- Video Boards (verify # and locations w/ bureau chiefs to determine--order)   /
- Build L.A  - Meet 4/6--finalize contract--TT CA to expedite contract

## CASE MANAGEMENT OFFICE

- DWP Partnership -  Transformer Prelim   /   Transformer & power pole (discuss agreement w/ Frank & Ara 4/4)

## PERMIT & ENGINEERING BUREAU

- DWP Partnership simplify solar installation (WF unfair labor lawsuit against FD is over)
- Expand PDPP w/FD (WF weekly report)   /   PC Case Manager (set meeting w/ Frank and Peter 4/4)

## INSPECTION BUREAU

- BMIs' performance (WF new staff to come in May)   /   Expand ICM w/FD & DWP (TT all $10 mil projects--May)
- Old Ranch (will appeal the 5-year determination to Board of PW--appeal to lift temp. suspension of permit extension)

## CODE ENFORCEMENT BUREAU

- CUB/CUX/CUP Enforcement (2 visits within 3 years for $700   /   Ordinance meeting--PLUM—Council—Mayor)

## PROJECTS

- Meet w/ Seleta (w/ Oceanwide, Hazens, Dr. Lee, & Atlas) WF Atlas 4/5 (4/14, 4/15, or 4/22)
- Oceanwide: meeting w/ DOT for My Fig arrangement   /   Crosswalk   /   balcony & pedestrian canopy (JH is supporting)
- Hazens:    WF revised timeline from GC 4/6--meet
- Joseph:    1233 S Grand: Fire pump issue (apart or condo?)—CP (submitted)--construction (Jun)—entitlement (May)
  L.A. Gateway: TT Joseph about Ek   /   Set a meeting w/ (JN & Kevin) discuss GPA vs TFAR (set meeting)
- Ricky:     400 S. Broadway (submittal for 25% and going thru peer review)   /   Shanghai Construction
- Linc   - JN:    Larchmont (Lincoln is waiting for CP's reply to his email and final determination)
- Shahen  - Kyndra:    905 2nd Street (work w/ County on amount of discharge   /   will issue TC/O of w/ BOE's sign off)
  Ed / Patrick: 1247 7th (CW on submittal 4/1)   /   7th 1135 7th (No verification yet   /   going thru entitlement)
- CNG    - Stuart:    1000 Hanover (obtain clearance from Urban Forestry   /   verification 3/31)
  - Rocky:    Windsor (CW JN on letter from Engineer 4/5—Jack will take the lead to get CO Appropriateness)
  - Kristina:  Her friend trying to convert garage into a theater (WF come back)
  - MRT:      3960 Hepburn (WF final inspection)
- Ara    - M. Chang: 411 Normandy (WF plans to come in   /   met w/ Kevin)

## *Radar Screen - Home*

- Heritage-  Set breakfast with BG & JJ (OUE 15, WG 15-25)  /  CW Chris 4/1
- 12        - Yuan (lunch 4/5 --event)  /  Lin (send dates to George 3/28--event)  /  FS
- 9         - Feng (WF a date from Curtis for event)  /  Yuan (done)

---

- Parking  - Meet w/ Joe and JV 4/8  /  plan a trip to China in July  /  event
  - meet w/ Renee for procedures (WF Renee's response)
  - Data base (review plans)
- Paramount -  GC's Lunch w/ Thorton (not successful  /  Federick Huntsberry)
  - Prepare email to Madam Wong—email to Madam Wong—email to Thornton  /  keep Sharon in the loop

---

- Yuan    - Dr. Lau (TT Yuan—reply to Lau)
  - Petroleum building (Issues (podium, distance between bldgs., & sign) (contact JH)
  - Meet w/ EG (Remind KK in Aug to set meeting in Nov)
  - Rosemead (sit tight)

---

- Huang   - Building (164,840 lot x 6 = 989,027 allow – 447,738 built = 541,289 buildable) [WF Kato's design]
  - District (TT Huang after PLUM about JH's contribution  /  Payment now and collapse loan)

---

- Process -  Taking days off—draft letter--group counseling 5/25—packing (Jun)
- FB      - CW DW 4/4 on his conversation w/ Ana 4/1
- Notify  - Kevin 5/25--Kelli 5/25
  - SMs 5/26 at dinner--staff meeting (Jun)
  - Friends and Industry people
- Events  - Mayor's / council retirement reception
  - My own Reception for GMs
  - Big Party
  - Council Scroll

---

- Dinner w/ (AS 4/5  /  OY 9/30  /  LG 4/21  /  GD 12/10  /  JB 2/2 )  /  Breakfast w/ (SO 3/16  /  PC 11/19)
- Call David Lau on investment 4/7
- WF Tan's plan—design room by room
- Tax return (WF check)
- Alter clothes 4/1  /  Shoe Soles  /  Fix headlights
- Check Forest Lawn & Rose Hill 4/7
- Mom's neighbor (CW Sham  /  CW code enforcement  /  went out on 9/21  /  Police 626-570-5151)
- Sort prints--Decide which one to order--order prints--put hard copy pictures into album
- RE Broker License (call Gerald 4/7)
- Jeremy:  Radar  /  Tax  /  Budget table  /  Purchasing House (looking)

**LABXG**

- Set Own training routine  /  Revise Sparring  /  Revise "Levels of Learning" – the 5th level Strategy
- Alex's video
- Website (TT Alex)