# Exhibit F

*Radar Screen - Work*                                                                                                                7/24/2016

**DEPUTY MAYOR (LABXG0456!)**
- Workshop -  WF 250 hard copies (ordered)—distribute  /  Create *Reminders*  /  Remove LADBS specific materials
- Kat 8/2
- Yan Yan (WF List--TT SO [extend emergency—as needed—exhaust Accountant List)
- Funding for DCA (CW Wayne 8/2)  /  DPO III
- TT Ana:   LACC   /   my contract
- GM Review 8/24
- Set Monthly Meeting w/ (Gene 8/2  /  Deborah 8/5)
- Resources from: POLA $500,000 (meet 8/2)  /  LAWA $500,000 (after MOED plan is done 8/15)
- Meals  - Sean 8/2  /  Bea 8/3  /  Spotts  /  Vido  /  Joel  /  Roger (set meeting 8/2)
    - DBS (Frank  /  Osama (after)  /  John (after)  /  Ara & Shahen (after)  /  Gio  /  Pascal  /  Larry  /  SO
    - GMs (Ed  /  Nazario  /  Marvin  /  Seleta  /  Tony  /  John)

|  | Mon | Tue | Wed | Thu | Fri |
|---|---|---|---|---|---|
| **1st Week** | M4 8:45-10:45<br>Cabinet 1 - 2<br>Director 2 – 3<br>Vince  8/1   /   Jan 8/1 | MOED Staff 9 | CTD Comm. 9 | POLA Comm. 8:30<br>LAWA Comm. 9<br>*Business Meetings* |  |
| **2nd Week** | M4 8:45-10:45<br>Cabinet 1 – 2<br>Director 2 - 3 | MOED Staff 9   8/9 |  | CPC Comm. 8:30 CH<br><br>*Business Meetings* |  |
| **3rd Week** | M4 8:45-10:45<br>Cabinet 1 – 2<br>Director 2 - 3 | MOED Staff 9 | CTD Comm. 9 | POLA Comm. 8:30<br>LAWA Comm. 9<br>*Business Meetings* |  |
| **Last Week** | M4 8:45-10:45<br>Cabinet 1 - 2<br>Director 2 - 3 | MOED Staff 9 |  | COS breakfast 7/28<br>CPC Comm. 8:30 VN<br>Bud 9/1 | Frank  9/2 |

**KAREN** (Uses up the 120-day contract, then uses professional contract (how?))
- Improve work life and office (check status on Weekly MOED Staff Meeting)
- Work w/ Alma  -  $49,000 out of $300,000 from DBS (working on)  /  $49,000 out of $150,000 from DCP 8/1(working on)
    - FSR (Sep): Draft MOA (when?) (DBS ($250,000), DCP ($100,000), POLA ($500,000))—FSR (Sep)
    - FSP (Sep): Draft paperwork for remodeling (CW Karen)
    - Find out how much Steve is getting paid?
- Hire Administrative Assistant (on board 8/14)
- Duties:    Weekly Report (due every Thu )  /  Briefing Paper
             Weekly Scheduling Meeting  /  Monthly Communication Meeting?

**BILLY**
- Update Dashboard with more indicators (WF Billy)
- Reorganization (meet 8/1--finalize—TT Eric—TT staff—finalize)
- Buy Event Booth (doing research)
- Hire 10 new staff after FSR / fund transfer (3 resumes received)
- Hire Student Workers  /  Hire Interns

- Website  /  Promotion video

**MOED TEAM**
- Visions / Action
  - 1) Receive 1-page Action Plan for each EXISTING work item 8/5
  - 2) Review EXISTING items (Karen, Billy, Jasson, & Ray) 8/8
  - 3) Ask staff to review everyone's EXISTING items and suggest NEW items 8/9
  - 4) Meet (Karen, Billy, Jasson, & Ray) 8/8 & 8/10 to:
    - Discuss and polish EXISTING items, and define goal/outcome for each item
    - Suggest NEW items (trade tours / listen to each industry / presentation / build relationship w/ consulates / meet w/ consulates)
    - Finalize the template for the 1-pagers
    - Define areas of accomplishments (promote MEG / unite & support each industry to grow / lead industry to the world / bring more investment back /
  - 5) Meet w/ staff for their comments 8/11:
    - Hear their comments on Existing items and suggestions for New items
    - Finalize ALL items
  - 6) Staff finalize their own items (including Felipe's items) 8/16
  - 7) Meet 8/12, 8/13, and 8/14 to draft Executive Summary
  - 8) 1st Draft 8/18
  - 9) Final Draft 8/23

