# Government Exhibit 2

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     07/15/2019

On June 06, 2019, GEORGE ESPARZA, Date of Birth ████████, Social Security Number ████████, Home Address ████████████████████ ████████ Telephone Number ████████, was interviewed at the United States Attorney's Office, located at 312 N. Spring Street, Los Angeles, California. Also present for the interview were ESPARZA's attorney, Terrance Jones and Assistant United States Attorney (AUSA) Veronica Dragalin. Before beginning the interview, ESPARZA was reminded that he was being interviewed pursuant to the same terms as his prior interviews. ESPARZA indicated that he understood that all the same rules applied as explained to him in the previous interviews. After being advised of the identities of the interviewing Agents and the nature of the interview, ESPARZA voluntarily provided the following information:

**PRE-GODOY LAWSUIT**

As ESPARZA previously reported to the FBI, RAYMOND CHAN set up the access to the Chinese companies/developers through FRANCINE GODOY, when GODOY worked for Los Angeles City Council Member JOSE HUIZAR. CHAN was able to facilitate this access because he was Chinese, and was high in rank as the General Manager of the Department of Building and Safety. CHAN set up the first meeting with Chairman WEI HUANG in or around February of 2013.

[Agent Note: ESPARZA originally stated February of 2012; however, after recalling that their first trip to Las Vegas, Nevada occurred in or about March 2013, ESPARZA clarified that they first met HUANG in or about February of 2013. During ESPARZA's interview on November 13, 2018, memorialized in serial 1379 of captioned case, ESPARZA stated that HUZAR and ESPARZA first met HUANG and RICKY ZHENG around 2012 through CHAN.]

At the time, it worked out since HUIZAR served on the Planning and Land Use Committee (PLUM), which developers needed to go through for project

---

Investigation on   06/06/2019   at   Los Angeles, California, United States (In Person)

File #   194B-LA-255905                                          Date drafted   06/06/2019

by   Natalie Jean Vassilaros, TAMPUBOLON TERESA L, Doris H. Webster

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Casino_0364679

approvals in the city. Although GODOY was still working at HUIZAR's office at the time, she was not present for the meetings with HUANG. The problems with GODOY began towards the end of 2011 and, although she came back to the office in February of 2012, she was doing more campaign stuff so ESPARZA started taking on GODOY's role by default.

CHAN never traveled to Las Vegas, Nevada with HUANG and HUIZAR but CHAN was the one who sparked the idea and planted the seed for HUIZAR and HUANG to travel to Las Vegas together. Although HUANG and HUIZAR invited CHAN, he stayed away. CHAN started distancing himself from HUANG and HUIZAR when it was revealed that there were photos of HUIZAR and ESPARZA at the Venetian Hotel in Las Vegas and there were rumors the FBI was watching HUIZAR.

### *GODOY and ESPARZA Relationship*

While attending college, ESPARZA served as an intern for HUIZAR and kept in touch with GODOY. ESPARZA described the relationship with GODOY as that of a big sister type relationship. When ESPARZA graduated from college, GODOY immediately hired him to work in HUIZAR's office. In 2009, GODOY took ESPARZA "under her wing" and taught him the ropes of fundraising and building relationships. They hung out and went to dinner together. GODOY shared her frustrations about HUIZAR. ESPARZA assumed that GODOY and HUIZAR had a romantic relationship but he was never told directly. When GODOY began a relationship with another individual, HUIZAR was upset and things started going downhill because GODOY found out that ESPARZA told HUIZAR about the new relationship. HUIZAR wanted ESPARZA to keep tabs on GODOY. As a result, ESPARZA and GODOY's relationship fell apart. GODOY started to verbally attack ESPARZA and they stopped talking.

Currently, GODOY does not like ESPARZA. When GODOY filed the lawsuit, ESPARZA took HUIZAR's side, so GODOY thought ESPARZA backstabbed her. Since then, ESPARZA has not had any conversations with her.

### GODOY LAWSUIT/SETTLEMENT

During the time GODOY filed the lawsuit against HUIZAR, ESPARZA described his role as "HUIZAR's guy." ESPARZA's position was like an executive assistant, he handled ordering phone records, filling out questions regarding the harassment (HUIZAR and ESPARZA would discuss how to amend them after ESPARZA filled them out), and printed emails. ESPARZA did not

Casino_0364680

participate in the settlement discussions. HUIZAR told ESPARZA that GODOY originally wanted between $1,000,000 USD and $1,200,000 USD. The settlement amount then changed to $800,000 USD and, ultimately, $500,000 USD, but ESPARZA did not know why. HUIZAR told ESPARZA the final settlement amount was $500,000 USD. ESPARZA thought the settlement occurred in August of 2014.

HUIZAR told ESPARZA that HUIZAR told his wife, RICHELLE HUIZAR about the affair with GODOY. HUIZAR followed it up by telling ESPARZA that he should not have told him (ESPARZA) that because, in essence, it confirmed that HUIZAR had the affair.

As ESPARZA previously reported to the FBI, ESPARZA heard from consultant JOHN CARLIN that HUIZAR asked MARK SANDERS, owner of the 213 Group, for the money to pay the settlement. SANDERS wanted HUIZAR to approve a project but HUIZAR could not make the commitment so SANDERS pulled out of lending HUIZAR the money for the settlement.

