# **Government Exhibit 6**

## *Radar Screen - Work*                                              5/3/2015

**GENERAL MANAGER**

- Read 'The Performance Potential' (16 chapters) up to Chapter 8
- Evaluation - For Frank 5/4 - 5—Discuss w/ Frank 5/11--Ask Frank to do for Ifa, Larry, Steve, Gio, and Lincoln
- Dennis - Finalize MOU (TT SO and Frank 5/6)—Deron talks to MO—MOU 7/1?
- CMA - Sub authority (set meeting w/ Rick 5/4)—Deron?—1-day appointment—cert—interview--appoint #2)
- Mayor Off - Update every Wed / Kelli [4th Wed @ 10am (5/27)] / MOED Stat [1st Mon @ 2pm (5/4)]
  - Innovation Meeting (WF Stone) / Innovation Award for ICM (WF Stone)
  - Press Conf. for Concierge and Online Bldg. Info (WF Ashley)
  - Excessive Damage IB (SEAOSC Existing Bldg. Committee 5/8—final)
  - Rating for City's Bldg. (500 records done (5/31) / meet w/BOE and GSD) / Eileen gets ok from USRC
  - Back to Business Program (will work on later)
  - Get CP's list (set meeting w/ Kevin 5/4 / Oceanwide (go thru corrections w/ Blake?)
- Cycle - Email (draft 5/6—mail 5/7)--Metro 6/4--VN 6/3--staff in Jun--Code of Conduct (WF arrival--63 locations)
- Listen - Send attendee emails & GM emails?—coordination—6/4 Entitlement—6/5 Permit—6/9 B Permit
- Take Care of Business: for mid managers (after promotion of Sn Engr.)
- Outreach - Package (Translation WF GC) / Present to CBRE?--present to CBRE clients
- EF - DOT is working on—CW Jay in June / FD is working on—CW Vido in June
- Code - Vote (September)
- Presentation - 4, 5, 8, Busciano / $1mil list (4,8)
- Newsletter- 5th (start—final—email CALBO—2500 prints 5/5—CD & MO 5/6--refill)
- Dev. Ref. - Gary's status letter on DCP & BOE (WF Kelli)—meet w/ Kelli (CW Kevin)—PLUM in Jun?
- Karen - WF frame for Reception Area picture? / Conf. Room (TV?—Statements & Customer COC)
  - Private email address and cell number (TT Karen 5/6)
- Meals - Farid / Holly / Terrazas (TT Vido) / Nazario / John / Seleta / Ted Allen / Ed / Tony

**EXECUTIVE OFFICER**

- Takeover - Meet 5/11 for Radar, Calendar, assignments, & DS report / Duties & Expectations (TT Frank)
  - Run Op. Meetings (IB, PEB, CEB, DSCM, Risk/Record, Personnel) / [Finance / Systems]
- P-Card - Frank has to fill some forms?
- Budget - Response Questions to Committee 5/6
  - Staffing - Interview: BCE 5/8 / SSE 5/5 / Pr. Acc.? / Secretary? / 1 Investigator (interview done)
  - Diversity Hiring / Consolidate inspection classifications (draft request--TT Johnny)
  - Sr. BIs (use Sr. Elec) / BMIs / SEAs
  - 16 SEA (1 to call center 5/8--reduce backlog--distribution in July (1 grad, 5 DSCM, 9 EPB))
- Discipline - Velazquez (10 days)? / Ulteras (on hold due to IOD / discharge)
- Relocation- GABS/R&R/CC 5/8--Finance to 7th fl. (expanding floor area / Jul)—TSB to 9th fl. (Aug)
  - GEM (45 people) to 5th fl.?--Soft Story to 8th fl. (Nov)—BuildLA to 8th fl. (Nov)
- EB to PEB- Announcement?—Business cards
- pLAn - Monthly report on action plan to Kelli 5/27
- Soft Story - Data Base (send to MO and CD10) / Working on Condo / Housing Committee 5/13
  - Meet 5/6 (IB, Notification, OTC, Outreach, procedures)
- Placard - WF DOT?
- Motions - ATC Certification (PLUM?)
- Target - Stopped work & no permits / Sunset/Gordon (Order to Vacate 5/21 / Appeal to court (Sep))
- Off-site - CA is appealing the court's 'illegal ban' decision / rejected 78 Clear Channel submittal
  - WF Council on 1) rebuttable presumption on illegal signs & 2) Illegal alterations on legal signs

### RESOURCE MANAGEMENT BUREAU
- SO's radar screen 5/11  /  GABS 3rd Deep Dive? 4/21?)  /  New org chart after CMA
- Proactive Customer Feedback w/FD (meet 5/14)
- Finance  -  EF Report 3rd QTR (May)  /  Liens (CLA reviews LADBS proposals (PLUM/retirees/BBSC)—Council--CA)
- Set a meeting (?) to discuss Reassignment Requests & History Report (before LADBS Staff Meetings)

