# Government Exhibit 7

*Radar Screen - Work*                                                                                                         11/22/2015

**GENERAL MANAGER**
- Leadership - Assemble draft slides 11/25, 11/30, & 12/1—Outline draft slides
    - Prepare for Workshop #1—Workshop #2—Workshop #3—Workshop #4 --handouts
    - Send invitation (TT Nani 11/25)—check RSVP
    - Workshops 1/26, 2/2, 2/9, 2/23
- Listen         - List to agencies (WF Ashley to finalize)—meet w/ agencies—finalize list—list to Industry—meet w/ industry
- PW             - List to Kevin & Monica—Brainstorm partnership plan with BOE (Dec)—present to Kevin & Monica?
    - Plan check and inspection partnership w/ BOE (WF 2nd meeting)
- CP             - TT Kevin and Jason on Expedite fee
- Meetings   - ECPC, PDPP, ICM, & RHEP 12/2  /  set meet w/ Concierge & DSCM 11/23
    - New Employees Orientation?
- PerformanceStat - SMs discuss w/ MMs (PEB? / TSB? / CEB almost done / RMB 12/14 / IB & DSCM done
- Mayor Off  - Update every Wed  /  Kelli [4th Wed @ 10am (12/23)]
    - ICM Innovation Awards (WF Ashley to determine "site" so to decide which projects should be invited)
    - Excessive Damage (WF council)  /  Rating of City's Bldg. (129 * and **)  /  Back to Business Program
- Karen        - Plaque for "My Statements"
- Newsletter- 8th (start—final—email—2500 prints—1800 to CD, MO, & DSCs—refill)
- LAFD-EF   - PLUM (WF)—Council--implement in Jan  /  DOT (TT Seleta after FD)
- Dennis      - Check w/ SO 11/23—transfer 12/1  /  $20,000 for George (George will TT SO)
- Awards    - CALBO Department of The Year (start 2016)
- Meals       - Tony 11/23  /  Sharon (schedule 11/23)
    - Nazario  /  Enrique  /  Ed  /  John  /  Flint (WF)  /  Kevin J  /  Wendy
    - Seleta 9/11  /  Gary 9/29  /  Marcie 10/7  /  Santana 11/6  /  Michaelson 11/7

**EXECUTIVE OFFICER**
- 1-on-1       - Radar, Calendar, **Evaluation**  /  Monthly meet for assignments & DS report
- Vision        - 4th draft 11/23
- Supporters- List Supporters (work on mine--merge my list w/ Frank's)--meet with supporters
- Bureau Chiefs Training Rotation (TT Larry, Lincoln, & Ifa)
    - [Jan - 1st round: Larry (PEB) / Lincoln (IB) / Ifa (CEB)]
    - [Feb - 2nd round: Larry (CEB) / Lincoln (PEB) / Ifa (IB)]
- Budget     - Ask SO to check on DPO III position
- Evaluation- Frank evaluate EMs (1 per week?)—Frank's self-evaluation—Evaluate Frank
    - Work on Expectation of LADBS Managers w/ Frank (after Leadership Workshop)
- Staffing    - BMIs (re-exam)  /  2 Pr. Clerk  /  Chief Accountant (try in Dec)
    - Consolidate inspection classifications (Gina prepares memo for Johnny's review?—TT Johnny)
    - Out of State Diversity Hiring (Jan)
- Lina          - WF approved by MO—Cynthia's position--start)
- Invest & Audit - Eugene Day (inform Ethic 11/23)
- Relocation- Welcome Home Party? (will chip in)
    - Green & Elec to 5th fl.?  /  TSB to 9th fl.?  /  Soft Story to 8th fl. (221 5th temp Jan)  /  BuildLA
- Soft Story - Timeline 11/23  /  Effective (11/22)--Courtesy notice (Jan)—order to comply
- Concrete  - Timeline?  /  Effective (11/22)—establish list—courtesy notice—order to comply—checklist
- Placard    - Send email to all LADBS staff and to thank DOT (WF DOT's stickers)?
- Shoring PC w/ BOE (Notification?--Implementation date?)
- CEQA on Demo – add 40,000 historical significant projects to PCIS to require a sign off at CP counter
- Motions   - ATC Certification to PLUM (pending on scheduling)
- Off-site    - Back to PLUM?—Council (1) Sign Districts & (2) No Amnesty (determined by CPC)

**RESOURCE MANAGEMENT BUREAU**
- SO's radar screen 11/23 / CMA (WF cert?) / MA (WF screening write up)
- Private cell number (email to the 153 staff—bureau chiefs will call—SMM 11/23)—HMRS
- Change cell phone and service provider (testing new phones to select vendor—new phone (Jan))
- Finance    - EF Report 2nd QTR (Jan) / Liens (CLA reviews LADBS proposals (PLUM/retirees/BBSC)—Council--CA)
- Set a meeting to discuss Reassignment Requests & History Report

