# **Government Exhibit 8**

# Radar Screen - Work                                                          5/1/2016

## GENERAL MANAGER

- Presentation – WTC RE Conf. (Ray / Frank / Vido / Vince / Joel / County / SM) TBD
- Partners  -  **PW** (meet for final 5/3—call Joel and meet 5/3 --Joel call a meeting w/ PW GMs —meet—revise--finalize)
  - **DOT** (meet for final 5/3—show Seleta 5/10—meet with DOT to revise 5/17--finalize)
  - **DCP** (meet w/ Kevin 5/4—meet w/ Vince to revise 5/13--finalize)
  - **HCID** (TT Rush 5/4 & set meeting w/ industry—start to draft partnership)
  - FD (review and update   / 12 out of 16 done)
  - DWP (review and update   /  8 out of 12 done)
- MDS  -  **Monthly Meeting** 5/5 [Replacement (CW Shahen) / Dave Schwartzman] (review projects' slides 5/4)
  - Oceanwide & City Century (set 2nd meeting after 3/30)] same day
  - Crescent Height (WF Afriat)
  - Pacific  5/27 (email to request attendance—review projects' slides)
- Workshop -  **Full Version** (finalize 5/2--send to managers 5/3—Send print to GSD for **hard copy** 5/4--Send hard copy)
  - **Lecture** (revise lecture according to *Full Version*)
  - Create **Reminders** (revise w/ Shahen 5/6)
- Tutor  -  **1st group** (ask for Radar 1st draft?—review 5/4—resubmit 5/9—prepare lecture 5/9–workshop 5/11
  - 2nd group (ask for Radar 1st draft 5/4—review—resubmit—prepare lecture–workshop
- Evaluation-  Supplemental Evaluation (CW Gina's email 5/2—review 5/6—announce—implement)
  - Frank, Osama, Ara, & Shahen (ask for self-evaluation 5/6—review & evaluate 5/12—meet to discuss)
- Positions  -  CP XO, CA, & FD Funding (TT Deron & Andrew 5/3)

------------------------------------------------------------------------------------------------------------------------

- Meeting  -  New Employees Orientation (CW Gina on slides 5/2—revise slides--meeting 5/24)
  - LADBS Staff Meetings 6/1(metro), 2 (Wilshire), 7 (WLA), 8 (VN), & 9 (metro) (revise slides—SMM 5/19)
- Mayor Off  -  Update every Wed  /  Kelli [4th Wed @ 10am (5/25)]  /  Submit 5/16
- Newsletter-  11th (draft 6/10—start —final—email—2500 prints— CD, MO, & DSCs 5/2—refill)
- Meals  -  John & Tony w/ Frank, SO, & Larry 5/9  /  Seleta 5/9  /  Ralph 5/19
  - Set lunch w/ Sharon & Karan 5/6  /  WF meeting w/ Wendy
  - Ennique 2/3  /  Ed 2/4  /  Nazario 2/16  /  Marvin 2/23  /  Gary 9/29  /  Marcie 10/7
- Kevin (after promotion)  /  Jason 5/17 (send invitation 5/4)  /  Tyler

## EXECUTIVE OFFICER

- Budget  -  Budget memo on BCE II & CEB subs 5/2—B&F 5/5
- TO  -  Merge DS report with Frank's Vision (CW Frank 5/2)—prepare new slides w/ Shahen
  - Meet 5/6 (his radar & calendar, finance, staffing, assignments, weekly update, newsletter)
- Staffing  -  Chief Accountant (WF interview questions?—review)
  - Consolidate inspection classifications (WF Personnel Department)
- Concierge & DSCM, ECPC & PDPP, ICM, & RHEP (85% done)  /  ECPC Appoint (TT Frank & Osama 5/6)
- Homeless  -  Permanent Ordinance (WF next step /  permit required)
- Affordable -  Turnaround 15 days  /  add # units and level to permit
- pLAn  -  Existing Buildings' Efficiency (Osama CW Max?  /  Fee & Fine?—PLUM—council--MO)
- Soft Story  -  Order to comply (to be sent in May)
- Concrete  -  Plan (Establish list--courtesy notice—OTC—checklist)  /  effective 11/22/15
- Seismic  -  Rating of City's Bldg. (129 * & **)  /  Rapid Assessment (WF Marissa)
- Placard  -  WF DOT's stickers--Send email to wrap up this matter
- Shoring PC w/ BOE (Notification & Implementation 5/9)
- Off-site  -  CPC to PLUM (May)—Council (1) Sign Districts & (2) No Amnesty (determined by CPC)

## RESOURCE MANAGEMENT BUREAU
- Universal Cashering (meet 5/4)
- Landmark Forum Training (getting a package deal—notify SMs)
- Relocation-  CEB & Grading to 221 11th & 12th (Aug)
- Finance    -  EF 3rd QTR Report (May)
- Liens to BBSC (prepare report to change ordinance to send to BBSC?—TT Michaelson)
- Promotion - TT Deron (Dennis & Jordan ($20,000))--Change MOA--put money in FSR)
- WTC        -  Innovative Fund (Stephen TT Miguel Sangalane)
- Generate report for FD proactive customer feedback program (setting up reporting system)

## TECHNICAL SERVICES BUREAU
- Website    -  delete Community (end of May)   /  Webmaster
- Set up monthly meeting w/ all bureaus to discuss IT priority
- WF Gio's talk w/ Linda Ka?  /  protocol to ensure accuracy of reports
- Video Boards (installed 5/26)  /  Performance dashboard
- Build L.A  -  finalize contract?--TT CA to expedite contract

