# Government Exhibit 5

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry  01/13/2020

On February 21, 2019, RICKY ZHENG was interviewed at the United States Attorney's Office, 312 N. Spring Street, Los Angeles, California. Also present in the interview were ZHENG's attorney, Evan Jenness and Assistant United States Attorney ("AUSA") Mack Jenkins and AUSA Veronica Dragalin. A translator was present for the interview. After being advised of the identity of the interviewing Agents and the nature of the interview, SITU provided the following information:

*[Agent Note: Prior to the interview ZHENG was advised that the interview was voluntary. ZHENG was instructed that he could leave at any time and that he had the right to consult with his attorney. ZHENG was advised that lying to the FBI was a federal offense and that lying included omitting information. ZHENG affirmatively acknowledged he understood all of these admonishments and that he must be completely truthful. ZHENG consented to record the interview.]*

*[Agent Note: The Agent's notes were inadvertently saved over while drafting this FD-302.]*

**The below names and topics were discussed during the recording. This report is not intended to be a verbatim account of the recording, and does not memorialize all statements made during the recording. The recording captured the actual words spoken. The original recording is being maintained in the ELSUR section of case file 194B-LA-255905, 1D337 & 1D338.**

**$250,000 CASH**

ZHENG voluntarily provided $250,000 in cash to the FBI (memorialized in 194B-LA-255905, serial 1324). The $250,000 cash belonged to GEORGE ESPARZA. Around May or June 2017 in the late evening, ESPARZA brought the cash to ZHENG's residence and directed ZHENG to "store" the money for ESPARZA. At the time, ZHENG did not know where the money came from or the purpose of storing the money for ESPARZA. ESPARZA later told ZHENG that the money belonged to JOSE HUIZAR.

Before ESPARZA arrived at ZHENG's residence, ESPARZA called ZHENG and told ZHENG that he needed to come over. ESPARZA arrived at ZHENG's residence and met ZHENG inside of ZHENG's garage. ESPARZA had two whiskey boxes which ZHENG believed to be

---

Investigation on  02/21/2019  at  Los Angeles, California, United States (In Person)

File #  194B-LA-255905                                      Date drafted  02/21/2019

by  Andrew R. Civetti, LOGAN ROBERT ANTHONY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Casino_0368251

bottles of whiskey. ESPARZA told ZHENG that there was $250,000 in cash in the boxes. ZHENG observed the money in the boxes, but did not initially count the money. ZHENG later counted the money (all $100 bills) which was bound in $10,000 stacks (25 stacks) contained by rubber bands and white bank slips. ZHENG could not recall if ESPARZA was present when ZHENG counted the money. ZHENG did recall meeting ESPARZA in the garage and then entering the residence and sitting with ESPARZA at a small table. ZHENG then observed the cash and this may have been when ZHENG counted the $250,000.

ZHENG removed the cash from the boxes and placed it into ZHENG's safe located inside of ZHENG's residence. The boxes did not fit in the safe and ZHNEG disposed the boxes. ZHENG mixed ESPARZA's money with money ZHENG already had in the safe. Since 2017, ZHENG spent some of the cash and then replenished the cash to maintain at least $250,000 in the safe. ZHENG understood that the $250,000 was to be returned to ESPARZA and/or HUIZAR at some point. The money ZHENG provided to the FBI was not the exact money from ESPARZA, just the amount of money.

Approximately one month after providing the cash to ZHENG, ESPARZA disclosed where the money came from and why. ESPARZA told ZHENG he received the money from a friend or associate, but ZHENG could not recall the friend's name. ZHENG could not recall if a male or female provided the cash to ESPARZA. The name was not Chinese. ZHENG would have remembered if the friend was Chinese. ESPARZA said HUIZAR asked ESPARZA to obtain and store the money for HUIZAR. ZHENG believed the cash was not from a family member, but from a businessman. ESPARZA did not disclose why the money was provided to ESPARZA/HUIZAR. ESPARZA said multiple times it was for HUIZAR and ZHENG understood that ESPARZA would return at some point for the money. ESPARZA did not say when he needed the cash back.

ESPARZA told ZHENG that he spoke to the FBI and was worried the FBI would search his house and find the cash. Over the past two years, ZHENG asked ESPARZA if he wanted the cash and ESPARZA continued to tell ZHENG to hold on to it. ESPARZA told ZHENG they could split the money, but ZHENG told ESPARZA he did not need cash and would hold onto it for ESPARZA. ESPARZA asked ZHENG to transfer the money or get rid of the money, but ZHENG lied and said he already did get rid of the cash. ESPARZA wanted ZHENG to store the money somewhere else and not keep it in ZHENG's residence. ZHENG understood that "get rid of the cash" did not mean to literally get rid of it, but to conceal the cash in a different location. ZHENG understood that ESPARZA wanted access to the cash and for it to be returned, but did not want ZHENG to have the cash at ZHENG's residence. ZHENG planned to return the cash to ESPARZA, but would not have given it directly to HUIZAR.

