# Exhibit A

# Letter to the American Consulate in Guangzhou

| | |
|---|---|
| **From:** | Harris Chan <harris.chan@sznwusa.com> |
| **To:** | George Esparza <georgesparza@gmail.com> |
| **Date:** | Fri, 17 May 2013 16:00:33 -0700 |
| **Attachments:** | Jose Huizar Letter to Consulate General of the United States of America - Guangzhou.docx (14.52 kB); Business Visa Application for Zhifang Huang.rar (590.01 kB) |

Hi George,

As discussed, we would really appreciate if Jose can do this big favor for the Chairman and our company.  Attached please find the drafted letter for Jose to put on his letterhead and sign.  Please make sure Jose' email address is on the letterhead as we are requesting the Consulate to acknowledge the receipt of this letter.

Once the letter is signed, please send out the letter with the attached copies of the visa application to expedite this process.  Once the Consulate acknowledge this letter, depending on their response, we can discuss on our next steps.

Please thank Jose for us for his help!  Thanks!

**Harris Chan**
*Managing Director*
*Shenzhen New World Investment (USA), Inc.*
345 South Figuoroa Street, Suite 100
Los Angeles, CA90071
T: 213-617-6057  F: 213-621-1556  M: 310-948-5030

Consulate General of the United States of America,
5th Floor, Tian Yu Garden (Phase II),
136-142 Lin He Zhong Road, Tian He District,
Guangzhou, Guangdong Province,
China

To Whom It May Concern:

Re: <u>Visa Application for Zhifang Huang – Shenzhen New World Investment (USA) Inc.</u>

As the City Councilman of Los Angeles, California, representing the Downtown District, I would like to seek out for your assistance to facilitate the business visa application of Zhifang Huang, the Director of Finance of the Shenzhen New World Group, parent company of the Shenzhen New World Investment (USA) Inc.

The Shenzhen New World Investment successfully acquired the Marriott Los Angeles Downtown Hotel in 2010; and then the Sheraton Universal Hotel in 2011. With this investment in Los Angeles, SZNW Investment (USA) Inc. has provided much needed employment opportunities to over 750 citizens of Los Angeles. SZNW Investment is currently at the final phase of their $25 mil total renovation of the old Marriott Hotel, the completion of which will lead to the brand change to the Hyatt Regency brand, providing further enhancement to the hotels portfolio in Downtown Los Angeles. At the same time, SZNW Investment is also investing in a new project, building a boarding school here in Downtown; providing additional employment and stimulating the economy here in Downtown L.A.

Attached please find a copy of the DS-160 Form (in Chinese) filled in by Madam Zhifang Huang, as well as a copy of the Invitation Letter from the SZNW Investment (USA) Inc. (in both English & Chinese). Please kindly acknowledge the receipt of this letter through email (email address listed below).

Thank you for your attention into this matter! We would appreciate it if you can give this application your kindest assistance and support.

Jose Huizar
Councilmember, L.A. City Council District 14

# Visa Application for Zhifang Huang

| | |
|---|---|
| **From:** | Harris Chan <harris.chan@sznwusa.com> |
| **To:** | George Esparza <georgesparza@gmail.com> |
| **Cc:** | george.esparza@lacity.org |
| **Date:** | Mon, 17 Jun 2013 18:28:09 -0700 |
| **Attachments:** | Visa Application for Zhifang Huang.pdf (69.46 kB); Huang Z. F. Visa Application DS-160(201303).doc (47.62 kB) |

Hi George,

I left you a message earlier. This is to follow up on the letter that Jose Huizar helped us to issue to the U.S. Consulate in Guangzhou, China, with regards to the Visa application for the Shenzhen New World Group's Director of Finance, Zhifang Huang.

Since the U.S. Consulate did not acknowledge the receipt of the letter (attached) as requested in the letter, we were wondering if you can assist us and find out who and where at the U.S. Consulate in Guangzhou that we can resend this letter through your office's email address. I have attached Madam Huang's Visa application form, which can be attached for their reference.

Will you be able to help us on this? Please advise.

**Harris Chan**
*Managing Director*
*Shenzhen New World Investment (USA), Inc.*
345 South Figuoroa Street, Suite 100
Los Angeles, CA90071
T: 213-617-6057  F: 213-621-1556  M: 310-948-5030



JOSE HUIZAR
COUNCILMEMBER, 14TH DISTRICT

Consulate General of the United States of America
5th Floor, Tian Yu Garden (Phase II)
136-142 Lin He Zhong Road, Tian He District
Guangzhou, Guangdong Province,
China

To Whom It May Concern:

Re: Visa Application for Zhifang Huang – Shenzhen New World Investment (USA) Inc.

I am respectfully asking for your assistance in facilitating the business visa application of Zhifang Huang, Director of Finance for the Shenzhen New World Group, parent company of Shenzhen New World Investment (USA) Inc.

As the Councilmember representing Downtown Los Angeles, I am thrilled that Shenzhen New World Investment (SZNW) successfully acquired the Downtown Los Angeles Marriott Hotel in 2010 and the Sheraton Universal Hotel in 2011. With this investment in Los Angeles, SZNW Investment (USA) Inc. has provided much needed employment opportunities to over 750 citizens of Los Angeles. SZNW Investment is currently in the final phase of its $25 million complete renovation of the old Marriott Hotel, which when completed will be re-branded as a Hyatt Regency Hotel. This newly designed hotel will go a long way in providing additional hotel rooms, which are much needed in Downtown Los Angeles due to our expanded tourist and business needs in recent years.

SZNW Investment is also investing in another significant project in Downtown Los Angeles, a boarding school that will provide additional jobs and help stimulate our local economy in the City of Los Angeles.

Attached please find a copy of the DS-160 Form (in Chinese) filled out by Madam Zhifang Huang, as well as a copy of the Invitation Letter from the SZNW Investment (USA) Inc. (in both English and Chinese). Please kindly acknowledge the receipt of this letter through email (email address listed below).

Thank you for your attention in this matter. I would greatly appreciate it if you could please give this application your kindest assistance and support.

Sincerely,

José Huizar
Councilmember, L.A. City Council District 14

Casino_0004147