# Exhibit C




**Extraction Report** - Apple iPhone

## Participants

  +15623055579

  +14088327814
Virginia  WH Grand Hotel *

## Conversation - Instant Messages (2)

+15623055579
Hi Virginia, when does the chairman come back? I want to make sure we schedule the meeting with Walsh?
Status: Sent
Delivered: 6/15/2016 2:37:33 PM(UTC-7)
Read: 6/15/2016 2:39:08 PM(UTC-7)
6/15/2016 2:37:28 PM(UTC-7)

Source Extraction:
File System

+14088327814 Virginia  WH Grand Hotel
Chairman mentioned will be back either in end of June or first part of July.
Status: Read
Read: 6/15/2016 2:47:58 PM(UTC-7)
6/15/2016 2:47:49 PM(UTC-7)

Source Extraction:
File System

 

**Extraction Report** - Apple iOS iTunes (Backup)

## Participants

  +12132159910

  zhengr11@icloud.com

## Conversation - Instant Messages (19)

> zhengr11@icloud.com
> Chairman want me to make sure the meeting with Tom walsh
> **Status:** Read
> **Read:** 3/17/2015 1:41:49 PM(UTC-7)
> 3/17/2015 12:05:36 PM(UTC-7)

> +12132159910
> Tom hasn't gotten back to us today...he said he would on Monday.   I am tracking him down today to get answer...give me til this evening.
> **Status:** Sent
> **Delivered:** 3/17/2015 1:43:01 PM(UTC-7)
> **Read:** 3/17/2015 1:50:08 PM(UTC-7)
> 3/17/2015 1:42:57 PM(UTC-7)

> zhengr11@icloud.com
> Chairman ask you can dinner tonight?
> **Status:** Read
> **Read:** 3/17/2015 2:05:01 PM(UTC-7)
> 3/17/2015 1:52:16 PM(UTC-7)

> zhengr11@icloud.com
> 7:00
> **Status:** Read
> **Read:** 3/17/2015 2:05:01 PM(UTC-7)
> 3/17/2015 1:52:16 PM(UTC-7)

> +12132159910
> I have a dinner at 6.  Join u guys for drinks afterward?
> **Status:** Sent
> **Delivered:** 3/17/2015 2:05:50 PM(UTC-7)
> **Read:** 3/17/2015 2:14:25 PM(UTC-7)
> 3/17/2015 2:05:46 PM(UTC-7)

1

**zhengr11@icloud.com**
Cool
Status: Read
Read: 3/17/2015 2:37:42 PM(UTC-7)
3/17/2015 2:14:35 PM(UTC-7)

**zhengr11@icloud.com**
We are here
Status: Read
Read: 3/17/2015 8:35:04 PM(UTC-7)
3/17/2015 8:30:14 PM(UTC-7)

**+12132159910**
Address?
Status: Sent
Delivered: 3/17/2015 8:35:10 PM(UTC-7)
Read: 3/17/2015 8:35:28 PM(UTC-7)
3/17/2015 8:35:09 PM(UTC-7)

**zhengr11@icloud.com**
Five stars
140 w valley blvd #d4
San Gabriel
Status: Read
Read: 3/17/2015 8:35:37 PM(UTC-7)
3/17/2015 8:35:28 PM(UTC-7)

**zhengr11@icloud.com**
Sorry I forgot
Status: Read
Read: 3/17/2015 8:35:47 PM(UTC-7)
3/17/2015 8:35:28 PM(UTC-7)

**zhengr11@icloud.com**
Cool
Status: Read
Read: 3/17/2015 8:36:25 PM(UTC-7)
3/17/2015 8:35:28 PM(UTC-7)

**+12132159910**
Leaving downtown right now...going with Richelle....
Status: Sent
Delivered: 3/17/2015 8:35:46 PM(UTC-7)
Read: 3/17/2015 8:35:28 PM(UTC-7)
3/17/2015 8:35:46 PM(UTC-7)

2

> +12132159910
> Who is there?
> **Status:** Sent
> **Delivered:** 3/17/2015 8:36:31 PM(UTC-7)
> **Read:** 3/17/2015 8:41:52 PM(UTC-7)
>
> 3/17/2015 8:36:31 PM(UTC-7)

> +12132159910
> Thursday dinner with Tom Walsh at 7 at five stars or other restaurant?
> **Status:** Sent
> **Delivered:** 3/23/2015 4:34:47 PM(UTC-7)
> **Read:** 3/23/2015 4:46:06 PM(UTC-7)
>
> 3/23/2015 4:34:45 PM(UTC-7)

> zhengr11@icloud.com
> Thanks you !Chairman say me , Virginia clark & JC(my secretary ) will go! At five stars 7:00! Love you!
> **Status:** Read
> **Read:** 3/23/2015 5:09:35 PM(UTC-7)
>
> 3/23/2015 4:53:36 PM(UTC-7)

> +12132159910
> Ok.   We need to talk before dinner so that I explain to chairman a little bit about Tom.
> **Status:** Sent
> **Delivered:** 3/23/2015 8:40:06 PM(UTC-7)
> **Read:** 3/23/2015 8:41:52 PM(UTC-7)
>
> 3/23/2015 8:40:04 PM(UTC-7)

> zhengr11@icloud.com
> Yes sir !
> **Status:** Read
> **Read:** 3/23/2015 8:42:57 PM(UTC-7)
>
> 3/23/2015 8:41:52 PM(UTC-7)

> +12132159910
> Luv u sir!
> **Status:** Sent
> **Delivered:** 3/23/2015 8:43:19 PM(UTC-7)
> **Read:** 3/23/2015 8:41:52 PM(UTC-7)
>
> 3/23/2015 8:43:17 PM(UTC-7)

> zhengr11@icloud.com
> Dinner tonight at five star 7:00
> **Status:** Read
> **Read:** 3/27/2015 7:45:27 PM(UTC-7)
>
> 3/26/2015 5:19:12 PM(UTC-7)

3