Exhibit D

# Short meeting

**From:** Ray Chan <ray.sw.chan@gmail.com>
**To:** Jose Huizar <jose.huizar@sbcglobal.net>, harris.chan@sznwusa.com
**Date:** Tue, 01 Oct 2013 07:18:17 -0700

Good morning Jose and Harris,

Jose will meet with the Delijanis tomorrow night.  Can we have a short meeting early afternoon today, say around 12:30 or 1 pm?

Please advise.

Ray

Sent from my Samsung Galaxy S®4

# Fwd: from Chairman Huang Wei

| | |
|---|---|
| **From:** | Council Member Huizar <councilmember.huizar@lacity.org> |
| **To:** | jose.huizar@sbcglobal.net |
| **Date:** | Thu, 19 Dec 2013 17:59:01 -0800 |
| **Attachments:** | proposal letter to Golden Hills.pdf (229.37 kB) |

See below

Sent from my iPhone

Begin forwarded message:

> **From:** huangwei@sznewworld.com
> **Date:** December 19, 2013 5:56:59 PM PST
> **To:** jose huizar <councilmember.huizar@lacity.org>,
> **Subject: from Chairman Huang Wei**


> Dear Mr. Jose Huizar,
>
> per our previous discussion, enclosed is our proposal letter to Golden Hills. If any progress, please feel free to let me know. We truly appreciate your kindly help.
>
> Best regards,
>
> Chairman Huang

# 深圳市新世界投资(美国)有限公司
## SHENZHEN NEW WORLD INVESTMENT (USA) Inc.

Golden Hills Properties, LLC

233 South Beaudry Avenue, Suite 1100

Los Angeles, CA 90012                                    December 19, 2013

Dear Michael and Shahram Delijani,


尊敬的 Michael 和 Shahram Delijani,

我们希望通过友好协商解除我们之间现有的停车场协议(地址：333, S.Figueroa Street, LA, CA, 90071)，如果可行，我们可以一次性支付 50 万美元解除现有停车场协议，同时与你们签一份为期 20 年的租用 240 个车位的协议，每个车位每月 100 美元，即每个月一共 24000 美元，每年合计 288000 美元。不知道贵方是否接受上述条件，期待你们的回复。

We would like to find out a mutually acceptable win-win solution to terminate our existing parking contract (333, S.Figueroa Street, LA, CA, 90071) through friendly negotiation , as our sincere proposals, we are willing to make one time payment of $500,000 for buyout of existing parking contract, meanwhile, we would like to initiate a 20-year space rental agreement with Golden Hills for 240 stalls at proposed payment of $100 per month per stall, which totals $24,000 per month, or $288,000 per annum. We would appreciate it if you would let us know whether above conditions are acceptable;  and are looking forward to your response at your best convenience.

Yours truly,

真诚的            *[signature: Gregory T. C...]*

Greg Clarke 深圳新世界投资（美国）有限公司董事总经理

Managing Director, Shenzhen New World Investments (USA), Inc.

# Fwd: Parking Negotiation Summary

| | |
|---|---|
| **From:** | Ray Chan <ray.sw.chan@gmail.com> |
| **To:** | Jose Huizar <jose.huizar@sbcglobal.net> |
| **Date:** | Tue, 14 Jan 2014 11:00:10 -0800 |
| **Attachments:** | ParkingNegotiation_JH.docx (16.06 kB) |

Good morning sir,  may I call you on this later on?

Ray

Sent from my Samsung Galaxy S®4

## PROPOSED STRATEGIES FOR PARKING AGREEMENT NEGOTIATION

I.      **Offer 1: To (1) Obtain Parking Operation Control; (2) Terminate the Parking Affidavit; and, (3) Terminate the 78/22 Profit Split in Exchange for an Annual Lease Agreement for 25 Years for 240 Parking Spaces at $100 Per Space and a $1.25 Million Payment Upfront**

The Chairman recognizes that this offer may be relatively unsatisfactory from Golden Hill's perspective. He would like to use this as an opportunity to identify what terms Shahram feels is amicable for:

- The initial, lump-sum payment;
- The cost of leasing each parking space; and,
- The number of years for the agreement.

Please ask Shahram to make a counter-offer. Depending on the reasonableness of Golden Hill's counter-offer, the Chairman may accept or switch to Offer 2.

II.     **Offer 2: To (1) Obtain Parking Operation Control; (2) Terminate the Parking Affidavit; and, (3) Terminate the 78/22 Profit Split in Exchange for an Annual Lease Agreement for 20 Years for 240 Parking Spaces at $190 Per Space With No Upfront Payment**

The Chairman would like to offer Golden Hill **$190 per space per month** ($45,600 per month for 240 spaces/ $547,200 per year) for 20 years.

