Exhibit G

# Fwd: 写给董事长的市政信函

| | |
|---|---|
| **From:** | Ricky Zheng <zhengr11@gmail.com> |
| **To:** | Jose Huizar <jose.huizar@sbcglobal.net> |
| **Date:** | Wed, 19 Oct 2016 16:41:18 -0700 |
| **Attachments:** | letter 市政信函.docx (17.91 kB) |

发自我的 iPhone

以下是转发的邮件：

发件人: "禹化彬" <yuhb@sznewworld.cn>
日期: 2016年10月18日 GMT-7 下午5:27:00
收件人: "Zhengr11" <Zhengr11@gmail.com>
主题: Fw: 写给董事长的市政信函

---Original---

**From:** "禹化彬"<yuhb@sznewworld.cn>

**Date:** 2016/10/19 00:07:02

**To:** "zhengr11"<zhengr11@gmail.com>;

**Cc:** "huangwei"<huangwei@sznewworld.com>;

**Subject:** 写给董事长的市政信函

Ricky,
您好
附件信函中的中文内容是根据董事长口述拟定，并经董事长审阅批准，英文部分是我根据中文内容翻译的。
请审阅英文部分表述是否准确。
如无问题，请让市政人员签字盖章后将扫描件发给我。
如有问题，请随时跟我联系或致电董事长请示。
谢谢！

————
深圳市新世界集团有限公司
总办秘书 禹化彬
13005493588

Casino_0001473

尊敬的黄伟先生，

　　贵公司申请的在洛杉矶市中心投资兴建洛杉矶第一高楼的项目，地址为 333 S. Figueroa St., Los Angeles, CA 90071，已于 8 月初召开的由洛杉矶市议员（14 区）兼地政主席 Jose Huizar 主持并组织洛杉矶建筑与安全部总经理、洛杉矶市经济发展副市长、洛杉矶市规划建设局局长 Raymond　Chan 先生及住房和城市发展部等相关部门召开的专项研讨会议上审议通过，现原则上同意该项目的申请。但依据洛杉矶市政项目法律程序的要求，您本人及您的律师禹化彬必须亲自参加本月 28 日召开的市民听证会。该听证会原定于 2016 年 9 月 10 日召开，因您个人无法出席而延期至 2016 年 10 月 28 日，如您本次仍然无法出席该听证会，在法律程序上将视为贵司自愿放弃继续申请此项目。

　　此外，洛杉矶市政定于 11 月份组织召开的洛杉矶城市规划听证大会亦需您本人及您的律师届时亲自出席，如您本人未能如期出席，将对贵公司第一高楼项目的申请及后续实施产生重大影响。

　　请于收到本信函 7 个工作日内就是否能够出席本月 28 日的听证会事宜回复至 George.Esparza@lacity.org。

　　商安

Yours sincerely

Jose Huizar from L.A. CITY

18th October, 2016

Subject: RE L.A. PROJECT HEARING

Dear Mr. Huang Wei,

Your application for the Los Angles Highest Building Project (hereunder refers as "the Project") ，which is invested by your company and located in 333 S. Figueroa St., Los Angeles, CA 90071, has been principally agreed in the special seminar chaired by Jose Huizar - Los Angeles City Councilmember, 14th District and attended by Raymond Chan - General Manager Los Angeles Department of Building and Safety, Economic Development Deputy Mayor of Los Angles, Secretary for Planning and Construction, Housing and Urban Development Department and other related department. But according to the legal approval procedures of Los Angles Municipal Project, you and your lawyer Mr. Yu Hua Bin are required to personally attend a civic hearing, which should have been held in 10th September this year, but now is postponed to 28th October resulting from your personal absence. If you are still not available this time, your application for the Project shall be deemed to be given up for your own reason.

Besides, another hearing for Los Angles urban planning and construction is about to happen in this November, which is essential to your application for the Project and its follow-ups, also requires your personal presence.

Within seven days upon receiving this letter, you are required to confirm whether or not you will attend the hearing on 28th October, please email reply this letter to George.Esparza@lacity.org.

