# Exhibit B

| | |
|---|---|
| **From:** | Aly Smith <aly.smith@psomas.com> |
| **Sent:** | Friday, July 13, 2018 2:32 PM |
| **To:** | Rose Fistrovic; Jeff DiMarzio (jdimarzio@d-kgroup.com); Saturo Kato (skato@d-kgroup.com); Kristin Starbird; Mitchell B. Menzer (mitchmenzer@paulhastings.com); Michaelnytzen@paulhastings.com; David S. Shender; max.chang@thelahotel.com; Virginia.Clark@sznw-usa.com; Rong.Zhu@sznw-usa.com; Mark@brennerconsultinggroup.com; renie@csstudios.com; Rumi Noon; Jeff Kim |
| **Cc:** | Virginia Clark |
| **Subject:** | Downtown Hotel (Shenzhen) EIR/Entitlement Schedule |
| **Attachments:** | EIR Entitlement Schedule (LA Grand Hotel Downtown) 7.13.2018.pdf |

Hello Team,

Attached is the updated EIR Entitlement Schedule. Please let me know if you have any questions or comments.

Enjoy the weekend!

-Aly Smith

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 1 | **The LA Grand Hotel Downtown Redevelopment Entitlement/EIR Schedule** | **760 days** | **Mon 4/2/18** | **Sat 2/27/21** |
| 2 | Architect prepares plans for Project Outreach | 10 days | Mon 4/2/18 | Fri 4/13/18 |
| 3 | Shenzhen finalizes Project Description | 12 days | Mon 4/16/18 | Tue 5/1/18 |
| 4 | **Architect prepares draft Site Plan Review set of plans for review** | **2 ewks** | **Tue 4/17/18** | **Tue 5/1/18** |
| 5 | LLG Submits traffic Memorandum of Understanding (MOU) to LADOT (M.2) | 2 ewks | Tue 5/1/18 | Tue 5/15/18 |
| 6 | Case Management Meeting with LADBS (M.3) | 1 day | Thu 5/10/18 | Thu 5/10/18 |
| 7 | Urban Design Studio Meeting with Planning (M.3) | 1 day | Thu 5/17/18 | Thu 5/17/18 |
| 8 | Meeting with Council District Office (M.3) | 1 day | Mon 5/21/18 | Mon 5/21/18 |
| 9 | Meeting with Planning Major Projects Section (M.3) | 1 day | Thu 5/24/18 | Thu 5/24/18 |
| 10 | Architect completes final Site Plan Review set for submission | 31 edays | Tue 5/1/18 | Fri 6/1/18 |
| 11 | Psomas completes the entitlement application, including the tract map (M.2) | 36 edays | Tue 5/1/18 | Wed 6/6/18 |
| 12 | LLG Conducts Traffic Counts at study Intersections (M.4) | 90 days | Tue 5/15/18 | Mon 9/17/18 |
| 13 | LLG Prepares Traffic Study (M.5) | 120 days | Tue 5/15/18 | Mon 10/29/18 |
| 14 | **Entitlement applications are filed with the Planning Department (M.2)** | **1 eday** | **Mon 6/11/18** | **Tue 6/12/18** |
| 15 | Deemed Complete Letter Issued by City | 35 edays | Tue 6/12/18 | Tue 7/17/18 |
| 16 | Psomas prepares the Initial Study (M.4) | 49 edays | Tue 6/12/18 | Tue 7/31/18 |
| 17 | Planning Request DWP to prepare Water Supply Assessment (WSA) | 3 edays | Tue 7/17/18 | Fri 7/20/18 |
| 18 | City Review of NOP/IS (M.4) | 45 edays | Tue 7/31/18 | Fri 9/14/18 |
| 19 | NOP/IS revisions per City input (M.4) | 14 edays | Fri 9/14/18 | Fri 9/28/18 |
| 20 | NOP 30-day circulation (M.4) | 30 edays | Fri 9/28/18 | Sun 10/28/18 |
| 21 | Conduct Scoping meeting (M.4) | 1 day | Tue 10/9/18 | Tue 10/9/18 |
| 22 | LADOT issues Assessment Letter | 6 ewks | Mon 10/29/18 | Mon 12/10/18 |
| 23 | Psomas prepares First Admin DEIR (M.5) | 6 wks | Tue 10/30/18 | Mon 12/10/18 |

Project: The LA Grand Hotel
Revised: 6/22/18

Legend: Task, Split, Milestone, Summary, Rolled Up Task, Rolled Up Split, Rolled Up Milestone, Rolled Up Progress, External Tasks, Project Summary, External Milestone, Inactive Task, Inactive Milestone, Inactive Milestone, Inactive Summary, Manual Task, Duration-only, Manual Summary Rollup, Manual Summary, Start-only, Finish-only, External Tasks, External Milestone, Progress, Deadline

