# Exhibit C

| | |
|---|---|
| **From:** | Aly Smith |
| **To:** | Rose Fistrovic; Jeff DiMarzio (jdimarzio@d-kgroup.com); Saturo Kato (skato@d-kgroup.com); Kristin Starbird; Mitchell B. Menzer (mitchmenzer@paulhastings.com); Michaelnytzen@paulhastings.com; David S. Shender; max.chang@thelahotel.com; Virginia.Clark@sznw-usa.com; Rong.Zhu@sznw-usa.com; Mark@brennerconsultinggroup.com; renie@csstudios.com; Rumi Noon; Jeff Kim |
| **Cc:** | Virginia Clark |
| **Subject:** | Downtown Hotel (Shenzhen) EIR/Entitlement Schedule |
| **Date:** | Friday, July 13, 2018 14:32:29 |
| **Attachments:** | EIR Entitlement Schedule (LA Grand Hotel Downtown) 7.13.2018.pdf |

Hello Team,

Attached is the updated EIR Entitlement Schedule. Please let me know if you have any questions or comments.

Enjoy the weekend!

-Aly Smith

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 1 | **The LA Grand Hotel Downtown Redevelopment Entitlement/EIR Schedule** | 760 days | Mon 4/2/18 | Sat 2/27/21 |
| 2 | Architect prepares plans for Project Outreach | 10 days | Mon 4/2/18 | Fri 4/13/18 |
| 3 | Shenzhen finalizes Project Description | 12 days | Mon 4/16/18 | Tue 5/1/18 |
| 4 | **Architect prepares draft Site Plan Review set of plans for review** | 2 ewks | Tue 4/17/18 | Tue 5/1/18 |
| 5 | LLG Submits traffic Memorandum of Understanding (MOU) to LADOT (M.2) | 2 ewks | Tue 5/1/18 | Tue 5/15/18 |
| 6 | Case Management Meeting with LADBS (M.3) | 1 day | Thu 5/10/18 | Thu 5/10/18 |
| 7 | Urban Design Studio Meeting with Planning (M.3) | 1 day | Thu 5/17/18 | Thu 5/17/18 |
| 8 | Meeting with Council District Office (M.3) | 1 day | Mon 5/21/18 | Mon 5/21/18 |
| 9 | Meeting with Planning Major Projects Section (M.3) | 1 day | Thu 5/24/18 | Thu 5/24/18 |
| 10 | Architect completes final Site Plan Review set for submission | 31 edays | Tue 5/1/18 | Fri 6/1/18 |
| 11 | Psomas completes the entitlement application, including the tract map (M.2) | 36 edays | Tue 5/1/18 | Wed 6/6/18 |
| 12 | LLG Conducts Traffic Counts at study Intersections (M.4) | 90 days | Tue 5/15/18 | Mon 9/17/18 |
| 13 | LLG Prepares Traffic Study (M.5) | 120 days | Tue 5/15/18 | Mon 10/29/18 |
| 14 | **Entitlement applications are filed with the Planning Department (M.2)** | 1 eday | Mon 6/11/18 | Tue 6/12/18 |
| 15 | Deemed Complete Letter Issued by City | 35 edays | Tue 6/12/18 | Tue 7/17/18 |
| 16 | Psomas prepares the Initial Study (M.4) | 49 edays | Tue 6/12/18 | Tue 7/31/18 |
| 17 | Planning Request DWP to prepare Water Supply Assessment (WSA) | 3 edays | Tue 7/17/18 | Fri 7/20/18 |
| 18 | City Review of NOP/IS (M.4) | 45 edays | Tue 7/31/18 | Fri 9/14/18 |
| 19 | NOP/IS revisions per City input (M.4) | 14 edays | Fri 9/14/18 | Fri 9/28/18 |
| 20 | NOP 30-day circulation (M.4) | 30 edays | Fri 9/28/18 | Sun 10/28/18 |
| 21 | Conduct Scoping meeting (M.4) | 1 day | Tue 10/9/18 | Tue 10/9/18 |
| 22 | LADOT issues Assessment Letter | 6 ewks | Mon 10/29/18 | Mon 12/10/18 |
| 23 | Psomas prepares First Admin DEIR (M.5) | 6 wks | Tue 10/30/18 | Mon 12/10/18 |

Project: The LA Grand Hotel
Revised:6/22/18

Page 1



| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 47 | 15-day Appeal Period on CPC Determination on all cases (M.13) | 15 edays | Sun 11/29/20 | Mon 12/14/20 |
| 48 | File Notice of Determination (NOD) on all Actions (M.13) | 5 edays | Mon 12/14/20 | Sat 12/19/20 |
| 49 | **PLUM Hearing on all cases and any appeals of CPC Actions (M.13)** | **30 edays** | **Mon 12/14/20** | **Wed 1/13/21** |
| 50 | City Council Hearing on all cases and any appeals of CPC actions (M.14) | 10 edays | Wed 1/13/21 | Sat 1/23/21 |
| 51 | File Notice of Determination (NOD) on City Council Action (M.14) | 5 edays | Sat 1/23/21 | Thu 1/28/21 |
| 52 | **CEQA Challenge period ends after posting of NOD (M.11)** | **30 edays** | **Thu 1/28/21** | **Sat 2/27/21** |

Project: The LA Grand Hotel
Revised:6/22/18

Page 3