# Exhibit D

**1/27/2022 - Andy Civetti (AC), Veronica Dragalin (VD), Melissa Mills (MM), Rose Fistrovic (RF), Chad Wilson (CW)**

AC: (00:00:01):

Today's date is January 27th, 2022. This is Special Agent Andy Civetti with the FBI. We will be conducting a interview with Rose. Rose, I didn't catch your last name, so I'll have you say it for the record.

RF: (00:00:16):

Fistrovic.

VD: (00:00:17):

Great, thank you. Also present in the interview is Veronica Dragalin and Melissa Mills from the U.S. Attorney's Office. And with Rose from Psomas is General Counsel, Chad Wilson.

VD: (00:00:31):

And just to make sure we have it right... Rose, is the spelling of your last name F-I-S-T R-O-V-I-C?

RF: (00:00:39):

That's correct.

VD: (00:00:39):

Okay, great. We'll get started again as I as we mentioned briefly, right before the recording began, Melissa and I are prosecutors working in the Public Corruption section. We're working on an investigation. That's been- a case that's been charged in an indictment and we are scheduled to go to trial in May. And so we wanted to- we reached out to- through Chad to you, because we thought that you may be someone that has knowledge of certain information that we think is relevant to our case. That doesn't mean we think you will be a witness at trial, but we wanted to just at least have a preliminary discussion with you to see if there's certain information that you can explain or share with us and go forward. So that's sort of our- the purpose of today is to just ask a few hopefully pointed questions that we don't keep you too long. But it's in connection with the case that's been charged. We have previously- it's been now a long time, almost three years, two years- in 2018- at the end of 2018, we sent a request for documents from Psomas. So we've received a lot of documents about the Shen Zhen New World projects

VD: (00:02:12):

We've had <unclear> review some those documents. And mainly what we want is, you know, we think we have some understanding of what the records are or the projects were, but it would be very helpful to us to talk to someone who was actually involved in it. And so that you could explain more things to us. So the way it's gonna go today is there are a few documents... You know, we- I had sent a copy of them. I don't know if you had a chance to look at them with Chad, but I had sent Chad a copy of them. So we'll go through some of the records and ask you some, a specific follow up questions. So that's generally our, our plan for today. How it's going to go. Any questions for us about the format or, or things like that before we get started?

RF: (00:02:56):

No, not really.

AC: (00:02:58):

And Veronica real quick, just-

VD: (00:02:59):

And- yeah?

AC: (00:03:00):

Just for the record- I'm not sure I said it the first time, but we're doing a video conference interview. However, it's being audio recorded, not video recorded.

VD: (00:03:08):

Yes. Thank you for clarifying that. And you know, before sort of, we jump into asking you questions, this preamble part is something we say to every person we speak to. But we want to remind you that this is a voluntary interview, meaning we've asked if you'd like to talk to us and you've agreed, which we really appreciate. But that means you don't have to answer our questions. You have your General Counsel there with you, and that's very common. We often do that with people we speak to. So if at any point you want to take a break to talk to Chad about something please let us know, you know, we can either disconnect or you can step out of the room to have a private conversation and then come back. So there's certainly ways to make sure that you have a chance to, to have private conversations with him, to the extent you need to. And then if you want to take a break for any reason to get water or whatever else please let us know. So from that perspective, any questions in terms of sort of the nature of this interview, and your understanding that you don't

have an obligation to answer our questions and that it's voluntary?

RF: (00:04:23):

I understand.

VD: (00:04:24):

Okay, great. And then, but I will add that again, as we say to every person we speak to it's not just a casual conversation in that it is more formal you are speaking to a federal FBI agent and two federal prosecutors. And so unlike in other conversations, there is a legal obligation to tell the truth and to be fully forthcoming when we ask the question and there are consequences and penalties for making false statements in these types of settings. So we do want to- as much as we'll obviously be friendly during this conversation and interview, we do want to remind you that it is not just a casual conversation and that you do have that obligation. Do you understand that and agree to go forward?

RF: (00:05:16):

Yes, I do.

VD: (00:05:16):

Okay, great. So you mentioned your position now Psomas, but can you just very, you know, very high level tell us, what your educational background was, and alSo you know, what other types of jobs you've had before joining Psomas?

RF: (00:05:35):

Absolutely. I am with Psomas for five years now, originally hired as a project manager for land use-land development type of projects that are being processed through the city. I come from Croatia, I came to United States in 1988. My background is in land survey. I graduated in <unclear> and started working for actually small city in Croatia, in their survey department after school. Coming here, I will work in private sector a small land surveying engineering and land use firm in the city of <unclear> for about 14 years. Then I move on to a different firm called Mullen Howard group here in the city of Los Angeles kind of expanding my experience and knowledge, but still based on the mapping, development, land use, <unclear> for the city of Los Angeles and other jurisdictions, leading developers through the very complicated process of beginning of their process approval permitting to the end.

RF: (00:07:03):

So I work with a lot of consultants that are part of the process. I work with a lot of city staff government <unclear> community groups, anybody to weigh in and give us their opinion of the projects, their comments on the projects and such. So we collect these and we put it in a context of either review or you know, relevance to any of the projects we work on. From private sector, I worked about five years for redevelopment agency in the city of Los Angeles called CRALA. This is where I was also a project manager, actually in the position of the controller project manager for all city projects that were moving through the region in various city development offices, both private and public. So partnership with private developers, especially affordable housing or anything that the CRA was involved in.

RF: (00:08:16):

After that, I was for about five years with the County of Orange, I worked in there probably for portion of actually planning section expedited unit. I was leading the planning section, and that was for a specific master plan, community developer, national builders, to help them expedite the process in the rigorous governmental agencies, basically. After that for the last five years, I moved to Psomas. The reason for that is I live very close to city of Los Angeles and I was just tired of traveling. So I move back closer to home to the same industry experience with both public and private sector, understanding the mindset of people that are doing this work. So that's, where I'm today.

VD: (00:09:19):

Great. And then how would you describe, I guess, is Psomas- because you mentioned you work with consultants, would you consider Psomas to be generally, basically a consultant for developers looking to make- to major projects in the city?

RF: (00:09:36):

Absolutely. Psomas has a local history of their establishment and very respectful of the city of Los Angeles for- from their existence 75 years. And been one of the- one of the firms that's been doing this business with the city for forever.

VD: (00:09:58):

And does Psomas work- have- house lawyers that are land used lawyers, or do you also work with basically outside firms as part of that process?

