# Exhibit A

Linesheet - Minimization Details         User:   Andrew Civetti

| Case: 194B-LA-255905 | Target: George Esparza | Line: 5623055579 | File Number: |
|---|---|---|---|

responded to that either because, my understanding was, it was just, you know, we're not gonna be helpful on this.
GE: And for me I [UI], I mean, look, uh you know, to me, but like yeah these guys I mean, they never came through on any of the commitments at all. I mean at all. So it's kind of like, why do we have to-I mean, not that it relates, but if they're not even--
PH: Yeah.
GE: You know, being supportive, like fuck, this is not a priority to us. And it sucks cause Hamid is a friend, he's helpful to Izek and uh-other things, so, you know, it sucks for Hamid but, these guys know. These absolutely know why, you know, what we-what was committed to the councilmember and-and hasn't been delivered.
PH: So, so, what do you say about the meeting? Like they-the-it's a-I think it's next Tuesday he wants to g-oh, maybe we're not even here anymore.
GE: You know, my thing is look, if it's with the main chairman, maybe that's helpful cause we never met with the main chairman--
PH: Right.
GE: But I think he-we, we meet with them-I dunno, I'm need to talk to the councilman I'm on my way to the office, we meet with the chairman, and that's it. More of just, you know, just being, friendly--
PH: Well, you know what, maybe-maybe that's what he does do. He meets with the main chairman and says, unfortunately, we've met with your surrogates and um, we haven't had follow-up. Maybe he just tells them, you know? He hasn't returned my calls sometimes. You know, just about the project. We wanna be in updates on the project, and we haven't heard anything.
GE: Well I mean, and the thing is we know Hamid's there, right, and Hamid will always be, like, he's always helpful to us and he-you know--
PH: Right right.
GE: It's his project but, it's like we need-it's kind of one of those, yeah, you know there were some commitments that were made, and they didn't commit-they didn't make any-they didn't have-fulfill any of those commitments, at all. Like any of them. Any of them any of them. So, you know that's where, you know, that's where we're at. You know especially, if the Chinese company-that's the only Chinese company in downtown that hasn't come-that hasn't been supportive of the councilman. (laughing)
PH: Right. So, I dunno, well, look, I'm-I'm-Hamid's been blowin up my phone and he is a friend, but I don't wanna tell him anything at this point. W-what-can you talk to Jose today and just kind of figure out what-what you wanna say? And I-I'm more than willing to call Hamid and go, hey, you know uh, we love you, not-not-not a great fan of this project, but you know, we're not gonna stand in your way, but, you know, leave it at-I could say something like that, I just-you know-I feel real bad that I keep ignoring him.
GE: Yeah. Well okay let me um, let me talk to the councilman and I'll give you an answer by today.
PH: Okay, thanks.
GE: Okay, thanks.
PH: Alright, bye.

| Minimization Event | | Time | | |
|---|---|---|---|---|
| Minimize On (System) | | 14:14:20 PDT | | |
| **Session:** 3507 | **Times minimized:** 1 | | **Associate DN:** | (626) 374-8770 |
| **Start Time:** 14:20:27 PDT | **Duration minimized:** 00:00:00 | | **Monitor ID:** | thedayet2 |
| **Stop Time:** 14:23:10 PDT | **Duration monitored:** 00:02:42 | | **In/Out Digits:** | 16263748770 |
| **Date:** 05/11/2017 | **Total Duration:** 00:02:43 | | **Subscriber:** | |
| **Direction:** Outgoing | **Language:** Unknown | | **Classification:** | Pertinent |
| **Content:** Audio | **Complete:** Completed | | **Participants:** | Esparza, George<br>Zheng, Ricky |

**Linesheet - Minimization Details**     User:     Andrew Civetti

| Case: 194B-LA-255905 | Target: George Esparza | Line: 5623055579 | File Number: |
|---|---|---|---|

**Comments**

**Synopsis 1**

Outgoing call from George Esparza to Ricky Zheng

GE: Hey one last question bro so these...you know Hamid from the Shanghai construction they keep bugging us because we stalled their project for about a year now and we haven't moved on anything. Anything. Anything. And so they keep bugging us because they need their traffic control, they need a bunch of stuff, our approval before they can even start ok? So it's been a year already and their chairman, the Shanghai construction chairman is coming into town in two weeks and that guy Hamid requested to meet with the councilman. So the councilman wanted me to ask you what do we do now you know? Cause it's been a year and so we're....it's pretty much up to you what you want us to do. If you want us to keep ignoring them we will ignore them or what do you think?

RZ: I think keep ignoring.

GE: Keep ignoring them.

RZ: Yeah.

GE: Ok. Cause they're not, I know we have a relationship with Hamid and he helps us with other clients, other projects, other people. So he is helpful that way but Shanghai has not come through with any other comittments to us, to you, so you know why even be helpful to them you know that's my thing.

RZ: Yeah.

GE: And they told us they would raise $25,000.

RZ: Yes.

GE: Yeah.

RZ: And even Ray doesn't want you guys to work with Hamid.

GE: Yeah.

RZ: Ray really, really hates them.

GE: Yeah. So I'm going to tell Jose that I spoke to you and let's just continue to ignore them you know. We are not going to help them.

RZ: Because Charles is going to retire in August.

GE: Charles is the guy is holding who?

RZ: He is in charge of the Broadway/4th street. He is the one that gives out the money that he didn't give. Even the chairman they are waiting for George to retire, a lot of people want to manage over there.

**Linesheet - Minimization Details**  User:  Andrew Civetti

| Case: | 194B-LA-255905 | Target: | George Esparza | Line: | 5623055579 | File Number: | |

GE:  Ok Wilfred. Whatever...

RZ:  Yes Wilfred and Charles they don't really work together.

GE:  Oh ok.

RZ:  He is waiting for Charles to retire.

GE:  Oh ok ok. Should we even meet with the chairman then?

RZ:  No.

GE:  So don't meet with the chairman.

RZ:  Don't meet the chairman until I....they will call me.

GE:  So should we even have...so we will tell Jose no we are not going to meet with the chairman then. Alright.

RZ:  Yes, yes don't. Ok?

GE:  Ok.

RZ:  Alright.

GE:  Alright. Bye bye.

RZ:  Bye.

Call Ended

Pertinent because they discuss not meeting with SCG just because they have not donated the $25K they said they would.

Monitor: David Dahle

| Minimization Event | | | Time | | |
|---|---|---|---|---|---|
| Minimize On (System) | | | 14:20:27 PDT | | |

| Session: | 3513 | Times minimized: | 2 | Associate DN: | (323) 488-3368 |
|---|---|---|---|---|---|
| Start Time: | 14:41:47 PDT | Duration minimized: | 00:00:00 | Monitor ID: | thedayet2 |
| Stop Time: | 14:41:47 PDT | Duration monitored: | | In/Out Digits: | 13234883368 |
| Date: | 05/11/2017 | Total Duration: | 00:00:00 | Subscriber: | |
| Direction: | Incoming | Language: | Unknown | Classification: | Pertinent |
| Content: | SMS | Complete: | Completed | Participants: | Dent, David |
| | | | | | Esparza, George |