# Exhibit B



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Susan S. Har/J. Jamari Buxton*  
*Phone: (213) 894-3289*  
*E-mail: susan.har@usdoj.gov*  
*jamari.buxton@usdoj.gov*

*1500 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

June 23, 2022

<u>VIA E-MAIL</u>

Richard Steingard  
Law Offices of Richard M. Steingard  
800 Wilshire Blvd., Suite 1050  
Los Angeles, CA 90017-2672  
richard@steingardlaw.com

      Re:    <u>United States v. Shen Zhen New World I, LLC,</u> CR No. 20-326(A)-JFW-4  
            Rule 404(b) Notice

Dear Counsel:

      Pursuant to your request and the Court's Trial Order, the government hereby provides notice of the specific evidence that the government may seek to introduce at trial that may constitute "evidence of any other crime, wrong, or act" under Federal Rule of Evidence 404(b) against defendant Shen Zhen New World I, LLC ("SZNW"). This letter supplements the government's previous letter dated February 1, 2021, as well as our meet and confer call on May 3, 2022, during which the government specifically identified the evidence described herein.

      The government is making this disclosure out of an abundance of caution and takes the position that the described evidence is direct evidence of, or inextricably intertwined with, the charged crimes and not evidence that is admissible only pursuant to Rule 404(b). This letter does not constitute a concession that notice is required to use this evidence at trial, and omission of other evidence does not constitute a determination or notice that the government does not intend to use such evidence at trial. The government reserves the right to supplement this notice in advance of trial.

      **A.**    **5/11/2017 Call Between George Esparza and Ricky Zheng**

      The government intends to introduce the recorded wiretap call between George Esparza and Ricky Zheng (GE 3507) at trial. In the call, Esparza and Zheng discuss the fact that Jose Huizar has "stalled" Shanghai Construction's development project. Esparza also seeks instruction from Zheng, which Zheng provides.

RE: SZNW – 404(b) Notice
June 23, 2022
Page 2

      This evidence is direct evidence of, and inextricably intertwined with, the nature of the corrupt relationship between defendant SZNW (here, vis-à-vis its agent, Zheng) and the office of Jose Huizar, including with and through George Esparza. The government does not seek to introduce this communication to prove other crimes or bad acts by SZNW, and thus this evidence does not fall within Rule 404(b). In any event, the evidence would also be admissible under Rule 404(b) as it is relevant to show defendant's knowledge of the power, ability, and influence of the office of Jose Huizar with respect to development projects in Los Angeles; defendant's motive and intent to provide benefits to Huizar and Esparza to advance/support its own development projects; and lack of accident or mistake in the manner by which defendant cultivated and carried out its relationship with Huizar and Esparza, including the intent behind the various benefits it conferred upon them.

      Please let us know if you have any questions, or would like to further discuss any of the matters raised above.

Sincerely,

  /s/
_____
SUSAN S. HAR
J. JAMARI BUXTON
Assistant United States Attorneys
Public Corruption & Civil Rights Section