# Exhibit D

**MEET AND CONFER**

**May 3, 2022**

I. Topics
   A. Other scheme evidence—the government will not seek to introduce evidence of the other schemes alleged in the FSI.  If the defense seeks to challenge the credibility of cooperators (e.g., George Esparza, Ricky Zheng, George Chiang) based on their other misconduct, the government may want to front the issue on direct examination
   B. LADBS violations—the government will seek to introduce this evidence because it suggests Ray Chan as a go-between with SZNW/Huang and Huizar.  The government believes the evidence is admissible under the inextricably intertwined theory.
   C. Inextricably intertwined
      1. Remodel of Universal Sheraton—this project would have come before the PLUM committee
      2. "Legal favors" (the defense's term) e.g., Huizar's help with visas, parking disputes, etc.
      3. Wire interception in which Huang requests that Huizar assist with getting media attention for the AUP graduation
      4. Wire interception in which Zheng and Esparza discuss Shanghai Construction project and Zheng suggest that Huizar punish them for not playing ball with him.  Zheng was an agent for SZNW and understands that Huizar is a transactional person (Esparza wiretap, 5/11/2017, call #3507)
      5. Foreign donations ad contributions
   D. LADBS and Planning consolidation—the government is not seeking to introduce this evidence
II. Government Witnesses
   A. Chris Pak—SZNW designer or architect who worked on remodel of LA Grand.  Relevant to the evolution of the project
   B. Don Li—was on Las Vegas trip(s)
   C. Evan Huang—was on Las Vegas trip(s)
   D. Agents Logan and Civetti--foundational witness, traditional agent testimony
   E. Francine Godoy—filing of lawsuit against Huizar and settlement (possible stipulation)
   F. George Chiang--knowledge of SZNW and go between for Chinese developers; direct knowledge of Huizar and SZNW based on conversations with "all the players"
   G. Harris Chan--relationship building between Huang and Huizar; percipient knowledge of foreign contributions
   H. Isidra Huizar—laundered cash that Huizar brought back from Las Vegas trips
   I. Salvador Huizar—laundered cash that Huizar brought back from Las Vegas trips
   J. Mark Davis--consultant on LA Grand expansion project during relevant period; percipient witness to project
   K. Max Chang--percipient wit to project; percipient knowledge of what Virga Clark was doing
   L. Ping Yang—was on Las Vegas trip(s)

- M. Richelle Rios--percipient witness to relationship between Huang and Huizar; was on Las Vegas trip(s)
- N. Rudy Ruiz--may have percipient testimony re relationship between Huang and Huizar
- O. Rulian Mo--was on Las Vegas trip(s)
- P. Sarah Chan—may be percipient witness to benefits that Ray Chan received
- Q. Steve Davey—LADBS employee re LA Grand Hotel violations
- R. Tiffany Huang--may have gone on Las Vegas trip; her name appears on business documents for SZNW
- S. Jeremy Chan--may be percipient witness to benefits that Ray Chan received

III. Government Exhibits
- A. Ex. 265, 269-73, 274-82 (Bates 26855, 27810, 27982, 27996, 28138, 28148, 28166, 28234, 28296, 28314, 28324, 28336, 28389, 28394, 28414 Ray Chan Radar Screens—Ray Chan notes and agendas, some describe activities at LA Grand Hotel
- B. Ex 311 (Bates 372284)—government expert; percipient witness to 8/4/16 meeting re LA Grand expansion project
- C. Ex. 450 (Bates 716712) Saturo Kato corresp. (657 pages)—placeholder for possible relevant documents
- D. Ex. 452 (Bates 726347 ) JH Daily calendars (326 pages)--placeholder for possible relevant documents
- E. Ex 454-5 (Bates 806098 & 806270)--Psomas records; payment schedule
- F. Ex 460-1 (Bates 815167 & 815172)--attached to LA Grand application
- G. Ex 472 (Bates 824675)—Universal Sheraton improvements
- H. Ex. 476 & 477 (Bates 1981834, 1981837 )--Recording of AW/JH mtg re Carmel Partners—government will only introduce portions of conversation relevant to Huang's willingness to hold a fundraiser for Richelle Rios
- I. Ex 478-80 (Bates 2000614, 2000646, & 2000663)-early Ray Chan Radar Screens
- J. Ex 484-5 (Bates 2007335 & 2003311)—Reports of interviews; inclusion of David Lee interview was a mistake