# Exhibit A

```
 1                UNITED STATES DISTRICT COURT

 2             IN THE CENTRAL DISTRICT OF CALIFORNIA

 3                    COWLING GRAND JURY

 4              DOCKET No. 012-160-JA-OY3-19-GJ

 5

 6

 7

 8

 9

10                      ANDREW CIVETTI

11                   THURSDAY, JULY 9, 2020

12                        9:32 A.M.

13

14

15

16

17  UNITED STATES ATTORNEY'S OFFICE
    BY:  MACK E. JENKINS, ESQ.
18       VERONICA DRAGALIN, ESQ.
         MELISSA J. MILLS, ESQ.
19  312 North Spring Street
    Los Angeles, California  90012
20  (213) 894-2400
    mack.jenkins@usdoj.gov
21  veronica.dragalin@usdoj.gov

22

23                              Reported by:
                                MICHELLE YOUNG, CSR No. 13656
24

25
```

1  Q   Is it your understanding that this amount of
2  money was intended to cover the settlement amount and
3  attorneys' fees?
4  A   That's correct.
5  Q   How were you able to determine that this
6  particular wire crossed, traveled in interstate commerce or
7  across state lines?
8  A   Based on communications with East West Bank, a
9  representative from East West Bank.
10 Q   Did that representative analyze the wire and
11 determine that that wire was routed from California through
12 Minnesota and back to California?
13 A   That's correct.
14 Q   And, Agent Civetti, this particular wire of money
15 leaving the East West Bank account, did that transfer have
16 an effect on a financial institution, in other words, an
17 East West Bank account?
18 A   Yes.
19 Q   Is it your understanding that that wire of money
20 out had the potential to expose East West Bank to the risk
21 of loss of money?
22 A   That's correct.
23 Q   And is that because the money in the account,
24 Jose Huizar was responsible for paying back this loan
25 amount; is that correct?

1    A    At a future date.  Correct.
2    Q    Was there a risk that Jose Huizar would be
3    unwilling to pay back that amount?
4    A    That's correct.
5    Q    Was it your understanding that there was a risk
6    that the bank could have been exposed to not being fully
7    paid back for the loan that it issued to Jose Huizar?
8    A    That's correct.
9    Q    With respect to Count Three, October 19, 2016,
10   the specific wire alleged is an email from Executive
11   Director E to defendant Huizar forwarding an email and
12   attachment from Chairman E regarding Project E which
13   traveled between two locations in Los Angeles County,
14   through a Google server located outside of California.
15        Agent Civetti, as a reminder for the Grand Jury,
16   who is Executive Director E?
17   A    Ricky Zheng, Z-h-e-n-g.
18   Q    And Chairman E?
19   A    Wei, W-e-i.  Huang, H-u-a-n-g.
20   Q    This particular email is one that you testified
21   about that was alleged in Count One; is that correct?
22   A    That's correct.
23   Q    And was this email sent in furtherance of the
24   scheme to have Chairman E and Company E pay bribes to
25   defendant Huizar in exchange for defendant Huizar's help