Exhibit C

## 2/4/2021 — Andy Civetti, Tony Logan, Veronica Dragalin, Verita Gunido (East West Bank), Camille Evert (East West Bank's attorney)

[54:04]

Dragalin: Um… Let- So, uh, let me ask you sort of a hypothetical question, uh, to kind of conclude here. Uh, in terms of when you were considering whether to open these two accounts: the business account, the savings loan account… Um, as you were considering making that decision sort of on behalf of the bank, uh, was it important to you- would it have been important to you to understand if there was any type of corrupt relationship between these two people? The guarantor and the borrower. Uh, would it have been important- would you have wanted to know if there was some type of, uh, nefarious, illegal, or corrupt relationship between a guarantor and a…

Gunido: Uh, when we open account… we don't really check, like, the relationship. If they come in together, in the bank, they… I- I don't- we don't really check what they're- like relationship or whatever. When you come into the [unintelligible] you wanna open an account, you wanna have signer, co-signer, three signers, all three of them right here… we don't check like- like- you know, their relationship right there. We just know they all are related because they're all signers of the account or officer of the company.

Dragalin: And I guess, does- you know- do you and does the bank sort of, uh, proceed with the assumption that everyone is acting in a legal manner and they're not somehow, uh, trying to do something like launder money, or pay bribes, or doing anything illegal. Is that the assumption of the bank? That there's no, uh, you know- illegal relationship between the two parties, and… surrounding the financial transactions.

Gunido: Yeah, no. I mean, why would you- I mean, to me, you already put the, say, two officer on the account, right? Okay, I come in and I say "I wanna open an account, this is my manager". I- I- we wouldn't think there's any… relationship, what like- we know it's a business relationship, I- so…

Dragalin: Yeah, I-

Gunido: [unintelligible]

Evert: I think [unintelligible]- maybe I can- I think what she's asking you is if they came in as if they were proper and had a proper relationship, and were doing legal things, which to our

1

**2/4/2021 – Andy Civetti, Tony Logan, Veronica Dragalin, Verita Gunido (East West Bank), Camille Evert (East West Bank's attorney)**

knowledge, they were. If you had known that they were doing illegal things, would you have opened the account for them?

Gunido: Oh yes! Yes.

Evert: No. No, if they were doing illegal things, would you have opened the account?

Gunido: No, we wouldn't open the account.

Dragalin: And can you explain a little bit about why the bank would want to employ getting involved in anything like that?

Gunido: It's- it's part of our… um… it's just what I got hired, that's how we- like when we work at the bank, uh, we deal with peoples' money, and we have to make sure we also have the best interests of the bank as well as the customer. So- since- you know- they- when we get hired, we're- you're advising something like that. You know, it's- we- I wouldn't- I wouldn't do it. I wouldn't open it.

Dragalin: Would it be fair to say that if there- if you know about some type of, uh, illegal relationship between the two parties, uh, opening this type of transaction might actually put the bank at risk of potentially losing money?

Gunido: Yes. Sorry, I don't understand your question again. What are you- can you-

Dragalin: Yeah- let me rephrase that. So- uh- again, these are hypothetical questions. Not necessarily saying this is what happened, but if, let's say, two parties come to the bank, and really they have, uh, a corrupt relationship and they want to just engage in money laundering, let's say.

Gunido: Okay.

Dragalin: Uh- if- if that was the case, and you knew that, uh, would it be fair to say that going forward with opening these accounts would put the bank at financial risk?

Gunido: Yes.

Dragalin: But is- is- is- yes. Uh, and is that because, uh, for example, if that relationship came to light, uh, the government or law enforcement could seize the funds as illegal proceeds, uh, and would that then put the bank at risk of financial loss if it- you know- went down that path?

**2/4/2021 — Andy Civetti, Tony Logan, Veronica Dragalin, Verita Gunido (East West Bank), Camille Evert (East West Bank's attorney)**

Gunido: No, to me, it's just like… we- it's just not the right thing. And we shouldn't just open the account. Especially when we already know.

Dragalin: Got it. So had, uh, Mr. Huizar disclosed to you at that time that, uh, there was some kind of corrupt relationship, uh, between the guarantor and the borrower, had he disclosed that to you, uh, would you then have, uh, refused to open the savings loan?

Gunido: Yes, I would… say "I'm not feel comfortable. I'm not gonna do it." Yes.

Dragalin: Okay.