1  Richard M. Steingard (SBN 106374)
   *rsteingard@SteingardLaw.com*
2  LAW OFFICES OF RICHARD M. STEINGARD
   800 Wilshire Boulevard, Suite 1050
3  Los Angeles, California 90017
   Telephone: (213) 260-9449
4  Facsimile: (213) 260-9450

5  Attorney for Defendant
6  Shen Zhen New World I, LLC

7

8                 **IN THE UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,              CR-20-326(A)-JFW

                Plaintiff,
12                                        **DEFENDANT SHEN ZHEN NEW**
       v.                                 **WORLD I, LLC'S UNOPPOSED *EX***
13                                        ***PARTE* APPLICATION FOR LATE**
   SHEN ZHEN NEW WORLD I, LLC,            **FILING OF JOINT MOTION *IN***
14                                        ***LIMINE* NO. 5: SHEN ZHEN NEW**
                Defendant.                **WORLD I, LLC'S MOTION TO**
15                                        **EXCLUDE IMPROPER OPINION**
                                          **TESTIMONY REGARDING EAST**
16                                        **WEST BANK'S RISK OF LOSS*;***
                                          **DECLARATION OF RICHARD M.**
17                                        **STEINGARD**

18

19

20

21     Defendant Shen Zhen New World I, LLC ("SZNW"), by and through its

22 attorney of record, hereby submits this *ex parte* application asking that the Court

23 permit the late filing of Motion In Limine ("MIL") 5.  With the exception of MIL

24 10, all *in limine* motions were to be filed on August 29, 2022.  (ECF 635.)  On that

25 date, SZNW filed eight MILs but inadvertently failed to file MIL 5.  Thus, we ask

26 that the Court accept this ate filing.

27     Upon realizing our error, we immediately filed MIL 5.  (ECF 650.)  We also

28 contacted the government, advised them of what occurred, and asked for their

1  position on the late filing and the *ex parte* nature of this application.  The

2  government advised that they have no objection to the late filing or this ex parte

3  application.

4          This application is based on the attached declaration of counsel, all files and

5  records, and any evidence or argument that may be presented at a hearing on this

6  application.

7

8  Dated: August 30, 2022

9                                            Richard M. Steingard
                                             Attorney for Defendant
10                                           SHEN ZHEN NEW WORLD I, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DECLARATION OF RICHARD M. STEINGARD**

I, Richard M. Steingard, state and declare as follows:

1.      I am licensed to practice before the courts of this state and before this Court.  My firm represents Shen Zhen New World I, LLC ("SZNW") in the above-referenced matter.  I submit this declaration in support of an e*x parte* application for the late filing of  motion in limine ("MIL") 5.

2.      Per the Court's scheduling order, on August 29, 2022, the parties were to exchange final MILs with opposing counsel and, that same day, file the MLs with the Court.  (ECF 635.)[1]  Pursuant to this Order, on August 29, 2022, my office forwarded MILs 1-9 to the government, including MIL 5.  After the government advised that they could be filed, my office began the process of filing them.  I monitored the filings through the ECF system but did not notice that we inadvertently failed to file MIL 5.

3.      On August 30, 2022, at approximately 7 a.m., my assistant, Anthony Wong, advised me that we inadvertently had failed to file MIL 5.  I instructed Mr. Wong to promptly file MIL 5 and notify the government of what had occurred. We then began preparing this *ex parte* application.

 On August 30, 2022, at approximately 7:30 am, I emailed government counsel asking for their position on this application and its *ex parte* nature.  The government advised that they have no objection to the late filing or this ex parte application.

4.      Based on the foregoing, I respectfully ask that the Court accept this late filing.  I apologize for the error and any inconvenience it may have caused the Court or the government.

///

///

///

---

[1]      The scheduling order provides that MIL 10 shall be filed on or before September 5, 2022. *Id.*

LAW
OFFICES OF
RICHARD M.
STEINGARD

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed this 30th day of August, 2022, at Los Angeles, California.

3

4

5    _____

6                Richard M. Steingard

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW
OFFICES OF
RICHARD M.
STEINGARD

4