1  Richard M. Steingard (SBN 106374)
   *rsteingard@SteingardLaw.com*
2  LAW OFFICES OF RICHARD M. STEINGARD
   800 Wilshire Boulevard, Suite 1050
3  Los Angeles, California 90017
   Telephone:  (213) 260-9449
4  Facsimile:   (213) 260-9450

5  Attorney for Defendant
6  Shen Zhen New World I, LLC

7

8              **IN THE UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,          CR-20-326(A)-JFW

12              Plaintiff,            **[PROPOSED] ORDER
                                      PERMITTING DEFENDANT SHEN
13       v.                          ZHEN NEW WORLD I, LLC TO
                                      FILE MOTION *IN LIMINE* NO. 5:
14 JOSE LUIS HUIZAR, ET AL.,         SHEN ZHEN NEW WORLD I,
                                      LLC'S MOTION TO EXCLUDE
15              Defendants.           IMPROPER OPINION
                                      TESTIMONY REGARDING EAST
16                                    WEST BANK'S RISK OF LOSS

17

18

19

20

21

22

23

24

25

26

27

28

LAW
OFFICES OF
RICHARD M.
STEINGARD

                                    1

Upon reviewing Defendant Shen Zhen New World I, LLC's application and for good cause shown,

_____    The application is GRANTED.

**OR IN THE ALTERNATIVE:**

_____    The application is DENIED.


DATED: _____    _____
                          HONORABLE JOHN F. WALTER
                          United States District Court


Presented By:
*/s/ - Richard M. Steingard*
LAW OFFICES OF RICHARD M. STEINGARD
Attorney for Defendant
Shen Zhen New World I, LLC