Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHEN ZHEN NEW WORLD I, LLC,<br><br>　　　　Defendant. | CR-20-326(A)-JFW<br><br>**EXHIBITS TO JOINT MOTION *IN LIMINE* NO. 10: SHEN ZHEN NEW WORLD I, LLC'S MOTION TO EXCLUDE EVIDENCE OF JOSE HUIZAR'S ALLEGED MONEY LAUNDERING**<br><br>Date: September 23, 2022<br>Time: 8:00 a.m.<br>Crtrm: 7A<br><br>Trial Date: October 25, 2022<br>Assigned to Hon. John F. Walter |

　　　Pursuant to the Court's order (ECF 673), the parties hereby submit Exhibits to Joint Motion in *Limine* No. 10: Shen Zhen New World I, LLC's Motion to Exclude Evidence of Jose Huizar's Alleged Money Laundering.

　　　Counsel for Shen Zhen New World I, LLC was responsible for this filing and apologizes to the Court and the government for any inconvenience this may have caused.

1

| | | |
|---|---|---|
| 1 | DATED: September 9, 2022 | RICHARD M. STEINGARD |
| 2 | | Law Offices of Richard M. Steingard |
| 4 | | By: /s/ |
| 5 | | RICHARD M. STEINGARD |
| | | Attorney for Defendant |
| 6 | | SHEN ZHEN NEW WORLD I, LLC |