# Exhibit A





Casino_2084634



Casino_2084667