1  Ariel A. Neuman - State Bar No. 241594
      aneuman@birdmarella.com
2  Ray S. Seilie - State Bar No. 277747
      rseilie@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Attorneys for Defendants 940 Hill, LLC
7  and Dae Yong Lee

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,, | CASE NO. 20-CR-0326-JFW |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | Assigned to Hon. John F. Walter |
| JOSE LUIS HUIZAR, et al., | |
| Defendant. | |

3811527.1

Case No. 20-CR-0326-JFW

[PROPOSED] ORDER

**[PROPOSED] ORDER**

Pursuant to the Stipulation between Defendants Dae Yong Lee and 940 Hill, LLC and Plaintiff United States of America, this Court hereby ORDERS that the sentencing hearing for Defendants Dae Yong Lee and 940 Hill, LLC in this matter shall be continued from December 5, 2022 to January 30, 2023 **at 8:00 a.m.**

**IT IS SO ORDERED.**

DATED:

_____
Hon. John F. Walter
United States District Judge