Alyssa D. Bell (Bar No. 287751)
Email: abell@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorney for Non-Party Richelle Rios Huizar

Lodged 9/16/22

**FILED**
**CLERK, U.S. DISTRICT COURT**
9/20/22
**CENTRAL DISTRICT OF CALIFORNIA**
BY: ____sr____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS HUIZAR, et al., <br><br> Defendants. | Case No. 20-326(A)-JFW <br><br> **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR APPOINTMENT OF COUNSEL** |

1

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR APPOINTMENT OF COUNSEL

# [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Ms. Huizar's *ex parte* application for appointment of counsel is GRANTED. CJA attorney Alyssa D. Bell is hereby appointed to represent Ms. Huizar for matters arising from the above-captioned criminal case.

Dated: September 20, 2022

_____
Honorable John F. Walter
United States District Judge

CC: CJA

Presented by:
*/s/ Alyssa D. Bell*
Alyssa D. Bell
Attorney for Richelle Rios Huizar