E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
SUSAN S. HAR (Cal. Bar No. 301924)
J. JAMARI BUXTON (Cal. Bar No. 342364)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
Assistant United States Attorney
International Narcotics, Money Laundering,
& Racketeering Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3289
     Facsimile: (213) 894-6436
     E-mail:   Mack.Jenkins@usdoj.gov
               Susan.Har@usdoj.gov
               Jamari.Buxton@usdoj.gov
               Patrick.Castaneda@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>JOSE LUIS HUIZAR, et al.,<br><br>            Defendants. | Nos. CR 20-326(A)-JFW<br><br>[PROPOSED] ORDER AMENDING THE FIRST SUPERSEDING INDICTMENT |

     The Court, having considered the Government's *Ex Parte* Application for Order Amending the First Superseding Indictment ("FSI") and good cause showing, IT IS HEREBY ORDERED THAT:

     The government's *ex parte* application for an order amending the FSI is GRANTED.  The FSI shall be amended on page 108, paragraph 48,

lines 11-12 of the FSI to read as follows (bolded italicized portion reflects the edits):

> On or about the dates set forth below, within the Central District of California and elsewhere, defendants JOSE LUIS HUIZAR, WEI HUANG, and SHEN ZHEN COMPANY, acting through its agent, knowingly and intentionally traveled and willfully caused travel in interstate and foreign commerce, as set forth below, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of unlawful activity, namely, bribery, in violation of California Penal Code Sections ***67.5, 85, 86, and 165***, and, thereafter performed and attempted to perform acts to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of the unlawful activity, as set forth below . . . .

Dated: _____

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2