# Exhibit B

**From:** Richard Steingard
**Sent:** Tuesday, October 4, 2022 6:34 PM
**To:** Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Craig Wilke <craig@craigwilkelaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Buxton, Jamari (USACAC) <Jamari.Buxton@usdoj.gov>; Castaneda, Patrick (USACAC) <Patrick.Castaneda@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** RE: Jury Research and Contact with Jurors

Susan, et al—

Attached pls find our revisions to Stip 4.  As to Stip 5, we are awaiting clarification on Huizar calendars produced in discovery.  As to Stip 6, we are waiting for legal authority to support the stipulation.

We remain confused about the govt's intentions regarding the introduction of "other schemes" evidence.  We understand that the govt seeks to introduce the "general framework" of the pay to play schemes and directed us to page 12 of MIL 9.  (FYI we still haven't received a transcript of the MIL hearing.)  There, the govt outlined three items: (1) communications flowed between Huizar and Huang through their "lackeys,: Esparza and Zheng; (2)  certain people were deemed "friends of the office" and received special attention; and (3) developers used coded or nuanced language which Huizar interpreted as an invitation to solicit benefits.  Are we correct that this is all the govt seeks to introduce or is there more?  As to Agent Civetti, Craig and I are unclear whether the govt seeks to introduce any testimony regarding other schemes. I have attached a chart showing the agent's testimony in the 940 Hill/Lee trial which directly or indirectly referenced other scheme evidence.  Does the government seek to introduce these items – or some of them – at trial?  We would appreciate clarification on this issue so we can try to work things out between us.

Lastly, we will draft a stipulation regarding the funds found in the closet and forward it to you shortly.

Thanks and we look forwarding to hearing from you.

**PLEASE NOTE OUR NEW ADDRESS**

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
724 South Spring Street
Ninth Floor
Los Angeles, California 90014
Telephone: (213) 260 – 9449
Mobile: (213) 880-4792
Facsimile: (213) 260 - 9450
E-mail: RSteingard@SteingardLaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above.  This message may not be shared with, or forwarded to, third parties without the express written permission of the sender.  If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.

**From:** Har, Susan (USACAC) <Susan.Har@usdoj.gov>
**Sent:** Monday, October 3, 2022 2:20 PM
**To:** Richard Steingard <richard@steingardlaw.com>; Craig Wilke <craig@craigwilkelaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Buxton, Jamari (USACAC) <Jamari.Buxton@usdoj.gov>; Castaneda, Patrick (USACAC) <Patrick.Castaneda@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** RE: Jury Research and Contact with Jurors

Sorry, we are running 5 minutes late.  Will call in ASAP

**From:** Richard Steingard <richard@steingardlaw.com>
**Sent:** Monday, October 3, 2022 1:27 PM
**To:** Har, Susan (USACAC) <SHar@usa.doj.gov>; Craig Wilke <craig@craigwilkelaw.com>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Buxton, Jamari (USACAC) <JBuxton@usa.doj.gov>; Castaneda, Patrick (USACAC) <PCastaneda@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** [EXTERNAL] RE: Jury Research and Contact with Jurors

Glad you mentioned it—I was looking at the prior stips (I assume 1-3 hasn't changed).  We'll look at 4-6 and get back to you.

**PLEASE NOTE OUR NEW ADDRESS**

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
724 South Spring Street
Ninth Floor
Los Angeles, California 90014
Telephone: (213) 260 – 9449
Mobile: (213) 880-4792
Facsimile: (213) 260 - 9450
E-mail: RSteingard@SteingardLaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above. This message may not be shared with, or forwarded to, third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.

**From:** Har, Susan (USACAC) <Susan.Har@usdoj.gov>
**Sent:** Monday, October 3, 2022 1:09 PM
**To:** Richard Steingard <richard@steingardlaw.com>; Craig Wilke <craig@craigwilkelaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Buxton, Jamari (USACAC) <Jamari.Buxton@usdoj.gov>; Castaneda, Patrick (USACAC) <Patrick.Castaneda@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** RE: Jury Research and Contact with Jurors

Received, thanks – we will review, but I wanted to make sure you saw the version I sent earlier today, which also includes stips 4-6. Attached here.

**From:** Richard Steingard <richard@steingardlaw.com>
**Sent:** Monday, October 3, 2022 12:54 PM
**To:** Har, Susan (USACAC) <SHar@usa.doj.gov>; Craig Wilke <craig@craigwilkelaw.com>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Buxton, Jamari (USACAC) <JBuxton@usa.doj.gov>; Castaneda, Patrick (USACAC) <PCastaneda@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** [EXTERNAL] RE: Jury Research and Contact with Jurors

Susan, et al—
In anticipation of our call, here are our proposed edits to the stipulations. Let us know if they are acceptable.
Richard

**PLEASE NOTE OUR NEW ADDRESS**

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
724 South Spring Street
Ninth Floor
Los Angeles, California 90014

Telephone: (213) 260 – 9449
Mobile: (213) 880-4792
Facsimile: (213) 260 - 9450
E-mail: RSteingard@SteingardLaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above.  This message may not be shared with, or forwarded to, third parties without the express written permission of the sender.  If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.

