Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
724 South Spring Street, 9th Floor
Los Angeles, California 90014
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Craig Wilke (SBN 150728)
*craig@craigwilkelaw.com*
LAW OFFICE OF CRAIG WILKE
305 North Harbor Boulevard, Suite 216
Fullerton, California 92832-1901
Telephone: (714) 870-8900
Facsimile: (714) 879-2278

Attorneys for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-20-326(A)-JFW-4 |
|---|---|
| Plaintiff, | **STIPULATION REGARDING RESETTING DATES FOR PRETRIAL FILINGS** |
| v. | |
| SHEN ZHEN NEW WORLD I, LLC, | Assigned to Hon. John F. Walter |
| Defendant. | |

Defendant Shen Zhen New World I, LLC ("SZNW"), by and through its counsel of record, Richard Steingard and Craig Wilke, and Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Susan S. Har, J. Jamari Buxton, and Patrick Castaneda, hereby stipulate as

1

follows:

1.  On October 25, 2022, the Court continued the trial from October 25, 2022 to October 27, 2022.  (Dkt. No. 709.)

2.  The parties have been diligently working on all pre-trial filings and meeting and conferring with one another in good faith.  As set forth in the below schedule, the parties jointly request that the dates for certain pretrial filings also be extended by two days.

3.  By this stipulation, the government and SZNW jointly request that the Court reset the following dates:

| Event | Current Date | Proposed Date |
|---|---|---|
| Govt Witness List | 10/17/2022 | 10/19/2022 |
| Govt Trial Brief | 10/17/2022 | 10/19/2022 |
| Revised Joint Exhibit Stipulation (Govt's Exhibits) | 10/17/2022 | 10/19/2022 |
| Jury Verdict Form | 10/17/2022 | 10/19/2022 |
| Jury Instructions | 10/17/2022 | 10/19/2022 |
| Defense Jencks Statements | 10/17/2022 | 10/19/2022 |
| Defense Charts & Summaries | 10/17/2022 | 10/19/2022 |
| Defense Witness List | 10/17/2022 | 10/19/2022 |
| Defense Exhibit List (to Govt) | 10/17/2022 | 10/19/2022 |
| Parties to Meet and Confer re: Defense Exhibit List | 10/19/2022 | 10/21/2022 |
| Govt Response to Def. Witness List | 10/19/2022 | 10/21/2022 |
| Defense Response to Govt Witness List | 10/19/2022 | 10/21/2022 |
| Joint Exhibit Stipulation (Def.'s Exhibits) | 10/20/2022 | 10/24/2022 |

4.  On December 17, 2020, the Court issued a Criminal Trial Order for this case, which contained instructions for certain pre-trial deadlines that are based on the operative trial date.  (Dkt. No. 150.)  The parties request that the Court order

LAW OFFICES OF RICHARD M. STEINGARD

all pre-trial deadlines set forth in the Criminal Trial Order to be based off the new October 27, 2022 trial date.

  IT IS SO STIPULATED.

DATED: Oct. 13, 2022  By: /s/
            RICHARD M. STEINGARD
            CRAIG WILKE
            Attorneys for Defendant
            SHEN ZHEN NEW WORLD I, LLC

DATED: Oct. 13, 2022    E. MARTIN ESTRADA
            United States Attorney

            SCOTT M. GARRINGER
            Assistant United States Attorney
            Chief, Criminal Division

           By: /s/
            MACK JENKINS
            SUSAN HAR
            JAMARI BUXTON
            PATRICK CASTENADA
            Assistant United States Attorneys

            Attorneys for Plaintiff
            UNITED STATES OF AMERICA