UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES</u>

Case No.    **CR 20-326(A)-JFW**                          Dated: October 13, 2022

==========================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

<u>Shannon Reilly</u>                    <u>None Present</u>                 <u>Not Present</u>
Courtroom Deputy                 Court Reporter              Mack Eric Jenkins, AUSA
                                                             Cassie D. Palmer, AUSA
                                                             Susan S. Har, AUSA
                                                             J. Jamari Buxton, AUSA
                                                             Patrick Castaneda, AUSA


==========================================================================
U.S.A. vs (Dfts listed below) - Not Present      Attorneys for Defendants - Not Present

1)    Jose Luis Huizar                    1)    Carel Ale, DFPD
      On Bond                                   Charles J. Snyder, DFPD
                                                Adam Olin, DFPD

**PROCEEDINGS (In Chambers):  ORDER GRANTING *EX PARTE* REQUEST FOR RULING ON
JOSE HUIZAR'S UNOPPOSED *EX PARTE* APPLICATION
FOR ORDER ISSUING EARLY-RETURN SUBPOENA DUCES
TECUM [filed 10/22/2022; Docket No. 705];**

**ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER
ISSUING EARLY-RETURN SUBPOENA DUCES TECUM [filed
2/2/2022; Docket No. 365]**

On February 2, 2022, Defendant Jose Huizar ("Huizar") filed an *Ex Parte* Application for
Order Issuing Early-Return Subpoena Duces Tecum (Docket No. 365).  The Government did not
file an Opposition.  On October 22, 2022, Huizar filed an Ex Parte Request for Ruling on Jose
Huizar's Unopposed *Ex Parte* Application for Order Issuing Early-Return Subpoena Duces Tecum
(Docket No. 705).  The Government does not object to the ex parte application seeking a ruling on
Docket No. 365, but objects to any order requiring any counsel to disclose attorney-client
communications to a third party.

The Court **GRANTS** both *Ex Parte* Applications, and signs, as modified, the Proposed Order
filed on February 2, 2022 (Docket No. 365-2).  To the extent Morrie Goldman seeks to assert a
claim of privilege or otherwise object to the subpoena, he may do so at the appropriate time.

Initials of Deputy Clerk   sr