# Exhibit A

**From:** Richard Steingard
**Sent:** Sunday, October 16, 2022 4:35 PM
**To:** Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Craig Wilke <craig@craigwilkelaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Buxton, Jamari (USACAC) <Jamari.Buxton@usdoj.gov>; Castaneda, Patrick (USACAC) <Patrick.Castaneda@usdoj.gov>
**Subject:** RE: Agent Civetti testimony

Susan—
I don't believe I responded to your email, and apologize for the delay. I suspect there are certain areas and questions we could agree to and, if nothing else, limit the areas in dispute. If you'd like, after "Monday Madness," we can arrange a time to talk to see if we can sort this out. Let me know.

**PLEASE NOTE OUR NEW ADDRESS**

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
724 South Spring Street
Ninth Floor
Los Angeles, California 90014
Telephone: (213) 260 – 9449
Mobile: (213) 880-4792
Facsimile: (213) 260 - 9450
E-mail: RSteingard@SteingardLaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above. This message may not be shared with, or forwarded to, third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.

**From:** Har, Susan (USACAC) <Susan.Har@usdoj.gov>
**Sent:** Thursday, October 13, 2022 5:55 PM
**To:** Richard Steingard <richard@steingardlaw.com>; Craig Wilke <craig@craigwilkelaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Buxton, Jamari (USACAC) <Jamari.Buxton@usdoj.gov>;

Castaneda, Patrick (USACAC) <Patrick.Castaneda@usdoj.gov>
**Subject:** Agent Civetti testimony

Richard,

Following up on our call earlier this week, Agent Civetti will testify about the nature of the FBI investigation into the pay-to-play scheme in LA, including, at a high-level, the types of parties FBI was investigating, including both the developer/proxy side and the public official/staff side.  He will also testify about the types of benefits that he was investigating, as well as types of potential favors and acts by the public official.  This testimony is necessary to explain to the jury that the investigation was procedurally sound, comprehensive, and that it logically followed the evidence wherever it led them.  Accordingly, Agent Civetti's testimony will cover many of the same topics and facts that you flagged from the Lee trial (including investigative process steps he took), but some of the specific examples would not apply (for instance, he would not walk through the JOIA subpoena).

We are of course mindful of the Court's guidance on MIL 9, which was provided in relation to the defense's briefing concerning Esparza's testimony.  For that reason, I do not plan to get into any specific details (like, amounts, charges, quid pro quos) on the other schemes charged in the FSI, like 940 Hill, Hazens, etc.  Please let us know by tomorrow if this resolves the issue.

Best,
Susan

**Susan Har | Assistant United States Attorney**
United States Attorney's Office | Central District of California
United States Courthouse, Suite 1200 | 312 N. Spring St. | Los Angeles, CA 90012
O: 213.894.3289 | C: 213-503-4070
susan.har@usdoj.gov