Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
724 S. Spring St., 9th Fl.
Los Angeles, California 90014
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Craig Wilke (SBN 150728)
craig@craigwilkelaw.com
305 N. Harbor Blvd., Suite 216
Fullerton, California 92832-1901
Telephone: (714) 870-8900
Facsimile: (714) 879-2278

Attorneys for Defendant
Shen Zhen New World I, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHEN ZHEN NEW WORLD I, LLC,<br><br>　　　　Defendant. | Case No. 2:20-cr-326(A)-JFW<br><br>**DECLARATION OF CRAIG WILKE IN SUPPORT OF OBJECTION TO EVIDENCE OF WEI HUANG'S ABSENCE AT TRIAL** |

1

1       Defendant Shen Zhen New World I, LLC, by and through its attorneys of record Richard M. Steingard and Craig Wilke, hereby files under seal the Declaration of Craig Wilke in support of its objection to evidence of Wei Huang's absence at trial.

Dated: October 20, 2022             Respectfully Submitted,

                                            /s/
                                    RICHARD M. STEINGARD
                                    CRAIG WILKE
                                    Attorneys for Defendant

## DECLARATION OF CRAIG WILKE

I, Craig Wilke, hereby state and declare the following:

1. I am an attorney licensed to practice law in the State of California and admitted to practice law in the United States District Court for the Central District of California.

2. In or about August 2020, attorney Paul Meyer and I were retained to represent Wei Huang in the government's pre-indictment investigation of Jose Huizar and others. Prior to our involvement, Mr. Huang was represented by attorney Ken Klein. It is my understanding that Mr. Klein began representing Mr. Huang in or about December 2018. Based on my review of Mr. Klein's files, I am informed and believe that the government was aware of Mr. Klein's representation of Mr. Huang by January 2019.

3. On or about November 30, 2020, attorneys Paul Meyer, Richard Steingard and I participated in a telephone conference with Assistant United States Attorneys Mack Jenkins, Veronica Dragalin, and Melissa Mills. As part of the conversation, we advised the prosecutors that Mr. Meyer and I represented Mr. Huang, and that Mr. Steingard represented SZNW. During the telephone conference, government counsel advised that a first superseding indictment charging Mr. Huang and SZNW would be unsealed that day. On or about December 9, 2020, Mr. Steingard entered a notice of appearance on behalf to SZNW. (ECF 125.) On December 14, 2020, SZNW was arraigned on the first superseding indictment and entered a not guilty plea. (ECF 152.)

4. I am informed and believe that, in or about May 2022, Mr. Steingard advised government counsel that SZNW was considering having me assist Mr. Steingard in his representation of SZNW at trial. Mr. Steingard asked whether the government perceived there to be a conflict of interest in my participation in SZNW's defense. In response to Mr. Steingard's inquiry, government counsel advised that they had no objection to my joint representation of Mr. Huang and SZNW, and did not view

/

3

my co-representation of Mr. Huang and SZNW, or my participating at SZNW's trial, as a conflict of interest.

5. On June 1, 2022, I began providing legal representation to SZNW. On September 2, 2022, I entered a notice of appearance in this case on behalf of SZNW. (ECF 662.)

6. On October 10, 2022, SZNW filed a submission of outstanding issues, including the government's desire to assert that Mr. Huang was a "fugitive." (ECF 702.) On October 17, 2022, the government filed it response. (ECF 722.) The government stated that it sought to introduce evidence of Mr. Huang's conduct after learning about the investigation to prove Mr. Huang's consciousness of guilt. (*Id.* at 1-5.) Among the items of evidence the government seeks to introduce is testimony from FBI Special Agent Andrew Civetti that I am retained counsel for Mr. Huang and have been participating in SZNW's defense since at least April 2022. (*Id.* at 4.) The government claims that Agent Civetti has personal knowledge of these facts. (*Id.* at 3.)

7. Any testimony by Agent Civetti at SZNW's trial that I am retained counsel for SZNW and Mr. Huang would create a conflict of interest because the jury could consider my representation of both clients, and my very presence at trial, as evidence of Mr. Huang's knowledge of the proceedings and SZNW's guilt. Under these circumstances, if the Court permits the government to introduce this evidence, I must declare a conflict and withdraw as SZNW's counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 20th day of October 2022, at Fullerton, California.

/s/
CRAIG WILKE