# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Diana Miner |
| 2a. Contact Phone Number | 213-894-2997 |
| 3a. Contact E-mail Address | diana_miner@fd.org |
| 1b. Attorney Name (if different) | Cuauhtemoc Ortega |
| 2b. Attorney Phone Number | 213-894-2854 |
| 3b. Attorney E-mail Address | cuauhtemoc_ortega@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

**5. Name & Role of Party Represented:** Jose L. Huizar, Defendant

**6. Case Name:** United States v. Jose L. Huizar, et al.

**7a. District Court Case Number:** 2:20-326-JFW

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
- [ ] DIGITALLY RECORDED
- [X] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miranda Algorri

**9. THIS TRANSCRIPT ORDER IS FOR:**
- [ ] Appeal [X] Non-Appeal
- [X] Criminal [ ] Civil
- [ ] CJA [ ] USA [X] FPD [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| Hearing Date | Minute Order Docket# | Judge | Proceeding Type / Portion | PDF | TEXT/ASCII | PAPER | CONDENSED | CM/ECF ACCESS | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/2022 | | JFW | Pretrial Conference | ○ | ○ | ○ | ○ | ● | ○ | | DAILY (Next day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

**Date:** 10/21/2022    **Signature:** /s/ Cuauhtemoc Ortega

G-120 (06/18)