| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | **TRANSCRIPT ORDER FORM** Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)* | COURT USE ONLY **DUE DATE:** |

| 1a. Contact Person for this Order | Diana Miner | 2a. Contact Phone Number | 213-894-2997 | 3a. Contact E-mail Address | diana_miner@fd.org |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Cuauhtemoc Ortega | 2b. Attorney Phone Number | 213-894-2854 | 3b. Attorney E-mail Address | cuauhtemoc_ortega@fd.org |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Office of the Federal Public Defender 321 East 2nd Street Los Angeles, CA 90012 | 5. Name & Role of Party Represented | Jose L. Huizar, Defendant |
|---|---|---|
| | 6. Case Name | United States v. Jose L. Huizar, et al. |
| | 7a. District Court Case Number | 2:20-326-JFW |
| | 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:

☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miranda Algorri

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☒ Non-Appeal   ☒ Criminal ☐ Civil   ☐ CJA ☐ USA ☒ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.) | | | | b. SELECT FORMAT(S) | | | *(CM/ECF access included with purchase of transcript.)* | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested. | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | *(Provide release date of efiled transcript, or check to certify none yet on file.)* | *(Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")* |
| 10/19/2022 | 16 | JFW | Change of Plea Hearing in USA v. Huizar, 2:22-cr-471 | ○ | ○ | ○ | ○ | ● | ○ | ○ _____ | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date | 10/21/2022   Signature | /s/ Cuauhtemoc Ortega

G-120 (06/18)