| Standard Form 1034<br>Revised October 1987<br>Department of the Treasury<br>1 TFM 4-2000 | **PUBLIC VOUCHER FOR PURCHASES AND<br>SERVICES OTHER THAN PERSONAL** | VOUCHER NO. |
|---|---|---|

| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION<br>FEDERAL PUBLIC DEFENDER'S OFFICE<br>Central District of California<br>321 East Second Street<br>Los Angeles, California 90012<br>(213) 894-2854 | DATE VOUCHER PREPARED<br>10/21/2022 | SCHEDULE NO. |
|---|---|---|
| | CONTRACT NUMBER AND DATE | PAID BY |
| | REQUISITION NUMBER AND DATE | |

| **PAYEE'S<br>NAME<br>AND<br>ADDRESS** | Miranda Algorri | DATE INVOICE RECEIVED |
|---|---|---|
| | | DISCOUNT TERMS |
| | | PAYEE'S ACCOUNT NUMBER |

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |
|---|---|---|---|

| NUMBER<br>AND DATE<br>OF ORDER | DATE OF<br>DELIVERY<br>OR SERVICE | ARTICLES OR SERVICES<br>*(Enter description, item number of contract or Federal supply<br>schedule, and other information deemed necessary)* | QUAN-<br>TITY | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | COST | PER | (1) |
| 10/21/2022 | | USA v. Salvador Huizar<br>Case No. 2:22-cr-471-JFW<br><br>10/19/2022 - Change of Plea Hearing<br><br>NON-APPEAL | | | | |

(Use continuation sheet(s) if necessary)   **(Payee must NOT use the space below)**   **TOTAL**

| PAYMENT: | APPROVED FOR | EXCHANGE RATE | |
|---|---|---|---|
| ☐ PROVISIONAL | = $ | = $1.00 | DIFFERENCES |
| ☐ COMPLETE | BY 2 | | |
| ☐ PARTIAL | | | |
| ☐ FINAL | Cuauhtemoc Ortega | | Amount verified; correct for |
| ☐ PROGRESS | TITLE | | *(Signature or initials)* |
| ☐ ADVANCE | Deputy Federal Public Defender | | |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

| | Angelina Lopez | Administrator |
|---|---|---|
| *(Date)* | *(Authorized Certifying Officer)*  2 | *(Title)* |

ACCOUNTING CLASSIFICATION

22 -092300-F09CACF -F09CACF -2532

| | CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON *(Name of bank)* |
|---|---|---|---|---|
| **PAID BY** | CASH<br>$ | DATE | PAYEE  3 | |

1 When stated in foreign currency, insert name of currency.
2 If the ability to certify and authority to approve are combined in one person, one signature only is
 necessary; otherwise the approving officer will sign in the space provided, over his official title.
3 When a voucher is receipted in the name of a company or corporation, the name of the person writing
 the company or corporate name, as well as the capacity in which he signs, must appear.  For example:
 "John Doe Company, per John

| | PER |
|---|---|
| | TITLE |

Previous edition usable.                                                                                          NSN 7540-00-900-2234

**PRIVACY ACT STATEMENT**

The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money.
The information requested is to identify the particular creditor and the amounts to be paid.  Failure to furnish this information will hinder discharge
of the payment obligation.