Charles J. Snyder (Bar No. 287246)
Federal Public Defender's Office
321 E. 2nd St., Los Angeles, CA 90012
Charles_Snyder@fd.org/213.894.4407

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR-20-326-JFW |
| v. | |
| JOSE HUIZAR | **NOTICE OF MANUAL FILING** **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

Ex Parte Application for Early-Return Subpoena; [Proposed] Order; [Proposed] Subpoena.

**Reason:**

☑  Under Seal

☑  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated: _____

☐  Other:

October 26, 2022
Date

Charles J. Snyder
Attorney Name

Jose Huizar
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                      NOTICE OF MANUAL FILING OR LODGING