# DECLARATION OF ADAM OLIN

I, Adam Olin, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. I am counsel of record for defendant José Huizar in this action.

3. Defendants previously filed a Motion to Compel items which included the same devices sought by this renewed motion. ECF No. 381. The Court denied that motion orally at a hearing on April 25, 2022. ECF No. 436. The transcript of that hearing is available in full on the docket at ECF No. 597, and the relevant portions are attached to this declaration. On October 24, 2022, Assistant United States Attorney Mack Jenkins informed me that the government opposed the renewed motion.

4. Attached as Exhibit A is a true and correct copy of excerpts from the transcript of the April 25, 2022 hearing on defendants' Motion to Compel.

5. Attached as Exhibit B is a true and correct copy of excerpts from the transcript of testimony of George Esparza on June 21, 2022 in *United States v. Dae Yong Lee*, et al.

6. Attached as Exhibit C is a true and correct copy of a May 10, 2022, 302 relating to Ricky Zheng produced by the government in discovery in this case.

7. Attached as Exhibit D is a true and correct copy of a June 29, 2020, 302 relating to George Chiang produced by the government in discovery in this case.

8. Attached as Exhibit E is a true and correct excerpted copy of a November 13, 2018, 302 relating to George Esparza produced by the government in discovery in this case.

9. Attached as Exhibit F is a true and correct copy of an August 14, 2020, 302 relating to George Chiang produced by the government in discovery in this case.

10. Attached as Exhibit G is a true and correct excerpted copy of an April 4, 2019, 302 relating to Justin Kim produced by the government in discovery in this case.

1

1
2    I declare under penalty of perjury under the laws of the United States of America
3    that the foregoing is true and correct.
4    Executed on October 24. 2022, at Los Angeles, California.
5
6                      /s/ Adam Olin                .
7                      ADAM OLIN

2