# EXHIBIT B

1                    UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3          HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

4

5 UNITED STATES OF AMERICA,   )
                             )
6       PLAINTIFF,           )    CASE NO.
                             )
7         vs.               )    CR 20-326-JFW
                             )
8 DAE YONG LEE,              )
  940 HILL, LLC,            )    VOLUME 5
9                             )    PAGES 1043 TO 1289
      DEFENDANTS.           )
10 _____)

11

12

13

14                   REPORTER'S TRANSCRIPT OF
                      TRIAL DAY 5
15                 TUESDAY, JUNE 21, 2022
                       8:09 A.M.
16                 LOS ANGELES, CALIFORNIA

17

18

19

20

21

22

23 _____

24         MIRANDA ALGORRI, CSR 12743, RPR, CRR
           FEDERAL OFFICIAL COURT REPORTER
          350 WEST 1ST STREET, SUITE 4455
25          LOS ANGELES, CALIFORNIA 90012
            MIRANDAALGORRI@GMAIL.COM

```
             1          Q     Yes.
             2          A     Yes.
             3          Q     Okay.  Now, I want to talk about -- part of your
             4   plea agreement, you understand that if the Government asks you
   11:31AM   5   to give them evidence, you have an obligation to give them that
             6   evidence; right?
             7          A     Yes.
             8          Q     If you want, you can even look at the paragraph,
             9   paragraph 3(c) of your plea agreement.  But you remember that;
   11:32AM  10   right?
            11          A     Yes.
            12          Q     You actually gave the Government -- as part of
            13   your cooperation, you gave them full consent to go through your
            14   phones without restriction; right?
   11:32AM  15          A     That is correct.
            16          Q     No search warrant needed; right?
            17                MS. DRAGALIN:  Objection as to "without
            18   restriction."  Vague.
            19                MR. NEUMAN:  He answered the question.
   11:32AM  20                THE COURT:  He's already answered the question.
            21          Q     BY MR. NEUMAN:  They didn't need a search
            22   warrant; right?  That was voluntary consent you gave them;
            23   right?
            24                MS. DRAGALIN:  Objection.  Improper legal
   11:32AM  25   conclusion.
```

```
1            THE COURT:  Objection is overruled.
2            THE WITNESS:  Did I give them consent to search
3   my phones?
4       Q    BY MR. NEUMAN:  Yes.
5       A    Yes.
6       Q    Let's look at Exhibit 512 in your binder.
7            Do you have that in front of you, Mr. Esparza?
8       A    Yes.
9       Q    That's the consent to search you signed for three
10  of your phones; right?
11      A    Correct.
12           MR. NEUMAN:  I will offer 512, Your Honor.
13           MS. DRAGALIN:  No objection.
14           THE COURT:  All right.  512 will be received into
15  evidence.
16           (Marked for identification and received
17            into evidence Exhibit No. 512.)
18      Q    BY MR. NEUMAN:  This is -- if we see the first
19  part, you have been asked to permit a complete search of three
20  phones; right?
21      A    Yes.
22      Q    And then the phone numbers are listed there, the
23  iPhone numbers are listed.  And it notes that your attorney,
24  Mr. Jones, provided them to Agent Civetti; right?
25      A    Yes.
```