# EXHIBIT C

*SUBJECT TO PROTECTIVE ORDER - Cooperator Material*

194B-LA-255905 Serial 1944

-1 of 1-

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/12/2022

On May 10, 2022, RICKY ZHENG provided consent to search Apple iPhoneX, serial number FK1VCDFEJCL8, IMEI 359409081115347, seized and imaged on November 19, 2018, pursuant to a search warrant in case number 2:18-MJ-3040, beyond the time period authorized in the search warrant limited to any communications with WEI HUANG.

ZHENG's signed consent form is electronically attached to this communication.

| | |
|---|---|
| Investigation on 05/10/2022 at | Los Angeles, California, United States (Email) |
| File # 194B-LA-255905 | Date drafted 05/10/2022 |
| by Andrew R. Civetti | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SUBJECT TO PROTECTIVE ORDER - Cooperator Material                                            Casino_2105379

FD-26 (Rev. 7-20-94)

DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

**CONSENT TO SEARCH**

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

    (Describe the person(s), place(s), or thing(s) to be searched.)

    • Apple iPhoneX, Serial Number FK1VCDFEJCL8, IMEI 359409081115347, seized and imaged on November 19, 2018, pursuant to a search warrant in case number 2:18-MJ-3040, beyond the time period authorized in the search warrant limited to any communications with WEI HUANG.

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

    5/10/22
    _____
    Date

    _____
    Witness

    _____
    Signature