# EXHIBIT G

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 762-6   Filed 10/26/22   Page 2 of 3   Page ID #:17029

194B-LA-255905 Serial 1482

-1 of 13-

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry  01/08/2020

On April 4, 2019, JUSTIN KIM, was interviewed at the United States Attorney's Office, 312 N. Spring Street, Los Angeles, California. Also present in the interview was KIM's attorney, David Vaughn. After being advised of the identity of the interviewing Agents and the nature of the interview, KIM provided the following information:

*[Agent Note: Prior to the interview KIM was advised that the interview was voluntary. KIM was instructed that he could leave at any time and that he had the right to consult with his attorney. KIM was advised that lying to the FBI was a federal offense and that lying included omitting information. KIM affirmatively acknowledged he understood all of these admonishments and that he must be completely truthful.]*

## BACKGROUND

KIM immigrated to Los Angeles, California from Korea in 1976. KIM was a United States citizen. KIM attended John Marshall High School and received an accounting degree from the University of Southern California ("USC"). KIM Was married with two children. KIM spoke Korean and English, but could not write Korean. KIM was an appraiser by trade and started his own business in approximately 1991 or 1992.

## DAVID LEE

KIM met LEE in 2006 or 2007. KIM was introduced to LEE through ANNIE JOE the branch manager at PACIFIC CITY BANK. LEE owned a wholesale business and started buying property throughout Los Angeles. KIM and LEE's relationship started because KIM was an appraiser and he could help in LEE's real estate acquisition.

## POLITICS

---

Investigation on  04/04/2019  at  Los Angeles, California, United States (In Person)

File # 194B-LA-255905                                    Date drafted  04/04/2019

by  Andrew R. Civetti, LOGAN ROBERT ANTHONY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Casino_0366624

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of (U) 04/04/2019 Justin Kim , On 04/04/2019 , Page 6 of 13

On or around February 10, 2017, KIM sent a text message to ESPARZA to come by and pick up checks. It was possible that ESPARZA came by that day to pick up checks for a campaign. ESPARZA met KIM at LEE's JOIA ACCESSORIES building located at 1020 Crocker Street. ESPARZA picked up checks from KIM at this location on at least three occasions, including when ESPARZA met KIM to pick up the cash from LEE (discussed below).

KIM had text messages setting up meetings with ESPARZA for February 13, 23, and 24, 2017. KIM, "knew something was not right, so changed the venue to McDonalds." KIM understood the arrangement to be" not right, something bad, and illegal." KIM told ESPARZA LEE agreed to $500,000. ESPARZA never told KIM that HUIZAR knew what was going on with the arrangement. KIM did not recall ESPARZA mentioning any discussions with HUIZAR. KIM understood this money was for HUIZAR though and that LEE was paying HUIZAR for his assistance with the CREED appeal. ESPARZA agreed to the $500,000. KIM and ESPARZA never discussed the distribution of the money.

On or around February 27, 2017 or February 28, 2017, a hearing was scheduled for the OLYMPIC & HILL project. KIM did not find out about this hearing until after the fact. It was KIM's understanding that CREED never official appealed, but that the $500,000 was for HUIZAR to make sure CREED "left the project alone."

On or around March 7, 2017, KIM had a meeting with GEORGE CHIANG. ESPARZA introduced KIM to CHIANG because LEE wanted to sell the OLYMPIC & HILL property. KIM told ESPARZA there was a referral fee and ESPARZA and KIM could make additional income. KIM told ESPARZA that KIM or LEE would give ESPARZA part of the referral free. KIM asked ESPARZA for potential buyers and that was why ESPARZA suggested CHIANG. CHIANG was a consultant for Chinese developers.

On or around March 14, 2017, KIM met LEE at 1020 Crocker Street to pick up the cash. KIM went to LEE's conference room and asked for the $500,000. LEE's conference room was located on the fourth floor, had no windows, and was private. Two employees were always present on the floor, but they did not attend the meeting between KIM and LEE. KIM went to LEE's office often, so it was not surprising for LEE's staff to see KIM. LEE told KIM he only had $400,000 that day and only wanted to pay $400,000. LEE left the conference room and returned with a brown paper bag. The top of the bag was