CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Carel Alé (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
Charles Snyder (Bar No. 287246))
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS HUIZAR, *et al.*, <br><br> Defendants. | Case No. 20-CR-0326-JFW-1 <br><br> **UNOPPOSED *EX PARTE APPLICATION* TO FILE EXHIBITS E–F ISO RENEWED MOTION TO COMPEL COOPERATOR AND WITNESS DEVICES UNDER SEAL; DECLARATION; PROPOSED ORDER** |

Defendant Jose Huizar, through counsel, hereby moves *ex parte* for an order that the attached Exhibits E and F in support of his Renewed Motion to Compel Cooperator and Witness Devices, filed October 26, 2022, be filed under seal.

//

//

//

//

This application is based on the attached Memorandum of Points and Authorities, Declaration of Counsel, and any other evidence the Court may consider.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: October 26, 2022        By  /s/ Adam Olin
                                CAREL ALÉ
                                CHARLES J. SNYDER
                                ADAM OLIN
                                Deputy Federal Public Defenders
                                Attorneys for JOSE LUIS HUIZAR

**TABLE OF EXHIBITS**

| Exhibit | Description | Page |
|---|---|---|
| E | 11/3/2018 302 Excerpts Relating to George Esparza | 4:20 |
| F | 8/14/2020 302 Excerpts Relating to George Chiang | 4:23 |

## MEMORANDUM OF POINTS AND AUTHORITIES

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); *see also* Local Rule 79-5.1 (providing that a party may request that documents be filed under seal).

Here, Exhibits E and F in support of Defendant's Renewed Motion to Compel Cooperator and Witness Devices are marked subject to the operative protective order and could affect ongoing investigations were their contents disclosed. For those reasons, and in light of the government's non-opposition, Mr. Huizar respectfully requests that the Court permit their filing under seal.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: October 26, 2022    By   */s/ Adam Olin*
CAREL ALÉ
CHARLES J. SNYDER
ADAM OLIN
Deputy Federal Public Defenders
Attorneys for JOSE LUIS HUIZAR

4

# DECLARATION OF ADAM OLIN

I, Adam Olin, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent Jose Luis Huizar in the above-entitled action.

2. Exhibits E and F contain discussions of ongoing investigations involving uncharged conduct and disclose the identity of a cooperating witness in this matter. Each is also marked subject to the protective order in this case. For that reason, we ask to file the documents under seal.

3. On October 24, 2022, Assistant United States Attorney Mack Jenkins informed me that the government did not oppose the sealing of the two requested exhibits.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: October 26, 2022          By  /s/ Adam Olin
                                     ADAM OLIN
                                     Deputy Federal Public Defender
                                     Attorney for JOSE LUIS HUIZAR