# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS HUIZAR, *et al*.,<br><br>　　　　Defendants. | Case No. 2:20-CR-0326-JFW-1<br><br>**[PROPOSED] ORDER SEALING DOCUMENTS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following documents be filed under seal:

(1)　"Exhibits E and F in Support of Renewed Motion to Compel Cooperator and Witness Devices.

//

//

1 [Alternatively, not finding good cause, it is ordered that the documents not be
2 filed, but shall be returned to the undersigned counsel.]

3
4   Dated:                    , 2022        By _____
                                              HON. JOHN F. WALTER
5                                             United States District Judge