UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS HUIZAR, *et al.*,<br><br>　　　　Defendants. | Case No. 2:20-CR-0326-JFW-1<br><br>**ORDER SEALING DOCUMENTS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following documents be filed under seal:

　　(1)　"Exhibits E and F in Support of Renewed Motion to Compel Cooperator and Witness Devices.

Dated:  October 31, 2022　　　　By  _____
　　　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　United States District Judge