E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0363/3289
    Facsimile: (213) 894-6436
    E-mail:  Mack.Jenkins@usdoj.gov
            Cassie.Palmer@usdoj.gov
            Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:20-326(A)-JFW-1 |
|---|---|
| Plaintiff, | STIPULATION RE: BRIEFING SCHEDULE FOR DEFENDANT JOSE LUIS HUIZAR'S RENEWED MOTION TO COMPEL COOPERATOR AND WITNESS DEVICES |
| v. | |
| JOSE LUIS HUIZAR, et. al, | Hearing Date: November 28, 2022 |
| Defendants. | Location:    Courtroom of the Hon. John F. Walter |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, and Susan S. Har, and defendant Jose Luis Huizar ("defendant Huizar"), by and through his counsel of record, Deputy

Federal Public Defenders Carel Alé, Charles J. Snyder, and Adam Olin, hereby stipulate as follows:

1. On October 26, 2022, defendant filed a Renewed Motion to Compel Cooperator and Witness Devices ("Renewed Motion"), with a hearing date of November 28, 2022. (Dkt. No. 762.)

2. The trial relating to defendant Shen Zhen New World I, LLC, one of the defendants in this matter, is ongoing. Currently, counsel for the government either is serving as trial counsel in the trial or attending the trial and providing assistance to the trial team as needed. Counsel for defendant Huizar also is attending the trial, when possible.

3. In light of this, the parties stipulate and respectfully request that the Court set the following briefing schedule for the Renewed Motion: (1) the government's opposition to defendant's Renewed Motion shall be filed no later than November 9, 2022; and (2) defendant's reply shall be filed no later than November 16, 2022.

//
//

4. This stipulation is not made for purposes of delay or tactical advantage, but to allow the parties sufficient time to provide the Court with fulsome briefing.

IT IS SO STIPULATED.

Dated: November 1, 2022

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

  */s/ Cassie D. Palmer*
CASSIE D. PALMER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 2, 2022

  */s/ Adam Olin*
CAREL ALÉ
CHARLES SNYDER
ADAM OLIN
Deputy Federal Public Defender

Attorneys for Defendant
JOSE LUIS HUIZAR