E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:20-326(A)-JFW-1 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR DEFENDANT JOSE LUIS HUIZAR'S RENEWED MOTION TO COMPEL COOPERATOR AND WITNESS DEVICES |
| v. | |
| JOSE LUIS HUIZAR, et. al, | Hearing Date: November 28, 2022 |
| Defendants. | Location:     Courtroom of the Hon. John F. Walter |

The Court has read and considered the Stipulation Regarding Briefing Schedule for Defendant Jose Luis Huizar's Renewed Motion to Compel Cooperator and Witness Device ("Renewed Motion") (Dkt. No. 762), filed by counsel for the government and defendant Huizar in this matter on November 2, 2022.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this

Order, demonstrates good cause for setting the parties' proposed briefing schedule for the Renewed Motion.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court orders the following briefing schedule: (1) the government's opposition to defendant Huizar's Renewed Motion shall be filed no later than November 9, 2022; and (2) defendant Huizar's reply shall be filed no later than November 16, 2022.

IT IS SO ORDERED.

| DATE | HONORABLE JOHN F. WALTER<br>UNITED STATES DISTRICT JUDGE |
|---|---|

Presented by:

*/s/ Cassie D. Palmer*
CASSIE D. PALMER
Assistant United States Attorney

2