# EXHIBIT 3

| | |
|---|---|
| **From:** | Steve Meister |
| **To:** | Charles Snyder |
| **Cc:** | Natalie Degrati; Mack Jenkins |
| **Subject:** | Re: Meister Subpoena |
| **Date:** | Monday, October 31, 2022 9:31:37 AM |

Good morning, everyone. Thumb drive dropped off just now at Judge Walter's chambers box. Have a good week,

Steve

Steve Meister
MEISTER LAW OFFICES
515 South Flower Street, Suite 1800
Los Angeles, CA 90071
O: 213.293.3737
C: 213.840.4311
@MeisterLawOfcs

Sent from my iPhone

> On Oct 26, 2022, at 17:05, Charles Snyder <Charles_Snyder@fd.org> wrote:
>
> Hi, Steve.
>
> Thanks for your response.
>
> For point 1, we provided you with our authority. For points 2 and 3, the Court order is the subpoena, as I mentioned in our earlier correspondence. We remain open to meeting and conferring about any of these issues to avoid burdening the Court with litigation, but it's our understanding that you understand our position, and simply disagree. If you decide that you want to talk about these issues further, we remain open to discussion.
>
> As far as payment, to the extent that it is appropriate for the Court to pay the costs of compliance, we would of course have no problem with that. We also have no problem with you including Mr. Jenkins in our correspondence, but note that this is a defense subpoena that the government does not have standing to challenge, so his role at this point should be pretty limited.
>
> Thanks,
>
> Charles J. Snyder
> Deputy Federal Public Defender
> 321 E. 2nd St. | Los Angeles, CA 90012

213.894.4407

**From:** Steve Meister <steve@meisterlawoffices.com>
**Sent:** Wednesday, October 26, 2022 4:21 PM
**To:** Charles Snyder <Charles_Snyder@fd.org>; Natalie Degrati <Natalie_Degrati@fd.org>
**Cc:** Mack Jenkins <mack.jenkins@usdoj.gov>
**Subject:** Meister Subpoena

Hi, Charles.

In response to your last email, please see below. I'm copying the USG on this because in terms of logistics depending on what the Court does, I will ask for both sides' support in my request that the Court allot funds to compensate me for the time I anticipate it will take to search, copy and send material.

To the substance of the subpoena:

1. **Audiotape recording with the USG:** I do not believe I have waived privilege as to the tape recorded conversation with my client, because if I did not send the recording by email to the USG, then the USG is not in possession of anything, and even if, for the sake of discussion, I did send an email of the recording (as an attachment), the USG would have been instructed not to review the privileged portion. I will produce a copy of the recorded conversation with the USG but I cannot produce the privileged portion. At this point I still anticipate being able to deliver a redacted copy at the courthouse by November 1; I will let you know if I encounter any logistical delays and need a little more time.

2. **Emails with the USG**: As we discussed, I understand that the materials you are requesting were covered by the prior motion to compel, which the Court denied. I was not notified by your office that material in my possession would be the subject of a hearing, so I was not present at the hearing on the motion. It seems to me this is an issue between you and the USG in ongoing discovery. Absent a Court order I will not produce the items listed in #2 of the subpoena. Please note as I indicated above that if the Court orders production, I ask for your and the USG's support in funding the work it will require to produce the material.

3. **Notes of my calls with the USG**: I still believe that my notes of my calls or communications with the USG are my work product, and it would be harmful to the representation of my clients if I were required to produce them. In fact, it would have a chilling effect on my representations in the future, because I would have to consider whether to write things down whenever I represent a potential cooperating witness, and that could compromise my ability to represent my clients. Absent an order of the Court, I am not willing to produce them.

Finally, if you should decide to file a motion in response, I would appreciate the consideration of a call or email from your office before you request a hearing date, so that I may look at my calendar and together we can clear a date and time. Webex only makes me seem ubiquitous.

Thank you for your correspondence. Kind regards,

Steve

Steve Meister, Esq.
MEISTER LAW OFFICES
515 S. Flower Street, Suite 1800
Los Angeles, CA 90071
O:  213.293.3737
C:  213.840.4311

Sent from my iPad