CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
Email: Carel_Ale@fd.org
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
Jose Huizar

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE HUIZAR,<br><br>　　　　Defendant. | Case No. CR-20-326-JFW<br><br>**JOSE HUIZAR'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION TO ENFORCE RULE 17 SUBPOENA** |

Jose Huizar, through counsel, applies <u>ex parte</u> for an order shortening the time to hear his Motion to Enforce Rule 17 Subpoena Directed at Steve Meister. <u>See</u> Docket No. 773. Huizar bases this motion on the attached declaration, the files and records in this case, and any other evidence or argument that the Court may consider.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　Federal Public Defender

DATED: November 2, 2022　　By　/s/ *Charles J. Snyder*
　　　　　　　　　　　　　　　　CHARLES J. SNYDER
　　　　　　　　　　　　　　　　CAREL ALE
　　　　　　　　　　　　　　　　ADAM OLIN
　　　　　　　　　　　　　　　　Attorneys for Jose Huizar

## DECLARATION OF CHARLES J. SNYDER

I, Charles J. Snyder, declare as follows:

1. I am a California-licensed DFPD and one of the lawyers appointed to represent Jose Huizar in this matter. Unless otherwise stated, I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under other.

2. In February 2022, Huizar applied publicly and in detail for a Rule 17 subpoena to Steve Meister. Docket No. 365.

3. In October 2022, Huizar filed a request for ruling on his subpoena application, Docket No. 705, which the Court granted on October 13, 2022. Docket Nos. 715-16.

4. On October 17, 2022, a FPDO investigator served the subpoena on Meister with a return date of November 1, 2022.

5. As described in the concurrently-filed Motion to Enforce Rule 17 Subpoena Directed at Steve Meister, Meister indicated that he would not comply with two of the three requests "[a]bsent a Court order." For the third request, he indicated that he intended to interpose privilege redactions.

6. On October 31, 2022, Meister sent an email indicating that he had produced a redacted recording to the Court.

7. As of noon on November 1, 2022, the deadline for compliance, Meister had not filed a motion to quash, either in whole or in part, or submitted a privilege log.

8. On November 2, 2022, the Federal Public Defender, Cuauhtemoc Ortega, and I attempted to call Meister on his work and cell numbers to advise him that we intended to compel his compliance. After we were unable to reach him, I sent Meister an email letting him know of our intent and advising him that we would also move to shorten time for the hearing given that the deadline for compliance has already passed.

9. Huizar first requested this subpoena in February, the time for compliance has

1

passed and it is clear that Meister does not intend to comply, pretrial dates are fast approaching, and the subpoenaed materials are critical to Huizar's trial preparations.

10. For the reasons above, I respectfully ask that the Court enter an order setting the hearing on his Motion to Enforce Rule 17 Subpoena Directed at Steve Meister for November 14, 2022 at 8.00 a.m.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed November 2, 2022 at Los Angeles, California.

                                                    /s/ Charles J. Snyder
                                                      Charles J. Snyder