# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE HUIZAR,<br><br>        Defendant. | Case No. CR-20-326-JFW<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE having been shown, the Court hereby shortens the time to hear Jose Huizar's Motion to Enforce Rule 17 Subpoena Directed at Steve Meister. The motion shall be heard on November 14, 2022 at 8 a.m.

DATED:

                                                  Hon. John F. Walter
                                       United States District Judge