CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
CHARLES SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-0326(A)-JFW-1 |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served copies of *Jose Huizar's Motion to Enforce Rule 17 Subpoena Directed to Steve Meister* and the *Ex Parte Application to Shorten Time for Hearing on Motion to Enforce Rule 17 Subpoena* and on the following individual(s) by:

[] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[X] E-Mail same via e-mail addressed as follows:

**STEVE MEISTER**
**Meister Law Offices**
**515 S. S. Flower Street, Suite 3600 Los Angeles, CA 90071**
**steve@meisterlawoffices.com**

This proof of service is executed at Los Angeles, California, on November 2, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Diana Miner
DIANA MINER