E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2091/0363/3289
        Facsimile: (213) 894-6436
        E-mail:    Mack.Jenkins@usdoj.gov
                   Cassie.Palmer@usdoj.gov
                   Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                 UNITED STATES DISTRICT COURT

             FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          CR No. 2:20-326(A)-JFW-1

            Plaintiff,             ORDER RE: BRIEFING SCHEDULE FOR
                                   DEFENDANT JOSE LUIS HUIZAR'S
            v.                     RENEWED MOTION TO COMPEL
                                   COOPERATOR AND WITNESS DEVICES
JOSE LUIS HUIZAR, et. al,
                                   Hearing Date: November 28, 2022
            Defendants.            Location:    Courtroom of the
                                                Hon. John F. Walter


     The Court has read and considered the Stipulation Regarding

Briefing Schedule for Defendant Jose Luis Huizar's Renewed Motion to

Compel Cooperator and Witness Device ("Renewed Motion") (Dkt. No.

762), filed by counsel for the government and defendant Huizar in

this matter on November 2, 2022.  The Court hereby finds that the

Stipulation, which this Court incorporates by reference into this

Order, demonstrates good cause for setting the parties' proposed briefing schedule for the Renewed Motion.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court orders the following briefing schedule: (1) the government's opposition to defendant Huizar's Renewed Motion shall be filed no later than November 9, 2022; and (2) defendant Huizar's reply shall be filed no later than November 16, 2022.

IT IS SO ORDERED.


 November 3, 2022
 DATE                                    HONORABLE JOHN F. WALTER
                                         UNITED STATES DISTRICT JUDGE



Presented by:

 /s/ Cassie D. Palmer
CASSIE D. PALMER
Assistant United States Attorney

2