# EXHIBIT 1

| | |
|---|---|
| **From:** | Charles Snyder |
| **To:** | Natalie Degrati; Stephen Meister |
| **Subject:** | RE: Subpoena re: U.S. v. Jose Huizar CR-20-326-JFW |
| **Date:** | Monday, October 17, 2022 12:54:23 PM |

Steve,

Just to follow up on this, if you need a little more time to comply, or intend to assert privilege over some portion of the recording (which I think you mentioned to Natalie), feel free to reach out to me so we can talk.  We may end up disagreeing, but we also might not.  Either way, it would be good to see if we can resolve things cooperatively before bringing a dispute to the Court.

Thanks, and I hope all is well.

Charles J. Snyder
Deputy Federal Public Defender
321 E. 2nd St. | Los Angeles, CA 90012
213.894.4407

---

**From:** Natalie Degrati <Natalie_Degrati@fd.org>
**Sent:** Monday, October 17, 2022 12:30 PM
**To:** Stephen Meister <steve@meisterlawoffices.com>
**Cc:** Charles Snyder <Charles_Snyder@fd.org>
**Subject:** Subpoena re: U.S. v. Jose Huizar CR-20-326-JFW

Mr. Meister,

Attached please find the subpoena we discussed. Please confirm receipt.

Thank you,

Natalie Degrati
Investigator
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Main: (213) 894-2854
Direct: (213) 894-3895
Fax: (213) 894-0081
Natalie_Degrati@fd.org
Pronouns: she/her


CONFIDENTIALITY NOTE:
This email, and any attachment(s) accompanying it, contain(s) confidential and privileged information from the Federal Public Defender's Office.  The information therein is intended only for

the use of the individual(s) and/or entity(ies) named in this e-mail.  If you are not an intended recipient, be aware that any disclosure of this information is prohibited.  If you have received this e-mail in error, please notify me immediately by reply e-mail.

Attorney's Name, Address & Phone:
Charles J. Snyder (Bar No. 287246)
Office of the Federal Public Defender
321 E. 2nd. St., Los Angeles, CA 90012
213-894-4407 (direct)
213-894-0081 (fax)
Charles_Snyder@fd.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | CR-20-326-JFW |
| v. | |
| Jose Huizar | SUBPOENA IN A CRIMINAL CASE |
| DEFENDANT(S) | |

TO: Steve Meister, Meister Law Offices, 515 S. Flower Street, Suite 3600 Los Angeles, CA 90071

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: First Street U.S. Courthouse, 350 W. 1st St., Los Angeles, CA 90012, Courtroom: 7A

Date: November 1, 2022, Time: 12:00 p.m.

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

The audio recording that you created during Morrie Goldman's December 5, 2018 proffer session.

All communications or recordings in any form (e.g., email, text message, voicemail, recording) involving you and/or Morrie Goldman and any member of the prosecution team in United States v. Jose Huizar; CR-20-326-JFW.

All notes or other documents reflecting or memorializing communications involving you and/or Morrie Goldman and any member of the prosecution team in United States v. Jose Huizar; CR-20-326-JFW.

*Kiry K. Gray* (signature)
Kiry K. Gray, Clerk of Court

October 17, 2022
Date

CR-21 (10/15)      SUBPOENA IN A CRIMINAL CASE      Page 1 of 2

| PROOF OF SERVICE | | | |
|---|---|---|---|
| Received by Server | DATE FRIDAY 10/14/22 | PLACE | FEDERAL PUBLIC DEFENDER 321 E. 2nd STREET LOS ANGELES, CA 90012 |
| Served | DATE MONDAY 10/17/22 | PLACE | Steve@meisterlawoffices.com Meister Law Offices 515 Flower St. Los Angeles, CA 90071 |
| SERVED ON (PRINT NAME) Steve Meister steve@meisterlawoffices.com | | FEES AND MILEAGE TENDERED TO WITNESS ☐ Yes ☐ No Amount $ | |
| SERVED BY (PRINT NAME) Natalie Degrati | | TITLE Investigator | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 10/17/22
Date

Signature of Server /s/ Natalie D.

Address of Server: FEDERAL PUBLIC DEFENDER 321 E. 2nd STREET LOS ANGELES, CA 90012

ADDITIONAL INFORMATION

CR-21 (10/15) SUBPOENA IN A CRIMINAL CASE Page 2 of 2

FEDERAL PUBLIC DEFENDER
321 E. 2nd STREET
LOS ANGELES, CA 90012

FEDERAL PUBLIC DEFENDER
321 E. 2nd STREET
LOS ANGELES, CA 90012