# DECLARATION OF CAREL ALÉ

I, Carel Alé, declare:

1.     I am an attorney with the Office of the Federal Public Defender for the Central District of California.  I am licensed to practice law in the State of California and I am admitted to practice in this Court.  I have been appointed to represent Jose Huizar in this matter.

2.     On October 11, 2022, I filed a Notice of Motion and Motion to Vacate the Court's *Sua Sponte* Order Prohibiting Defense Team Contact With Jurors Absent a Court Order. ECF No. 704. I noticed the motion for November 7, 2022. *Id.*

3.     The government did not file an opposition.

4.     On November 2, 2022, the Honorable United States District Court Judge Steven P. Logan of the United States District Court for the District of Arizona issued an order in *Arizona Attorneys for Criminal Justice v. Doug Ducey*, Case No. CV 17-1422-SPL, enjoining enforcement of an Arizona statute that prohibits defense attorneys from contacting victims.

5.     A true and correct copy of the Findings of Facts and Conclusions of Law issued in *Arizona Attorneys for Criminal Justice v. Doug Ducey*, Case No. CV 17-1422-SPL, ECF No. 269, is attached as Exhibit A.

6.     A true and correct copy of the court's order in *Arizona Attorneys for Criminal Justice v. Doug Ducey*, Case No. CV 17-1422-SPL, ECF No. 270, is attached as Exhibit B.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on November 3, 2022, at Los Angeles, California.

                                          */s/ Carel Alé*                    .
                                          Carel Alé

1