**DECLARATION OF CASSIE D. PALMER**

I, Cassie D. Palmer, declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California and am one of the attorneys representing the United States in United States v. Jose Luis Huizar, et al., CR No. 2:20-326(A)-JFW. I make this declaration in support of the government's ex parte application for an order permitting disclosure of tax return and return information relating to defendant JOSE LUIS HUIZAR for the years 2014, 2015, 2016, and 2017 (collectively, the "HUIZAR tax materials").

2. During the investigation in this case and in preparation for trial, the United States Attorney's Office for the Central District of California ("USAO") has obtained copies of the HUIZAR tax materials.

3. To ensure compliance with the government's discovery obligations under Rule 16 of the Federal Rules of Criminal Procedure and Brady v. Maryland, 373 U.S. 83 (1963), the government seeks an order permitting disclosure of the HUIZAR tax materials to counsel for defendants HUIZAR and RAYMOND SHE WAH CHAN.

4. Out of an abundance of caution, the government also seeks an order permitting disclosure of the HUIZAR tax materials to counsel for the co-defendants in this case, to the extent the materials are requested by that defendant and the government determines the materials are discoverable as to that defendant.

5. On October 28, 2022, I emailed defense counsel for each of the defendants in this case and informed them that the government would be filing the present ex parte application and asked for them for position on the ex parte nature of the application. That same

day, on October 28, 2022, counsel for defendants HUIZAR, DAE YONG LEE/940 HILL, LCC, and SHEN ZHEN NEW WORLD I, LLC informed me that they do not oppose the ex parte nature of this application. Additionally, counsel for defendant HUIZAR informed me that they do not oppose other defendants receiving the HUIZAR tax materials, subject to the protective order.  As of this filing, I have not received a response from counsel for defendant CHAN.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 7, 2022.

*/s/ Cassie D. Palmer*
CASSIE D. PALMER
Assistant United States Attorney