E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0363/3289
    Facsimile: (213) 894-6436
    E-mail:   Mack.Jenkins@usdoj.gov
               Cassie.Palmer@usdoj.gov
               Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:20-326(A)-JFW-1,2 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER PERMITTING DISCLOSURE OF TAX RETURNS AND RETURN INFORMATION AND DESIGNATING THE MATERIALS SUBJECT TO PROTECTIVE ORDER |
| v. | |
| JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, | |
| Defendants. | |

    The Court, having considered the Government's ex parte for an order permitting disclosure of tax return and return information relating to defendant JOSE LUIS HUIZAR ("HUIZAR tax materials"), and good cause appearing therefor, hereby ORDERS as follows:

    1.   The government may produce copies of the HUIZAR tax materials to counsel for defendants HUIZAR and RAYMOND SHE WAH CHAN.

    2. ` The government may produce copies of the HUIZAR tax materials to counsel for any other defendant in the case, to the extent that defendant requests the materials, and the government determines the materials are discoverable as to that defendant.

    3.   The HUIZAR tax materials shall be treated as "Sensitive Materials," pursuant to the Protective Order issued in this case on August 3, 2020.  (See Dkt. No. 47.)

    4.   The government and the defense may disclose the HUIZAR tax materials in any court proceeding relating to this case, including at the trial, subject to the provisions for filing and publishing documents contained in the Protective Order and the Local Rules of the Central District of California.

    IT IS SO ORDERED.

_____    _____
 DATE                                HONORABLE JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
_____
CASSIE D. PALMER
Assistant United States Attorney