UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form.  *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Diana Miner | 2a. Contact Phone Number: 213-894-2997 | 3a. Contact E-mail Address: diana_miner@fd.org |
| 1b. Attorney Name (if different): Cuauhtemoc Ortega | 2b. Attorney Phone Number: 213-894-2854 | 3b. Attorney E-mail Address: cuauhtemoc_ortega@fd.org |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

5. Name & Role of Party Represented: Jose L. Huizar, Defendant

6. Case Name: United States v. Jose Luis Huizar, et al.

7a. District Court Case Number: 2:20-cr-326(A)-JFW-1

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):

☐ DIGITALLY RECORDED      ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miranda Algorri

9. THIS TRANSCRIPT ORDER IS FOR:   ☐ Appeal  ☒ Non-Appeal  |  ☐ Criminal ☐ Civil  |  ☐ CJA ☐ USA ☒ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):   *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

b. SELECT FORMAT(S)  *(CM/ECF access included with purchase of transcript.)*

c. RELEASE OF TRANS. RESTRICTION DATE

d. DELIVERY TYPE  30-day, 14-day, 7-day, 3-day, Daily, Hourly

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION  (If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.) | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | (Provide release date of efiled transcript, or check to certify none yet on file.) | (Check with court reporter before choosing any delivery time sooner than "Ordinary-30.") |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/07/2022 | | JFW | Jury Trial Day 8 - Entire AM Session | ◉ | ○ | ○ | ○ | ◉ | ○ | ○ _____ | DAILY (Next day) |
| 11/08/2022 | | JFW | Jury Trial Day 9 - Entire Day | ◉ | ○ | ○ | ○ | ◉ | ○ | ○ _____ | DAILY (Next day) |
| 11/09/2022 | | JFW | Jury Trial Day 10 - Entire Day including closing arguments | ◉ | ○ | ○ | ○ | ◉ | ○ | ○ _____ | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.  *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

DAILY COPY RATE - Daily Transcripts previously ordered.

12. ORDER & CERTIFICATION.  By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 11/9/2022      Signature: /s/ Cuauhtemoc Ortega

G-120 (06/18)