E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
      1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-2091/0363/3289
      Facsimile: (213) 894-6436
      E-mail:    Mack.Jenkins@usdoj.gov
                 Cassie.Palmer@usdoj.gov
                 Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:20-326(A)-JFW-1,2 |
|---|---|
| Plaintiff, | ORDER PERMITTING DISCLOSURE OF TAX RETURNS AND RETURN INFORMATION AND DESIGNATING THE MATERIALS SUBJECT TO PROTECTIVE ORDER |
| v. | |
| JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, | |
| Defendants. | |

The Court, having considered the Government's ex parte for an order permitting disclosure of tax return and return information relating to defendant JOSE LUIS HUIZAR ("HUIZAR tax materials"), and good cause appearing therefor, hereby ORDERS as follows:

1.    The government may produce copies of the HUIZAR tax materials to counsel for defendants HUIZAR and RAYMOND SHE WAH CHAN.

1    2. ` The government may produce copies of the HUIZAR tax

2  materials to counsel for any other defendant in the case, to the

3  extent that defendant requests the materials, and the government

4  determines the materials are discoverable as to that defendant.

5    3.    The HUIZAR tax materials shall be treated as "Sensitive

6  Materials," pursuant to the Protective Order issued in this case on

7  August 3, 2020.   (See Dkt. No. 47.)

8    4.    The government and the defense may disclose the HUIZAR tax

9  materials in any court proceeding relating to this case, including

10  at the trial, subject to the provisions for filing and publishing

11  documents contained in the Protective Order and the Local Rules of

12  the Central District of California.

13    IT IS SO ORDERED.

14

15  November 14, 2022
      DATE                        HONORABLE JOHN F. WALTER
16                                UNITED STATES DISTRICT JUDGE

17  Presented by:

18    /s/
      CASSIE D. PALMER
19  Assistant United States Attorney

20

21

22

23

24

25

26

27

28