E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-326(A)-JFW-1, 2 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATES AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | **[PROPOSED] TRIAL DATE:** 04/25/2023 at 8:30 a.m. |
| Defendants. | |

The Court has read and considered the Joint Stipulation Regarding Request for (1) Continuance of Trial Date and Related Deadlines and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by plaintiff United States of America and defendants JOSE LUIS HUIZAR and RAYMOND SHE WAH CHAN in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that

support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued to **April 25, 2023 at 8:30 a.m.** The briefing and hearings schedule for motions and other pretrial deadlines shall be:

| Event | Proposed Date |
|---|---|
| Govt Witness List | 12/16/2022 |
| Govt Exhibit List & Exhibits | 12/16/2022 |
| Exchange Joint MIL Motions | 01/02/2023 |
| Conference re: Exhibit List | 01/17/2023 |
| Brady/Giglio | 02/03/2023 |
| Exchange Joint MIL Oppositions | 01/30/2023 |
| Govt Jencks Statements | 02/28/2023 |
| Exchange Joint MIL Replies | 02/16/2023 |
| Joint MILs (filing) | 02/16/2023 |
| Govt Charts & Summaries | 03/10/2023 |
| Joint Pretrial Exhibit Stipulation | 03/21/2023 |

| **Hearing re: MIL** | **03/17/2023** |
|---|---|
| Final Transcripts & Translations | 03/24/2023 |
| Government's Proposed Joint Statement of Case (draft to defense) | 04/05/2023 |
| Expert Offer of Proof | 04/11/2023 |
| Government's Proposed Jury Instructions (draft to defense) | 04/11/2023 |
| Joint Statement of Case | 04/12/2023 |
| Proposed Voir Dire | 04/13/2023 |
| **Pretrial Conference** | **04/14/2023** |
| Govt Trial Brief | 04/17/2023 |
| Jury Verdict Form | 04/17/2023 |
| Jury Instructions | 04/17/2023 |
| Defense Jencks Statements | 04/17/2023 |
| Defense Charts & Summaries | 04/17/2023 |
| Defense Witness List | 04/17/2023 |
| Defense Exhibit List | 04/17/2023 |

2. The time period of February 21, 2023 to April 25, 2023, inclusive, as to defendants HUIZAR and CHAN, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), (h)(7)(B)(iv).

3. Defendants HUIZAR and CHAN, shall appear in Courtroom 7A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on April 25, 2023 at 8:30 a.m.

//
//

4.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

| DATE | HONORABLE JOHN F. WALTER<br>UNITED STATES DISTRICT JUDGE |
|---|---|

Presented by:

*/s/ Cassie D. Palmer*
CASSIE D. PALMER
Assistant United States Attorney