# DECLARATION OF ADAM OLIN

I, Adam Olin, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. I am counsel of record for defendant José Huizar in this action.

3. Attached as Exhibit A is a true and correct copy of the cooperation plea agreement for George Esparza, filed in case number 2:20-CR-208-JFW.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16. 2022, at Los Angeles, California.

/s/ Adam Olin                .
ADAM OLIN