**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE
11/18/22

*[signature: John F. Walter]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-20-326(A)-JFW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| JOSE HUIZAR, | **[Notice of Manual Filing at Docket No. 758]** |
| Defendant. | |

GOOD CAUSE having been shown, it is hereby ordered that the *Ex Parte* Application for Order Issuing Subpoena Duces Tecum (the "*in camera* application") shall be received *in camera*. It is further ordered that the [Proposed] Order submitted concurrently with the *in camera* application shall be received *in camera* for the reasons demonstrated in the *in camera* application.

DATED:

                                                Hon. John F. Walter
                                            United States District Judge