UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                   Dated: November 21, 2022

===============================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins and Cassie D. Palmer |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney - present |

===============================================================================
U.S.A. vs (Dfts listed below)            Attorneys Present for Defendants

1. Jose Luis Huizar                       1. Carel Ale, DFPD and Charles Snyder, DFPD
   present - on bond                         present - appointed

2. Raymond She Wah Chan                   2. Harland W. Braun and   Brendan Joseph Pratt
   not present - on bond (CR-35 on file)     not present - retained

**PROCEEDINGS:   DEFENDANT JOSE LUIS HUIZAR'S MOTION TO VACATE COURT'S SUA SPONTE ORDER PROHIBITING DEFENSE TEAM CONTACT WITH JURORS ABSENT A COURT ORDER; MOTION FOR ORDER PERMITTING CONTACT WITH LEE/940 HILL AND SHEN ZEN NEW WORLD JURORS [704] Filed 10/11/22 (Joinder by Defendant Raymond Chan [717] Filed 10/17/22)**

**HEARING ON STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND RELATED DEADLINES AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [831] Filed 11/14/22**

Case called, and counsel make their appearance.

Court hears oral argument re Defendant Jose Luis Huizar's Motion to Vacate Court's Sua Sponte Order Prohibiting Defense Team Contact with Jurors Absent a Court Order; Motion for Order Permitting Contact with Lee/940 Hill and Shen Zen New World Jurors ("Motion") [704] Filed 10/11/22.

- For the reasons stated on the record, the Motion is denied.

Court and counsel discuss the Stipulation Regarding Request for (1) Continuance of Trial Date and Related Deadlines and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act ("Stipulation") [831] Filed 11/14/22.

- For the reasons stated on the record, the Court declines to approve the Stipulation. The Trial date remains set for February 21, 2023 at 8:30 a.m.

Initials of Deputy Clerk  _sr_

CC: USPO/PSA; USM                                                       1/00