# UNITED STATES DISTRICT COURT
## for the
### Central District of California

| | |
|---|---|
| United States of America <br> *Plaintiff* <br> v. <br> Jose Huizar <br> *Defendant* | ) <br> ) <br> ) Case No. 2:20-CR-00326-JFW <br> ) <br> ) |

**FILED**
CLERK, U.S. DISTRICT COURT
11/29/22
CENTRAL DISTRICT OF CALIFORNIA
BY: sr DEPUTY

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Morris Goldman, in connection with a subpoena and motion filed by the Federal Public Defender.

Date: 11/28/2022

*Attorney's signature*

Stephen A. Meister, CAL. SBN 150395
*Printed name and bar number*

Meister Law Offices
515 S. Flower Street, Suite 1800
Los Angeles, CA 90071
*Address*

Steve@meisterlawoffices.com
*E-mail address*

(213) 293-3737
*Telephone number*

(888) 891-8165
*FAX number*