# DECLARATION OF CAREL ALÉ

## Table of Exhibits

| Exhibit | Description | Cite |
|---|---|---|
| A | Excel Spreadsheet of all government produced audio and/or video recording trial exhibits with run-time | 3 |
| B | Oct. 27, 2022 Follow-up Email from C. Alé re MILs Meet and Confer | 2 |
| C | Oct. 28, 2022 Email Response from C. Palmer re Oct. 27th Follow-up Email | 2, 3 |
| D | Oct. 28, 2022 Email from C. Alé re corrupt exhibit files | 2, 3 |
| E | Nov. 12, 2022 Email from C. Palmer re Highlighted Transcripts of Huizar-Businessperson A | 3 |
| F | Excel Spreadsheet of government produced audio recording trial exhibits re Huizar and Businessperson A produced with run-time | 3 |
| G | Nov. 28, 2022 Email from C. Alé re Exhibit List Objections | 3 |
| H | Nov. 29, 2022 Email from C. Alé re Follow-up to Meet and Confer | 3, 4 |
| I | Dec. 2, 2022 Email from C. Palmer re Additional Transcripts | 3 |
| J | Excel Spreadsheet of government produced audio recording trial exhibits re Carmel Partners with run-time | 3 |
| K | Excel Spreadsheet of government produced audio recording trial exhibits re Hazens with run-time | 3 |
| L | Excel Spreadsheet of government produced audio recording trial exhibits re Chan and Businessperson A produced with run-time | 3 |

## **DECLARATION OF CAREL ALÉ**

I, Carel Alé, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent José Luis Huizar in the above-entitled action.

2. On October 26, 2022, the parties met telephonically to confer about the upcoming motions *in limine*. Although the focus of the conversation was the motions in limine, I took the opportunity to raise the then-recently received government exhibits.

3. I explained to the government that while we had not finished reviewing the exhibits, we had already noticed that a significant portion of the exhibit recordings consisted of complete sometimes hours-long recordings, particularly those related to Businessperson A. I told the government that we could not guess at what from those recordings the government was trying to introduce as an exhibit.

4. The government acknowledged our concerns about the recordings and stated that they would aim to provide us with at least transcripts with the highlighted sections that it wanted to produce as its exhibits by November 11, 2022.

5. Attached as Exhibit A is an excel spreadsheet listing all of the government's audio and/or video trial exhibits produced on October 11, 2022.

6. On October 27, 2022, I sent a follow-up email memorializing our conversation. A true and correct copy of that email is attached as Exhibit B. I have omitted irrelevant prefatory pages.

7. The government later clarified that it was only going to provide highlighted transcripts to those recordings of Huizar and Businessperson A, which comprised the minority of the recordings. A true and correct copy of the government's October 28, 2022 email response is attached as Exhibit C. I have omitted irrelevant prefatory pages.

8. On October 28, 2022, I advised the government that three exhibit recordings appeared to be corrupt and could not be opened. A true and correct copy of that email is provided as Exhibit D.

9. On November 11, 2022, the government provided transcripts of the recordings of Huizar and Businessperson A and highlighted those parts of the transcripts that it would edit to comprise its trial exhibits. A true and correct copy of the government's cover email for the production is provided as Exhibit E.

10. Attached as Exhibit F is an excel spreadsheet listing the government's audio and/or video recording exhibits of Huizar and Businessperson A and the length of those exhibits.

11. On November 25, 2022, the government advised that one of the three recordings I requested be reproduced was correct and that the exhibit was only a 1 second recording. The other two recordings have not yet been produced.

12. On November 28, 2022, I emailed the government Huizar's objections to the trial exhibit list. A true and correct copy of that email is attached as Exhibit G.

13. On November 29, 2022, Huizar's defense counsel and the government met at the United States Attorney's Office from 10 a.m. to 6 p.m. to confer about the exhibit list and Huizar's objections.

14. The parties did not and could not address Huizar's objections to the 71 exhibits comprised of full-length recordings. The defense again raised the issue with the full-length, unedited recordings.

15. Special Agent Andrew Civetti stated that because so many of the Businessperson A recordings were in a foreign language, they first needed to be translated before the recordings could be edited to the clips that the government intended to use as exhibits at trial. He stated that he expected that process would be completed by the Court's January 20, 2022 transcript deadline. I explained to him that the transcript deadline was distinct from the exhibit deadline which lapsed on October 11th.

16. SA Civetti stated that he would provide the proposed exhibit recording clips on a rolling basis but that it would take through January because of the foreign language recordings.

17. The parties also discussed still pending discovery. Assistant United States Cassie Palmer explained that the outstanding discovery would take at least 2-3 weeks to produce in a format that could be uploaded into a document review platform. That discovery includes materials previously produced to the 940/Hill and SZNW trial teams and information and documents found on a hard drive that had been in the possession of former AUSA Veronica Dragalin.

18. I asked the government if they could produce it faster on a rolling basis or in any other format for the defense to at least begin reviewing the documents even if they later provided in the necessary format. The government agreed to provide the defense with the documents in PDF version by early the following week and reproduce the production later in the necessary format to be uploaded into a document review platform.

19. On November 29, 2022, I sent an email memorializing many of the issues raised at the meet and confer. A true and correct copy of that email is attached as Exhibit H.

20. On December 2, 2022, the government provided additional transcripts highlighting the portions of the recordings related to Hazens and the Mateo Project that it intends to later edit to form its actual trial exhibits. A true and correct copy of that email is attached as Exhibit I.

21. Attached as Exhibit J is an excel spreadsheet listing the government's audio and/or video exhibits and the length of those exhibits pertaining to Businessperson A.

22. Attached as Exhibit K is an excel spreadsheet listing the government's audio and/or video exhibits and the length of those exhibits pertaining to the Mateo Project.

23. Attached as Exhibit L is an excel spreadsheet listing the government's audio and/or video exhibits and the length of those exhibits pertaining to Hazens and the Luxe Hotel.

24. On December 5, 2022, I reached out to the government about this application. I spoke with Assistant United States Attorney Mack Jenkins who advised

that the government opposed this *ex parte* application. AUSA Jenkins advised that he was available for a hearing on this matter on December 16th.

25.   Good cause exists to hear this request for relief or, in the alternative, a status conference on an *ex parte* nature because the defense has already been prejudiced by the government's failure to meet the Court's October 11th exhibit deadline and continues and will continue to be prejudiced by the government's inability to produce its trial exhibits until relief is granted. Further, the government has stated that it will not be able to provide its trial exhibits until more than three months after the Court's October 11th deadline, an a month before trial.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED:  December 5, 2022         /s/Carel Alé
                                                         CAREL ALÉ
                                                         Deputy Federal Public Defender