# Exhibit A

**Exhibit A: All Audio and/or Video Recording Exhibits**

|    | Name | Extension | Length |
|----|------|-----------|--------|
| 1  | 65_2017.04.26_RecCall JH & Isidra re Checks (JH#467).wav | wav | 0:02:27 |
| 2  | 66_2017.05.03_Rec Call JH and Chiang (JH#1017).wav | wav | |
| 3  | 67_2017.05.30_Rec Call JH, Isidra (JH#3563).wav | wav | 0:00:38 |
| 4  | 68_2017.06.02_Rec Call JH, Goldman (JH#3967).wav | wav | 0:10:44 |
| 5  | 69_2017.06.07_Rec Call JH, Chan (JH#4539).wav | wav | 0:02:21 |
| 6  | 70_2017.06.26_Rec Call JH, Isidra (JH#5926).wav | wav | 0:00:57 |
| 7  | 71_2017.06.29_Rec Call JH, Goldman (JH#6223).wav | wav | 0:04:26 |
| 8  | 72A_117A_12-28-2017 Recording Clip 1.mp4 | mp4 | 0:02:09 |
| 9  | 72B_117B_12-28-2017 Recording Clip 2.mp4 | mp4 | 0:00:39 |
| 10 | 72S_117as_Synced Transcript.mp4 | mp4 | 0:02:10 |
| 11 | 72S_117bs_Synced Transcript.mp4 | mp4 | 0:00:39 |
| 12 | 73_2017.05.03_Rec Call GE, Chiang (GE#2393).wav | wav | 0:35:13 |
| 13 | 74_2017.05.11 GE 3507.wav | wav | 0:01:33 |
| 14 | 76_2018.04.09_Video of Chan Hosted Dinner re Rios Cmpgn.MOV | mov | 0:00:17 |
| 15 | 79_2018.10.12_Ring Camera Video.mp4 | mp4 | 0:00:29 |
| 16 | 94_ABC7 News Clip 11.07.2018.mp4 | mp4 | 0:00:40 |
| 17 | 223_2018.09.05_Rec Call re FBI Intv Req (1D247).wav | wav | 0:09:02 |
| 18 | 224_2018.09.05_Rec Call re FBI Intv Req (TL2#138).wav | wav | 0:17:56 |
| 19 | 225_2018.09.12_Chan FBI Intv (1D240).wav | wav | 1:38:37 |
| 20 | 226_2018.11.07_FBI Intv_0172523.wav | wav | 1:56:13 |
| 21 | 227_2018.11.08 Chan FBI Intv (RC#17156).wav | wav | 0:00:00 |
| 22 | 228_2017.07.09_Rec Call JH, Chan (JH#6958).wav | wav | 0:14:28 |
| 23 | 229_2017.08.23_Rec Mtg w Chan and BusP A_1D130_0171822.wav | wav | 0:00:38 |
| 24 | 230_2017.09.19_Rec Mtg Chan and BusP A Rec Mtg _1D143_.wav | wav | 1:17:30 |
| 25 | 231_2017.10.02_Rec Mtg Chan and BusP A_1D154.wav | wav | 1:21:32 |
| 26 | 232_2017.10.05_Rec Mtg Chan and BusP A_1D147.wav | wav | 0:52:20 |
| 27 | 233_2017.11.01_Rec Mtg Chan and BusP A_1D166.wav | wav | 1:04:19 |
| 28 | 234_2017.11.30_Rec Mtg Chan and BusP A_1D173_1981842.WAV | wav | 1:27:55 |
| 29 | 235-1_2017.12.07_Rec Mtg Chan and BusP A_1D174.wav | wav | 1:55:57 |
| 30 | 235-2_2017.12.07_Rec Mtg Chan and BusP A_1D174.wav | wav | 0:24:21 |
| 31 | 236_2018.04.11_Rec Mtg Chan and BusP A_1D193.wav | wav | 0:56:04 |
| 32 | 237_2018.04.16_Rec Mtg Chan and BusP A_0171973.wav | wav | 0:44:50 |
| 33 | 238-1_2018.04.17_Rec Mtg Chan and BusP A_1D196.wav | wav | 1:10:26 |
| 34 | 238-2_2018.04.17_Rec Mtg Chan and BusP A_1D196.wav | wav | 0:30:27 |
| 35 | 239-1_2018.04.25_Rec Mtg Chan and BusP A_0171981.wav | wav | 1:56:13 |
