# Exhibit B

| | |
|---|---|
| **From:** | Carel Ale |
| **To:** | Cuauhtemoc Ortega; Palmer, Cassie (USACAC) 2; Charles Snyder; Adam Olin |
| **Cc:** | Jenkins, Mack (USACAC) |
| **Subject:** | RE: Huizar: MILs Meet and Confer |
| **Date:** | Thursday, October 27, 2022 10:25:00 AM |

Cassie, Mack,

Thanks for the productive meet and confer yesterday afternoon.

As discussed yesterday re the government's final exhibits, by November 11th the government will identify the segments of the [Businessperson A] recordings that comprise the government's proposed exhibits and identify the individual text messages in the various text chains which it will seek to introduce. Of course, keep us in the loop if you believe this timeline will change. As to a continuance, we explained we are not willing to move any dates unless the trial date is continued. We'll wait to hear from you on that issue. And, as to the MILs, please let us know once you decide whether the government will have Professor Levinson testify or if the parties can stipulate to certain facts on that issue.

Best and talk to you all soon,

Carel

---

**From:** Cuauhtemoc Ortega [redacted]
**Sent:** Tuesday, October 25, 2022 2:56 PM
**To:** Palmer, Cassie (USACAC) 2 [redacted]; Carel Ale [redacted]>; Charles Snyder [redacted] Adam Olin [redacted]>
**Cc:** Jenkins, Mack [redacted]>; Har, Susan (USACAC) [redacted]
**Subject:** RE: Huizar: MILs Meet and Confer

Below is a call in number:

Dial In: [redacted]; Access Code: [redacted]

---

**From:** Palmer, Cassie (USACAC) 2 [redacted]
**Sent:** Tuesday, October 25, 2022 12:55 PM
**To:** Carel Ale [redacted] Charles Snyder [redacted] Cuauhtemoc Ortega [redacted] Adam Olin [redacted]
**Cc:** Jenkins, Mack (USACAC) [redacted] Har, Susan (USACAC) [redacted]
**Subject:** RE: Huizar: MILs Meet and Confer

Hi Carel,

1

Mack and I are available to meet and confer at 2 PM re: MILs but have a hard out at 2:50 p.m. We can discuss issues (1)-(4) then as well (as needed).

Thanks,

Cassie

**From:** Carel Ale ▇
**Sent:** Monday, October 24, 2022 5:47 PM
**To:** Palmer, Cassie (USACAC) 2 ▇; Charles Snyder ▇; Cuauhtemoc Ortega ▇g>
**Cc:** Jenkins, Mack (USACAC) ▇; Har, Susan (USACAC) ▇; Castaneda, Patrick (USACAC) ▇; Buxton, Jamari (USACAC) ▇; Adam Olin ▇
**Subject:** [EXTERNAL] RE: Huizar: MILs Meet and Confer

Hi Cassie,

Would Wednesday at 2 PM work for you and Mack? Mid-day-ish?

As to the other issues, (1) the proposed page limit is fine, (2) we won't know how many MILs we'll need to file until we meet and confer (we'll provide the topics then), (3) we also understood Judge Walter's comment re citing him to previous ruling applied to all motions going forward, and (4) we are willing to agree to a 60-day continuance to the trial and trial deadlines which would provide sufficient additional time while not creating conflicts for our team in terms of case deadlines, including over the holidays.

Let us know if Wednesday at 2 PM will work.

Thanks,

Carel

**From:** Palmer, Cassie (USACAC) 2 ▇
**Sent:** Monday, October 24, 2022 12:41 PM
**To:** Carel Ale ▇; Charles Snyder ▇ Cuauhtemoc Ortega ▇
**Cc:** Jenkins, Mack (USACAC) ▇; Har, Susan (USACAC) ▇>; Castaneda, Patrick (USACAC) ▇>; Buxton, Jamari (USACAC) <▇>; Adam Olin ▇>
**Subject:** RE: Huizar: MILs Meet and Confer

Hi Carel, Charles, and Cuauhtemoc,

Thanks for reaching out.

2