# Exhibit C

| | |
|---|---|
| **From:** | Palmer, Cassie (USACAC) 2 |
| **To:** | Carel Ale; Charles Snyder; Cuauhtemoc Ortega; Adam Olin |
| **Cc:** | Jenkins, Mack (USACAC); Har, Susan (USACAC) |
| **Subject:** | RE: Huizar: MILs Meet and Confer |
| **Date:** | Friday, October 28, 2022 11:22:53 AM |

Hi Carel,

Thanks for your message. Your summary is partially correct, but partially incorrect. Here is what we intended to communicate:

- **Huizar/Businessperson A Transcripts**: Our goal is to provide to you by 11/11 the Huizar/Businessperson A transcripts with our proposed excerpts highlighted. We will <u>not</u> be able to provide the actual clips at that time. This is a resource intensive task that needs to farmed out to staff that is otherwise occupied with trials. In any event, the central point of this exercise will be accomplished by providing you the specific content we intend to introduce via the highlights.
- **Other Recordings:** As we mentioned on the call, other excerpts will take longer, e.g., interviews of and communications with Ray Chan, because significant portions of those recordings are in Chinese and accordingly require translations or do not yet have transcripts.
- **Huizar Text Messages Excerpts**: As we noted, the excerpts for the particular sub-schemes (SZNW, 940 Hill, Hazens, Mateo) are already provided. We did <u>not</u> set any date for additional excerpts. We stated that we intend to review the full text chains for any excerpts relating to the RICO elements/corrupt relationships. While engaging in that process, we may include texts for sub-schemes that we invertedly failed to include in the specific sub-schemes previously. We don't currently expect this to result in a flood of new messages but wanted to flag for you so you were not caught off guard with further culling of texts.

Finally, as previously stated, we do not believe the Court's order requires this (and the government hasn't done this for the two other trials). That said, we have made the above exercises our joint priority for the Huizar/Chan trial; however, progress is hindered somewhat by our participation (especially SA Civetti) in the SZNW trial. We will continue to endeavor to provide these items earlier than we have in the past trials to assist in the defense in its preparation and to streamline the meet and confer process regarding exhibits.

As always, happy to discuss.

Thank you and best regards,

Cassie

**Cassie D. Palmer | Assistant United States Attorney**
Public Corruption & Civil Rights Section
United States Courthouse, Suite ▮▮▮ | 312 N. Spring St. | Los Angeles, California 90012
T: ▮▮▮▮▮▮▮ | F: ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1

**From:** Carel Ale
**Sent:** Thursday, October 27, 2022 10:26 AM
**To:** Cuauhtemoc Ortega ; Palmer, Cassie (USACAC) 2 ; Charles Snyder ; Adam Olin
**Cc:** Jenkins, Mack (USACAC)
**Subject:** [EXTERNAL] RE: Huizar: MILs Meet and Confer

Cassie, Mack,

Thanks for the productive meet and confer yesterday afternoon.

As discussed yesterday re the government's final exhibits, by November 11th the government will identify the segments of the [Businessperson A] recordings that comprise the government's proposed exhibits and identify the individual text messages in the various text chains which it will seek to introduce. Of course, keep us in the loop if you believe this timeline will change. As to a continuance, we explained we are not willing to move any dates unless the trial date is continued. We'll wait to hear from you on that issue. And, as to the MILs, please let us know once you decide whether the government will have Professor Levinson testify or if the parties can stipulate to certain facts on that issue.

Best and talk to you all soon,

Carel

---

**From:** Cuauhtemoc Ortega
**Sent:** Tuesday, October 25, 2022 2:56 PM
**To:** Palmer, Cassie (USACAC) 2 ; Carel Ale ; Charles Snyder ; Adam Olin
**Cc:** Jenkins, Mack (USACAC) ; Har, Susan (USACAC)
**Subject:** RE: Huizar: MILs Meet and Confer

Below is a call in number:

Dial In: [redacted] ; Access Code: [redacted]

---

**From:** Palmer, Cassie (USACAC) 2
**Sent:** Tuesday, October 25, 2022 12:55 PM
**To:** Carel Ale ; Charles Snyder ; Cuauhtemoc Ortega ; Adam Olin
**Cc:** Jenkins, Mack (USACAC) ; Har, Susan (USACAC)
**Subject:** RE: Huizar: MILs Meet and Confer