# Exhibit D

| | |
|---|---|
| **From:** | Carel Ale |
| **To:** | "Quach, Lynda (USACAC) [Contractor]" |
| **Cc:** | "Har, Susan (USACAC)"; "Civetti, Andrew (LA) (FBI)"; "Buxton, Jamari (USACAC)"; "Jenkins, Mack (USACAC)"; "Palmer, Cassie (USACAC) 2"; Charles Snyder; Cuauhtemoc Ortega; Adam Olin; "Harland Braun"; "brendan@braunlaw.com"; Kristina Beck |
| **Subject:** | RE: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists |
| **Date:** | Friday, October 28, 2022 9:10:00 AM |
| **Attachments:** | image002.png |
| | image003.png |

Sorry, there was one more:

| Name | Date modified | Type | Size |
|---|---|---|---|
| 66_2017.05.03_Rec Call JH and Chiang (JH#1017).wav | 10/5/2022 2:36 PM | WAV Audio File (V... | 0 |

Thanks!

**From:** Carel Ale
**Sent:** Friday, October 28, 2022 9:00 AM
**To:** 'Quach, Lynda (USACAC) [Contractor]'
**Cc:** Har, Susan (USACAC) ; Civetti, Andrew (LA) (FBI) ; Buxton, Jamari (USACAC) ; Jenkins, Mack (USACAC) ; Palmer, Cassie (USACAC) 2 ; Charles Snyder ; Cuauhtemoc Ortega ; Adam Olin ; Harland Braun ; ; Kristina Beck
**Subject:** RE: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

Thanks, Lynda!

**From:** Quach, Lynda (USACAC) [Contractor]
**Sent:** Friday, October 28, 2022 8:59 AM
**To:** Carel Ale
**Cc:** Har, Susan (USACAC) ; Civetti, Andrew (LA) (FBI) ; Buxton, Jamari (USACAC) ; Jenkins, Mack (USACAC) ; Palmer, Cassie (USACAC) 2 ; Charles Snyder ; Cuauhtemoc Ortega ; Adam Olin Harland Braun ; ; Kristina Beck
**Subject:** RE: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

Hi Carel,

I will check on these to see what the issue is and get back to you.

Thanks,
Lynda

**From:** Carel Ale
**Sent:** Friday, October 28, 2022 8:55 AM
**To:** Palmer, Cassie (USACAC) 2 ; Charles Snyder ; Cuauhtemoc Ortega ; Adam Olin ; Harland Braun ;
**Cc:** Har, Susan (USACAC) ; Civetti, Andrew (LA) (FBI) ; Quach, Lynda (USACAC) [Contractor] ; Buxton, Jamari (USACAC) ; Jenkins, Mack (USACAC)
**Subject:** [EXTERNAL] RE: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

Hi Cassie,

1

We get error messages with the below recordings. Can you please reproduce?

Thanks,

Carel



**From:** Palmer, Cassie (USACAC) 2
**Sent:** Monday, October 17, 2022 8:47 PM
**To:** Charles Snyder ; Cuauhtemoc Ortega ; Carel Ale ; Adam Olin ; Harland Braun ;
**Cc:** Har, Susan (USACAC) ; Civetti, Andrew (LA) (FBI) ; Quach, Lynda (USACAC) [Contractor] ; Buxton, Jamari (USACAC) Jenkins, Mack (USACAC)
**Subject:** RE: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

Counsel,

I've attached the witness and exhibit lists for your reference, the latter in both Word and pdf. We have cleaned up the exhibit list, including fixing typos, applying naming conventions throughout, and correcting the order of some exhibits to place them in chronological order. In one instance, we combined two exhibits, which resulted in one "intentionally left blank" entry. Because of the number of nits and revisions to formatting, I did not attach a document redlining the changes. With respect to the witness list, we added three additional witnesses, which are in red. Please let me know if you have any questions or would like to discuss.

