# Exhibit E

| | |
|---|---|
| **From:** | Palmer, Cassie (USACAC) 2 |
| **To:** | Carel Ale; Charles Snyder; Adam Olin; Cuauhtemoc Ortega |
| **Cc:** | Jenkins, Mack (USACAC); Har, Susan (USACAC) |
| **Subject:** | RE: Huizar: MILs Meet and Confer (Huizar Businessperson A Recordings - Highlighted Transcripts) |
| **Date:** | Saturday, November 12, 2022 4:30:00 PM |

Hi All,

I sent you a zip file of the highlighted transcripts of Huizar-Businessperson A recordings yesterday but received bounce-back messages today for each of you that your server rejected them due to size. I've uploaded them to a USAfx folder, so please let me know if you received them. I've also included my original message below for your reference.

The following message to ▮▮▮▮▮▮▮▮ was undeliverable.
The reason for the problem:
5.1.0 - Unknown address error 552-'5.3.4 Message size exceeds fixed maximum message size

Thanks!

Cassie

**Cassie D. Palmer | Assistant United States Attorney**
**Public Corruption & Civil Rights Section**
United States Courthouse, Suite ▮▮ | 312 N. Spring St. | Los Angeles, California 90012
T: ▮▮▮▮▮ | F: ▮▮▮▮▮ | ▮▮▮▮▮

**From:** Palmer, Cassie (USACAC) 2 ▮▮▮▮▮
**Sent:** Friday, November 11, 2022 5:49 PM
**To:** Charles Snyder ▮▮▮▮▮; Carel Ale ▮▮▮▮▮; Adam Olin ▮▮▮▮▮; Cuauhtemoc Ortega ▮▮▮▮▮
**Cc:** Jenkins, Mack (USACAC) ▮▮▮▮▮; Har, Susan (USACAC) ▮▮▮▮▮
**Subject:** RE: Huizar: MILs Meet and Confer (Huizar Businessperson A Recordings - Highlighted Transcripts)

Hi All,

Happy Veteran's Day! I hope everyone is enjoying their day off.

I've attached a zip file containing the highlighted versions of the transcripts of the recordings between Huizar and Businessperson A. We are still in the process of finalizing the transcripts and may add additional excerpts as we do so, but this should give you a general idea of the information we intend to introduce.

Thanks,

Cassie

**From:** Charles Snyder ▮▮▮▮▮

1