# Exhibit F

**Exhibit F: Audio and/or Video Recordings re Huizar and Businessperson A**

|    | Name                                                 | Format | Length   |
|----|------------------------------------------------------|--------|----------|
| 1  | 912-1_2017.09.02_RecMtgJH,BusPA (1D137).wav          | wav    | 0:31:08  |
| 2  | 912-2_2017.09.02_RecMtgJH,BusPA(1D137).wav           | wav    | 1:27:18  |
| 3  | 913-1_2017.10.23_RecMtgJH,BusPA (1D164).wav          | wav    | 0:56:15  |
| 4  | 913-2_2017.10.23_RecMtgJH,BusPA (1D164).wav          | wav    | 1:07:20  |
| 5  | 914-1_2018.03.11_RecMtgJH,BusPA_1D190_0171938.wav    | wav    | 1:55:30  |
| 6  | 914-2_2018.03.11_RecMtgJH,BusPA_1D190_0171939.wav    | wav    | 2:19:16  |
| 7  | 914-3_2018.03.11_RecMtgJH,BusPA_1D190_0171940.wav    | wav    | 0:08:05  |
| 8  | 914-4_2018.03.11_RecMtgJH,BusPA_1D190_0171942.wav    | wav    | 0:17:12  |
| 9  | 914-5_2018.03.11_RecMtgJH,BusPA_1D190__0171943.wav   | wav    | 2:19:48  |
| 10 | 914-6_2018.03.11_RecMtgJH,BusPA_1D190_0171944.wav    | wav    | 1:41:29  |
| 11 | 915-1_2018.05.31_RecMtgJH,BusPA_1D210_0171992.wav    | wav    | 0:11:51  |
| 12 | 915-2_2018.05.31_RecMtgJH,BusPA_1D210_0171993.wav    | wav    | 0:38:51  |
| 13 | 916-1_2018.08.25_RecMtgJH,BusPA_1D237_1981831.WAV    | wav    | 1:22:18  |
| 14 | 916-2_2018.08.25_RecMtgJH,BusPA1D237_1981832.WAV     | wav    | 1:53:35  |
| 15 | 916-3_2018.08.25_RecMtgJH,BusPA_1D2371981836.WAV     | wav    | 3:39:26  |
| 16 | 917_2018.08.27_RecMtgJH,BusPA (1D239).wav            | wav    | 3:39:26  |
| 17 | 918_2018.09.24_RecMtgJH,BusPA_1D263 .WAV             | wav    | 1:29:37  |
| 18 | 919_2018.10.16_RecMtgJH,BusPA_1D269.wav              | wav    | 1:14:28  |
| 19 | 920-1_2018.10.27_RecMtgJH,BusPA_1D279.wav            | wav    | 1:14:52  |
| 20 | 920-2_2018.10.27_RecMtgJH,BusPA_1D279_0172206.wav    | wav    | 1:23:28  |
|    |                                                      | Total  | 29:31:13 |