Exhibit G

| | |
|---|---|
| **From:** | Carel Ale |
| **To:** | Jenkins, Mack (USACAC); Harland Braun; brendan@braunlaw.com; Jeremy Chan |
| **Cc:** | Charles Snyder; Adam Olin; Cuauhtemoc Ortega; Civetti, Andrew (LA) (FBI); Har, Susan (USACAC); Har, Susan (USACAC); Palmer, Cassie (USACAC) 2 |
| **Subject:** | RE: US v. Huizar: M/C re Exhibit List |
| **Date:** | Monday, November 28, 2022 1:22:00 PM |
| **Attachments:** | RICO Exhibit List Word Version (2022.10.17) + Huizar Objections (2022.11.28).docx |

Mack, Cassie, Susan,

Attached, please find our objections to the government's exhibit list.

While we appreciate the time constraints we're all operating with, a significant portion of the government's exhibits were disorganized and not-trial ready. It defeats the purpose of having a deadline (which was Oct. 11th) and makes it unduly burdensome for us to comply with the process, having to spend significantly more time going through the government's exhibits. As you may recall, we attempted to avert some of these problems when during our MIL meet and confer we flagged for the government that then-recently produced exhibits contained long string of text messages and "dozens and dozens" of hours of recordings made it impossible for us to know what the government was actually intending to use out of sometimes hours-long recordings or long message chains and for what purpose. Unfortunately, that concern bore out. Among the many issues with the government's exhibits (1) no sponsoring witness; (2) long (sometimes hours long) and/or foreign language recordings with no transcripts or identified excerpts; (3) lengthy text message strings covering multiple topics (and confusing, often times both speakers are attributed as Ray Chan or unknown); (4) exhibits consisting of multiple documents from different sources, containing writing, etc.  Despite these issues, we will see you tomorrow for what we hope will be a productive meet and confer.

Best,

Carel

---

**From:** Jenkins, Mack (USACAC) ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, November 25, 2022 10:14 AM
**To:** Harland Braun ▮▮▮▮▮▮▮▮▮▮▮▮; ▮▮▮▮▮▮▮▮▮▮▮▮; Jeremy Chan ▮▮▮▮▮▮▮▮▮▮▮▮

**Cc:** Charles Snyder ▮▮▮▮▮▮▮▮▮▮; Adam Olin ▮▮▮▮▮▮▮▮▮▮; Cuauhtemoc Ortega ▮▮▮▮▮▮▮▮▮▮; Civetti, Andrew (LA) (FBI) ▮▮▮▮▮▮▮▮; Har, Susan (USACAC) ▮▮▮▮▮▮▮▮▮▮; Har, Susan (USACAC) ▮▮▮▮▮▮▮▮▮▮; Palmer, Cassie (USACAC) 2 ▮▮▮▮▮▮▮▮▮▮; Carel Ale ▮▮▮▮▮▮▮▮
**Subject:** RE: US v. Huizar: M/C re Exhibit List

[Adding Harland, Brendan, and Jeremy]
Harland and Brendan -- counsel for Mr. Huizar and the government have scheduled the required exhibit conference this coming Tuesday (11/29) 10am on on the 15th floor of the USAO.  We invite