# Exhibit H

| | |
|---|---|
| **From:** | Carel Ale |
| **To:** | "Jenkins, Mack (USACAC)"; "Harland Braun"; "brendan@braunlaw.com"; "Jeremy Chan" |
| **Cc:** | Charles Snyder; Adam Olin; Cuauhtemoc Ortega; "Civetti, Andrew (LA) (FBI)"; "Har, Susan (USACAC)"; "Har, Susan (USACAC)"; "Palmer, Cassie (USACAC) 2" |
| **Subject:** | RE: US v. Huizar: M/C re Exhibit List |
| **Date:** | Tuesday, November 29, 2022 10:27:00 PM |

Hi all,

Thank you for taking the time to meet with us today. As discussed,

1. We will send over two hard drives tomorrow--one, for the PDF production of the outstanding discovery to be produced by early next week, the second, for the relativity production of that same discovery which you will produce in 2-3 weeks.
2. You will provide us on a rolling basis beginning early next week with the exact clips of those exhibits which you've provided as complete recordings thus far, or at a minimum, the highlighted transcript sections of the intended clips. As we mentioned previously and discussed at the meeting, the already-late production of these clips prejudices us and is unduly burdensome; we are not waiving any objection we may have to the late production of these exhibits.
3. You will review any presentation made to you by cooperators or witnesses for Brady/Jencks production; you will advise us of your position regarding whether those presentations are discoverable by Friday (Brady/Jencks due date) so that we may raise this issue with the Court.
4. We will provide you a redline of the Exhibit List exhibit descriptions that we believe are either inaccurate or argumentative for further discussion.
5. We will provide you with updated objections to the Exhibit List.
6. You will get back to us on several outstanding exhibit issues, e.g., confirming that the redaction in Ex. 901/902 is [Businessperson A]'s name; confirming what pages of the casino business record exhibits the government will seek to introduce as an exhibit (you said you were not going to introduce the SARs and would confirm about the incident logs and other narratives), etc. etc.

Talk to you all soon.

Best,

Carel

**From:** Carel Ale
**Sent:** Monday, November 28, 2022 1:22 PM
**To:** Jenkins, Mack (USACAC) [redacted]; Harland Braun [redacted]; [redacted]; Jeremy Chan [redacted]
**Cc:** Charles Snyder [redacted]; Adam Olin [redacted]; Cuauhtemoc Ortega [redacted]g>; Civetti, Andrew (LA) (FBI) [redacted]; Har, Susan (USACAC) [redacted]; Har, Susan (USACAC) [redacted]; Palmer, Cassie (USACAC) 2 [redacted]