Exhibit I

| | |
|---|---|
| **From:** | Palmer, Cassie (USACAC) 2 |
| **To:** | Harland Braun; Brendan Pratt; Carel Ale; Charles Snyder; Adam Olin; Cuauhtemoc Ortega |
| **Cc:** | Jenkins, Mack (USACAC); Quach, Lynda (USACAC) [Contractor]; Har, Susan (USACAC); Civetti, Andrew (LA) (FBI) |
| **Subject:** | RE: [EXTERNAL] Re: US v. Huizar and Chan; CR-20-326-JFW - Additional Transcripts |
| **Date:** | Friday, December 2, 2022 10:48:34 PM |
| **Attachments:** | image001.png |

Dear Counsel,

As promised, we are continuing to provide highlighted transcripts on a rolling basis in advance of our transcripts and translations deadline on January 20. To that end, we've uploaded to USAfx 22 additional highlighted transcripts of recordings we intend to introduce at trial. The folder is located here: https://usafx.box.com/s/dwjzwmbll5ta8sx4vh3en8ro1t8ilu3h. The 8 highlighted transcripts we previously provided (on November 11) are located in the same folder.

Thanks,

Cassie

**Cassie D. Palmer** | **Assistant United States Attorney**
Public Corruption & Civil Rights Section
United States Courthouse, Suite ███ | 312 N. Spring St. | Los Angeles, California 90012
T: ████████ | F: ████████

---

**From:** Harland Braun ████████████████████
**Sent:** Thursday, December 1, 2022 11:26 AM
**To:** Jenkins, Mack (USACAC) ████████████████; Carel Ale ████████████████; Raymond Chan ████████████████; Jeremy Chan ████████████████
**Cc:** Charles Snyder ████████████████; Cuauhtemoc Ortega ████████████████ Adam Olin ████████████████; Brendan Pratt ████████████████; Palmer, Cassie (USACAC) 2 ████████████████; Har, Susan (USACAC) ████████████████; Civetti, Andrew (LA) (FBI) ████████████; Quach, Lynda (USACAC) [Contractor] ████████████████; Buxton, Jamari (USACAC) ████████████; Kristina Beck ████████████
**Subject:** RE: [EXTERNAL] Re: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

What about a meet and confer for December 7th at 9 AM at the FBI headquarters in West Los Angeles.

Maybe by that time , the government will figure out why the idea that Huang was bribing Huizar with trips to Las Vegas defies common sense. If you cannot figure that out, I will confidentially tell Martin Estrada to help him avoid a prosecution that is an Anti-Chinese embarrassment.

Sincerely,
Harland Braun

