# Exhibit J

**Exhibit J: Audio Recordings re Mateo Project/Carmel Partners**

|   | Name | Extension | Length |
|---|---|---|---|
|   | **6 - Carmel Partners (800-899)\D. Audio Recording (877)\** | | |
| 1 | 877_2017.05.09_RecCall, JH, Goldman (JH#1505)_Rec.wav | wav | 0:07:37 |
|   | | | |