# Exhibit K

**Exhibit K: Audio and/or Video Recordings re Hazens**

|   | Name | Extension | Length |
|---|---|---|---|
|   | *5 - Hazens (700-799)\D. Audio Rec & Translations (759-769)\* |   |   |
| 1 | 760_2017.07.05_Recorded Call JH, Chiang (JH#6709).wav | wav | 0:02:48 |
| 2 | 761_2017.09.13_Recorded Call JH, Chiang (GC#4962).wav | wav | 0:03:33 |
| 3 | 762_2017.09.14_Recorded Call JH, Chiang (GC#5458).wav | wav | 0:04:22 |
| 4 | 763_2017.06.22_Recorded Call Chan, Chiang (GC#760).wav | wav | 0:06:02 |
| 5 | 764_2017.08.24_Recorded Call Chan, Chiang (RC#31).wav | wav | 0:07:04 |
| 6 | 765_2017.09.14_Recorded Call Chan and Assoc (RC#3127).wav | wav | 0:05:47 |
| 7 | 766_2018.04.17_Recorded Call Chan, Chiang (RC#6680).wav | wav | 0:31:49 |
| 8 | 767_2017.05.02_Recorded Call GE, Chiang (GE#2393).wav | wav | 0:35:13 |
| 9 | 768_2017.05.10_Recorded Call GE,  Chiang (GE#3410).wav | wav | 0:28:58 |
| 10 | 769_2017.06.23_Recorded Call Chiang, Kim (GC#913).wav | wav | 0:06:01 |
|   |   | Total | 2:11:37 |