# Exhibit L

**Exhibit L: Audio and/or Video Recording Exhibits re Businessperson A, Chan, etc.**

| | Name | Extensio | Length |
|---|---|---|---|
| | *2 - Chan (200-399)\D. Audio Rec & Translations (223-267)\* | | |
| 1 | 223_2018.09.05_Rec Call re FBI Intv Req (1D247).wav | wav | 0:09:02 |
| 2 | 224_2018.09.05_Rec Call re FBI Intv Req (TL2#138).wav | wav | 0:17:56 |
| 3 | 225_2018.09.12_Chan FBI Intv (1D240).wav | wav | 1:38:37 |
| 4 | 226_2018.11.07_FBI Intv_0172523.wav | wav | 1:56:13 |
| 5 | 227_2018.11.08 Chan FBI Intv (RC#17156).wav | wav | 0:00:00 |
| 6 | 228_2017.07.09_Rec Call JH, Chan (JH#6958).wav | wav | 0:14:28 |
| 7 | 229_2017.08.23_Rec Mtg w Chan and BusP A_1D130_0171822.wav | wav | 0:00:38 |
| 8 | 230_2017.09.19_Rec Mtg Chan and BusP A Rec Mtg _1D143 _.wav | wav | 1:17:30 |
| 9 | 231_2017.10.02_Rec Mtg Chan and BusP A_1D154.wav | wav | 1:21:32 |
| 10 | 232_2017.10.05_Rec Mtg Chan and BusP A_1D147.wav | wav | 0:52:20 |
| 11 | 233_2017.11.01_Rec Mtg Chan and BusP A_1D166.wav | wav | 1:04:19 |
| 12 | 234_2017.11.30_Rec Mtg Chan and BusP A_1D173_1981842.WAV | wav | 1:27:55 |
| 13 | 235-1_2017.12.07_Rec Mtg Chan and BusP A_1D174.wav | wav | 1:55:57 |
| 14 | 235-2_2017.12.07_Rec Mtg Chan and BusP A_1D174.wav | wav | 0:24:21 |
| 15 | 236_2018.04.11_Rec Mtg Chan and BusP A_1D193.wav | wav | 0:56:04 |
| 16 | 237_2018.04.16_Rec Mtg Chan and BusP A_0171973.wav | wav | 0:44:50 |
| 17 | 238-1_2018.04.17_Rec Mtg Chan and BusP A_1D196.wav | wav | 1:10:26 |
| 18 | 238-2_2018.04.17_Rec Mtg Chan and BusP A_1D196.wav | wav | 0:30:27 |
| 19 | 239-1_2018.04.25_Rec Mtg Chan & BusP A_0171981.wav | wav | 1:56:13 |
| 20 | 239-2_2018.04.25_Rec Mtg Chan and BusP A_0171982.wav | wav | 0:11:18 |
| 21 | 240-1_2018.05.09_Rec Mtg Chan and BusP A_1D207.wav | wav | 2:05:32 |
| 22 | 240-2_2018.05.09_Rec Mtg Chan and BusP A_1D207.wav | wav | 1:05:26 |
| 23 | 241-1_2018.06.07_Rec Mtg Chan and BusP A_1D214.wav | wav | 0:57:00 |
| 24 | 241-2_2018.06.07_Rec Mtg Chan and BusP A_1D214.wav | wav | 1:03:26 |
| 25 | 242-1_2018.06.14_Rec Mtg Chan and BusP A_0172014.wav | wav | 0:35:25 |
| 26 | 242-2_2018.06.14_Rec Mtg Chan and BusP A_0172014.wav | wav | 1:55:57 |
| 27 | 243-1_2018.06.15_Rec Mtg Chan, Shawn Kuk, BusP A_0172016.wav | wav | 1:43:53 |
| 28 | 243-2_2018.06.15_Rec Mtg Chan, Shawn Kuk, and BusP A_0172017.wav | wav | 0:20:49 |
| 29 | 244_2018.06.21_Rec Mtg Chan and BusP A (1D218).wav | wav | 1:06:58 |
| 30 | 245-1_2018.08.23_Rec Mtg Chan and BusP A (1D243).wav | wav | 0:15:37 |
| 31 | 245-2_2018.08.23_Rec Mtg Chan and BusP A (1D243).wav | wav | 1:13:23 |
| 32 | 246-1_2018.09.06_Rec Mtg Chan and BusP A (1D249).wav | wav | 1:38:57 |
| 33 | 246-2_2018.09.06_Rec Mtg Chan and BusP A (1D249).wav | wav | 0:04:00 |
| 34 | 247-1_2018.09.28_Rec Mtg Chan and BusP A (1D266).wav | wav | 0:07:30 |
| 35 | 247-2_2018.09.28_Rec Mtg Chan and BusP A (1D266).wav | wav | 0:00:42 |
| 36 | 248-1_2018.09.28_Rec Mtg Chan, Shawn Kuk, and BusP A (1D267).wav | wav | 1:06:43 |
| 37 | 248-2_2018.09.28_Rec Mtg Chan, Shawn Kuk, and BusP A (1D268).wav | wav | 1:46:54 |
| 38 | 249_2018.10.08_Rec Mtg Chan and BusP A (1D272).wav | wav | 2:03:44 |
| 39 | 250-1_2018.10.25_Rec Call Chan, Shawn Kuk, and BusP A_0172073.wav | wav | 0:07:00 |
| 40 | 250-2_2018.10.25_Rec Mtg Chan, Shawn Kuk, and BusP A (1D277).wav | wav | 1:48:33 |
| 41 | 250-3_2018.10.25_Rec Mtg Chan, Shawn Kuk, and BusP A (1D277).wav | wav | 2:20:04 |
| 42 | 250-4_2018.10.25_Rec Mtg Chan, Shawn Kuk, and BusP A (1D277).wav | wav | 0:27:28 |
| 43 | 251-1_2018.11.24_Rec Mtg Chan, BusP A (1D302).wav | wav | 0:56:59 |
| 44 | 251-2_2018.11.24_Rec Mtg Chan, BusP A (1D302).wav | wav | 0:00:00 |
| 45 | 252_2017.06.21_Rec Call Chan, Chiang (GC#667) re $20,000 Cash.wav | wav | 0:02:19 |

