Steve Meister, Esq. (SBN 150395)
MEISTER LAW OFFICES
515 S. Flower Street, Suite 1800
Los Angeles, CA 90071
Tel:  213.293.3737
Email:  steve@meisterlawoffices.com
Attorney for Defendant Morris Goldman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| The United States of America,<br>Plaintiff,<br><br>v.<br><br><br>Jose Huizar,<br>Defendant.<br>_____ | CASE NO. 2:20-CR-00326-JFW<br><br><br>**PRIVILEGE LOG**<br><br><br><br>Date:   December 9, 2022<br><br>Ctrm:  7A, Hon. John F. Walter |

**TO THE HON. JOHN F. WALTER, U.S. DISTRICT JUDGE, DEPUTY FEDERAL PUBLIC DEFENDER CHARLES SNYDER, AND ASST. U.S. ATTORNEY MACK JENKINS:**

    Steve Meister, counsel for Defendant Morrie Goldman who is being prosecuted in case no. 2:20-CR-00369-JFW, submits the herein privilege log pursuant to Court order.

Date:  December 9, 2022                                  Respectfully submitted,

                                                **Steve Meister** (e-signature)
                                                STEVE MEISTER, ESQ.
                                                Counsel for Defendant Morris Goldman

## INTRODUCTION

This privilege log is provided pursuant to Court order. I maintain and reassert arguments I made in my November 28, 2022 opposition to the subpoena, and continue to assert and claim privilege as discussed therein. I assert attorney-client privilege over the private portion of the digital recording, and I claim work product privilege and in some instances attorney-client privilege over the entirety of my handwritten notes or other notes to myself, prepared in the course of my representation of my client. The below entries pertain specifically to Items 1 (digital recording) and 3 (notes of communications with Government) of the subpoena and the Court's order for preparation of a privilege log.

## PRIVILEGE LOG RE SUBPOENA ITEM 1

| No. | Date | Item | Subject Matter | Privilege Asserted |
|---|---|---|---|---|
| 1. | 12/5/2018 | Digital recording | Private Portion of Conversation | Attorney-Client |

## PRIVILEGE LOG RE SUBPOENA ITEM 3

Privilege asserted over all the below items: Work Product.

2. 11/19/18 note to self of discussion with Govt re status of client and investigation;
3. 11/27/18 note to self of discussion with Govt re status of client and possible proffer;
4. 12/10/18 note to self of discussion with Govt re investigation;
5. 12/13/18 note to self of discussion w Govt re investigation;
6. 1/17/19 note to self of discussion w Govt re investigation;

7.  2/8/19 note to self of discussion w Govt re investigation;

8.  6/25/20 note to self of discussion w Govt re plea.

9.  7/20/20 note to self of discussion w Govt re plea.

Date:   December 9, 2022                         Respectfully submitted,

**Steve Meister** (e-signature)
STEVE MEISTER, ESQ.
Counsel for Defendant Morris Goldman