# DECLARATION OF CHARLES J. SNYDER

I, Charles J. Snyder, declare as follows:

1. I am a California-licensed DFPD and one of the lawyers appointed to represent Jose Huizar. Unless otherwise stated, I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2. The original deadline for filing severance motions was in the summer of 2021. At that time, Huizar did not move to sever because he was not aware of a basis for severance.

3. Recently, counsel for Raymond Chan has indicated multiple times to Huizar's counsel and the government that he intends to "prosecute" Huizar as a part of his trial strategy, and that he does not believe that Huizar can get a fair trial if he and Chan are tried together.

4. Because this is a new issue that goes to the fundamental fairness of Huizar's trial and the finality of any potential conviction (or lack thereof), I believe that there is good cause to hear and grant this motion despite the passage of the severance deadline.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed December 11, 2022 at Los Angeles, California.

                                                    */s/ Charles J. Snyder*
                                                         Charles J. Snyder