# DECLARATION OF HARLAND BRAUN

I, Harland Braun, declare as follows:

1. I am a California-licensed attorney retained to represent Raymond Chan in this matter. I make this declaration based on personal knowledge and, if called as a witness, would attest to its facts under oath.

2. I have practiced for 54 years, focusing on criminal litigation. I have been a certified criminal law specialist since 1973. During my career, I have tried dozens, if not hundreds, of cases in state and federal court, including several high-profile criminal matters.

3. In this case, I have spent substantial time developing and refining my trial strategy in light of the voluminous evidence, sweeping charges, and related trials of previously-severed codefendants. As that information has crystallized, I have determined that my strategy in Mr. Chan's trial will include arguing that Jose Huizar is guilty and Mr. Chan is not guilty by comparing and contrasting their conduct as criminal and noncriminal, respectively. I intend to argue that Mr. Chan would not be in this case were it not for Mr. Huizar's criminal conduct, as Mr. Chan is merely an innocent bystander who got swept up as a narrative device in a misguided RICO theory. I intend to open, close, and cross-examine witnesses – including Mr. Huizar if he testifies – in ways that support this theory.

4. Partly as a courtesy, but also because I believe that it raises a substantial risk of mistrial, I have recently begun advising the government and counsel for Mr. Huizar that I intend to act as a "second prosecutor" should Mr. Chan be tried together with Mr. Huizar. I have further informed the government and counsel for Mr. Huizar that, based on my experience, I do not believe that Mr. Huizar can get a fair trial if he is tried together with Mr. Chan.

5. I plan to attend the hearing scheduled for December 16, 2022 should the Court have any questions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed December 9, 2022 at Los Angeles, California.

*Harland W. Braun*

Harland Braun