CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
Email: Carel_Ale@fd.org
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
Jose Huizar

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-20-326-JFW |
|---|---|
| Plaintiff, | |
| v. | **EX PARTE APPLICATION TO SHORTEN TIME ON HEARING FOR JOSE HUIZAR'S MOTION TO SEVER JOSE HUIZAR AND RAYMOND CHAN'S TRIALS** |
| JOSE HUIZAR, | |
| Defendant. | |

Jose Huizar, through counsel, applies <u>ex parte</u> and without opposition for an order shortening time to hear for his Motion to Sever Jose Huizar's and Raymond Chan's Trials. Huizar bases this application on the attached declaration, the files and records in this case, and any other evidence or argument that that Court may consider.

DATED: December 11, 2022

Respectfully submitted,
CUAUHTEMOC ORTEGA
Federal Public Defender

By  */s/ Charles J. Snyder*
CHARLES J. SNYDER
CAREL ALE
ADAM OLIN
Attorneys for Jose Huizar

# DECLARATION OF CHARLES J. SNYDER

I, Charles J. Snyder, declare as follows:

1. I am a California-licensed DFPD and one of the lawyers appointed to represent Jose Huizar. Unless otherwise stated, I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2. Recently, counsel for Raymond Chan has indicated multiple times that he intends to "prosecute" Huizar as a part of his trial strategy, and that he does not believe that Huizar can get a fair trial if he and Chan are tried together.

3. I have spoken with counsel for the government and counsel for Chan and the parties all agree that this issue should be raised and resolved as soon as practicable.

4. During my communications with the government, the government advised that the government had no objection to the ex parte nature of this application or its request that this issue be heard at the already-scheduled December 16, 2022 hearing. The government and I further agreed that, with the Court's schedule permitting, I would file my yet-undrafted motion by December 12, and the government would file its opposition by December 15.

5. By this application, I am asking the Court to shorten the time for hearing the motion to sever so that it can be heard on December 16.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed December 11, 2022 at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Charles J. Snyder
　　　　　　　　　　　　　　　　　　　　　　　Charles J. Snyder

1