# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>JOSE HUIZAR,<br><br>   Defendant. | Case No. CR-20-326-JFW<br><br>**[PROPOSED] ORDER** |

  GOOD CAUSE having been shown, the Court hereby SHORTENS the time for hearing Jose Huizar's Motion to Sever Jose Huizar's and Raymond Chan's Trials. The motion shall be heard on December 16, 2022. The government's opposition, if any, shall be filed by noon on Thursday, December 15, 2022.


DATED: _____

                Hon. John F. Walter
                United States District Judge