1
2
3                                                    Note Changes Made by Court
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9                     **CENTRAL DISTRICT OF CALIFORNIA**
10                            **WESTERN DIVISION**
11
   UNITED STATES OF AMERICA,              Case No. CR-20-326(A)-JFW
12
                 Plaintiff,
13                                        **ORDER**
           v.
14
   JOSE HUIZAR,
15
                 Defendant.
16

17        GOOD CAUSE having been shown, the Court hereby SHORTENS the time for
18   briefing Jose Huizar's Motion to Sever Jose Huizar's and Raymond Chan's Trials.  The
19   government's opposition, if any, shall be filed by noon on Thursday, December 15,
20   2022. After reviewing the papers, the Court, if necessary, will set a hearing.
21
22
23   DATED: December 12, 2022          _____
24                                           Hon. John F. Walter
                                         United States District Judge
25
26
27
28