# EXHIBIT A

| | |
|---|---|
| **From:** | Jenkins, Mack (USACAC) |
| **To:** | Jenkins, Mack (USACAC) |
| **Subject:** | Fw: United States v. Huizar; CR-20-326-JFW - request for ruling |
| **Date:** | Friday, December 9, 2022 8:44:28 AM |

**From:** Charles Snyder <Charles_Snyder@fd.org>
**Sent:** Monday, October 10, 2022 4:48 PM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Buxton, Jamari (USACAC) <JBuxton@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Castaneda, Patrick (USACAC) <PCastaneda@usa.doj.gov>
**Cc:** Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Carel Ale <Carel_Ale@fd.org>; Adam Olin <Adam_Olin@fd.org>
**Subject:** [EXTERNAL] United States v. Huizar; CR-20-326-JFW - request for ruling

We've had an unopposed application for a subpoena to Steve Meister pending for over eight months. Docket No. 365. I plan to apply ex parte for a ruling. Please let me know your position on the ex parte. Thank you.

Charles J. Snyder
Deputy Federal Public Defender
321 E. 2nd St. | Los Angeles, CA 90012
213.894.4407