# EXHIBIT C

| | |
|---|---|
| From: | Charles Snyder |
| To: | Jenkins, Mack (USACAC); Carel Ale; Adam Olin; Cuauhtemoc Ortega |
| Cc: | Palmer, Cassie (USACAC) 2; Har, Susan (USACAC); Civetti, Andrew (LA) (FBI) |
| Subject: | [EXTERNAL] Re: Position on XP App |
| Date: | Tuesday, November 29, 2022 10:04:21 AM |

The subpoena was filed on the docket.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Tuesday, November 29, 2022 9:53:07 AM
**To:** Charles Snyder <Charles_Snyder@fd.org>; Carel Ale <Carel_Ale@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>
**Cc:** Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** RE: Position on XP App

Got it, will add.  Thanks.
Further question -- do you have any record that you provided us a copy of the subpoena in advance of the filing or otherwise alerted us to the fact that your subpoena sought to compel the production of government emails?
Neither Veronica nor I have any such record or memory but I want to confirm you don't have a different record or memory.
Thanks.

-----Original Message-----
From: Charles Snyder <Charles_Snyder@fd.org>
Sent: Tuesday, November 29, 2022 9:14 AM
To: Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Carel Ale <Carel_Ale@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>
Cc: Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
Subject: [EXTERNAL] RE: Position on XP App

You can include this as our position on your ex parte application:

Jose Huizar filed a public and detailed subpoena application for the first time in February 2022.  Docket No. 365.  The government did not object then or at any time over the next eight months.  In October 2022, Huizar filed a request for ruling, fortuitously affording the government a second chance to object.  Docket No. 705.  The government voiced a partial privilege objection for the first time, id. ¶ 7, which the Court effectively overruled when granting the subpoena, see id. ¶ 10; Docket No. 715.  Now, the government seeks a third opportunity to assert new objections in order to shield relevant, nonprivileged communications with a key cooperator's counsel.  This is improper.  The government continues to lack standing.  The time for compliance with the subpoena has passed.  There are no new facts that warrant reconsidering the Court's October 2022 decision to issue the subpoena.  There is no good cause to relieve the government of its burden to timely file documents.  There is no legal basis to quash request 2.  Huizar therefore opposes the government's ex parte application to file a nine-month-late objection.

Charles J. Snyder

Deputy Federal Public Defender
321 E. 2nd St. | Los Angeles, CA 90012
213.894.4407

-----Original Message-----
From: Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
Sent: Monday, November 28, 2022 10:21 PM
To: Charles Snyder <Charles_Snyder@fd.org>; Carel Ale <Carel_Ale@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>
Cc: Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
Subject: Position on XP App

Charles — Me again.  As I mentioned in the email attached as an exhibit to your motion to enforce your R. 17 subpoena to Meister, we need to correct the record on our position just regarding item number 2.  I'm not sure how to do this exactly, but I'm just going to file an ex parte application tomorrow seeking permission to file an updated/amended position to your subpoena (which will be brief).
Can you please let me know what I should put down for your position on our ex parte application — just as to our request to file this short something?
Thanks.