# DECLARATION OF CAREL ALÉ

| Exhibit | Description | Citation |
|---|---|---|
| A | February 15, 2017 warrant application for authorization to place GPS tracking device on George Esparza's car | 1 |
| B | February 15, 2017 Order granting the government's warrant application | 1 |
| C | Government's April 3, 2017 *ex parte* application to extend the warrant for GPS tracking device | 1 |
| D | April 3, 2017 Order granting the government's extension request | 1 |
| E | Government's May 19, 2017 request for a second extension of the warrant for GPS tracking device | 1, 8 |
| F | May 19, 2017 Order granting the government's second extension request | 1, 8 |
| G | FBI 302 documenting the October 5, 2018 removal of the GPS tracker installed on George Esparza's car | 1 |
| H | May 12, 2017 Physical Surveillance Log documenting government surveillance of Esparza based on data obtained by the GPS tracker | 1 |
| I | Correspondence from October 16 through October 25, 2022 re: outstanding discovery requesting | 2 |
| J | Correspondence from November 16 and December 8, 2022 re: outstanding discovery requesting | 2 |
| K | August 12, 2017 302 documenting notifications sent to SA Civetti's FBI issued cellphone between July 1, 2017 and August 12, 2017, from the GPS tracking device on Esparza's car | 2, 8 |
| L | 302 Report of July 11, 2019 George Chiang interview | 2, 10 |
| M | Outline proffered by Chiang for July 11, 2019 interview | 3 |
| N | "Exhibit 2" to Outline proffered by Chiang for July 11, 2019 interview | 3 |
| O | Correspondence from December 4, 2022 through December 9, 2022 re: redacted documents | 3 |

## DECLARATION OF CAREL ALÉ

I, Carel Alé, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent José Luis Huizar in the above-entitled action.

2. I submit this declaration in support of Huizar's Motion to Compel (1) text notifications of GPS monitoring device placed on cooperator George Esparza's car pursuant to a warrant, and (2) documents voluntarily produced by cooperator George Chiang at a proffer and reviewed by the prosecution team.

3. Exhibit A is a true and correct copy of the February 15, 2017 warrant application to place a GPS tracking device on George Esparza's car. Exhibit A is being filed separately under seal.

4. Exhibit B is a true and correct copy of the February 15, 2017 Order granting the government's warrant application. Exhibit B is being filed separately under seal.

5. Exhibit C is a true and correct copy of the government April 3, 2017 *ex parte* application to extend the warrant for the GPS tracking device. Exhibit C is being filed separately under seal.

6. Exhibit D is a true and correct copy of the April 3, 2017 Order granting the government's extension request. Exhibit D is being filed separately under seal.

7. Exhibit E is a true and correct copy of the government's May 19, 2017 request for a second extension of the warrant for a tracking device. Exhibit E is being filed separately under seal.

8. Exhibit F is a true and correct copy of the May 19, 2017 Order granting the government's extension request. Exhibit F is being filed separately under seal.

9. Exhibit G is a true and correct copy of an FBI 302 documenting the October 5, 2018 removal of the GPS tracker installed on George Esparza's car. Exhibit G is being filed separately under seal.

10. Exhibit H is a true and correct copy of a May 12, 2017 Physical Surveillance Log documenting government surveillance of Esparza based on data obtained by the GPS tracker. Exhibit H is being filed separately under seal.

11. Attached as Exhibit I is a true and correct copy of email correspondence between the parties between October 16 and October 25, 2022 regarding several outstanding discovery requesting including Esparza's GPS data.

12. Attached as Exhibit J is a true and correct copy of email correspondence between the parties between November 16 and December 8, 2022 regarding several outstanding discovery requesting including Esparza's GPS data.

13. Exhibit K is a true and correct copy of the August 12, 2017 302 documenting notifications sent to SA Civetti's FBI issued cellphone between July 1, 2017 and August 12, 2017, from the GPS tracking device on Esparza's car.

14. Exhibit L is a true and correct copy of the 302 report of the government's July 11, 2019 interview of George Chiang. Exhibit L is being filed separately under seal.

15. Exhibit M is a true and correct copy of a document identified as an outline and produced by George Chiang and his attorney, Stanley Friedman, in connection with Chiang's July 11, 2019 proffer. Exhibit M is being filed separately under seal.

16. Attached as Exhibit N is a true and correct copy of "Exhibit 2" of documents proffered by Chiang in connection to his July 11, 2019 interview, as it was produced to the defense.

17. I have reviewed the 302 reports and notes of Chiang's additional proffer interviews with the government on March 3, 2020, March 17, 2020, and March 24, 2020. None of those 302 reports or notes document any discussion or assertion of privilege over previously produced documents.

18. Attached as Exhibit O is a true and correct copy of my December 4, 2022 email and the parties' subsequent correspondence about the redacted documents.

19. On December 9, 2022, I spoke with Mr. Chiang's attorney, Mr. Friedman. I explained to Mr. Friedman that the government claimed an exhibit he and Mr. Chiang

produced for the July 11, 2019 proffer was privileged. I explained to Mr. Friedman the circumstances of the privilege claim, namely that he and Mr. Chiang produced the exhibit but that the government claims it subsequently identified it as being privileged.

20. Mr. Friedman did not recall that incident at the time I spoke with him, but he agreed to review his records and follow up with me on December 12, 2022.

21. I also told Mr. Friedman that we planned to file a motion to compel the withheld exhibit on Monday but would be open to meeting and conferring about the exhibit and any alleged privilege claim.

22. On December 9, 2022, the government produced additional discovery including the spreadsheets with GPS data from the tracking device placed on Esparza's car. The spreadsheet included data from February 15, 2017 through July 3, 2017.

23. On December 12, 2022, Mr. Friedman called me back about the redacted exhibit and this motion.

24. After reviewing his records, Mr. Friedman advised that he believed that the exhibit could be privileged but that even if it were, the privilege did not belong to Mr. Chiang. Mr. Friedman advised that he took no position on this request.

25. Mr. Friedman could not recall one way or the other whether the government had reached out to him about the exhibit.

26. On December 12, 2022, the government advised that it given Mr. Friedman's position that the privilege was not Mr. Chiang's to assert, the government was reaching out to counsel for other parties to the communication to confirm who held the privilege, and whether they would invoke or waive for purposes of this case.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED: December 12, 2022         /s/Carel Alé
                                 CAREL ALÉ
                                 Deputy Federal Public Defender