# EXHIBIT I

**From:** Carel Ale
**To:** Jenkins, Mack (USACAC); Charles Snyder
**Cc:** Cuauhtemoc Ortega; Adam Olin; Palmer, Cassie (USACAC) 2; Civetti, Andrew (LA) (FBI); Har, Susan (USACAC)
**Subject:** RE: United States v. Jose Huizar; CR-20-326-JFW - Discovery
**Date:** Tuesday, October 25, 2022 5:08:00 PM

For Esparza's car GPS tracker, our understanding is that Agent Civetti would get notifications, either on his phone through text messages from phone number (712)739-0577, though there could have been messages from other phone numbers, or his email address. Can you please send us all of those notifications?

---

**From:** Jenkins, Mack (USACAC)
**Sent:** Friday, October 21, 2022 7:11 PM
**To:** Charles Snyder
**Cc:** Cuauhtemoc Ortega; Carel Ale; Adam Olin; Palmer, Cassie (USACAC) 2; Civetti, Andrew (LA) (FB ); Har, Susan (USACAC)
**Subject:** RE: United States v Jose Huizar; CR-20-326-JFW - Discovery

I hear what you are saying. We will double check.

---

**From:** Charles Snyder
**Sent:** Friday, October 21, 2022 12:09 PM
**To:** Jenkins, Mack (USACAC)
**Cc:** Cuauhtemoc Ortega; Carel Ale; Adam Olin; Palmer, Cassie (USACAC) 2; Civetti, Andrew (LA) (FB ); Har, Susan (USACAC)
**Subject:** [EXTERNAL] RE: United States v Jose Huizar; CR-20-326-JFW - Discovery

Last time we asked for phone GPS data, the initial answer was that the government never got it, but then it turned out that the government got and lost it (see attached). While lots of weird things happen, it seems very weird that the government would go through the process of getting a car-tracking warrant in a case like this and not keep any record of the pings somewhere. And, as with the phone GPS data, Agent Civetti claimed that he reviewed the information received from the tracker when applying for warrants. When we pointed this out last time, you and he looked again and found out that some of the data was available. So we would ask that you double check to make sure that this data is not available somewhere, even if you are not currently aware of it.

> F. **INFORMATION OBTAINED DURING FIRST 45-DAY TRACKING PERIOD**
>
> 53. I reviewed the information received over the authorized 45-day time period from February 15, 2017 to March 28, 2017 for the **SUBJECT VEHICLE**. During this time period the **SUBJECT VEHICLE** was observed at multiple locations that bear significance to the investigation. These instances are represented in the chart below. Specifically, the **SUBJECT VEHICLE** was identified at ZHENG's residence, La Vue and the Ho Kee Café on at least one occasion. Based on review of ZHENG's email, the Ho Kee Café was identified as a Chinese restaurant owned by or significantly associated with ZHENG. Based on my training, experience and knowledge of the investigation, I believe ESPARZA frequents La Vue and the Ho Kee Café to conduct business on behalf of HUIZAR. In addition, ESPARZA

---

**From:** Jenkins, Mack (USACAC)
**Sent:** Thursday, October 20, 2022 7:40 PM
**To:** Charles Snyder
**Cc:** Cuauhtemoc Ortega; Carel Ale; Adam Olin; Palmer, Cassie (USACAC) 2; Civetti, Andrew (LA) (FB ); Har, Susan (USACAC)
**Subject:** RE: United States v Jose Huizar; CR-20-326-JFW - Discovery

Hi Charles: Responses to each in red underline below. Regarding SA Civetti (cc d), you should feel free to include him on your discovery requests (saves me an email), but I appreciate you checking. On the same topic, you can cut (at least for now) Jamari Buxton and Patrick Castaenda your discovery requests (and I have dropped them from this thread).

---

**From:** Charles Snyder
**Sent:** Sunday, October 16, 2022 8:41 PM
**To:** Jenkins, Mack (USACAC); Palmer, Cassie (USACAC) 2; Har, Susan (USACAC); Buxton, Jamari (USACAC); Castaneda, Patrick (USACAC)
**Cc:** Cuauhtemoc Ortega; Carel Ale; Adam Olin
**Subject:** [EXTERNAL] United States v Jose Huizar; CR-20-326-JFW - Discovery

Hi, all

Following up on our earlier discovery requests, we have some additional ones

1. **GPS Tracker Data from Esparza's Car.** The government had a ping warrant on Esparza s car for an extended period of time   Please produce the ping data   Also, just to confirm, the FBI says that, at some point, it lost all of the ping data for Esparza s phone, right?
    a. **Gov't Response:** According to the FBI technology unit  the manner in which GPS data for vehicles is obtained is that the ping is used in real time to take investigative steps that are otherwise documented (e g   surveillance)   It is not independently collected and preserved   So there is nothing to produce   As to your second question  that is not correct   Around 50% of Esparza s phone ping data was maintained and provided to you in discovery    The remaining 50% for Esparza s phone ping data was inadvertently not maintained by the FBI   This issue was discussed in a prior FBI 302 (Serial 1939) produced to you  which I have reattached for your convenience
2. **Godoy recording (Bates 341392)**   Please produce the two-hour recording from Francine Godoy s meeting with your undercover agent
    a. **Gov't Response:**  We are tracking this down.  The actual recording itself is highly sensitive information because it contains the voice of an active FBI UC agent so there are high level safety concerns.
3. **302/Notes from Hayward's April 2021 Interview (Bates 2085852)**   We have a recording of Nate Hayward s April 2021 interview, but no 302/notes   While we understand that the recording is the best version of what was said during the recorded portion of the interview, sometimes the 302 and notes contain additional information   Please produce them if they exist
    a. **Gov't Response**:  This 302 should have been produced to you   We apologize for the oversight   We are processing for discovery and will get to you shortly

I didn t copy Agent Civetti on this email, but let me know if you want me to do so for future discovery requests

Thanks,
Charles