# EXHIBIT O

| | |
|---|---|
| **From:** | Jenkins, Mack (USACAC) |
| **To:** | Carel Ale |
| **Cc:** | Cuauhtemoc Ortega; Charles Snyder; Adam Olin; Kristina Beck; Palmer, Cassie (USACAC) 2; Harland Braun; Brendan Pratt; Civetti, Andrew (LA) (FBI); Har, Susan (USACAC) |
| **Subject:** | RE: US v. Huizar: Q re Chiang redaction of proffered documents/Esparza GPS |
| **Date:** | Monday, December 12, 2022 2:27:59 PM |
| **Attachments:** | image001.png |

Understood. Thanks for the heads up.

As to the redacted communications, we have now also spoken to Mr. Friedman on behalf of Chiang and to our PRT leader who did the redactions. You are correct that Mr. Friedman is now saying he is not invoking a/c priv because it's not his to assert. So we currently reaching out to counsel for the other parties to the communication to confirm whose privilege it is and whether they want to invoke it or whether they will waive it for purposes of this case. Will let you know what we hear back.

**From:** Carel Ale <███████████>
**Sent:** Monday, December 12, 2022 12:03 PM
**To:** Jenkins, Mack (USACAC) <███████████>
**Cc:** Cuauhtemoc Ortega <███████████>; Charles Snyder <███████████>; Adam Olin <███████████>; Kristina Beck <███████████>; Palmer, Cassie (USACAC) 2 <███████████>; Harland Braun <███████████> Brendan Pratt <███████████> Civetti, Andrew (LA) (FBI) <███████████>; Har, Susan (USACAC) <███████████>
**Subject:** [EXTERNAL] RE: US v. Huizar: Q re Chiang redaction of proffered documents/Esparza GPS

Mack:

Thanks for your responses.

Given the government's position and the quickly approaching trial date, we plan to file a motion to compel the production of the redacted exhibit later today and notice it for January 9, 2023 hearing date. As I explained previously, any privilege has been waived by Chiang's voluntary production of the document to the government. The exhibit was knowingly and voluntarily produced--it is cited in the outline Chiang produced to and reviewed by the government and it has an exhibit cover page (evidencing that the documents were curated and specifically selected for purposes of the proffer). Moreover, it was not Chiang nor his attorney who purportedly asserted the privilege but the government and its privilege review team (who have no standing to assert Chiang's privilege) at some unknown time. There is also no documentation of any assertion by Chiang or his attorney nor did Stan Friedman recall claiming privilege over the exhibit when I spoke to him on Friday (though he said he'd get back to me today after reviewing his records). Chiang also describes the document as including a letter to the Mayor's office which would not be protected by attorney-client privilege.

The motion will also seek to compel the GPS text notifications from SA Civetti's phone. After reviewing the excel spreadsheet produced on Friday, the excel spreadsheet only contains information from February 15 through July 3, 2017, the time authorized by the warrant, but it does not include any information from the time after July 3, 2017 through October 5, 2018, when the GPS

tracker was finally removed from Esparza's car. Further, as previously explained, SA Civetti's charts have contained inaccuracies in the past that necessitate the data for the defense to confirm or dispel his assertions.

We also plan to file under seal various exhibits containing 302 reports, proffered documents, warrant applications, and orders pursuant to the protective order.

Please feel free to give me a call if you'd like to discuss or if the government is willing to change its position on any of the above.

Thanks,

Carel

---

**From:** Jenkins, Mack (USACAC) 
**Sent:** Friday, December 9, 2022 5:30 PM
**To:** Carel Ale
**Cc:** Cuauhtemoc Ortega ; Charles Snyder ; Adam Olin ; Kristina Beck ; Palmer, Cassie (USACAC) 2 ; Harland Braun ; Brendan Pratt ; Civetti, Andrew (LA) (FBI) ; Har, Susan (USACAC)
**Subject:** RE: US v. Huizar: Q re Chiang redaction of proffered documents

Hi Carel:

1. I have reviewed my and what I have access to from Veronica's emails before and after the time of this 7/11/19 proffer session and do not see any correspondence about it.  I have also left a message for Mr. Chiang's counsel to see if he recalls or has any records related to these documents, but have not heard back.  Thus, so far it seems the answer continues to be it was a verbal discussion.
2. Andy is traveling for the holidays and Veronica does not have a precise recollection of whether she reviewed the documents or not, and I did not see any emails indicating she had viewed them.  I have asked our PRT to review their files to see if the can confirm who specifically sent them the docs, and am still waiting, but my understanding remains that it was someone from the prosecution team.

