CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
CHARLES SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
José Luis Huizar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS HUIZAR, *et al.*,<br><br>Defendants. | Case No. 20-CR-0326-JFW<br><br>**[PROPOSED] ORDER RE JOSE LUIS HUIZAR'S MOTION TO COMPEL PRODUCTION OF (1) TEXT NOTIFICATIONS OF GPS TRACKER, AND (2) EXHIBIT PROFFERED BY COOPERATOR GEORGE CHIANG DURING HIS JULY 11, 2019 INTERVIEW** |

The Court has read and considered Defendant Jose Luis Huizar's Motion to Compel Production of (1) text notification of GPS monitoring device on George Esparza's car, and (2) previously withheld "Exhibit 2" proffered by George Chiang during his July 11, 2019 interview. Good cause having shown, it is hereby ordered that the government must produce the requested materials forthwith.

Dated: _____, 202_   _____
                                HONORABLE JOHN F. WALTER
                                United States District Judge