CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
CHARLES SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
José Luis Huizar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS HUIZAR, *et al.*, <br><br> Defendants. | Case No. 20-CR-0326-JFW <br><br> **ORDER RE *EX PARTE* APPLICATION TO FILE EXHIBITS A-H AND K-N IN SUPPORT OF JOSE LUIS HUIZAR'S MOTION TO COMPEL [ECF No. 862] UNDER SEAL** |

The Court has read and considered the Unopposed *Ex Parte* Application to file Exhibits A-H and K-M in Support of Jose Luis Huizar's Motion to Compel. (ECF No. 862.) Good cause having shown, it is hereby ordered that the application to seal Exhibits A-H and K-M in support of Mr. Huizar's motion to compel shall be filed under seal.

Dated: December 13, 2022    _____
HONORABLE JOHN F. WALTER
United States District Judge