# DECLARATION OF CAREL ALÉ

## Table of Exhibits

| Exhibit | Description | Cite |
|---|---|---|
| A | Chart analyzing file type of government's December 2, 2022 *Brady/Giglio* Production | 2, 4 |
| B | Email Correspondence re: government's additional production of exhibits, transcripts and other documents | 2, 4 |
| C | Index of government's December 9, 2022 discovery production | 2, 4 |
| D | Chart analyzing file type of government's December 9, 2022 discovery production | 2, 4 |
| E | Chart of government's discovery productions to Shen Zhen New World, LLC | 2, 4 |
| F | Exemplars of Government's Highlighted Documents (Filed Under Seal) | 3 |

## DECLARATION OF CAREL ALÉ

I, Carel Alé, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent José Luis Huizar in the above-entitled action.

2. Attached as Exhibit A is a true and correct copy of a chart listing the files and file types produced as *Brady/Giglio* evidence by the government on December 2, 2022.

3. Attached as Exhibit B is a true and correct copy of the full email correspondence related to the government's additional transcripts. The government produced a part of this correspondence as "Exhibit B" to its opposition. (ECF No. 858.)

4. Attached as Exhibit C is a true and correct copy of the government's index of its December 9, 2022 discovery production.

5. Attached as Exhibit D is a true and correct copy of a chart listing the files and file types of the new files included in the government's December 9, 2022 production. The production reproduced some files; those were excluded from this chart.

6. Attached as Exhibit E is a true and correct copy of a chart the government produced related to its discovery productions to SZNW. I excluded or redacted columns that superfluous to the Reply.

7. Exhibit F consists of true and correct copies of three examples of the government's highlighted documents, a linesheet transcript and two "debriefs." Exhibit F consists of documents produced pursuant to the Court's Protective Order and is being concurrently filed under seal.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED: December 14, 2022          /s/Carel Alé
                                   CAREL ALÉ
                                   Deputy Federal Public Defender