# Exhibit A

| 12/13/2022 | File Types | 5:15 PM |

# FolderSizes

Disk Space Analysis Report - 12/13/2022 9:41:43 AM

**Report path(s) - "\\lsnglitsup.cac.fd.pvt\Huizar\Huizar Trial 01  (2022-12-02) Brady"**

| Type | Ext | Percentage | Files | Size | Allocated | Size (Bytes) | Allocated (Bytes) |
|---|---|---|---|---|---|---|---|
| Adobe Acrobat Document | .pdf | 100.00% | 65 | 150 MB | 150 MB | 157,846,006 | 157,982,720 |
| **TOTALS:** | | | **65** | **150 MB** | **150 MB** | **157,846,006** | **157,982,720** |