# Exhibit B

| | |
|---|---|
| **From:** | Carel Ale |
| **To:** | Palmer, Cassie (USACAC) 2; Harland Braun; Brendan Pratt; Charles Snyder; Adam Olin; Cuauhtemoc Ortega |
| **Cc:** | Jenkins, Mack (USACAC); Quach, Lynda (USACAC) [Contractor]; Har, Susan (USACAC); Civetti, Andrew (LA) (FBI); Kristina Beck |
| **Subject:** | RE: US v. Huizar and Chan; CR-20-326-JFW - Additional Transcripts |
| **Date:** | Wednesday, December 7, 2022 10:06:00 AM |
| **Attachments:** | image001.png |

Cassie,

Your email misconstrues our respective obligations, and fails to take into account that the government's failure to meaningfully comply with the Court's scheduling order has prejudiced our ability to prepare for trial, as set forth in our ex parte application.

1. As you know, the transcript deadline is January 20, 2023—there's no deadline for us to give you our objections to the transcripts ahead of that deadline. It's surprising that government would be asking for Rule of Completeness analysis when the government is two months late in identifying the relevant sections of the recordings and even then, has not managed to do so for all of its proposed exhibits. Providing highlighted transcripts to *some*, not all, of the recordings now does absolve the government of failing to meet the Court's Trial Order.

   The government made us expend dozens of hours going through the government's disorganized and nonfinal exhibits. The ex parte scratches the surface, but we spent eight hours in a room together going over 1,000+ exhibits and explaining repeatedly how what you had given us defeated the purpose of the deadlines and wasted our time. Also, our date of providing exhibits, contrary to yours, has not lapsed.

2. We will let you know if there are additional English language recordings that are still missing transcripts.

Thanks,

Carel

---

**From:** Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>
**Sent:** Wednesday, December 7, 2022 9:22 AM
**To:** Harland Braun <harland@braunlaw.com>; Brendan Pratt <brendan@braunlaw.com>; Carel Ale <Carel_Ale@fd.org>; Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Quach, Lynda (USACAC) [Contractor] <Lynda.Quach@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** Re: US v. Huizar and Chan; CR-20-326-JFW - Additional Transcripts

Dear Counsel,

As discussed previously, we have been providing you with highlighted transcripts on a rolling basis.

Per the DFPDs' request, we first focused on Businessperson A-Huizar highlights, which we provided a month ago. We estimated the next batch by early this week but beat our timing by providing an additional set of 20 on Friday and the remaining batch last night, all ahead of the anticipated timing we discussed.

With respect to the most recent batch, last night we uploaded to USAfx 36 additional highlighted transcripts and debriefs of the portions of the recordings we intend to introduce at trial in our case in chief. We removed the subfolders that separated the transcripts by participants because we thought it was confusing and would be easier for everyone to simply sort by exhibit number. The folder is located here: ███████████████████████████████████████████.

We now have provided a total of 66 transcripts and highlighted debriefs.

- 43 of the files are transcripts. Most transcripts include highlights of the portion(s) we intend to admit in our case in chief. If there are no highlights, we intend to introduce the entire contents of the transcript. As we previously noted, the reason we have included the full transcripts in the past instead of simply providing separate clips, without the context, is (1) expedite your review of the most salient portion of the recordings for the government's case and (2) to facilitate your review for rule of completeness purposes. Indeed, this time intensive process has been specifically requested by prior defense teams. That is why were surprised and remain confused that you complained about this practice to the Court, so please let us know if you'd like us to cease this practice.

- As we did in other trials, defense counsel has reviewed these highlighted transcripts for rule of completeness/accuracy and had raised any issues to facilitate our preparation of final versions of the transcripts. **To date, you have not provided any feedback regarding Rule of Completeness/accuracy of the transcripts we have provided for any of the highlighted transcripts, including those provided a month ago. Can you please advise when you intend to do so?**

- 23 of the files are detailed source debriefs with highlights of the portions we intend to introduce (the debriefs are in their own folder named "Highlighted Source Debriefs"). The foreign language translations of these recordings remain pending, but the detailed debriefs clearly identify the subject matter we intend to introduce.

- We are cutting exhibits 252, 264, 266, and 267.

The only two outstanding items are Chan's 11/07 and 11/08 FBI interviews. For those, the indictment alleges Mr. Chan's false statements, which are easily identified in the interviews. We are in process of reviewing the interviews for any additional clips beyond the false statements and anticipate providing those by the end of next week. With the exception of the Chan FBI interviews, **based on our records, we have now provided all highlighted transcripts for the English recordings and all highlighted detailed summaries for translations for the trial exhibits. Please let us know if you disagree.**

