# Exhibit D

12/13/2022 File Types 8:57 PM

# FolderSizes

Disk Space Analysis Report - 12/13/2022 10:20:59 AM

**Report path(s) - "\\lsnglitsup.cac.fd.pvt\Huizar\Huizar Trial 02  (2022-12-09)\01.  FBI Serials"; "\\lsnglitsup.cac.fd.pvt\Huizar\Huizar Trial 02  (2022-12-**

| Type | Ext | Files | Size |
| --- | --- | --- | --- |
| EVF File | .evf | 150 | 88.9 GB |
| Adobe Acrobat Document | .pdf | 1,383 | 2.84 GB |
| JPG File | .jpg | 6,167 | 2.80 GB |
| WAV Audio File (VLC) | .wav | 5 | 1.56 GB |
| MP4 Video File (VLC) | .mp4 | 2 | 1.44 GB |
| MP3 Audio File (VLC) | .MP3 | 7 | 1.08 GB |
| IrfanView TIF File | .tif | 6,785 | 611 MB |
| Application | .exe | 34 | 172 MB |
| Data Base File | .db | 17 | 109 MB |
| IrfanView PNG File | .PNG | 344 | 97.7 MB |
| Outlook Item | .msg | 25 | 55.1 MB |
| E-mail Message | .eml | 254 | 17.7 MB |
| DAT File | .dat | 2 | 12.9 MB |
| Text Document | .txt | 1,173 | 12.4 MB |
| M4A Audio File (VLC) | .m4a | 1 | 4.90 MB |
| Microsoft PowerPoint Presentation | .pptx | 1 | 4.48 MB |
| OPT File | .opt | 2 | 4.15 MB |
| Microsoft Excel Comma Separated Values File | .csv | 2 | 3.04 MB |
| Microsoft Word Document | .docx | 27 | 2.21 MB |
| IrfanView BMP File | .bmp | 2 | 1.47 MB |
| Microsoft Excel Worksheet | .XLSX | 36 | 931 KB |
| Calendar | .ics | 4 | 8.26 KB |
| Text Document | .log | 1 | 358 bytes |
| **TOTALS:** | | **16,424** | **99.7 GB** |