# Exhibit E

| PRODUCTION NO. | DESCRIPTION | PROD_BEGDOC | PROD_ENDDOC | PROTECTIVE ORDER | RECIPIENT (PARTY/DEFENDANT) | PRODUCTION DATE |
|---|---|---|---|---|---|---|
| | TRIAL PRODUCTION 001 | | | | | |
| 001 | 2014.02.22 Radar Screen_English_Final | SZNW_TRIAL_00001 | SZNW_TRIAL_00001 | | SZNW, Chan, Huizar | August 12, 2022 |
| 001 | 2014.03.31 Radar Screen [construction issues - NT]_English_Fiinal | SZNW_TRIAL_00002 | SZNW_TRIAL_00003 | | SZNW, Chan, Huizar | August 12, 2022 |
| 001 | 2016.07.30 Email Re Hotel Study_English_Final | SZNW_TRIAL_00004 | SZNW_TRIAL_00005 | Yes - Sensitive | SZNW, Chan, Huizar | August 12, 2022 |
| 001 | 2016.10.19 Email RZ-JH re LA Hotel Letter_English_Final | SZNW_TRIAL_00006 | SZNW_TRIAL_00007 | Yes - Sensitive | SZNW, Chan, Huizar | August 12, 2022 |
| 001 | Certification | SZNW_TRIAL_00008 | SZNW_TRIAL_00009 | | SZNW, Chan, Huizar | August 12, 2022 |
| 001 | 1D451 - Virginia Clark Recording | SZNW_TRIAL_00010 | SZNW_TRIAL_00010 | | SZNW, Chan, Huizar | August 12, 2022 |
| 001 | FW_ [EXTERNAL] Fwd_ Transient Occupancy Tax agreements - downtown_Redacted | SZNW_TRIAL_00011 | SZNW_TRIAL_00013 | | SZNW, Chan, Huizar | August 12, 2022 |
| | TRIAL PRODUCTION 002 | | | | | |
| 002 | 2016.08.01 - Email_Fwd_Meeting with CM Huizar This Week | SZNW_TRIAL_00014 | SZNW_TRIAL_00015 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2016.08.01 - Email_Los Angeles Hotel | SZNW_TRIAL_00016 | SZNW_TRIAL_00017 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2016.08.03 - Email_Downtown Project Meeting Tomorrow | SZNW_TRIAL_00018 | SZNW_TRIAL_00018 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2016.08.04 - Email_Folllowing Up On Bunker Hill Project | SZNW_TRIAL_00019 | SZNW_TRIAL_00020 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2016.08.04 - Email_See You At 2 Today | SZNW_TRIAL_00021 | SZNW_TRIAL_00021 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2016.08.05 - Email_Invitation_LA Hotel_Wed August 10, 2016_11:30 am - 12 pm (Kevin.keller@lacity.org) | SZNW_TRIAL_00022 | SZNW_TRIAL_00022 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | Certification of Translation_Chinese into English_2022.08.17 | SZNW_TRIAL_00023 | SZNW_TRIAL_00024 | | SZNW | August 19, 2022 |
| 002 | Zheng_Huang 2218 Report - for translation_English_Final (Converted PDF File) | SZNW_TRIAL_00025 | SZNW_TRIAL_00027 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | Zheng_Huang 2218 Report - for translation_English_Final (Native Spreadsheet) | SZNW_TRIAL_00028 | SZNW_TRIAL_00028 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | Zheng_Huang 6798 Report - for translation_English_Final (Converted PDF File) | SZNW_TRIAL_00029 | SZNW_TRIAL_00029 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | Zheng_Huang 6798 Report - for translation_English_Final (Native Spreadsheet) | SZNW_TRIAL_00030 | SZNW_TRIAL_00030 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2022.08.11_302 Darius Hatami Interview | SZNW_TRIAL_00031 | SZNW_TRIAL_00032 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2022.08.11_Agent Notes_Darius