CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(Email: carel_ale@fd.org)
CHARLES SNYDER (Bar No. 287247)
(Email: charles_snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: adam_olin@fd.org)
Deputy Federal Public Defenders
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-5186
Facsimile: (213) 894-0081

Attorneys for Defendant
José Luis Huizar

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOSE LUIS HUIZAR, et al.,<br>            Defendant. | Case No. 20-CR-326-JFW-1<br><br>***EX PARTE* APPLICATION TO FILE UNDER SEAL EXHIBIT F IN SUPPORT OF REPLY ISO EX PARTE APPLICATION FOR ORDER TO ENFORCE TRIAL ORDER AND EXCLUDE FROM TRIAL ANY GOVERNMENT EXHIBIT NOT PRODUCED BY THE EXHIBIT DEADLINE, OR, IN THE ALTERNATIVE, REQUEST FOR A STATUS CONFERENCE (ECF NO. 849); DECLARATION OF COUNSEL** |

Jose Luis Huizar, by and through his counsel of record, hereby applies *ex parte* to file Exhibit F in support of his Reply ISO *Ex Parte* Application For Order To Enforce Trial Order And Exclude From Trial Any Government Exhibit Not Produced By The Exhibit Deadline, Or, In The Alternative, Request For A Status Conference (ECF No. 849).

i

1 | This application is based upon the attached declaration of counsel in support, the
2 | previously entered into Protective Order, the files and records in this case, and such
3 | further evidence and argument as the Court may permit.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: December 14, 2022         By  *s/Carel Alé*

Carel Alé
Charles J. Snyder
Adam Olin
Deputy Federal Public Defenders
Attorneys for Jose Luis Huizar

ii

## MEMORANDUM OF POINTS AND AUTHORITIES

This Court has plenary supervisory power to seal documents under appropriate circumstances. *See United States v. Msann*, 829 F.2d 849, 853 (9th Cir. 1987); *In re Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256, 1257 (9th Cir. 1979); C.D. Cal. Local Rules, 79-5 (party may request court to seal filed document). Although there is a strong presumption of public access to court records, this presumption may be overcome where there is a likelihood of improper use of the material, including use for scandalous or libelous purposes, or where public access would infringe on privacy or fair trial rights. *Valley Broadcasting Co. v. United States Dist. Ct.*, 798 F.2d 1289, 1294 (9th Cir. 1986); *See Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995). To determine whether the presumption of access is overcome, courts should balance the likelihood of inappropriate use with the public's interest in understanding the judicial process. *Valley Broadcasting Co.*, 798 F.2d at 1294. A Court should consider all relevant factors, and "base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." *Hagestad*, 49 F.3d at 1434.

The concurrently lodged Exhibit F consists of documents produced by the government pursuant to the Court's previously filed Protective Order and/or contain confidential information. Pursuant to the Court's Order, documents produced as cooperator materials, sensitive materials, or pursuant to the Protective Order should be filed under seal. (ECF No. 47, ¶5.m.) Further, the need to protect the information outweighs the public's interest for access to court records and does not encumber the public's understanding of these proceedings. It is submitted that the attached declaration is sufficient to justify sealing the concurrently filed motion.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: December 14, 2022

By */s/ Carel Alé*
Carel Alé
Deputy Federal Public Defender

1