# DECLARATION OF COUNSEL

## Table of Exhibits

| Exhibit | Description | Cite |
|---|---|---|
| A | Chart analyzing file type of government's December 2, 2022 *Brady/Giglio* Production | 2, 4 |
| B | Email Correspondence re: government's additional production of exhibits, transcripts and other documents | 2, 4 |
| C | Index of government's December 9, 2022 discovery production | 2, 4 |
| D | Chart analyzing file type of government's December 9, 2022 discovery production | 2, 4 |
| E | Chart of government's discovery productions to Shen Zhen New World, LLC | 2, 4 |
| F | Exemplars of Government's Highlighted Documents (Filed Under Seal) | 3 |

# DECLARATION OF COUNSEL

I, Carel Alé, declare:

1. I am a Deputy Federal Public Defender for the Federal Public Defender's Office, and counsel of record, for defendant Jose Luis Huizar. I submit this declaration in support of Mr. Huizar's Motion to Compel.

2. On August 3, 2020, the Court entered a Protective Order Regarding Discovery Containing Personal Identifying Information and Cooperating Witness Information, (ECF No. 47,) granting the parties stipulation, (ECF No. 44.)

3. Attached as Exhibit F are true and correct copies of three examples of the government's highlighted documents, a linesheet transcript and two "debriefs." These documents are marked as having been produced pursuant to the Court's Protective Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 14, 2022, in Los Angeles, California.

           *s/Carel Alé*
           CAREL ALÉ