CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
CHARLES SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
José Luis Huizar

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE LUIS HUIZAR, *et al.,*<br><br>    Defendants. | Case No. 20-CR-0326-JFW<br><br>**[PROPOSED] ORDER RE *EX PARTE* APPLICATION TO FILE UNDER SEAL EXHIBIT F IN SUPPORT OF REPLY ISO *EX PARTE* APPLICATION FOR ORDER TO ENFORCE TRIAL ORDER AND EXCLUDE FROM TRIAL ANY GOVERNMENT EXHIBIT NOT PRODUCED BY THE EXHIBIT DEADLINE, OR, IN THE ALTERNATIVE, REQUEST FOR A STATUS CONFERENCE (ECF NO. 870)** |

The Court has read and considered the *Ex Parte* Application to file Exhibit F in Support of Huizar's Reply ISO Ex Parte Application at ECF No. 849. (ECF No. 870.) Good cause having shown, it is hereby ordered that the application to seal Exhibit F in support of Huizar's Reply (ECF No. 870) shall be filed under seal.

Dated: December ____, 2022      _____
                                 HONORABLE JOHN F. WALTER
                                 United States District Judge