CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
CHARLES SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
José Luis Huizar

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS HUIZAR, *et al.*, <br><br> Defendants. | Case No. 20-CR-0326(A)-JFW <br><br> **ORDER RE *EX PARTE* APPLICATION TO FILE UNDER SEAL EXHIBIT F IN SUPPORT OF REPLY ISO *EX PARTE* APPLICATION FOR ORDER TO ENFORCE TRIAL ORDER AND EXCLUDE FROM TRIAL ANY GOVERNMENT EXHIBIT NOT PRODUCED BY THE EXHIBIT DEADLINE, OR, IN THE ALTERNATIVE, REQUEST FOR A STATUS CONFERENCE (ECF NO. 870)** |

The Court has read and considered the *Ex Parte* Application to file Exhibit F in Support of Huizar's Reply ISO Ex Parte Application at ECF No. 849. (ECF No. 870.) Good cause having shown, it is hereby ordered that the application to seal Exhibit F in support of Huizar's Reply (ECF No. 870) shall be filed under seal.

Dated: December 14, 2022

Hon. John F. Walter, U.S. District Judge