```
E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER: |
| v. | STRIKING REPLY |
| JOSE LUIS HUIZAR, | [OR] |
| Defendants. | CONTINUING HEARING DATE AND PERMITTING THE GOVERNMENT TO FILE A SUR-REPLY |

The Court has read and considered the Government's Ex Parte Application For An Order Striking Defendant's Improper Reply; Or, In The Alternative, Continuing Hearing And Permitting The Government To

File A Sur-Reply; Declaration of Mack E. Jenkins, filed concurrently herewith.

THEREFORE, FOR GOOD CAUSE SHOWN:

Defendant Jose Huizar's "Reply ISO" his Ex Parte to Exclude Exhibits and attached exhibits (Dkt. 870) are stricken, except for Section III(A) at pages 3-4 and Exhibits B and F.

[OR]

The Court sets the following briefing schedule:

Government shall file its Sur-Reply to defendant Huizar's "Reply ISO" his Ex Parte to Exclude Exhibits (Dkt. 870) by December 21, 2022.

The hearing on defendant Huizar's EPA to Exclude Exhibits (Dkt. 849) is continued *from* December 16, 2022 *to* January 9, 2022 at 10:00 a.m.

DATED: _____

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2