UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                    Dated: December 16, 2022

Case Name: United States of America v. Jose Huizar and Raymond She Wah Chan
===============================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Attorneys Present for the Government: |
|---|---|---|
| Courtroom Deputy | Court Reporter | |
| | | Mack Eric Jenkins, AUSA |
| | | Cassie D. Palmer, AUSA |
| | | Susan Har, AUSA |
| | | Brian R. Faerstein, AUSA |

===============================================================================

Defendants Present:                             Attorneys Present for Defendants:

1.   Jose Luis Huizar, Bond                     1.   Carel Ale, DFPD
                                                     Charles Snyder, DFPD
                                                     Adam Olin, DFPD

2.   Raymond She Wah Chan, Bond                 2.   Harland W. Braun, Retained


**PROCEEDINGS:**   **JOSE HUIZAR'S MOTION TO ENFORCE RULE 17 SUBPOENA DIRECTED TO STEVE MEISTER [780] Filed 11/3/22**

*EX PARTE* **APPLICATION FOR ORDER TO ENFORCE TRIAL ORDER AND EXCLUDE FROM TRIAL ANY GOVERNMENT EXHIBIT NOT PRODUCED BY THE EXHIBIT DEADLINE, OR, IN THE ALTERNATIVE, REQUEST FOR A STATUS CONFERENCE [849] Filed 12/5/22**

**GOVERNMENT'S** *EX PARTE* **APPLICATION FOR LEAVE TO FILE GOVERNMENTS POSITION REGARDING DEFENDANT JOSE HUIZAR'S MOTION TO ENFORCE RULE 17 SUBPOENA DIRECTED TO STEVE MEISTER [860] Filed 12/12/22**

**GOVERNMENT'S** *EX PARTE* **APPLICATION FOR AN ORDER STRIKING DEFENDANT'S IMPROPER REPLY; OR, IN THE ALTERNATIVE, CONTINUING HEARING AND PERMITTING THE GOVERNMENT TO FILE A SUR-REPLY [876] Filed 12/15/22**

Case called, and counsel make their appearance.

The Court hears from counsel and for the reasons stated on the record:

- Government's Ex Parte Application for Leave to File Government's Position Regarding Defendant Jose Huizar's Motion to Enforce Rule 17 Subpoena Directed to Steve Meister [860] **is granted**.

- Defendant Jose Huizar's Motion to Enforce Rule 17 Subpoena Directed to Steve Meister [780] **is granted in part and denied in part**.

- Defendant Jose Huizar's Ex Parte Application for Order to Enforce Trial Order and Exclude from Trial Any Government Exhibit Not Produced by the Exhibit Deadline, Or, in the Alternative, Request for a Status Conference [849] **is denied**.

- Government's *Ex Parte* Application for an Order Striking Defendant's Improper Reply; Or, in the Alternative, Continuing Hearing and Permitting the Government to File a Sur-reply [876] **is granted and the reply is stricken except for sections III(A) at pages 3-4 and exhibits B and F**.

Court and counsel discuss various pretrial and trial issues.


CC: USPO/PSA; USM