**Exhibit 1**

## AFFIDAVIT FOR WARRANT FOR TRACKING DEVICE

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v. | MAGISTRATE'S CASE NO.<br>17-340M(C) |
| THE PREMISES KNOWN AS:<br>**2015 Lexus, VIN ▉▉▉▉▉▉▉▉2193, California License Plate # ▉▉▉▉** | NAME AND ADDRESS OF JUDGE OR U.S. MAGISTRATE JUDGE<br>HONORABLE PAUL L. ABRAMS<br>UNITED STATES MAGISTRATE JUDGE<br>LOS ANGELES, CALIFORNIA 90012 |

The undersigned being duly sworn deposes and says:

As set forth in the attached affidavit, which is incorporated as part of this affidavit for warrant for tracking device, there is probable cause to believe that the person or property known as:

2015 Lexus, VIN ▉▉▉▉▉▉▉▉2193, California License Plate ▉▉▉▉

(the "SUBJECT VEHICLE")

currently in the Central District of California

will be used to facilitate the crimes of:

18 U.S.C. § 371 (Conspiracy to Commit Federal Offense)

It is further requested that the installation, maintenance, and removal authorized by this warrant include authorization to move the property to be tracked, if necessary, and authorization to install, maintain and remove the device, on the good cause stated in the attached affidavit, at any time in the day or night.

| SIGNATURE OF AFFIANT<br><br>DAVID WONG    /S/ | OFFICIAL TITLE, IF ANY<br><br>Special Agent, Federal Bureau of Investigation |
|---|---|

Sworn to before me and subscribed in my presence,

| DATE<br><br>JUN 29 2017 | JUDGE OR U.S. MAGISTRATE JUDGE<br><br>PAUL L. ABRAMS<br>Honorable Paul L. Abrams |
|---|---|

AUSA Mack E. Jenkins (x2091)
Chief, Public Corruption & Civil Rights Section

Exhibit 1
Page 1 of 2

## WARRANT FOR A TRACKING DEVICE

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v. | MAGISTRATE'S CASE NO.<br>17-340M(C) |
| THE PREMISES KNOWN AS:<br>**2015 Lexus, VIN ▮▮▮▮▮▮▮2193,**<br>**California License Plate ▮▮▮▮** | TO:<br>ANY SPECIAL AGENT(S) WITH THE FEDERAL BUREAU OF INVESTIGATION OR ANY OTHER AUTHORIZED OFFICER |

Affidavit(s) having been made before me by the below-named affiant that s/he has probable cause to believe that the premises known as

2015 Lexus, VIN ▮▮▮▮▮▮▮2193, California License Plate ▮▮▮▮

(the "SUBJECT VEHICLE")

currently in the Central District of California

will be used to facilitate the crimes of:

18 U.S.C. § 371 (Conspiracy to Commit Federal Offense)

and as I am satisfied that the grounds for issuance of this warrant exist as stated in the supporting affidavit,

**YOU ARE HEREBY COMMANDED** to complete the installation of a tracking device, as requested in the supporting affidavit, within 10 calendar days of the date of this order, and thereafter may use, monitor, and maintain the tracking device for a period not to exceed 45 days from the date this warrant is issued, unless this court, for good cause shown, grants one or more extensions of this order. The device may be used to track the movement of the person or property described above both within and outside of this District. Pursuant to 18 U.S.C. § 3103a(b), this warrant prohibits the seizure of any tangible property, or any other prohibited wire or electronic information as stated in 18 U.S.C. § 3103a(b)(2).

**YOU ARE FURTHER COMMANDED** to perform the installation, maintenance, and removal as authorized by this warrant wherever the property is located, including any movement of the property being tracked, if necessary at any time in the day or night.

**YOU ARE FURTHER COMMANDED** to remove the tracking device from the person or property to be tracked, if able to do so, on or before the last date of authorized use of the tracking device, and, within 10 calendar days after the use of the tracking device has ended, to return this warrant to the duty U.S. Magistrate Judge through a filing with the Clerk's Office. Because this Court finds reasonable cause exists to believe that providing immediate notification of this warrant may have an adverse result, service of the warrant is permitted to be delayed for a period of 30 days from the date that the use of the tracking device has ended, and must otherwise be as directed in Federal Rule of Criminal Procedure 41(f)(2)(C) and (f)(3) and in any court orders issued pursuant thereto.

| NAME OF AFFIANT | SIGNATURE U.S. MAGISTRATE JUDGE(2) | DATE/TIME ISSUED |
|---|---|---|
| **DAVID WONG** | **HONORABLE PAUL L. ABRAMS** | |

AUSA Mack E. Jenkins (x2091); Chief, Public Corruption & Civil Rights Section

Exhibit 1
Page 2 of 2