**Exhibit 2**

*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*






SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

Exhibit 89
Page 1 of 1

Casino_2085105
Exhibit 2
Page 1 of 1