**Exhibit 3**

*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*





**Extraction Report** - Apple iPhone

+15623055579
George Esparza

GPS



Locations (1)             Open in Google Earth            Open in Google Maps

| # | Origin | Position | Info | Confidence | Category | Deleted | * |
|---|--------|----------|------|------------|----------|---------|---|
| 1 | Device | (34.034371, -118.250416) | **Name:** Joia Accessories<br>**Time:** 3/14/2017 2:34:57 PM(UTC-7)<br>**Address:** 1020 Crocker St, Los Angeles, US<br>**Source:**<br>**Source Extraction:** File System | | Waze History | | |

1

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

Exhibit 90
Page 1 of 1

Casino_2085118
Exhibit 3
Page 1 of 1