**Exhibit 4**

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Case/Facility | Product ID | Label | Tags | Intercept Date (UTC) | Type | Notes | Documen | Latitude | Longitude | Country | Region | State | City | County | Address Line 1 | Address Line 2 | Zip Code | Address | Elevation | MSL Altitu | Ground S | Course ov | # of Satel |
| 1505 | LA-255905-TTU17-02574 | 1490 | Unviewed | | 3/14/2017 19:52 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.07503891 | -118.3097916 | USA | | California | Los Angeles | Los Angeles | 226 N Manhattan Pl | | 90004 | | 0 | 0 | 0 | 0 | 0 |
| 1506 | LA-255905-TTU17-02574 | 1491 | Unviewed | | 3/14/2017 19:54 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.07497787 | -118.3096542 | USA | | California | Los Angeles | Los Angeles | 4547 Council St | | 90004 | | 0 | 0 | 0 | 0 | 0 |
| 1507 | LA-255905-TTU17-02574 | 1492 | Unviewed | | 3/14/2017 19:56 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.07493973 | -118.3096008 | USA | | California | Los Angeles | Los Angeles | 4541 Council St | | 90004 | | 0 | 0 | 0 | 0 | 0 |
| 1508 | LA-255905-TTU17-02574 | 1493 | Unviewed | | 3/14/2017 19:58 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.07484055 | -118.3094788 | USA | | California | Los Angeles | Los Angeles | 4531 Council St | | 90004 | | 0 | 0 | 0 | 0 | 0 |
| 1509 | LA-255905-TTU17-02574 | 1516 | Unviewed | | 3/14/2017 20:38 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.07052231 | -118.3092117 | USA | | California | Los Angeles | Los Angeles | 223 S Western Ave | | 90004 | | 0 | 0 | 0 | 0 | 0 |
| 1510 | LA-255905-TTU17-02574 | 1517 | Unviewed | | 3/14/2017 20:40 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.06472397 | -118.3092117 | USA | | California | Los Angeles | Los Angeles | 533 S Western Ave | | 90020 | | 0 | 0 | 0 | 0 | 0 |
| 1511 | LA-255905-TTU17-02574 | 1518 | Unviewed | | 3/14/2017 20:42 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.05688095 | -118.3093033 | USA | | California | Los Angeles | Los Angeles | 851 S Western Ave | | 90005 | | 0 | 0 | 0 | 0 | 0 |
| 1512 | LA-255905-TTU17-02574 | 1519 | Unviewed | | 3/14/2017 20:44 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.04787445 | -118.3091583 | USA | | California | Los Angeles | Los Angeles | 1249 S Western Ave | | 90006 | | 0 | 0 | 0 | 0 | 0 |
| 1513 | LA-255905-TTU17-02574 | 1520 | Unviewed | | 3/14/2017 20:46 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.04380798 | -118.3091202 | USA | | California | Los Angeles | Los Angeles | 1569 S Western Ave | | 90006 | | 0 | 0 | 0 | 0 | 0 |
| 1514 | LA-255905-TTU17-02574 | 1521 | Unviewed | | 3/14/2017 20:48 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.0435257 | -118.3031158 | USA | | California | Los Angeles | Los Angeles | 2108 Venice Blvd | | 90006 | | 0 | 0 | 0 | 0 | 0 |
| 1515 | LA-255905-TTU17-02574 | 1522 | Unviewed | | 3/14/2017 20:50 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.04867554 | -118.2999115 | USA | | California | Los Angeles | Los Angeles | 1212 S Normandie Ave | | 90006 | | 0 | 0 | 0 | 0 | 0 |
| 1516 | LA-255905-TTU17-02574 | 1523 | Unviewed | | 3/14/2017 20:52 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.05271912 | -118.2944107 | USA | | California | Los Angeles | Los Angeles | 2789 W Olympic Blvd | | 90006 | | 0 | 0 | 0 | 0 | 0 |
| 1517 | LA-255905-TTU17-02574 | 1524 | Unviewed | | 3/14/2017 20:54 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.05251312 | -118.2873306 | USA | | California | Los Angeles | Los Angeles | 2587 W Olympic Blvd | | 90006 | | 0 | 0 | 0 | 0 | 0 |
| 1518 | LA-255905-TTU17-02574 | 1525 | Unviewed | | 3/14/2017 20:56 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.05145645 | -118.2795715 | USA | | California | Los Angeles | Los Angeles | 2058 W Olympic Blvd | | 90006 | | 0 | 0 | 0 | 0 | 0 |
| 1519 | LA-255905-TTU17-02574 | 1526 | Unviewed | | 3/14/2017 20:58 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.05083466 | -118.2795258 | USA | | California | Los Angeles | Los Angeles | 1043 S Westlake Ave | | 90006 | | 0 | 0 | 0 | 0 | 0 |
| 1520 | LA-255905-TTU17-02574 | 1527 | Unviewed | | 3/14/2017 21:00 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.05079269 | -118.2794647 | USA | | California | Los Angeles | Los Angeles | 1043 S Westlake Ave | | 90006 | | 0 | 0 | 0 | 0 | 0 |
