**Exhibit 5**

| | |
|---|---|
| **From:** | Jenkins, Mack (USACAC) |
| **To:** | Stanley L. Friedman |
| **Cc:** | Palmer, Cassie (USACAC) 2; Har, Susan (USACAC); Civetti, Andrew (LA) (FBI) |
| **Subject:** | RE: [EXTERNAL] Re: US v. Huizar: Q re Chiang redaction of proffered documents/Esparza GPS |
| **Date:** | Monday, December 12, 2022 3:21:58 PM |

Got it.  Thanks for the update Stan.

**From:** Stanley L. Friedman <friedman@friedmanlaw.org>
**Sent:** Monday, December 12, 2022 2:33 PM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Subject:** [EXTERNAL] Re: US v. Huizar: Q re Chiang redaction of proffered documents/Esparza GPS

==Thank you.  I spoke to Carel Ale.  I let her know that it seems to me that Hazens would have a privilege and take no position in regard to the to-be-filed motion to compel.==
On Monday, December 12, 2022 at 01:39:10 PM PST, Jenkins, Mack (USACAC) <mack.jenkins@usdoj.gov> wrote:

Just FYI regarding DFPD's requested for the unredacted documents.

**From:** Carel Ale <Carel_Ale@fd.org>
**Sent:** Monday, December 12, 2022 12:03 PM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Cc:** Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Kristina Beck <Kristina_Beck@fd.org>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Harland Braun <harland@braunlaw.com>; Brendan Pratt <brendan@braunlaw.com>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>
**Subject:** [EXTERNAL] RE: US v. Huizar: Q re Chiang redaction of proffered documents/Esparza GPS

Mack:

Thanks for your responses.

Given the government's position and the quickly approaching trial date, we plan to file a motion to compel the production of the redacted exhibit later today and notice it for January 9, 2023 hearing date. As I explained previously, any privilege has been waived by Chiang's voluntary production of the document to the government. The exhibit was knowingly and voluntarily produced--it is cited in the outline Chiang produced to and reviewed by the government and it has an exhibit cover page (evidencing that the documents were curated and specifically selected for purposes of the proffer). Moreover, it was not Chiang nor his attorney who purportedly asserted the privilege but the government and its privilege review team (who have no standing to assert Chiang's privilege) at some unknown time. There is also no documentation of any assertion by Chiang or his attorney nor did Stan Friedman recall claiming privilege over the exhibit when I spoke to him on Friday (though he said he'd get back to me today after reviewing

Exhibit 5
Page 1 of 2

his records). Chiang also describes the document as including a letter to the Mayor's office which would not be protected by attorney-client privilege.

Exhibit 5
Page 2 of 2