# Exhibit 6

| | |
|---|---|
| **From:** | Kim, Sandra (USACAC) [Contractor] |
| **To:** | Jenkins, Mack (USACAC) |
| **Cc:** | Palmer, Cassie (USACAC) 2; Har, Susan (USACAC); Civetti, Andrew (LA) (FBI) |
| **Subject:** | FW: Document in US v. Huizar |
| **Date:** | Wednesday, December 14, 2022 10:06:06 AM |

Mack,

Please see the below response from David.  Please note the additional item that they are asserting privilege over.

I'm available if you want to discuss.

Thanks,
Sandra

**From:** David Chaiken <david@chaiken.law>
**Sent:** Wednesday, December 14, 2022 9:58 AM
**To:** Kim, Sandra (USACAC) [Contractor] <SKim5@usa.doj.gov>
**Cc:** Stephanie Yonekura - Hogan Lovells LLP (stephanie.yonekura@hoganlovells.com) <stephanie.yonekura@hoganlovells.com>
**Subject:** [EXTERNAL] Document in US v. Huizar

Ms. Kim-  Thanks very much for your message.  In response to your question, (1) our client asserts privilege over the entirety of Exhibit 2 attached hereto, <u>and</u> (2) our client also asserts privilege over page 2 of Exhibit 6 (the body of the e-mail from Hazens Group's lawyer, Ben Reznik, sent on September 28, 2015 at 8:39 am).

Our client did not authorize Mr. Chiang to disclose these documents to the government and Mr. Chiang was contractually obligated to maintain confidentiality over them.

Thanks again, and please let us know if you have any questions.



Exhibit 6
Page 1 of 2

| | |
|---|---|
| **From:** | David Chaiken |
| **To:** | Har, Susan (USACAC) |
| **Cc:** | Jenkins, Mack (USACAC); Palmer, Cassie (USACAC) 2; stephanie.yonekura@hoganlovells.com |
| **Subject:** | [EXTERNAL] U.S. v. Huizar et al. - Privilege Issue/Chiang Proffer Materials |
| **Date:** | Sunday, December 18, 2022 8:01:12 PM |
| **Attachments:** | image001.png |
| | image004.png |
| | image006.png |
| | image008.png |

Dear AUSA Har-  Confirming our telephone discussion on Friday, December 16, 2022, Jia Juan USA Co., Inc. is asserting its attorney-client and attorney work product privileges over the September 9, 2015 memorandum of Liner LLP attached to Exhibit 2 of Mr. Chiang's July 2019 DOJ proffer materials and the September 28, 2015 e-mail of Jeffer Mangels attached to Exhibit 6 of Mr. Chiang's July 2019 proffer materials, and it requests that the Department (and any third parties to whom the Department provided copies) return such documents to the Company and destroy any copies.

Thank you, and please let us know if you have any questions.

**David M. Chaiken**



Exhibit 6
Page 2 of 2