**DECLARATION OF COUNSEL**

**Exhibit Table**

| Exhibit | Description | Cite |
|---|---|---|
| A | Dec. 13, 2018 Proffer Agreement between Huizar and the U.S. Attorney's Office | 1:7-18 |

**DECLARATION OF COUNSEL**

I, Carel Alé, declare:

1.     I am an attorney with the Office of the Federal Public Defender for the Central District of California.  I am licensed to practice law in the State of California and I am admitted to practice in this Court.  I have been appointed to represent Jose Huizar in this matter.

2.     Attached as Exhibit A is a true and correct copy of the December 13, 2018 Proffer Agreement between Jose Luis Huizar and the U.S. Attorney's Office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2022, at Los Angeles, California.

*/s/ Carel Alé*            .
Carel Alé