|   |   |
|---|---|
| 1 | **DECLARATION OF ADAM OLIN** |

I, Adam Olin, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. I am counsel of record for defendant José Huizar in this action.

3. Counsel for the parties met and conferred regarding the subject matter of this motion, but were unable to reach an agreement that would obviate the need for this motion. Following the exchange of the initial motion, the government informed the defense that it would no longer seek to call Professor Levinson as an expert, but instead offer ethics-related evidence via lay testimony (including by Professor Levinson) and exhibits. Counsel for Mr. Huizar offered to stipulate to the existence of a fiduciary duty to not engage in bribery as defined by the Court. The government indicated it intended on offering evidence relating to Mr. Huizar's ethical obligations beyond a fiduciary duty not to engage in bribery even if Mr. Huizar were to so stipulate.

4. Attached as Exhibit A is a true and correct copy of a December 15, 2021 expert disclosure letter from the government to defense counsel.

5. Attached as Exhibit B is a true and correct copy of Mr. Huizar's Oaths of Office as produced by the government.

6. Attached as Exhibit C is a true and correct copy of the City of Los Angeles Code of Ethics as produced by the government.

7. Attached as Exhibit D is a true and correct copy of the Los Angeles City Ethics Commission Revolving Door Policy as produced by the government.

//
//
//
//

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed on December 19. 2022, at Los Angeles, California.
4
5                                          /s/ Adam Olin                     .
                                            ADAM OLIN
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28