# EXHIBIT B

STATE OF CALIFORNIA } ss.
COUNTY OF LOS ANGELES

**OATH OF OFFICE**  Jose Huizar
(SEC. 215 CITY CHARTER)

I do solemnly swear that I will support the Constitution of the United States and the Constitution of the State of California and the Charter of the City of Los Angeles, and that I will faithfully discharge the duties of the office of

_Councilmember, 14th District_

according to the best of my ability.

Subscribed and sworn to before me on

_November 29_, 20_05_

By _____ Deputy.

SIGNATURE
CITY CLERK OF THE CITY OF LOS ANGELES

---

STATE OF CALIFORNIA } ss.
COUNTY OF LOS ANGELES

**OATH OF OFFICE**  José Huizar
(SEC. 215 CITY CHARTER)

I do solemnly swear that I will support the Constitution of the United States and the Constitution of the State of California and the Charter of the City of Los Angeles, and that I will faithfully discharge the duties of the office of

_COUNCILMEMBER, FOURTEENTH DISTRICT_

according to the best of my ability.

Subscribed and sworn to before me on

_MAY 8_, 20_07_

By _____ Deputy.

SIGNATURE
CITY CLERK OF THE CITY OF LOS ANGELES

**STATE OF CALIFORNIA** } ss.
**COUNTY OF LOS ANGELES**

**OATH OF OFFICE** José Huizar
(SEC. 215 CITY CHARTER)

I do solemnly swear that I will support the Constitution of the United States and the Constitution of the State of California and the Charter of the City of Los Angeles, and that I will faithfully discharge the duties of the office of

COUNCILMEMBER, FOURTEENTH DISTRICT

according to the best of my ability.

Subscribed and sworn to before me on

JUNE 13, 2011.

_José Huizar_
SIGNATURE

By_____ Deputy _June Lagmay_
CITY CLERK OF THE CITY OF LOS ANGELES

---

**STATE OF CALIFORNIA** } ss.
**COUNTY OF LOS ANGELES**

**OATH OF OFFICE** Jose Huizar
(SEC. 215 CITY CHARTER)

I do solemnly swear that I will support the Constitution of the United States and the Constitution of the State of California and the Charter of the City of Los Angeles, and that I will faithfully discharge the duties of the office of

COUNCILMEMBER, FOURTEENTH DISTRICT

according to the best of my ability.

Subscribed and sworn to before me on

June 25, 2015.

_José Huizar_
SIGNATURE

By_____ Deputy _____
CITY CLERK OF THE CITY OF LOS ANGELES

Form 110 (R. 9/99)

## **CITY OF LOS ANGELES**

## OATH OR AFFIRMATION REQUIRED OF APPOINTEES WHO ARE OFFICERS OF THE CITY

(Enacted by City Council October 10, 1968, C.F. 102767)

José Huizar
(Type or Print Name in Full)

In the performance of my duties as:

Councilmember, Fourteenth District
(Name of Office)

I will disclose any interest, direct or indirect, in any business or transaction which is in substantial conflict with the proper discharge of my official duties in the public interest or which impairs my independence of judgment in the discharge of such duties.

X _____
Signature

The above Oath or Affirmation was taken and subscribed to before me this

29th Day of November 2005.

_____
CITY CLERK of the City of Los Angeles
State of California

By _____
Deputy

Council File No. _____

EXHIBIT_B_3

# CITY OF LOS ANGELES

## OATH OR AFFIRMATION REQUIRED OF APPOINTEES WHO ARE OFFICERS OF THE CITY

(Enacted by City Council October 10, 1968, C.F. 102767)

José Huizar
(Type or Print Name in Full)

In the performance of my duties as:

Councilmember, Fourteenth District
(Name of Office)

I will disclose any interest, direct or indirect, in any business or transaction which is in substantial conflict with the proper discharge of my official duties in the public interest or which impairs my independence of judgment in the discharge of such duties.

X _____
Signature

The above Oath or Affirmation was taken and subscribed to before me this

__8th__ Day of __May 2007__.

_____
CITY CLERK of the City of Los Angeles
State of California

By _____
Deputy

Council File No. _____

EXHIBIT_B_4

## CITY OF LOS ANGELES

## OATH OR AFFIRMATION REQUIRED OF APPOINTEES WHO ARE OFFICERS OF THE CITY

(Enacted by City Council October 10, 1968, C.F. 102767)

José Huizar
(Type or Print Name in Full)

In the performance of my duties as:

Councilmember, Fourteenth District
(Name of Office)

I will disclose any interest, direct or indirect, in any business or transaction which is in substantial conflict with the proper discharge of my official duties in the public interest or which impairs my independence of judgment in the discharge of such duties.

_____
Signature

The above Oath or Affirmation was taken and subscribed to before me this

13th Day of June 2011.

_____
CITY CLERK of the City of Los Angeles
State of California

By _____
Deputy

Council File No. _____

Read carefully, sign, have your signature acknowledged, and return to your supervisor or appointing authority.

