# EXHIBIT D

## OTHER REMINDERS

### FINANCIAL DISCLOSURE

City officials must file California Form 700 (Statement of Economic Interests) within 30 days after leaving City service.

Elected officials, members of City boards and commissions, and the heads of City agencies must also file the City's Form 60.

Both forms may be filed electronically after obtaining a login ID from the Ethics Commission.

### LOBBYING REGISTRATION

If no revolving door ban applies and you decide to engage in lobbying activity, you may be required to register with the Ethics Commission and report your activity. Late filing fees and administrative penalties may apply to registrations and reports that are not properly filed.

For more information, please visit ethics.lacity.org/publications/#lobbying

### CITY CONTRACTS

After you leave City service, state law may bar you (and possibly your new employer) from receiving any benefit from a contract that you participated in while with the City.

For more information, please contact the Fair Political Practices Commission.

### CONFIDENTIAL INFORMATION

Former (and current) City officials and employees may not disclose or misuse any confidential information that they acquired in the course of their City service.

Confidential information is anything that would not be subject to disclosure under the California Public Records Act if it were contained in a document.

### REPORTING VIOLATIONS

You may report possible violations to: (800) 824-4825, or ethics.lacity.org/enforcement

Anyone who violates these laws (or aids and abets another person in a violation) may be liable for administrative penalties of up to the greater of $5,000 per violation or three times the amount of money at issue.

**Los Angeles City ETHICS COMMISSION**

This is a brief overview of laws that apply to individuals who leave City service.

Please contact us for more information about how the laws apply to you.

ethics.lacity.org

200 North Spring Street
City Hall 24th Floor
Los Angeles CA 90012

(213) 978-1960

We are happy to help!

Published July 2021

**Los Angeles City ETHICS COMMISSION**

# Revolving Door
What to Know When Leaving City Service



EXHIBIT D-1

To help ensure fair and impartial government decisions, City and state laws limit certain activities by current and former City officials (California Form 700 filers) and employees. This guide is designed to help you understand some of the laws that apply to you when you negotiate future employment and after you leave City service.

## NEGOTIATING FUTURE EMPLOYMENT

City officials may not negotiate future employment with certain persons. The specific limitation depends on the position that the official holds.

### Mayor, City Attorney, Controller, and Heads of City Agencies
May not directly or indirectly negotiate future employment or future business opportunities with a person (other than a government entity) who has a matter pending before **them or their agencies.**

### City Council Members, City Board and Commission Members
May not directly or indirectly negotiate future employment or future business opportunities with a person (other than a government entity) who has a matter pending before **them or a body of which they are a voting member.**

### All Other City Officials
May not directly or indirectly negotiate future employment or future business opportunities with a person (other than a government entity) who has a matter pending before **them.**

In addition, all City officials—regardless of position— are prohibited from making, participating in, or using their City positions to influence a City decision involving the interests of a person with whom they have an agreement for future employment or business opportunities.

# REVOLVING DOOR BANS
There are two revolving door bans. One is **permanent**, and one is **temporary**.

If you hold any of the following positions at any time in the 24 months before you leave City service, you are prohibited from lobbying any City agency for one year after leaving City service.

**Mayor's Office:**
Mayor
Chief of Staff
Deputy Mayor
Mayoral Aide VII
Mayoral Aide VIII

**City Attorney's Office:**
City Attorney
Executive Assistant City Attorney
Chief Assistant City Attorney
Senior Assistant City Attorney
City Attorney Exempt Employee

**Controller's Office:**
Controller; Chief Deputy Controller
Administrative Deputy Controller
Principal Deputy Controller

**City Council Offices:**
Councilmember
Council Aide VI
Council Aide VII

**Other Offices:**
Board of Public Works Commissioner
Chief Administrative Officer
General Manager

## TEMPORARY BAN

Former City officials may not receive compensation for attempting to influence the actions of City agencies on behalf of other people (except government entities) for one year after leaving City service. The agencies that a former City official may not attempt to influence depend on the type of position the former City official held:

**City officials listed on the panel to the left:** Any City agency.

**All other City officials:** Any City agency in which the official served during the 24 months before leaving City service.

This ban applies to attempts made either personally or through another person.

Additional state restrictions apply to elected officials and retirement board officials. Please contact the Office of the City Attorney or the Fair Political Practices Commission for information.

## PERMANENT BAN

Former City officials and employees may not receive compensation for attempting to influence any City agency regarding matters in which they "personally and substantially" participated during City service.

- Personal and substantial participation includes but is not limited to making or voting on a decision, making a recommendation, conducting research or an investigation, and giving advice.

- Applies to attempts to influence a City decision either personally or through another person.

- Prohibits compensation for assisting another person in attempting to influence a matter that the former official or employee is banned from influencing.

- Lasts as long as the matter is still pending with the City or the City is a party.



If you have questions about your specific circumstances, please contact the Ethics Commission for advice.

EXHIBIT_D_2