CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
CHARLES SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
José Luis Huizar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 20-CR-0326-JFW |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF (1) TEXT NOTIFICATIONS OF GPS TRACKER, AND (2) EXHIBIT PROFFERED BY COOPERATOR GEORGE CHIANG DURING HIS JULY 11, 2019 INTERVIEW [ECF NO. 862]** |
| JOSE LUIS HUIZAR, *et al.*, | |
| Defendants. | |

For the reasons stated below, Jose Luis Huizar, by and through counsel of record, withdraws his motion to compel production of text notifications of GPS tracker and exhibit proffered by cooperator George Chiang (ECF No. 862).

Respectfully submitted,
CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: December 23, 2022    *s/ Carel Alé*
Carel Alé
Charles J. Snyder
Adam Olin
Deputy Federal Public Defenders
Attorneys for Jose Luis Huizar

1

## WITHDRAWAL OF MOTION TO COMPEL

On December 22, 2022, the government produced the requested GPS text notifications. Accordingly, Huizar respectfully withdraws his request to compel this evidence.

After Huizar filed his motion to compel documents produced by George Chiang during his proffer, on December 19, 2022, the government notified Huizar that a third-party claimed privilege over those documents. Huizar will not at this time challenge the third-party's assertion of privilege and respectfully withdraws his request as to the Chiang proffered documents.

                                                Respectfully submitted,
                                                CUAUHTEMOC ORTEGA
                                                Federal Public Defender

Dated: December 23, 2022          /s/ *Carel Alé*
                                                Carel Alé
                                                Charles J. Snyder
                                                Adam Olin
                                                Deputy Federal Public Defenders
                                                Attorneys for Jose Huizar