# EXHIBIT B

## (Defendant Huizar's Proposed Questionnaire)

<u>**JUROR QUESTIONNAIRE**</u>

**United States District Court for the Central District of California**

**Hon. John F. Walter**

<u>**Court's Introduction**</u>

  You are receiving this questionnaire in connection with your summons for jury service from the United States District Court for the Central District of California.  The purpose of the questionnaire is to provide information to the Court and the attorneys so that they can determine whether you can serve as a fair and unbiased juror in a case entitled <u>United States v. Jose Huizar, Raymond Chan, et al.</u>

  Briefly summarized, the government has charged Jose Huizar, a former Los Angeles City Councilmember, and Raymond Chan, a former Director of the Los Angeles Department of Building and Safety and former Deputy Mayor for Economic Development, with public corruption and related offenses.  Mr. Huizar and Mr. Chan have pleaded not guilty and are presumed innocent.

  This questionnaire is part of the jury-selection process.  You must give true, candid, and complete answers to every question.  You may not discuss this questionnaire or your answers with anyone, including Court personnel, except as directed by the Clerk of the Court or the judge presiding over this case.  If you do not understand a question, write that on the questionnaire and it will be discussed with you later.

  From this point forward until you are excused from jury service, you may not do any research regarding this case.  That means you may not look up the case or any of its participants on the internet or in any other manner.  Except to say that you have been summoned for jury service, you may not discuss this case with anyone – not your family, your employer, your friends, or anyone else.

  There are no "right" or "wrong" answers to these questions; there are only truthful answers. You are sworn to give truthful answers, so you must provide full and accurate information in response to each question.

  Thank you for your cooperation and jury service.

B-001

## BACKGROUND INFORMATION

| Juror Number: | Gender: | Age: |
|---|---|---|

1. In what city do you currently live?_____
2. What is your marital status (not married, married, divorced)?_____
3. If you have kids, what are their ages?_____
4. With whom do you live with?_____
5. How far did you go in school?_____
   a. If you are currently pursuing or have already received a college or post-graduate degree, what degree(s) did you receive, and from what institution(s)?_____
   _____

6. What is your current employment status?_____
   a. If you work outside the home, where do you work and what do you do?_____
   b. If you are retired, please describe your primary employment pre-retirement:_____
7. Have you, your spouse, your children, your siblings, your parents, or any of your close friends (circle all that apply):
   a. Worked for the federal, state, county, or city government in any capacity?
      i. If so, please explain:_____
      _____
   b. Been trained to work in law enforcement or the military?
      i. If so, please explain:_____
      _____
   c. Been a victim of a crime?
      i. If so, please explain:_____
      _____
   d. Been investigated for, accused of, arrested for, or charged with a crime?
      i. If so, please explain:_____
      _____
   e. Been a witness or a party to a lawsuit?

B-002

        i.  If so, please explain:_____

              _____

8.  Where do you get your news (circle all that apply)?
- a.  TV
- b.  Websites
- c.  Newspapers
- d.  Magazines
- e.  Radio
- f.  Podcasts
- g.  Other
  - i.  If other, please describe:_____

              _____

9.  What news programs do you watch on TV?_____

_____

10. What newspapers do you read (including online)?_____

_____

11. What magazines do you read (including online)?_____

_____

12. What radio stations or podcasts do you listen to?_____

_____

13. How often do you use the internet (circle one)?
- a.  A great deal every day
- b.  Occasionally during the day
- c.  A few times a week
- d.  Once a week or less

14. For what purposes do you use the internet (circle all that apply)?
- a.  News/current events
  - i.  If you use the internet for news/current events, what websites do you visit?_____

              _____

    b.  Celebrity or other gossip

    c.  Email/chatting/messaging

    d.  Social media

        i.  If you use social media, what platforms do you use?_____

          _____

    e.  Investing

    f.  Research/information gathering

    g.  Banking/paying Bills

    h.  Entertainment (e.g., music, TV shows, movies, gaming)

15. Have you written letters to the editor or made written comments about politics either by mail or online?

    a.  If yes, please explain:_____

      _____

## CASE TOPICS

16. Do you regularly vote in local, state, and national elections?_____

17. Have you, your spouse, your children, your siblings, your parents, or any of your close friends ever (circle all that apply):

    a.  Worked in real-estate development or city planning

        i.  If yes, please explain:_____

          _____

    b.  Been a member of a union

        i.  If yes, please explain:_____

          _____

    c.  Worked as a lobbyist or political consultant

        i.  If yes, please explain:_____

          _____

    d.  Contributed to a political campaign

        i.  If yes, approximately how many times have you contributed to political campaign(s):_____

          _____

4

    e. Contributed to a political-action or independent-expenditure committee
        i. If yes, approximately how many
        times:_____

        _____

    f. Participated in a political campaign (e.g., phone banking, door knocking)
        i. If yes, please
        explain:_____

        _____

18. Have you, your spouse, your children, your siblings, your parents, or any of your close friends ever (circle all that apply):

    a. Campaigned, voted, or made a contribution for Jose Huizar
        i. If yes, please
        explain:_____

        _____

    b. Campaigned, voted, or made a contribution against Jose Huizar
        i. If yes, please
        explain:_____

