E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW-1 |
|---|---|
| Plaintiff, | NOTICE OF LODGING SUR-REPLY EXHIBIT; EXHIBIT 5 |
| v. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendants. | |

The United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files this Notice of Lodging of Sur-Reply Exhibit 5.

1	This filing is pursuant to the Court's permission provided
2	orally at the hearing on December 16, 2022, and is in response to
3	defendant Jose Huizar's Reply ISO his EPA to Exclude Exhibits (Dkt.
4	870), which the government argued contained improper and inaccurate
5	content and exhibits.  Pursuant to the government's motion (Dkt.
6	876), the Court struck from the record defendant's Reply, except for
7	Section III(A) at pages 3-4 and Exhibits B and F (Dkt. 877).
8	Notwithstanding the Court's striking of the improperly filed
9	portions of defendant Huizar's Reply, this sur-reply exhibit is to
10	supplement the record in response to the remaining portions of the
11	Reply that create the inaccurate suggestion that the government has
12	been somehow deficient in the meet and confer and exhibit conference
13	process in this matter; the opposite is true.  An example of this is
14	///

demonstrated by the attached email correspondence (Exhibit 5), which evinces the government's extensive efforts to prepare this case for trial and comply with the Court's various orders.

Dated: December 23, 2022          Respectfully submitted,

                                                    E. MARTIN ESTRADA
                                                    United States Attorney

                                                    SCOTT M. GARRINGER
                                                    Assistant United States Attorney
                                                    Chief, Criminal Division

                                                    /s/ Mack E. Jenkins
                                                    MACK E. JENKINS
                                                    CASSIE D. PALMER
                                                    SUSAN S. HAR
                                                    BRIAN R. FAERSTEIN
                                                    Assistant United States Attorneys

                                                    Attorneys for Plaintiff
                                                    UNITED STATES OF AMERICA

**Table of Exhibits**

| Exhibit | Description | Cite(s) |
|---|---|---|
| 5[1] | AUSA Palmer and Defendant Huizar's Counsel (and others) Email Thread re: Government's Requested Exhibit Conference Follow Up Items and Government Exhibit List (last email date Dec. 14, 2022) | [N/A] |

---

[1] Exhibit 5 is consecutively numbered to the government's exhibits attached to its Opposition To Defendant José Luis Huizar's Ex Parte Application For Order To Enforce Trial Order And Exclude From Trial Any Government Exhibit Not Produced By The Exhibit Deadline (dkt. 858).

4