# EXHIBIT 5

# Palmer, Cassie (USACAC) 2

| | |
|---|---|
| **From:** | Palmer, Cassie (USACAC) 2 |
| **Sent:** | Wednesday, December 14, 2022 6:33 PM |
| **To:** | Carel Ale; Harland Braun; brendan@braunlaw.com; Jeremy Chan; Charles Snyder; Adam Olin; Cuauhtemoc Ortega |
| **Cc:** | Civetti, Andrew (LA) (FBI); Har, Susan (USACAC); Har, Susan (USACAC); Jenkins, Mack (USACAC); Quach, Lynda (USACAC) [Contractor] |
| **Subject:** | RE: US v. Huizar: M/C re Discovery Production (12/09/22) |
| **Attachments:** | RICO Exhibit List_12.14.2022_w Objections_M&C (redline) [PDF].pdf; RICO Exhibit List_12.14.2022_w Objections_M&C_Clean.docx; RICO Exhibit List_12.14.2022_w Objections_M&C_Clean.pdf |

Counsel,

I have attached clean and redlined versions of the Exhibit list (the former in PDF and Word, the latter in PDF only). Per my note below, we still have not received any defense responses to the to-do list Carel circulated the day of the meet and confer on November 28 (which was more than two weeks ago). Please send us your responses to the below items, which have remained outstanding since our meet and confer on November 29. I have used the To-Do List Carel circulated after the meet and confer with responses highlighted in yellow.

DFPD's Nov. 29 Post-Meet-and-Confer To-Do List:

1. We will send over two hard drives tomorrow--one, for the PDF production of the outstanding discovery to be produced by early next week, the second, for the relativity production of that same discovery which you will produce in 2-3 weeks.
==The government provided both productions to the DFPD on December 9.==

2. You will provide us on a rolling basis beginning early next week with the exact clips of those exhibits which you've provided as complete recordings thus far, or at a minimum, the highlighted transcript sections of the intended clips. As we mentioned previously and discussed at the meeting, the already-late production of these clips prejudices us and is unduly burdensome; we are not waiving any objection we may have to the late production of these exhibits.
==The government has provided highlighted transcripts/debriefs of all recordings.  **We are awaiting defense objections, if any, regarding rule of completeness.**==

3. You will review any presentation made to you by cooperators or witnesses for Brady/Jencks production; you will advise us of your position regarding whether those presentations are discoverable by Friday (Brady/Jencks due date) so that we may raise this issue with the Court.
==The government responded to this inquiry on December 2.==

4. We will provide you a redline of the Exhibit List exhibit descriptions that we believe are either inaccurate or argumentative for further discussion.
==**The government not yet received any responses from the defense for this item.**==

5. We will provide you with updated objections to the Exhibit List.
==**The government not yet received any responses from the defense for this item.**==

6. You will get back to us on several outstanding exhibit issues, e.g., confirming that the redaction in Ex. 901/902 is Andy Wang's name; confirming what pages of the casino business record exhibits the government will seek to

introduce as an exhibit (you said you were not going to introduce the SARs and would confirm about the incident logs and other narratives), etc. etc.

**The government responded to the DFPDs regarding outstanding issues on December 8 and provided revised exhibits that same day. We previously indicated we would circulate the revised exhibit list after we received the DFPDs' responses to the outstanding items above but are circulating a revised list now because we have not received any responses to *any* of the follow-up items since the meet and confer more than two weeks ago.**

Thanks,

Cassie

**Cassie D. Palmer | Assistant United States Attorney**
Public Corruption & Civil Rights Section
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012

---

**From:** Palmer, Cassie (USACAC) 2
**Sent:** Friday, December 9, 2022 3:46 PM
**To:** Carel Ale <Carel_Ale@fd.org>; Harland Braun <harland@braunlaw.com>; brendan@braunlaw.com; Jeremy Chan <​>; Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>
**Cc:** Civetti, Andrew (LA) (FBI) <​>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Quach, Lynda (USACAC) [Contractor] <lquach1@usa.doj.gov>
**Subject:** RE: US v. Huizar: M/C re Discovery Production (12/09/22)

Dear Counsel,

Pursuant to your requests for discovery, the Court's order, the Protective Order entered in this matter and stipulations regarding the Protective Order, we have prepared the following production containing the documents described in more detail below and in the attached production index. Please note that certain documents included in this production are subject to the Protective Order and accordingly are designated as "Sensitive Materials" or "Cooperator Materials," with markings on the documents and in the attached index.

