Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
724 South Spring Street, 9th Floor
Los Angeles, California 90014
Telephone:  (213) 260-9449
Facsimile:   (213) 260-9450

Craig Wilke (SBN 150728)
*craig@craigwilkelaw.com*
LAW OFFICE OF CRAIG WILKE
305 North Harbor Boulevard, Suite 216
Fullerton, California 92832-1901
Telephone: (714) 870-8900
Facsimile: (714) 879-2278

Attorneys for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>SHEN ZHEN NEW WORLD I, LLC<br><br>           Defendants. | CR-20-326(A)-JFW<br><br>[PROPOSED] ORDER<br><br>Assigned to Hon. John F. Walter |

Pursuant to the Stipulation between Defendant Shen Zhen New World I, LLC ("SZNW") and Plaintiff United States of America regarding (1) SZNW's sentencing memorandum and hearing and (2) SZNW's post-trial motion for a judgment of acquittal or, alternatively, for a new trial, this Court hereby ORDERS as follows:

1. The sentencing hearing for SZNW in this matter shall be continued from January 23, 2023, to May 12, 2023, at 8:00 a.m. SZNW's sentencing memorandum shall be filed on or before April 14, 2023, and if the government elects to file an optional reply, it shall be filed no later than April 28, 2023.

2. The briefing and hearing schedule for SZNW's post-trial motion for a judgment of acquittal or, alternatively, for a new trial shall be:

    a. SZNW's memorandum in support of its motions must be filed no later than March 1, 2023;

    b. The government's response shall be filed no later than April 3, 2023;

    c. If SZNW elects to file an optional reply, it shall be filed no later than April 24, 2023; and

    d. The motion (and sentencing) hearing will be on May 12, 2023, at 8:00 a.m.

**IT IS SO ORDERED.**

DATED: _____       _____
                                        HON. JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE


LAW OFFICES OF RICHARD M. STEINGARD