# DECLARATION OF ADAM OLIN

I, Adam Olin, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. I am counsel of record for defendant José Huizar in this action.

3. The Motion to Compel filed contemporaneously with this declaration seeks presentations, pitch materials, and other, similar substantive communications made to the government relating to the allegations in the First Superseding Indictment, on which Mr. Huizar is set to be tried in six weeks. Because it appears the government will argue that this issue was resolved by prior discovery litigation, I note, in conformance with the Court's prior order, that Defendants previously filed a Motion to Compel items which broadly sought communications between government and counsel for various witnesses and cooperators. ECF No. 381. The Court denied that motion orally at a hearing on April 25, 2022. ECF No. 436. The transcript of that hearing is available in full on the docket at ECF No. 597.

4. The parties have met and conferred with respect to the requested items at some length, specifically, since at least November 8, 2022, following the parties' exhibit meet and confer. The government indicated it would consider the issue. On December 2, 2022, the government informed defendants that it would not be producing the requested materials because they are "not discoverable, reflect attorney work-product, and merely analyze the facts and the law from those attorneys' perspectives. As previously noted, we have produced the evidence and facts underlying the attorney pitches via 302s, NPAs, attachments, etc."

5. The parties further met and conferred on the issue in December. However, at the conclusion of a further in-person meet and confer regarding trial exhibits, counsel for the government indicated that we were at an impasse and that a motion would need to be filed.

6.  Attached as Exhibit A is a true and correct copy of excerpts from the transcript of the April 25, 2022 hearing on defendants' Motion to Compel. The full transcript is available at ECF No. 597.

7.  Attached as Exhibit B is a true and correct copy of excerpts from an April 5, 2021 status conference in this matter. The full transcript is available at ECF No. 178.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 9. 2023, at Los Angeles, California.

/s/ Adam Olin                    .
ADAM OLIN