# EXHIBIT B

1

1             **UNITED STATES DISTRICT COURT**

2      **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

3       **HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE**

4

5  **UNITED STATES OF AMERICA,**      )
                                    )

6         **PLAINTIFF,**        )     **CASE NO.**
                                    )

7         **vs.**          )     **CR 20-326-JFW**
                                    )

8  **JOSE LUIS HUIZAR, et al.,**    )
                                    )     **PAGES 1 TO 61**

9         **DEFENDANTS.**      )

10

11

12

13             **REPORTER'S TRANSCRIPT OF**
               **STATUS CONFERENCE**

14           **MONDAY, APRIL 5, 2021**
                **8:21 A.M.**

15         **LOS ANGELES, CALIFORNIA**

16

17

18

19

20

21

22

23  _____

24      **MIRANDA ALGORRI, CSR 12743, RPR, CRR**
       **FEDERAL OFFICIAL COURT REPORTER**

       350 WEST 1ST STREET, SUITE 4455

25        LOS ANGELES, CALIFORNIA 90012

         MIRANDAALGORRI@GMAIL.COM

 1    that issue.

 2                MR. NEUMAN:  Your Honor, if I may, Ariel Neuman

 3    on behalf of Mr. Lee and 940 Hill.

 4                Your Honor, I understand the Court's point,

 5    especially on the straightforward legal issue motions.  I think

 6    my concern as one of the newer parties to the case is that we

 7    are just now beginning to identify what we see as potential

 8    problems in the discovery, that we have begun the

 9    meet-and-confer process on some of those issues.  I have a

10    draft of another letter on my desk on more complex issues.  And

11    I can anticipate that some of those, depending how they are

12    resolved, could result in motions to dismiss.  And I would

13    anticipate that some of those may require motion practice in

14    and of themselves meaning discovery motions if we can't reach

15    an agreement with the Government.

16                THE COURT:  Well, I can tell all of the parties

17    in this case that we are not going to have discovery issues.  I

18    don't -- I recognize this is a complex case.  This is an

19    important case.  But my view of the Government's discovery

20    obligation in this case is basically an open file.  So whatever

21    it is that the defense needs, I'm sure Mr. Jenkins is willing

22    to accommodate.

23                I'm not going to sit through a series of

24    discovery motions because my practice is to make counsel meet

25    and confer, and I will make you meet and confer every day for a