UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                                          Dated: January 11, 2023

================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Cassie D. Palmer |
| | | Susan S. Har |
| | | Asst. U.S. Attorney |
| | | Not Present |

================================================================

U.S.A. vs (Dfts listed below) - **Not Present**          Attorneys for Defendants - **Not Present**

1. José Luis Huizar                                                    1. Carel Ale, DFPD; Charles James Snyder, DFPD
2. Raymond She Wah Chan                                    2. Harland W Braun, Retained

_____

**PROCEEDINGS (In Chambers): ORDER REQUIRING OFFER OF PROOF RE: DEFENDANT JOSE HUIZAR'S MOTION *IN LIMINE* NO. 6**

In order to assist the Court in ruling on Defendant Jose Huizar's Motion in Limine No. 6 (Docket No. 886), the Court orders the Government to file, on or before **January 13, 2023**, an offer of proof regarding the "limited lay testimony and supporting public and government records related to various ethics requirements" it intends to introduce. *See* Motion in Limine No. 6 at 6. The Offer of Proof shall state the testimony that each witness will give at trial and why such testimony is relevant. The Offer of Proof shall also include an identification of each document by title, author, date, bates number, and trial exhibit number, if any, that will be relied on by the witness in support of their testimony. The Government shall attach a copy of each such document to the Offer of Proof.

IT IS SO ORDERED.

Initials of Deputy Clerk  sr