**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
A PUBLIC DOCUMENT

LOS ANGELES CITY ETHICS COMMISSION

**STATEMENT OF ECONOMIC INTERESTS**

**COVER PAGE**

APR 0 2 2015

RECEIVED
2015 APR -1 PM

Date Initial Filing Received
*Official Use Only*

Please type or print in ink.

**NAME OF FILER** (LAST) Huizar  (FIRST) Jose

RECEIVED 2015 MAY 11 PM 1:36 CITY CLERK Luis

## 1. Office, Agency, or Court

Agency Name *(Do not use acronyms)*
City of Los Angeles

Division, Board, Department, District, if applicable
District 14

Your Position
Councilmember

► If filing for multiple positions, list below or on an attachment. *(Do not use acronyms)*

Agency: LA, S. CA Association of Gov. Grand Ave JPA    Position: Member

## 2. Jurisdiction of Office (Check at least one box)

☐ State
☑ Multi-County  LA, OC, SB, Ventura, Riverside, Imperial C
☐ City of _____
☐ Judge or Court Commissioner (Statewide Jurisdiction)
☐ County of _____
☐ Other _____

## 3. Type of Statement (Check at least one box)

☑ Annual: The period covered is January 1, 2014, through December 31, 2014.
-or-
☐ The period covered is __/__/__, through December 31, 2014.

☐ Assuming Office: Date assumed __/__/__

☐ Leaving Office: Date Left __/__/__
(Check one)
○ The period covered is January 1, 2014, through the date of leaving office.
○ The period covered is __/__/__, through the date of leaving office.

☐ Candidate: Election year _____ and office sought, if different than Part 1: _____

## 4. Schedule Summary

Check applicable schedules or "None."

► Total number of pages including this cover page: 4

☐ Schedule A-1 - *Investments* – schedule attached
☐ Schedule A-2 - *Investments* – schedule attached
☑ Schedule B - *Real Property* – schedule attached
☑ Schedule C - *Income, Loans, & Business Positions* – schedule attached
☑ Schedule D - *Income – Gifts* – schedule attached
☐ Schedule E - *Income – Gifts – Travel Payments* – schedule attached

-or-
☐ None - *No reportable interests on any schedule*

5. [redacted]

I certify under penalty of perjury under the laws of the

Date Signed 04/01/2015
*(month, day, year)*

FPPC Form 700 (2014/2015)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

Exhibit 7B
Page 1 of 4

Casino_2050755

# SCHEDULE B
## Interests in Real Property
(Including Rental Income)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: _____

---

► **ASSESSOR'S PARCEL NUMBER OR STREET ADDRESS**
4903 La Calandria Way

**CITY**
Los Angeles, CA 90032

**FAIR MARKET VALUE**
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☑ $100,001 - $1,000,000
☐ Over $1,000,000

**IF APPLICABLE, LIST DATE:**
__/__/14 ACQUIRED   __/__/14 DISPOSED

**NATURE OF INTEREST**
☑ Ownership/Deed of Trust   ☐ Easement
☐ Leasehold _____ Yrs. remaining   ☐ _____ Other

**IF RENTAL PROPERTY, GROSS INCOME RECEIVED**
☐ $0 - $499   ☐ $500 - $1,000   ☐ $1,001 - $10,000
☑ $10,001 - $100,000   ☐ OVER $100,000

**SOURCES OF RENTAL INCOME:** If you own a 10% or greater interest, list the name of each tenant that is a single source of income of $10,000 or more.
☐ None
Katrina Archer

---

► **ASSESSOR'S PARCEL NUMBER OR STREET ADDRESS**

**CITY**

**FAIR MARKET VALUE**
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

**IF APPLICABLE, LIST DATE:**
__/__/14 ACQUIRED   __/__/14 DISPOSED

**NATURE OF INTEREST**
☐ Ownership/Deed of Trust   ☐ Easement
☐ Leasehold _____ Yrs. remaining   ☐ _____ Other

**IF RENTAL PROPERTY, GROSS INCOME RECEIVED**
☐ $0 - $499   ☐ $500 - $1,000   ☐ $1,001 - $10,000
☐ $10,001 - $100,000   ☐ OVER $100,000

**SOURCES OF RENTAL INCOME:** If you own a 10% or greater interest, list the name of each tenant that is a single source of income of $10,000 or more.
☐ None

---

\* You are not required to report loans from commercial lending institutions made in the lender's regular course of business on terms available to members of the public without regard to your official status. Personal loans and loans received not in a lender's regular course of business must be disclosed as follows:

**NAME OF LENDER\***

**ADDRESS** (Business Address Acceptable)

**BUSINESS ACTIVITY, IF ANY, OF LENDER**

**INTEREST RATE**    **TERM (Months/Years)**
____%   ☐ None

**HIGHEST BALANCE DURING REPORTING PERIOD**
☐ $500 - $1,000   ☐ $1,001 - $10,000
☐ $10,001 - $100,000   ☐ OVER $100,000
☐ Guarantor, if applicable

