**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
A PUBLIC DOCUMENT

# STATEMENT OF ECONOMIC INTERESTS
## COVER PAGE


Date Initial Filing Received
MAR 30 2016

*Please type or print in ink.*

NAME OF FILER   (LAST): Huizar   (FIRST): Jose   (MIDDLE): Luis

### 1. Office, Agency, or Court

Agency Name *(Do not use acronyms)*: City of Los Angeles

Division, Board, Department, District, if applicable: District 14

Your Position: Councilmember

▶ If filing for multiple positions, list below or on an attachment. *(Do not use acronyms)*

Agency: LA, S. Cal. Assoc. of Gov. Grand Avenue JPA    Position: Member

### 2. Jurisdiction of Office *(Check at least one box)*

☐ State
☑ Multi-County   LA, OC, SB, Ventura, Riverside, Imperial
☐ City of _____
☐ Judge or Court Commissioner (Statewide Jurisdiction)
☐ County of _____
☐ Other _____

### 3. Type of Statement *(Check at least one box)*

☑ **Annual:** The period covered is January 1, 2015, through December 31, 2015.
-or-
The period covered is ___/___/___, through December 31, 2015.

☐ **Assuming Office:** Date assumed ___/___/___

☐ **Leaving Office:** Date Left ___/___/___
*(Check one)*
○ The period covered is January 1, 2015, through the date of leaving office.
-or-
○ The period covered is ___/___/___, through the date of leaving office.

☐ **Candidate:** Election year _____ and office sought, if different than Part 1: _____

### 4. Schedule Summary (must complete)   ▶ Total number of pages including this cover page: 4
**Schedules attached**

☐ Schedule A-1 - *Investments* – schedule attached
☐ Schedule A-2 - *Investments* – schedule attached
☑ Schedule B - *Real Property* - schedule attached
☑ Schedule C - *Income, Loans, & Business Positions* – schedule attached
☐ Schedule D - *Income – Gifts* – schedule attached
☑ Schedule E - *Income – Gifts – Travel Payments* - schedule attached

-or-

☐ **None** - *No reportable interests on any schedule*

I certify under penalty of perjury under the laws of the State of California that...

Date Signed: 03/24/16
*(month, day, year)*

Signature

FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE B
## Interests in Real Property
(Including Rental Income)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose L. Huizar

---

► ASSESSOR'S PARCEL NUMBER OR STREET ADDRESS
4903 La Calandria Way

CITY
Los Angeles, CA 90032

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [x] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE
__/__/15 ACQUIRED       __/__/15 DISPOSED

NATURE OF INTEREST
- [ ] Ownership/Deed of Trust
- [ ] Easement
- [ ] Leasehold _____ Yrs remaining
- [ ] Other _____

IF RENTAL PROPERTY, GROSS INCOME RECEIVED
- [ ] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [x] $10,001 - $100,000
- [ ] OVER $100,000

SOURCES OF RENTAL INCOME  If you own a 10% or greater interest, list the name of each tenant that is a single source of income of $10,000 or more.
- [ ] None

Jacqueline Pasillas

---

► ASSESSOR'S PARCEL NUMBER OR STREET ADDRESS

CITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE
__/__/15 ACQUIRED       __/__/15 DISPOSED

NATURE OF INTEREST
- [ ] Ownership/Deed of Trust
- [ ] Easement
- [ ] Leasehold _____ Yrs remaining
- [ ] Other _____

IF RENTAL PROPERTY, GROSS INCOME RECEIVED
- [ ] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

SOURCES OF RENTAL INCOME  If you own a 10% or greater interest, list the name of each tenant that is a single source of income of $10,000 or more.
- [ ] None

---

\* You are not required to report loans from commercial lending institutions made in the lender's regular course of business on terms available to members of the public without regard to your official status. Personal loans and loans received not in a lender's regular course of business must be disclosed as follows:

NAME OF LENDER*

ADDRESS (Business Address Acceptable)

BUSINESS ACTIVITY, IF ANY, OF LENDER

INTEREST RATE          TERM (Months/Years)
_____%   [ ] None   _____

HIGHEST BALANCE DURING REPORTING PERIOD
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000
- [ ] Guarantor, if applicable

---

NAME OF LENDER*

ADDRESS (Business Address Acceptable)

BUSINESS ACTIVITY, IF ANY, OF LENDER

INTEREST RATE          TERM (Months/Years)
_____%   [ ] None   _____

HIGHEST BALANCE DURING REPORTING PERIOD
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000
- [ ] Guarantor, if applicable

---

Comments: _____

FPPC Form 700 (2015/2016) Sch. B
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

# SCHEDULE C
## Income, Loans, & Business Positions
(Other than Gifts and Travel Payments)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose L. Huizar

---

### ▶ 1. INCOME RECEIVED

**NAME OF SOURCE OF INCOME**
Vanderford & Ruiz, LLP

**ADDRESS** (Business Address Acceptable)
221 E Walnut Street, #106, Pasadena, CA 91101

**BUSINESS ACTIVITY, IF ANY, OF SOURCE**
Law Firm

**YOUR BUSINESS POSITION**
N/A

**GROSS INCOME RECEIVED**
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [✓] $10,001 - $100,000
- [ ] OVER $100,000

