**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
**A PUBLIC DOCUMENT**
Please type or print in ink.

# STATEMENT OF ECONOMIC INTERESTS
## COVER PAGE

Date Received
*Official Use Only*

Filed Date: 04/01/2014 12:13 PM
SAN: 011300006-STH-0006

| NAME OF FILER | (LAST) | (FIRST) | (MIDDLE) |
|---|---|---|---|
| | Chan | Raymond | S |

## 1. Office, Agency, or Court

Agency Name *(Do not use acronyms)*
Building and Safety, Department of

Division, Board, Department, District, if applicable

Your Position
General Manager

► If filing for multiple positions, list below or on an attachment. *(Do not use acronyms)*

Agency: SEE ATTACHED LIST          Position: _____

## 2. Jurisdiction of Office *(Check at least one box)*

☐ State

☐ Multi-County _____

☑ City of Los Angeles

☐ Judge or Court Commissioner (Statewide Jurisdiction)

☐ County of _____

☐ Other _____

## 3. Type of Statement *(Check at least one box)*

☑ **Annual:** The period covered is January 1, 2013, through December 31, 2013.
-or-
The period covered is 05 / 10 / 2013, through December 31, 2013.

☐ **Assuming Office:** Date assumed _____ / _____ / _____

☐ **Candidate:** Election year _____ and office sought, if different than Part 1: _____

☐ **Leaving Office:** Date Left _____ / _____ / _____
*(Check one)*
○ The period covered is January 1, 2013, through the date of leaving office.
○ The period covered is _____ / _____ / _____, through the date of leaving office.

## 4. Schedule Summary

*Check applicable schedules or "None."*

► *Total number of pages including this cover page:* 2

☐ **Schedule A-1 -** *Investments* – schedule attached
☐ **Schedule A-2 -** *Investments* – schedule attached
☐ **Schedule B -** *Real Property* – schedule attached

☐ **Schedule C -** *Income, Loans, & Business Positions* – schedule attached
☐ **Schedule D -** *Income – Gifts* – schedule attached
☐ **Schedule E -** *Income – Gifts – Travel Payments* – schedule attached

-or-

☑ **None -** *No reportable interests on any schedule*

## 5. Verification

| MAILING ADDRESS          STREET *(Business or Agency Address Recommended - Public Document)* | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 201 N. Figueroa Street | Los Angeles | CA | 90012 |

DAYTIME TELEPHONE NUMBER
( )

E-MAIL ADDRESS (OPTIONAL)
RAYMOND.CHAN@LACITY.ORG

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a public document.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date Signed  04/01/2014 12:13 PM
*(month, day, year)*

Signature  Electronic Submission
*(File the originally signed statement with your filing official.)*

**FPPC Form 700 (2013/2014)**
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials
Casino_0724667

STATEMENT OF ECONOMIC INTERESTS
COVER PAGE
EXPANDED STATEMENT LIST



CALIFORNIA FORM **700**
FAIR POLITICAL PRACTICES COMMISSION
Name
    Raymond Chan

| Agency | Position or Title | Jurisdiction | Type of Statement | Period Covered |
|---|---|---|---|---|
| Building and Safety, Department of | Executive Officer | City of Los Angeles | Annual | 01/01/13 - 05/09/13 |

Exhibit 203A
Page 2 of 2

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                    Casino_0724668