**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
A PUBLIC DOCUMENT

**STATEMENT OF ECONOMIC INTERESTS**
**COVER PAGE**

Date Initial Filing Received
Official Use Only

2015 MAR 13 PM 1:14

*Please type or print in ink.*

| NAME OF FILER | (LAST) | (FIRST) | (MIDDLE) |
|---|---|---|---|
| CHAN | | Raymond | S |

### 1. Office, Agency, or Court

Agency Name *(Do not use acronyms)*
**Building and Safety**

Division, Board, Department, District, if applicable

Your Position
**General Manager**

▶ If filing for multiple positions, list below or on an attachment. *(Do not use acronyms)*

Agency: _____   Position: _____

### 2. Jurisdiction of Office *(Check at least one box)*

☐ State
☐ Multi-County _____
☑ City of Los Angeles
☐ Judge or Court Commissioner (Statewide Jurisdiction)
☐ County of _____
☐ Other _____

### 3. Type of Statement *(Check at least one box)*

☑ **Annual:** The period covered is January 1, 2014, through December 31, 2014.
-or-
☐ The period covered is __/__/__, through December 31, 2014.

☐ **Leaving Office:** Date Left __/__/__
(Check one)
○ The period covered is January 1, 2014, through the date of leaving office.
○ The period covered is __/__/__, through the date of leaving office.

☐ **Assuming Office:** Date assumed __/__/__

☐ **Candidate:** Election year _____ and office sought, if different than Part 1: _____

### 4. Schedule Summary

*Check applicable schedules or "None."*

▶ Total number of pages including this cover page: _____

☐ Schedule A-1 - *Investments* – schedule attached
☐ Schedule A-2 - *Investments* – schedule attached
☐ Schedule B - *Real Property* – schedule attached
☐ Schedule C - *Income, Loans, & Business Positions* – schedule attached
☐ Schedule D - *Income – Gifts* – schedule attached
☐ Schedule E - *Income – Gifts – Travel Payments* – schedule attached

-or-
☑ **None** - *No reportable interests on any schedule*

### 5. Verification

| MAILING ADDRESS STREET (Business or Agency Address Recommended - Public Document) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 201 N. Figueroa Street | Los Angeles | CA | 90012 |

DAYTIME TELEPHONE NUMBER
( 213 ) 482 - 6800

E-MAIL ADDRESS
raymond.chan@lacity.org

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a public document.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date Signed 03/06/2015
*(month, day, year)*

Signature _____
*(File the originally signed statement with your filing official.)*

FPPC Form 700 (2014/2015)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

Exhibit 203B
Page 1 of 1