*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
A PUBLIC DOCUMENT

**STATEMENT OF ECONOMIC INTERESTS**
**COVER PAGE**

LOS ANGELES CITY ETHICS COMMISSION
MAR 31 2016
RECEIVED

Date Initial Filing Received
Official Use Only

Please type or print in ink.

**NAME OF FILER**  (LAST)  CHAN   (FIRST)  Raymond   (MIDDLE)  S

### 1. Office, Agency, or Court

Agency Name *(Do not use acronyms)*
Building and Safety

Division, Board, Department, District, if applicable

Your Position: General Manager

▶ If filing for multiple positions, list below or on an attachment. *(Do not use acronyms)*

Agency: _____   Position: _____

### 2. Jurisdiction of Office *(Check at least one box)*

- ☐ State
- ☐ Multi-County _____
- ☑ City of Los Angeles
- ☐ Judge or Court Commissioner (Statewide Jurisdiction)
- ☐ County of _____
- ☐ Other _____

### 3. Type of Statement *(Check at least one box)*

- ☑ **Annual:** The period covered is January 1, 2015, through December 31, 2015.
  -or-
  The period covered is ___/___/___, through December 31, 2015.
- ☐ **Assuming Office:** Date assumed ___/___/___
- ☐ **Leaving Office:** Date Left ___/___/___  *(Check one)*
  ○ The period covered is January 1, 2015, through the date of leaving office.
  -or-
  ○ The period covered is ___/___/___, through the date of leaving office.
- ☐ **Candidate:** Election year _____ and office sought, if different than Part 1: _____

### 4. Schedule Summary (must complete)  ▶ Total number of pages including this cover page: _____

**Schedules attached**

- ☐ Schedule A-1 - *Investments* – schedule attached
- ☐ Schedule A-2 - *Investments* – schedule attached
- ☐ Schedule B - *Real Property* – schedule attached
- ☐ Schedule C - *Income, Loans, & Business Positions* – schedule attached
- ☐ Schedule D - *Income – Gifts* – schedule attached
- ☐ Schedule E - *Income – Gifts – Travel Payments* – schedule attached

-or-

- ☑ **None** - No reportable interests on any schedule

### 5. Verification

MAILING ADDRESS  STREET *(Business or Agency Address Recommended - Public Document)*: 201 N. Figueroa Street
CITY: Los Angeles   STATE: CA   ZIP CODE: 90012
DAYTIME TELEPHONE NUMBER: (213) 482-6800
E-MAIL ADDRESS: raymond.chan@lacity.org

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a public document.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date Signed 03/22/2016  *(month, day, year)*
Signature *(File the originally signed statement with your filing official.)*

FPPC Form 700 (2015/2016)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

Exhibit 203C
Page 1 of 1

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials      Casino_0724680