**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
**A PUBLIC DOCUMENT**

## STATEMENT OF ECONOMIC INTERESTS

### COVER PAGE

Date Initial Filing Received
*Official Use Only*

Filed Date: 03/30/2017 02:17 PM
SAN: 011300006-STH-0006

*Please type or print in ink.*

NAME OF FILER   (LAST)                (FIRST)                (MIDDLE)
Chan                            Raymond                        S

## 1. Office, Agency, or Court

Agency Name  *(Do not use acronyms)*
Mayor, Office of the

Division, Board, Department, District, if applicable          Your Position
                                                              Deputy Mayor

▶ If filing for multiple positions, list below or on an attachment.  *(Do not use acronyms)*

Agency: _____          Position: _____

## 2. Jurisdiction of Office *(Check at least one box)*

☐ State                                    ☐ Judge or Court Commissioner (Statewide Jurisdiction)
☐ Multi-County _____     ☐ County of _____
☒ City of  Los Angeles                     ☐ Other _____

## 3. Type of Statement *(Check at least one box)*

☒ **Annual:**  The period covered is January 1, 2016, through December 31, 2016.
-or-
The period covered is  06 / 27 / 2016 , through December 31, 2016.

☐ **Leaving Office:** Date Left ____/____/_____
*(Check one)*
○ The period covered is January 1, 2016, through the date of leaving office.
-or-
○ The period covered is ____/____/_____, through the date of leaving office.

☐ **Assuming Office:** Date assumed ____/____/_____

☐ **Candidate:** Election year _____ and office sought, if different than Part 1: _____

## 4. Schedule Summary (must complete)   ▶ *Total number of pages including this cover page:* ___1___

*Schedules attached*

☐ **Schedule A-1** - *Investments* – schedule attached
☐ **Schedule A-2** - *Investments* – schedule attached
☐ **Schedule B** - *Real Property* – schedule attached

☐ **Schedule C** - *Income, Loans, & Business Positions* – schedule attached
☐ **Schedule D** - *Income – Gifts* – schedule attached
☐ **Schedule E** - *Income – Gifts – Travel Payments* – schedule attached

-or-

☒ **None** - *No reportable interests on any schedule*

## 5. Verification

MAILING ADDRESS          STREET                    CITY          STATE      ZIP CODE
*(Business or Agency Address Recommended - Public Document)*

200 North Spring Street, Room 303          Los Angeles      CA        90012

DAYTIME TELEPHONE NUMBER                  E-MAIL ADDRESS
( 213 ) 978-0600                          RAYMOND.CHAN@LACITY.ORG

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a public document.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date Signed   03/30/2017 02:17 PM              Signature   Electronic Submission
*(month, day, year)*                          *(File the originally signed statement with your filing official.)*

FPPC Form 700 (2016/2017)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

Exhibit 203D
Page 1 of 1