LOS ANGELES CITY
ETHICS COMMISSION

APR 8 2014

RECEIVED



**City Ethics Commission**
200 N Spring Street
City Hall — 24th Floor
Los Angeles, CA 90012
Mail Stop 129
(213) 978-1960

# Restricted Source
# Financial Disclosure Statement
# CEC Form 60

Elected City officials, general managers and chief administrative officers of City agencies, members of City boards and commissions, and individuals nominated to positions subject to City Council approval must file this form in conjunction with the state Form 700. Please refer to the attached instructions for additional information.

☒ Original Filing   ☐ Amended Filing (original filed on __/__/20__)   Total Pages: 2

**Name:** (Last, First, Middle) Chan, Raymond S.

**Agency:** Building + Safety   **Position:** Interim General Manager

**Phone:** (213) 482-6800   **Email:** Raymond.chan@lacity.org

**Type of Statement:**
☐ Pre-confirmation   Date of nomination: __/__/20 14
☐ Assuming Office   First day in position: __/__/20 14
☒ Annual   1/1/20 13 through December 31, 20 13
☐ Leaving Office   Last day in office: __/__/20 14

**I had the following interests associated with restricted sources during this reporting period:**

☐ **1. REAL PROPERTY**

The following interest in real property was leased from or to, co-owned by, purchased from, or sold to a restricted source.
Name of restricted source: _____
Address of restricted source: _____
Address or assessor's parcel number of real property: _____
Interest co-owned/purchased/sold by/leased by or to:   ☐ Me   ☐ My spouse/registered domestic partner   ☐ My dependent child
Interest was: ☐ Leased  ☐ Co-owned  ☐ Purchased (date: __/__/20__)  ☐ Sold (date: __/__/20__)
Nature of interest: ☐ Ownership/Deed or Trust  ☐ Easement  ☐ Leasehold (years remaining: ____)
☐ Other: _____
Value of interest:  ☐ $2,000—$10,000   ☐ $10,001—$100,000   ☐ $100,001—$1,000,000   ☐ Over $1,000,000
Do you have additional real property interests to report?   ☐ No   ☐ Yes, and ____ additional pages are attached.

☐ **2. INVESTMENTS**

The following investments (other than real property) were co-owned by, purchased from, or sold to a restricted source.
Name of restricted source: _____
Address of restricted source: _____
Name of investment: _____
Nature of investment:   ☐ Stock   ☐ Partnership   ☐ Other _____
Investment co-owned/purchased/sold by: ☐ Me  ☐ My spouse/registered domestic partner  ☐ My dependent child
Investment was: ☐ Co-owned  ☐ Purchased (date: __/__/20__)  ☐ Sold (date: __/__/20__)
Value of investment: ☐ $2,000—$10,000   ☐ $10,001—$100,000   ☐ $100,001—$1,000,000   ☐ Over $1,000,000
Do you have additional investments to report?   ☐ No   ☐ Yes, and ____ additional pages are attached.

February 2014   Los Angeles Municipal Code §§ 49.5.2, 49.5.9, 49.5.10   Page 1 of 2

| City Ethics Commission | Restricted Source |
|---|---|
| 200 N Spring Street | Financial Disclosure Statement |
| City Hall — 24th Floor | CEC Form 60 |
| Los Angeles, CA 90012 | |
| Mail Stop 129 | |
| (213) 978-1960 | |

☐ **3. INCOME**

The following income was received from a restricted source.

Name of restricted source: _____

Address of restricted source: _____

Business activity of source: _____

Your business position: _____

Income received by:  ☐ Me  ☐ My spouse/registered domestic partner  ☐ My dependent child

Value of income:  ☐ $500—$1,000  ☐ $1,001—$10,000  ☐ $10,001—$100,000  ☐ Over $100,000

Income was:  ☐ Salary/Commission  ☐ Loan repayment  ☐ Rental income  ☐ Sale of _____
(e.g., car, boat, etc.)

☐ Other: _____

Do you have additional income to report?  ☐ No  ☐ Yes, and _____ additional pages are attached.

☐ **4. GIFTS**

The following gifts cumulatively valued at $50 or more were received from a restricted source.

Name of restricted source: _____

Address of restricted source: _____

Business activity of source: _____

Gifts received by:  ☐ Me  ☐ My spouse/registered domestic partner  ☐ My dependent child

Dates received: ____/____/20____ ; ____/____/20____  Value of gifts: _____

Description of gifts: _____

Do you have additional gifts to report?  ☐ No  ☐ Yes, and _____ additional pages are attached.

☐ **5. BOARD POSITIONS**

The following position was held on the board of a restricted source.

Position title: _____

Name of restricted source: _____

Address of restricted source: _____

Position held by:  ☐ Me  ☐ My spouse/registered domestic partner  ☐ My dependent child

Do you have additional positions to report?  ☐ No  ☐ Yes, and _____ additional pages are attached.

☒ **6. NO INTERESTS**

I had no reportable interests in real property, investments, income, gifts, or board positions associated with restricted sources during this reporting period.

**Certification**

I declare under penalty of perjury under the laws of the City of Los Angeles and the state of California that the information in this form is true and complete.

Date: 4/1/14

Signature: [signed]

February 2014   Los Angeles Municipal Code §§ 49.5.2, 49.5.9, 49.5.10   Page 2 of 2

Exhibit 204A
Page 2 of 2