LOS ANGELES CITY
ETHICS COMMISSION

MAR 31 2016
RECEIVED

**Ethics Commission**
200 N Spring Street
City Hall — 24th Floor
Los Angeles, CA 90012
(213) 978-1960
ethics.lacity.org

# Restricted Source Financial Disclosure Statement Form 60

Elected City officials, general managers and chief administrative officers of City agencies, members of City boards and commissions, and individuals nominated to positions subject to City Council approval must file this form in conjunction with the state Form 700. Please refer to the attached instructions for additional information.

☑ **Original Filing**   ☐ **Amended Filing** (original filed on ___/___/20___)   **Total Pages:** _____

**Name:** (Last, First, Middle)   CHAN, Raymond S

**Agency:** Building and Safety   **Position:** General Manager

**Phone:** 213-482-6800   **Email:** raymond.chan@lacity.org

**Type of Statement:**
☐ Pre-confirmation   Date of nomination: ___/___/20 16
☐ Assuming Office   First day in position: ___/___/20 16
☑ Annual   01/01/20 15 through December 31, 20 15
☐ Leaving Office   Last day in office: ___/___/20___

**I had the following interests associated with restricted sources during this reporting period:**

☐ 1. **REAL PROPERTY** — *section attached.*
Interests in real property leased from or to, co-owned by, purchased from, or sold to a restricted source.

☐ 2. **INVESTMENTS** — *section attached.*
Investments (other than real property) co-owned by, purchased from, or sold to a restricted source.

☐ 3. **INCOME** — *section attached.*
Income received from a restricted source.

☐ 4. **GIFTS** — *section attached.*
Gifts, cumulatively valued at $50 or more, received from a restricted source.

☐ 5. **BOARD POSITIONS** — *section attached.*
Positions held on the board of a restricted source.

- Or -

☑ 6. **NO INTERESTS**
I had no interests in real property, investments, income, gifts, or board positions associated with restricted sources during this reporting period.

**Certification**

*I declare under penalty of perjury under the laws of the City of Los Angeles and the state of California that I have read the instructions for this form and the information I have provided is true and complete.*

03/22/16
Date                               Signature

January 2016           Los Angeles Municipal Code §§ 49.5.2, 49.5.9, 49.5.10

Exhibit 204C
Page 1 of 1