**Exhibit 3**

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    11/21/2019

On May 29, 2019, FUER YUAN, date of birth ▓▓▓▓▓▓▓▓ social security account number ▓▓▓▓▓▓▓▓ home address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone number, ▓▓▓▓▓▓▓▓ was interviewed by Special Agents Robert Logan and Andrew Civetti at the United States Attorney's Office at 312 North Spring Street, Los Angeles, CA 90012 via teleconference. YUAN was located in Shenzhen, China at the time of the interview. Also present during the interview was YUAN'S attorney and Assistant United States Attorney ("AUSA") Veronica Dragalin, AUSA Melissa Mills and AUSA Mack Jenkins. In addition, a translator was present in both China and at the USAO. After being advised of the identity of the interviewing Agent and the nature of the interview, YUAN provided the following information:

*[Agent Note: Prior to the interview YUAN was advised that the interview was voluntary. YUAN was instructed that he could end the interview at any time and that he had the right to consult with his attorney. YUAN was advised that lying to the FBI was a federal offense and that lying included omitting information. YUAN affirmatively acknowledged he understood all of these admonishments and that he must be completely truthful.]*

*[Agent Note: YUAN spoke Chinese and the following information was provided via a translator.]*

**JOSE HUIZAR**

YUAN met Los Angles City Councilmember JOSE HUIZAR at a dinner at the Harbor Hotel in 2014 or 2015. YUAN saw HUIZAR at a function at the Chinese Embassy Consulate in Los Angeles around the same time. There may have been other Chinese developers at the Consulate, but did not recall any other United States officials attending. YUAN did not remember the circumstance of how he met HUIZAR, but GREG SUN, who worked for HAZENS introduced HUIZAR to YUAN.

YUAN met with HUIZAR personally approximately five times. YUAN had dinner

---

Investigation on   07/19/2019   at   Pasadena, California, United States (In Person)

File #   194B-LA-255905     Date drafted   07/23/2019

by   LOGAN ROBERT ANTHONY, Andrew R. Civetti

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

meetings, attended parties at the Chinese Embassy, and had office meetings with HUIZAR. YUAN did not remember which building that he had office meetings at, but recalled them being government buildings. YUAN did not speak English and could not communicate directly with HUIZAR. YUAN used a translator to communicate with HUIZAR. YUAN attended a dinner with HUIZAR and HUIZAR's family at the HAZENS's LUXE HOTEL. YUAN's family was not present at the dinner and the party mainly discussed schooling for HUIZAR's children.

YUAN had dinner with HUIZAR at the HAZENS's SHERATON HOTEL in San Gabriel, California in 2017 or 2018. The dinner was an introduction to the newly opened hotel. HUIZAR's family was present at the dinner.

YUAN had a meal with HUIZAR at the China Red Los Angeles "Red House" restaurant in the latter part of 2015. HUIZAR, SUN, GEORGE ESPARZA, and GEORGE CHAING were present at the dinner. YUAN did not recall any topics discussed at the dinner. HUIZAR never asked favors from YUAN because they could not communicate directly. YUAN had no recollection of any favors asked by HUIZAR. YUAN and HUIZAR mostly discussed their children and schooling. Sometimes CHAING was there and sometimes SUN was there to translate for YUAN and HUIZAR. Another HAZENS employee TEDDY LNU would also translate but it would be different people depending on the day.

HUIZAR did not introduce YUAN to anyone in the United States because YUAN did not speak English and therefore would make it impossible for HUIZAR to do so. If YUAN met people it was through SUN or other individuals. HUIZAR brought an attorney named JERRY LNU to meet with YUAN. YUAN hired JERRY and HUIZAR referred JERRY to YUAN. YUAN did not recall HUIZAR introducing him to anyone else. YUAN had no recollection of meeting HUIZAR anywhere outside of Los Angeles.

HUIZAR and YUAN communicated through the phone application WeChat. YUAN used a Chinese translation application through WeChat so that he could communicate to HUIZAR directly. YUAN's WeChat username was "███". YUAN did not have any emails, text messages, or phone calls with HUIZAR. YUAN did not have HUIZAR's phone number or email address. TEDDY was the assistant to the LUXE HOTEL General Manager and had contact with HUIZAR directly and would have HUIZAR's contact information.

YUAN was not sure of HUIZAR's position in the City of Los Angeles. YUAN was not aware that HUIZAR could control hearings for projects. YUAN was aware that HUIZAR approved items related to HAZENS projects. Project delays would not have harmed or effected HAZENS or YUAN financially. SUN told YUAN that HUIZAR could work on votes related to projects.

HUIZAR sent YUAN a WeChat on June 18, 2018 that said "congratulations your paperwork got approved by the council committee wishing you all the best." YUAN did not know that the project was approved and found the message very strange because in China this practice would have been unethical. YUAN did not understand why HUIZAR would send him a WeChat message because they had no previous communication through WeChat. YUAN responded "thanks" to the message HUIZAR sent him. YUAN was not aware of any other HAZENS projects outside of Los Angeles and China. No other public officials reached out to YUAN on WeChat. YUAN believed the success of the HAZENS projects in Los Angeles were not important to the overall success of the HAZENS brand.

**HUIZAR'S CHINA TRIP**

HAZENS AMERICA employees contacted HAZENS individuals in China to inform YUAN that HUIZAR and his family were traveling to China. NORMAN WONG and PONYONG LNU notified YUAN's team directly. YUAN was not aware of HUIZAR's travel plans prior to being notified by HAZENS's staff. HUIZAR, RICHELLE RIOS HUIZAR ("RICHELLE") and HUIZAR's two children came on the trip.

HUIZAR paid for the hotel accommodations for the trip. YUAN did not understand how HUIZAR could pay for the hotel without having RNP Currency. YUAN believed that HAZENS could have paid for the flights for HUIZAR to China, but HAZENS had no records of flights purchased for HUIZAR. YUAN thought they purchased the flights for HUIZAR because a long time ago YUAN invited HUIZAR to China and it was customary for whoever made the invitation to pay for the accommodations. YUAN did not tell HUIZAR that he would pay for HUIZAR's accommodations when YUAN invited him to China.

YUAN was not the only person who could authorize payment for flight tickets. Other individuals at HAZENS could have purchased the flights without YUAN's approval. If an individual at HAZENS reimbursed HUIZAR there would be a record of the transaction. YUAN looked at the travel agency that HAZENS used for flight travel and did not see HUIZAR on any documentation.

The purpose of HUIZAR's travel to China was to look at schools for short term training for HUIZAR's children. In addition, HUIZAR wanted to check out HAZENS ability and HAZENS company size in China. HUIZAR visited construction sites with YUAN and an interpreter. YUAN accompanied HUIZAR on most visits to HAZENS building sites. Other employees joined on the tour during HUIZAR's time in China. HUIZAR and YUAN visited multiple construction sites in Shenzhen, China.

During the trip HUIZAR's family was transported around using HAZENS company vehicles. HUIZAR and his family attended a Shenzhen public school and met with a teacher from the school. HUIZAR told YUAN that HUIZAR was interested in his children attending a school in China and learning Chinese.

During the trip YUAN accompanied HUIZAR's family to three dinners and provided a toy to one of HUIZAR's children. HAZENS paid for the meals during the trip and there was one dinner at YUAN's home that YUAN's family attended. Other HAZENS employees also attended the dinner at YUAN's home, but YUAN did not remember specifically which employees were present. An employee from the company translated at the dinner at YUAN's home for HUIZAR's family and YUAN'S family.

HAZENS employees paid for sightseeing for HUIZAR's family while YUAN and HUIZAR went to visit HAZENS construction sites. YUAN did not recall what the activities were since YUAN did not attend. HAZENS would have records indicating what events HUIZAR's family attended during the trip.

HAZENS was run very formally and kept records of all transactions. YUAN asked his receptionist if there was any formal gifts given to HUIZAR or his family during the trip and the receptionist denied that any gifts existed or were purchased. HUIZAR did not ask for any benefits, contributions, or donations, while on the trip to China. During the trip HUIZAR gave YUAN a bottle of tequila as well as a sealed envelope from CHIANG to deliver to YUAN. YUAN opened the letter which was on typed printer paper with Chinese writing which read "nothing needs to be paid including accommodations." YUAN believed the letter was a warning that that YUAN did not have to pay for HUIZAR's accommodations during the trip. YUAN received the letter from HUIZAR upon HUIZAR's family's arrival in China. YUAN thought it was strange that CHIANG would deliver a message in this way and YUAN never received a message from CHIANG this way previously. YUAN never asked CHIANG about the

letter that HUIZAR delivered to YUAN in China. YUAN did not discuss the letter with anyone until he met with an attorney after the FBI raids started. HAZENS did not have a policy about gift giving to foreign officials.

**BENEFITS TO HUIZAR & ASSOCIATES**

SUN told YUAN about political donations, but never gave specifics. YUAN did not know the specific donations, but could find out through HAZENS employees. The general managers that worked at HAZENS had the authority to authorize fees if it was below $50,000 and could approve $300,000 in construction fees per month. SUN was a manager and therefore had power to authorize any payments without YUAN knowing up to those thresholds. SUN was in charge of development at three HAZENS hotel projects. SUN did not check with YUAN for a $10,000 purchase or donation. YUAN did not recall if SUN ever checked with YUAN about any purchases less than the threshold amounts.

YUAN knew of a donation to SALESIAN HIGH SCHOOL for $10,000 in September 2015 after doing an investigation at HAZENS. YUAN was not familiar with campaign laws or regulations and would ask SUN or legal counselors about following laws. YUAN had inside and outside counsel at HAZENS and would inquire with both about purchases or donations. YUAN was a Chinese citizen and previously had a green card for the United States. YUAN's wife was a Chinese citizen and still had a green card for the United States. YUAN's wife contributed a donation to the JOHN CHIANG election in 2017. YUAN did not direct anyone to make that payment for JOHN CHIANG. YUAN did not know that it was illegal for foreign citizens to contribute to a United States election. YUAN did not speak English and was unfamiliar with United States laws. YUAN agreed to check on any reimbursements from HAZENS for any United States political elections and let the government know of YUAN's findings.

**RICHELLE RIOS HUIZAR**

YUAN was not aware that RICHELLE was running for political office until after the FBI raids. YUAN did not remember CHIANG mentioning RICHELLE's aspirations to run for HUIZAR's council seat. CHIANG conveyed that HUIZAR wanted support for RICHELLE and told YUAN that RICHELLE would run for office. YUAN was surprised and was not sure why RICHELLE would run for a council seat. HUIZAR wanted future support from companies and needed help to

talk to general managers at HAZENS and attorneys to gain support for RICHELLE. CHIANG never mentioned political action committees ("PAC") to YUAN and YUAN did not understand what a PAC was. HUIZAR never mentioned RICHELLE's interest in being a politician to YUAN, but may have mentioned it to CHIANG. YUAN believed RICHELLE was a lawyer by profession and that she was classmates with HUIZAR in college. There were no requests by HUIZAR to hire RICHELLE directly made to YUAN. YUAN was not aware of anyone that was referred to HAZENS by HUIZAR or anyone associated with HUIZAR for job opportunities.

**GREG SUN & GEORGE CHIANG**

SUN worked as a general manager for HAZENS until he was terminated in January 2017. CHIANG was hired as a consultant by SUN for HAZENS projects. YUAN was not aware how CHIANG and SUN met. CHIANG was in charge of filling documents in the various City departments and consulting for project costs.

YUAN could not recall the details of CHIANG's contract, but the terms were stated in CHIANG's contract. CHIANG had a monthly consultant fees and at certain points in the project received bonus payments after assignment completion. YUAN learned that RAYMOND CHAN worked with CHIANG after CHAN left his position as Deputy Mayor in Los Angeles. YUAN knew that CHAN retired and worked with CHIANG. YUAN was surprised that CHAN worked with CHIANG because YUAN did not believe government staff should work for a company which was prohibited based on Chinese Law. In China after you worked for a government you could not work for a private company on the same project. YUAN understood that CHAN could work for a private company after a one year period of not working for the City government based on conversations with CHIANG. CHIANG hired people and gave a lot of help to HAZENS during the time he worked on their projects and YUAN was focused on making a good team.

**GREG SUN FIRING**

SUN left HAZENS after having a bad relationship with new employees hired by the company and not accomplishing deadlines on projects. SUN planned to complete a hotel grand opening in two years and failed to meet those marks and had poor performance on those projects. YUAN had a rule with anyone at the company that not accomplishing project deadlines could lead to

Casino_0365410

194B-LA-255905

Continuation of FD-302 of (U) 07/19/2019_Fuer Yuan , On 07/19/2019 , Page 7 of 8

termination. SUN felt pressure to succeed and do well on HAZENS projects. YUAN was unaware of any benefits SUN provided to HUIZAR while SUN worked for HAZENS. YUAN was unaware of any benefits SUN provided to RICHELLE while SUN worked for HAZENS.

SUN told YUAN that he never provided any benefits, money or donations to HUIZAR while SUN worked for HAZENS. YUAN and SUN were on good terms after SUN left HAZENS and YUAN was unfamiliar with what SUN did for work after leaving HAZENS. YUAN had a few phone calls with SUN post termination and saw SUN in China on a few occasions. SUN lived in Vancouver, Canada with his family and lived in Los Angeles while SUN worked on the HAZENS projects in Los Angeles. SUN spoke English and Chinese and last spoke with YUAN on June 7, 2019 through WeChat.

**OTHER PUBLIC OFFICIALS IN LOS ANGELES**

YUAN met Mayor ERIC GARCETTI and Council President HERB WESSON before. SUN arranged a meal with WESSON and YUAN attended. YUAN was not aware if WESSON voted on HAZENS projects. YUAN did not recall meeting with any other US officials. YUAN would recall if any U.S. officials visited China.

**RAYOND CHAN**

YUAN knew CHAN as "Mayor CHAN" and knew CHAN since approximately 2014 through a referral from SUN. YUAN could not recall the circumstances in which he met CHAN. YUAN met with CHAN at least fifteen times while in Los Angeles and once in Beijing, China after CHAN retired from working for the City. CHAN worked as a consultant for HAZENS, but did not have a contract with HAZENS. CHAING worked with CHAN and CHAING had a contract with HAZENS directly. CHAN helped YUAN with projects while CHAN worked with CHIANG. YUAN was not aware if CHAN helped the HAZENS project when CHAN worked as Deputy Mayor.

**FBI INVESTIGATION**

YUAN became aware of the FBI investigation after HAZENS received a Federal Subpoena. YUAN did not tell anyone he was meeting with the government outside of his lawyers. YUAN could not recall speaking to anyone about the investigation outside of with his counsel and wife. YUAN agreed to reach out to the government if anyone contacted him about the investigation.

194B-LA-255905

Continuation of FD-302 of (U) 07/19/2019_Fuer Yuan , On 07/19/2019 , Page 8 of 8