**Exhibit 4**

## STATEMENT OF FUER YUAN

1. I, Fuer Yuan, make this statement to the best of my recollection and for the purposes of cooperating with the corruption investigation being conducted by the United States Attorney's Office for the Central District of California and the Federal Bureau of Investigation.

2. I was born in the People's Republic of China in 1963 and have lived there my entire life. During all times mentioned in this statement, I have resided in Shenzhen, China. I am currently the Chairman of Jia Yuan USA Co., Inc., the entity which owns the Luxe Hotel in downtown Los Angeles, California, and which is part of Hazens Real Estate Group (hereafter "Hazens" or the "Company"). I do not speak, read, or understand English, and require a translator for any communication in English. This entire statement has been translated for me as certified by the translator who has signed below.

3. This statement does not include all information of which I am aware on these subjects, but is accurate as to the matters discussed below to the best of my recollection. I have been advised that it is a crime to knowingly and willfully make a material false statement in a matter within the jurisdiction of a department or agency of the United States.

### 2015 Dinner with Jose Huizar

4. I recall attending a dinner at a restaurant in Arcadia, California at which Jose Huizar was present. I do not recall the exact date, but believe it was in late 2015. My recollection is that George Chiang arranged the dinner. My recollection is that George Chiang, Greg Sun, Jose Huizar, and perhaps others were present at the dinner. I understood that Huizar was a public official and that he had some involvement in the approval process for the Luxe Hotel project, which had an entitlements application pending before the City of Los Angeles at that time. During that dinner, or perhaps at a different time thereafter, I recall Jose Huizar, through a translator, mentioning a desire to visit China. I also recall, at or perhaps before this dinner, Jose Huizar, through a translator, explained that he had a child who had cancer and that the medical treatment would require a lot of money. I also was informed that Jose Huizar's wife, Richelle Huizar, was an attorney and, some time later, I recall being informed by Greg Sun, a General Manager at Hazens, that there was a thought at one point to hire Richelle Huizar as a consultant to Hazens, although that ultimately did not happen. I do not recall Jose Huizar ever expressly asking me for money, but in hindsight it appears to me that in making some of his comments, such as mentioning his significant medical expenses, and later requests and actions that came to my attention, he may have been indicating that he would welcome financial assistance and later took steps to seek such assistance from Hazens.

### Introduction for Potential Real Estate Investment

5. I recall that at some point, likely at or sometime shortly after the dinner at the restaurant in Arcadia mentioned above, George Chiang talked with me about other real estate investment opportunities in the United States and whether Hazens would be interested in such additional investments, working through a real estate company in Los Angeles. I explained that I was not interested in such additional investments at that time. I have a recollection of Mr. Chiang telling me that introducing a Chinese investor who might be interested in purchasing real

Witness Initials *FY*

1

estate market information from this company in Los Angeles would be something that could help with the entitlements process for the Luxe Hotel project.

6. At the time, many people in Shenzhen and Hong Kong wanted to invest in the United States and wanted to learn about market opportunities. I recall telling Mr. Chiang that I may know someone who would be interested in buying the real estate market information from the company in Los Angeles and that I would make the introduction. My best recollection is that I told him that I would talk with Greg Sun, who was then the General Manager for the Luxe Hotel project, and that Mr. Chiang could then follow up with Mr. Sun about it.

7. One of the people who had approached me in the past about investment opportunities was Tsao Li. I thought of Mr. Li during that conversation with Mr. Chiang, but do not recall saying anything to Mr. Chiang about him. Mr. Li had previously expressed that he and his friends were interested in acquiring property in the United States like I had. At that time in China, such information about potential foreign investment opportunities was viewed as valuable, either to invest or to pass along to others as an opportunity.

8. A few days after the conversation with Mr. Chiang, I had a conversation with Mr. Sun. I do not recall the exact conversation, but my best recollection is that I told him that Mr. Chiang had told me that making an introduction to a Chinese investor could help with the entitlements process, and I told Mr. Sun that Mr. Li was interested in such investments. I believe Mr. Sun asked if Mr. Li could come to the United States to sign an agreement with the Los Angeles real estate company. I explained that Mr. Li does not have a visa and does not speak English. We then discussed finding someone who speaks English and Chinese and has a real estate background to help Mr. Li with this process. My recollection is that Mr. Sun suggested Jenny Wu during that conversation.

9. Ms. Wu and Mr. Sun had known each other for several years, and used to work together in Vancouver, Canada for an affiliated Hazens company. Ms. Wu was also previously married to a relative of my daughter-in-law. My understanding is that Ms. Wu was fired in mid-2015. Her termination caused a lot of personal issues between the relatives, and Ms. Wu also got a divorce around the same time as her termination. As a result, my family and Ms. Wu's family do not have a good relationship. It seemed to me that Mr. Sun wanted to help Ms. Wu, and I thought it sounded fine, as I felt bad about her firing as well. So we decided that Mr. Sun would contact Ms. Wu.

10. At some point, I believe Mr. Sun gave me Ms. Wu's phone number, and I had an employee provide it to Mr. Li. I do not recall having any further involvement after making the introduction, and I do not recall seeing any contract. I do recall Greg Sun informing me that a contract was signed. I did not know at the time or at any point before the filing of charges against Mr. Chiang that Mr. Chiang prepared the real estate reports himself, as alleged.

### April 2017 Huizar Family Trip to China

11. Sometime in April 2017, Mr. Huizar and his family came to China. I was not expecting him at that time but a Hazens employee was able to pick him up from the Hong Kong

Witness Initials 

2

Casino_2007247

airport and I instructed the employee to try to make hotel arrangements for Mr. Huizar and his family, as it appeared that they had not made any such arrangements.

12. I have reviewed various receipts and records related to the Huizar family visit to China in April 2017. Based upon my review of records, as well as my own recollection where noted, I am informed and believe the following hospitality was afforded to Mr. Huizar and his family by Hazens or me during that visit:

a. Hazens employees drove the Huizars in Hazens' cars during their visit to China, including from the Hong Kong airport to their hotel in Shenzhen, from their hotel in Shenzhen to their hotel in Hong Kong, from their hotel in Hong Kong to the Hong Kong airport, and various short trips in and around Shenzhen.

b. Hazens employees served as informal translators for the Huizars during parts of their trip. Hazens also hired a third-party translator for the Huizar family for certain times during their visit. There was a translator (either a Hazens employee or the third-party translator) present for every conversation I recall having with Mr. Huizar during his family's trip.

c. During their visit, the Huizar family stayed at the JW Marriott in Shenzhen, and then the Shangri-La Hotel in Hong Kong. Their rooms at the JW Marriott were reserved by a Hazens employee, who made the call to reserve the rooms after picking up the Huizars at the Hong Kong airport, and believing that they apparently did not have accommodations reserved. I have asked Hazens employees to look for records of any payment by Hazens for the Huizars' rooms at the JW Marriott, but have not been able to locate any such record. It would not be unusual to pay for a visitor's hotel room in this type of circumstance, but I have not been able to confirm any such payment at this time.

d. During the Huizars' visit, Hazens paid for a number of meals for Mr. Huizar and his family. Based on receipts, I believe Hazens paid for Huizar family meals on April 18, April 19, and April 20, 2017. I also entertained Mr. Huizar and his family at my home one evening, which included providing dinner for them. Before the Huizars departed for their return trip to the U.S., I also recall going to Hong Kong and having dinner with Mr. Huizar, and that the restaurant did not charge us for the meal as a courtesy to me. The name of the restaurant was Guqintai Clubhouse, located at the 1st Floor, Jie Li Center, 18 Fenwick Street, Wanchai, Hong Kong. There is still a restaurant at that location but its name has changed.

e. During the Huizars' visit, Hazens employees escorted them to two theme parks in Shenzhen: Happy Valley and Windows of the World. I did not accompany the Huizars to these theme parks, but I am informed that the entry tickets were purchased for them by Hazens employees who were reimbursed for the expense by Hazens.

Witness Initials *FY*

3

f.  I recall that an employee of Hazens purchased and gave some kind of gifts to Mr. Huizar's children.

13.  I also recall that during the Huizars' visit, Mr. Huizar accompanied me to two Hazens project sites. I recall that we took a Company car. I recall that I and someone that worked on the project gave a brief presentation about the project.

14.  I recall Mr. Huizar indicating, through a translator, that he was in China, at least in part, to look for a school for his children to attend and learn Chinese. My recollection is that the name of the school was Shi Yan Xue Xiao 实验学校.

15.  During the Huizars' visit, Mr. Huizar took an interest in WeChat, a communication app that is widely used in China. He was shown how to install the app on his phone. On June 12, 2018, I received a WeChat message from Jose Huizar, which was auto-translated, personally congratulating me for the City of Los Angeles approving a development agreement for the Luxe Hotel, or words to that effect. I found this message to be strange, because in China, government officials are not supposed to provide official information in this way.

### $100,000 Richelle Huizar PAC Donation Request

16.  I recall that at some point, I am not certain precisely when, I was told – most likely by Mr. Chiang – that Richelle Huizar planned to run for Jose Huizar's seat on the Los Angeles City Council.

17.  I recall a dinner that I attended with Jose Huizar, Richelle Huizar, and others. I do not recall when this dinner took place, but I have seen the government's charges in this matter indicating that the dinner took place at the Sheraton San Gabriel Hotel on January 24, 2018, which sounds correct. I believe Mr. Chiang probably would have arranged this dinner.

18.  I do not have a specific recollection about what was discussed at this dinner, but I believe the topic of Richelle Huizar running for office was mentioned by whoever was interpreting the conversation for me, to which I responded, "yes, I would support you" or words to that effect in Chinese for interpretation. I felt I was being polite. I do not recall any discussion that was translated to me about committing to make a $100,000 donation or any amount.

19.  I recall that at some point in time, although I cannot recall precisely when, Mr. Chiang asked me about making a $100,000 donation to Ms. Huizar's campaign. My recollection is that I thought this was a large amount and I asked Mr. Chiang if it would be proper to do so and to confirm that it was okay. I recall that Mr. Chiang said that he would follow up about whether it was okay, and let me know.

20.  I recall that Mr. Chiang raised this donation request with me two or three other times. I responded that he should confirm that it was okay to do so. I do not recall Mr. Chiang ever getting back to me that it was permissible to make this donation, and I do not recall ever approving or making any such donation.

Witness Initials *FY*

4

21. I also have a recollection of meeting with Raymond Chan at some point during which this issue was discussed. I believe it may have been in 2018. I recall that during this meeting, Mr. Chan asked me the same request that Mr. Chiang had asked me: if Hazens would make the donation to support Ms. Huizar's election. I believe I told Mr. Chan the same thing that I told Mr. Chiang—if you confirm that it is ok to make such a donation, then I would consider it. I do not recall Mr. Chan ever confirming to me that it was permissible to make the donation, and to my knowledge the donation was never made.

22. Based on the repeated requests by Mr. Chiang and Mr. Chan regarding this donation request to support Ms. Huizar's election, it seemed that Mr. Chiang and/or Mr. Chan may have already made a commitment to the Huizars that Hazens would make the donation, and Mr. Chiang and Mr. Chan were trying to get me to approve it.

### CERTIFICATION OF WITNESS

This statement has been read to me in Mandarin, the language I understand best. I have carefully reviewed it with my attorney. I understand it, and I voluntarily, knowingly and willfully agree to it without force, threat or coercion. No promises or inducements have been made to me other than those contained in the proffer letter I signed on July 19, 2019, and the non-target letter dated September 9, 2020. I am satisfied with the representation of my attorney in this matter.

_____   5-10-2020
FUER YUAN                          Date
Witness

### CERTIFICATION OF INTERPRETER

I, Stephanie Huang, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire statement from English into Mandarin to FUER YUAN on this date.

_____   10/4/2020
INTERPRETER                        Date

Witness Initials FY