**Exhibit 5**

Message

| | |
|---|---|
| **From**: | Ron Zeff [ronzeff@carmelpartners.com] |
| **Sent**: | 6/25/2015 2:27:59 PM |
| **To**: | Carmel - All [Carmel-All@carmelpartners.com] |
| **Subject**: | Carmel's Political Contribution Policy |
| **Importance**: | High |

To All Carmel Employees,

As you know, we have begun fund raising for our new develop-to-core fund, the US Multifamily Property Fund. In that regard, I want to remind everyone of our rules around political contributions.

If you plan to make or solicit a political contribution to a state or local candidate, to a national candidate who currently holds state or local office, or to a Political Action Committee ("PAC"), **please have your contribution/solicitation pre-cleared with the Compliance Department**.

If a Carmel Management employee has made a donation over the *de minimis* amount to someone who was in a position to directly or indirectly select Carmel as the investment adviser for their pension fund, Carmel is prohibited from collecting fees from that investor for two years; the financial impact to the organization will be material. This policy is in place so that we adhere to election laws and is not intended to deter you from supporting political causes. However, because a violation of this policy may have serious repercussions on Carmel's business, any infractions will be treated as serious.

If you have any questions about Carmel's Political Contribution Policy, please contact Brian Smith or Christine Chen in our Compliance Department.

Thank you,

Ron