E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-1, 2 |
| Plaintiff, | JOINT PRETRIAL EXHIBIT STIPULATION |
| v. | Trial Date:   February 21, 2023 |
| JOSÉ LUIS HUIZAR, RAYMOND SHE WAH CHAN, aka "She Wah Kwong," et al., | Hearing Time: 8:30 AM<br>Location:    Courtroom of the<br>             Hon. John F. Walter |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, and defendant Jose Luis Huizar, by and through his attorneys of record, Carel Ale, Charles J. Snyder, and Adam Olin, and defendant Raymond She Wah Chan,

by and through his attorneys of record Harland W. Braun and Brendan Pratt,[1] hereby submit this Joint Pretrial Exhibit Stipulation.

Where the objection field is blank, the parties currently agree to admission of the exhibit. However, defendants reserve the right to raise objections at a later date. In addition, defendant Huizar objects to the government's description of certain exhibits as argumentative and reserves the right to brief that issue.

The parties respectfully request leave of the Court to submit a revised Joint Pretrial Exhibit Stipulation, including to reflect any subsequently resolved objections, as may be appropriate.

Dated: January 17, 2023            Respectfully submitted,

                                   E. MARTIN ESTRADA
                                   United States Attorney


                                     /s/ Cassie D. Palmer
                                   CASSIE D. PALMER
                                   MACK E. JENKINS
                                   SUSAN S. HAR
                                   BRIAN R. FAERSTEIN
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

Dated: January 17, 2023            /s/ Carel Ale w/ email authorization
                                   CAREL ALÉ
                                   CHARLES J. SNYDER
                                   ADAM OLIN
                                   Attorneys for Defendant
                                   JOSE LUIS HUIZAR

---

[1] The government met and conferred with Chan's counsel separately regarding the foundation and admissibility of the exhibits, per the Court's Order. The government's current understanding is that defendant Chan joins in defendant Huizar's objections. The government solicited Chan's objections several times and also sought confirmation several times that Chan was joining in Huizar's objections but has not received any objections or confirmation as of this filing.