Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
724 South Spring Street, Ninth Floor
Los Angeles, California 90014
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Craig Wilke (SBN 150728)
*craig@craigwilkelaw.com*
LAW OFFICE OF CRAIG WILKE
305 North Harbor Boulevard, Suite 216
Fullerton, California 92832-1901
Telephone: (714) 870-8900
Facsimile: (714) 879-2278

Attorneys for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHEN ZHEN NEW WORLD I, LLC,<br><br>Defendant. | CR-20-326(A)-JFW-4<br><br>**[PROPOSED] ORDER RE: DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S MOTIONS FOR JUDGMENT OF ACQUITTAL, OR ALTERNATIVELY, A NEW TRIAL** |

1

1       Upon reviewing Defendant Shen Zhen New World I, LLC's Motions for
2 Judgment of Acquittal, or Alternatively, a New Trial, and for good cause shown,
3     _____      The Motion is GRANTED.

4

5 **OR**

6

7     _____      The Motion is DENIED.

8

9

10 DATED: _____    _____
                                   HONORABLE JOHN F. WALTER
11                                    United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28