CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
(Email: carel_ale@fd.org)
CHARLES SNYDER (Bar No. 287247)
(Email: charles_snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: adam_olin@fd.org)
Deputy Federal Public Defenders
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-5186
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSÉ LUIS HUIZAR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSÉ LUIS HUIZAR,<br><br>　　　　Defendant. | Case No. 20-CR-326-JFW-1<br><br>**STIPULATION TO CONTINUE JOSE HUIZAR'S SENTENCING FROM APRIL 3, 2023 TO OCTOBER 2, 2023** |

Jose Huizar, through his counsel of record, and the United States of America, through its counsel of record, hereby stipulate as follows:

1. Jose Huizar changed his plea on January 20, 2023, at which time the Court set an April 3, 2023 date for his sentencing.

2. This is a large and complicated matter with significant potential sentencing exposure.

3. The parties anticipate that the sentencing submissions (including the PSR) in this case will require lengthy and complex filings necessitating a significant expenditure of time and effort by counsel for all parties.

4. Huizar needs substantially more time to gather records, prepare a sentencing video, and draft his sentencing submission, including a response to the yet-

undisclosed PSR. Huizar also needs more time because he expects testimony and other evidence developed at Raymond Chan's trial to inform his sentencing submission, and because he is being represented by DFPDs who, if not on leave,[1] are carrying full caseloads and attempting to balance commitments to Huizar and this Court with those owed to other clients and Courts across the District.

5. The prosecutors representing the government in Huizar's sentencing proceedings have been involved in the Raymond Chan trial, which is ongoing and may be relevant to Huizar's sentencing. As such, the government does not oppose the continuance requested by the defense.

6. Subject to the Court's approval, the parties accordingly stipulate to continue the sentencing date to October 2, 2023. A continuance of this length would be roughly equivalent to those afforded to the other convicted defendants in this case.[2]

IT IS SO STIPULATED.

Respectfully submitted,
CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 17, 2023    By /s/ *Charles J. Snyder*
Charles J. Snyder
Attorney for Jose Huizar

E. MARTIN ESTRADA
United States Attorney

DATED: March 17, 2023    By /s/ *(with email approval)*
Mack Jenkins
Assistant United States Attorney

---

[1] One of Huizar's three trial attorneys began parental leave in early February.

[2] A continuance to early October would be a little over nine months from Huizar's change of plea. The Lee/940 Hill sentencing is currently set for early May 2023, roughly 10 months after the jury returned a verdict. The SZNW sentencing, which principally involves a dispute over fines to be levied on a corporation, is currently set for mid-May 2023, roughly six months after the jury returned a verdict.

2