# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSÉ LUIS HUIZAR,<br><br>　　　　　Defendant. | Case No. 20-CR-326-JFW-1<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE having been shown, the Court hereby CONTINUES Jose Huizar's sentencing from April 3, 2023 to October 2, 2023 at 8:00 a.m.


DATED:

　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　United States District Judge