| Name & Address: |
|---|
| Ariel A. Neuman - State Bar No. 241594 |
|    aneuman@birdmarella.com |
| Ray S. Seilie - State Bar No. 277747 |
|    rseilie@birdmarella.com |
| Bird, Marella, Boxer, Wolpert, Nessim, Drooks. |
| Lincenberg & Rhow, P.C. |
| 1875 Century Park East, 23rd Floor |
| Los Angeles, California  90067-2561 |
| Telephone:  (310) 201-2100 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-CR-0326-JFW |
| v. | |
| JOSE LUIS HUIZAR, et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

    Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☒ Filed  ☐ Lodged: **(List Documents):**

**Stipulation to Modify Conditions of Bond and Pre-Sentencing Release as to Defendant Dae Yong Lee**

**[Proposed] Order Granting Stipulation to Modify Defendant Dae Yong Lee's Conditions of Bond**

**Reason:**
☒ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| March 21. 2023 | /s/ Ray S. Seilie |
|---|---|
| Date | Attorney Name |
| | Attorneys for Defendants 940 Hill, LLC and Dae Yong Lee |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)           NOTICE OF MANUAL FILING OR LODGING
3796314.1

