**Note Change by Court**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-326-JFW-1 |
| Plaintiff, | **ORDER** |
| v. | |
| JOSÉ LUIS HUIZAR, | |
| Defendant. | |

GOOD CAUSE having been shown, the Court hereby CONTINUES Jose Huizar's sentencing from April 3, 2023 **to September 25, 2023 at 8:00 a.m.** Sentencing papers shall be filed September 11, 2023.

DATED: March 20, 2023

_____
Hon. John F. Walter
United States District Judge

CC: USPO/PSA; USM