Ariel A. Neuman - State Bar No. 241594
　　aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
　　rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS HUIZAR, et al., <br><br> Defendant. | CASE NO. 20-CR-0326-JFW <br><br> **DEFENDANT DAE YONG LEE'S UNOPPOSED *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL; DECLARATION OF ARIEL A. NEUMAN** <br><br> Assigned to Hon. John F. Walter |

3857337.1

1       Defendant Dae Yong Lee submits this unopposed *ex parte* application for an order permitting the under-seal filing of a stipulation that contains medically sensitive information. This application is supported by the accompanying Declaration of Ariel A. Neuman.

DATED: March 21, 2023

Ariel A. Neuman
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:      /s/ *Ariel A. Neuman*
           Ariel A. Neuman
Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

## DECLARATION OF ARIEL A. NEUMAN

I, Ariel A. Neuman, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, PC, attorneys of record for Defendants 940 Hill, LLC and Dae Yong Lee in this action. I make this declaration in support of Mr. Lee's *Ex Parte* Application to File Stipulation Under Seal. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. The concurrently-filed Stipulation to Modify Bond Conditions references sensitive medical information concerning Mr. Lee. Mr. Lee respectfully requests that the stipulation be sealed in order to preserve his medical privacy.

3. On March 20, 2023, I contacted the Assistant United States Attorneys assigned to this matter by email regarding this application. They informed me that they do not object to the under-seal nature of the filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on March 20, 2023, at Los Angeles, California.

                                         /s/ *Ariel A. Neuman*
                                         Ariel A. Neuman