Ariel A. Neuman - State Bar No. 241594
 aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
 rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS HUIZAR, et al., <br><br> Defendant. | CASE NO. 20-CR-0326-JFW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT DAE YONG LEE'S *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL** <br><br> Assigned to Hon. John F. Walter |

3857342.1

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FILE STIPULATION UNDER SEAL

**[PROPOSED] ORDER**

For good cause shown, the Court hereby orders that Defendant Dae Yong Lee's unopposed *ex parte* application to file a stipulation to modify bond conditions under seal is GRANTED. The stipulation and proposed order shall be filed under seal.

**IT IS SO ORDERED.**

DATED: _____

Honorable John F. Walter
United States District Judge