E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SUSAN S. HAR (Cal. Bar No. 301924)
J. JAMARI BUXTON (Cal Bar. No. 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
PATRICK CASTAÑEDA (Cal Bar No. 319431)
Assistant United States Attorney
International Narcotics, Money Laundering,
& Racketeering Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3289
    Facsimile: (213) 894-6436
    E-mail:   Susan.Har@usdoj.gov
               Jamari.Buxton@usdoj.gov
               Patrick.Castaneda@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-4 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING LEAVE TO FILE OVERSIZED BRIEF |
| v. | |
| SHEN ZHEN NEW WORLD I, LLC, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's _ex parte_ application for leave to file an oversized brief in opposition to defendant Shen Zhen New World I,

//

//

```
1  LLC's Motion for Judgment of Acquittal, or Alternatively, a New Trial
2  is GRANTED.
```

      IT IS SO ORDERED.

```
 DATE                                    HONORABLE JOHN F. WALTER
                                         UNITED STATES DISTRICT JUDGE
```

Proposed by:

```
        /s/
 J. JAMARI BUXTON
 Assistant United States Attorney
```