**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 20CR-326(A)-JFW |
| v. | |
| RAYMOND CHAN, | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

Raymond Chan          ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute John Hanusz who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

515 South Flower Street, Suite 3500
*Street Address*

Los Angeles, California 90071                         john@hanuszlaw.com
*City, State, Zip*                                    *E-Mail Address*

213-204-4200                                          277367
*Telephone Number*          *Fax Number*              *State Bar Number*

as attorney of record instead of  Harland Braun and Brendan Pratt
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                          _____
                                                      U. S. District Judge/U.S. Magistrate Judge