CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
(Email: carel_ale@fd.org)
CHARLES SNYDER (Bar No. 287247)
(Email: charles_snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: adam_olin@fd.org)
Deputy Federal Public Defenders
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-5186
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSÉ LUIS HUIZAR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSÉ LUIS HUIZAR,<br><br>　　　　Defendant. | Case No. 20-CR-326-JFW-1<br><br>**UNOPPOSED EX PARTE APPLICATION TO CONTINUE JOSE HUIZAR'S SENTENCING FROM SEPTEMBER 25, 2023 TO DECEMBER 15, 2023** |

Jose Huizar, through counsel, applies <u>ex parte</u> and without opposition to continue his sentencing date from September 25, 2023 to December 15, 2023. Huizar bases this application on the attached declaration of counsel, the files and records in this case, and any other evidence or argument that the Court may consider.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　CUAUHTÉMOC ORTEGA
　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: June 27, 2023　　By　/s/ *Charles J. Snyder*
　　　　　　　　　　　　　　　　　Charles J. Snyder
　　　　　　　　　　　　　　　　　Attorney for Jose Huizar

**DECLARATION OF CHARLES J. SNYDER**

I, Charles J. Snyder, declare as follows:

1. I am a California-licensed DFPD appointed to represent Jose Huizar in this matter. I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2. Jose Huizar changed his plea on January 20, 2023, at which time the Court set an April 3, 2023 date for his sentencing. The Court previously granted one request to continue the sentencing from April 3, 2023 to September 25, 2023.

3. I write to request an additional continuance from September 25, 2023 to December 15, 2023. The government offered to stipulate to this date, but I am filing this request as an unopposed ex parte application, rather than a stipulation, because it includes information that only I know.

4. For much of this case, Huizar had three day-to-day cocounsel. For the last several months I have been the only day-to-day lawyer on this case. That will remain true until at least some time in August.[1] In early September, I plan to take leave due to the scheduled birth of my child.

5. Between now and September, I have multiple trials scheduled, at least one of which is certain to go (unless dismissed) (United States v. Juarez-Valencia; CR-19-311),[2] several sentencings involving clients facing high exposure (United States v. Contreras; CR-19-462, 464-SVW, United States v. Smith; CR-19-681-AB; United States v. Castillo; CR-19-764-DSF (remand for resentencing)), and potentially two evidentiary hearings (United States v. Nava; CR-09-445-DSF (supervised release); United States v. Grey; CR-23-31-FMO (client in custody, suppression motion ready)). I also have a number of other court and professional commitments.

6. This is a large and complicated matter with significant public interest and

---

[1] Carel Ale is no longer counsel of record in this case. Adam Olin has been on an extended leave that runs through August.

[2] I presently have two other trials set on the same date as Juarez-Valencia.

potential sentencing exposure.  The sentencing submissions (including the PSR) in this case will require lengthy and complex filings necessitating a significant expenditure of time and effort by counsel for all parties.

7. I am requesting a continuance because, given my current caseload and commitments to other clients and Courts across the District, I need more time than presently available under the schedule to gather records, prepare a sentencing video, and draft the sentencing submission, including a response to the yet-undisclosed PSR.

8. I am also requesting a continuance because I hope to be on personal leave for two months starting in early September, which includes the current sentencing date of September 25, 2023.[3]

9. I communicated with the government about the requested continuance; the government neither opposes the request nor the ex parte nature of this application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed June 27, 2023 at Los Angeles, California.

                                                    */s/ Charles J. Snyder*
                                                    Charles J. Snyder

---

[3] A continuance to December 2023 would be less than a year after Huizar accepted responsibility and changed his plea.  By comparison, the Lee/940 Hill sentencing is currently set for July 21, 2023, more than a year after the jury returned an adverse verdict.