# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-326-JFW-1 |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| JOSÉ LUIS HUIZAR, | |
| Defendant. | |

GOOD CAUSE having been shown, the Court hereby CONTINUES Jose Huizar's sentencing from September 25, 2023 to December 15, 2023 at 8:00 a.m.

DATED:

_____

Hon. John F. Walter
United States District Judge