Note Change by Court

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>JOSÉ LUIS HUIZAR,<br><br>                Defendant. | Case No. 20-CR-326-JFW-1<br><br>**ORDER** |

    GOOD CAUSE having been shown, the Court hereby CONTINUES Jose
Huizar's sentencing from September 25, 2023 **to December 15, 2023 at 8:00 a.m.**
Sentencing papers shall be filed on or before November 20, 2023.


DATED: July 3, 2023

_____
                    Hon. John F. Walter
                    United States District Judge


CC: USPO/PSA; USM