# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Diana Miner |
| 2a. Contact Phone Number | 213-894-2997 |
| 3a. Contact E-mail Address | diana_miner@fd.org |
| 1b. Attorney Name (if different) | Cuauhtemoc Ortega |
| 2b. Attorney Phone Number | 213-894-2854 |
| 3b. Attorney E-mail Address | cuauhtemoc_ortega@fd.org |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, CA 90012 |
| 5. Name & Role of Party Represented | Jose L. Huizar, Defendant |
| 6. Case Name | United States v. Jose L. Huizar, et al. |
| 7a. District Court Case Number | 2:20-cr-326-JFW |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miranda Algorri

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☒ Non-Appeal ☒ Criminal ☐ Civil ☐ CJA ☐ USA ☒ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF | TEXT/ASCII | PAPER | CONDENSED | CM/ECF ACCESS | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/22/2023 | 1097 | JFW | Jury Trial Day 2 | ○ | ○ | ○ | ○ | ● | ○ | ● 10/12/2023 | ORDINARY (30-day) |
| 02/23/2023 | 1098 | JFW | Jury Trial Day 3 | ○ | ○ | ○ | ○ | ● | ○ | ● 10/12/2023 | ORDINARY (30-day) |
| 02/24/2023 | 1099 | JFW | Jury Trial Day 4 | ○ | ○ | ○ | ○ | ● | ○ | ● 10/12/2023 | ORDINARY (30-day) |
| 02/24/2023 | 1100 | JFW | Jury Trial Day 4 | ○ | ○ | ○ | ○ | ● | ○ | ● 10/12/2023 | ORDINARY (30-day) |
| 02/27/2023 | 1101 | JFW | Jury Trial Day 5 | ○ | ○ | ○ | ○ | ● | ○ | ● 10/12/2023 | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

See attached page for additional transcript dates.

COPY RATE - 30 DAY

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 7/25/2023    Signature: /s/ Cuauhtemoc Ortega

G-120 (06/18)

USA v. Jose L. Huizar, et al., 2:20-cr-326-JFW-1
Transcript Order Form Additional Pages

| Hearing Date | Minute Order Docket | Judge | Proceeding Type | Format | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|
| 2/28/2023 | 1102 | JFW | Jury Trial Day 6 | CM/ECF | 10/12/2023 | 30-Day Copy |
| 3/2/2023 | 1103 | JFW | Jury Trial Day 8 | CM/ECF | 10/12/2023 | 30-Day Copy |