Mitchell Silberberg & Knupp LLP.

# Anti-Bribery and Anti-Corruption Employee Training



# Overview of What We Will Discuss ?

- We will discuss in detail the Company's new Anti-Corruption and Anti-Bribery Policy (the "Policy")

- The Company wants to ensure that all employees understand what types of conduct the Policy prohibits

- Violations of the policy have serious consequences, both respect to *employment* (e.g. discipline termination) and could also result in *legal* (e.g. criminal) consequences) for individuals and companies who engage in bribery.

- Not only do we want to ensure that employees understand what is expected of them, but also what *complaint mechanisms* are available to report concerns, as well as *who* to address questions

2



# **What Does The Policy Prohibit?**

- The Policy explains that the Company prohibits bribery and corruption in all its forms:
  - Specifically, it is prohibited to offer, give (or promise to give) *anything of value* (whether directly or indirectly) if the purpose is to *improperly influence* the recipient to take (or not take) any action that would provide benefit the Company.
  - It is further prohibited to engage in either public bribery of a "Government Official" (which we will soon define) or the commercial bribery of <u>private</u> parties.
  - *No one* at the Company has the authority to direct you to violate the Policy (and if anyone does try, such should be *immediately* reported).

Mitchell Silberberg & Knupp LLP.

3



# What is a Bribe?

- **Bribes Can Take Different Forms**
  - We often think of a bribe as consisting of *money*.
  - However, a bribe is not limited to money or a tangible object.
  - A bribe can also take the form of, for example, a *favor*, such as employment for a family member of the intended recipient or a contribution to their favored charity.
  - A bribe can also take the form of excessively lavish or too-frequent hospitality.

Mitchell Silberberg & Knupp LLP.

4



# What is "Public" Bribery?

- One type of bribery is "public bribery."

- *Public bribery* is the bribery of any *Government Official*, and is categorically prohibited under our Policy.

- Government Officials include:
    - an officer or employee of a government or public entity, domestic or foreign (including any department or agency);
    - a person acting in an official capacity on behalf of a domestic or foreign government or public international organization (including any department or agency);
    - an officer, director or employee of a state-owned enterprise or other entity that is owned or controlled by a government;
    - a royal family member;
    - a member of a legislative body;
    - military personnel;
    - an officer or employee of a political party; or
    - a candidate for public office

Mitchell Silberberg & Knupp LLP.

5



# When Can Gifts Cross The Line?

- Under our Policy, it is prohibited to give *anything of value* (even if nominal) to a U.S. or foreign Government Official (without first seeking approval from the "<u>Compliance Officer."</u>)
  - For purposes of the Policy, the Company's "Compliance Officer" is **Russ Cox.**
  - Gifts and hospitality that may be acceptable among private parties can be <u>forbidden</u> when the other party is a Government Official.
    - Even *small* gifts can be unlawful.
    - Some possible examples of *public bribery* would be the giving of a gift, money or other thing of value to:
      - persuade a Government Official to exercise his or her discretion to grant a license, permit or authorization;
      - accord favorable legislative, tax or tariff treatment; or
      - terminate a scheduled tax audit.
    - Under certain circumstances, a request, solicitation, or demand by a Government Official for something of value (including but not limited to the items above) may constitute a *crime*, and should be *immediately* reported to the Compliance Officer.

Mitchell Silberberg & Knupp LLP.



# What Types of Actions Are Prohibited for Government Officials?

- The following are *prohibited* under this Policy (and all employees are required to contact the Compliance Officer prior to):
    - Offering or providing any of the following for free/discount to a Government Official:
        - gifts
        - entertainment
        - food or beverage
        - lodging
        - sponsorship
        - transportation
        - anything else of value

Mitchell Silberberg & Knupp LLP.



# Other Prohibitions For Government Officials

- Other prohibitions include:
  - making any written or oral communication (or assisting in preparing for a communication) to a Government Official
    - *Possible exception*: Where the Compliance Officer possesses *prior knowledge* of the substance of the communication or matter to which it pertains);
  - Attending a meeting (without first clearing the meeting) with any Government Official on behalf of the Company
  - Causing the Company (or any of its related businesses) to make a *corporate contribution* (whether the contribution is political or charitable in nature) at the federal, state or local level, whether the contribution is to an individual, third party, or to a Political Action Committee (or "PAC")
    - Making such a political contribution in the name of an employee, officer, director or agent of the Company;
    - Making any of the foregoing contributions to *foreign nationals (*or any such individual, agent, company)

Mitchell Silberberg & Knupp LLP.

8



# **Additional Information on Making Political Contributions**

- It is absolutely prohibited under the Policy for a *foreign national* to make any political contributions to a Government Official, for any reason, whether given directly or through third parties.

- It also absolutely prohibited under the Policy to make a "conduit" political contribution to a Government Official
  - (that is, making a contribution in the name of a person other than the person actually providing the funds).
  - all employees are required to contact the Compliance Officer *prior* to making any political contributions at the request of the Company or any Company employee.

Mitchell Silberberg & Knupp LLP.

9



# Rules on Commercial Bribery

- Commercial bribery is the bribery of a *private* party rather than a Government Official
  - Usually involves bribery of an employee or agent of *another person or company* in order to obtain or retain a *business advantage* from their employer or principal.
  - The inherent issue with commercial bribery is that the other company is relying on their employee or agent to act in their best interest, and a bribe undermines that duty.
  - Thus, under our Policy, it is <u>prohibited</u> to offer, promise or give anything of value to another person to induce or reward that person to *improperly* perform their function in relation to their employer or principal.

- It is *also* prohibited under the Policy to give something of value if it is known that the recipient is not permitted to receive it or that it would be improper for the recipient to accept it.
  - For example, it would be prohibited to give a "secret" gift or "kickback" to persuade a procurement manager to purchase, on behalf of his company, a good or service offered by the company of the person giving the bribe.



# **Bribery Involving Third Parties**

- The Company can be held legally responsible for the actions of partners, suppliers, agents, vendors or other third parties.

- Even if the Company did not authorize any wrongdoing, the Company may still incur legal and reputational exposure.

- Under our Policy, a third party may not make a payment on behalf of the Company that the Company itself cannot make directly.

- A bribe paid by a third party for the benefit of the Company under some circumstances could be considered as equivalent to a bribe that is paid directly by the Company.

- Thus, the types of agents who could be third parties in such circumstances include agents who are engaged to act on the Company's behalf and/or to interact with Government Officials.

Mitchell Silberberg & Knupp LLP.

11



# What are Some "Warning Signs" for Third Parties?

- If any of the following "warning signs" are present, the Compliance Officer should be consulted to determine whether action should be taken under this Policy.
    - *Refusing to Certify:* A *refusal* by a proposed agent to provide written assurances that he or she will not make any improper payments
    - *Request to use a Particular Agent*:   Requests/demands by a Government Official that a particular local agent be retained for any purpose
        - **Significant warning:** if the representative has *no expertise or experience* in the region or profession.
    - *Related Agents:* A third party who is closely related to, or has a significant personal relationship with a Government Official.

Mitchell Silberberg & Knupp LLP.

12



# "Warning Signs" and Payments

- *Uncommon payment methods or terms* can also serve as a warning sign and may be suspect.

-  Examples of such methods or terms include payments:
  - in *cash* in situations where a check or wire transfer would ordinarily be expected;
  - through *intermediaries* or third party accounts;
  - made *outside the country* where the service is performed;
  - constituting clearly *excessive commissions* (or commissions not reasonably related to clearly identified services).

Mitchell Silberberg & Knupp LLP.

13



# What is a "Business Courtesy?"

- A "business courtesy" generally refers to something of value that is provided to customers (e.g. guests) and potential customers as a means of developing a legitimate relationship with that customer.  This includes meals, entertainment, discounts on products and services not readily available to the general public, payment of travel expenses, personal favors, and token gifts.

- The Company *prohibits* its employees from *corruptly* providing business courtesies of any value to any individual, including foreign officials, in exchange for that individual taking some action that benefits the Company.

- Because some of the Company's customers and potential customers could be state-owned or state-controlled companies, business courtesies to these customers may implicate anti-bribery laws.

Mitchell Silberberg & Knupp LLP.

14



# What is a "Business Courtesy?" (con't)

- Only *legitimate and reasonable* business courtesies may be provided by Company employees to customers.

- A good way to judge the propriety of a contemplated business courtesy is to consider whether it would appear to an objective person that the courtesy was intended to influence the decision maker recipient.

- For example, imagine a news story reporting on the gift.  Questions to consider:
  - Was the value significant?
  - Did the Company have business pending before the recipient?  Is there a pending bid for business or some sort of pending regulatory approval?

Mitchell Silberberg & Knupp LLP.

15



# Business Courtesies and Foreign Officials

- It is rare that business courtesies are appropriately offered to *Government Officials* acting as government officials.

- Reimbursement of reasonable and bona fide travel, food, lodging, and other comparable expenses for foreign officials, party officials, or candidates *may* be permissible provided that the business courtesy:
  - is of a *modest value;*
  - is reasonably related to a *legitimate business purpose;*
  - is *lawful* under all applicable laws (including local law);
  - would not *embarrass* the Company if disclosed publicly;
  - does not create the appearance that the giver is entitled to *preferential treatment;*
  - is *authorized* by the Compliance Officer in *writing; <u>and</u>*
  - would not influence, or appear to influence, the recipient's ability to:
    - conduct his or her official duties objectively and independently
    - act in the best interest of his or her company, agency or entity, or
    - prevent the recipient from awarding business to one of the provider's competitors

Mitchell Silberberg & Knupp LLP.

16



# Prohibited Business Courtesies

- Appropriate gifts or business courtesies will *usually* be valued at less than $100.00
  - Furthermore, and any tangible gifts given by Company employees, as appropriate, should usually bear the Company *logo.*

- The following gifts, meals, entertainment or business courtesies are *never* permitted:
  - gifts or benefits given in the expectation of, or as a reward for, the *provision of business or favorable official action;*
  - gifts or loans of *cash* or cash equivalents (e.g. gift cards)
  - *lavish* meals or entertainment;
  - "adult" or other *inappropriate* entertainment;
  - meals or entertainment given as a specific inducement to influence official decision making, to obtain or retain business, or to reward the award of prior business; or
  - gifts that are *specifically requested* by the recipient.



# "Facilitation" Payments

- "Facilitation" payments that are made to  Government Officials to expedite or secure the performance of routine governmental action are prohibited.
    - Exception: specifically authorized by the Compliance Officer in writing.
    - Do not make facilitation payments to speed up routine administrative actions (e.g., visas, permits, certifications, customs clearances, among others).
        - a *narrow* exception would be if such payment is necessary to protect the health or safety of an employee.
            - Example: an employee is forced or compelled to pay a bribe due to a threat or coercion that implicates the safety of any individual.
                - If such a situation arises, the affected individual must notify the Compliance Officer as soon as reasonably possible and provide all relevant facts concerning the incident or issue.
                - <u>But</u>: can never "cover up" the incident or falsify any financial records to disguise any money or other items of value paid.

Mitchell Silberberg & Knupp LLP.



# The Importance of Accurate Recordkeeping

- The Company is committed to proper financial controls and accounting.

- *All* Company books and records must *accurately* reflect all transactions and payments and must observe all of the Company regular financial procedures and controls.

- As noted in the previous slide, even improper payments must be accurately recorded.  Thus, the following types of records are prohibited:
    - *false* records or entries
    - *incomplete* records or entries
    - *inaccurate* records or entries
    - any record or entry intended to *conceal the true nature* of a transaction are prohibited

- ***No "off the books" transactions!***

Mitchell Silberberg & Knupp LLP.

19



# **Consequences for Violations**

- Violations of the Policy may lead to *disciplinary action* up to and including *termination* of an employee!

- May also result in the *termination of the business relationship* with a third party (as applicable)

- The Company may also alert *law enforcement authorities*

- ***Violations of anti-bribery laws may subject the individuals involved (and the Company) to civil and criminal penalties, including fines and imprisonment!***



# The Duty to Report Violations

- Employees who suspect or become aware of violations of the Policy *must* report them to the Compliance Officer.
  - When in doubt, report it!
- **Individuals who make complaints or raise concerns under this Policy in good faith will be protected from retaliation.**
- Employees (and the Company) are prohibited from *retaliating*, threatening to retaliate, or attempting to retaliate against an individual who reports a suspected violation of the Policy.
- ***In sum, speak up!***

Mitchell Silberberg & Knupp LLP.



# Investigations of Suspected Violations

- The Compliance Officer will (either directly or with the assistance of others, such as the Company's outside legal counsel) conduct a documented, thorough, timely and good-faith investigation into any complaints or concerns that are raised under this Policy.

- The Compliance Officer (currently Mr. Russ Cox, Owner's Representative, Shenzhen New World USA) can be reached via telephone at (714) 287-8812, email (russ.cox@sznwusa.com) or by sending a written communication (e.g. letter) to Mr. Russ Cox, Compliance Officer, Shenzhen New World USA, 333 S. Figueroa St., Los Angeles, CA  90071.

- Any employee (or any other individual) wishing to provide information or raise a concern or complaint for suspected violations of the Policy may also contact the Compliance Officer on an *anonymous* basis, using any of the above contact methods.

Mitchell Silberberg & Knupp LLP.

22



# Questions?

Mitchell Silberberg & Knupp LLP.

