1 | Richard M. Steingard (SBN 106374)
2 | rsteingard@SteingardLaw.com
  | LAW OFFICES OF RICHARD M. STEINGARD
3 | 724 South Spring Street, 9th Floor
  | Los Angeles, California 90014
4 | Telephone: (213) 260-9449
  | Facsimile: (213) 260-9450
5 |
6 | Attorney for Defendant
  | Shen Zhen New World I, LLC

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CR-20-326(A)-JFW-4 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER APPROVING DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S ETHICS AND COMPLIANCE PROGRAM** |
| v. | |
| SHEN ZHEN NEW WORLD I, LLC, | |
| Defendants. | |

1

Upon reviewing Defendant Shen Zhen New World I, LLC's proposed Ethics and Compliance Program, and for good cause shown,

_____        The program is APPROVED.

**OR IN THE ALTERNATIVE:**

_____        The program is DENIED.

DATED: _____        _____
                              HONORABLE JOHN F. WALTER
                              United States District Court

Presented By:
/s/ - *Richard M. Steingard*
LAW OFFICES OF RICHARD M. STEINGARD
Attorney for Defendant
Shen Zhen New World I, LLC

