**Shen Zhen New World I, LLC**

**SUMMARY OF ANTI-CORRUPTION AND ANTI-BRIBERY POLICY**

**TEN POINTS TO KNOW ABOUT THE POLICY**

1. The Company has a new "Anti-Corruption and Anti-Bribery Policy." This document is a short summary of the Policy. You may request a copy of the full Policy (in English, Spanish, Mandarin, or Cantonese) at *any* time.

2. It is against the law to bribe any Government Official (for example, somebody who is a politician or who works for a politician or government agency).

3. Examples of bribes are giving money or other things of value to improperly influence a Government Official to do (or not do) something.

4. Foreign individuals cannot donate to U.S. government officials, and the Company should not be involved in any such contributions.

5. It is also wrong, and against Company policy, to be involved with bribing someone who is not a Government Official – for example, someone who works for another company.

6. Under some circumstances, very small gifts may be permissible, but you must check with the Company's Compliance Officer beforehand.

7. Employees who engage in bribery or similar misconduct will be subject to discipline, including possible termination.

8. Under some circumstances, bribery may also violate the law and can lead to civil or criminal penalties (for both the individual and the Company) and even imprisonment.

9. All complaints, questions, or concerns, or requests for a copy of the full Policy, should be directed to the Company's Compliance Officer (**Mr. Russ Cox**, Owner's Representative, Shenzhen New World USA), who can be reached via telephone at **(714) 287-8812,** email (**russ.cox@sznwusa.com**) or by sending a written communication (e.g. letter) to Mr. Russ Cox, Compliance Officer, Shenzhen New World USA, 333 S. Figueroa St., Los Angeles, CA 90071. Complaints can also be made anonymously.

10. All complaints will be investigated and any retaliation for raising a concern in good faith is *absolutely prohibited*. When in doubt, report it!

15613440.2