Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
724 South Spring Street, 9th Floor
Los Angeles, California 90014
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHEN ZHEN NEW WORLD I, LLC,<br><br>    Defendants. | CR-20-326(A)-JFW-4<br><br>**SHEN ZHEN NEW WORLD I, LLC'S SUBMISSION OF ANTI-CORRUPTION AND ANTI-BRIBERY POLICY STATEMENTS** |

Defendant Shen Zhen New World I, LLC, by and through its counsel, hereby submits the attached Anti-Corruption and Anti-Bribery statements.

Dated: September 21, 2023

_____
Richard M. Steingard
Attorney for Defendant
Shen Zhen New World I, LLC