Shen Zhen New World I, LLC

ANTI-CORRUPTION AND ANTI-BRIBERY POLICY

**I.      Scope of Policy**

This Anti-Corruption and Anti-Bribery Policy (the "Policy") applies to all directors, officers, members, and employees (regardless of location) of Shen Zhen New World I, LLC and its current and future subsidiaries and affiliates ("the Company"), as well as to third parties acting on behalf of the Company and their subsidiaries/affiliates.

The Company strictly prohibits bribery and corruption in all its forms. Specifically, it is prohibited to offer, give (or promise to give) anything of value (whether directly or indirectly) if the purpose is to improperly influence the recipient to take or not take action that would provide a commercial benefit or advantage to the Company, its affiliates or any other party. It is further prohibited to engage in either public bribery of a Government Official or the commercial bribery of private parties, as further explained below in this Policy. No one at the Company has the authority to direct you to violate this Policy.

**II.     Bribes Can Take Different Forms**

A bribe is not limited to money or a tangible object. A bribe can also take the form of, for example, a favor, such as employment for a family member of the intended recipient or a contribution to their favored charity. A bribe can also take the form of excessively lavish or too-frequent hospitality.

**A.     Rules Concerning Public Bribery**

One type of bribery is "public bribery." *Public bribery* is the bribery of any *Government Official*, and is categorically prohibited under this Policy. For the purposes of this Policy, any of the following should be considered to be a Government Official: (i) an officer or employee of a government or public entity, domestic or foreign (including any department or agency); (ii) a person acting in an official capacity on behalf of a domestic or foreign government or public international organization (including any department or agency); (iii) an officer, director or employee of a state-owned enterprise or other entity that is owned or controlled by a government; (iv) a royal family member; (v) a member of a legislative body; (vi) military personnel; (vii) an officer or employee of a political party; or (viii) a candidate for public office.[1]

---

[1] It should be noted that an entity in which the government has less than a majority ownership interest, or does not have management control, may still be considered "government-controlled." If a government has management control or an ownership stake in the entity with which you are dealing, consult the Compliance Officer for further guidance.  It is also possible that someone who would not normally be a Government Official in one country could have that status in another country. For example, an airline pilot may be considered a Government Official for the purpose of anti-corruption laws, if the airline such pilot works for is government-owned or controlled.  For questions concerning whether any particular individual could qualify as a Government Official, consult the Compliance Officer for further guidance.

In accordance with this Policy, it is prohibited to give anything of value (even if nominal) to a U.S. or foreign Government Official without first seeking approval from the Compliance Officer.  Gifts and hospitality that may be acceptable among private parties can be forbidden when the other party is a Government Official. Even small gifts can be unlawful, depending on the jurisdiction. Some possible examples of public bribery would be the giving of a gift, money or other thing of value to persuade a Government Official to exercise his or her discretion to grant a license, permit or authorization; to accord favorable legislative, tax or tariff treatment; or to terminate a scheduled tax audit.  Under certain circumstances, a request, solicitation, or demand by a Government Official for something of value (including but not limited to the items above) may constitute a crime, and should be immediately reported to the Compliance Officer.

Various federal, state and local jurisdictions have separate laws which: (i) prohibit (or restrict) gifts (e.g., meals, entertainment, transportation, lodging and gift items) that may be provided to Government Officials and/or their employees; (ii) require registration and reporting by lobbyists and/or their employer;[2] (iii) prohibit (or restrict) political contributions (whether directly to a Government Official or through a Political Action Committee (or "PAC") made by individuals or corporations (e.g., the Company).

As a result, the following are prohibited under this Policy and all employees are required to contact the Compliance Officer prior to: (i) directly or indirectly offering or providing any gift, entertainment, food or beverage, lodging, sponsorship, transportation or anything else of value to any Government Official; (ii) making any written or oral communication (or assisting in preparing for a communication) to a Government Official (unless the Compliance Officer possesses prior knowledge of the substance of the communication or matter to which it pertains); (iii) attending a meeting with any Government Official on behalf of the Company or any of its related businesses; or (iv) causing the Company or any of its related businesses to make a corporate contribution (whether the contribution is political or charitable in nature) at the federal, state or local level, whether the contribution is to an individual, third party, or to a Political Action Committee (or "PAC"), or making such a contribution in the name of an employee, officer, director or agent of the Company; (v) making any of the foregoing contributions to foreign nationals or any such individual, agent, company, or other third party acting as a conduit or intermediary for such foreign national.   It is absolutely prohibited under this Policy for a foreign national to make any political contributions to a Government Official, for any reason, whether given directly or through third parties.  It also absolutely prohibited under this Policy to make a conduit political contribution to a Government Official (that is, making a contribution in the name of a person other than the person actually providing the funds).  For the avoidance of doubt, all employees are required to contact the Compliance Officer prior to making any political contributions at the request of the Company or any Company employee.

### B.     Rules Concerning Commercial Bribery

Commercial bribery is the bribery of a *private* party rather than a Government Official, usually the bribery of an employee or agent of another person or company in order to obtain or retain a business advantage from their employer or principal.  The inherent issue with

---

[2] Under such laws, lobbying can include (but is not necessarily limited to) attempts to influence a government decision related to, for example, legislation or regulatory rules, or decisions regarding government contracts, permits or franchises; and

commercial bribery is that the other company is relying on their employee or agent to act in their best interest, and a bribe undermines that duty.  Therefore, actions which cause the other agent or employee to behave without good faith or in breach of trust to their employer may be considered commercial bribery. It is prohibited under this Policy to offer, promise or give a thing of value to another person to induce or reward that person to improperly perform their function in relation to their employer or principal.

It is also prohibited under this Policy to give something of value if it is known that the recipient is not permitted to receive it or that it would be improper for the recipient to accept it. For example, it would be prohibited to give a "secret" gift or "kickback" to persuade a procurement manager to purchase, on behalf of his company, a good or service offered by the company of the person giving the bribe.

### III. Interplay Between Third Parties and This Anti-Bribery Policy

The Company (and/or its officers, directors, members, and employees) can be held legally responsible for the actions of partners, suppliers, agents, vendors or other third parties. Even if the Company did not authorize any wrongdoing, the Company may still incur legal and reputational exposure.

Under this Policy, a third party may not make a payment on behalf of the Company that the Company itself cannot make directly. A bribe paid by a third party for the benefit of the Company under some circumstances could be considered as equivalent to a bribe that is paid directly by the Company.  Thus, the types of agents who could be third parties in such circumstances include agents who are engaged to act on the Company's behalf and/or to interact with Government Officials.

If any of the following "warning signs" are present, the Compliance Officer should be consulted to determine whether action should be taken under this Policy.

1. *Refusing to Certify:* A refusal by a proposed agent to provide written assurances that he or she will not make any improper payments
2. *Request to use a Particular Agent*:   Requests, demands or suggestions by or on behalf of a Government Official that a particular local agent be retained for any purpose, particularly if that representative has no expertise or experience in the region or profession.
3. *Related Agents:* A third party who is closely related to, or has a significant personal relationship with (i) a Government Official, especially an official whose duties or authority include decision making over the Company business; or (ii) a company or person who can obtain business or obtain or retain a business advantage for the Company.
4. *Uncommon payment methods or terms:* Examples of such methods or terms include, but are not limited to: cash in situations where a check or wire transfer would ordinarily be expected; payments through intermediaries or third party accounts; payment outside the country where the service is performed; excessive commissions and/or commissions not reasonably related to clearly identified services.

3

### IV. Giving and Receiving Gifts and Hospitality: Business Courtesies

"Business courtesy" generally refers to something of value that is provided to customers (e.g. guests)_and potential customers as a means of developing a legitimate relationship with that customer. This includes meals, entertainment, discounts on products and services not readily available to the general public, payment of travel expenses, personal favors, and token gifts.

The Company prohibits its employees from corruptly providing business courtesies of any value to any individual, including foreign officials, in exchange for that individual taking some action that benefits the Company. Because some of the Company's customers and potential customers could be state-owned or state-controlled companies, business courtesies to these customers may implicate both U.S. laws (including the FCPA) and local laws.

The Company must take care to ensure that business courtesies do not constitute a corrupt payment to individuals, including foreign officials. Only legitimate and reasonable business courtesies may be provided by Company employees to customers. A good way to judge the propriety of a contemplated business courtesy is to consider whether it would appear to an objective person that the courtesy was intended to influence the decision maker recipient. For example, imagine a news story reporting on the gift. Was the value significant? Did the Company have business pending before the recipient? Is there a pending bid for business or some sort of pending regulatory approval?

It is rare that business courtesies are appropriately offered to *Government Officials* acting as government officials, but reimbursement of reasonable and bona fide travel, food, lodging, and other comparable expenses for foreign officials, party officials, or candidates may be permissible provided that the business courtesy:

- is of a modest value;
- is reasonably related to a legitimate business purpose;
- is lawful under all applicable laws (including local law);
- would not embarrass the Company if disclosed publicly;
- does not create the appearance that the giver is entitled to preferential treatment;
- would not influence, or appear to influence, the recipient's ability to conduct his or her official duties objectively and independently, to act in the best interest of his or her company, agency or entity, or to prevent the recipient from awarding business to one of the provider's competitors; and
- is authorized by the Compliance Officer in writing

Appropriate gifts or business courtesies will *usually* be valued at less than $100.00, and any tangible gifts given by Company employees, as appropriate, should usually bear the Company logo.

The following gifts, meals, entertainment or business courtesies are never permitted:

- gifts or benefits given in the expectation of, or as a reward for, the provision of business or favorable official action;
- gifts or loans of cash or cash equivalents (including, but not limited to, shopping cards);
- lavish meals or entertainment;

4

- "adult" or other inappropriate entertainment;
- meals or entertainment given as a specific inducement to influence official decision making, to obtain or retain business, or to reward the award of prior business; or
- gifts that are requested by the recipient.

### V.   Facilitation Payments and Extortion and Duress

It should further be noted that under this Policy "facilitation" payments that are made to domestic or foreign Government Officials to expedite or secure the performance of routine governmental action are prohibited, unless specifically authorized by the Compliance Officer in writing.  Do not make facilitation payments to speed up routine administrative actions (e.g., visas, permits, certifications, customs clearances, among others). These are generally prohibited (and often violate local law); a narrow exception would be if such payment is necessary to protect the health or safety of an employee. If the health and safety of a Company employee is at risk, notify the Compliance Officer immediately after the event.  It cannot be overemphasized that the physical health and safety of the Company's employees, members, officers and directors is of the utmost importance to the Company and thus it does not expect any of the foregoing individuals to take any act that would compromise his or her physical safety or the safety of any other individual. Therefore, a potential and limited exception to the provisions contained in this Policy may be made if any individual subject to this Policy is forced or compelled to pay a bribe due to a threat or coercion that implicates the safety of any individual.  If such a situation arises, the affected individual must notify the Compliance Officer as soon as reasonably possible and provide all relevant facts concerning the incident or issue.  However, under no circumstances is any individual permitted to "cover up" the incident or falsify any financial records to disguise any money or other items of value paid.  For the avoidance of doubt, all attempts to extort an employee, officer or director (whether successful or unsuccessful) must be reported to the Compliance Officer.

### VI.   Recordkeeping Requirements

The Company is committed to proper financial controls and accounting. All Company books and records must accurately reflect all transactions and payments and must observe all of the Company regular financial procedures and controls. As noted above in the section on extortion, even improper payments must be accurately recorded. False, incomplete or inaccurate entries intended to conceal the true nature of a transaction are prohibited, as are "off-the-books" transactions.

### VII.   Consequences for Violations of this Policy

Violations of this Policy may lead to disciplinary action up to and including termination of an employee and termination of the business relationship with  a third party. The Company may also alert law enforcement authorities pursuant to applicable law. Violations of anti-bribery laws may subject the individuals involved (and the Company) to civil and criminal penalties, including fines and imprisonment.

**VIII.     Duty to Report Violations and How to Report**

Employees who suspect or become aware of violations of this Policy must report them to the Compliance Officer. **Individuals who make complaints or raise concerns under this Policy in good faith will be protected from retaliation.** Employees are prohibited from retaliating, threatening to retaliate, or attempting to retaliate against an individual who reports a suspected violation of the Policy.

The Compliance Officer will (either directly or with the assistance of others, such as the Company's outside legal counsel) conduct a documented, thorough, timely and good-faith investigation into any complaints or concerns that are raised under this Policy. The Compliance Officer (currently Mr. Russ Cox, Owner's Representative, Shenzhen New World USA) can be reached via telephone at (714) 287-8812, email (russ.cox@sznwusa.com) or by sending a written communication (e.g. letter) to Mr. Russ Cox, Compliance Officer, Shenzhen New World USA, 333 S. Figueroa St., Los Angeles, CA  90071.

Any individual wishing to provide information or raise a concern or complaint for suspected violations of this Policy may also contact the Compliance Officer on an anonymous basis, using any of the above contact methods.

15613436.1