CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287247)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSÉ LUIS HUIZAR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSÉ LUIS HUIZAR, et al.,<br><br>Defendants. | Case No. 2:20-CR-326-JFW-1<br><br>**UNOPPOSED *EX PARTE* APPLICATION FOR ORDER TO ALLOW INTERNATIONAL TRAVEL AND TEMPORARY MODIFICATION OF BOND CONDITIONS; DECLARATION OF COUNSEL** |

Defendant José Luis Huizar, through counsel, seeks an order temporarily modifying the conditions of release to allow him to travel internationally between October 22, 2023 and October 30, 2023. The purpose is for Mr. Huizar to attend religious ceremonies in Zacatecas, Mexico, that are important to his Catholic faith. Mr. Huizar accordingly seeks the temporary modification of the conditions of his bond as further explained below.

Neither the government nor the U.S. Probation and Pretrial Services Office oppose this request.

                                      Respectfully submitted,

                                      CUAUHTEMOC ORTEGA
                                      Federal Public Defender

Dated: September 25, 2023      */s/ Adam Olin*

                                      CHARLES J. SNYDER
                                      ADAM OLIN
                                      Deputy Federal Public Defender
                                      Attorneys for José Luis Huizar