# DECLARATION OF ADAM OLIN

I, Adam Olin, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent José Luis Huizar in this matter.

2. Mr. Huizar travels annually to his hometown in Zacatecas, Mexico to worship at religious sites important to his Catholic faith.

3. Mr. Huizar's mother, Isidra Huizar, his sisters Gloria Galvan and Yolanda Huizar, and Yolanda's husband Jose Manuel Larez plan to travel to Zacatecas, Mexico between October 22, 2023 and October 30, 2023 to visit these sites. Mr. Huizar would like to accompany them. His expenses would be paid for by his mother and sisters.

4. Mr. Huizar has been on pretrial release since June 23, 2020. ECF No. 6. Sentencing is currently set for December 15, 2023. ECF No. 1088.

5. Mr. Huizar's bond conditions restrict his travel to the Central District of California. ECF No. 14. In connection with the bond, Mr. Huizar surrendered his passport to U.S. Probation and Pretrial Services on June 23, 2020. ECF No. 13.

6. Mr. Huizar seeks permission to temporarily modify the conditions of pretrial release to allow him to travel to Mexico for the reasons discussed herein.

7. Mr. Huizar's sister, Ms. Galvan, is willing to assume third-party custody of Mr. Huizar during the trip and execute an Affidavit of Third-Party Custodian (CR-31) form. I have discussed with her the responsibilities of being a third-party custodian and believe she understands those responsibilities.

8. On September 25, 2023, I spoke with Pretrial Services Officer Tatiana Carlos who advised me that she does not oppose this request.

9. On September 20, 2023, I spoke with Assistant United States Attorney Mack Jenkins who informed me that the government does not oppose the request in light of the conditions discussed, which include that Mr. Huizar's children's passports be surrendered to defense counsel prior to and during the time of Mr. Huizar's travels.

10. Accordingly, Mr. Huizar proposes the following temporary modifications to the conditions of his bond:

    a. Removal of the condition restricting travel to the Central District of California;

    b. Additional condition allowing Mr. Huizar to obtain his passport from U.S. Probation and Pretrial Services and requiring him to re-surrender it to the same within 24 hours of his return;

    c. Additional condition allowing Mr. Huizar to travel internationally, specifically to Mexico, between October 22, 2023, and October 30, 2023;

    d. Additional condition that Mr. Huizar's sister, Gloria Galvan, take third-party custody of Mr. Huizar during the time Mr. Huizar is outside of theh Central District of California, and to execute and file an Affidavit of Third-Party Custody (CR-31) form; and

    e. Additional condition requiring Mr. Huizar to surrender his children's passports to defense counsel prior to any travel.

11. For these reasons, I respectfully request that the Court grant the parties' stipulation

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2023, at Los Angeles, California.

                                                */s/ Adam Olin*         .
                                                ADAM OLIN