# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:20-CR-326-JFW-1 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION FOR ORDER ALLOWING INTERNATIONAL TRAVEL AND TEMPORARY MODIFICATION OF BOND CONDITIONS** |
| v. | |
| JOSÉ LUIS HUIZAR, et al., | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond is temporarily modified as follows:

 a) The condition restricting travel to the Central District of California is temporarily removed;

 b) Mr. Huizar may obtain his passport or travel documents from U.S. Probation and Pretrial Services but must surrender them to U.S. Probation and Pretrial Services within 24 hours of his return;

 c) Mr. Huizar may travel to Mexico between October 22, 2023, and October 30, 2023;

 d) Mr. Huizar's sister, Gloria Galvan, will take third-party custody of Mr. Huizar during the time he is outside the Central District of California, and must execute and file an Affidavit of Third-Party Custody (CR-31) form;

e) Mr. Huizar must surrender his children's passports and travel documents to defense counsel prior to any travel. Defense counsel will file a passport surrender receipt with the Court; and

f) The modifications to Mr. Huizar's bond are temporary and will revert to conditions approved by the Court, ECF No. 14, upon Mr. Huizar's return.

DATED: September __, 2023                By: _____
                                              HONORABLE JOHN F. WALTER
                                              United States District Judge