1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

JOSÉ LUIS HUIZAR, et al.,

   Defendants.

Case No. 2:20-CR-326(A)-JFW-1

**ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION FOR ORDER ALLOWING INTERNATIONAL TRAVEL AND TEMPORARY MODIFICATION OF BOND CONDITIONS**

  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond is temporarily modified as follows:

   a) The condition restricting travel to the Central District of California is temporarily removed;

   b) Mr. Huizar may obtain his passport or travel documents from U.S. Probation and Pretrial Services but must surrender them to U.S. Probation and Pretrial Services within 24 hours of his return;

   c) Mr. Huizar may travel to Mexico between October 22, 2023, and October 30, 2023;

   d) Mr. Huizar's sister, Gloria Galvan, will take third-party custody of Mr. Huizar during the time he is outside the Central District of California, and must execute and file an Affidavit of Third-Party Custody (CR-31) form;

e) Mr. Huizar must surrender his children's passports and travel documents to defense counsel prior to any travel. Defense counsel will file a passport surrender receipt with the Court; and

f) The modifications to Mr. Huizar's bond are temporary and will revert to conditions approved by the Court, ECF No. 14, upon Mr. Huizar's return.

DATED: September 26, 2023

By: _____
HONORABLE JOHN F. WALTER
United States District Judge

CC: USPO/PSA; USM