CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287247)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSÉ LUIS HUIZAR, et al.,<br><br>Defendants. | Case No. 2:20-CR-326-JFW-1<br><br>**JOSE LUIS HUIZAR'S NOTICE OF LODGING OF DECLARATION OF ADAM OLIN RE: PASSPORTS** |

Defendant José Luis Huizar, through counsel, hereby lodges the Declaration of Adam Olin reflecting the surrender of Mr. Huizar's children's passports pursuant to the Court's September 26, 2023 Order. ECF No. 1179.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: October 18, 2023     /s/ Adam Olin
CHARLES J. SNYDER
ADAM OLIN
Deputy Federal Public Defender
Attorneys for José Luis Huizar