## DECLARATION OF ADAM OLIN

I, Adam Olin, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent José Luis Huizar in this matter.

2. On September 26, 2023, the Court granted Mr. Huizar's *ex parte* application to allow him to travel to Mexico. ECF No. 1179. The Order required Mr. Huizar to surrender his children's passports to defense counsel prior to and during the time of travel.

3. On October 16, 2023, Mr. Huizar successfully surrendered the passports which are now in the custody of the Office of the Federal Public Defender and will be held in conformance with the Court's Order allowing travel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 18, 2023, at Los Angeles, California.

*/s/ Adam Olin*               .
ADAM OLIN