# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>v.<br><br>JOSE LUIS HUIZAR<br><br>DEFENDANT/MATERIAL WITNESS, | CASE NUMBER<br><br>2:20-CR-326-JFW-1<br><br>AFFIDAVIT OF THIRD-PARTY CUSTODIAN |
|---|---|

Having been ordered by the Court on _September 26, 2023_ to take third-party custody of _Jose Luis Huizar_ I, _Gloria Galvan_ agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_Gloria Galvan_
Signature of Third-Party Custodian (Person or Organization)

Sister
Relationship to Defendant/Material Witness

Address (only if the above is an organization)
Austin, TX.
City and State only

626-226-8834
Telephone Number

Date: 10/16/2023