CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES SNYDER (Bar No. 287247)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
Deputy Federal Public Defenders
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSÉ LUIS HUIZAR,<br><br>　　　　　Defendant. | Case No. 20-CR-326-JFW-1<br><br>**UNOPPOSED EX PARTE APPLICATION TO CONTINUE SENTENCING HEARING AND RELATED DATES FROM DECEMBER 15, 2023 TO JANUARY 26, 2024** |

Jose Huizar, through counsel, applies <u>ex parte</u> and without opposition to continue his sentencing date from December 15, 2023 to January 26, 2024. Huizar bases this application on the attached declaration of counsel, the files and records in this case, and any other evidence or argument that the Court may consider.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　CUAUHTÉMOC ORTEGA
　　　　　　　　　　　　　　　　Federal Public Defender

DATED: October 23, 2023　　　By  /s/ *Charles J. Snyder*
　　　　　　　　　　　　　　　　Charles J. Snyder
　　　　　　　　　　　　　　　　Attorney for Jose Huizar

**DECLARATION OF CHARLES J. SNYDER**

I, Charles J. Snyder, declare as follows:

1. I am a California-licensed DFPD appointed to represent Jose Huizar in this matter. I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2. Mr. Huizar changed his plea on January 20, 2023, at which time the Court set an April 3, 2023 date for his sentencing. The Court previously granted two requests to continue the sentencing, first from April 3, 2023 to September 25, 2023, and later from September 25, 2023 to December 15, 2023.

3. I write to request an additional continuance from December 15, 2023 to January 26, 2024. The government offered to stipulate to these dates, but I am filing this request as an unopposed <u>ex parte</u> application, rather than a stipulation, because it includes information that only I know.

4. Until his change of plea, Mr. Huizar had three lawyers working on his case. Shortly after the change of plea, and for roughly six months between February and August 2023, I was the only lawyer working on this matter, which I was attempting to balance with other professional commitments.[1] In August 2023, Mr. Olin returned from his personal leave, but much of his time since returning has been consumed by a murder-for-hire case in which his client asserted his speedy-trial rights. Since September 2023, I have been on leave due to the birth of my child.

5. This is a large and complicated matter with significant public interest and potential sentencing exposure. The sentencing submissions (including the PSR) in this case will require lengthy and complex filings necessitating a significant expenditure of time and effort by counsel for all parties.

6. I am requesting a continuance because, due to professional commitments and personal life events, the defense needs more time than presently available under the schedule to gather letters, prepare a sentencing video, and draft the sentencing

---

[1] Carel Ale is no longer counsel of record in this case. Adam Olin was on family leave from February through August.

submission, including a response to the yet-undisclosed PSR.  I am also requesting a continuance for the reason discussed in my concurrently-filed sealed declaration.

7. I communicated with the government about this application; the government indicated that it neither opposes the substance of the application nor its ex parte nature.  The government has indicated, however, that it will oppose further continuances beyond the requested January 26, 2024 date.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed October 23, 2023 at Los Angeles, California.

                                      */s/ Charles J. Snyder*
                                          Charles J. Snyder