1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSÉ LUIS HUIZAR,<br><br>Defendant. | Case No. 20-CR-326-JFW-1<br><br>**[PROPOSED] ORDER** |
| --- | --- |

GOOD CAUSE having been shown, the Court hereby CONTINUES Jose Huizar's sentencing from December 15, 2023 to January 26, 2024 at 8:00 a.m.  The briefing schedule shall be as follows:

| Sentencing Position | December 15, 2023 |
| --- | --- |
| Sentencing Reply | January 12, 2024 |
| Sentencing Hearing | January 26, 2024 |

DATED: _____

_____
Hon. John F. Walter
United States District Judge