Charles J. Snyder (Bar No. 287246)
Federal Public Defender's Office
321 E. 2nd St., Los Angeles, CA 90012
Charles_Snyder@fd.org/213.894.4407

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR-20-326-JFW-1 |
| v. | |
| JOSE LUIS HUIZAR | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Supplemental Declaration of Charles J. Snyder

**Reason:**

☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

October 24, 2023
Date

Charles J. Snyder
Attorney Name

Jose Huizar
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                     **NOTICE OF MANUAL FILING OR LODGING**