CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Jose Huizar

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JOSE LUIS HUIZAR,<br><br>           Defendant. | Case No. 20-CR-326-JFW-1<br><br>**JOSE HUIZAR'S UNOPPOSED <u>EX PARTE</u> APPLICATION FOR ORDER SEALING SUPPLEMENTAL DECLARATION OF CHARLES J. SNYDER** |

Jose Huizar, through counsel, applies <u>ex parte</u> and without opposition for an order sealing the Supplemental Declaration of Charles J. Snyder in support of his request for a sentencing continuance. Huizar bases this application on the attached memorandum and declaration, the files and records in this case, and any other argument or evidence that the Court may consider.

Respectfully submitted,
CUAUHTÉMOC ORTEGA
Federal Public Defender

Dated: October 23, 2023      By    */s/ Charles J. Snyder*
                               Charles J. Snyder
                               Adam Olin
                               Attorneys for José Huizar

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

In support of an unopposed application to continue his sentencing, Jose Huizar seeks to file the Supplemental Declaration of Charles J. Snyder under seal. A court has supervisory powers over its records and files to seal documents under appropriate circumstances, <u>see</u> <u>United States v. Mann</u>, 829 F.2d 849, 853 (9th Cir. 1987); <u>see</u> <u>also</u> Local Rule 79-5.1 (providing that a party may request that documents be filed under seal), including to protect private medical information, <u>Gary v. Unum Life Ins. Co. of Am.</u>, No. 3:17-CV-01414-HZ, 2018 WL 1811470, at *3 (D. Or. Apr. 17, 2018) (private medical information). The Supplemental Declaration contains private medical information that, for multiple reasons, is the appropriate subject of sealing.

Respectfully submitted,

CUAUHTÉMOC ORTEGA
Federal Public Defender

Dated: October 23, 2023          By      */s/ Charles J. Snyder*
                                         Charles J. Snyder
                                         Adam Olin
                                         Attorneys for José Huizar

1

## <u>DECLARATION OF CHARLES J. SNYDER</u>

I, Charles J. Snyder, declare as follows:

      1.     I am a California-licensed DFPD and one of the lawyers appointed to represent Jose Huizar in this matter.  Unless otherwise stated, I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

      2.     In support of Mr. Huizar's request for a sentencing continuance, I am seeking to file under seal a supplemental declaration containing private medical information.

      3.     I communicated with the government about this filing and the government neither opposes its substantive request to seal nor its <u>ex</u> <u>parte</u> nature.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed October 23, 2023 at Los Angeles, California.

           */s/ Charles J. Snyder*
           Charles J. Snyder

1