# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS HUIZAR,<br><br>　　　　Defendant. | Case No. 20-CR-326-JFW<br><br>**[PROPOSED] ORDER** |

　　GOOD CAUSE having been shown, the Supplemental Declaration of Charles J. Snyder filed in support of Jose Huizar's request to continue his sentencing from December 15, 2023 to January 26, 2024 shall be filed under seal.

DATE:

　　　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　　　　United States District Judge