*Business / Trade Team*

*Project / Real Estate Team*

*Small / Minority Team*

*Export / Tour Team*
- Set Meeting:
  - WTC: Stephen (MOED as honorary member)
  - Tourism Board: Ernest, Patty, and Darren Green
  - LABC: Mary Leslie
  - LA Chamber: Carlos
  - Sister Cities: Tom and Fabiola
  - Consulates: Mexico (set meeting to discuss investment & trade tour 8/4)
    Thailand (a trip to Bangkok in Sep)
    China

## MOED DEPARTMENTS

### CTD

- **Expansion** - Seismic Retrofit
  1) Will the design trigger retrofit (10% change)?
  2) Will the design (including the steel structure) satisfy I Factor = 1.25 and 0.75 base shear?
  3) Will the 'minor remodeling of West Hall trigger any other code upgrade?
     - DBS meets w/ Popolus and BOE on Seismic Retrofit and other non-structural remodel (WF Paloma)
       - Easement and Parking Leasehold
  1) Why pursue a design where the easement is a dead issue?
     - Meet w/ CA, CLA, CTD, BOE, & CD 9 on easement and parking lease 8/3
  - P3
    - Language for P3 (CW Miguel)—TT Bud--Commission—EDC
    - Ernest will meet w/ Curren and Herb (when?)
- Focuses - Rooftop Solar Panels (timeline)  /  Citywide Hotel Strategy (white paper)  /  8000 Hotel Rooms

### POLA

- Lunch w/ Deron & Gene to deal with JB 8/4   /   Reserve cubicle for Gene
- **SP Market**- Commercial Lease Policy (POLA Comm. Approval in Dec)
- Focuses  - New Ways to Attract businesses
  - SCIG Rail Yard Law Suit (ask MEG to talk to Garcia before we file appeal 9/29)
  - Cargo Container:Volume  /  Supply Chain Optimization use ASM system  /  Develop Unused Properties
  - Environmental:   CAAP 3.0 (finalize in Dec)  /  Emission Reduction  /  Green Terminal

### LAWA

- Switch CA (Fueur cares about LAWA, Michaelson will look into the situation)  (replace Ray Ilgunas by Eddie Angeles)
- Team Building & decision making (TT Sean & Bea  /  Deborah TT staff)
- Westchester Stormwater Project BOS / LAWA (WF LAWA CA's review--TT Deborah)
- **LAMP**   - draft EIR (release in Sep)—APM Short List (select 3-4 in Sep)—CONRAC (release RFQ?)
  - Set a MDSM (WF Deborah)
- Focuses  - Security:  Airport Chief  /  TSA New Checkpoint  /  Perimeter Intrusion Detection
  - Services:  Customer Survey  /  Mystery Shoppers  /  Website  /  Entertainment Images at LAX
  - Ontario Airport (Nov)

### DCP

- Relocation Plan: Records [Grading] & ZA [221 5th fl.) (CW Vince 8/1)
- Hiring      - XO—Deputy Director  /  Hiring status  /  More position for FY 17-18
- **Entitlement** - Expedite fees  /  Fee Increase  /  Performance Metrix
  - More staff for EIR  /  Revamp Site Plan Review
  - Pre-entitlement & Parallel-entitlement Review
  - Neighborhood Integrity Initiative
- Focuses   - Code Compliances (no sunset clause for restaurants w/o dance floor  /  Rocky supervises 2 Planners?)
  - Office of Historical Resources (need to have more people)
  - Services:  Email for Responsiveness  /  Code of Conduct  /  WLA Counter
  - New R1 residential zone by Dec  /  Draft Downtown Code by 1st qtr. 2017

### DBS

- XO       - Announce 8/5—Interview—done (Sep)  /  BCE II (Civil Service Commission 8/8)
- **Partnership** - PW (sign?)  /   Status of all enhancements  (assign LADBS manager for each enhancement)
  - PDP (Entitlement  /  B Permit)  /  MDSM  /  Video Boards at DSCs (include all departments)
- Focuses   - Existing Buildings' Efficiency (FB is looking into the progress on CAO's fee report—PLUM—council--MO)
  - Video (WF Alma's contract—Draft video / Invite MEG to make a statement Aug—complete in Sep)
  - Soft Story (reports)  /  Non-ductile Concrete
  - Relocate CEB [11th fl.] & Grading/Build LA [12th fl.] (Sep)  /  Universal Cashiering (Implement Feb 2018)
  - Liens to BBSC  /   Report for FD customer feedback (setting up reporting system)
  - Financial 'Long' Sheet

## *Radar Screen - Home*

<u>Remodel</u>   - $54,000 construction + 35,000 material + $10,000 design + $2,400 permit + furniture $25,000 = $140,000
- Kitchen cabinet 8/5—counter 8/8—bathroom 8/16--walk-in closets 8/20

<u>Furniture</u>
- Ordered -  Beds, stands, & dressers ($2,200 end of Aug) / Sarah's TV cabinets ($1,000 end of Sep)
- To Order - Sarah's Vanities 8/1
  - Dining table & chairs ($2,500) / coffee ($400)  / console ($1,000) 8/7
  - Sofas ($2,500) 8/5
  - laundry baskets ($150) / clothes hanger ($50) / tie rack ($50) 8/5
  - Sarah's make-up table ($200) / bench ($200) 8/5
- To Decide -  Outside Vanities – cabinet, sink, and counter top   /   cabinet above toilet ($1,200)
  - Kitchen:   Dinner table & chairs ($600)
  - Living:    Side tables ($600) / TV cabinets ($1,000) / / 2 chairs ($600)
  - Entry:    Chair & table ($1,000)
  - Ray:     Working table and chairs (?)
  - 1 TV & Hi Fi ($ 6,500)

---

- Dr. Fan  -  Office Expansion (WF Batista)

---

- Andy /  - POLA (8/5 Lunch w/ Herb (WF Michael) Herb presents to Gene   /   Prepare presentation video and materials)
  Melody  -  Lunch w/ Mike Fong 8/4   /   GC will set meeting w/ PL and TF   /   FU w/ RG & AH 8/3
- Parking  -  JV TT JB about reserving resources for another site   /   trip to Tsing Tao in Oct (George should cancel)
- Paramount -  CW George 8/1--TT Sharon 8/2—email to Thorton   /   Federick Huntsberry
- CNG    - Rocky:  Windsor (JN will take our consent to Ken Bernstein for CO Appropriateness) WF JN

---

- Yuan   - EIR   /   WF PDPP?
  - Rosemead (working on Fault analysis--close escrow in Aug)

---

- Lin:    - 1233 S Grand: entitlement (no appeal)
  - L.A. Gateway: Use Parallel Application Review (WF meeting w/Kevin on design)
  - Meet w/ Tim

---

- Huang  -  Must go thru CEQA   /   use Development Agreement for TFAR
  - Meet w/ JH 8/1—meet w/ Huang and JH 8/4

---

- TT Nelson to book hotel (Aug)   /   Buy Airline tickets
- RE Broker License (WF Gerald 8/20)   /   M License
- Mom   - TT Sham 8/2  /   went out on 9/21/15   /   Police 626-570-5151)
  - Phone (Tim will add power outlet 7/27—test--buy speaker phone)
- Jeremy:   Kaiser?  /   Request for Salary Increase?   /   Move   /   Budget table
- Sort prints--Decide which one to order--order prints--put hard copy pictures into album
- Shoe Soles  /   Fix headlights
- Rose Hill (get location from Sonya)

## <u>LABXG</u>

- Exam for Ken and George 8/13  /   Website & Video (TT Reuben)
- Continuous sparring: Merge all clips into fight by fight (google version and a disc) + Sam's sparring (review)
  - Pick the best techniques for continuous sparring
  - Decide how to train from this point and on (more kicks, stamina, etc.)
  - Strategy, attack and defense skills, light, fast, and accurate, save energy for many fights
- Set own training routine   /   Revise Sparring   /   Revise "Levels of Learning" – the 5th level Strategy