Leading up to the settlement, HUIZAR asked ESPARZA how HUIZAR was going to pay the settlement. HUIZAR only spoke to ESPARZA about the settlement when the request was reduced to $500,000 USD. ESPARZA explained that, at that time, he looked up to HUIZAR and wanted to do anything he could to help HUIZAR. ESPARZA recalled brainstorming with HUIZAR on how to get the money to pay the settlement one day while ESPARZA was driving them to work. ESPARZA suggested HUIZAR asking HUANG because he was rich and they had just gone to Las Vegas with HUANG and he lost $1,000,000 USD. HUIZAR replied that was a good idea but that he wanted to discuss it with CHAN first. CHAN and HUIZAR had a meeting about the settlement but ESPARZA was not present for it and did not know how the meeting was set up. ESPARZA was not present for any meetings with CHAN regarding the settlement. ESPARZA knew HUIZAR had private meetings with RICKY ZHENG, CHAN and other higher ups. ESPARZA knew this because after the meetings HUIZAR would tell ESPARZA about what happened at the meetings.

### Relationship with HUANG and ZHENG

ESPARZA gained a lot of insight from knowing ZHENG. ZHENG said that HUANG and HUIZAR's relationship was B.S. (which the interviewing agents understood to mean bullshit). HUANG knew HUIZAR was a Council Member so he had to be cordial with him and when HUIZAR could not come through for HUANG, the

Casino_0364681

relationship became superficial. HUIZAR took advantage of the Las Vegas trips with HUANG. HUANG and HUIZAR talked a lot of B.S., especially in Las Vegas. Sometimes they discussed business but nothing substantial. ESPARZA viewed HUANG and HUIZAR's relationship as superficial. ESPARZA viewed his relationship with HUANG as real. HUANG asked HUIZAR, through ZHENG, to give ESPARZA a different title within HUIZAR's office. HUANG felt that ESPARZA should have been promoted to Deputy Chief of Staff but HUIZAR did not want to give ESPARZA any title other than Special Assistant. Later in the relationship, HUANG invited ESPARZA to dinners without HUIZAR. ESPARZA was mentoring HUANG's son. HUANG told ESPARZA that HUIZAR was no good and wanted ESPARZA to leave HUIZAR's office.

ESPARZA did not know if there was a quid pro quo associated with HUANG loaning HUIZAR the settlement funds. Everyone saw HUANG's payment of the settlement as a long term investment so if HUANG needed something from HUIZAR down the road, HUIZAR would help HUANG. However, ESPARZA never heard of anything directly. The settlement payment happened early on in the relationship between HUANG and HUIZAR, when HUIZAR was at the height of his career. Because the relationship was new, HUIZAR asked HUANG at the right time. ZHENG told ESPARZA that he did not know why HUANG loaned HUIZAR the money. It concerned ESPARZA because HUANG saved HUIZAR's career, by loaning him the money and keeping the settlement from getting out to the public, but HUIZAR did not do anything major for HUANG. As HUANG and HUIZAR's relationship grew, HUANG started asking HUIZAR for small things. However, ESPARZA was not sure if the things HUIZAR did for HUANG were in response to the loan. HUIZAR was slow doing things for HUANG but never refused to do anything HUANG asked him to do.

### Parties and Documents Involved in Settlement Transaction

HUIZAR, HENRY YONG, YAN YAN, CHAN, ESPARZA, ZHENG, HUANG, TOM WALSH, RUDY ESTRADA, and STEPHEN KAUFFMAN were involved in the GODOY settlement. WALSH and KAUFFMAN are attorneys. It was HUIZAR's understanding that YONG was also an attorney.

ESPARZA was copied on all invoices from KAUFFMAN to HUIZAR. The invoices delineated the information they discussed and/or that KAUFFMAN was researching with regards to the settlement as well as a timeline of when they were having the conversations.

Casino_0364682

194B-LA-255905

Continuation of FD-302 of  (U) 06/06/2019_George Esparza _____ , On  06/06/2019  , Page  5 of 22

[Agent Note: AUSA Dragalin advised ESPARZA to refrain from expanding on any information related to invoices provided by KAUFFMAN for the time being.]

### *Rudy Estrada*

ESTRADA was the Vice President of EAST WEST BANK. HUIZAR met ESTRADA through ART GASTELUM or EDWARD LARIOS. HUIZAR's first meeting with ESTRADA was a meet and greet, which occurred in Pasadena prior to and unrelated to the lawsuit. Throughout the entire lawsuit/settlement process, HUIZAR wanted a second opinion and asked ESPARZA who the guy from EAST WEST BANK was, referring to ESTRADA. ESPARZA provided HUIZAR with ESTRADA's phone number. ESPARZA was in the car with HUIZAR when HUIZAR called ESTRADA to get advice on the loan. HUIZAR told ESTRADA that it was confidential.

[Agent Note: ESPARZA was shown a photograph of ESTRADA and ESPARZA confirmed it was the ESTRADA he was referring to. The photograph is attached hereto as a 1A]

### SETTLEMENT/LOAN TRANSACTION

[Agent Note: ESPARZA was shown a series of numbered emails and attachments that appeared to be associated with the settlement transaction. The emails and attachments are attached hereto as a 1A.]

After ESPARZA reviewed the emails and attachments identified below, ESPARZA provided the following information:

### *7/26/2014 Email from ZHENG to ESPARZA*

**The 7/26/2014 Email, from ZHENG to ESPARZA, was a forward of an email between HOCK YONG to SIMON CAO entitled "General Retainer Agreement." The email included one (1) attachment entitled "Standard Fee Agreement on letterhead-Standard.doc."**

ESPARZA did not recall this email or why ZHENG forwarded him this email. The name HOCK YONG mentioned in the email could be HENRY YONG. ESPARZA did remember that HUIZAR gave ESPARZA $5,000 USD in cash to pay YONG for his services with regards to the settlement.

### *Email 2*

194B-LA-255905

Continuation of FD-302 of (U) 06/06/2019_George Esparza _____ , On 06/06/2019 , Page 6 of 22

**Email 2, from ESPARZA to ZHENG, was a forward of an email between YONG and ESPARZA entitled "Greetings."**

YONG was a friend of ZHENG and was assigned by HUANG to help HUIZAR with the process of working with the Banks to obtain the settlement money. ESPARZA had not met YONG prior to this transaction. ESPARZA was told YONG was an attorney and was going to take care of all the Bank issues.

ZHENG introduced YONG to ESPARZA and HUIZAR at a restaurant on Rosemead (in California), called the Sea Harbor, in or about July or August 2014. The purpose of the meeting was to discuss the settlement and how to wire the money. After they ate dim sum, ZHENG and ESPARZA departed and HUIZAR stayed to talk to YONG. ESPARZA assumed "Email 2" was sent after the meeting at the restaurant because ESPARZA did not know YONG prior to that meeting. Several meetings with YONG occurred after the initial meeting at the restaurant. ESPARZA paid YONG $5,000 USD from HUIZAR in cash. ESPARZA did not know if YONG was paid by HUANG or ZHENG.

ESPARZA did not recall if YONG had a California licensed partner, as he only saw YONG with regards to the settlement. ESPARZA did not know the name SUN GUODI. ESPARZA may have known SUN GUODI's English name if the interviewing agents knew of one.

ESPARZA did not recall any conversations about any EB-5 projects but did recall that HUIZAR wrote letters for EB-5 projects.

*Email 3*

**Email 3, from ESPARZA to YONG, was ESPARZA's response to the email from YONG entitled "Greetings."**

HUIZAR used YONG at the recommendation of ZHENG. ESPARZA had meetings alone with YONG if HUIZAR could not attend. ESPARZA did not recall if ZHENG was present for those meetings. ESPARZA would communicate with YONG regarding logistics.

ZHENG's role was to put pressure on HUANG to make sure HUANG gave the money because HUIZAR was cutting it close to the deadline to provide the settlement money. ESPARZA did not recall the date of the deadline.

*Email 6*

Casino_0364684

**Email 6, from ESPARZA to HUIZAR, was a forward from YONG to ESPARZA entitled "Promissory Note." The email included one (1) attachment entitled "Promissory Note 2.docx."**

ESPARZA believed the Promissory Note (PN) amount changed from $500,000 USD to $600,000 USD to cover fees. ESPARZA recalled a technicality as to why there needed to be more money--either additional funds were needed in the Certificate of Deposit (CD) or insurance monies were required--because the settlement amount was $500,000 USD. This was probably the first draft of the PN and HUIZAR had it modified throughout the process. HUANG, ZHENG and YONG were trying to get HUIZAR to sign the PN but HUIZAR was reluctant to sign anything. ESPARZA thought it was YONG's or HUANG's idea to have a PN. ESPARZA's role was to print emails and attachments and give them to HUIZAR.

ESPARZA did not recall why RICHELLE HUIZAR was included on the PN. ESPARZA never had conversations with RICHELLE about the settlement. RICHELLE disliked HUANG a lot and ESPARZA was not sure she knew about the settlement. RICHELLE was vocal about her dislike of HUANG to ESPARZA. RICHELLE hated every time they went to Las Vegas and thought that HUANG was a bad influence on HUIZAR. RICHELLE once caught them together at a hostess bar in San Gabriel by using the location setting on HUIZAR's iPhone. RICHELLE would rarely go to dinners with HUANG unless HUIZAR forced her to attend.

*Email 7*

**Email 7, from YONG to ESPARZA and ZHENG, was entitled "Promissory Note Part 2." The email included one (1) attachment entitled "Promissory Note 2.docx."**

ESPARZA did not remember GUODI and did not recall meeting with any of YONG's associates. The reference to ZHENG's company in Hong Kong may have been GRACE LUCK. GRACE LUCK is the only company ESPARZA knew to be involved in the settlement transaction.

*Email 8*

**Email 8, from YONG to ESPARZA and ZHENG, was entitled "Promissory Note Version 2." The email included one (1) attachment entitled "Promissory Note 2 (1).docx."**

ESPARZA did not recall the conversations that took place mentioned in the

Casino_0364685

194B-LA-255905

emails, as it was a long time ago. ESPARZA did not know what conversations he would have had with YONG regarding the PN. ESPARZA did not recall participating in any changes to the PN. His role was more printing things out and forwarding emails.

HUIZAR may have consulted with ESPARZA with regards to the changes to the PN or may have had conversations with YONG directly on the phone but ESPARZA did not advise HUIZAR on how to structure the loan. ESPARZA was part of the overall discussions but not the nuts and bolts of the loan.

ESPARZA may have taken notes on his phone or may have had text messages from HUIZAR of what HUIZAR was directing him to do (i.e. call or meet up with YONG).

### *Email 9*

**Email 9, from YONG to ESPARZA and ZHENG, was entitled "Promissory Note." The email included one (1) attachment entitled "Promissory Note – Grace Luck Holding.docx."**

The "CM" referenced in the email referred to "Council Member" HUIZAR. ESPARZA recalled, when printing out the PNs, that HUIZAR never wanted to sign it. ESPARZA did not recall HUIZAR ever signing something to give to YONG. HUIZAR most likely did not want any documentation of him signing something. ESPARZA did not think that HUZIAR ended up signing anything because ZHENG told ESPARZA that HUANG wanted to put a lien on HUIZAR's house to get the settlement money back.

ESPARZA remembered YAN YAN was assigned as the main person associated with GRACE LUCK. ESPARZA did not know how YAN YAN got involved because she was an employee with the Sheraton hotel. ESPARZA did not know if GRACE LUCK was a real company but it was used to transfer the money.

ESPARZA met YAN YAN before the settlement. ZHENG invited ESPARZA to an all-staff holiday dinner for the hotel, where ESPARZA met YAN YAN. When ESPARZA went to AMERICAN PLUS BANK he remembered YAN YAN's face and knew he had met her before.

ESPARZA, ZHENG, YONG, HUIZAR, and YAN YAN met with a Banker at AMERICAN PLUS BANK. Shortly thereafter, HUIZAR and YAN YAN had a meeting with the Banker

by themselves while ZHENG and ESPARZA waited in the lobby. ESPARZA believed
banking papers may have been signed at that time but ESPARZA was not sure
what they were. This took place in or about July or August 2014.

*Email 11*

**Email 11, from HUIZAR to YONG, ZHENG, and ESPARZA, refers to the deadline to
sign the settlement and confirming when the money is transferred and
available.**

HUIZAR tried to get HUANG to transfer money into GRACE LUCK and from GRACE
LUCK to HUIZAR. If ZHENG was listed on the email it was most likely to get
the money from HUANG. The money was going to be wired to the Bank and HUIZAR
was going to take out a loan and the money would be transferred to WALSH's
trust account.

ESPARZA did not remember which Bank gave the loan to HUIZAR. HUIZAR wanted
ESPARZA to tell ZHENG to apply pressure to get HUANG to give the money. It
was probably a long term strategy/investment with HUIZAR in case HUANG
needed anything and/or to keep the relationship.

*Email 12*

**Email 12, from YONG to HUIZAR, ESPARZA and ZHENG, included YONG's response
to Email 11 indicating that the funds had not been wired and setting forth
the terms offered by the Bank.**

ESPARZA recalled there was an influx in the changes to the PN due to the
banking stuff. ESPARZA knew that HUIZAR and YONG met alone at times so that
could be when they exchanged information but ESPARZA did not recall if
HUIZAR ever gave him his personal documents.

The meeting at AMERICAN PLUS BANK took approximately 1 to 1.5 hours. YONG,
ESPARZA, HUIZAR, ZHENG and YAN YAN were present. ESPARZA could not recall
the names of any employees of the Bank. ESPARZA was surprised when he saw
YAN YAN and recognized her. ESPARZA knew she was not part of GRACE LUCK and
thought she was just a trusted staff member of the hotel. ESPARZA believed
this is when the documents were signed.

HUIZAR may have called ESTRADA during the car ride after leaving AMERICAN
PLUS BANK, when EPARZA was driving HUIZAR.

Casino_0364687

194B-LA-255905

Continuation of FD-302 of (U) 06/06/2019_George Esparza                    , On 06/06/2019 , Page 10 of 22

*Email 16*

**Email 16, from HUIZAR to YONG, ESPARZA and ZHENG, included communications between HUIZAR and YONG regarding Email 11 and Email 12. YONG specified he spoke with AMERICAN PLUS BANK and HUIZAR requested checking with another Bank to compare terms.**

GRACE LUCK was created so the loan was not directly associated to HUANG. HUIZAR was trying to cover it up because it would not look good for a developer in HUIZAR's district to be giving him money. HUIZAR wanted to protect himself and HUANG. ESPARZA did not recall having conversations with CHAN about the loan. HUIZAR did talk to CHAN about the loan because the initial ask to HUANG was through CHAN. HUANG deposited the money and relied on ZHENG or CHAN to make sure it would not hurt him long term.

*Email 17*

**Email 17, from YONG to ESPARZA, was entitled "Amended PN." The email included one (1) attachment entitled "Promissory Note 2 (1) (3).docx."**

ESPARZA does not recall the changes to the PN or any conversations regarding the changes.

[Agent Note: ESPARZA's attorney, Terrance Jones, had a side-bar conversation with ESPARZA in the AUSA/interviewing agents' presence and encouraged ESPARZA to explain the dynamics between ESPARZA and HUIZAR at the time of the settlement to assist with the interviewing agent's understanding of ESPARZA's role.]

ESPARZA explained that he was not a Chief of Staff for HUIZAR. ESPARZA's role in the settlement was to be a middle man, he did what HUIZAR asked him to do, mainly printing documents and emailing them. ESPARZA probably paid attention to the items at the time but did not have a full understanding of what was going on with the settlement. ESPARZA was more focused on some of the other issues that had previously been discussed with the FBI. ESPARZA was involved on what he thought was a non-substantive level and was not part of the strategic team. ESPARZA was HUIZAR's middle man and ZHENG was HUANG's middle man.

*Email 19*

194B-LA-255905

Continuation of FD-302 of (U) 06/06/2019_George Esparza                    , On 06/06/2019 , Page 11 of 22

**Email 19, from ESPARZA to HUIZAR, was a forward from YONG to ESPARZA and ZHENG entitled "Agreement." The email included two (2) attachments entitled "Standard Fee Agreement on letterhead-Standard (1).doc" and "Promissory Note 2 (1)(3).docx."**

ESPARZA did not know who in Hong Kong would be receiving the documents. ESPARZA saw YAN YAN at the Bank and, based on emails and the copies of her Driver's License and Passport that were sent via email, ESPARZA believed YAN YAN was asked to be the front person for GRACE LUCK. YAN YAN worked at HUANG's hotel as an Administrative Assistant so ESPARZA thought it was weird that she would then be designated as the face of GRACE LUCK.

HUANG and HUIZAR were trying to keep the settlement under wraps. ESPARZA did whatever HUIZAR told him to do. ESPARZA and ZHENG were frustrated because they were both put in the middle by their respective employers. ZHENG never liked HUIZAR. The only person ESPARZA would confide in at the time was ZHENG because he was working with ZHENG and had a relationship with him. It was a shady structuring of things but ESPARZA did not participate in those strategic conversations. This was probably the first time ESPARZA really read all of these emails.

ESPARZA pointed out the $5,000 USD attorney fee referenced in the Attorney Fee Agreement attachment. ESPARZA met YONG at his office, he believed in Arcadia, and gave him the money when the settlement was all done. It was either $5,000 USD or $5,500 USD. ESPARZA may have gotten a receipt but he did not recall. HUIZAR gave ESPARZA the money in cash to pay YONG. ESPARZA understood it was paid in cash so that there was no paper trail of payment to the attorney. If HUIZAR signed an Attorney Fee Agreement, either ESPARZA printed it and HUIZAR signed it and had ESPARZA give it to YONG or HUIZAR kept it himself.

*Email 22*

**Email 22, from YONG to ESPARZA and ZHENG, was entitled "Please check and verify." The email included one (1) attachment entitled "joint venture.doc."**

ESPARZA did not know who recommended the Joint Venture but, according to billing invoices from KAUFFMAN, it was at the same time that KAUFFMAN had done research on this loan. ESPARZA would think that HUIZAR would be prohibited from entering into a Joint Venture in his position because he did

Casino_0364689

194B-LA-255905

Continuation of FD-302 of (U) 06/06/2019_George Esparza _____ , On 06/06/2019 , Page 12 of 22

not recall them disclosing it. They would normally disclose something like a Joint Venture. ESPARZA did not recall much about the Joint Venture so he may have been excluded from the conversations.

ESPARZA did not know ZHENG's association with GRACE LUCK. ESPARZA always thought it was a made up company. Maybe it was company in China but he did not know. ESPARZA was surprised that YAN YAN was the face of the company.

Through his personal interaction with HUANG and HUIZAR, ESPARZA knew the money came from HUANG but he did not officially know how the money got to GRACE LUCK or the Bank.

The only recollection ESPARZA had was that HUIZAR did not sign anything. ESPARZA did not recall HUIZAR ever giving him anything that he signed. According to the emails, HUIZAR gave a signed copy to the attorney but ESPARZA was never privy to seeing HUIZAR physically sign anything.

It was ESPARZA's understanding that HUIZAR had to pay the money back. However, knowing HUIZAR, ESPARZA did not think that HUIZAR ever intended to pay it back. ESPARZA recalled one time HUIZAR left mail in the car and it was a document from the bank (NFI) requesting payment. ESPARZA did not know how HUIZAR would pay the $600,000 USD to HUANG. ESPARZA did not think that ZHENG was part of the strategy or structuring of the loan because he was frustrated about it. Both ESPARZA and ZHENG felt uncomfortable about the whole process. The last time ESPARZA spoke with ZHENG, ZHENG wanted to get a lien on HUIZAR's house so he could get HUIZAR to pay the money back.

*Email 24*

**Email 24, from YONG to HUIZAR, ESPARZA and ZHENG, was entitled "Fwd: Wiring." The email included one (1) attachment entitled "File.PDF."**

ESPARZA did not have any information on the money going into GUODI's Trust Account. ESPARZA overheard HUIZAR saying the money had to go to WALSH's account.

ESPARZA was not present when HUIZAR signed for the loan at EAST WEST Bank. ESPARZA saw HUIZAR go to AMERICAN PLUS BANK so ESPARZA thought they were going with AMERICAN PLUS BANK for the loan.

ESPARZA did not know anything about the Cashier's Check issued to HUIZAR

194B-LA-255905

Continuation of FD-302 of (U) 06/06/2019 George Esparza _____, On 06/06/2019 , Page 13 of 22

from EAST WEST BANK.

*Email 27*

**Email 27, from YONG to HUIZAR, ESPARZA, and ZHENG, was entitled "Re: Important: Bank Loan's Application."**

ESPARZA did not know why the amount of money increased but recalled there was bank stuff involved requiring more money and that may have been why the amount increased.

Based on the emails, HUIZAR wanted to state the purpose of the loan was personal but ESPARZA did not know what HUIZAR officially told the bank.

ESPARZA did not recall getting HUIZAR's W2's but it would have been something HUIZAR would have given to ESPARZA to give to YONG.

*Email 30*

**Email 30, from YONG to HUIZAR, ESPARZA, and ZHENG, was entitled "American Plus Bank Loan Application Docs." The email included one (1) attachment entitled "DOC090314.pdf."**

ESPARZA did not think that HUIZAR filled out the AMERICAN PLUS BANK application but it could have been something he printed out for HUIZAR and HUIZAR filled it out himself. Maybe YONG or KAUFFMAN filled it out for HUIZAR.

*Email 32*

**Email 32, from HUIZAR to YONG, ESPARZA, and ZHENG, was entitled "Re: American Plus Bank Loan Application Docs." The email was ESPARZA's response to Email 30 regarding the purpose of the loan.**

HUIZAR did not want to say the loan was for the settlement because he did not want any information about the settlement to get out.

*Email 37*

**Email 37, from YONG to HUIZAR and ESPARZA, was entitled "Re: promissory note." The email included one (1) attachment entitled "Promissory Note – Grace Luck Holding2.docx."**

Casino_0364691

194B-LA-255905

Continuation of FD-302 of (U) 06/06/2019_George Esparza _____ , On 06/06/2019 , Page 14 of 22

ESPARZA recalled printing out this PN on the way to AMERICAN PLUS BANK. This
PN may have been the one HUIZAR actually signed while he was in the Banker's
office. If HUIZAR did sign it, he kept it to himself because ESPARZA did not
recall seeing a signed copy.

ESPARZA was not aware of the email from HUIZAR to YONG. ESPARZA assumed the
attorney he was referring to was either WALSH or KAUFFMAN.

*Email 39*

**Email 39, from HUIZAR to ESPARZA, was entitled "Fwd: Grace Luck Holdings Ltd
Corporate Resolution." The email included one (1) attachment entitled
"Appointment of Mandate.doc."**

ESPARZA did not know who prepared the Company Resolution and he was unaware
of a Board of Director's meeting.

*Email 40*

**Email 40, from YONG to HUIZAR and ESPARZA, was entitled "Fwd: Grace Luck
Holdings Ltd Corporate Resolution." The email included one (1) attachment
entitled "20140908153816159.pdf." YONG forwarded the Company Resolution
executed by YAN YAN.**

ESPARZA believed YAN YAN was used because she was a trusted staff member on
HUANG's team but ESPARZA did not know who asked her. ESPARZA had no
knowledge of YAN YAN signing the Company Resolution. ESPARZA did not have
any knowledge of HUIZAR meeting YAN YAN before the meeting at the bank. To
ESPARZA, it was all a scheme. GRACE LUCK was used as a funnel for HUANG to
send the money and the money to get to the bank.

*Email 41*

**Email 41, from YONG to HUIZAR and ESPARZA, was entitled "Fwd: Grace Luck
Holdings Ltd Corporate Resolution." The email included two (2) attachments
entitled "20140908153816159.pdf" and "20140908153555080.pdf." YONG forwarded
the Company Resolution executed by YAN YAN and copies of YAN YAN's passport
and Driver's License.**

ESPARZA did not know why he was sent a copy of YAN YAN's Passport and
Driver's License. He figured it was all part of the loan.

Casino_0364692

194B-LA-255905

Continuation of FD-302 of (U) 06/06/2019_George Esparza _____ , On 06/06/2019 , Page 15 of 22

*Email 42*

**Email 42, from ESPARZA to DOUG KRAUSE, was entitled "Grace Luck Holdings Ltd Corporate Resolution." The email included two (2) attachments entitled "20140908153816159.pdf" and "20140908153555080.pdf." ESPARZA forwarded the Company Resolution executed by YAN YAN and copies of YAN YAN's passport and Driver's License.**

ESPARZA thought that HUIZAR told him to contact DOUG KRAUSE at EAST WEST BANK. ESPARZA recalled coming from AMERICAN PLUS BANK and calling ESTRADA in the car; however, ESPARZA did not recall how he first reached out to KRAUSE. ESPARZA did not know KRAUSE, it would have been at HUIZAR's direction. ESPARZA knew that HUIZAR and ESTRADA had met one on one but ESPARZA was not present at the meetings so he did not know ESTRADA's involvement thereafter. ESPARZA did not recall meeting KRAUSE in person.

*Email 44*

**Email 44, from KRAUSE to ESPARZA, was entitled "RE: Grace Luck Holdings Ltd Corporate Resolution." The email referenced three items needed per the Know Your Customer/Anti-Money Laundering rules.**

ESPARZA did not have personal knowledge with regards to the responses to KRAUSE's questions. It is very likely ESPARZA asked HUIZAR and HUIZAR told him to get the information from ZHENG.

ESPARZA only recalled one meeting that he was present at and that was at AMERICAN PLUS BANK. To ESPARZA's knowledge, only EAST WEST BANK and AMERICAN PLUS BANK were involved.

*Email 54*

**Email 54, from YONG to ESPARZA and HUIZAR, was entitled "Re: Grace Luck Holdings Ltd Corporate Resolution." The email included one (1) attachment entitled "DOC091114.pdf." Email 54 was YONG's response to the three items requested by KRAUSE in Email 44 as well as information for GRACE LUCK HOLDINGS from the Hong Kong Registry of Companies.**

ESPARZA did not recall having a conversation with YONG about the responses that were provided to KRAUSE's questions in red. Again, ESPARZA thought it was just another situation in which he was passing along the information.

Casino_0364693

194B-LA-255905

Continuation of FD-302 of (U) 06/06/2019 George Esparza _____ , On 06/06/2019 , Page 16 of 22

*Email 55*

**Email 55, from ZHENG to ESPARZA, was entitled "FWD: [Chinese characters]."**
**The email included three (3) attachments with Chinese characters. The**
**attachments were the company documents for GRACE LUCK HOLDINGS in Chinese.**

[Agent's Note: The attachments were translated from Chinese to English and
ESPARZA was shown the English translation of all three (3) attachments.

ZHENG or YONG sent the information to ESPARZA and ESPARZA forwarded it to
EAST WEST BANK. ESPARZA did not really look at the information.

When showed the translation of the GRACE LUCK documents, ESPARZA did not
recognize any of the individuals. ESPARZA did not know ZHENG's association
with GRACE LUCK and does not know how or why GRACE LUCK was chosen. ESPARZA
did not recall any conversations discussing where GRACE LUCK was
incorporated.

*Email 56*

**Email 56, from ESPARZA to ZHENG, was entitled "FWD: [Chinese characters]."**
**ESPARZA was responding to Email 55 and stated "you are the MAN!!!!!"**

The reason ESPARZA told ZHENG he was the man was because it meant HUIZAR
would get off his back to get the information.

*Email 58*

**Email 58, from ESPARZA to YONG, was entitled "Fwd: Grace Luck Holdings Ltd**
**Corporate Resolution." ESPARZA was forwarding an email that he received from**
**KRAUSE requesting additional information.**

ESPARZA does not recall meeting with KRAUSE. It may have been HUIZAR who met
with KRAUSE.

ESPARZA asked to see a photo of KRAUSE.

[Agent's note: Participants took a short break.]

When showed a webpage with several photos. ESPARZA did not recognize any
images as being KRAUSE. A copy of the webpage shown to ESPARZA is being
attached hereto as a 1A.

Casino_0364694

194B-LA-255905

Continuation of FD-302 of (U) 06/06/2019_George Esparza _____ , On 06/06/2019 , Page 17 of 22

ESPARZA did recall seeing anti-money laundering research on billing invoices sent by KAUFFMAN. There were two line items for the same time period.

### Email 61

**Email 61, from YONG to HUIZAR, ESPARZA, and ZHENG, was entitled "Letter of Authorization." The email included one (1) attachment entitled "LETTER OF AUTHORIZATION — CM.docx." YONG was requesting a letter of authorization signed by HUIZAR to release the funds. The email also discussed how much would be wired out of the trust account and how much would be deducted for fees.**

ESPARZA paid YONG with cash from HUIZAR but ESPARZA did not count the money that HUIZAR gave him to give to YONG.

ESPARZA did not remember seeing HUIZAR sign anything but he got the loan so ESPARZA is sure something was signed in order for him to be able to get the money.

### Email 63

**Email 63, from ESPARZA to KRAUSE, was entitled "Re: Grace Luck Holdings Ltd Corporate Resolution." ESPARZA was following up with KRAUSE and requested that KRAUSE let him know once the transfer was complete.**

HUIZAR told ESPARZA to follow up with the East West Bank to see when the transfer was complete. ESPARZA did not remember KRAUSE calling him to tell him the transaction had been completed. ESPARZA did not recall communicating with KRAUSE in any other way and did not recall meeting with him in person.

### Email 64

**Email 64, from ZHENG to ESPARZA, was entitled "Fwd: Foreign Address." Email 64 was a forward from NASH to YAN YAN and ZHENG including the foreign address for GRACE LUCK HOLDINGS, as requested by EAST WEST BANK.**

When asked who NASH was, ESPARZA responded that, if it was the same NASH he was thinking of, NASH was HUANG's Assistant. It would be the same NASH on the emails talking about the trip to China. ESPARZA believed that NASH was HUANG's Assistant at the time and was communicating on behalf of HUANG. ESPARZA did not recall any dealings with NASH regarding the loan. ESPARZA

Casino_0364695

194B-LA-255905

Continuation of FD-302 of (U) 06/06/2019_George Esparza _____ , On 06/06/2019 , Page 18 of 22

had met NASH before at a dinner with HUANG. NASH was translating for HUANG.
ESPARZA coordinate with NASH for the trip to China. ESPARZA assumed NASH got
fired or quit because he never saw him after all of this. ESPARZA did not
know anything about the address NASH provides.

**EAST WEST BANK TRANSACTION**

ESPARZA reiterated that he first met YAN YAN at a holiday dinner.
Thereafter, ESPARZA saw YAN YAN at EAST WEST BANK, at GEORGE CHIANG's
office, and out with CHAN's son. ESPARZA is only aware of HUIZAR meeting YAN
YAN at the Bank.

ESPARZA recalled telling HUIZAR that the settlement payment had gone through
so ESPARZA may have gotten a call from KRAUSE. HUIZAR wanted to finalize the
transaction before the candidate was announced. HUIZAR was happy that the
trial did not get out during the campaign.

The only other transactions ESPARZA and HUIZAR had with EAST WEST BANK was
through ANDREW PAN. PAN helped fundraise for the Clinton (NFI) campaign. PAN
was the Vice President of EAST WEST BANK and he was friends with HUANG. PAN
was present at a lot of the dinners but ESPARZA did not think PAN was
involved in the settlement transaction.

**POST-LOAN**

HUIZAR was not making the necessary payments on the loan and ZHENG saw how
HUIZAR was treating ESPARZA so ZHENG wanted to apply pressure to HUIZAR to
pay or they would file a lien on HUIZAR's house. Through conversations
ESPARZA had with ZHENG, it was learned that although there was a 2020
deadline to pay the money back HUANG wanted HUIZAR to pay it back sooner.

ESPARZA was not involved with any payments to EAST WEST BANK. The only thing
ESPARZA recalled seeing was a piece of mail from the bank (NFI) in HUIZAR's
car.

**JUSTIN KIM PAYMENT(S)**

ESPARZA recalled receiving cash from JUSTIN KIM on two separate occasions.
ESPARZA is "pretty 100%" confident it was two times. The first time, ESPARZA
drove to the location and waited in the car, in front of the building, for
an hour and became irritated. ESPARZA did not know what was going on at that

194B-LA-255905

Continuation of FD-302 of (U) 06/06/2019 George Esparza    , On 06/06/2019 , Page 19 of 22

point. KIM got in the car with an envelope. ESPARZA drove off and made a
right at the first street and pulled off to the side. KIM showed ESPARZA the
cash. The second time was the same thing. ESPARZA went to the same location,
KIM got in the car, they drove off, and KIM gave ESPARZA the cash.

The first cash drop was $100,000 USD and the second cash drop was $100,000
USD. The total amount that KIM paid ESPARZA for this transaction was between
$200,000 USD and $250,000 USD. KIM had given ESPARZA extra cash because KIM
did not think that HUIZAR would share with ESPARZA. KIM gave ESPARZA
$100,000 USD for HUIZAR and $20,000 USD for ESPARZA the first time and
$100,000 USD for HUIZAR and some change for ESPARZA the second time.
ESPARZA's total "confident range" was between $200,000 USD and $250,000 USD
because he recalled HUIZAR asking if for sure they had $200,000 USD and
ESPARZA said yes because HUIZAR was not aware of the extra money KIM had
given to ESPARZA.

[Agent Note: ESPARZA was shown "Government Exhibit 1" - "Government Exhibit
5", which included metadata. "Government Exhibit 1" - "Government Exhibit 5"
are attached hereto as a 1A. ]

After ESPARZA reviewed the Exhibits identified below, ESPARZA provided the
following information:

*"Government Exhibit 1"*

**"Government Exhibit 1" consisted of "notes" drafted by ESPARZA, on
02/10/2017, using the "Notes" application, on his iPhone.**

ESPARZA reviewed "Government Exhibit 1" and recalled that $500,000 USD was
already agreed to. There were two money drops for sure but ESPARZA was
trying to lock down the total amount. The plan was for another drop on April
14th and in May but those drops never happened. ESPARZA knew for sure that he
showed HUZIAR $200,000 USD.

[Agent Note: ESPARZA's attorney, Terrance Jones, refreshed ESPARZA's
recollection of what he told Terrance Jones: KIM got in the car with
$200,000 USD, and the first note reflected in "Government Exhibit 1" was the
actual split and the second note reflected in "Government Exhibit 1" was
what ESPARZA was going to tell HUIZAR.]

Casino_0364697

194B-LA-255905

Continuation of FD-302 of (U) 06/06/2019 George Esparza _____ , On 06/06/2019 , Page 20 of 22

KIM gave a portion of his share to ESPARZA so ESPARZA was going to keep
$30,000 USD for himself and he was going to tell HUIZAR that KIM kept
$100,000 USD and $100,000 USD was for HUIZAR.

*"Government Exhibit 2"*

**"Government Exhibit 2" consisted of seven (7) photographs depicting bundles
of cash and hand-written notes on napkins.**

The photos show what appear to be thirteen (13) bundles of $10,000 USD for a
total of $130,000 USD. ESPARZA took photos of the cash and the notations on
the napkins because he knew he had to protect himself. ESPARZA was trying to
be more specific on the second napkin wherein "Giving him cash from Justin
Kim for Olympic & Hill project. - No Unions 2/10/2017" was written. ESPARZA
was very uncomfortable with taking the cash. This was his first time taking
cash for a project. ZHENG and LEON always told ESPARZA to take care of
himself. For ESPARZA, the photographs and notes were for his protection
since HUIZAR asked him to hold on to the cash for him. If things ever went
wrong, ESPARZA would at least be able to let someone know that this, indeed,
happened and HUIZAR told him to do it. It was the same reason ESPARZA took
photos of HUIZAR on the plane with casino chips. The photo of what appears
to be $130,000 USD and the napkin with "Giving Cash to CM Huizar 2/10/2017"
was not accurate because ESPARZA only showed HUIZAR $100,000 USD.

*"Government Exhibit 3"*

**"Government Exhibit 3" consisted of seven (7) photographs depicting bundles
of cash, inside of a Don Julio box, taken in different locations.**

ESPARZA took photographs documenting when he took the cash from his
residence to show HUIZAR at HUIZAR's residence. The photographs included the
cash at ESPARZA's residence, in ESPARZA's car, and on the front steps to
HUIZAR's residence.

*"Government Exhibit 4"*

**"Government Exhibit 4" consisted of a "note" drafted by ESPARZA, on
03/14/17, using the "Notes" application, on his iPhone.**

ESPARZA had an initial conversation with CHRIS MODRZEJEWSKI but he knows
that MODRZEJEWSKI checked in with HUIZAR but ESPARZA does not know if they

Casino_0364698

194B-LA-255905

Continuation of FD-302 of (U) 06/06/2019_George Esparza                    , On 06/06/2019 , Page 21 of 22

had a private conversation. ESPARZA told MODRZEJEWSKI that HUIZAR was going
to have to support this and MODRZEJEWSKI said they would be off that one if
they get the Little Tokyo project. ESPARZA said he would talk to HUIZAR and
HUIZAR said yes.

*"Government Exhibit 5"*

**"Government Exhibit 5" consisted of seven (7) photographs depicting bundles
of cash, inside and outside of a Blue Label box, taken in different
locations.**

ESPARZA believed that the bundles of cash shown in the photographs was the
total amount of cash ESPARZA had. ESPARZA showed HUIZAR that there was
another $100,000 USD in the Blue Label box. HUIZAR thought that ESPARZA was
holding $200,000 USD for him.

ESPARZA promised that it was two (2) drops and that the absolute truth is
that he did not do anything to set up HUIZAR. ESPARZA never had this much
cash on hand, not even from trips to Las Vegas. The first time KIM gave
ESPARZA the cash, ESPARZA showed HUIZAR and HUIZAR told ESPARZA to keep it.
The cash depicted in the photographs of "*Government Exhibit 2*" and "
*Government Exhibit 3*" was the cash received from KIM. There were no other
sources of the cash. The second time KIM gave ESPARZA the cash, ESPARZA went
to HUIZAR's house and HUIZAR said do me a favor and hold this one too.
During the trips to Las Vegas, HUIZAR never told ESPARZA to keep/hold on to
anything. HUIZAR kept all the cash. This was the only time ESPARZA ever
received this type of payment/cash for HUIZAR. ESPARZA was really surprised
that HUIZAR told him to hold on to the cash. ESPARZA thought it was because
HUIZAR trusted him, but looking back he thinks HUIZAR was setting him up. At
the time, EDWARD LARIOS told ESPARZA there was an FBI investigation on
cannabis for HUIZAR and KIM showed ESPARZA a voicemail.

ESPARZA knows there was two drops because he showed HUIZAR twice. In voice
recordings, HUIZAR clearly said to ESPARZA you have my $200,000 USD. HUIZAR
went to ESPARZA's residence to make it known that ESPARZA owed him money. On
the Confide application, HUIZAR asked ESPARZA if they were going to meet up
or if ESPARZA was going to keep it all to himself.

Casino_0364699

194B-LA-255905

Continuation of FD-302 of   (U)  06/06/2019 George Esparza                          , On   06/06/2019   , Page   22 of 22

Casino_0364700