### TECHNICAL SERVICES BUREAU
- Bldg. Record - Press Conference (WF Ashley)  /  Free Stations?
- Website  -  WF materials to surf and revise 5/14—SMM demo--Implement—Merge LA Community and Delete intranet
- Bldg. Info  -  Demo to me and Frank 5/7—SMM--implement?
- Build L.A  -  WF Kevin for next step  /  Who in MO will run?  /  LADBS as leading department?
- Call Back system (use ITA system)

### CASE MANAGEMENT OFFICE
- 90-day & 180-day Enhancement Proposal 5/15
- DWP Expansion to 3 days for DSCM, Prelim (transformer), ICM (transformer & power pole) (TT Aram 5/8)
- Concierge Station (Online Evaluation?  /  metro cubicles 5/15)
- Expand DSCM w/FD & DWP (Aug)  /  LACLN (WF meeting)

### PERMIT & ENGINEERING BUREAU
- Extend Counter PC to reduce backlog 5/15 (reduce backlog to 15 days by end of Jun)
- DWP (EV charger  /  solar inspection  /  $150,000 training fund) (WF Osama)
- Expand PDPP w/FD (Aug)
- Shoring PC w/ BOE (5/11)
- Peer Review Process (meet w/ Chris Martin 5/7--Crescent Height)
- Kim's job responsibility

### INSPECTION BUREAU
- 90-day & 180-day Enhancement Proposal (review 5/5)
- Organizational Structure (chief—ch/pr.—staff) 5/20  /  Train inspectors on policies 5/13  /  Train Pr.'s on PCIS (Steve)
- ICM w/FD & DWP (2 Sr. BIs in May, serve all 60+ jobs in May)
- Millennium (submit 5/6—issue Letter and Letter to State?)  /  Appeal (CW Michael 5/4)

### CODE ENFORCEMENT BUREAU
- 90-day & 180-day Enhancement Proposal 5/15
- CUB/CUX/CUP Enforcement (2 visits within 3 years for $700  /  Ordinance meeting--PLUM—Council—Mayor)
- Reduce Response Time (working on)  /  Return phone calls

### PROJECTS
- Ray  - Fig North:   Entitlement application submitted (hotel rooms 280 + 600 units)
    - Fig x 17th:   WF Rochelle Lucas (            ) WF email 4/27?  /  Price for large parcel has been raised.
    - 1135 7th:   WF Henry for CD1's meeting  /  Excavation Permit?
    - DT Hotel:   Tiles (WF larger tile—testing-evaluate)
         Net Buildable Area = 164,840 lot x 6 (D limit) = 989,027 allow – 447.738 built = 541,289 sq. ft.
    - Joseph:   12th & Grand, Olympic & Francisco
    - Karatz:   Warehouse/retail to Creative Office (CP is handling)  /  Trip fee
    - Deron:   Church (WF submittal / needs retrofit / no parking issue)  /  MRT (next inspection due 9/16/15)
    - Englander:   Granada Hill Charter High School (WF entitlement approval?—C/O)
    - Englander:   MGA (CW Larian on timeline 5/4—use this a pilot for PDP)
    - Rocky:   800 S. Windsor (health risk report—structural report)
- Colin - Broadway:   Shell permit in Aug
    - T. Lane:   Environmental Review required due to no 2nd egress
- Larry - 901 Strada: Chronology 5/8—interview staff— appeal to BBSC 6/2  /  Criminal and push for demo  /  law suit
    - Batista:   Nicole Chorvat (            )–uncertified fill—finding an attorney--will issue OTC to help
    - CD11:   Old Ranch (Appeal to Planning  /  DBS appeal denied)

### *Radar Screen - Home*

- Ryan Solis (TT 5/5—interview questions)
- Mother-in-law (TT Charlie Poon)
- Trip w/ Lacey 7/9 to 7/13 (set itinerary 5/8)
- Hong Kong Fighting Union (ticket: Call Nelson 5/4)
- Jeremy:  Budget table 5/4  /  Purchasing Condo
- Order LABXG clothes (check sizes 5/9—place order 5/13)
- Sort prints--Decide which one to order--order prints--put hard copy pictures into album.
- Debbie – TT David Batista
- Ticket for Dennis (order before Jul)
- Chinese Consulate (Check w/ Xu in May)
- Dinner:  Batista (set date)  /  JH and family, George, and Jeremy (TT George 5/3)

### LABXG

- Set training routine for Wed and Sat (Basic / 2-people / Footwork & Technique / Bag / Pad) 5/4-5/10
- Set Spread Sheet for Levels 1, 2, 3, 4, & 5  /  Bag & Pad
- Practice w/ Jeremy
- Warm up  /  Conditioning  /  Technique Drill  /  Shadow Sparring  /  Control Sparring  /  Strategies
- Website & Video (TT Alex)

| School |  | Self |  |  |
|---|---|---|---|---|
| IC – GE | 30 | JM 3 | CW 5/12 | 10 |
| JL – GE | 20? | AH 3 | CW |  |
| TF – GC | ? | DR 2 | CW JH |  |
|  |  | JL  2 | TT |  |
|  |  | SF 3 | TT |  |
|  |  | JN / JL | FU | 20 |
|  |  | Yuan - GC |  | 10 |
|  |  | Wang - GC |  | 5 |
|  |  | Fu - GC |  | 5? |
|  |  | Lee - GE |  | 5 |