**TECHNICAL SERVICES BUREAU**
- <u>Website</u>    - Meet w/ SMs for content 11/24—focus group--[delete Community & intranet]—implement (Jan)
- <u>Bldg. Info</u>  - Show to SMM 11/24--implement 11/30
- <u>Smart Boards and Video Boards</u> (meet w/ bureau chiefs to determine order number and locations 11/24—order)
- <u>Build L.A</u>  - Preparing contract--TT CA to expedite contract
- Kiosk at counter (order new ones)   /   Data Card replacement?
- WTC Web

**CASE MANAGEMENT OFFICE**
- <u>DWP Partnership</u> -  Transformer Prelim   /   Transformer & power pole (biweekly meeting to review procedure)

**PERMIT & ENGINEERING BUREAU**
- <u>Expanded Counter PC</u> for Elec and Mech (CW Osama 11/24)
- <u>DWP Partnership</u> (solar installation (CW Osama 11/24)   /   $150,000 training fund (WF Osama)
- <u>Expand PDPP w/FD</u> (Jan)
- Revise Peer Review's protocol & criteria 11/24--wxpand peer reviewer list 1/5—notification)
- Distribution of Pr. & Sr. Clerks   /   Kim's job responsibility (code amendment done Jan 2016)

**INSPECTION BUREAU**
- BMIs' performance (WF new staff to come in)
- <u>Expand ICM w/FD</u> (Jan)
- Fix statistic inconsistency between quarterly report and weekly report 11/30
- RL's $495,000 settlement (going to council—happy hour after council approval (Jan))

**CODE ENFORCEMENT BUREAU**
- Backlog reduction to 50% complaints responded in 10 days (Jan)
- <u>CUB/CUX/CUP Enforcement</u> (2 visits within 3 years for $700   /   Ordinance meeting--PLUM—Council—Mayor)

**PROJECTS**
- Ray    - Hazen:       TFAR review process (WF bid to come back?—select reviewer--result)
  - Joseph:      12th & Grand (biweekly Prelim?   /   monthly B permit)
    Submit as apt (Nov)—CP application (Jan)--construction (Apr)—entitlement (May)—done Mar 2018
    Meet for all projects—meet w/ all agencies
  - Atlas:       WF meeting w/ Goldburger & JN--meet for all projects—meet w/ all agencies
  - Bea Hsu:     Related (call 11/24--submittal in Dec?)
  - Henry:       1147 7th (submittal in Dec?)
  - Ricky:       1135 7th (No verification as apartment yet   /   going through entitlement)   /   Xia
                 400 S. Broadway (submittal in Dec?)   /   Shanghai Construction
  - MRT 3960 Hepburn: will revise permit for storage w/ interior door and no footing for garage door   /   due 3/15
- CNG   - Stuart:      1000 Hanover (call 11/23)
  - Rocky:       800 S. Windsor (AL is reviewing hazardous and structural reports--structural report)
  - Kristina:    Her friend (WF soil reports & fact finding   /   illegal construction)
- Ara   - M. Chang:   411 Normandy (WF plans to come in   /   met w/ Kevin)

## *Radar Screen - Home*

- X'mas Cards (buy cards 1128—notes 11/25, 11/27. 11/28. 11/29)
- Take winter clothes (11/27)  /  Take shirts for tailoring (11/28)  /  Recycle (11/28)
- 12 / 9 (Linda works on the List 11/24—call Brandon and Earnest to set meeting—meet to pass on info)
- Herb's birthday ▮ (TT Bai about title 11/23  /  TT Ricky (5) 11/23  /  TT Joseph 11/26  /  from Mr. Wang)
- Lot      - 1 page layout (done)  /  Fees (done)
  - Cost (send to Sam? & send to BG 11/24)
  - Finance analysis (WF GC?)
  - Set JB's meeting (WF GC?)--meet w/ DOT for questions
  - Data base—road trip—review plans
- Anthony Wong (close in Nov)
- JN will set up meeting w/ CP (TOT)  /  Set meeting w/ Kevin (after TFAR)
- Negotiation w/ Petroleum building (set options--TT JH about Richelle's deal?
- TT JH & Huang Wei:      Sign & build (164,840 lot x 6 = 989,027 allow – 447,738 built = 541,289 buildable)
                          Payment now and collapse loan
- John Ek
- Dinner w/ (GD 11/23  /  LG 12/7  /  AS 12/15  /  OY 9/30  /  JB 10/1)  /  Breakfast w/ (SO  /  PC 11/19)
- R class 12/4
- Notify    - MO (Feb): Kevin (dinner)--Kelli (meeting)
  - SMs (Fe b): Dinner
  - MMs (Feb): last workshop
  - Staff (Mar): staff meeting
  - Industry (Mar): meeting ask for support for Frank
  - GMs, etc.
- Party    - In house gatherin
  - Party?
  - MO
  - Council
- Mom's neighbor (Follow-up w/ Email to code enforcement?  /  went out on 9/21  /  Police ▮▮▮▮▮ )Jeremy: Budget table  /  Purchasing House (looking)
- Sort prints--Decide which one to order--order prints--put hard copy pictures into album
- Bobby's physical examination

## LABXG

- Exam for Alex? and Yan Yan 11/24
- Set Own training routine  /  Revise Sparring  /  Revise "Levels of Learning" – the 5th level
- Set Training for Tournament
- Website & Video (TT Alex)