## CASE MANAGEMENT OFFICE
- DWP Partnership -  Transformer & power pole (meet 5/5 for 1-page white paper)

## PERMIT & ENGINEERING BUREAU
- DWP Partnership simplify solar installation (WF unfair labor lawsuit against FD is over)
- Expand PDPP w/FD (weekly report)  /  **PC Case Manager** (TT Frank and Osama 5/6)

## INSPECTION BUREAU
- BMIs' performance (24 offers made?)  /  Expand ICM w/FD & DWP (TT all $10 mil projects--May)
- Old Ranch (will appeal the 5-year determination to Board of PW--appeal to lift temp. suspension of permit extension)

## CODE ENFORCEMENT BUREAU
- **PACE for CD 8**
- CUB/CUX/CUP Enforcement (2 visits within 3 years for $700   /  Ordinance meeting--PLUM—Council—Mayor)

## PROJECTS
- Meet w/ Seleta 5/10 (w/ Oceanwide, Dr. Lee, Hazens, & Atlas) arrange meeting 5/4
- Hazens:      Auto parking 5/3  /  WF revised timeline
- Joseph:      1233 S Grand: (apart or condo?)—construction?—entitlement?
              L.A. Gateway:   Public Benefit (Hotel) + Public Amenities (Plaza, streetscape.) + Sign District (at corner)
                            No GPA / no Zone Change
                            TT Kevin for 1-page proposal 5/3 --Set a meeting w/ (JN & Kevin) discuss GPA vs TFAR
- Linc      -  JN:        Larchmont (Lincoln is waiting for CP's reply to his email and final determination)
- Shahen    -  Kyndra:   905 2nd Street (County is okay with connection   /  will issue TC/O of w/ BOE's sign off)
- Ed / Patrick: 1247 7th (not submitted yet)  /  7th 1135 7th (No verification yet  /  going thru entitlement)
- CNG      -  Stuart:    1000 Hanover (obtain clearance from Urban Forestry  /  verification 3/31)
           -  Rocky:    Windsor (WF letter from Engineer?—Jack will take the lead to get CO Appropriateness)
           -  Kristina:  Her friend trying to convert garage into a theater (WF come back)
           -  MRT:     3960 Hepburn (WF final inspection)

## *Radar Screen - Home*

- 12 - Yuan (up to JN)  /  Lin 5/5  /  TT FS 5/3  /  TT Andy Wang 5/12
- 9 - Feng (WF a date for event)  /  Yuan (done)
- 15 - Wang (TT GC 5/3), TT Andy Wang 5/12

---

- JN - CW Steven Cheung about membership 5/5  /  TT JN more about DWP, Port, and LAWA
- Andy - Dinner 5/12
- Parking - TT JV to delay RFP after June 5/5—**start to prepare RFP**
  - trip to Tsing Tao (10/3-10/9)
- Paramount - WF letter from GM protesting the suppl;emental agreement—**prepare white paper** to inform Sharon
  - GC's Lunch w/ Thorton (not successful  /  Federick Huntsberry)

---

- Yuan - Dr. Lau (set a meeting w/ Yuan when he comes?)
  - Petroleum building (Issues (podium, distance between bldgs., & sign) (GC asks Curren to mention?)
  - Meet w/ EG (send a note to Ana for a meeting 5/6)
  - Rosemead (sit tight)  /  SD gathering info about running for council

---

- Huang - Building (164,840 lot x 6 = 989,027 allow – 447,738 built = 541,289 buildable) [WF Kato's design]
  - District (meeting w/ JH and him to discuss payment 5/6  /  collapse loan)
  - Junnene Chen (WF documents—TT JH)

---

- Letter - 1st draft 5/1—2nd draft 5/7—show to Deron 5/12—notify Kevin--submit 5/15--group counseling 5/25
- Notify - SMs 5/26 at dinner--Staff at LADBS Staff Meetings
  - Personally notify 14, 10, 9, 12, 15, 13, 2, 5, 11, 4, 8, 15, & 1
  - Personally notify GMS—reception to say goodbye
  - Calls to close industry people
- Part - **Set date and place** (TT GC 5/2)—create flyer—send invitation by Frank
- Events - Mayor's / council retirement reception
  - Council Scroll
- Get birthday of senior managers

---

- Jennifer's trip (call Ricky for hotel room (2 queen beds & a crib) 5/3—**plan for the visit**)
- Dinner w/ (OY 9/30  /  LG 4/21  /  **GD 5/6**  /  JB 2/2  /  AS 4/5  /  SO 3/16  /  PC 11/19)
- Birthday dinner ▮
- Remodel (WF Tan's plan—permit 6/15  /  design room by room
- Shoe Soles  /  Fix headlights
- Rose Hill (get location from Sonya)
- Mom's neighbor (CW Sham  /  CW code enforcement  /  went out on 9/21  /  Police ▮▮▮▮▮▮)
- Sort prints--Decide which one to order--order prints--put hard copy pictures into album
- RE Broker License (call Gerald in July)
- Jeremy: Radar  /  Budget table  /  Purchasing House (looking)

## LABXG

- Video for Continuous Sparring
  - Merge Sam's clips into two fights (email version)
  - Merge all clips into fight by fight (google version and a disc)
  - Reveal clips--analyze the fight with LABXG?
  - Pick the best techniques for continuous sparring
  - Decide how to train from this point and on (more kicks, stamina, etc.)
  Continuous sparring – strategy, attack and defense skills, light, fast, and accurate, save energy for many fights
- Set own training routine  /  Revise Sparring  /  Revise "Levels of Learning" – the 5th level Strategy
- Alex's video
- Website (TT Alex)

* SUBJECT TO PROTECTIVE ORDER – Sensitive Material *

 Casino_0028237