ESPARZA told ZHENG that HUIZAR told ESPARZA to keep the money at ESPARZA's residence. ESPARZA received the cash for an associate, brought the cash to HUIZAR,

and HUIZAR directed ESPARZA to keep the cash for HUIZAR until a later date. At the time, ZHENG did not think about whether the activity was criminal. Sitting in the interview today, ZHENG understood that they cash and coordination for concealing the cash may be criminal.

ZHENG found the situation to be odd and did not understand everything because of the language differences with ESPARZA. ZHENG's English was limited. ZHENG knew ESPARZA worked for HUZIAR for the City of Los Angeles. ZHENG knew that HUIZAR was a councilman and represented Downtown Los Angeles. ZHENG knew ESPARZA was not a banker. ZHENG was also not a banker. ZHENG did not ask questions and agreed to "store" the money for ESPARZA. ZHENG understood the cash was provided to ESPARZA by a friend or associate, the cash belonged to HUIZAR, and ESPARZA needed ZHENG to keep the money for ESPARZA because of fear of the FBI. ZHENG did not believe anyone knew about the money expect himself, ESPARZA, and HUIZAR.

This was not the first occasion that ESPARZA provided cash to ZHENG to "store" for ESPARZA. ZHENG did not care about the purpose of the cash concealment. ZHENG just wanted to help ESPARZA and be a good friend. ZHENG did not ask questions about the origin of the cash.

**WEI HUANG**

ZHENG's relationship with HUANG started as friend. HUANG later hired ZHENG around 2016 for approximately one year. ZHENG was the landlord representative for both of HUANG's hotels. HUANG was the Chairman for SHENZHEN NEW WORLD. HUANG owned two hotels, LA HOTEL and UNIVERSAL SHERATON, in Los Angeles.

**JOSE HUIZAR**

ZHENG believed he met HUIZAR and ESPARZA in approximately 2013. HUANG invited HUIZAR to HUANG's residence and asked ZHENG to make dinner. ZHENG did not know the purpose of the dinner. ZHENG initially thought HUIZAR was a friend of HUANG's and did not know he worked for the City. ZHENG heard from HUANG that RAYMOND CHAN introduced HUIZAR to HUANG and that HUIZAR worked for the City. ZHENG came to know that HUIZAR was a Councilman and that ESPARZA worked for HUIZAR.

ZHENG went to Las Vegas, Nevada with HUANG, HUIZAR, and ESPARZA. HUANG wanted to gamble and asked ZHENG to arrange the trips. HUANG provided ZHENG a list of people to invite.

**LAS VEGAS**

ZHENG went to Las Vegas "many many times." The only public officials that attended with HUANG and ZHENG were HUIZAR and ESPARZA. On at least one occasion a retired law

enforcement guy, LARRY LNU, attended. ZHENG believed LARRY was a Sheriff from Los Angeles. The party took a private jet to Las Vegas on multiple occasions. The plane fit thirteen people

When gambling, HUANG provided casino chips to HUIZAR and ESPARZA. If HUIZAR and ESPARZA won, HUANG would exchange the chips to cash and provide it to HUIZAR and ESPARZA. HUIZAR/ESPARZA could not exchange the casino chips to cash. ZHENG personally have cash to HUIZAR and ESPARZA. The cash was HUANG's. ZHENG never provided his personal cash to HUIZAR or ESPARZA. ZHENG could not remember the amount of cash, but remembered providing cash many times. ZHENG recalled at least ten occasions in which HUANG provided HUIZAR casino chips and subsequently cash.

HUANG, ZHENG, HUIZAR, and ESPARZA ("the party") typically went to Las Vegas every time that HUANG came to the United States from China. HUANG lived in China, but had family and a residence in Los Angeles. It was habit for HUIANG to provide casino chips to everyone. Sometimes HUANG provided $20,000 worth of casino chips to HUIZAR. The amount of casino chips varied each time and depended on much HUANG won. The amount started at $20,000, but was typically $5,000 or $10,000 each time. ZHENG and ESPARZA always received less than HUIZAR. ZHENG and ESPARZA typically only received $2,000. Cumulatively HUIZAR received between $100,000 to $200,000 worth of casino chips and cash from HUANG in Las Vegas. It did not matter who all was present, HUIZAR always received the most amount of casino chips from HUANG. Sometimes HUANG provided the chips to ZHENG and then ZHENG passed them to HUIZAR. ZHENG told HUANG on multiple occasions no to invite HUIZAR and ESPARZA to Las Vegas. ZHENG was worried about there being a problem such as today meeting with the FBI.

**GODOY SETTLEMENT**

HUIZAR had some type of law suit against him for sexual harassment. HUANG told ZHENG that CHAN told HUANG to loan money to HUIZAR. HUANG told ZHENG that HUIZAR needed $600,000. HUANG, CHAN, and HUIZAR had a meeting to discuss the payment to HUIZAR. ZHENG knew about the meeting and settlement situation because HUANG asked ZHENG's opinion. ZHENG told HUANG that he could not provide the $600,000 because HUIZAR was a government official. ZHENG's opinion did not matter because HUANG said he already promised to CHAN and HUIZAR that he would provide the payment. ZHENG did not know why HUANG promised the payment, just that he did in fact promise to pay.

ZHENG told HUANG he should get an attorney and make some type of contract or agreement with HUIZAR. CHAN spoke to HUANG about the arrangement. HUANG told ZHENG to get an attorney to help them with the payment. CHAN was the one convincing HUANG to loan the money to HUIZAR. ZHENG was not sure if HUIZAR was telling CHAN to speak to HUANG.

ZHENG was not sure at first why CHAN was involved. HUANG told ZHENG that CHAN wanted to "save his position with the City." CHAN's department was expected to be taken away and replaced by another department. HUIZAR could help CHAN save that department. HUANG told ZHENG that is what happened and that this occurred after the loan was paid.

HUANG put the money in the bank and HUIZAR loaned the money from the bank. The money from HUANG was a security for the loan from the bank. Every month HUIZAR would pay the interest to the bank. The agreement was that HUIZAR would repay all of the money by 2020, and then the bank would give the money back to HUANG.

The money was not directly provided by HUANG, but was done through GRACE LUCK HOLDINGS, a Hong Kong company. GRACE LUCK HOLDINGS belonged to HUANG's friend. HUANG always wanted to get the money back because he was a little scared. ZHENG advised HUANG that he could not loan money to a government official. HUANG always wanted ZHENG to help get the money back; however, HUANG never told HUIZAR that he wanted the money back or that HUIZAR was expected to pay the money back. At one point HUANG asked ZHENG to get an attorney to get the money back, but HUANG could not get the money back from the bank unless HUIZAR paid the money to the bank first.

ZHENG never heard HUANG or HUIZAR discuss paying the money back to HUANG. ZHENG remembered being a part of a conversation between HUANG and HUIZAR initially about the settlement, but then the attorney was involved and the attorney dealt directly with HUIZAR and ESPARZA. ZHENG was forwarded emails that he would then show HUANG. These emails were part of the conversations leading up to the loan payment.

After the loan was paid, ZHENG did not remember being a part of any other conversations regarding paying HUANG back. HUANG never showed any type of anger to HUIZAR and was always happy and jolly with HUIZAR. HUANG never expressed that he was afraid of HUIZAR. HUANG and HUIZAR named each other brother and had a mutual respect for each other. HUANG never expressed anger or fear of CHAN. HUANG, CHAN, and HUIZAR "were brothers." Sometimes CHAN spoke bad things about HUANG in front of ZHENG because CHAN thought HUANG took things too seriously.

**DEVELOPMENT**

HUANG wanted to build the highest tower in Los Angeles. HUANG brought the concept up in casual conversation. HUANG had a meeting with the Los Angeles Planning Department ("the Planning Department"), Los Angeles Department of Building and Safety ("LADBS", and Council District 14. The meeting included CHAN and HUIZAR. The "highest tower" was expected to be adjacent to HUANG's LA HOTEL. HUANG told ZHENG about the meeting, but did not tell ZHENG how the meeting went. ZHENG was not aware of the date of the meeting, but did know that the meeting occurred. HUANG planned for the plans to be

designed by someone in China. ZHENG never saw the plans.

HUANG originally wanted to build additional stories to the current hotel. The foundation was designed for additional stories. HUANG ultimately decided to build an entirely new tower. HUANG also discussed adding additions and spoke to CHAN about the concept. CHAN provided ideas for the project. CHAN advised HUANG not to build an addition, but to build an entirely new tower.

HUANG spoke with HUIZAR about these plans on more than one occasion. ZHENG was not present during the discussions, but HUANG informed ZHENG that he had the conversations with HUIZAR. HUANG requested from HUIZAR a meeting with all of the departments to discuss the project. HUANG told ZHENG that they would talk with HUIZAR and CHAN to discuss how they could help. HUIZAR was aware of the plans to build the new tower. HUANG was aware of HUIZAR and CHAN's "power" to help the project. HUANG knew HUIZAR was in charge of PLUM and knew that HUANG needed HUIZAR in order to approve the project. HUANG also knew CHAN was in charge of LADBS and needed LADBS for permitting. ZHENG was not aware of any benefits provided to CHAN. CHAN did not attend the trips to Las Vegas.

**TRIPS**

ZHENG went to Australia and Las Vegas with HUIZAR and ESPARZA. ZHENG was not aware of any additional trips between HUANG and HUIZAR. ZHENG went to Cabo San Luca, Mexico with ESPARZA, HUANG, HUANG's girlfriend, and another associate. HUANG wanted someone who knew Cabo to attend. HUIZAR previously mentioned he went to Cabo with his family. Only ESPARZA was invited and ended up attending. ZHENG did not remember whether he had a conversation with ESPARZA about HUIZAR attended. It was possible that HUIZAR was initially invited. HUANG paid for the airline tickets. ESPARZA paid for the hotel. ZHENG could not remember whether ZHENG or HUANG reimbursed ESPARZA. It would be normal to pay ESPARZA back. HUANG did not use credit cards. HUANG had ZHENG put things on ZHENG's credit card and then HUANG reimbursed ZHENG.

HUANG originally wanted HUIZAR to treat HUANG on a trip. ZHENG asked ESPARZA to book the trip to Cabo. Not only did HUIZAR have to pay, but also had to pay HUANG's expenses. HUANG just wanted HUIZAR to pay for the hotel. HUIZAR did not want to pay for anything so he did not attend. HUIZAR won a lot of money in gambling so HUANG wanted HUIZAR to pay.

ZHENG and ESPARZA went to China in 2014 or 2015. ZHENG went back to China every April to pay respect to his passed family members. ESPARZA went one year with ZHENG purely for vacation. ESPARZA paid for the airline and ZHENG's friend paid for the hotels. ESPARZA did not meet with any Chinese officials with ZHENG. ESPARZA was with ZHENG the entire trip.

ZHENG did not go on a trip to Pebble Beach. ZHENG was not aware of any trips that HUANG and HUIZAR took alone. It was impossible that HUANG would invite HUIZAR to Las Vegas without ZHENG knowing. If HUANG and HUIZAR went somewhere other than Las Vegas, ZHENG would not know. ZHENG did not play golf so ZHENG was not aware if HUIZAR and HUANG took any golf trips.

**$30,000 CHECK**

*[Agent Note: ZHENG was shown **Exhibit 1**, a $30,000 check from GEORGE CHIANG to ZHENG.]*

The check was dated June 14, 2017 from SYNERGY ALLIANCE to ZHENG for $30,000. The check had "Burrowed to Ricky" in the memo line. ZHENG remembered the check and did receive the check from GEORGE CHIANG. ESPARZA introduced ZHENG to CHIANG. CHIANG was CHAN's assistant and worked for HAZENS. HAZENS was a Chinese company with a development project in Los Angeles.

Sometime in 2017, ZHENG returned from Las Vegas and CHIANG asked ZHENG for $30,000 in cash. CHIANG gave ZHENG this check in exchange for $30,000 cash. CHIANG did not explain why he needed the cash. ZHENG had $30,000 cash at ZHENG's residence and provided the $30,000 to CHIANG at ZHENG's restaurant, HO KEE CAFÉ. CHIANG did not ask for the $30,000 at once. ZHENG remembered providing a portion of the cash to CHIANG on at least two occasions. The cash was provided at HO KEE CAFÉ. ZHENG could not recall the exact time frame, but the occasions happened within a month or two and occurred over 2017. The check was provided to ZHENG first, prior to ZHENG providing any cash. ZHENG deposited the check in his bank account.

ZHENG was not aware what CHIANG was doing with the cash or how CHIANG obtained the money for the check. ZHENG spoke to ESPARZA about the check and ESPARZA said CHIANG wanted to exchange the check for cash. ZHENG could not remember the reasoning for the exchange.

**SHANGHAI CONSTRUCTION**

SHANGHAI CONSTRUCTION was a Chinese investment company that purchased hotels. SHANGHAI CONSTRUCTION had assets and projects all over the world. One particular project was in Downtown Los Angeles at 4th Street and Broadway. ZHENG previously had a connection with SHANGHAI CONSTRUCTION and referred SHANGHAI CONSTRUCTION to a real estate agent. ZHENG did not know the owner, but knew the manager of the company. ZHENG met the manager, WILFRED LNU, in Los Angeles. ZHENG also knew CHARLES LNU and DANNY LNU.

ZHENG had at least one dinner with WILFRED. WILFRED said he wanted to buy additional land so ZHENG introduced a real estate agent. SHANGHAI CONSTRUCTION knew that ZHENG

knew HUIZAR and SHANGHAI CONSTRUCTION wanted to invite HUIZAR to a meal. WILFRED wanted a meeting with HUIZAR because they knew HUIZAR was in charge of the district. Since the dinner with WILFRED, nothing happened. ZHENG was not aware how WILFRED knew that ZHENG knew HUIZAR. ZHENG was expected to receive a commission based referral fee for the introduction.

Originally SHANGHAI CONSTRUCTION asked ZHENG to be a consult. SHANGHAI CONSTRUCTION wanted ZHENG to introduce them to HUIZAR and CHAN. SHAGHAI CONSTRUCTION asked ZHENG to make the introductions, but ZHENG did not think ZHENG had the capability of doing this, so ZHENG turned down the deal. HUIZAR then asked ZHENG to do it and told ZHENG if a deal was made then ZHENG needed to give the money to HUIZAR. HUIZAR discussed this in a parking lot after HUIZAR met with HUANG for dinner. HUIZAR wanted some of the money from the deal. ZHENG thought about the proposal and did not want to give HUIZAR any money. ZHENG was to receive a monthly consulting fee and a portion was to go to HUIZAR. HUIZAR did not provide a number, but asked ZHENG to see how much ZHENG could get HUIZAR from SHANGHAI CONSTRUCTION.

HUANG was not aware of this potential arrangement. HUIZAR did not mention if he told anyone else. ZHENG discussed the arrangement with ESPARZA. ESPARZA and HUIZAR said they would help with SHANGHAI CONSTRUCTION's project, but when ZHENG heard he needed to give money to HUIZAR, ZHENG declined. ZHENG told ESPARZA that HUIZAR wanted a part of the fee. ESPARZA encourage ZHENG to make the deal. HUIZAR told ZHENG that HUIZAR would get most of the fee and some could be provided to ESPARZA, but ESPARZA's share should be less. ZHENG did not want to do it because ZHENG did not like HUIZAR. If ZHENG did do the deal, ZHENG planned to give money to ESPARZA, not HUIZAR. There was ultimately no way to do the deal without utilizing HUIZAR.

**CAMPAIGN**

ZHENG believed that HUANG may have contributed to one of HUIZAR's campaigns. HUANG helped HUIZAR on one of his elections at HUANG's hotel. HUIZAR held a fundraising event at the LA HOTEL. ZHENG could not remember the specifics. HUANG also helped with JOHN CHIANG's campaign. HUANG got his friends to make the contributions. HUANG donated through the company and not personally. HUANG would not contribute personally because HUANG was Chinese and knew he could not donate. SHENZHEN NEW WORLD contributed by checks. HUANG may have reimbursed individuals for their contributions. ZHENG was not sure if HUANG knew conduit contributions to be illegal.

HUANG held an event at the LA HOTEL for HILLARY CLINTON. HUANG asked a lot of people to contribute. ZHENG was not aware whether HUANG reimbursed these individuals. HUANG could not contribute because he was Chinese. HUIZAR asked HUANG to help CLINTON. HUANG was not happy because he could not take a picture with CLINTON. ZHENG was not sure if SHENZHEN NEW WORLD made a contribution.

194B-LA-255905

Continuation of FD-302 of  (U) 02/21/2019 Ricky Zheng  , On 02/21/2019 , Page 9 of 9

### FBI INVESTIGATION

ZHENG was not aware of an investigation into HUIZAR until after the FBI approached ESPARZA. ESPARZA said he and HUIZAR were searched by the FBI. ESPARZA also said he was interviewed. ZHENG could not remember the timeframe that ESPARZA disclosed the information, but thought it may be 2017. ZHENG told HUANG about the FBI after the FBI approached ESPARZA. HUANG did not know about the FBU until ZHENG told him. ZHENG was concerned because ESPARZA told ZHENG that someone took pictures of HUANG, ZHENG, and ESPARZA together.

After disclosing to HUANG about the FBI investigation, HUANG said that they were not to go to Las Vegas with HUIZAR anymore. HUANG believed ESPARZA was just an employee and did not matter. HUANG no longer invited HUIZAR to Las Vegas.