The Chairman believes that this is a fair offer to Golden Hill. Despite Shahram's belief that Golden Hill makes $60,000 each month in profit (**$720,000 per year**), the 2010-2013 records indicate that Golden Hill has not been as successful as Shahram believes:

- In 2010, Golden Hill collected **$413,583** (about **$191 per parking space**).
- In 2011, Golden Hill collected **$545,488** (about **$189 per parking space**).
- In 2012, Golden Hill collected **$303,667** (about **$105 per parking space**).
- In 2013, Golden Hill collected **$189,193** (about **$88 per parking space**).

If Offer 2 is still unsatisfactory to Golden Hill, the Chairman would like to extend Offer 3.

III.    **Offer 3: To Obtain Parking Operation Control in Exchange for Maintaining the 78/22 Profit Split With No Parking Rental Agreement and No Upfront Payment**

The Chairman believes this is a mutually beneficial option for both parties:

- With more control over the Hotel's parking operation, the Chairman can more easily manage and subsequently improve service. This **benefits the hotel with more business and correlatively benefits Golden Hill with more profit**.
- Additionally, Golden Hill will have **less administrative procedures and costs** associated with hiring a parking operation vendor.

Most importantly, Golden Hill will experience **no loss of profits**.



**Extraction Report** - Apple iOS iTunes (Backup)



## Participants



+13109485030
Harris Chan*

+12132159910

## Conversation - Instant Messages (8)

**+12132159910**

Offer has been made today.  We will wait and see what they do.  On another note, I am meeting tomorrow with a shanghai group called "Greenland". They are investing huge in a large parcel in downtown la--the "metropolis" site near staples arena.  Just wondering if u or the chairman new them.

Status: Sent
Delivered: 8/20/2013 9:17:31 PM(UTC-7)
Read: 8/20/2013 9:20:32 PM(UTC-7)

8/20/2013 9:17:26 PM(UTC-7)

**+13109485030 Harris Chan**

Yes, I met some of their hotel team personnel before.  But, I don't know their real estate persons.  Let me know how it turns out.  Tks!

Status: Read
Read: 8/20/2013 9:24:47 PM(UTC-7)

8/20/2013 9:24:31 PM(UTC-7)

**+12132159910**

Ok.  Just checking to see if there is a connection or they are friends of the chairman.

Status: Sent
Delivered: 8/20/2013 9:25:27 PM(UTC-7)
Read: 8/20/2013 9:25:28 PM(UTC-7)

8/20/2013 9:25:25 PM(UTC-7)

**+12132159910**

They rejected offer.  They want 1.2

Status: Sent
Delivered: 8/22/2013 1:20:57 PM(UTC-7)
Read: 8/22/2013 7:56:16 PM(UTC-7)

8/22/2013 1:20:54 PM(UTC-7)

+13109485030 Harris Chan

Too bad!  Thanks for the info!

**Status:** Read

**Read:** 8/22/2013 8:02:54 PM(UTC-7)

8/22/2013 7:52:48 PM(UTC-7)

+13109485030 Harris Chan

Hi Jose, I just talked to the Chairman.  He fully endorses your plan, he is proud that your wife will support you in public if the other side filed a lawsuit.  He also said he'll support you during the upcoming campaign.  Pls go ahead as you planned.  Tks!

**Status:** Read

**Read:** 9/12/2013 9:35:50 PM(UTC-7)

9/12/2013 9:35:12 PM(UTC-7)

+12132159910

Thanks.  I will ask attorneys to make offer tomorrow.  I would expect they will not accept and then get ready for plan B

**Status:** Sent

**Delivered:** 9/12/2013 9:37:08 PM(UTC-7)

**Read:** 9/12/2013 9:37:32 PM(UTC-7)

9/12/2013 9:37:05 PM(UTC-7)

+13109485030 Harris Chan

Yes, pls proceed as planned.  We are all behind you!

**Status:** Read

**Read:** 9/12/2013 9:38:18 PM(UTC-7)

9/12/2013 9:37:20 PM(UTC-7)

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                    Casino_2084781





**Extraction Report** - Apple iOS iTunes (Backup)

## Participants



+13109485030
Harris Chan*

+12132159910

## Conversation - Instant Messages (4)

> **+13109485030 Harris Chan**
>
> Hi Jose, Shahram Delejani will meet Greg Clarke and I for a drink at 4:30pm on Wednesday. Can you join us?  It will be at our Downtown Hotel.  Pls adv.  Harris
>
> **Status:** Read
> **Read:** 10/28/2013 1:36:49 PM(UTC-7)
>
> 10/28/2013 12:58:54 PM(UTC-7)

> **+12132159910**
>
> Ok .  See u there.
>
> **Status:** Sent
> **Delivered:** 10/29/2013 2:08:55 PM(UTC-7)
> **Read:** 10/29/2013 2:09:40 PM(UTC-7)
>
> 10/29/2013 2:08:54 PM(UTC-7)

> **+12132159910**
>
> Actually.  I could be there at 5
>
> **Status:** Sent
> **Delivered:** 10/29/2013 2:09:37 PM(UTC-7)
> **Read:** 10/29/2013 2:09:40 PM(UTC-7)
>
> 10/29/2013 2:09:34 PM(UTC-7)

> **+13109485030 Harris Chan**
>
> This is fine.  I'll let Shahram know.  Tks!  Harris
>
> **Status:** Read
> **Read:** 10/29/2013 2:10:21 PM(UTC-7)
>
> 10/29/2013 2:10:18 PM(UTC-7)

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials          Casino_2084815

+16262306463 Ray Chan

Will do!  Just one question - do you know if your office has set up a time to meet with the delijanis?  I am calling the chairman tonight.  Ray

9/27/2013 3:01:42 PM(UTC-7)

+16262306463 Ray Chan

Not yet.  My scheduler was out yesterday and she reached out today but hasn't heard back.

9/27/2013 3:21:16 PM(UTC-7)

+16262306463 Ray Chan

Got it.  Thanks.  I think chairman will arrive Tuesday night.

9/27/2013 3:26:57 PM(UTC-7)



+16262306463 Ray Chan

Good afternoon sir, any good time for Harris and I to call you about your afternoon meeting?

10/2/2013 5:02:18 PM(UTC-7)

+16262306463 Ray Chan

U available to talk?

10/2/2013 6:41:09 PM(UTC-7)

+16262306463 Ray Chan

Please call us.  Chairman is waiting.

10/2/2013 9:48:46 PM(UTC-7)

+16262306463 Ray Chan

Call in 10 min.  I am in bad reception area.

10/2/2013 9:53:58 PM(UTC-7)

+16262306463 Ray Chan

Great!

10/2/2013 10:03:23 PM(UTC-7)





## Extraction Report - Apple iOS iTunes (Backup)

### Participants

+16262306463
Ray Cha

+12132159910

### Conversation - SMS Messages (27)

**+16262306463 Ray Chan**
Good afternoon sir, is there a good time that we can talk for 5 min this afternoon?
10/6/2013 2:25:33 PM(UTC-7)

**+16262306463 Ray Chan**
In person of phone?
10/6/2013 2:38:48 PM(UTC-7)

**+16262306463 Ray Chan**
Phone would be good sir.
10/6/2013 2:41:21 PM(UTC-7)

**+16262306463 Ray Chan**
Ok.  6?
10/6/2013 2:41:36 PM(UTC-7)

**+16262306463 Ray Chan**
Yes sir.  I'll call.
10/6/2013 2:42:05 PM(UTC-7)

**+16262306463 Ray Chan**
Delijanis confirmed dinner wed at 7.  Can u let the chairman know?  And also please confirm that below is the address if restaurant..and please send me name if restaurant:  140 w valley blvd San Gabriel 91776
10/7/2013 1:17:17 PM(UTC-7)

**+16262306463 Ray Chan**
Got it.  Will talk to the chairman and provide you with the address.  Have you had a chance to talk to Herb and Gil?
10/7/2013 1:36:34 PM(UTC-7)

+16262306463 Ray Chan

Tracking down herb first.

10/7/2013 1:39:38 PM(UTC-7)

+16262306463 Ray Chan

Mitch called me.  Haven't returned call.  Staff tells me Mitch will not be there tomorrow.
Perhaps he is asking me to postpone?

10/7/2013 1:40:31 PM(UTC-7)

+16262306463 Ray Chan

May I call you now?

10/7/2013 1:42:52 PM(UTC-7)

+16262306463 Ray Chan

(1/2) Just confirmed with the chairman that Wed at 7 pm is great.  The name and address of
the restaurant:

New Capital Seafood, 140 W Valley Blvd., San Gabriel

10/7/2013 1:56:02 PM(UTC-7)

+16262306463 Ray Chan

(2/2) , 626-288-1899.  The restaurant is on the 4th Floor.

10/7/2013 1:56:03 PM(UTC-7)

+16262306463 Ray Chan

Sir, is there a good time that I can talk to you?  Also, the chairman asked if you are available
tomorrow night for a fantastic French dinner at his SHERATON?

10/7/2013 2:53:44 PM(UTC-7)

+16262306463 Ray Chan

Half hour call u.

10/7/2013 3:45:08 PM(UTC-7)

+16262306463 Ray Chan

Great.  I hope everything is o.k
On your side.

10/7/2013 3:48:05 PM(UTC-7)

+16262306463 Ray Chan

Good evening sir,  just emailed you the talking points.  Thank you so much sir!

10/7/2013 8:10:43 PM(UTC-7)

2

+16262306463 Ray Chan

(1/2) Good morning sir,

I just got words that ME said in a meeting with the Fire Dept  recently that if both departments can improve on their own, he does not

10/8/2013 11:19:22 AM(UTC-7)

+16262306463 Ray Chan

(2/2)  need to see consolidation.

Any update on your side?

10/8/2013 11:19:23 AM(UTC-7)

+16262306463 Ray Chan

Hi sir, is ME going to be there?

10/8/2013 1:46:11 PM(UTC-7)

+16262306463 Ray Chan

No.  He is in Paris.

10/8/2013 2:02:27 PM(UTC-7)

+16262306463 Ray Chan

Good for him and is!

10/8/2013 3:17:02 PM(UTC-7)

+16262306463 Ray Chan

(1/2) You are such an eloquent speaker!  UNBELIEVABLE!  Please accept my deepest, most sincere gratitude.  Believe me or not, I have years in my eyes!  I am act

10/8/2013 4:31:06 PM(UTC-7)

+16262306463 Ray Chan

(2/2) ually crying!  Thank you, thank you, thank you!  See you later!

10/8/2013 4:31:07 PM(UTC-7)

+16262306463 Ray Chan

Getting close?

10/8/2013 7:12:35 PM(UTC-7)

+16262306463 Ray Chan

Passing Hollywood

10/8/2013 7:13:03 PM(UTC-7)

3

+16262306463 Ray Chan

Please come to valet parking.  The entire hotel management is waiting to welcome you.

10/8/2013 7:21:58 PM(UTC-7)

+16262306463 Ray Chan

There in 2 min

10/8/2013 7:22:23 PM(UTC-7)

4





**Extraction Report** - Apple iOS iTunes (Backup)

## Participants

+16262306463
Ray Chan*
+12132159910

## Conversation - SMS Messages (8)

> +16262306463 Ray Chan
> Delijani's want to meet at McCormick and schmicks instead.  In downtown.  Is that ok?
> 10/9/2013 10:43:33 AM(UTC-7)

+16262306463 Ray Chan
I called Harris and left a message, sir.  I'll let you know he calls back.
10/9/2013 1:41:22 PM(UTC-7)

+16262306463 Ray Chan
Harris told me that you two have connected.  That is good.
10/9/2013 2:17:37 PM(UTC-7)

+16262306463 Ray Chan
Good morning sir, I heard the meeting went very well.  Did you folks discuss the next step?
10/10/2013 7:37:28 AM(UTC-7)

+16262306463 Ray Chan
10 min
10/12/2013 12:44:53 PM(UTC-7)

> +16262306463 Ray Chan
> (1). I will set up meeting with Delijani this week.  Then next week set up mtg with real estate guys, me, Michael and sharahm.  Was that plan?   (2). Is it true that chairman is interested in opening club in Los Angeles?  George told me that Ricky had mentioned it.
> 10/14/2013 4:47:54 PM(UTC-7)

1

+16262306463 Ray Chan

May I call you now?

10/14/2013 4:49:31 PM(UTC-7)

+16262306463 Ray Chan

Yes

10/14/2013 4:52:16 PM(UTC-7)

2





**Extraction Report** - Apple iOS iTunes (Backup)

## Participants

+16262306463
Ray Chan*

+12132159910

## Conversation - SMS Messages (8)

+16262306463 Ray Chan
Good afternoon sir, is there a good time for me to call you?
10/28/2013 2:49:13 PM(UTC-7)

+16262306463 Ray Chan
Hey ray.  Had a great meeting with Harris and Saharam today.  Want to talk to u about this and also wondering if u still need broker info for property in fig.
10/30/2013 10:25:00 PM(UTC-7)

+16262306463 Ray Chan
Fantastic sir!  Is there a good time to call you in the morning?
10/31/2013 8:26:37 AM(UTC-7)

+16262306463 Ray Chan
8:45?
10/31/2013 8:28:23 AM(UTC-7)

+16262306463 Ray Chan
Will do sir.
10/31/2013 8:29:15 AM(UTC-7)

+16262306463 Ray Chan
(1/2) Hi sir, I am having lunch with Harris.  You are correct - tomorrow is his last day.  I think it is essential for Harris to participate in the first round
10/31/2013 12:27:26 PM(UTC-7)

+16262306463 Ray Chan
(2/2) of the negotiation to set the stage for Greg to take over.  Can Harris and I call you sometime today ASAP?
10/31/2013 12:27:27 PM(UTC-7)

+16262306463 Ray Chan

Good afternoon sir,

Where are we going to meet tomorrow?  Please advise.

11/1/2013 3:00:11 PM(UTC-7)

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

Casino_2084820





## Extraction Report - Apple iOS iTunes (Backup)

### Participants

+16262306463
Ray Chan*

+12132159910

### Conversation - SMS Messages (16)

+16262306463 Ray Chan
(1/2) Good morning sir, just to check in to see if everything is o.k.  the chairman called me last night and asked me to send his best regard to you and your fa
11/25/2013 7:40:49 AM(UTC-8)

+16262306463 Ray Chan
(2/2) mily.
11/25/2013 7:40:51 AM(UTC-8)

+16262306463 Ray Chan
Hey ray.  Everything is ok. Meeting with sharam today in evening.  He asked if we could meet just to chat...
11/25/2013 7:58:10 AM(UTC-8)

+16262306463 Ray Chan
That's great.  Chairman wants me to brief you on two matters when you have a chance.  Is there a good time to call you?
11/25/2013 8:02:25 AM(UTC-8)

+16262306463 Ray Chan
12 o'clock ok?
11/25/2013 8:03:32 AM(UTC-8)

+16262306463 Ray Chan
Perfect.
11/25/2013 8:03:59 AM(UTC-8)

+16262306463 Ray Chan
Had a good meeting with sharahm yesterday.
11/26/2013 11:54:07 AM(UTC-8)



**+16262306463 Ray Chan**

Good afternoon sir, I hope you had a wonderful thanksgiving with your family.  When you had a chance, Will you please give me a call?.Thanks.

11/29/2013 2:21:34 PM(UTC-8)

**+16262306463 Ray Chan**

(1/2)  Sorry that I missed your call this afternoon.  I'll call the chairman at around 8:30 pm tonight.  I wonder if you have time to join our conversation.

Pl

11/29/2013 6:44:02 PM(UTC-8)

**+16262306463 Ray Chan**

(2/2) ease advise.

Ray

11/29/2013 6:44:03 PM(UTC-8)

**+16262306463 Ray Chan**

Yes.  I am available at 8:30.

11/29/2013 7:00:08 PM(UTC-8)

**+16262306463 Ray Chan**

Sorry sir.  The Chairman Will not be available tonight but will be available tomorrow night at 8 pm our time. Will you be available then?

11/29/2013 7:55:12 PM(UTC-8)

**+16262306463 Ray Chan**

Yes

11/29/2013 7:55:25 PM(UTC-8)

**+16262306463 Ray Chan**

Great. Will call.

11/29/2013 7:56:13 PM(UTC-8)

**+16262306463 Ray Chan**

Good evening sir, are you available to have a phone conversation with the chairman in about 20 min?

11/30/2013 7:37:58 PM(UTC-8)

**+16262306463 Ray Chan**

Yes

11/30/2013 7:43:23 PM(UTC-8)





**Extraction Report** - Apple iOS iTunes (Backup)

## Participants

+16262306463
Ray Chan*

+12132159910

## Conversation - SMS Messages (5)

> +16262306463 Ray Chan
>
> Good morning sir, I talked to the chairman yesterday.  Is there a good time for me to call you today to brief you on his view about the parking proposal?
>
> 1/20/2014 11:42:55 AM(UTC-8)

>> +16262306463 Ray Chan
>>
>> About 5:15?
>>
>> 1/20/2014 4:44:44 PM(UTC-8)

> +16262306463 Ray Chan
>
> Yes.I'll call you.
>
> 1/20/2014 4:50:03 PM(UTC-8)

>> +16262306463 Ray Chan
>>
>> Let me know when u will call.
>>
>> 1/20/2014 5:45:10 PM(UTC-8)

> +16262306463 Ray Chan
>
> 5 MIN.  Sorry
>
> 1/20/2014 5:45:51 PM(UTC-8)

1