Yours sincerely

Jose Huizar from L.A. CITY

10th October, 2016

# Letter from Councilman Jose Huizar

| | |
|---|---|
| **From:** | George Esparza <georgesparza@gmail.com> |
| **To:** | huangwei@sznewworld.com |
| **Cc:** | zhengr11@gmail.com |
| **Date:** | Thu, 20 Oct 2016 11:59:19 -0700 |
| **Attachments:** | SC14CH-KMC716102011540.pdf (53.79 kB); Unnamed Attachment (25 bytes) |

Good morning Chairman,

Here is the letter signed by Jose.

Please let me know if you need anything else.

-George



### JOSE HUIZAR
#### COUNCILMEMBER, 14TH DISTRICT

October 20, 2016

Mr. Huang Wei
333 S. Figueroa Street
Los Angeles, CA 90071

**RE: L.A. PROJECT HEARING**

Dear Mr. Huang Wei:

It was a pleasure meeting with you and your team a few months ago about your file for a significant expansion of the LA Hotel located at 333 S. Figueroa Street in Los Angeles, California. The proposed project may result in one of the largest buildings in the City of Los Angeles. Our City's Planning Department officials and other related department officials that were present at the meeting were impressed and generally supportive of the plans.

We have discussed the project and are requesting your presence to personally attend a follow up meeting. I understand that we had previously scheduled a meeting with all relevant City Department leaders, our Zoning Administrator, and you and your team, on September 10th of this year. However, you could not attend.

We are now requesting that you attend a newly scheduled meeting on October 28th of this year. It is essential that you attend this meeting. We are in the process of finalizing Community Plans, signage ordinances, and other significant land use policies near the vicinity of the LA Hotel in November. Your personal presence is required in order to discuss and analyze your application prior to November. Otherwise, your application for the Project may be in jeopardy.

Please respond within seven days upon receiving this letter whether or not you will attend the meeting on October 28th. Please reply to George.Esparza@lacity.org.

Sincerely,

Jose Huizar
Councilmember, 14th District
City of Los Angeles







**Extraction Report** - Apple iPhone

## Participants



+16263748770
Ricky*

+15623055579

## Conversation - Instant Messages (23)

> +16263748770 Ricky
>
> Call me bro
>
> **Status:** Read
> **Read:** 10/18/2016 7:33:45 PM(UTC-7)
>
> 10/18/2016 7:31:33 PM(UTC-7)

Source Extraction:
File System

> +16263748770 Ricky
>
> Chairman HUANG looking for you call me
>
> **Status:** Read
> **Read:** 10/18/2016 8:24:37 PM(UTC-7)
>
> 10/18/2016 8:22:42 PM(UTC-7)

Source Extraction:
File System

> +15623055579
>
> Who is the letter for?
>
> **Status:** Sent
> **Delivered:** 10/18/2016 8:55:10 PM(UTC-7)
> **Read:** 10/18/2016 8:56:44 PM(UTC-7)
>
> 10/18/2016 8:55:09 PM(UTC-7)

Source Extraction:
File System

> +16263748770 Ricky
>
> Chairman HUANG
>
> **Status:** Read
> **Read:** 10/18/2016 8:57:12 PM(UTC-7)
>
> 10/18/2016 8:57:05 PM(UTC-7)

Source Extraction:
File System

1

+16263748770 Ricky

Wei HUANG
**Status:** Read
**Read:** 10/18/2016 8:57:12 PM(UTC-7)

10/18/2016 8:57:11 PM(UTC-7)

Source Extraction:
File System

+15623055579

Who is he going to give the letter to?
**Status:** Sent
**Delivered:** 10/18/2016 8:57:34 PM(UTC-7)
**Read:** 10/18/2016 8:57:50 PM(UTC-7)

10/18/2016 8:57:34 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky

From Jose office
**Status:** Read
**Read:** 10/18/2016 8:58:11 PM(UTC-7)

10/18/2016 8:58:02 PM(UTC-7)

Source Extraction:
File System

+15623055579

I know but who is he going to give the letter to?
**Status:** Sent
**Delivered:** 10/18/2016 8:59:00 PM(UTC-7)
**Read:** 10/18/2016 8:59:26 PM(UTC-7)

10/18/2016 8:59:00 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky

The reason for the letter is to get money from china for he project  at downtown
**Status:** Read
**Read:** 10/18/2016 9:08:19 PM(UTC-7)

10/18/2016 9:01:05 PM(UTC-7)

Source Extraction:
File System

+15623055579

Ok
**Status:** Sent
**Delivered:** 10/18/2016 9:08:24 PM(UTC-7)
**Read:** 10/18/2016 9:53:25 PM(UTC-7)

10/18/2016 9:08:23 PM(UTC-7)

Source Extraction:
File System

2

+16263748770 Ricky

He keep calling me bro
Status: Read
Read: 10/18/2016 10:23:50 PM(UTC-7)

10/18/2016 10:21:28 PM(UTC-7)

Source Extraction:
File System

+15623055579

Jose will talk to u tomorrow.
Status: Sent
Delivered: 10/18/2016 10:24:52 PM(UTC-7)
Read: 10/18/2016 10:28:21 PM(UTC-7)

10/18/2016 10:24:51 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky

But he want do it tonight bro! And he keep calling me !
Status: Read
Read: 10/18/2016 10:29:38 PM(UTC-7)

10/18/2016 10:29:27 PM(UTC-7)

Source Extraction:
File System

+15623055579

Bro, he's not going to sign tonight.
Status: Sent
Delivered: 10/18/2016 10:29:54 PM(UTC-7)
Read: 10/18/2016 10:30:18 PM(UTC-7)

10/18/2016 10:29:54 PM(UTC-7)

Source Extraction:
File System

+15623055579

I already told him and he read the letter
Status: Sent
Delivered: 10/18/2016 10:30:06 PM(UTC-7)
Read: 10/18/2016 10:30:18 PM(UTC-7)

10/18/2016 10:30:06 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky

He just called me bro! He say can you sign it ????
Status: Read
Read: 10/18/2016 10:31:37 PM(UTC-7)

10/18/2016 10:31:25 PM(UTC-7)

Source Extraction:
File System

3

+15623055579

No bro. Jose has questions about it.
**Status:** Sent
**Delivered:** 10/18/2016 10:31:57 PM(UTC-7)
**Read:** 10/18/2016 10:32:19 PM(UTC-7)

10/18/2016 10:31:57 PM(UTC-7)

Source Extraction:
File System

+15623055579

U already know how he is bro
**Status:** Sent
**Delivered:** 10/18/2016 10:32:08 PM(UTC-7)
**Read:** 10/18/2016 10:32:19 PM(UTC-7)

10/18/2016 10:32:08 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky

Can he text chairwoman?
**Status:** Read
**Read:** 10/18/2016 10:32:48 PM(UTC-7)

10/18/2016 10:32:37 PM(UTC-7)

Source Extraction:
File System

+15623055579

Text him what bro?
**Status:** Sent
**Delivered:** 10/18/2016 10:33:31 PM(UTC-7)
**Read:** 10/18/2016 10:33:45 PM(UTC-7)

10/18/2016 10:33:31 PM(UTC-7)

Source Extraction:
File System

+15623055579

Maybe have chairman call him.
**Status:** Sent
**Delivered:** 10/18/2016 10:33:38 PM(UTC-7)
**Read:** 10/18/2016 10:33:45 PM(UTC-7)

10/18/2016 10:33:38 PM(UTC-7)

Source Extraction:
File System

+16263748770 Ricky

Can I call Jose?
**Status:** Read
**Read:** 10/18/2016 10:34:22 PM(UTC-7)

10/18/2016 10:34:12 PM(UTC-7)

Source Extraction:
File System

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

Casino_2084843

+15623055579

Sure

**Status:** Sent
**Delivered:** 10/18/2016 10:34:27 PM(UTC-7)
**Read:** 10/18/2016 10:34:27 PM(UTC-7)

10/18/2016 10:34:27 PM(UTC-7)

Source Extraction:
File System