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 24 | Team review of First Admin DEIR (M.5) | 10 edays | Mon 12/10/18 | Thu 12/20/18 |
| 25 | Psomas revises and submits First Admin DEIR to City (M.5) | 24 edays | Thu 12/20/18 | Sun 1/13/19 |
| 26 | City Review of First Admin DEIR (M.5) | 90 edays | Sun 1/13/19 | Sat 4/13/19 |
| 27 | DWP Board approves WSA | 90 edays | Fri 7/20/18 | Thu 10/18/18 |
| 28 | Psomas revises Admin DEIR and submit to Second Admin (M.6) | 40 edays | Sat 4/13/19 | Thu 5/23/19 |
| 29 | Team review of Second Admin DEIR (M.6) | 10 edays | Thu 5/23/19 | Sun 6/2/19 |
| 30 | City Review of Second Admin DEIR (M.6) | 75 edays | Sun 6/2/19 | Fri 8/16/19 |
| 31 | Psomas revises and completes Draft EIR for publication (M.7) | 26 edays | Fri 8/16/19 | Wed 9/11/19 |
| 32 | City review of final (pre-print) Draft EIR for circulation (M.8) | 14 days | Thu 9/12/19 | Tue 10/1/19 |
| 33 | **DEIR circulated for 45-day public review (M.8)** | **45 edays** | **Tue 10/1/19** | **Fri 11/15/19** |
| 34 | Psomas prepares Response to comments on DEIR (M.9) | 45 edays | Fri 11/15/19 | Mon 12/30/19 |
| 35 | Team review of Response to Comments (FEIR) and CAJA revises (M.9) | 10 edays | Mon 12/30/19 | Thu 1/9/20 |
| 36 | City Review of Draft Responses to Comments (FEIR) (M.9) | 45 edays | Thu 1/9/20 | Sun 2/23/20 |
| 37 | Psomas revises FEIR per City comments (M.9) | 30 edays | Sun 2/23/20 | Tue 3/24/20 |
| 38 | Revised FEIR reviewed by City (M.9) | 30 edays | Tue 3/24/20 | Thu 4/23/20 |
| 39 | Psomas revises FEIR for City approval (M.9) | 14 edays | Thu 4/23/20 | Thu 5/7/20 |
| 40 | Staff review of Entitlements by EPS (M.10) | 90 edays | Thu 5/7/20 | Wed 8/5/20 |
| 41 | **Joint Advisory Agency/Zoning Administrator Hearing (M.10)** | **1 day** | **Thu 8/6/20** | **Thu 8/6/20** |
| 42 | Advisory Agency Decision Letter issued on VTTM (M.10) | 30 edays | Thu 8/6/20 | Sat 9/5/20 |
| 43 | 10 day appeal period on Advisory Agency decision (M.11) | 10 edays | Sat 9/5/20 | Tue 9/15/20 |
| 44 | Post Notice of Determination (NOD) on Advisory Agency Decision (M.11) | 5 days | Wed 9/16/20 | Tue 9/22/20 |
| 45 | **City Planning Commission Hearing on all cases (M.12)** | **45 edays** | **Tue 9/15/20** | **Fri 10/30/20** |
| 46 | CPC Determination issued (M.12) | 30 edays | Fri 10/30/20 | Sun 11/29/20 |

Project: The LA Grand Hotel
Revised: 6/22/18

Legend: Task, Split, Milestone, Summary, Rolled Up Task, Rolled Up Split, Rolled Up Milestone, Rolled Up Progress, External Tasks, Project Summary, External Milestone, Inactive Task, Inactive Milestone, Inactive Milestone, Inactive Summary, Manual Task, Duration-only, Manual Summary Rollup, Manual Summary, Start-only, Finish-only, External Tasks, External Milestone, Progress, Deadline

| ID | | Task Name | Duration | Start | Finish |
|---|---|---|---|---|---|
| 47 | | 15-day Appeal Period on CPC Determination on all cases (M.13) | 15 edays | Sun 11/29/20 | Mon 12/14/20 |
| 48 | | File Notice of Determination (NOD) on all Actions (M.13) | 5 edays | Mon 12/14/20 | Sat 12/19/20 |
| 49 | | **PLUM Hearing on all cases and any appeals of CPC Actions (M.13)** | **30 edays** | **Mon 12/14/20** | **Wed 1/13/21** |
| 50 | | City Council Hearing on all cases and any appeals of CPC actions (M.14) | 10 edays | Wed 1/13/21 | Sat 1/23/21 |
| 51 | | File Notice of Determination (NOD) on City Council Action (M.14) | 5 edays | Sat 1/23/21 | Thu 1/28/21 |
| 52 | | **CEQA Challenge period ends after posting of NOD (M.11)** | **30 edays** | **Thu 1/28/21** | **Sat 2/27/21** |



Project: The LA Grand Hotel
Revised: 6/22/18

| | | | | | |
|---|---|---|---|---|---|
| Task | | Rolled Up Split | External Milestone | Manual Task | Finish-only |
| Split | | Rolled Up Milestone | Inactive Task | Duration-only | External Tasks |
| Milestone | | Rolled Up Progress | Inactive Milestone | Manual Summary Rollup | External Milestone |
| Summary | | External Tasks | Inactive Milestone | Manual Summary | Progress |
| Rolled Up Task | | Project Summary | Inactive Summary | Start-only | Deadline |