RF: (00:10:11):

We both mainly <unclear> land use councils, especially for CEQA and land use items outside of our firm. We don't have one in-house

VD: (00:10:22):

So before we jump into basically some of the high-level topics that we had previewed for Chad, we know- he also mentioned that, you know, earlier this week- I think on Tuesday- you had a another interview with a defense attorney from our case. And so we wanted to just get a high-level kind of summary of the topic areas that you've already covered in your meeting earlier this week, if you don't mind sharing that with us.

RF: (00:10:54):

Sure. Kind of in a nutshell, I think we went through the introductory, same similar way. He told us who he is and what his role is. He also had few documents on the screen. He shared with us and wanna make sure that we recognize them. They were contract-related, they were schedule-related, milestone that were in our work descriptions. And he wanted me to make sure I know them. And how we- when was I first involved with the job, my <unclear> pretty much. Have I seen any unusual things, I believe, in this whole process that would be different than any other projects we worked on. So that was just of our conversation.

VD: (00:12:00):

Okay. And in terms of that last question of, you know, was there anything unusual with this project that- is there anything that comes to mind that was unusual or from your perspective, is it sort of a run of the mill type of project that you've worked on in many other cases?

RF: (00:12:17):

Very similar, like any other project at caliber. All the things that we need to consider. We need to have as part of the project, we need to make sure that we can complete our project applications and submit to the city for code, for requirements, for all the things that need to be done. So nothing unusual from

that perspective. So we haven't seen, or I haven't seen anything that was different.

VD: (00:12:50):

Okay. So I think, you know, I'm sure we'll cover some of the same areas that we wanna ask about as well. So we'll start basically with that, which is, you know, do you know when Psomas was first engaged by Shen Zhen New World to work on these? From our understanding, it's two development projects originally, that was the plan. Do you have sort of a sense of timeframe-wise when that relationship was started?

RF: (00:13:22):

First time when I was involved and I learned about projects were about January of 2018, and that was approximately where the contract was negotiated and it was more realistic that this would be the project that we would be working on. So that was about the timeline.

VD: (00:13:48):

And are you aware if there was anyone at the company that was having sort of informal conversations about this before that, do you know, or you know, anything before January, 2018 as far as you know?

RF: (00:14:02):

I don't know exactly, but I believe that my boss at the time was the one negotiating the contract with Shen Zhen's team. So that was not known to me to what extent and then had that started or anything like that. I was assigned project manager and I was told that once the contract is signed, I will get the information about the project that I would be working and leading.

VD: (00:14:35):

And what's the name of that individual, your boss that you mentioned?

RF: (00:14:41):

That's Joel Miller.

VD: (00:14:43):

Joel Miller. Got it. So let me- we'll try this out. Hopefully this works in terms of being able to see the document on your screen. I'm gonna try to share one of these documents now. Do

you see the- let me scroll up. I can zoom in, I don't know if you can see it there very well. Do you see a document that says Psomas at the top?

RF: (00:15:11):

Yes.

VD: (00:15:12):

Okay. So this is one of the documents from the production that we got from Psomas that we've now- the reason- it didn't look- it didn't have that header at the top, and it didn't have these numbers at the bottom. Those are things that we added because we produced them to the defendants in this case. But other than that, these are documents we have received from Psomas. And so this is one where I just, you know, we're just looking at a face that we don't really know that much about it, but it looks like in the middle of the page here, the date is February 15th, 2017, but then we also have this notation in red that seems to suggest it's, you know, it's a January 18th, 2018 note that says, this is the last noted schedule of fees, which show a dollar amount, use this for surveys, tasks, and fees. <unclear> there's some, you know, subsections about various portions of the tasks. And it does have at the bottom, you know, Shen Zhen New World Investment USA. Do you know- from sort of your knowledge of the way the company works, does this seem to suggest that in February 17, there were at least some drafts of a schedule prepared for Shen Zhen New World? Or do you think this date is does not necessarily mean that?

RF: (00:16:36):

So there is a very well a possibility what you are showing me right now is a strictly subdivision survey standalone page. It is very possible that somebody outside of this overall project contract had reached out to Psomas independently and ask for survey work to be done. Survey math and survey work is something that needs to be done before- way before anybody gets involved. That is a base map for architect to start any work for anybody to ever consider that they'll be any work done on any property. So I don't- I can't tell you if this is a typo or if this is really a separate standalone piece of document that went separately to our survey division a year before we ever got engaged, but it could be both. And it could be that- I would say is most likely something that happened before. I wouldn't know about that, but the date in the red about the end of January seems correct. And it seems like if survey was involved and has been- I don't think any work was done, it could have been

possible estimate that has gone nowhere. And we just found the old piece of document that we say, now this could- we already look at this property, maybe instead of survey, we have some documentation we can use as it's the same thing we can incorporate it into the contract.

VD: (00:18:28):

Makes sense.

AC: (00:18:30):

Veronica, for the record, can you just read that bates number?

VD: (00:18:34):

Yes, it was 0806098.

AC: (00:18:40):

Thank you.

VD: (00:18:44):

So setting aside that maybe there was, sort of, some earlier work done by the survey team that maybe didn't go anywhere, sort of, from your- what- you know, firsthand from your perspective you mentioned you think that the engagement, sort of, was finalized some time in January, 2018. And do you know how- you know, did Psomas already have a relationship with Shen Zhen? Is it, you know, do you know if someone at Psomas is the person that had the connection to someone at Shen Zhen- do you know kind of how that introduction may have been made?

RF: (00:19:20):

I don't know. I don't know that.

VD: (00:19:23):

Okay. And I guess as- when you first sort of became involved, were you assigned to the project from the beginning, from around January 2018?

RF: (00:19:39):

Yes.

VD: (00:19:41):

And at that time what was, you know, kind of how far along in concept were these two projects in terms of what had the client, kind of the company, what had they already done in house to plan this out? Did- can you just describe a little bit about, you know, what was the status of this concept and at the time that you became involved?

RF: (00:20:07):

To my knowledge at the time, it was a conceptual <unclear> plan. And so that is the vision of the project. That is what we based everything. We review a concept of our <unclear> plan to see if this project is feasible, if it meets the code, if it follows all the line and revelation as it relates to size, to zoning, to planning, to surrounding streets, everything, everything else in the neighborhood. And we review the plans and then, you know, if there is a kickoff meeting or anything that clients would attend with his architect in a room with us in a room to start understanding who is doing what, where do they stand, what is their plan, how, how they would like to approach the project, you know, just the initial conversation to get a little bit more information and knowledge about the idea. This is kind of idea on the paper that could be changed or evolved on as the process go. When we kind of tell 'em this, this is possible, or it's not possible.

VD: (00:21:30):

And at that time for sort of the kickoff meeting, or at least the beginning of the relationship, was there already an architect involved in terms of an architect?

RF: (00:21:39):

Yes.

VD: (00:21:40):

Do you recall who that was?

RF: (00:21:42):

It is Jeff DiMarzio and Kato. So they were the architects onboard previously working on the project. So they came as the existing consultant already from the client.

VD: (00:22:01):

And if you had to, just, so it sounds like, you know Psomas was officially engaged in January 2018, and then we know that the applications were filed in June 2018. So it was about six months. Do you know if the concept of the project changed, you know, significantly between January and June or basically, you know, was the application done sort of based on the specifications that they already had in mind at the time that you all became involved?

RF: (00:22:31):

Yeah, I think they had the base idea, and they had- just- the architectural components were moved around and making sure that they are satisfying downtown design guidelines specific plan, which is governing documents. This property is in, just to, you know, checking some boxes and making sure that the framework fits and what we need to do, what type of entitlement requests are being, or needed to be requested from the city in order to make this package complete and submitted to <unclear>.

VD: (00:23:16):

Got it. And in terms of the specific people at Shen Zhen, you know, who are those that come to mind in terms of who it was that you were interacting with that was representing the company?

RF: (00:23:31):

The company at the time was represented with what they call their hotel/development team in LA, and director of that, or point of contact for us was Virginia Clark and Max Chang. I believe Max might have been either a secretary or a project assistant or- to Virginia, who was basically providing us the documentation or running with anything that needs to be submitted to us or coordinated or any check requests for any research, for any payments to the city or outside research was obtained through him. So for those two names, for sure. I think there was a couple of other names that we hardly ever contacted with, or they were in the chain of emails, but they were not really on the process a lot. <unclear>, something like that was one of 'em. I think a lot of emails were copied or addressed to chairman. They wanna make sure, especially if there is Virginia making any decisions, he was included. And towards the- <unclear> after June, Hanwei's name came up a lot, especially at some point at the project, Virginia was no longer available. We were told that she is no longer employed by Shen Zhen and that all the communication will go to Hanwei.

VD: (00:25:30):

And do you remember about the timeframe of when Virginia was no longer involved?

RF: (00:25:36):

I'm not exactly certain of a date. I mean, if I was gonna look through documentation that you might already have or emails, we can find it, but I think it's about maybe a year into this process.

VD: (00:25:51):

Got it. So maybe late 2018 or early in 2019, something like that?

RF: (00:25:57):

I'm not exactly sure. Just <unclear> it.

VD: (00:26:00):

Sure. And then- yeah- let me see- I can show you a document to see if some of these people sound familiar. That has- I think it's one of these types of emails that you just mentioned that would go to a whole group of people. So it's a little bit clunky to read, but hopefully we can make sense of it. So it's from Joel Miller. January 23rd, 2018. And just- you know, to-

RF: (00:26:28):

Mm-hmm.

VD: (00:26:30):

He's talking about the various- the two invoices for- and then the various tasks that Shen Zhen has in the retainer. So- and it's, you know, a longer email chain down the list, but the people that it's addressed to seem to be Huang Wei- Wei Huang, who you mentioned, Virginia Clark, Max Chang. So that's the person I think you mentioned was an assistant to Virginia Clark. And then what about Tiffany Huang? Is that someone that you interacted with?

RF: (00:27:06):

Never.

VD: (00:27:07):

Never?

RF: (00:27:08):

Never, no. We have never- we- I remember now that I see that that name being at the beginning showing, but I don't recall that that was a constant through the project. Next name, <unclear>. That is Psomas project assistant at the time. She worked with Joel Miller

VD: (00:27:33):

Mm-hmm. So she- yeah. Looks like the rest of these names are all Psomas.

RF: (00:27:38):

Psomas. Yeah.

VD: (00:27:40):

Yeah, I guess it's a little bit- I think it's a little bit cleaner here in that it doesn't show the extra... But yeah, it's- you know, Huang, Virginia... I guess- do you know who this person is that who- and I see it's Chinese characters, but I don't know if you recognize this email, do you know who this person is?

RF: (00:28:02):

I don't. I don't. But I mean, I really don't, but maybe that is- if that's repetition, maybe that's the Chinese- chairman's.

VD: (00:28:19):

Yeah. It seems to be addressed to Chairman Huang. So it-

RF: (00:28:22):

Yeah, I don't know.

VD: (00:28:23):

Okay.

RF: (00:28:24):

I have no idea.

VD: (00:28:26):

Okay. All right.

AC: (00:28:31):

Bates on that one, Veronica?

VD: (00:28:33):

That was bates number 0806270.

AC: (00:28:38):

Can you repeat that one more time?

VD: (00:28:41):

0806270.

AC: (00:28:44):

Thank you.

VD: (00:28:48):

And in terms of Chairman Huang, was it your understanding that he essentially was the owner of both the LA Hotel and then the Universal Hotel, which were the subject of these two redevelopment projects?

RF: (00:29:05):

We have find out through the application process, because part of the city requirement is to fill in the owner's name and the opener name comes to us through the titled document. So we need to look at the title report. We need to look at the deed and that was Shen Zhen New World's company. And city also go further than that. They wanna know who actually signs for the company and, you know, who's gonna be signing the application or has authority to sign and on behalf of the owner. So I think that based on the city request we had asked Virginia to produce these kind of documents or give us for their instructions, making sure that our application could be deemed complete.

VD: (00:29:59):

Yep. And I think we've seen, yeah, we've seen something that was sort of a letter of authorization and ownership where it lays out the various entity names that was part of the application package. So that's- I guess, you know, that's sort of how you- at that time in the process confirmed, kind of, who the actual owners were of the problem. What about the name Raymond Chan? Is that someone that you at all interacted with as part of these projects in terms of incapacity of someone associated with Shen Zhen, or a consultant, or anything like that?

RF: (00:30:39):

No, not in the capacity of this project, or Shen Zhen, or anything like that.

VD: (00:30:45):

Okay. But have you heard that name before?

RF: (00:30:50):

Absolutely. Especially with me working for the city redevelopment agency- Ray Chan was a manager, general manager for the Department of Building and Safety at the time. So you know, I know his name and his function and some interaction through that redevelopment process. I know that while I was in the County of Orange, he was promoted to Deputy Mayor of Economic Development, but I have never had any contact with him after, you know, my years in CRALA. So...

VD: (00:31:31):

Got it. Okay, and then- so I guess, yeah, we wanted to get a little bit of a, you know, we've seen some of the documents in terms of the applications, but just to understand a little bit better about the process of how this application sort of was put forward before you got to the actual filing in June were there other steps along the way that you recall in terms of presentations between the city or any like groups that were part of what you worked on that you would consider kind of milestones in the process?

RF: (00:32:13):

There is a huge amount of communication with different people, different departments, because they might be technical nature and we need their clarity before we show something in our application. That includes Building and Safety, includes <unclear> engineering, includes city planning, water and power, you know, all the groups that will eventually review any application that comes to the city of Los Angeles. Projects of this size go through something that is called case management and usually case management in the city of Los Angeles brings in the key departments that will make decision or have their conditions of approval on the projects. Part of the request on this project was technical investing, <unclear>. It was part of the specific plan. It was a lot of <unclear> that was included for this piece of property that we need to clear. Sort of- we needed to talk to these people that have any say so on it.

RF: (00:33:35):

So they would they would be familiar with the project. They would see that we're not doing anything that is either not permitted or is not in a code or we're assuming anything or any of that. So yes, we had multiple meetings with the city, with the <unclear> groups. We had outreach consultant part of the team on this process and in the very early process, we wanna bring them on and we wanna make sure that developers and everybody that will be involved in this procedure, anybody that will need to be notified in 500 feet radius, anybody that is our neighbor, any groups and organization in the city of Los Angeles that is pro or anti-development will be on the list and that this outreach team comes to them early in the process and tell 'em there'll be a application file on this piece of property.

RF: (00:34:46):

This is how it's gonna look we would ask for your support, or we would we would wanna know your opinion. If you have any issues we would like to present it. If any questions we can answer for you. So we know that process of this, of our project, of this size will go through the process for about three years or less. And so there'll be a lot of steps along the way as we would have to massage it and change it and review it, answer a lot of questions. So it is always great to let people know I've <unclear>, then wait from the last minute and you know, be as surprised.

VD: (00:35:29):

And when you- when Psomas became engaged in January 2018, had there been some efforts on that front, as far as you know? Like had the company with its architect met with any departments or city neighborhood groups or anything like that, or basically was when Psomas got engaged, that's when that effort began?

RF: (00:35:52):

To my knowledge, that's the effort that we did and that's the effort that I knew about it. I didn't know of any engagements before. When Psomas got engaged, we provide a list of consultants that we feel it would be necessary, and it would probably be serving like a good technical team for carrying this project through the process. So we suggested something that was missing you know, architects were already picked. So we keep building up as the project was moving forward through the process.

VD: (00:36:34):

And so I'll share another document here on the screen. And this one is Bates for the record Bates number 0821019. And it looks like it's a CCA presentation. I'm forgetting now what that stands for, but I think it's some type of neighborhood group, is that right?

RF: (00:36:59):

It's a Central City Association. It is a group in the city that promotes all of projects in the city of Los Angeles ,wants to know who our developers, wants to know what they're doing in the city, wants to know if the project will provide any kind of public benefit humanities affordable housing, great design, how many people will be employed, you know, all that good stuff. And they usually work with the developers and city planning. They are very supportive of development in the city of Los Angeles so much and other organizations that are in the land use and business development and developers all together are part of CCA forum. So we all kind of need to know what's going on. So- and we like to know, so if it's a supportive group, this would actually be a supportive group that eventually would like to learn about the project and they would provide their comments and they would vote in their own team or group to approve the project or support the project. And this is one step that at the point of the public hearings, when this project comes in front of public often this group is asked to come and speak on behalf of the project.

VD: (00:38:45):

Got it.

RF: (00:38:45):

They support, or they don't. <laughs>

VD: (00:38:48):

Yeah. And so for this particular one, it looks like it's a place on January 15th and you were there to- on behalf of Psomas- and it looks like the other group is this one of the other types of consultants that you mentioned, Brenner Consulting Group in terms of outreach?

RF: (00:39:06):

Yeah. Actually... Yeah, actually this was prepared to be done, but I don't think we have ever presented to CCA.

VD: (00:39:16):

I see.

RF: (00:39:17):

At that early date we felt that it was too early yet. Project was going through a lot of changes and we pushed that back.

VD: (00:39:27):

Got it. So this was just sort of an outline for something that was a goal, but you didn't end up having that.

RF: (00:39:33):

Yeah. We we wanna tell consultants involved. This is what would be needed for something that presentation to CCA.

VD: (00:39:41):

Got it. And in terms of- so here, you know, we have like the bullet points of entitlement requests and project status. So I guess, can you just tell us, kind of- in- you know, we've read city documents, but if you could tell us in a way that is- you could explain it to maybe a 12-year-old- how would you describe the entitlements that this particular project that LA downtown hotel- what are the basic entitlements that particular project was seeking?

RF: (00:40:14):

So the base one from the big part of the entitlement. So when we look at the project, we're looking for the best possible fit for the project that is required by law, but also that would be practical and flexible to meet the new development. Sometimes that relates to property lines, sometimes that relates to the structure and the future. And usually with new project, we wanna make sure that it fits exactly. So the framework of the design and the project that is being asked for the city to approve. So that's the mindset in general, how we look at. So one of the entitlements were <unclear>.

RF: (00:41:11):

So what the best <unclear> would be doing- would be subdividing the land in the way that would separate the uses, which is very practical, but in the air space, it's vertical. And also, it is horizontal. It's a perimeter of the property. It would put in one box or one lock, put in some existing building that is right now on the property and it is going to remain. That was the idea. And it's gonna be used as an apartment building. There' a component of the building that would be used as an existing

school. Couple of <unclear> of that building would be separated because that's a different use. There would be a parking that is designated for a hotel or residential. So people usually wanna separate the entrances or kind of control it, how the residents bark versus the hotel guests.

RF: (00:42:19):

So things like that based on the division of the architectural plans, that's what vesting can track would do.

VD: (00:42:27):

Got it.

RF: (00:42:27):

In a nutshell, that's one request. The second request was the project permit compliance. That project permit compliance is the entitlement request sort of as a larger site plan review because we are inside the Bunker Hill specific plan. That is the plan that governs our compliance with the project, with the size, with the setbacks, with what, how many square feet it could be added or built on a certain property, design guidelines. What is the open space? What is, you know, all the good things that the regular zoning code controls on other pieces of property in Los Angeles specific plan does for this piece of stuff. So that was a second bigger entitlement request.

VD: (00:43:27):

And would it be, basically, like the entitlement request would be to sort of seek a modification to the Bunker Hill plan or how exactly what exactly would it be?

RF: (00:43:36):

After? So it's not a modification. It is actually approved. It is allowed on the help, the specific plan, but we need to define it exactly what it is. So once this project is approved, specific plan allows expansion of 15 million square feet to be added to all the parts inside the plan. So if this project has 1 million square feet, city needs to keep that staffing and say other projects have them <unclear> share and, you know, keep setting up till that total is reach.

VD: (00:44:15):

Got it.

RF: (00:44:16):

In a simple way. I- you know...

VD: (00:44:18):

Yeah, no, I totally- yeah, of course this is high-level. Yeah. That's helpful, though, to understand. Okay, so sorry. I interrupted- that's the second. And then- you- regarding-

RF: (00:44:30):

Something that is called master conditional use permit for alcohol, and this was proposed to be a hotel. It is proposed to be- we got <unclear>. It is proposed to have restaurants that will have bar and entertainment area and serving alcohol and food and all that. So that is another permission that we need to ask for the city. And then of course after review, city will review and look at it if it's appropriate and right spots and, you know, all that. And another thing that would requested with this application, which is a transfer of more area rights of what it's called, TFAR, and sensitive thing in the city of Los Angeles, but 90% of the big buildings need some. So that is also established ordinance in the city that provides the path and request and in debate how this is requested for projects. So those were the main entitlements that requested for the project.

VD: (00:45:41):

Makes sense. Yeah. And I have one question. I'm not- I don't think we're as familiar- We've dealt with TFAR issues in the past, and I think we have some basic understanding of that. I don't think we've dealt with the Bunker Hill specific plan, so I was hoping, you know, this, so this document, for example was in the materials that Psomas provided. And it, you know, we've seen in various documents, it's the operative kind of controlling document for the project, was the Bunker Hill specific plan. And so this particular resolution was in the materials that Psomas provided. It looks like it's a Planning and Land Use Management Committee resolution or something that filed in 2013... May 2013. And it seems to be- I guess I wanted to see if you can explain to me what exactly this document is and why it's significant for the the specific project that we were talking about,

RF: (00:46:44):

We use this document just as a supporting documentation that specific plan is still active, that it is been approved, or reapproved for- specific plans are good for certain period of time. And as the developments keep going on, they need to be updated. And if new- a lot of new developments is added, that is

evaluated for environmental impacts for traffic, for different reasons in the region or in that plan for all the parcels. This is not specific to our parcel only.

VD: (00:47:23):

Right.

RF: (00:47:23):

This is specific to actual specific plan. And it was done in 2013 when redevelopment agency was still intact. And it was just another run of a recheck. What's going on with the specific plan, where we stand today in 2013, all the environmental documents and studies were done, there were no impacts. They decided the plan is good to go. It's still a valid document and continue to design.

VD: (00:47:58):

I see. So that's- yeah, 'cause I see basically here, you know, they want to find that there's not going to be any significant effect on the environment. So basically it's- I guess the simple way of explaining it is PLUM is weighing in to say the Bunkers Hill's specific plan is still... You know.

RF: (00:48:16):

Good document. There is no issue with it. As envisioned and described for design and development, it stands. Yes.

VD: (00:48:26):

Got it. And I guess, so here at the- I mean, when they try to summarize what it's doing, it's saying that at a public hearing on May 2013, which was continued from August 2011, the PLUM considered report from the city attorney and DCP, and an ordinance relative to establishing the Bunker Hill specific plan. So is it your understanding that basically this action actually established the plan? Or was it somehow saying it's reestablishing it in essence?

RF: (00:48:57):

It's reestablishing a specific plan dated way, way before that, but every 10 years or so needs to be redone.

VD: (00:49:05):

Got it. Okay. So in other words, this particular you know, action from the PLUM Committee essentially allowed the Bunker Hill specific plan to still continue on in effect, and then that Bunker Hill specific plan sets out certain rules that govern the type of development that can take place in that geographic area. Is that accurate?

RF: (00:49:33):

Yes, that's it.

VD: (00:49:35):

Okay. And then it looks like, you know, the next document we had in the document that- oh, and I don't Andy, did I give the bates number for that one?

AC: (00:49:46):

I saw it, but if you wanna read it for the record.

VD: (00:49:49):

Yeah, it's- that was bates number 0815167. And then it looks like the city council then adopted that same recommendation from the PLUM Committee. And then before we get into a few more specific things about the LA Grand project, do you- so we've seen documents that the Universal Hotel project application was filed right around the, you know, the same time as the LA Grand, but that shortly thereafter it was withdrawn. Do you know, kind of at a high-level about why the universal application was withdrawn?

RF: (00:50:36):

I do, but I do on a high-level.

VD: (00:50:39):

Sure.

RF: (00:50:39):

I wasn't there for the project, for sure. But yes. So both projects came to Psomas about the same time. Same owner, similar- the Universal had slightly different entitlement requests. So it's a different property. It's in a different area. It has different underlying zoning code and that governs that. So Psomas has actively started working on that application and preparing documents as well. And somewhere along the process- once I believe the outreach firm start talking to the neighbors or trying to reach to the neighbors, to letting them

know that we should be filing soon, and this is the time the projects worth working on, one of the main neighbors, of course, was NBC Universal. It turns out, which was not disclosed or known to Psomas at the time, that there is a set of CCNRs for conditions, covenants, and restrictions that are in place.

RF: (00:52:02):

Those are usually private documents. They are not documents that are easily discovered or that any consultant will look for it. But NBC Universal has pointed that out that there are covenants where they are as a neighbor, and as a prior owner of that property, would need to review the project and give first permission that they are okay to proceed with this project application. And to my best understanding, this was not done on owner's behalf or this was not disclosed to us as a consultant. And I think that NBC Universal <unclear> approval, or they would pull out or push, or file a lawsuit or something. I think they would- there were some threats that were made to the property owner that they want us to withdraw.

VD: (00:53:18):

Got it. And so then it was formally withdrawn. And then as far as, you know, has anything happened in terms of trying to push that project or was that essentially abandoned?

RF: (00:53:27):

For all we know, it's abandoned for the <unclear>.

VD: (00:53:31):

Got it. And then with respect to the LA Grand project, what's the status of that particular project today?

RF: (00:53:43):

Also, <unclear> nothing, on hold. It's been filed with the city, as you know. City <unclear> send a letter letting us know your project is on hold until you submit everything that is needed or missing. And one missing piece was environmental documents that were still in production. While application was being complete at a time, appropriate environmental just kind of starts at that point. And that is in production. Once the environmental document is prepared, submitted to the city, then city would start the review.

VD: (00:54:32):

Mm-hmm.

RF: (00:54:32):

So city sends the letter and says we're still waiting for your environmental document to be submitted. What's the status. So usually it's about one year, the city will keep that application open. If there is no new information that they're waiting for, they would technically terminate the permit.

VD: (00:54:57):

Mm-hmm.

RF: (00:54:58):

And that's where we stand today.

VD: (00:55:01):

So- and I guess, let me- 'cause I have a letter here and I wanna see if it's the same one you're talking about. Was it the one- So I have a letter dated July 2018. So it looks like it was basically sent not too long after the application. Is that- does that sound right? Or are you thinking of a different letter? So this one has- so here's a July 16th, 2018 and they talk about how it was deemed complete as of July 11th. But then it said during the course of reviewing- processing your case, here's some additional things that they want. And so is this is this the letter that you were referring to?

RF: (00:55:42):

This is the letter that is notifying us as a consultant that of a certain day or project was being complete. Everything that we needed to submit to the city at the time was complete and they agreed that it's complete. However city knows that these things are yes, tiny things on the application. They want some tiny revision, but date stamp of the application was June 11th. Right. I'm gonna ask Chad if I can explain just one little thing on the being complete.

CW: (00:56:18):

Yeah, go ahead.

RF: (00:56:22):

Not exception to this project, but all the projects in the city of Los Angeles wanna submit their application prior to June 17th, 2018, because city was in the process of issuing the new ordinance for the affordable housing linkage fee, which would be added cost, huge cost to every development for square footage of new development. So we had nine projects that were meeting that

same deadline. Everybody wanna be in the city, making sure <unclear> prior to June 17th. So-

VD: (00:57:13):

Got it.

RF: (00:57:13):

That was very important. And then if there are some little things that need to be put into the city after that, minor little correction prints and stuff, you know, that is that is definitely a common thing.

VD: (00:57:31):

And so this particular letter was almost like, oh, you know, here's some kind of like nitty little things. So then were those corrected? I guess, when did the issue about the environmental report- when did that issue come up? About how much later?

RF: (00:57:47):

It is on the list. It is one of the items on the list <unclear>.

VD: (00:57:49):

CEQA. Uh-huh.

RF: (00:57:50):

CEQA. That's your environmental document is also. So they're letting us know, this was not part of the submittal, you need to give us that. And we had that conversation. It was very clear for the city at no projects that is initially submitted to the city, have their environmental document ready. It takes a lot of technical reports and analysis that take about additional six months to get that done.

VD: (00:58:17):

And so here, I guess what you were saying is, basically, if the whole year passes and they don't receive the environmental report, then the city will just kind of close the application. Is that- did I understand that correctly?

RF: (00:58:34):

You did. City gives us one year mark. And if we tell 'em, yes, we're submitting, give us three more days then wait. But if we

tell 'em, we're not sure that this is gonna be ever submitted, then city issue the letter and terminates the project.

VD: (00:58:55):

Got it. And so basically as of June 2019, there was no environmental report submitted. And then- is it true? Is it that at that point it was closed, or how, I guess, how did- yeah. What happened next?

RF: (00:59:13):

What happened next. In order for Psomas to complete the environmental report, like I said, there's a lot of technical studies and technical consultants outside of Psomas that need to be engaged and paid to do the report. So there were missing pieces or holes in that environmental document that, in theory, Psomas couldn't complete without having those in place. This is the time when our communication with Shen Zhen start being kind of broken and not responsive, and they were not engaging or reacting to hire these consultants to do the technical reports that would be <unclear> to complete environmental document. So Psomas <unclear>. We probably had everything 90% done, and we shared that with the consultant or with the developer and tell 'em we are at this point where our project is not complete, cause we're missing certain things that you need to tell us how you wanna proceed. And they were just never never done. So this is gonna be stopped.

VD: (01:00:39):

And do you remember the timeframe of around when that happened in terms of, you know, when the company stopped, sort of, being responsive?

RF: (01:00:50):

I am not sure what date, but I mean, again, our timeline is based on the communication that we had. It's been over three years now, but I would say maybe six months after we submitted, because we were actively working on environmental four months until we keep asking for whatever, you know, study needed to be done. And I would say towards the end of 2018, beginning of 2019, that's about where things sort of going very, very silent.

VD: (01:01:29):

And was the, you know, was there some type of retainer? Was it like a monthly payment? I guess, you know, did the company- did Shen Zhen continue paying or had they already sort of paid the fees up to that point?

RF: (01:01:46):

No, they haven't. They actually owed us money, and we have to involve Chad and the legal to start looking for our money for the work and all the consulting that we have done. And this is where we need to also make our decision to stop. We can't keep going and, you know, causing more fees. And obviously there was no clear communication. There was no responsiveness and we communicated to the client that he's not giving us a choice, but we are gonna have to stop.

VD: (01:02:24):

And do you know, kind of, when around the time period of when that sort of relationship would've been terminated?

RF: (01:02:33):

I think it's about that same time, kind of the end of 18, beginning 19.

VD: (01:02:39):

Okay. So I guess taking a step back a little bit about the LA hotel project, I think you mentioned the time period three years before, but I guess, yeah. Was there some sort of, you know set plan or timeframe of when you know, the application was filed in June 2018- was there some type of plan of when everything could be entitled and, you know, be able to begin construction?

RF: (01:03:17):

That definitely doesn't, yeah, doesn't depend on us, but we usually tell the client with this type of requirements, entitlements that you're proposing and all the documentation that needs to be done, prepared, and review, and going through the city, public hearing process, all the steps. We kind of give them the timeline, and that would be the average timeline that we experienced and we, you know, based on our projects that we're working on. So yeah, I think we gave them about three years or so at least that this would be the process.

VD: (01:03:56):

And just to understand, it's three years just for sort of the city approval process, not, you know, for the project to be-

RF: (01:04:02):

Oh yeah, yeah.

VD: (01:04:03):

City approval process.

VD: (01:04:04):

And can you, you know, I know obviously there's tons of steps, but if we had to just, you know, zoom out and talk about, kind of, what are the major milestones, can you just tell us a quick overview of, you know, there would be like a PLUM hearing, or a city hall vote, a city council vote, or I know before that there's various other city planning hearing, or maybe zoning administrators. So can you just tell us, just sort of, you know, if you had to kind of just high-level say it would take at least about, I dunno, how many milestones what those would be for, for this particular project?

RF: (01:04:44):

Sure. Like in the perfect world, if there was no appeals and there was no complaints, and if there was no other things. But we expected there would be. We would probably go about two and a half years before we come to satisfaction with the city of their review of the comments with draft conditions of approval, that everybody kind of feel comfortable with every department and also publishing of EIR, the environmental document. That is the key document for every project in LA. And first public hearing is what it's called. <unclear> hearing with zoning administrator. It's a lower level. It is the zoning administrator and also advisory agency, planning <unclear> only on the vesting tentative <unclear>. But that would be the first step where environmental document would be fully published. It would be out to for everybody's review.

RF: (01:06:00):

It would be the first overview of the entire project, even though it would only be approving the technical component, which is the map. So that would be in that maybe between two and a half and three years, that would be the first public hearing. This is where the notification will go out, that every public comment would count. And depending on that, if there is absolutely no comments, then about two to three months after that this whole project gets to go a public hearing with the club planning for position- land use management and planning. So

this is the higher level of the approval, and that was the body that was envisioned to approve this project.

VD: (01:06:56):

Mm-hmm.

RF: (01:06:57):

Should there be appeals or any other discrepancies here then this project would be going to a city council <unclear>. That's the stepping stone kind of, and each of these hearings <unclear> months <unclear> schedule,

VD: (01:07:19):

What about the city planning commission? Is that something that's for this particular project? Is that <unclear>?

RF: (01:07:27):

After- yeah. After planning management, land use committee go to <unclear>.

VD: (01:07:35):

Yes. Got it. So sort of CPC city council-

RF: (01:07:40):

Public hearing from something- hearing, two, three months ago. Yes. That was the best.

VD: (01:07:47):

Got it. And like you mentioned, for example, once that EIR comes out, there could be things like CEQA lawsuits that are, you know, appeal sort of <unclear> by- you've seen that by certain labor unions, you know, that there's various things that <unclear> along the way that can <unclear> further up to the PLUM committee and the council. So you know, there's all these other things that you're taking account. Is that fair for this project?

RF: (01:08:19):

Sure.

VD: (01:08:21):

Or sort of from, yeah, from the outset, I guess, was it important to get- you know, obviously this in downtown LA. So can you just talk a little bit about, you know, how important it is to have the district's office board with, you know, being supportive of a project in this particular case, and I guess just in general experience on working with other projects, how early on do you reach out to someone from the council district? <unclear> or whatever else and you what was relationship or interaction like usually.

RF: (01:09:03):

In the city of Los Angeles, it's very customary. Every district wants to know what's being what's going on in their district. What projects are being put in front of the city planning. And they are all always involved. If you go on any city website, if it says your councilman, your council district, all of the <unclear> councils, it gives you a list of things that we need to visit. And let 'em know this is happening. So anytime in the process of this application from its early stages to the submittal date we should definitely reach out to the city council planning deputy and let 'em know. This is the project on this property, or we'll like to send you plans. We'll like to meet with you. We'll like to do whatever you wanna know in order to introduce this project to you. So that's the really-

VD: (01:10:13):

Yeah. And so for this particular project, then, do you recall doing that in terms of reaching out to CD-14 and their planning director to talk about it?

RF: (01:10:23):

I haven't, but that is on the list of items that we need to do, and that was the outreach program's responsibility. So-

VD: (01:10:31):

Yep. And I- yeah, I think we've seen some- and I can maybe just pull one up but there's some documents like that, that we saw that talked- that show, you know, on so-and-so date there was discussion. So let me just pull one of those up to see if that would be helpful.

VD: (01:11:03):

Yeah, so it looks like this particular chart is something that was created by the consultant group, and you know, it's various pages long, but they list here the Central City Association that

we talked about before and various other groups that they have on here. Council district 14 as a line item and they list two people: Sean Cook, Director of Planning, and then Joella Hopkins, District Director of Downtown Area. And, you know, there's notes- this particular document was dated August 2018. And there's notes here about, you know, likes the design and wishes to move forward, wanted to wait to meet to ensure this project is real. We have an existing relationship established. So is this sort of- Psomas was kind of getting updates about stuff like this from Brenner Group? Is that fair?

RF: (01:11:56):

Yes. Yeah. They established this list at the very early stage, so we wanna make sure we cover all the bases and they were going to share information about the project whenever that date comes. Yes.

VD: (01:12:13):

And did you ever participate in any meetings with CD-14, whether it was staff or Jose Huizar?

RF: (01:12:23):

No.

VD: (01:12:24):

Is that just basically not part of, you know, Psomas responsibility? The city interaction portion was not part of what Psomas was engaged to do?

RF: (01:12:36):

Depending on the project, if we have an outreach consultant, that's their job. And we were on a relatively short timeframe. So we were actually working on the applications and really on the technical part of the project we did and we let 'em do their job.

VD: (01:12:56):

Right. And so here's again, as to illustrate that a little bit, but as an example, we have a conference call agenda dated July. So you know, this is about a month after application. It's about the downtown hotel. And it looks like, you know, this type, this conference call included the architecture team, and then Psomas as well as other topics. And so- in that, I see here that, you know, it's action items for Virginia and Max, and then it has these other people's names. So was it, you know, were you having

these conference calls relatively frequently with the client and with the other consultants to kind of talk about it, like talk about the task items as things went on?

RF: (01:13:50):

Yes, they were very frequent. They were almost on weekly basis because again, short term line for some middle, and we had a lot of moving parts, a lot of consultants. So we wanna make sure that whoever was supposed to give us information next week, we got that. Or if he was, you know, doing that. And I believe that this- now I just reading this saying road is out from 7/14, so I'm going for vacation.

VD: (01:14:21):

<Laughs> nice. Awesome.

RF: (01:14:24):

<Laughs>

VD: (01:14:26):

And it looks like you're right. Yeah. We've got waiting for chairman's authorization to proceed with milestones three and four, and we'll begin community outreach and then traffic study, EIR, sign district. And so based on this type of note, yeah. I guess, do you- did- would the chairman join these conference calls or was it more Virginia was sort of the point person that talked on?

RF: (01:14:48):

Yeah. No, it was Virginia and Max. They were local and the milestone was reached, the project was submitted, so now we all can breathe and we can tell 'em what is the next six months. Inwards, really.

VD: (01:15:04):

Yep. And then- yeah, 'cause they're talk-- you know, it's ongoing weekly meetings like you mentioned, it seemed like they were on a weekly basis. And then we have here a bullet point meeting with Councilman Huizar, Stacy, and Mark Davis. And are those-

RF: (01:15:23):

<unclear> consultants?

VD: (01:15:26):

The- yeah.

RF: (01:15:26):

Consulting, yes.

VD: (01:15:27):

Got it. You know, were you- as part of these discussions, kind of the agenda calls et cetera, was anywhere- were you aware- I'll start with- were you aware about the fact that Chairman Huang had some type of relationship with Jose Huizar? Was that something that you were aware of?

RF: (01:15:50):

No. Not through any of these processes at all.

VD: (01:15:54):

And so is it fair to say no one brought up the fact, you know, not any of the other consultants not anyone from Shen Zhen, no one brought up the fact that, you know, when it comes to CD-14 support, you know, chairman is very good friends with or knows Jose Huizar? Nothing like that ever came up?

RF: (01:16:14):

No.

VD: (01:16:17):

Was it, I guess in terms of how the group as a whole, and I'm including kind of all of the consultants, did everyone consider Jose Huizar to be an important person whose support of the project was significant?

RF: (01:16:35):

We didn't think of him as being individual to support the project. We always dealt with his planning deputies and you know, that was as far as we would go. We never would meet with a councilmember at all. So that's- if that kind of request was ever- I haven't had any experience of that, but I am sure that that would have to be a different level or, you know, we would let the developer know. We would let the consultants know it would have to be discussed at the time, if anything, or how. But no, we haven't had any knowledge, or you know, it was a general procedure on our end, like we would do for any other project and it was no red flags or anything that we would see was different that we would do or not to do.

VD: (01:17:41):

Yep. And what about, I guess, just for, you know, from the perspective of this project that's located in town- Downtown Los Angeles would it be important for the council district, you know, CD-14? So yeah, not just Jose Huizar as an individual, but just the council district 14. Would it be important to have the local council district office be supportive of the project?

RF: (01:18:05):

Absolutely. Absolutely.

VD: (01:18:10):

Yeah. And I guess in your experience, what are some of the things that, you know, if the council district is on board, why is that beneficial to a project?

RF: (01:18:20):

Just in general, politics in LA had a huge place. And in the project, different roles with the city, with the decision makers, which are planning departments or any other committees, and they- it's in the <unclear> in city applications that we provide supporting letter or where there is a public hearing that the member of either organization or CD-14 would come in and testify on behalf of the project. It- you know, as many opposition that you have on the project, you are trying to see that you have more positive notes or more support, but that's this whole outreach of, you know, of process that is <unclear> and you are trying to get these people to understand the project and be willing to say, this is a great project for LA. This is providing something that we're missing, or it's employing a lot of people, or yeah. So it's always great to have support 'cause it always feels like you're going against the grain if you don't <laugh>.

VD: (01:19:40):

Yeah, no, that's fair. I think I'm wrapping up. Melissa, Andy, I don't know if there's any follow-up areas that you wanna delve into. I'm gonna just review my notes to make sure there's not anything else that I wanted to cover.

MM: (01:20:01):

Nothing from me. Thank you.

AC: (01:20:02):

Okay on my end.

VD: (01:20:09):

Okay. So yeah, it sounds like the Brenner Consulting Group was more the consultants that were kind of outward facing when it comes to dealing with council district office and others rather than Psomas. So we may just want to talk to someone there about those particular interactions with the city council office. I guess, you know- just- I don't know how familiar you are with the indictment or any news reports about the case, but let me just ask a hypothetical, which you know, is hypothetical because nothing's been proven in court yet, but you know, if at the time that you were engaged to work on this project if you knew that Chairman Huang, the owner of these two hotels had a close relationship with and had provided financial benefits to Councilmember Huizar, would that have been a red flag for whatever reason for you?

RF: (01:21:18):

Absolutely. I think we would definitely bring- I would bring that up to our council, to our management, to our things because Psomas as a company would not wanna be involved. Most likely.

VD: (01:21:33):

Yeah. And I, you know, I realize that, you know, I might be asking sort of a question to which the answer is obvious, but if you could just articulate for us, you know, what about that may give pause or raise concerns, you know, what about it specifically would be concerning or potentially concerning?

RF: (01:21:54):

Well, I think unethical acts and we probably would care to work for somebody like that and present it in front of the city. If we know that something down deep was not right and you know, definitely, I think that's not what we are all about. You know, we would treat every, every client with a high regards and respect and we would do a great work for anybody we work for. But in this situation we would definitely wanna think and research and decide before we would proceed with any work for sure.

VD: (01:22:40):

Okay. Any, I guess, you know, back in, so I don't know if you're you know, this was on your radar at all, but back in November 2018, the FBI executed some public search warrants at Jose Huizar's city hall office and home that got publicized. It was on the news. Do you recall if that was something that came on

your radar or if it was at all discussed with Shen Zhen, the company, you know, this issue about Councilman Huizar and maybe whether that would at all impact the project or anything else, do you remember conversations like that with the client?

RF: (01:23:23):

No. There was no conversation with the client. We do get city news and in the local news of course. And we still, for a long time didn't know that this project was at play at all.

VD: (01:23:39):

Right. 'Cause back then there was no indication about why specifically this sort of just happened. Okay. Anything else? Melissa, Andy? Alright. Yeah, I think that's that's all we have. We really appreciate you taking- you both taking your time. And speaking with us it's helpful to get a little bit of, you know, flavor of someone's memory that, that adds information beyond just some documents that we're looking at. So it's really helpful to have someone explain these concepts to us. We really appreciate it. I guess, going forward, I think, Chad, if you don't mind, if you do have some other lawyers reach out to Psomas, if you don't mind letting us know, that's just something we'd like to just be aware of. Obviously, you know, you're welcome to speak to anyone.

VD: (01:24:33):

But we just ask that you let us know and, you know, May is still a few months away, but if for some reason we're thinking as we get a little bit closer that we think it may be useful to have Rose as a witness we will let you know, but our goal is to only do that when it's absolutely necessary. So we'll try- if this did not, you know, take up more of your time if not necessary. So thanks very much to both of you. Any other- any questions for us before we sign off?

RF: (01:25:13):

No.

CW: (01:25:13):

I was just gonna- that was gonna- my one ask is that if you do decide to call her, just to give us as much notice as possible so we can plan for it.

VD: (01:25:23):

Yep, absolutely. Will do. Alright. Thanks everybody so much.

**1/27/2022 – Andy Civetti (AC), Veronica Dragalin (VD), Melissa Mills (MM), Rose Fistrovic (RF), Chad Wilson (CW)**

AC: (01:25:27):
Thank you so much.

CW: (01:25:28):
Thank you.