**From:** Har, Susan (USACAC) <Susan.Har@usdoj.gov>
**Sent:** Monday, October 3, 2022 8:32 AM
**To:** Richard Steingard <richard@steingardlaw.com>; Craig Wilke <craig@craigwilkelaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Buxton, Jamari (USACAC) <Jamari.Buxton@usdoj.gov>; Castaneda, Patrick (USACAC) <Patrick.Castaneda@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** RE: Jury Research and Contact with Jurors

Yes, we can use the my conference line.  Please also find attached the government's proposed stips (the first three are the ones we circulated in early September).

**From:** Richard Steingard <richard@steingardlaw.com>
**Sent:** Sunday, October 2, 2022 7:43 PM
**To:** Har, Susan (USACAC) <SHar@usa.doj.gov>; Craig Wilke <craig@craigwilkelaw.com>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Buxton, Jamari (USACAC) <JBuxton@usa.doj.gov>; Castaneda, Patrick (USACAC) <PCastaneda@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** [EXTERNAL] RE: Jury Research and Contact with Jurors

Let's shoot for 2:20.  I'll try to move my 3 pm back a bit.  If there's an issue, I'll reach out in the morning.  I assume we can use the conf call number you circulated earlier.

**PLEASE NOTE OUR NEW ADDRESS**

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
724 South Spring Street
Ninth Floor
Los Angeles, California 90014
Telephone: (213) 260 – 9449
Mobile: (213) 880-4792
Facsimile: (213) 260 - 9450
E-mail: RSteingard@SteingardLaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above. This message may not be shared with, or forwarded to, third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.

---

**From:** Har, Susan (USACAC) <Susan.Har@usdoj.gov>
**Sent:** Sunday, October 2, 2022 6:47 PM
**To:** Richard Steingard <richard@steingardlaw.com>; Craig Wilke <craig@craigwilkelaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Buxton, Jamari (USACAC) <Jamari.Buxton@usdoj.gov>; Castaneda, Patrick (USACAC) <Patrick.Castaneda@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** RE: Jury Research and Contact with Jurors

Unfortunately 2 does not work for us, although we may be able to break away by 2:20. Will add Agent Civetti testifying twice to the agenda.

---

**From:** Richard Steingard <richard@steingardlaw.com>
**Sent:** Sunday, October 2, 2022 12:41 PM
**To:** Har, Susan (USACAC) <SHar@usa.doj.gov>; Craig Wilke <craig@craigwilkelaw.com>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Buxton, Jamari (USACAC) <JBuxton@usa.doj.gov>; Castaneda, Patrick (USACAC) <PCastaneda@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** [EXTERNAL] RE: Jury Research and Contact with Jurors


Susan—
Thx for sending us your message. Can you all do 2 pm? If not, I can try to move my 3 pm back a little bit. Let us know.
Also, add to the agenda: Are you planning on calling Agent Civetti twice, as you did in the earlier trial? If so, can you pls explain why. Thx.

### PLEASE NOTE OUR NEW ADDRESS

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
724 South Spring Street
Ninth Floor
Los Angeles, California 90014
Telephone: (213) 260 – 9449
Mobile: (213) 880-4792
Facsimile: (213) 260 - 9450
E-mail: RSteingard@SteingardLaw.com



The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above. This message may not be shared with, or forwarded to, third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.

**From:** Har, Susan (USACAC) <Susan.Har@usdoj.gov>
**Sent:** Sunday, October 2, 2022 11:57 AM
**To:** Richard Steingard <richard@steingardlaw.com>; Craig Wilke <craig@craigwilkelaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Buxton, Jamari (USACAC) <Jamari.Buxton@usdoj.gov>; Castaneda, Patrick (USACAC) <Patrick.Castaneda@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** RE: Jury Research and Contact with Jurors

Hi Richard,

Our team is available for a call to discuss tomorrow (Monday) at 2:30 p.m. if that time works for you and Craig.  To further add to the agenda, we also have outstanding:

    4. **Stipulations**.  In addition to the three stips we sent over on Sept. 7, we have three more proposed stips, which I'll send over all together shortly.

    5. **Exhibits/Exhibit Stip.**  We tabled some exhibits from our last joint exhibit stip, which we should circle back to.  At the last hearing, Judge Walter noted that he would order the parties to submit a revised joint exhibit stipulation with an added column for the Court's ruling.  I haven't seen a minute order on this yet, so in the interest of sparing us a short turnaround on a last-minute ruling, my plan is to email Shannon to inquire and request a filing date of 10/11.

I'll circulate an invite as a placeholder for now.

Thanks,
Susan

**From:** Richard Steingard <richard@steingardlaw.com>
**Sent:** Saturday, October 1, 2022 10:58 AM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Craig Wilke <craig@craigwilkelaw.com>
**Cc:** Har, Susan (USACAC) <SHar@usa.doj.gov>; Buxton, Jamari (USACAC) <JBuxton@usa.doj.gov>; Castaneda, Patrick (USACAC) <PCastaneda@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** [EXTERNAL] RE: Jury Research and Contact with Jurors

Thx Mack.  We have some matters to take up with you and your team as well:
1. In light of the Court's ruling on MIL 9 (other schemes), does the govt anticipate introducing any evidence of the "other schemes" through any witness, including George Esparza and Agent Civetti?
2. Does the govt anticipate introducing that Wei Huang is charged in the FSI, is residing in China, or is a fugitive?
3. Will the government enter into a stipulation concerning the money found in Jose Huizar's closet—if so, we can work out the details of the stipulation.

In light of your and our questions, it may be best to jump on a call some time during the week.  FYI Wed is a Jewish holiday (though I can be available in the afternoon) and I'm out of town on Thurs and Fri (but can be available for a call).
Thx.
Richard

# PLEASE NOTE OUR NEW ADDRESS

### Richard M. Steingard
### Law Offices of Richard M. Steingard
724 South Spring Street
Ninth Floor
Los Angeles, California 90014
Telephone: (213) 260 – 9449

Mobile: (213) 880-4792
Facsimile: (213) 260 - 9450
E-mail: RSteingard@SteingardLaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above. This message may not be shared with, or forwarded to, third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Saturday, October 1, 2022 10:36 AM
**To:** Richard Steingard <richard@steingardlaw.com>; Craig Wilke <craig@craigwilkelaw.com>
**Cc:** Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Buxton, Jamari (USACAC) <Jamari.Buxton@usdoj.gov>; Castaneda, Patrick (USACAC) <Patrick.Castaneda@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** Jury Research and Contact with Jurors

Good morning Richard and Craig: Can we please get your position on two matters so that we can either establish an agreement or raise the matter with Judge Walter.

1. In the LEE trial, at the government's request, the Court precluded either side from doing online (social media, etc) or other outside-of-court jury research on prospective jurors (after we get their information on the first day of trial). Will you agree to this same preclusion for both sides?
2. After the LEE trial, it came to the Court's attention that lawyers for Huizar had unsolicited contact with jurors who served during the LEE trial. The Court then issued an order that expressly forbade that practice, absent further order from the Court. Will you agree that this order will also apply to both sides/all counsel on this case for the SZNW trial?

Please let us know by Friday, October 7 so we know whether these are non-issues or something we will raise via an ex parte application for an order.
Thank you.


**Mack E. Jenkins | Assistant United States Attorney**
**Chief | Public Corruption & Civil Rights Section**
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.2091| F: 213.894.2927 | mack.jenkins@usdoj.gov

**Civetti Prior Testimony**

1. 204-5 — investigation included other public officials
2. 205 — what other categories of persons were you investigating
3. 205-6 — types of potential bribes you were investigating, including campaign contributions
4. 208 — besides developers, what other categories were you investigating – lobbyists & consultants
5. 214 — re JH and GE emails, what results led you to next steps…
6. 215-6 — investigate the residences of the subjects that you were investigating
7. 222 — in 11/2018, did GE provide new information that led agent to take additional steps in investigation
8. 295-6 — Issued subpoenas to a number of developers and business owners in LA as part of investigation of developers paying bribes to Huizar
9. 297 — FBI issued subpoenas to more than JOIA Trading and to other developers as well
10. 301-302 — Listing of various benefits were drawn from some of the benefits seen in the other returns for various search warrants or text messages
11. 302-303 — Included Salesian High School because Huizar was asking various developers to donate to the school in exchange for some of his actions
12. 303 — PACs were being used as mechanisms to funnel money to Huizar and his wife's campaigns
13. 304 — Calendar entries helped to investigate whether a pay to play was happening…particularly when they happened around times of benefit or development projects going through the system.  These calendar entries reflect meetings between developers and their proxies with public officials
14. 304-5 — Looking for a list of all development projects or owned properties within the city of LA to determine whether there would even be a reason to be giving these benefits to the councilmember
15. 312 — Typically, meetings would occur and then subsequently benefits would be provided which gave an indication that there was potentially a discussion related to a quid pro quo or a pay to play
16. 372 — In April 2017, what investigative steps did you take to further your overall pay to play corruption investigation – wiretaps on multiple phones
17. 374-5 — In April, 2017, Civetti interviewed individuals to see if they would cooperate.  At that time, we had other ongoing investigations that these particular individuals may have been involved with
18. 379-80 — on June 20 and July 1, 2017, Civetti interviewed Esparza and asked questions about city officials helping on projects in exchange for money.  Esparza was not truthful