| 36 | 239-2_2018.04.25_Rec Mtg Chan and BusP A_0171982.wav | wav | 0:11:18 |
| 37 | 240-1_2018.05.09_Rec Mtg Chan and BusP A_1D207.wav | wav | 2:05:32 |
| 38 | 240-2_2018.05.09_Rec Mtg Chan and BusP A_1D207.wav | wav | 1:05:26 |
| 39 | 241-1_2018.06.07_Rec Mtg Chan and BusP A_1D214.wav | wav | 0:57:00 |
| 40 | 241-2_2018.06.07_Rec Mtg Chan and BusP A_1D214.wav | wav | 1:03:26 |
| 41 | 242-1_2018.06.14_Rec Mtg Chan and BusP A_0172014.wav | wav | 0:35:25 |
| 42 | 242-2_2018.06.14_Rec Mtg Chan and BusP A_0172013.wav | wav | 1:55:57 |
| 43 | 243-1_2018.06.15_Rec Mtg Chan, Shawn Kuk, BusP A_0172016.wav | wav | 1:43:53 |
| 44 | 243-2_2018.06.15_Rec Mtg Chan, Shawn Kuk, and BusP A_0172017.wav | wav | 0:20:49 |
| 45 | 244_2018.06.21_Rec Mtg Chan and BusP A (1D218).wav | wav | 1:06:58 |

| | | | |
|---|---|---|---|
| 46 | 245-1_2018.08.23_Rec Mtg Chan and BusP A (1D243).wav | wav | 0:15:37 |
| 47 | 245-2_2018.08.23_Rec Mtg Chan and BusP A (1D243).wav | wav | 1:13:23 |
| 48 | 246-1_2018.09.06_Rec Mtg Chan and BusP A (1D249).wav | wav | 1:38:57 |
| 49 | 246-2_2018.09.06_Rec Mtg Chan and BusP A (1D249).wav | wav | 0:04:00 |
| 50 | 247-1_2018.09.28_Rec Mtg Chan and BusP A (1D266).wav | wav | 0:07:30 |
| 51 | 247-2_2018.09.28_Rec Mtg Chan and BusP A (1D266).wav | wav | 0:00:42 |
| 52 | 248-1_2018.09.28_Rec Mtg Chan, Shawn Kuk, and BusP A (1D267).wav | wav | 1:06:43 |
| 53 | 248-2_2018.09.28_Rec Mtg Chan, Shawn Kuk, and BusP A (1D268).wav | wav | 1:46:54 |
| 54 | 249_2018.10.08_Rec Mtg Chan and BusP A (1D272).wav | wav | 2:03:44 |
| 55 | 250-1_2018.10.25_Rec Call Chan, Shawn Kuk, and BusP A_0172073.wav | wav | 0:07:00 |
| 56 | 250-2_2018.10.25_Rec Mtg Chan, Shawn Kuk, and BusP A (1D277).wav | wav | 1:48:33 |
| 57 | 250-3_2018.10.25_Rec Mtg Chan, Shawn Kuk, and BusP A (1D277).wav | wav | 2:20:04 |
| 58 | 250-4_2018.10.25_Rec Mtg Chan, Shawn Kuk, and BusP A (1D277).wav | wav | 0:27:28 |
| 59 | 251-1_2018.11.24_Rec Mtg Chan, BusP A (1D302).wav | wav | 0:56:59 |
| 60 | 251-2_2018.11.24_Rec Mtg Chan, BusP A (1D302).wav | wav | 0:00:00 |
| 61 | 252_2017.06.21_Rec Call Chan, Chiang (GC#667) re $20,000 Cash.wav | wav | 0:02:19 |
| 62 | 253_2017.08.30_Rec Call Chan, Chiang (GC#3714).wav | wav | 0:20:36 |
| 63 | 254_2017.09.04_Rec Call Chan. Chiang (RC#1507).wav | wav | 0:32:11 |
| 64 | 255_2017.09.14_Rec Call Chan. Chiang (RC#3114).wav | wav | 0:05:25 |
| 65 | 256_2018.04.17_Rec Call Chan and Chiang (RC#6880).wav | wav | 0:31:49 |
| 66 | 257_2018.11.14_Rec Call Chan, Chiang re FBI Search (GC#19030).wav | wav | 0:05:35 |
| 67 | 258_2018.04.03_Rec Call Chiang, Joel Jacinto (GC#6341).wav | wav | 0:05:32 |
| 68 | 259_2018.04.24_Rec Call Chiang, Joel Jacinto (GC#8006).wav | wav | 0:03:54 |
| 69 | 260_2018.05.01_Rec Call Chiang, Joel Jacinto (GC#8838).wav | wav | 0:00:24 |
| 70 | 261_2018.05.01_Rec Call Chiang, Joel Jacinto (GC#8847).wav | wav | 0:04:28 |
| 71 | 262_2017.09.14_Rec Call Chan, Lincoln Lee (RC#3126).wav | wav | 0:06:26 |
| 72 | 263_2017.09.12_Rec Call Chan, Deron Williams (RC#2412).wav | wav | 0:07:25 |
| 73 | 264-1_2018.04.09_Rec Dinner Host by Chan (1D194).wav | wav | 1:55:57 |
| 74 | 264-2_2018.04.09_Rec Dinner Host by Chan (1D194).wav | wav | 0:51:31 |
| 75 | 265_2018.04.18_Rec Call Chan, Unkn Male re Lobbying and Cooling Off Pd (RC#6877).wav | wav | 0:01:53 |
| 76 | 266-1_Rec Mtg Kuk and BusP A (1D270).wav | wav | 1:56:13 |
| 77 | 266-2_Rec Mtg Kuk and BusP A (1D270).wav | wav | 0:05:41 |
| 78 | 267_2018.10.22_Rec Call Chan, Verej Janoyan (RC#15526).wav | wav | 0:07:40 |
| 79 | 271A_2018.09.05_Rec Video Chan's Ofc re FBI Phone Call.avi | avi | 0:10:30 |
| 80 | 271B_2018.09.10_Rec Video Chan's Conf Rm re Chan Mtg.avi | avi | 0:01:00 |
| 81 | 271C_2018.09.12_Rec Video Chan's Ofc re FBI Intv.avi | avi | 0:01:00 |
| 82 | 271D_2018.09.12_Rec Video Chan's Ofc re FBI Intv Concluded.avi | avi | 0:01:00 |
| 83 | 271E_2018.09.12_Rec Video Chan's Ofc re Checking Chairs.avi | avi | 0:02:10 |
| 84 | 463_2017.05.18 JH 2370_(Trial Tr).wav | wav | 0:00:55 |

| | | | |
|---|---|---|---|
| 85 | 464_JH 1302 (Translated Trial Tr.).wav | wav | 0:01:55 |
| 86 | 465_JH 2436_ (Translation Trial Tr).wav | wav | 0:00:25 |
| 87 | 466_JH 3211 (Trial Tr).wav | wav | 0:02:23 |
| 88 | 467_2017.05.08 JH 1357 (Trial Tr.).wav | wav | 0:01:20 |
| 89 | 468_2017.05.08 JH 1427 (Trial Tr.).wav | wav | 0:00:22 |
| 90 | 469_2017.05.09 JH 1503 (Trial Tr.).wav | wav | 0:00:19 |
| 91 | 470_2017.05.17 JH 2108 (Trial Tr.).wav | wav | 0:03:20 |
| 92 | 471_2017.05.26 JH 3215 (Trial Tr).wav | wav | 0:01:40 |
| 93 | 472_Source Meeting (Transcript).wav | wav | 0:01:13 |
| 94 | 473_2017.06.22_Rec Call Chan, Chiang (GC#776).wav | wav | 0:12:32 |
| 95 | 474_TL2 131 (Transcript).wav | wav | 0:00:28 |
| 96 | 475_2016.12.19_Clark_VM_to_Esparza.wav | wav | 0:00:20 |
| 97 | 476_GE 3262 (Translated Trial Tr.).wav | wav | 0:01:17 |
| 98 | 477_GE 3272 (Translated Trial Tr.).wav | wav | 0:01:26 |
| 99 | 478_Clip 1_2017.05.09 GE 3283 (Trial Tr.).wav | wav | 0:00:46 |
| 100 | 479_Clip 2_2017.05.09 GE 3283 (Trial Tr.).wav | wav | 0:02:04 |
| 101 | 480_2017.04.27_GE 1396 (Trial Tr.).wav | wav | 0:01:14 |
| 102 | 481_Clip 1_2017.05.09 GE 3275 (Trial Tr.).wav | wav | 0:02:48 |
| 103 | 482_Clip 2_2017.05.09 GE 3275 (Trial Tr.).wav | wav | 0:01:23 |
| 104 | 483_Clip 3_2017.05.09 GE 3275 (Trial Tr.).wav | wav | 0:00:54 |
| 105 | 484_2017.05.19 GE 4649 (Trial Tr).wav | wav | 0:00:31 |
| 106 | 485_Clip 1_2017.05.26 GE 5541 (Trial Tr.).wav | wav | 0:00:25 |
| 107 | 486_Clip 2_2017.05.26 GE 5541 (Trial Tr.).wav | wav | 0:00:50 |
| 108 | 506A_2015.07.08 Palazzo Clip 1.mp4 | mp4 | 0:03:30 |
| 109 | 510_Vegas Trip #18 - 2016.08.06 Cosmo Clip 1.mp4 | mp4 | 0:02:56 |
| 110 | 511_Vegas Trip #18 - 2016.08.06 Cosmo Clip 2.mp4 | mp4 | 0:03:54 |
| 111 | 512_Vegas Trip #18 - 2016.08.06 Cosmo Clip 3.mp4 | mp4 | 0:01:14 |
| 112 | 513_Vegas Trip #18 - 2016.08.06 Cosmo Clip 4.mp4 | mp4 | 0:02:00 |
| 113 | 514_Vegas Trip #18 - 2016.08.06 Cosmo Clip 5.mp4 | mp4 | 0:00:39 |
| 114 | 515_Vegas Trip #18 - 2016.08.06 Cosmo Clip 6.mp4 | mp4 | 0:00:44 |
| 115 | 516_ Vegas Trip #18 - 2016.08.06 Cosmo Clip 7.mp4 | mp4 | 0:01:04 |
| 116 | 517_Vegas Trip #18 - 2016.08.06 Cosmo Clip 8.mp4 | mp4 | 0:01:57 |
| 117 | 518_Vegas Trip #18 - 2016.08.06 Cosmo Clip 9.mp4 | mp4 | 0:00:34 |
| 118 | 520_Vegas Trip #19 - 2017.02.04 Cosmo Clip 1.mp4 | mp4 | 0:00:19 |
| 119 | 521_Vegas Trip #19 - 2017.02.04 Cosmo Clip 2.mp4 | mp4 | 0:01:14 |
| 120 | 522_Vegas Trip #19 - 2017.02.04 Cosmo Clip 3.mp4 | mp4 | 0:00:46 |
| 121 | 523_Vegas Trip #19 - 2017.02.04 Cosmo Clip 4.mp4 | mp4 | 0:00:32 |
| 122 | 524_ Vegas Trip #19 - 2017.02.04 Cosmo Clip 5.mp4 | mp4 | 0:08:16 |
| 123 | 525_Vegas Trip #19 - 2017.02.04 Cosmo Clip 6.mp4 | mp4 | 0:00:32 |
| 124 | 526_ Vegas Trip #19 - 2017.02.04 Cosmo Clip 7.mp4 | mp4 | 0:01:23 |
| 125 | 638_LEE_115-GE  JK Wire Call 05-25-2017.wav | wav | 0:00:07 |
| 126 | 638_LEE_154_EP GE JK Wire Call 5.18.17.wav | wav | 0:01:22 |
| 127 | 638S_LEE_115s_GE JK Synced Trans.mp4 | mp4 | 0:00:06 |
| 128 | 638S_LEE_154s_GE JK Synced Trans.mp4 | mp4 | 0:01:21 |
| 129 | 640_LEE_116-Wire Call 07-11-2017.wav | wav | 0:01:10 |
| 130 | 640S_LEE_116s_Synced Trans.mp4 | mp4 | 0:01:10 |
| 131 | 641_LEE_118_Audio File Mar 20, 2019.WAV | wav | 1:12:51 |

| | | | |
|---|---|---|---|
| 132 | 642_LEE_119_Audio File Mar27 , 2019.WAV | wav | 0:50:50 |
| 133 | 648_093_Feb 11 2017 Video of Liq Box.MOV | mov | 0:00:03 |
| 134 | 651_LEE_096_Mar 14 Box.MOV | mov | 0:00:03 |
| 135 | 652_LEE_097_Mar 14 Box.MOV | mov | 0:00:03 |
| 136 | 759A_2017.04.17_WeChat Msgs reJH China Trip_1560741.m4a | m4a | 0:00:09 |
| 137 | 759B_2017.04.17_WeChat Msgs re JH China Trip_1560742.m4a | m4a | 0:00:12 |
| 138 | 759C_2017.04.17_WeChat Msgs re JH China Trip_1560743.m4a | m4a | 0:00:23 |
| 139 | 759D_2017.04.17_WeChat Msgs re JH China Trip_1560744.m4a | m4a | 0:00:10 |
| 140 | 759E_2017.04.17_WeChat Msgs re JH China Trip_1560745.m4a | m4a | 0:00:10 |
| 141 | 760_2017.07.05_Recorded Call JH, Chiang (JH#6709).wav | wav | 0:02:48 |
| 142 | 761_2017.09.13_Recorded Call JH, Chiang (GC#4962).wav | wav | 0:03:33 |
| 143 | 762_2017.09.14_Recorded Call JH, Chiang (GC#5458).wav | wav | 0:04:22 |
| 144 | 763_2017.06.22_Recorded Call Chan, Chiang (GC#760).wav | wav | 0:06:02 |
| 145 | 764_2017.08.24_Recorded Call Chan, Chiang (RC#31).wav | wav | 0:07:04 |
| 146 | 765_2017.09.14_Recorded Call Chan and Assoc (RC#3127).wav | wav | 0:05:47 |
| 147 | 766_2018.04.17_Recorded Call Chan, Chiang (RC#6680).wav | wav | 0:31:49 |
| 148 | 767_2017.05.02_Recorded Call GE, Chiang (GE#2393).wav | wav | 0:35:13 |
| 149 | 768_2017.05.10_Recorded Call GE,  Chiang (GE#3410).wav | wav | 0:28:58 |
| 150 | 769_2017.06.23_Recorded Call Chiang, Kim (GC#913).wav | wav | 0:06:01 |
| 151 | 877_2017.05.09_RecCall, JH, Goldman (JH#1505)_Rec.wav | wav | 0:07:37 |
| 152 | 912-1_2017.09.02_RecMtgJH,BusPA (1D137).wav | wav | 0:31:14 |
| 153 | 912-2_2017.09.02_RecMtgJH,BusPA(1D137).wav | wav | 1:27:38 |
| 154 | 913-1_2017.10.23_RecMtgJH,BusPA (1D164).wav | wav | 0:56:27 |
| 155 | 913-2_2017.10.23_RecMtgJH,BusPA (1D164).wav | wav | 1:07:35 |
| 156 | 914-1_2018.03.11_RecMtgJH,BusPA_1D190_0171938.wav | wav | 1:55:57 |
| 157 | 914-2_2018.03.11_RecMtgJH,BusPA_1D190_0171939.wav | wav | 2:19:48 |
| 158 | 914-3_2018.03.11_RecMtgJH,BusPA_1D190_0171940.wav | wav | 0:08:07 |
| 159 | 914-4_2018.03.11_RecMtgJH,BusPA_1D190_0171942.wav | wav | 0:17:15 |
| 160 | 914-5_2018.03.11_RecMtgJH,BusPA_1D190__0171943.wav | wav | 2:20:20 |
| 161 | 914-6_2018.03.11_RecMtgJH,BusPA_1D190_0171944.wav | wav | 1:41:52 |
| 162 | 915-1_2018.05.31_RecMtgJH,BusPA_1D210_0171992.wav | wav | 0:11:53 |
| 163 | 915-2_2018.05.31_RecMtgJH,BusPA_1D210_0171993.wav | wav | 0:38:58 |
| 164 | 916-1_2018.08.25_RecMtgJH,BusPA_1D237_1981831.WAV | wav | 1:22:37 |
| 165 | 916-2_2018.08.25_RecMtgJH,BusPA1D237_1981832.WAV | wav | 1:54:02 |
| 166 | 916-3_2018.08.25_RecMtgJH,BusPA_1D2371981836.WAV | wav | 3:39:26 |
| 167 | 917_2018.08.27_RecMtgJH,BusPA (1D239).wav | wav | 3:39:26 |
| 168 | 918_2018.09.24_RecMtgJH,BusPA_1D263 .WAV | wav | 1:29:57 |
| 169 | 919_2018.10.16_RecMtgJH,BusPA_1D269.wav | wav | 1:14:45 |
| 170 | 920-1_2018.10.27_RecMtgJH,BusPA_1D279.wav | wav | 1:15:09 |
| 171 | 920-2_2018.10.27_RecMtgJH,BusPA_1D279_0172206.wav | wav | 1:23:28 |
| 172 | 924A_Clip 1 JH&BusPA Enter.mp4 | mp4 | 0:00:15 |
| 173 | 924B_Clip 2 JH&BusPAWalkingTable.mp4 | mp4 | 0:01:05 |
| 174 | 924C_Clip 3 BusPAPaying$15kCashtoJH.mp4 | mp4 | 0:01:23 |
| 175 | 924D_Clip 4 BusPAPayingCheck.mp4 | mp4 | 0:00:57 |
| 176 | 924E_Clip Huizar Exiting.mp4 | mp4 | 0:00:24 |
| | | Total | 86:47:26 |