Our paralegal informed me before she left today that she has copied the vast majority of the exhibits onto the hard-drive. She anticipates completing the downloading process tomorrow in the first half of the day.

Thanks,

Cassie

**Cassie D. Palmer** | **Assistant United States Attorney**
**Public Corruption & Civil Rights Section**
United States Courthouse, Suite       | 312 N. Spring St. | Los Angeles, California 90012
T:            | F:

**From:** Jenkins, Mack (USACAC) <                    >
**Sent:** Saturday, October 15, 2022 4:01 PM
**To:** Charles Snyder <                   >; Cuauhtemoc Ortega ; Carel Ale ; Adam Olin ; Harland Braun ;
**Cc:** Palmer, Cassie (USACAC) 2 ; Har, Susan (USACAC) ; Civetti, Andrew (LA) (FBI) ; Quach, Lynda (USACAC) [Contractor] ; Buxton, Jamari (USACAC)
**Subject:** RE: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

Yes. In looking at it again, there are some nits/duplicates we need to fix. So we will clean it up over the weekend and send a clean Word version Monday. Note this clean up does <u>not</u> mean we are <u>adding</u> any exhibits to the list. (At least not yet!)

**From:** Charles Snyder
**Sent:** Friday, October 14, 2022 11:38 AM

2

**To:** Jenkins, Mack (USACAC) ▮▮▮▮▮▮▮▮▮; Cuauhtemoc Ortega ▮▮▮▮▮▮▮▮▮; Carel Ale ▮▮▮▮▮▮▮▮▮; Adam Olin ▮▮▮▮▮▮▮▮▮; Harland Braun ▮▮▮▮▮▮▮▮▮; ▮▮▮▮▮▮▮▮▮
**Cc:** Palmer, Cassie (USACAC) 2 ▮▮▮▮▮▮▮▮▮; Har, Susan (USACAC) ▮▮▮▮▮▮▮▮▮; Civetti, Andrew (LA) (FBI) ▮▮▮▮▮▮▮▮▮; Quach, Lynda (USACAC) [Contractor] ▮▮▮▮▮▮▮▮▮; Buxton, Jamari (USACAC) ▮▮▮▮▮▮▮▮▮
**Subject:** [EXTERNAL] RE: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

Is there any chance you can send the exhibit list in Word?

Charles J. Snyder
Deputy Federal Public Defender
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

---

**From:** Jenkins, Mack (USACAC) ▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, October 11, 2022 7:11 PM
**To:** Charles Snyder ▮▮▮▮▮▮▮▮▮; Cuauhtemoc Ortega ▮▮▮▮▮▮▮▮▮; Carel Ale ▮▮▮▮▮▮▮▮▮; Adam Olin ▮▮▮▮▮▮▮▮▮; Harland Braun ▮▮▮▮▮▮▮▮▮; ▮▮▮▮▮▮▮▮▮
**Cc:** Palmer, Cassie (USACAC) 2 ▮▮▮▮▮▮▮▮▮; Har, Susan (USACAC) ▮▮▮▮▮▮▮▮▮; Civetti, Andrew (LA) (FBI) ▮▮▮▮▮▮▮▮▮; Quach, Lynda (USACAC) [Contractor] ▮▮▮▮▮▮▮▮▮; Buxton, Jamari (USACAC) ▮▮▮▮▮▮▮▮▮
**Subject:** US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

Counsel – attached please find the Exhibit List and Witness List for *United States v. Jose Huizar and Raymond Chan* set for trial 2/21/23. The exhibits themselves are voluminous so <u>please let us know if you prefer to obtain them via a hard drive (that you provide to us) or via USAFX</u> (which, in our experience, will take significant time in the downloading process).

**Mack E. Jenkins | Assistant United States Attorney**
**Chief | Public Corruption & Civil Rights Section**
United States Courthouse, Suite ▮▮▮ 312 N. Spring St. | Los Angeles, California 90012
T: ▮▮▮▮▮▮ | F: ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮

3