1

| | | | |
|---|---|---|---|
| 46 | 253_2017.08.30_Rec Call Chan, Chiang (GC#3714).wav | wav | 0:20:36 |
| 47 | 254_2017.09.04_Rec Call Chan. Chiang (RC#1507).wav | wav | 0:32:11 |
| 48 | 255_2017.09.14_Rec Call Chan. Chiang (RC#3114).wav | wav | 0:05:25 |
| 49 | 256_2018.04.17_Rec Call Chan and Chiang (RC#6880).wav | wav | 0:31:49 |
| 50 | 257_2018.11.14_Rec Call Chan, Chiang re FBI Search (GC#19030).wav | wav | 0:05:35 |
| 51 | 258_2018.04.03_Rec Call Chiang, Joel Jacinto (GC#6341).wav | wav | 0:05:32 |
| 52 | 259_2018.04.24_Rec Call Chiang, Joel Jacinto (GC#8006).wav | wav | 0:03:54 |
| 53 | 260_2018.05.01_Rec Call Chiang, Joel Jacinto (GC#8838).wav | wav | 0:00:24 |
| 54 | 261_2018.05.01_Rec Call Chiang, Joel Jacinto (GC#8847).wav | wav | 0:04:28 |
| 55 | 262_2017.09.14_Rec Call Chan, Lincoln Lee (RC#3126).wav | wav | 0:06:26 |
| 56 | 263_2017.09.12_Rec Call Chan, Deron Williams (RC#2412).wav | wav | 0:07:25 |
| 57 | 264-1_2018.04.09_Rec Dinner Host by Chan (1D194).wav | wav | 1:55:57 |
| 58 | 264-2_2018.04.09_Rec Dinner Host by Chan (1D194).wav | wav | 0:51:31 |
| 59 | 265_2018.04.18_Rec Call Chan, Unkn Male re Lobbying and Cooling Off Pd (RC#6877).wav | wav | 0:01:53 |
| 60 | 266-1_Rec Mtg Kuk and BusP A (1D270).wav | wav | 1:56:13 |
| 61 | 266-2_Rec Mtg Kuk and BusP A (1D270).wav | wav | 0:05:41 |
| 62 | 267_2018.10.22_Rec Call Chan, Verej Janoyan (RC#15526).wav | wav | 0:07:40 |
| | | Total | 50:07:05 |