---

**From:** Carel Ale >
**Sent:** Friday, December 9, 2022 3:40 PM
**To:** Jenkins, Mack (USACAC)
**Cc:** Cuauhtemoc Ortega ; Charles Snyder >; Adam Olin ; Kristina Beck >; Palmer, Cassie (USACAC) 2 Harland Braun >; Brendan Pratt Civetti, Andrew (LA) (FBI) Har, Susan (USACAC)
**Subject:** [EXTERNAL] RE: US v. Huizar: Q re Chiang redaction of proffered documents

Mack:

Can you please advise re the below? Thanks.

Carel

**From:** Carel Ale
**Sent:** Monday, December 5, 2022 8:09 AM
**To:** 'Jenkins, Mack (USACAC)'
**Cc:** Cuauhtemoc Ortega <　　　　　　　　　　>; Charles Snyder　　　　　　　　　　　　;
Adam Olin　　　　　　　　　　; Kristina Beck <Kristina_Beck@fd.org>; Palmer, Cassie (USACAC) 2
　　　　　　　　　　　　　　Braun　　　　　　　　　　　　Brendan Pratt
　　　　　　　　　　　　　Civetti, Andrew (LA) (FBI)　　　　　　　; Har, Susan (USACAC)
**Subject:** RE: US v. Huizar: Q re Chiang redaction of proffered documents

Yes, would appreciate confirmation on both of those issues. Thanks.

**From:** Jenkins, Mack (USACAC) <　　　　　　　　　　>
**Sent:** Monday, December 5, 2022 8:03 AM
**To:** Carel Ale　　　　　　　　　>
**Cc:** Cuauhtemoc Ortega　　　　　　　　　　　　Charles Snyder　　　　　　　　　　　　
Adam Olin　　　　　　　　　　; Kristina Beck　　　　　　　　　　; Palmer, Cassie (USACAC) 2
　　　　　　　　　　　　Harland Braun <　　　　　　　　　　Brendan Pratt
　　　　　　　　　　　; Civetti, Andrew (LA) (FBI)　　　　　　　　>; Har, Susan (USACAC)
**Subject:** RE: US v. Huizar: Q re Chiang redaction of proffered documents

I think it was only verbal but will confirm. And I have not personally viewed them but someone on the government (outside of our PRT) did because it was someone on our side that flagged them. Can't recall if it was Andy and/or Veronica, but, to the extent that matters, can confirm that too.

**From:** Carel Ale　　　　　　　　　
**Sent:** Monday, December 5, 2022 7:50 AM
**To:** Jenkins, Mack (USACAC) <　　　　　　　　>
**Cc:** Cuauhtemoc Ortega　　　　　　　　　　　　Charles Snyder　　　　　　　　　　
Adam Olin　　　　　　　　　; Kristina Beck　　　　　　　　　>; Palmer, Cassie (USACAC) 2
　　　　　　　　　　Harland Braun <　　　　　　　　　>; Brendan Pratt
　　　　　　　　　　　　, Andrew (LA) (FBI)　　　　　　　; Har, Susan (USACAC)
　　　　　　　　　　: US v. Huizar: Q re Chiang redaction of proffered documents

Thanks for the explanation, Mack.

Can you please provide the email or report documenting that clawback request? And can you confirm that no former or current member of the prosecution team, including investigating agents, reviewed those documents?

---

**From:** Jenkins, Mack (USACAC) <​​​​​​​​​​​​​​​​​​​​>
**Sent:** Monday, December 5, 2022 7:43:08 AM
**To:** Carel Ale
**Cc:** Cuauhtemoc Ortega <​​​​​​​​​​​​​​​​​​​​> Charles Snyder <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> Adam Olin g>; Kristina Beck >; Palmer, Cassie (USACAC) 2 ; Harland Braun ; Brendan Pratt >; Civetti, Andrew (LA) (FBI) >; Har, Susan (USACAC)
**Subject:** RE: US v. Huizar: Q re Chiang redaction of proffered documents

You are welcome.
Sure -- Mr. Chiang stated the inclusion of privileged documents was inadvertent and thus not voluntary.  And I have not reviewed them.  As previously briefed in various motions, we disagree with your position on waiver – be it attorney-client privilege or Constitutional – as improperly expansive.  Accordingly, we believe we must protect these witnesses' privileges/rights and will not be providing the requested documents unless ordered to do so by Judge Walter.

---



**From:** Carel Ale >
**Sent:** Sunday, December 4, 2022 9:11 PM
**To:** Jenkins, Mack (USACAC) <​​​​​​​​​​​​​​​​​​​​>
**Cc:** Cuauhtemoc Ortega ; Charles Snyder >; Adam Olin Kristina Beck ; Palmer, Cassie (USACAC) 2 ; Harland Braun ; Brendan Pratt , Andrew (LA) (FBI) Har, Susan (USACAC)
**Subject:** [EXTERNAL] RE: US v. Huizar: Q re Chiang redaction of proffered documents

Mack:

Thanks for the quick response.

Mr. Chiang's attorney provided those supporting documents to the government during a 2019 proffer thereby destroying any attorney client privilege session (the "Agent Note" at the beginning of 302 states "CHIANG's attorney proffered information (Exhibit A and C) and the exhibits' supporting documents (Exhibits B and D respectively)"). As you know, "Attorney-client communications 'made in the presence of, or shared with, third-parties destroys the confidentiality of the communications and the privilege protection that is dependent upon that confidentiality.'" Govt's Op. to Joint MTD

(ECF No. 316 at 30 (citing Nidec Corp. v. Victor Co. of Japan, 249 F.R.D. 575, 578 (N.D. Cal. 2007)). See also, In re Pacific Pics., 679 F.3d 1121, 1126-27 (9th Cir. 2012) ("Most pertinent here is that voluntarily disclosing privileged documents to third parties will generally destroy the privilege.") (citing Hernandez v. Tanninen, 604 F.3d 1095, 1100 (9th Cir. 2010)); see also, id. at 1128 (refusing "to adopt a new privilege to protect disclosures of attorney-client privileged materials to the government").

Please produce those withheld documents as soon as possible. If you believe Mr. Chiang's voluntary production of these documents to the government at his 2019 proffer did not destroy his attorney-client privilege, please timely provide a basis for your belief and any supporting documentation.

Best,

Carel

---

**From:** Jenkins, Mack (USACAC) <█████████████>
**Sent:** Sunday, December 4, 2022 7:59 PM
**To:** Carel Ale <█████████████>
**Cc:** Cuauhtemoc Ortega <█████████████>; Charles Snyder <█████████████>; Adam Olin <█████████████>; Kristina Beck <█████████████>; Palmer, Cassie (USACAC) 2 <█████████████>; Harland Braun <█████████████>; Brendan Pratt <█████████████>; Civetti, Andrew (LA) (FBI) <█████████████>; Har, Susan (USACAC) <█████████████>
**Subject:** RE: US v. Huizar: Q re Chiang redaction of proffered documents

Hi Carel:  Yes the government's privilege review team redacted the content as attorney-client privileged communications.

---

**From:** Carel Ale <█████████████>
**Sent:** Sunday, December 4, 2022 4:07 PM
**To:** Jenkins, Mack (USACAC) <█████████████>; Palmer, Cassie (USACAC) 2 <█████████████>; Har, Susan (USACAC) <█████████████>; Civetti, Andrew (LA) (FBI) <█████████████>
**Cc:** Cuauhtemoc Ortega <█████████████>; Charles Snyder <█████████████>; Adam Olin <A█████████████>; Kristina Beck <█████████████>; Harland Braun <█████████████>; Brendan Pratt <█████████████>
**Subject:** [EXTERNAL] US v. Huizar: Q re Chiang redaction of proffered documents

Hi all,

There are four pages redacted from documents George Chiang's attorney proffered at Mr. Chiang's July 11, 2019 proffer session. It looks like the documents were redacted by the government's privilege team:



Can you please confirm if this was redacted by the government and if so, what was the legal basis for that redaction?

Thanks,

Carel

--------------------------------------------------------------------------
**Carel Alé | Deputy Federal Public Defender**