Thanks,

Cassie

**Cassie D. Palmer | Assistant United States Attorney**
**Public Corruption & Civil Rights Section**

---

**From:** Palmer, Cassie (USACAC) 2
**Sent:** Friday, December 2, 2022 10:48 PM
**To:** Harland Braun <harland@braunlaw.com>; Brendan Pratt <brendan@braunlaw.com>; Carel Ale <Carel_Ale@fd.org>; Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; 'Cuauhtemoc Ortega' <Cuauhtemoc_Ortega@fd.org>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Quach, Lynda (USACAC) [Contractor] <lquach1@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** RE: [EXTERNAL] Re: US v. Huizar and Chan; CR-20-326-JFW - Additional Transcripts

Dear Counsel,

As promised, we are continuing to provide highlighted transcripts on a rolling basis in advance of our transcripts and translations deadline on January 20. To that end, we've uploaded to USAfx 22 additional highlighted transcripts of recordings we intend to introduce at trial. The folder is located here: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The 8 highlighted transcripts we previously provided (on November 11) are located in the same folder.

Thanks,

Cassie

**Cassie D. Palmer | Assistant United States Attorney**
**Public Corruption & Civil Rights Section**

---

**From:** Harland Braun <harland@braunlaw.com>
**Sent:** Thursday, December 1, 2022 11:26 AM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Carel Ale <Carel_Ale@fd.org>; Raymond Chan <ray.sw.chan@gmail.com>; Jeremy Chan <jeremychan.la@gmail.com>
**Cc:** Charles Snyder <Charles_Snyder@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Adam Olin <Adam_Olin@fd.org>; Brendan Pratt <brendan@braunlaw.com>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Quach, Lynda (USACAC) [Contractor] <lquach1@usa.doj.gov>; Buxton, Jamari (USACAC) <JBuxton@usa.doj.gov>; Kristina Beck <Kristina_Beck@fd.org>
**Subject:** RE: [EXTERNAL] Re: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

th

What about a meet and confer for December 7 at 9 AM at the FBI headquarters in West Los Angeles.

Maybe by that time, the government will figure out why the idea that Huang was bribing Huizar with trips to Las Vegas defies common sense. If you cannot figure that out, I will confidentially tell Martin Estrada to help him avoid a prosecution that is an Anti-Chinese embarrassment.

Sincerely,
Harland Braun



This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

---

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Wednesday, October 12, 2022 3:33 PM
**To:** Harland Braun <harland@braunlaw.com>; Carel Ale <Carel_Ale@fd.org>
**Cc:** Charles Snyder <Charles_Snyder@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Adam Olin <Adam_Olin@fd.org>; brendan@braunlaw.com; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Quach, Lynda (USACAC) [Contractor] <Lynda.Quach@usdoj.gov>; Buxton, Jamari (USACAC) <Jamari.Buxton@usdoj.gov>; Kristina Beck <Kristina_Beck@fd.org>
**Subject:** RE: [EXTERNAL] Re: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

Thanks for your responses. We will ask Lynda (cc'd) to look out for hard drives from you and Carel.

---

**From:** Harland Braun <harland@braunlaw.com>
**Sent:** Wednesday, October 12, 2022 3:19 PM
**To:** Carel Ale <Carel_Ale@fd.org>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Charles Snyder <Charles_Snyder@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Adam Olin <Adam_Olin@fd.org>; brendan@braunlaw.com; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Quach, Lynda (USACAC) [Contractor] <lquach1@usa.doj.gov>; Buxton, Jamari (USACAC) <JBuxton@usa.doj.gov>; Kristina Beck <Kristina_Beck@fd.org>
**Subject:** [EXTERNAL] Re: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

Mack,

We would also like the government's exhibits provided via hard drive. We will order and send a hard drive to Lynda Quach through Amazon.

Thanks,
Harland

On Tue, Oct 11, 2022 at 8:42 PM Carel Ale <Carel_Ale@fd.org> wrote:

> Mack:
>
> We'd like the exhibits provided via hard drive. We'll have a hard drive sent over c/o Lynda as soon as possible.
>
> Thanks.
>
> Carel
>
> ---
>
> **From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
> **Sent:** Tuesday, October 11, 2022 7:11 PM
> **To:** Charles Snyder <Charles_Snyder@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Carel Ale <Carel_Ale@fd.org>; Adam Olin <Adam_Olin@fd.org>; Harland Braun <harland@braunlaw.com>; brendan@braunlaw.com <brendan@braunlaw.com>
> **Cc:** Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Quach, Lynda (USACAC) [Contractor] <Lynda.Quach@usdoj.gov>; Buxton, Jamari (USACAC) <Jamari.Buxton@usdoj.gov>
> **Subject:** US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists
>
> Counsel – attached please find the Exhibit List and Witness List for *United States v. Jose Huizar and Raymond Chan* set for trial 2/21/23.  The exhibits themselves are voluminous so <u>please let us know if you prefer to obtain them via a hard drive (that you provide to us) or via USAFX</u> (which, in our experience, will take significant time in the downloading process).
>
> **Mack E. Jenkins | Assistant United States Attorney**
> **Chief | Public Corruption & Civil Rights Section**
> ████████████████████████████████████████