Hatami Interview | SZNW_TRIAL_00033 | SZNW_TRIAL_00033 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2022.08.08_302_Virginia Clark Interview | SZNW_TRIAL_00034 | SZNW_TRIAL_00039 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2022.08.08_Agent Notes_Virginia Clark Interview | SZNW_TRIAL_00040 | SZNW_TRIAL_00043 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2022.08.11_302_Li Chen Interview | SZNW_TRIAL_00044 | SZNW_TRIAL_00047 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2022.08.11_Agent Notes_Li Chen Interview | SZNW_TRIAL_00048 | SZNW_TRIAL_00052 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2022.08.11_302_Mark Davis Interview | SZNW_TRIAL_00053 | SZNW_TRIAL_00055 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2022.08.11_Agent Notes_Mark Davis Interview | SZNW_TRIAL_00056 | SZNW_TRIAL_00058 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2022.08.08_Audio Recording_Virginia Clark Interview | SZNW_TRIAL_00059 | SZNW_TRIAL_00059 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2022.08.11_Audio Recording_Li Chen Interview | SZNW_TRIAL_00060 | SZNW_TRIAL_00060 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2022.08.11_Audio Recording_Darius Hatami Interview | SZNW_TRIAL_00061 | SZNW_TRIAL_00061 | Yes - Sensitive | SZNW | August 19, 2022 |
| 002 | 2022.08.11_Audio Recording_Mark Davis Interview | SZNW_TRIAL_00062 | SZNW_TRIAL_00062 | Yes - Sensitive | SZNW | August 19, 2022 |
| | TRIAL PRODUCTION 003 | | | | | |
| 003 | The Cosmopolitan of Las Vegas Discovery Production Cover Letter_ 2022.08.30 | SZNW_TRIAL_00063 | SZNW_TRIAL_00063 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | Declaration of Records | SZNW_TRIAL_00064 | SZNW_TRIAL_00064 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | Accounts Receivable - Huang, Wei | SZNW_TRIAL_00065 | SZNW_TRIAL_00391 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | Accounts Receivable - Zheng, Ricky | SZNW_TRIAL_00392 | SZNW_TRIAL_00434 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1698685-(Huang, Wei) ctr 1_Redacted | SZNW_TRIAL_00435 | SZNW_TRIAL_00438 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1698685-(Huang, Wei) ctr 2_Redacted | SZNW_TRIAL_00439 | SZNW_TRIAL_00442 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1698685-(Huang, Wei) ctr 3_Redacted | SZNW_TRIAL_00443 | SZNW_TRIAL_00446 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1698685-(Huang, Wei) ctr 4_Redacted | SZNW_TRIAL_00447 | SZNW_TRIAL_00450 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1698685-(Huang, Wei) ctr 5_Redacted | SZNW_TRIAL_00451 | SZNW_TRIAL_00454 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1698685-(Huang, Wei) ctr 6_Redacted | SZNW_TRIAL_00455 | SZNW_TRIAL_00458 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1698685-(Huang, Wei) ctr 7_Redacted | SZNW_TRIAL_00459 | SZNW_TRIAL_00464 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1698685-(Huang, Wei) ctr 8_Redacted | SZNW_TRIAL_00465 | SZNW_TRIAL_00468 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1698685-(Huang, Wei) nil_Redacted | SZNW_TRIAL_00469 | SZNW_TRIAL_00469 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1698685-(Huang, Wei) ra_Redacted | SZNW_TRIAL_00470 | SZNW_TRIAL_00470 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1698685-(Huang, Wei) ratings | SZNW_TRIAL_00471 | SZNW_TRIAL_00474 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1954326-(Zheng, Ricky) nil_Redacted | SZNW_TRIAL_00475 | SZNW_TRIAL_00475 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1954326-(Zheng, Ricky) ra_Redacted | SZNW_TRIAL_00476 | SZNW_TRIAL_00476 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1954326-(Zheng, Ricky) ratings | SZNW_TRIAL_00477 | SZNW_TRIAL_00478 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | AML Records_1966477-Esparza,George - ratings | SZNW_TRIAL_00479 | SZNW_TRIAL_00479 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | Cage & Credit Records_HUANG. WEI 1698685 BAL HISTORY | SZNW_TRIAL_00480 | SZNW_TRIAL_00480 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | Cage & Credit Records_HUANG_Redacted | SZNW_TRIAL_00481 | SZNW_TRIAL_00731 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | Cage & Credit Records_ID ESPARZA. GEORGE 1966477_Redacted | SZNW_TRIAL_00732 | SZNW_TRIAL_00732 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | Cage & Credit Records_ID HUANG. WEI 1698685_Redacted | SZNW_TRIAL_00733 | SZNW_TRIAL_00733 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | Cage & Credit Records_ID ZHENG. RICKY 1966477_Redacted | SZNW_TRIAL_00734 | SZNW_TRIAL_00734 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | Cage & Credit Records_NIL 3.22.15 OTHER CASINO CK 1698685 1698685_Redacted | SZNW_TRIAL_00735 | SZNW_TRIAL_00735 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | Cage & Credit Records_NIL 7.4.15 OTHER CASINO CK 1698685_Redacted | SZNW_TRIAL_00736 | SZNW_TRIAL_00736 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | Cage & Credit Records_NIL. 6.12.15 ZHENG MKR PAY_Redacted | SZNW_TRIAL_00737 | SZNW_TRIAL_00737 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | Cage & Credit Records_ZHENG_Redacted | SZNW_TRIAL_00738 | SZNW_TRIAL_00811 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | Surveillance Records_Wei Huang Daily Logs | SZNW_TRIAL_00812 | SZNW_TRIAL_00827 | Yes - Sensitive | SZNW | September 2, 2022 |
| 003 | Surveillance Records_Wei Huang Reports_Redacted | SZNW_TRIAL_00828 | SZNW_TRIAL_00861 | Yes - Sensitive | SZNW | September 2, 2022 |

| PRODUCTION NO. | DESCRIPTION | PROD_BEGDOC | PROD_ENDDOC | PROTECTIVE ORDER | RECIPIENT (PARTY/DEFENDANT) | | PRODUCTION DATE |
|---|---|---|---|---|---|---|---|
| 003 | Surveillance Records_Zheng | SZNW_TRIAL_00862 | SZNW_TRIAL_00862 | Yes - Sensitive | SZNW | | September 2, 2022 |
| 003 | Video Files_Video Player (exe file) | SZNW_TRIAL_00863 | SZNW_TRIAL_00863 | Yes - Sensitive | SZNW | | September 2, 2022 |
| 003 | Video Files_evf file | SZNW_TRIAL_00864 | SZNW_TRIAL_00864 | Yes - Sensitive | SZNW | | September 2, 2022 |
| 003 | Video Files_evf file | SZNW_TRIAL_00865 | SZNW_TRIAL_00865 | Yes - Sensitive | SZNW | | September 2, 2022 |
| | **TRIAL PRODUCTION 004** | | | | | | |
| 004 | FW More Follow Up | SZNW_TRIAL_00866 | SZNW_TRIAL_00868 | | SZNW | | September 21, 2022 |
| 004 | Bunker Hill Specific Plan 11-1245 ord_182576 | SZNW_TRIAL_00869 | SZNW_TRIAL_00889 | | SZNW | | September 21, 2022 |
| 004 | 2022.09.06_302 Shawn Kuk Interview | SZNW_TRIAL_00890 | SZNW_TRIAL_00892 | Yes - Sensitive | SZNW | | September 21, 2022 |
| | **TRIAL PRODUCTION 005** | | | | | | |
| 005 | Wei Huang 042816 Folio (Cosmo) | SZNW_TRIAL_00893 | SZNW_TRIAL_00898 | Yes - Sensitive | SZNW | | September 26, 2022 |
| 005 | Wei Huang 021216 Folio (Cosmo) | SZNW_TRIAL_00899 | SZNW_TRIAL_00906 | Yes - Sensitive | SZNW | | September 26, 2022 |
| 005 | Ricky Zheng 042916 Folio (Cosmo) | SZNW_TRIAL_00907 | SZNW_TRIAL_00908 | Yes - Sensitive | SZNW | | September 26, 2022 |
| 005 | Ricky Zheng 021216 Folio (Cosmo) | SZNW_TRIAL_00909 | SZNW_TRIAL_00912 | Yes - Sensitive | SZNW | | September 26, 2022 |
| 005 | J Hernandez 021216 Folio (Cosmo) | SZNW_TRIAL_00913 | SZNW_TRIAL_00915 | Yes - Sensitive | SZNW | | September 26, 2022 |
| 005 | 2022.09.12 Yan Yan Interview | SZNW_TRIAL_00916 | SZNW_TRIAL_00918 | Yes - Sensitive | SZNW | | September 26, 2022 |
| 005 | 2022.09.12_Agent Notes_Yan Yan Interview | SZNW_TRIAL_00919 | SZNW_TRIAL_00921 | Yes - Sensitive | SZNW | | September 26, 2022 |
| 005 | 2022.09.07 Kevin Keller Interview | SZNW_TRIAL_00922 | SZNW_TRIAL_00923 | Yes - Sensitive | SZNW | | September 26, 2022 |
| 005 | 2022.09.07_Agent Notes_Kevin Keller Interview | SZNW_TRIAL_00924 | SZNW_TRIAL_00924 | Yes - Sensitive | SZNW | | September 26, 2022 |
| 005 | 2022.09.08 Ricky Zheng Interview | SZNW_TRIAL_00925 | SZNW_TRIAL_00926 | Yes - Sensitive | SZNW | | September 26, 2022 |
| 005 | 2022.09.08_Agent Notes_Ricky Zheng Interview | SZNW_TRIAL_00927 | SZNW_TRIAL_00927 | Yes - Sensitive | SZNW | | September 26, 2022 |
| | **TRIAL PRODUCTION 006** | | | | | | |
| 006 | 2022.09.20 Peggy O'Donovan Interview_302 (word doc/pdf) | SZNW_TRIAL_00928 | SZNW_TRIAL_00931 | Yes - Sensitive | SZNW | | October 3, 2022 |
| 006 | 2022.09.19 George Esparza Interview Draft Notes | SZNW_TRIAL_00932 | SZNW_TRIAL_00934 | Yes - Sensitive | SZNW | | October 3, 2022 |
| 006 | 2022.09.19 George Esparza Interview Draft Notes [Report] | SZNW_TRIAL_00935 | SZNW_TRIAL_00937 | Yes - Sensitive | SZNW | | October 3, 2022 |
| 006 | HVS_Declaration of Custodian Certifying Business Record | SZNW_TRIAL_00938 | SZNW_TRIAL_00940 | | SZNW | | October 3, 2022 |
| 006 | The Cosmopolitan of Las Vegas Airfare Tracking Sheet - October 2015 | SZNW_TRIAL_00941 | SZNW_TRIAL_00941 | | SZNW | | October 3, 2022 |
| 006 | 2022.09.20 Peggy O'Donovan Interview Notes by SA Dawoodjee | SZNW_TRIAL_00942 | SZNW_TRIAL_00944 | Yes - Sensitive | SZNW | | October 3, 2022 |
| 006 | 2022.09.15 Ricky Zheng Interview Draft Notes | SZNW_TRIAL_00945 | SZNW_TRIAL_00946 | Yes - Sensitive | SZNW | | October 3, 2022 |
| 006 | 2022.09.15 Ricky Zheng Interview Draft Notes [Report] | SZNW_TRIAL_00947 | SZNW_TRIAL_00949 | Yes - Sensitive | SZNW | | October 3, 2022 |
| | **TRIAL PRODUCTION 007** | | | | | | |
| 007 | Jose Huizar 2013 Calendar | SZNW_TRIAL_00950 | SZNW_TRIAL_01314 | Yes - Sensitive | SZNW | | October 8, 2022 |
| 007 | Jose Huizar 2014 Calendar | SZNW_TRIAL_01315 | SZNW_TRIAL_01679 | Yes - Sensitive | SZNW | | October 8, 2022 |
| 007 | Jose Huizar 2015 Calendar | SZNW_TRIAL_01680 | SZNW_TRIAL_02044 | Yes - Sensitive | SZNW | | October 8, 2022 |
| 007 | Jose Huizar 2016 Calendar | SZNW_TRIAL_02045 | SZNW_TRIAL_02410 | Yes - Sensitive | SZNW | | October 8, 2022 |
| 007 | Jose Huizar 2017 Calendar | SZNW_TRIAL_02411 | SZNW_TRIAL_02775 | Yes - Sensitive | SZNW | | October 8, 2022 |
| 007 | Jose Huizar 2018 Calendar | SZNW_TRIAL_02776 | SZNW_TRIAL_03140 | Yes - Sensitive | SZNW | | October 8, 2022 |
| 007 | Jose Huizar 2019 Calendar | SZNW_TRIAL_03141 | SZNW_TRIAL_03505 | Yes - Sensitive | SZNW | | October 8, 2022 |
| 007 | Jose Huizar 2020 Calendar | SZNW_TRIAL_03506 | SZNW_TRIAL_03785 | Yes - Sensitive | SZNW | | October 8, 2022 |
| | **TRIAL PRODUCTION 008** | | | | | | |
| 008 | 2022.09.28 Isidra Huizar Interview Draft Report | SZNW_TRIAL_03786 | SZNW_TRIAL_03788 | Yes - Sensitive | SZNW | | October 11, 2022 |
| 008 | 2022.09.28 Isidra Huizar Interview Draft Notes | SZNW_TRIAL_03789 | SZNW_TRIAL_03791 | Yes - Sensitive | SZNW | | October 11, 2022 |
| 008 | DTLA Hotel Timeline | SZNW_TRIAL_03792 | SZNW_TRIAL_03792 | Yes - Sensitive | SZNW | | October 11, 2022 |
| 008 | Re_DiMarzio follow-up items | SZNW_TRIAL_03793 | SZNW_TRIAL_03795 | Yes - Sensitive | SZNW | | October 11, 2022 |
| 008 | City Declaration of Custodian of Records | SZNW_TRIAL_03796 | SZNW_TRIAL_03798 | | SZNW | | October 11, 2022 |
| | **TRIAL PRODUCTION 009** | | | | | | |
| 009 | 2022.09.27 Salvador Huizar Interview Draft Report | SZNW_TRIAL_03799 | SZNW_TRIAL_03803 | Yes - Sensitive | SZNW | | October 12, 2022 |
| 009 | 2022.09.27 Salvador Huizar Interview Draft Notes | SZNW_TRIAL_03804 | SZNW_TRIAL_03805 | Yes - Sensitive | SZNW | | October 12, 2022 |
| 009 | TECS Record - Wei Huang | SZNW_TRIAL_03806 | SZNW_TRIAL_03811 | Yes - Sensitive | SZNW | | October 12, 2022 |
| 009 | TECS Record - Wei Huang (with 2013) | SZNW_TRIAL_03812 | SZNW_TRIAL_03818 | Yes - Sensitive | SZNW | | October 12, 2022 |
| | **TRIAL PRODUCTION 010** | | | | | | |
| 010 | 2022.10.04 DiMarzio Interview Draft Report_302 | SZNW_TRIAL_03819 | SZNW_TRIAL_03830 | Yes - Sensitive | SZNW | | October 20, 2022 |
| 010 | 2022.10.04 DiMarzio Interview Draft Notes | SZNW_TRIAL_03831 | SZNW_TRIAL_03835 | Yes - Sensitive | SZNW | | October 20, 2022 |
| 010 | DiMarzio Custodian of Records Declaration | SZNW_TRIAL_03836 | SZNW_TRIAL_03838 | | SZNW | | October 20, 2022 |
| 010 | 2022.10.04 Richelle Rios Interview Draft Report_302 | SZNW_TRIAL_03839 | SZNW_TRIAL_03844 | Yes - Sensitive | SZNW | | October 20, 2022 |
| 010 | 2022.10.04 Richelle Rios Interview Draft Notes | SZNW_TRIAL_03845 | SZNW_TRIAL_03849 | Yes - Sensitive | SZNW | | October 20, 2022 |
| 010 | 2022.10.04 Li Chen Interview Draft Report_302 | SZNW_TRIAL_03850 | SZNW_TRIAL_03851 | Yes - Sensitive | SZNW | | October 20, 2022 |
| 010 | 2022.10.04 Li Chen Interview Draft Notes | SZNW_TRIAL_03852 | SZNW_TRIAL_03853 | Yes - Sensitive | SZNW | | October 20, 2022 |
| 010 | 2022.10.06 Esparza Interview Draft Report_302 | SZNW_TRIAL_03854 | SZNW_TRIAL_03857 | Yes - Sensitive | SZNW | | October 20, 2022 |
| 010 | 2022.10.06 Esparza Interview Draft Notes | SZNW_TRIAL_03858 | SZNW_TRIAL_03860 | Yes - Sensitive | SZNW | | October 20, 2022 |
| | **TRIAL PRODUCTION 011** | | | | | | |
| 011 | 2022.10.11 George Esparza Interview Draft Report_302 | SZNW_TRIAL_03861 | SZNW_TRIAL_03866 | Yes - Sensitive | SZNW | | October 24, 2022 |
| 011 | 2022.10.21 George Esparza Interview Draft Report_302 | SZNW_TRIAL_03867 | SZNW_TRIAL_03868 | Yes - Sensitive | SZNW | | October 24, 2022 |
| 011 | 2022.10.21 George Esparza Interview Draft Notes | SZNW_TRIAL_03869 | SZNW_TRIAL_03870 | Yes - Sensitive | SZNW | | October 24, 2022 |
| 011 | 2022.10.11 George Esparza Interview Draft Notes | SZNW_TRIAL_03871 | SZNW_TRIAL_03875 | Yes - Sensitive | SZNW | | October 24, 2022 |
| 011 | 2022.10.24 Harris Chan Interview Draft Notes | SZNW_TRIAL_03876 | SZNW_TRIAL_03876 | Yes - Sensitive | SZNW | | October 24, 2022 |

| PRODUCTION NO. | DESCRIPTION | PROD_BEGDOC | PROD_ENDDOC | PROTECTIVE ORDER | RECIPIENT (PARTY/DEFENDANT) | | PRODUCTION DATE |
|---|---|---|---|---|---|---|---|
| 011 | 2022.10.20 Kevin Keller Interview Draft Notes | SZNW_TRIAL_03877 | SZNW_TRIAL_03877 | Yes - Sensitive | SZNW | | October 24, 2022 |
| 011 | 2022.10.18 Li Chen Interview Draft Report_302 | SZNW_TRIAL_03878 | SZNW_TRIAL_03878 | Yes - Sensitive | SZNW | | October 24, 2022 |
| 011 | 2022.10.18 Li Chen Interview Draft Notes | SZNW_TRIAL_03879 | SZNW_TRIAL_03879 | Yes - Sensitive | SZNW | | October 24, 2022 |
| 011 | 2022.10.13 Ricky Zheng Draft Report_302 | SZNW_TRIAL_03880 | SZNW_TRIAL_03884 | Yes - Sensitive | SZNW | | October 24, 2022 |
| 011 | 2022.10.03 Richelle Rios Interview Draft Report_302 | SZNW_TRIAL_03885 | SZNW_TRIAL_03889 | Yes - Sensitive | SZNW | | October 24, 2022 |
| 011 | 2022.10.03 Richelle Rios Interview Draft Notes | SZNW_TRIAL_03890 | SZNW_TRIAL_03892 | Yes - Sensitive | SZNW | | October 24, 2022 |
| 011 | 2022.10.05 Ricky Zheng Interview Draft Report_302 | SZNW_TRIAL_03893 | SZNW_TRIAL_03896 | Yes - Sensitive | SZNW | | October 24, 2022 |
| 011 | 2022.10.05 Ricky Zheng Interview Draft Notes | SZNW_TRIAL_03897 | SZNW_TRIAL_03900 | Yes - Sensitive | SZNW | | October 24, 2022 |
| | **TRIAL PRODUCTION 012** | | | | | | |
| 012 | 2022.10.11 George Esparza Interview Draft Report_302 | SZNW_TRIAL_03901 | SZNW_TRIAL_03906 | Yes - Sensitive | SZNW | | October 26, 2022 |
| 012 | 2022.10.11 George Esparza Interview Draft Notes | SZNW_TRIAL_03907 | SZNW_TRIAL_03911 | Yes - Sensitive | SZNW | | October 26, 2022 |
| 012 | 2022.10.06 Harris Chan Interview Draft Report_302 | SZNW_TRIAL_03912 | SZNW_TRIAL_03914 | Yes - Sensitive | SZNW | | October 26, 2022 |
| 012 | 2022.10.06 Harris Chan Interview Draft Notes | SZNW_TRIAL_03915 | SZNW_TRIAL_03916 | Yes - Sensitive | SZNW | | October 26, 2022 |
| 012 | 2022.10.24 Saturo Kato Interview Draft Report_302 | SZNW_TRIAL_03917 | SZNW_TRIAL_03920 | Yes - Sensitive | SZNW | | October 26, 2022 |
| 012 | 2022.10.24 Saturo Kato Interview Draft Notes | SZNW_TRIAL_03921 | SZNW_TRIAL_03923 | Yes - Sensitive | SZNW | | October 26, 2022 |
| 012 | 2022.10.18 Richelle Rios Interview Draft Notes | SZNW_TRIAL_03924 | SZNW_TRIAL_03924 | Yes - Sensitive | SZNW | | October 26, 2022 |
| 012 | 2022.10.13 Ricky Zheng Interview Draft Notes | SZNW_TRIAL_03925 | SZNW_TRIAL_03929 | Yes - Sensitive | SZNW | | October 26, 2022 |
| 012 | 2022.10.25 Rose Fistrovic Interview Draft Notes | SZNW_TRIAL_03930 | SZNW_TRIAL_03930 | Yes - Sensitive | SZNW | | October 26, 2022 |
| | **TRIAL PRODUCTION 013** | | | | | | |
| 013 | 2022.10.27 Kevin Keller Interview Draft Notes | SZNW_TRIAL_03931 | SZNW_TRIAL_03931 | | SZNW | | October 29, 2022 |
| 013 | 2022.10.28 Harris Chan Interview Draft Notes | SZNW_TRIAL_03932 | SZNW_TRIAL_03932 | | SZNW | | October 29, 2022 |
| 013 | 2022.10.29 George Esparza Interview Draft Notes | SZNW_TRIAL_03933 | SZNW_TRIAL_03934 | Yes - Sensitive | SZNW | | October 29, 2022 |
| | **TRIAL PRODUCTION 014** | | | | | | |
| 014 | 2022.10.30 Yan Yan Interview Draft Notes | SZNW_TRIAL_03935 | SZNW_TRIAL_03936 | Yes - Sensitive | SZNW | | November 1, 2022 |
| 014 | 2022.10.31 Peggy O'Donovan Interview Draft Notes | SZNW_TRIAL_03937 | SZNW_TRIAL_03937 | Yes - Sensitive | SZNW | | November 1, 2022 |
| 014 | 2022.10.31 George Esparza Interview Draft Notes | SZNW_TRIAL_03938 | SZNW_TRIAL_03938 | | SZNW | | November 1, 2022 |
| | **TRIAL PRODUCTION 015** | | | | | | |
| 015 | 2022.11.01 Yan Yan Interview Draft Notes | SZNW_TRIAL_03939 | SZNW_TRIAL_03939 | | SZNW | | November 2, 2022 |
| | **TRIAL PRODUCTION 016** | | | | | | |
| 016 | 2022.11.02 Rose Fistrovich Interview Draft Notes | SZNW_TRIAL_03940 | SZNW_TRIAL_03940 | | SZNW | | November 3, 2022 |
| 016 | 2022.11.02 Ricky Zheng Interview Draft Notes | SZNW_TRIAL_03941 | SZNW_TRIAL_03941 | Yes - Sensitive | SZNW | | November 3, 2022 |
| | **TRIAL PRODUCTION 017** | | | | | | |
| 017 | 2022.11.04 Goudi "Gene" Sun Interview Draft Report_302 | SZNW_TRIAL_03942 | SZNW_TRIAL_03948 | Yes - Sensitive | SZNW | | November 5, 2022 |
| | **TRIAL PRODUCTION 018** | | | | | | |
| 018 | Certification of Business Records for Guodi Sun & Associates; Email Records from Guodi Sun & Associates | SZNW_TRIAL_03949 | SZNW_TRIAL_04029 | Yes - Sensitive | SZNW | | November 7, 2022 |
| 018 | Declaration of Guodi Sun | SZNW_TRIAL_04030 | SZNW_TRIAL_04032 | Yes - Sensitive | SZNW | | November 7, 2022 |
| 018 | 2022.11.06 Richelle Rios Interview Draft Notes | SZNW_TRIAL_04033 | SZNW_TRIAL_04033 | Yes - Sensitive | SZNW | | November 7, 2022 |
| 018 | 2022.11.06 Salvador Huizar Interview Draft Notes | SZNW_TRIAL_04034 | SZNW_TRIAL_04034 | Yes - Sensitive | SZNW | | November 7, 2022 |
| | **TRIAL PRODUCTION 019** | | | | | | |
| 019 | 2022.11.06 Email from Susan Har to Richard Steingard & Craig Wilke Re Interview Report | SZNW_TRIAL_04035 | SZNW_TRIAL_04037 | Yes - Sensitive | SZNW | | November 16, 2022 |