| 1521 | LA-255905-TTU17-02574 | 1528 | Unviewed | | 3/14/2017 21:02 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.05079269 | -118.2794647 | USA | | California | Los Angeles | Los Angeles | 1043 S Westlake Ave | | 90006 | | 0 | 0 | 0 | 0 | 0 |
| 1522 | LA-255905-TTU17-02574 | 1529 | Unviewed | | 3/14/2017 21:04 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.05075073 | -118.2793884 | USA | | California | Los Angeles | Los Angeles | 1043 S Westlake Ave | | 90006 | | 0 | 0 | 0 | 0 | 0 |
| 1523 | LA-255905-TTU17-02574 | 1530 | Unviewed | | 3/14/2017 21:06 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.05073547 | -118.2793503 | USA | | California | Los Angeles | Los Angeles | 1043 S Westlake Ave | | 90006 | | 0 | 0 | 0 | 0 | 0 |
| 1524 | LA-255905-TTU17-02574 | 1531 | Unviewed | | 3/14/2017 21:32 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.04995728 | -118.2763062 | USA | | California | Los Angeles | Los Angeles | 1760 W Olympic Blvd | | 90015 | | 0 | 0 | 0 | 0 | 0 |
| 1525 | LA-255905-TTU17-02574 | 1532 | Unviewed | | 3/14/2017 21:34 | TRACKING/TTU/GPS/ | FALSE | | 34.0462532 | -118.2680588 | USA | | California | Los Angeles | Los Angeles | 1144 W Olympic Blvd | | 90015 | | 0 | 0 | 0 | 0 | 0 |
| 1526 | LA-255905-TTU17-02574 | 1533 | Unviewed | | 3/14/2017 21:36 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.04220581 | -118.2595978 | USA | | California | Los Angeles | Los Angeles | 1006 S Olive St | | 90015 | | 0 | 0 | 0 | 0 | 0 |
| 1527 | LA-255905-TTU17-02574 | 1534 | Unviewed | | 3/14/2017 21:38 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.04057312 | -118.2568588 | USA | | California | Los Angeles | Los Angeles | 127 W Olympic Blvd | | 90015 | | 0 | 0 | 0 | 0 | 0 |
| 1528 | LA-255905-TTU17-02574 | 1535 | Unviewed | | 3/14/2017 21:40 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.04069519 | -118.2541733 | USA | | California | Los Angeles | Los Angeles | 903 S Los Angeles St | | 90015 | | 0 | 0 | 0 | 0 | 0 |
| 1529 | LA-255905-TTU17-02574 | 1536 | Unviewed | | 3/14/2017 21:42 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.03741074 | -118.250679 | USA | | California | Los Angeles | Los Angeles | 670 E 9th St | | 90015 | | 0 | 0 | 0 | 0 | 0 |
| 1530 | LA-255905-TTU17-02574 | 1537 | Unviewed | | 3/14/2017 21:44 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.03475571 | -118.2499924 | USA | | California | Los Angeles | Los Angeles | 954 Crocker St | | 90021 | | 0 | 0 | 0 | 0 | 0 |
| 1531 | LA-255905-TTU17-02574 | 1538 | Unviewed | | 3/14/2017 21:46 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.03464127 | -118.2501984 | USA | | California | Los Angeles | Los Angeles | 761 E 10th St | | 90021 | | 0 | 0 | 0 | 0 | 0 |
| 1532 | LA-255905-TTU17-02574 | 1539 | Unviewed | | 3/14/2017 21:48 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.03463745 | -118.2502213 | USA | | California | Los Angeles | Los Angeles | 759 E 10th St | | 90021 | | 0 | 0 | 0 | 0 | 0 |
| 1533 | LA-255905-TTU17-02574 | 1540 | Unviewed | | 3/14/2017 21:50 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.03461456 | -118.2503052 | USA | | California | Los Angeles | Los Angeles | 757 E 10th St | | 90021 | | 0 | 0 | 0 | 0 | 0 |
| 1534 | LA-255905-TTU17-02574 | 1633 | Unviewed | | 3/14/2017 22:49 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.03411484 | -118.2499237 | USA | | California | Los Angeles | Los Angeles | 1023 Towne Ave | | 90021 | | 0 | 0 | 0 | 0 | 0 |
| 1535 | LA-255905-TTU17-02574 | 1634 | Unviewed | | 3/14/2017 22:51 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.03092194 | -118.250946 | USA | | California | Los Angeles | Los Angeles | 1355 Stanford Ave | | 90021 | | 0 | 0 | 0 | 0 | 0 |
| 1536 | LA-255905-TTU17-02574 | 1635 | Unviewed | | 3/14/2017 22:53 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.02836609 | -118.2526855 | USA | | California | Los Angeles | Los Angeles | 847 E 16th St | | 90021 | | 0 | 0 | 0 | 0 | 0 |
| 1537 | LA-255905-TTU17-02574 | 1636 | Unviewed | | 3/14/2017 22:55 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.03050613 | -118.2547379 | USA | | California | Los Angeles | Los Angeles | 747 E 15th St | | 90021 | | 0 | 0 | 0 | 0 | 0 |
| 1538 | LA-255905-TTU17-02574 | 1637 | Unviewed | | 3/14/2017 22:57 | TRACKING/TTU/GPS/ | FALSE | 0 | 34.03488159 | -118.2504807 | USA | | California | Los Angeles | Los Angeles | 748 E 10th St | | 90021 | | 0 | 0 | 0 | 0 | 0 |

Exhibit 4
Page 1 of 1