# Loyalty Oath

LOYALTY OATH (Required by Article XX, Section 3 of the Constitution of the State of California)

I,                        José Huizar
                                (Type or Print Name in Full)

do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

X _____
                                    Signature

                              Councilmember, Fourteenth District
                                   Department/Commission

## Code of Ethics

I have received a copy of the City's Code of Ethics as contained in the Resolution adopted by the City Council on July 21, 1959, I have read and understand the intent of this Code, and I will apply it in my duties with the City.

X _____
                                   Signature

# FEDERAL PRIVACY ACT
Use of Social Security Numbers

Section 7 of Federal Law P.L. 93-579 requires you be informed of the following when asked to supply your Social Security number:

Why the information is necessary
Whether it is voluntary or mandatory to supply the information
How the information will be used
Authority for requesting the number

This is to inform you that when, as an official/employee of the City, you are requested to supply your Social Security number on any department form, it is required for use in the employment, personnel or payroll process. The authority for requiring this information is based upon provisions of the City's payroll and personnel candidate processing systems operational prior to January 1, 1975 and applicable Federal Law.

X _____
                                   Signature

Subscribed and sworn to before me on _____ November 29, 2005 _____

_____
CITY CLERK of the City of Los Angeles
State of California

                                   Notary Public
                                   In and for the State of California with principal
                          or

By _____ Deputy          Office in the County of Los Angeles

Your signature must be acknowledged by the City Clerk, A Deputy City Clerk, or
a Notary Public who is not permitted by law to charge a fee for this service.

FORM GEN. 132 (R. 1/85)

EXHIBIT_B_6

Read carefully, sign, have your signature acknowledged, and return to your supervisor or appointing authority.

# Loyalty Oath

LOYALTY OATH (Required by Article XX, Section 3 of the Constitution of the State of California)

I, _____ José Huizar _____
(Type or Print Name in Full)

do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

X _____
Signature

Councilmember, Fourteenth District
Department/Commission

# Code of Ethics

I have received a copy of the City's Code of Ethics as contained in the Resolution adopted by the City Council on July 21, 1959, I have read and understand the intent of this Code, and I will apply it in my duties with the City.

X _____
Signature

# FEDERAL PRIVACY ACT
Use of Social Security Numbers

Section 7 of Federal Law P.L. 93-579 requires you be informed of the following when asked to supply your Social Security number:

Why the information is necessary
Whether it is voluntary or mandatory to supply the information
How the information will be used
Authority for requesting the number

This is to inform you that when, as an official/employee of the City, you are requested to supply your Social Security number on any department form, it is required for use in the employment, personnel or payroll process. The authority for requiring this information is based upon provisions of the City's payroll and personnel candidate processing systems operational prior to January 1, 1975 and applicable Federal Law.

X _____
Signature

Subscribed and sworn to before me on _____ May 8, 2007 _____

_Frank X. Martin_
CITY CLERK of the City of Los Angeles
State of California

By _____ Deputy

or

Notary Public
In and for the State of California with principal
Office in the County of Los Angeles

Your signature must be acknowledged by the City Clerk, A Deputy City Clerk, or a Notary Public who is not permitted by law to charge a fee for this service.

FORM GEN. 132 Revised 6/2000

EXHIBIT_B_7

Read carefully, sign, have your signature acknowledged, and return to your supervisor or appointing authority.

# Loyalty Oath

LOYALTY OATH (Required by Article XX, Section 3 of the Constitution of the State of California)

I, _____ José Huizar _____
(Type or Print Name in Full)

do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

_____
Signature

Councilmember, Fourteenth District
Department/Commission

## Code of Ethics

I have received a copy of the City's Code of Ethics as contained in the Resolution adopted by the City Council on July 21, 1959, I have read and understand the intent of this Code, and I will apply it in my duties with the City.

_____
Signature

# FEDERAL PRIVACY ACT
Use of Social Security Numbers

Section 7 of Federal Law P.L. 93-579 requires you be informed of the following when asked to supply your Social Security number:

Why the information is necessary
Whether it is voluntary or mandatory to supply the information
How the information will be used
Authority for requesting the number

This is to inform you that when, as an official/employee of the City, you are requested to supply your Social Security number on any department form, it is required for use in the employment, personnel or payroll process. The authority for requiring this information is based upon provisions of the City's payroll and personnel candidate processing systems operational prior to January 1, 1975 and applicable Federal Law.

_____
Signature

Subscribed and sworn to before me on _____ June 13, 2011 _____

*June Lagmay*
CITY CLERK of the City of Los Angeles
State of California

By _____ Deputy

or

_____
Notary Public
In and for the State of California with principal
Office in the County of Los Angeles

Your signature must be acknowledged by the City Clerk, A Deputy City Clerk, or a Notary Public who is not permitted by law to charge a fee for this service.

FORM GEN. 132 Revised 6/2000

EXHIBIT_B_8

Read carefully, sign, have your signature acknowledged, and return to your supervisor or appointing authority.

# Loyalty Oath

LOYALTY OATH (Required by Article XX, Section 3 of the Constitution of the State of California)

I, __Jose Luis Huizar__
(Type or Print Name in Full)

do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

_____
Signature

_____
Department/Commission

## Code of Ethics

I have received a copy of the City's Code of Ethics as adopted by the City Council. I have read and understand the intent of this Code, and I will apply it in my duties with the City.

_____
Signature

## FEDERAL PRIVACY ACT
Use of Social Security Numbers

Section 7 of Federal Law P.L. 93-579 requires you be informed of the following when asked to supply your Social Security number:

- Why the information is necessary
- Whether it is voluntary or mandatory to supply the information
- How the information will be used
- Authority for requesting the number

This is to inform you that when, as an official/employee of the City, you are requested to supply your Social Security number on any department form, it is required for use in the employment, personnel or payroll process. The authority for requiring this information is based upon provisions of the City's payroll and personnel candidate processing systems operational prior to January 1, 1975 and applicable Federal Law.

_____
Signature

Subscribed and sworn to before me on _____

CITY CLERK of the City of Los Angeles
State of California

By _____ Deputy

or

_____
Notary Public
In and for the State of California with principal Office in the County of Los Angeles

Your signature must be acknowledged by the City Clerk, A Deputy City Clerk, or a Notary Public who is not permitted by law to charge a fee for this service.

FORM GEN. 132 (R. 1/85)

EXHIBIT_B_9

*Read carefully, sign, and return to your supervisor or appointing authority.*

# CODE OF ETHICS

I have received a copy of the City's Code of Ethics as contained in the Resolution adopted by the City Council on July 21, 1959 and amended August 23, 1979 by Council Resolution, I have read and understand the intent of this Code, and I will apply it in my duties with the City.

_____      José Huizar     June 25, 2015
SIGNATURE                               PRINT NAME          DATE

# FEDERAL PRIVACY ACT
## Use of Social Security Numbers

Federal law (Title 5 United States Code section 552a, subdivision (e)(3)) requires you be informed of the following when asked to supply your Social Security number:

(A) the authority which authorizes the solicitation of the information and whether disclosure of such information is mandatory or voluntary;
(B) the principal purpose or purposes for which the information is intended to be used;
(C) the routine uses which may be made of the information; and
(D) the effects, if any, of not providing the requested information

This is to inform you that when, as an official/employee of the City, you are requested to supply your Social Security number on any department form, disclosure of such information is mandatory and it is required for use in the employment, personnel or payroll process. The authority for requiring this information is based upon provisions of the City's payroll and personnel candidate processing systems and applicable Federal Law.

_____      José Huizar     June 25, 2015
SIGNATURE                               PRINT NAME          DATE

Form 132a (Revised 10/12)

## CITY OF LOS ANGELES PUBLIC EMPLOYEE
## DISASTER SERVICE WORKER PROGRAM

## OATH OF LOYALTY

### Government Code §3100

It is hereby declared that the protection of the health and safety and preservation of the lives and property of the people of the state from the effects of natural, manmade, or war-caused emergencies which result in conditions of disaster or in extreme peril to life, property, and resources is of paramount state importance requiring the responsible efforts of public and private agencies and individual citizens. In furtherance of the exercise of the police power of the state in protection of its citizens and resources, **all public employees are hereby declared to be disaster service workers subject to such disaster service activities as may be assigned to them by their superiors or by law.**

### Government Code §3108-3109

Every person who, while taking and subscribing to the oath or affirmation required by this chapter, states as true any material matter which he or she knows to be false, is guilty of perjury, and is punishable by imprisonment in the state prison for two, three, or four years. Every person having taken and subscribed to the oath or affirmation required by this chapter, who, while in the employ of, or service with, the state or any county, city, city and county, state agency, public district, or disaster council or emergency organization advocates or becomes a member of any party or organization, political or otherwise, that advocates the overthrow of the government of the United States by force or violence or other unlawful means, is guilty of a felony, and is punishable by imprisonment in the state prison.

---

**OATH OF LOYALTY (GOVERNMENT CODE §3102)**

I, _____ José Huizar _____
                              PRINT NAME

do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

| SIGNATURE | DEPARTMENT | DATE |
|---|---|---|
| [signed] | Councilmember, Fourteenth District | June 25, 2015 |

---

**WITNESS**

Employee's signature must be acknowledged by the City Clerk, Deputy City Clerk, a Department Representative who is authorized by the City Clerk to administer the Oath of Loyalty, or a Notary Public who is not permitted by law to charge a fee for this service.

Subscribed and sworn to before me on _____ June 25, 2015 _____
                                                DATE

| SIGNATURE OF CITY CLERK or OFFICIAL AUTHORIZED TO ADMINISTER LOYALTY OATH | PRINT NAME | TITLE |
|---|---|---|
| [signed] | Holly L. Wolcott | City Clerk |

---

Once taken, the Oath of Loyalty is effective for the entire period of time the signer remains a public employee with the City of Los Angeles.

Form 132b (Revised 10/12)