        _____

    c. Campaigned, voted, or made a contribution for or against a candidate for Los Angeles City Council District 14?_____
        i. If yes, please
        explain:_____

        _____

    d. Sought assistance from Jose Huizar, Los Angeles City Council District 14, Raymond Chan, the Los Angeles Department of Building and Safety, the Los Angeles Department of City Planning, the Los Angeles City Planning Commission, or the Los Angeles Mayor?
        i. If yes, please
        explain:_____

        _____

    e. Had personal contact with Jose Huizar or Raymond Chan?_____
        i. If yes, please
        explain:_____

        _____

        _____

        _____

B-005

19. To your knowledge, has Jose Huizar or Raymond Chan taken actions that have affected you personally?_____
    a. If so, please explain:_____
    _____

20. Do you have any views about whether politicians or public officials are more or less trustworthy than the average person?_____
    a. If so, please explain:_____
    _____
    _____
    _____

21. Do you believe that most or all politicians are ethically compromised or corrupt in some way?_____
    a. If so, please explain:_____
    _____
    _____
    _____

22. Do you have any views about whether most or all elected officials working for the City of Los Angeles, including on the Los Angeles City Council, are likely to have engaged in some form of corruption or misconduct?_____
    a. If so, please explain:_____
    _____
    _____
    _____
    _____

23. Do you have any strongly-held views about large-scale real-estate development or developers?_____
    a. If so, please explain:_____
    _____
    _____
    _____

24. Do you have any strongly-held views about affordable housing, homelessness, city planning, or housing policy?_____

6

    a. If so, please explain:_____

_____
_____
_____

25. Do you have any strongly-held views about the influence of money in politics, political action committees (PACs), political fundraising, or political contributions made by corporations or unions?_____

    a. If so, please explain:_____

_____
_____
_____

26. Do you have any views about whether Chinese nationals or people with cultural ties to China are more likely to engage in corruption or misconduct than people from the United States or other regions of the world?_____

    a. If yes, please explain:_____

_____
_____
_____

27. If you heard evidence that Jose Huizar or Raymond Chan accepted cash, lavish gifts, or campaign contributions from a businessman or real-estate developer, would that make it difficult for you to evaluate evidence of alleged corruption fairly and impartially regardless of the instructions provided to you by the judge?_____

    a. If so, please explain:_____

_____
_____
_____

28. If you heard evidence that a defendant or witness was unfaithful to a spouse or romantic partner, would that make it difficult for you to be completely fair and unbiased?_____

    a. If so, please explain:_____

_____

_____
_____

29. If you heard evidence that a defendant or witness had been accused of sexual harassment, would that make it difficult for you to be completely fair and unbiased?_____

    a.  If so, please explain:_____

    _____
    _____
    _____

30. Before today, have you read, seen, or heard anything about corruption charges being brought against Jose Huizar or Raymond Chan?_____

    a.  If so, what do you recall?_____

    _____
    _____
    _____
    _____

    b.  If so, how did you learn this information?_____

    _____
    _____
    _____
    _____

31. Based on anything that you have read, seen, or heard about this case, have you formed any opinion about whether Jose Huizar or Raymond Chan is guilty or innocent?_____

    a.  If so, please explain:_____

    _____
    _____
    _____

32. Is there anything about what you have read, seen, or heard about this case that would make it difficult for you to be completely fair and unbiased to both sides?_____

    a.  If so, please explain:_____

_____
_____
_____

33. Is there anything about the nature of the allegations that would make it difficult for you to be completely fair and unbiased to both sides?_____

    a. If so, please explain:_____

_____
_____
_____

34. Is there anything in this questionnaire that makes you think that it would be difficult for you to be completely fair and unbiased to both sides?_____

    a. If so, please explain:_____

_____
_____
_____

35. Is there any other reason why you think that you might not be able to be completely fair and unbiased to both sides, or anything else that you think that the parties and judge would like to know?_____

    a. If so, please explain:_____

_____
_____
_____

## LOGISTICS

36. The trial in this case will begin on February 21, 2023 and may last up to 12 weeks.  Except for federal holidays, the jury will generally sit Mondays through Fridays, from 8 a.m. to 2 p.m., in the First Street Courthouse located at 350 W. 1st St., Los Angeles, CA 90012.

Bearing in mind that jury service is a civic duty without which the judicial system could not function, and bearing in mind that all jury service involves some degree of hardship, do you believe that service on this jury would cause you <u>serious</u> hardship?_____

    a. If so, please explain in
detail:_____

_____
_____
_____
_____

37. Do you have any auditory of visual difficulties, or difficulties with the English
language, that would make it difficult for you to understand witness testimony
and documents presented at trial?

    a. If so, please
explain:_____

_____
_____
_____

**[Please note that, in the event you are excused from this jury, you will not
be excused from jury service in general.  You will instead be required to
report for jury service for placement on another panel for a different case.]**

## ATTESTATION

I declare under penalty of perjury that all of the foregoing answers are true and
correct to the best of my knowledge and belief.

_____

[Juror Number]

## EXTRA SPACE

_____
_____
_____
_____
_____
_____

B-010

**JUROR NUMBER:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

B-011