Carel, et al.: Your hard drive is available for pick up. The attached screenshot shows the folders saved on the hard drive.

Harland/Brendan: Please let me know if you like to provide a hard drive for this production? This production is voluminous and contains large files like recordings, so is not feasible to upload to USAfx.

The production contains the following folders (I have included a few notes regarding this production following the folder and description for your reference):

1.) FBI Serials
2.) FBI Recordings – Including Virginia Clark, Li Chen, Darius Hatami, Mark Davis recordings.
3.) Production – Andy Wang
4.) Corrected Exhibits (Recordings) – Exhibits 66, 67, 227
5.) Lee_940 Hill Defense Exhibits
6.) SZNW Defense Exhibits – We were unable Bates stamp each file because they had a "read only" feature on each file, which was proving very time consuming to convert. Accordingly, we zipped the SZNW Defense Exhibits into a single folder and assigned it a single Bates number. That said, we will be producing these items with individual Bates numbers through Relativity, so ask that you use the Bates stamped version for clarity in future filings, etc.
7.) Casino Surveillance

8.) Tax Returns (Unredacted) – Subject to the Sensitive Protective Order
9.) City Ethics – Relates to Andy Wang issue you raised
10.) MGM Production (Additional Records)
11.) Venetian Response (Surveillance Videos) – Some videos relating to FBI serials above
12.) Casino Loyale Prod_001 & Prod_007 (Re-production) – Entire reproduction/fixed items from Leidos.
13.) Casino_0014962-Casino_0015809 – Carel previously requested these items from an old production. They are saved on the hard drive in a separate folder so that it's easier to view them immediately. To view them in Relativity, it might be necessary to re-load the entire production to avoid any error messages/technical issues (the entire re-production is found in folder 013 above). But to view the missing items only, simply view folder 013.
14.) Casino_0264567 – This was another item Carel requested from an old production. It also is saved in a separate folder to allow viewing immediately. However, to be viewable in Relativity, you might need to follow the method described above. To view only the missing item, simply view folder 014.
15.) Casino Loyale Prod_049 – These are the new Relativity items that were recently tagged. These are therefore duplicates of the pdf bates-stamped version in folder 001 above, among other items. We will provide a detailed index of these items on Monday or Tuesday.

Lynda, who valiantly helped prepare this production on a tight turnaround, is out for several days. Accordingly, I may update you with additional information (or correct anything I misunderstood) when I'm able to speak with her early next week.

Thanks and have a great weekend!

Cassie

**Cassie D. Palmer | Assistant United States Attorney**
Public Corruption & Civil Rights Section
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012

---

**From:** Palmer, Cassie (USACAC) 2
**Sent:** Thursday, December 8, 2022 5:50 PM
**To:** Carel Ale <Carel_Ale@fd.org>; Harland Braun <harland@braunlaw.com>; brendan@braunlaw.com; Jeremy Chan                    ; Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>
**Cc:** Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Civetti, Andrew (LA) (FBI)                    ; Har, Susan (USACAC) <SHar@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Subject:** RE: US v. Huizar: M/C re Exhibit List

Dear Counsel,

During the meet and confer process, the DFPDs identified exhibits for which they sought clarification regarding the foundation or requested redactions, excerpts, etc. The government has completed its review of the majority of those items and is continuing to fine-tune its exhibits in accordance with the spirit of the meet and confer process. As discussed, we are providing these corrected exhibits on a rolling basis, for efficiency and in an effort to narrow the issues relating to the exhibit list. The corrected exhibits identified below are available to view and download here: https://usafx.box.com/s/5akla4inpo6a3qbkbeoepan52wunwxdg

In addition, we have added 9 exhibits (some with subparts A, B, C, D, etc.). Some of these new exhibits are additional excerpts of exhibits we previously provided, e.g., Exs. 451H-K, 530H, 533E. For others, we identified exhibits during our preparation for trial that we inadvertently failed to include in our initial list, e.g., ex. 670. The last category includes

exhibits that the government added to its exhibit list *during* the SZNW trial/trial preparation and *after* we had provided our initial exhibit list on Oct. 11th, e.g., the Henry Yong disciplinary documents (Ex. 571). The new exhibits are identified with their respective exhibit numbers and descriptions below. We will provide an updated exhibit list with these new items after we have received your updated objections (**please advise us of your objections, if any, to these new exhibits, and we will update the exhibit list chart accordingly**). You can view and download the new exhibits here: https://usafx.box.com/s/n9cxlvkjn8n3l325tqez9zobp451jbda

We have cut six exhibits. They are identified below.

Based on our notes, the DFPDs agreed to follow up on a few exhibits as well, which we have identified below. Please let us know your positions on these exhibits.

**Government Exhibits (Corrections/Replacements/Follow-up Questions):**

- 15A, B – We will replace these exhibits with the complete metadata for the photos and documents, certain pages were inadvertently not included.
- 17 – We will determine our position on the handwriting during our trial preparations. This document was provided by Esparza during an interview [06/20/2020, Casino_381184, serial 1710]. At this time we plan to introduce the entire document.
- 28 - This document was provided by Esparza during an interview [06/20/2020, Casino_381184, serial 1710].
- 29 - This document was provided by Esparza during an interview [06/20/2020, Casino_381184, serial 1710].
- 44A, B -   Description should be "08/15/2017 CD 14 Planning Contact List [Excel, PDF, Metadata]" – we have removed "Contribution Tracking" from our exhibit list description
- 49 – Excerpted Exhibit
- 50 – We will determine our position on the handwriting during our trial preparations. This document was provided by Esparza during an interview [06/20/2020, Casino_381184, serial 1710].
- 52 – Marked for Identification Only.
- 54 – Marked for Identification Only.
- 55 – Marked for Identification Only.
- 56 – Marked for Identification Only.
- 57 – Marked for Identification Only.
- 58 – Marked for Identification Only.
- 59 – Marked for Identification Only.
- 60 – Marked for Identification Only.
- 61 – Marked for Identification Only.
- 63 – Marked for Identification Only.
- 63A - 12/03-12/12/13 HUIZAR and Sanders re Fundraising and Project Help
- 66 – File was corrupted; we have fixed it.
- 67 – Description & Wire Session correctly identified; audio file provided was incorrect – corrected audio file provided in link.
- 69 – DFPDs said the recording appeared incomplete, but this is where the wire call was intercepted. This is the complete recording we have.
- 83 – Huizar Chase Statements
- 83A – Chase Credit Card Statement – Jose HUIZAR (November 2015) – Salvador Payment [Excerpt]
- 83B – Chase Credit Card Statements – Jose HUIZAR (April – August 2017) – Isidra Payments [Excerpt]
- 94 – Removed Audio and Clipped File
- 220A – Fixed Kuk photo to Blue Outline
- 221 – Marked for Identification Only.
- 222 – Marked for Identification Only.
- 223 – Description Updated: "09/05/2018 CHAN Recorded Call re: FBI Interview (1D247) [Related to Ex. 271A]"

- 224 – Description Updated: "09/05/2018 Wire Interception of CHAN's Office (TL2#138) re: FBI – "I hope this isn't about Jose" [Related to Ex. 271A]"
- 225 – Description Updated: "09/12/2018 FBI Interview of CHAN (1D240) [Related to Ex. 271C]"
- 265 – Corrupted File – corrected audio file provided in link.
- 271A – Description Updated: "09/05/2018 Recorded Video CHAN's Office re: FBI Phone Call [Related to Ex. 223 & 224]"
- 271C – Description Updated: "09/12/2018 Recorded Video CHAN's Office re: FBI Interview [Related to Ex. 225]"
- 272 – Document from Ray's Google Drive [Casino_2001915]
- 407B – First Page w/ Chinese removed.
- 408A – First Page w/ Chinese removed.
- 414 – Full unredacted version provided per DFPDs' request.
- 418 – Highlights were in the original attachment to the email (that is, the government did not highlight the document).
- 423 – Document from both Huizar Email Casino_0000102 and Chan Google Drive Casino_2000519
- 427 – Saved on Chan Google Drive in the "Chairman" Folder - Meta Data, Authors: Jeremy Chan, Last Save by: Jeremy Chan, Content Created: 02/28/204
- 438 – Redacted w/ Black Box instead of White per DFPD request
- 456B – Removed last page.
- 492 – Corrected Image and Description – "12/21/2013 Photograph of Huizar and Esparza in Cockpit"
- 531C – Incident Report Removed
- 532C – Incident Report and SAR Removed
- 532D – Daily Log Removed
- 532E – Daily Log Removed
- 532F – Daily Log Removed
- 532H – Daily Log and Incident Report Removed
- 546 – Removed "Dissolved" Page and All Foreign Language
- 635 – Marked for Identification Only.
- 636 – Marked for Identification Only.
- 705 – Updated with Ticket Attachment
- 718 – Ray Google Drive, Authors: Raymond Chan, Last Saved By: Raymond Chan, Content Created: 9/17/2017
- 739 – Huizar's children's names redacted
- 750O – Two Huizar messages were inadvertently noted included.
- 753E – Not a duplicate.
- 754A-D – Added Chan and Chiang Photos
- 840 – Replaced with Carmel Production version.
- 837 – Excerpt Created
- 876B – Expanded chain of messages.
- 901 – Wang's Name was the Redaction
- 902 – Wang's Name was the Redaction

**Added Government Exhibits:**

- 95 – Coversheet Esparza Notes (Continued)
    - 95A – 09/18 – 09/19/2014 Esparza Phone Notes
    - 95B – 04/27 – 05/04/2017 Esparza Phone Notes
    - 95C – 06/27 – 07/18/2017 Esparza Phone Notes
- 445A - Draft Version: 08/11/2016 Letter Li Chen, Darius Hatami to Huang, Don Li re: Proposed Los Angeles Downtown Hotel and Condo Development [Chan's Google Drive]
- 451
    - 451H – Esparza and HUIZAR Text Messages 04/24/2015 re: May 2015 Vegas
    - 451I – Esparza and HUIZAR Text Messages 04/29/2015 re: Palazzo

- - 451J – Esparza and HUIZAR Text Messages 05/01/2015 Esparza re: Vegas Trip
  - 451K – Esparza and HUIZAR Text Messages 01/30/2017 re: Vegas
- 502 – Vegas Trip #4 Photographs & Videos
  - 502A - Vegas Trip #4 - 06/14/2014 – Palazzo Screenshot re: Gambling Table
  - 502B – Vegas Trip #4 - 06/14/2014 – Palazzo Video re: Huang Passes Huizar Casino Chips
  - 502C – Vegas Trip #4 - 06/14/2014 – Palazzo Video re: Huang Passes Huizar Additional Casino Chips
  - 502D – Vegas Trip #4 - 06/14/2014 – Palazzo Video re: Huang Passes Esparza Casino Chips
- 530H – 01/29/2017 Caesar's Records
- 531
  - 531E – 02/12/2016 Cosmopolitan Records
  - 531F – 04/30/2016 Cosmopolitan Records
  - 532L – 01/29/2017 Palazzo Records
- 533E - 05/14/2016 Wynn Records
- 571 – Coversheet – Hock "Henry" Loon Yong – State Bar Documents
  - 571A – CA Bar Search
  - 571B – CA Terminating Decision [**Identification Only**]
  - 571C – CA Supreme Court Order [**Identification Only**]
  - 571D – NY Bar Search [**Identification Only**]
  - 571E – NY Terminating Decision [**Identification Only**]
- 670 - Photograph of $250,000 Seized Cash

**Outstanding Exhibits for Defense Follow-Up:**

- 20A-J – Defense to propose requested redactions, if anything.
- 402 – Defense to advise if they want foreign language redacted.
- 646 – Defense to provide position on photos w/ napkin notes

**Cut Exhibits:**

- 252 – Duplicate of Ex. 763
- 264
- 266
- 267
- 460 – Duplicate of 457
- 767 – Duplicate of 73

In addition, I have responded to Carel's questions below. My responses are highlighted in yellow.

Thank you and best regards,

Cassie

**Cassie D. Palmer | Assistant United States Attorney**
Public Corruption & Civil Rights Section
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012

---

**From:** Carel Ale <Carel_Ale@fd.org>
**Sent:** Tuesday, November 29, 2022 10:27 PM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Harland Braun <harland@braunlaw.com>; brendan@braunlaw.com; Jeremy Chan
**Cc:** Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega

<Cuauhtemoc_Ortega@fd.org>; Civetti, Andrew (LA) (FBI) ███████████; Har, Susan (USACAC) <SHar@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>
**Subject:** [EXTERNAL] RE: US v. Huizar: M/C re Exhibit List

Hi all,

Thank you for taking the time to meet with us today. As discussed,

1. We will send over two hard drives tomorrow--one, for the PDF production of the outstanding discovery to be produced by early next week, the second, for the relativity production of that same discovery which you will produce in 2-3 weeks.

==The hard-copy discovery production has been prepared and is now copying onto your hard-drive, but it takes many hours. I am awaiting an update re: that and re: the Relativity production, the latter of which requested a rush production. I anticipate we will provide an update later tonight or tomorrow.==

2. You will provide us on a rolling basis beginning early next week with the exact clips of those exhibits which you've provided as complete recordings thus far, or at a minimum, the highlighted transcript sections of the intended clips. As we mentioned previously and discussed at the meeting, the already-late production of these clips prejudices us and is unduly burdensome; we are not waiving any objection we may have to the late production of these exhibits.

==We provided these to you on a rolling basis, per what we believed to be our understanding with you: the first set in November and the next set on December 2, all ahead the estimates we had discussed. We then provided the remaining highlighted transcripts and debriefs earlier this week, again ahead of our original estimates. **We are awaiting your objections, if any, regarding rule of completeness.** Your objections are necessary for us to prepare final version of the transcripts. Syncing the transcript with the audio is the last part of our process. If you request additional lines, and we agree, the synced recordings would need to be redone, as would the transcripts. As such, we complete those processes last. Your position that you do not have to provide objections at any point because there is no deadline is at odds with your position and demands regarding the transcripts generally and is further at odds with how defense counsel in the prior trials has approached the process. Can you advise when you intend to provide your positions and if you intend to do so on a rolling basis? We understand you will need time for the most recent productions but you have had some of the highlighted transcripts for nearly a month.==

3. You will review any presentation made to you by cooperators or witnesses for Brady/Jencks production; you will advise us of your position regarding whether those presentations are discoverable by Friday (Brady/Jencks due date) so that we may raise this issue with the Court.

==Responded in a previous email.==

4. We will provide you a redline of the Exhibit List exhibit descriptions that we believe are either inaccurate or argumentative for further discussion.

==**We have not yet received this from the defense.**==

5. We will provide you with updated objections to the Exhibit List.

==**We have not yet received this from the defense.**==

6. You will get back to us on several outstanding exhibit issues, e.g., confirming that the redaction in Ex. 901/902 is Andy Wang's name; confirming what pages of the casino business record exhibits the government will seek to introduce as an exhibit (you said you were not going to introduce the SARs and would confirm about the incident logs and other narratives), etc. etc.

==See above, which responds to most outstanding issues. **We will wait your objections and redlines and incorporates those into a revised exhibit list that we will circulate.**==

Talk to you all soon.

Best,

Carel

---

**From:** Carel Ale
**Sent:** Monday, November 28, 2022 1:22 PM
**To:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Harland Braun <harland@braunlaw.com>; brendan@braunlaw.com; Jeremy Chan<span style="background:#000">▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓</span>
**Cc:** Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Civetti, Andrew (LA) (FBI)<span style="background:#000">▓▓▓▓▓▓▓▓▓▓</span>Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>
**Subject:** RE: US v. Huizar: M/C re Exhibit List

Mack, Cassie, Susan,

Attached, please find our objections to the government's exhibit list.

While we appreciate the time constraints we're all operating with, a significant portion of the government's exhibits were disorganized and not-trial ready. It defeats the purpose of having a deadline (which was Oct. 11th) and makes it unduly burdensome for us to comply with the process, having to spend significantly more time going through the government's exhibits. As you may recall, we attempted to avert some of these problems when during our MIL meet and confer we flagged for the government that then-recently produced exhibits contained long string of text messages and "dozens and dozens" of hours of recordings made it impossible for us to know what the government was actually intending to use out of sometimes hours-long recordings or long message chains and for what purpose. Unfortunately, that concern bore out. Among the many issues with the government's exhibits (1) no sponsoring witness; (2) long (sometimes hours long) and/or foreign language recordings with no transcripts or identified excerpts; (3) lengthy text message strings covering multiple topics (and confusing, often times both speakers are attributed as Ray Chan or unknown); (4) exhibits consisting of multiple documents from different sources, containing writing, etc. Despite these issues, we will see you tomorrow for what we hope will be a productive meet and confer.

Best,

Carel

---

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Friday, November 25, 2022 10:14 AM
**To:** Harland Braun <harland@braunlaw.com>; brendan@braunlaw.com; Jeremy Chan <<span style="background:#000">▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓</span>
**Cc:** Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Civetti, Andrew (LA) (FBI)<span style="background:#000">▓▓▓▓▓▓▓▓▓▓</span>Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Carel Ale <Carel_Ale@fd.org>
**Subject:** RE: US v. Huizar: M/C re Exhibit List

[Adding Harland, Brendan, and Jeremy]
<u>Harland and Brendan</u> -- counsel for Mr. Huizar and the government have scheduled the required exhibit conference this coming <u>Tuesday (11/29) 10am on on the 15th floor</u> of the USAO. We invite you to participate as it will be most efficient to get it all done together. Please let us know if this date/time will work for you too. Further, in preparation for this court ordered process and consistent with how it has been achieved in the prior two trials, the DFPDs expect to provide

us their positions on any objections in writing directly into the exhibit list chart we provided on 10/24.   Please provide the same on behalf of your client.
Thanks.

**From:** Carel Ale <Carel_Ale@fd.org>
**Sent:** Monday, November 21, 2022 1:49 PM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Cc:** Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Civetti, Andrew (LA) (FBI) <[redacted]>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>
**Subject:** [EXTERNAL] RE: US v. Huizar: M/C re Exhibit List

That works. Given the holiday, we'll aim to give you guys our objections by Monday morning, but if it's ready earlier, we'll provide it earlier. See you all then.

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Monday, November 21, 2022 1:20 PM
**To:** Carel Ale <Carel_Ale@fd.org>
**Cc:** Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Civetti, Andrew (LA) (FBI) <[redacted]>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>
**Subject:** RE: US v. Huizar: M/C re Exhibit List

Yes, should we say 10am on 11/29 on the 15th floor of the USAO?  We will have our laptop connected to a monitor so we can review individual exhibits as necessary.

Do you think you will be able to provide us your initial list of objections/non-objections by Friday (7/25), so we can review it over the weekend in advance of the meet and confer?

**From:** Carel Ale <Carel_Ale@fd.org>
**Sent:** Monday, November 21, 2022 12:42 PM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Cc:** Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Civetti, Andrew (LA) (FBI) <[redacted]>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>
**Subject:** [EXTERNAL] RE: US v. Huizar: M/C re Exhibit List

Are you all free next Tuesday then? We can provide you the exhibit list with our objections in advance of a meeting next week.

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Monday, November 21, 2022 11:59 AM
**To:** Carel Ale <Carel_Ale@fd.org>
**Cc:** Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Civetti, Andrew (LA) (FBI) <[redacted]>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>
**Subject:** RE: US v. Huizar: M/C re Exhibit List

Hi Carel:  We can do Tuesday starting at 1p or Wednesday morning for this initial meet and confer.  But note the way we have done this to make the meet and confers the most efficient (ie not take all day) is that: (1) we provide you the exhibit list, (2) your team goes through the exhibit list and fills in your initial and specific objection/non-objection to each exhibit, (3) you send us that list in advance (ideally) of the meet and confer or at the time of the meet and confer so we can use that list at the meet and confer, (4) at the meet and confer we will discuss our initial responses to each of your objections and see if we can resolve any in person and (5) finally, after the meet and confer, both sides will go back with their team and revisit their positions and revise before the ultimate filing of the list.

**From:** Carel Ale <Carel_Ale@fd.org>
**Sent:** Monday, November 21, 2022 11:35 AM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>
**Cc:** Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>
**Subject:** [EXTERNAL] US v. Huizar: M/C re Exhibit List

Hi all,

Are you guys available Tuesday (tomorrow) afternoon for an initial meet and confer re the exhibit list? We can also do Wednesday morning.

Thanks,

Carel

---------------------------------------------------------------------------
**Carel Alé | Deputy Federal Public Defender**
321 E. 2nd St. | Los Angeles, CA 90012