---

**NAME OF LENDER\***

**ADDRESS** (Business Address Acceptable)

**BUSINESS ACTIVITY, IF ANY, OF LENDER**

**INTEREST RATE**    **TERM (Months/Years)**
____%   ☐ None

**HIGHEST BALANCE DURING REPORTING PERIOD**
☐ $500 - $1,000   ☐ $1,001 - $10,000
☐ $10,001 - $100,000   ☐ OVER $100,000
☐ Guarantor, if applicable

---

Comments: _____

FPPC Form 700 (2014/2015) Sch. B
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

Exhibit 7B
Page 2 of 4

Casino_2050756

# SCHEDULE C
## Income, Loans, & Business Positions
(Other than Gifts and Travel Payments)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose Huizar

### ▶ 1. INCOME RECEIVED

**NAME OF SOURCE OF INCOME**
Vanderford & Ruiz, LLP

**ADDRESS** (Business Address Acceptable)
221 E. Walnut St., #106, Pasadena CA 91101

**BUSINESS ACTIVITY, IF ANY, OF SOURCE**
Law Firm

**YOUR BUSINESS POSITION**
n/a

**GROSS INCOME RECEIVED**
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [x] $10,001 - $100,000
- [ ] OVER $100,000

**CONSIDERATION FOR WHICH INCOME WAS RECEIVED**
- [ ] Salary
- [x] Spouse's or registered domestic partner's income (For self-employed use Schedule A-2.)
- [ ] Partnership (Less than 10% ownership. For 10% or greater use Schedule A-2.)
- [ ] Sale of _____ (Real property, car, boat, etc.)
- [ ] Loan repayment
- [ ] Commission or [ ] Rental Income, list each source of $10,000 or more
   _____ (Describe)
- [ ] Other _____ (Describe)

### ▶ 1. INCOME RECEIVED

**NAME OF SOURCE OF INCOME**
Bishop Mora Salesian High School

**ADDRESS** (Business Address Acceptable)
960 S. Soto St., Los Angeles, CA 90023

**BUSINESS ACTIVITY, IF ANY, OF SOURCE**
Private School

**YOUR BUSINESS POSITION**
n/a

**GROSS INCOME RECEIVED**
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [x] $10,001 - $100,000
- [ ] OVER $100,000

**CONSIDERATION FOR WHICH INCOME WAS RECEIVED**
- [ ] Salary
- [x] Spouse's or registered domestic partner's income (For self-employed use Schedule A-2.)
- [ ] Partnership (Less than 10% ownership. For 10% or greater use Schedule A-2.)
- [ ] Sale of _____ (Real property, car, boat, etc.)
- [ ] Loan repayment
- [ ] Commission or [ ] Rental Income, list each source of $10,000 or more
   _____ (Describe)
- [ ] Other _____ (Describe)

### ▶ 2. LOANS RECEIVED OR OUTSTANDING DURING THE REPORTING PERIOD

\* You are not required to report loans from commercial lending institutions, or any indebtedness created as part of a retail installment or credit card transaction, made in the lender's regular course of business on terms available to members of the public without regard to your official status. Personal loans and loans received not in a lender's regular course of business must be disclosed as follows:

**NAME OF LENDER***
_____

**ADDRESS** (Business Address Acceptable)
_____

**BUSINESS ACTIVITY, IF ANY, OF LENDER**
_____

**HIGHEST BALANCE DURING REPORTING PERIOD**
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

**INTEREST RATE**
_____%  [ ] None

**TERM** (Months/Years)
_____

**SECURITY FOR LOAN**
- [ ] None
- [ ] Personal residence
- [ ] Real Property _____ Street address
   _____ City
- [ ] Guarantor _____
- [ ] Other _____ (Describe)

**Comments:** _____

FPPC Form 700 (2014/2015) Sch. C
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

Exhibit 7B
Page 3 of 4

Casino_2050757

**SCHEDULE D**
**Income – Gifts**

CALIFORNIA FORM **700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose Huizar

► NAME OF SOURCE (Not an Acronym)
Central City Association

ADDRESS (Business Address Acceptable)
626 Wilshire Blvd., Ste. 200, Los Angeles, CA 90017

BUSINESS ACTIVITY, IF ANY, OF SOURCE
n/a

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 05/15/14 | $50.00 | Event Ticket |
| / / | $ | |
| / / | $ | |

► NAME OF SOURCE (Not an Acronym)

ADDRESS (Business Address Acceptable)

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| / / | $ | |
| / / | $ | |
| / / | $ | |

► NAME OF SOURCE (Not an Acronym)

ADDRESS (Business Address Acceptable)

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| / / | $ | |
| / / | $ | |
| / / | $ | |

► NAME OF SOURCE (Not an Acronym)

ADDRESS (Business Address Acceptable)

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| / / | $ | |
| / / | $ | |
| / / | $ | |

► NAME OF SOURCE (Not an Acronym)

ADDRESS (Business Address Acceptable)

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| / / | $ | |
| / / | $ | |
| / / | $ | |

Comments: _____

FPPC Form 700 (2014/2015) Sch. D
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772   www.fppc.ca.gov

Casino_2050758