**CONSIDERATION FOR WHICH INCOME WAS RECEIVED**
- [ ] Salary
- [✓] Spouse's or registered domestic partner's income (For self-employed use Schedule A-2.)
- [ ] Partnership (Less than 10% ownership. For 10% or greater use Schedule A-2.)
- [ ] Sale of _____ (Real property, car, boat, etc.)
- [ ] Loan repayment
- [ ] Commission or [ ] Rental Income, list each source of $10,000 or more (Describe)
- [ ] Other _____ (Describe)

---

### ▶ 1. INCOME RECEIVED

**NAME OF SOURCE OF INCOME**
Bishop Mora Salesian High School

**ADDRESS** (Business Address Acceptable)
960 S Soto Street, Los Angeles, CA 90023

**BUSINESS ACTIVITY, IF ANY, OF SOURCE**
Private School

**YOUR BUSINESS POSITION**
N/A

**GROSS INCOME RECEIVED**
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [✓] $10,001 - $100,000
- [ ] OVER $100,000

**CONSIDERATION FOR WHICH INCOME WAS RECEIVED**
- [ ] Salary
- [✓] Spouse's or registered domestic partner's income (For self-employed use Schedule A-2.)
- [ ] Partnership (Less than 10% ownership. For 10% or greater use Schedule A-2.)
- [ ] Sale of _____ (Real property, car, boat, etc.)
- [ ] Loan repayment
- [ ] Commission or [ ] Rental Income, list each source of $10,000 or more (Describe)
- [ ] Other _____ (Describe)

---

### ▶ 2. LOANS RECEIVED OR OUTSTANDING DURING THE REPORTING PERIOD

\* You are not required to report loans from commercial lending institutions, or any indebtedness created as part of a retail installment or credit card transaction, made in the lender's regular course of business on terms available to members of the public without regard to your official status. Personal loans and loans received not in a lender's regular course of business must be disclosed as follows:

**NAME OF LENDER***
_____

**ADDRESS** (Business Address Acceptable)
_____

**BUSINESS ACTIVITY, IF ANY, OF LENDER**
_____

**HIGHEST BALANCE DURING REPORTING PERIOD**
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

**INTEREST RATE**
____ %   [ ] None

**TERM** (Months/Years)
_____

**SECURITY FOR LOAN**
- [ ] None
- [ ] Personal residence
- [ ] Real Property _____ Street address _____ City
- [ ] Guarantor _____
- [ ] Other _____ (Describe)

**Comments:** _____

FPPC Form 700 (2015/2016) Sch. C
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772   www.fppc.ca.gov

Exhibit 7C
Page 3 of 4

Casino_2050761

**SCHEDULE E**
**Income – Gifts**
**Travel Payments, Advances,**
**and Reimbursements**

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose L. Huizar

- Mark either the gift or income box.
- Mark the "501(c)(3)" box for a travel payment received from a nonprofit 501(c)(3) organization or the "Speech" box if you made a speech or participated in a panel. These payments are not subject to the $460 gift limit, but may result in a disqualifying conflict of interest.
- For gifts of travel that occurred on or after January 1, 2016, provide the travel destination.

▶ NAME OF SOURCE (Not an Acronym)
Smart City Expo World Congress

ADDRESS (Business Address Acceptable)
Av. Reina M Cristina S/N

CITY AND STATE
08004 Barcelona, Spain

☐ 501 (c)(3) or DESCRIBE BUSINESS ACTIVITY, IF ANY, OF SOURCE

DATE(S) 02/14/16 - 02/18/16   AMT $ 337.04
(If gift)

▶ MUST CHECK ONE   ☑ Gift  -or-  ☐ Income
⦿ Made a Speech/Participated in a Panel
○ Other - Provide Description _____

▶ If Gift, Provide Travel Destination
Puebla, Puebla, Mexico

▶ NAME OF SOURCE (Not an Acronym)

ADDRESS (Business Address Acceptable)

CITY AND STATE

☐ 501 (c)(3) or DESCRIBE BUSINESS ACTIVITY, IF ANY, OF SOURCE

DATE(S) __/__/__ - __/__/__  AMT $_____
(If gift)

▶ MUST CHECK ONE   ☐ Gift  -or-  ☐ Income
○ Made a Speech/Participated in a Panel
○ Other - Provide Description _____

▶ If Gift, Provide Travel Destination

▶ NAME OF SOURCE (Not an Acronym)

ADDRESS (Business Address Acceptable)

CITY AND STATE

☐ 501 (c)(3) or DESCRIBE BUSINESS ACTIVITY, IF ANY, OF SOURCE

DATE(S) __/__/__ - __/__/__  AMT $_____
(If gift)

▶ MUST CHECK ONE   ☐ Gift  -or-  ☐ Income
○ Made a Speech/Participated in a Panel
○ Other - Provide Description _____

▶ If Gift, Provide Travel Destination

▶ NAME OF SOURCE (Not an Acronym)

ADDRESS (Business Address Acceptable)

CITY AND STATE

☐ 501 (c)(3) or DESCRIBE BUSINESS ACTIVITY, IF ANY, OF SOURCE

DATE(S) __/__/__ - __/__/__  AMT $_____
(If gift)

▶ MUST CHECK ONE   ☐ Gift  -or-  ☐ Income
○ Made a Speech/Participated in a Panel
○ Other - Provide Description _____

▶ If Gift, Provide Travel Destination

Comments: 

FPPC Form 700 (2015/2016) Sch. E
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov