# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSÉ LUIS HUIZAR,<br><br>    Defendant. | Case No. 20-CR-326(A)-JFW-1<br><br>**ORDER** |

GOOD CAUSE having been shown, the Court hereby CONTINUES Jose Huizar's sentencing from December 15, 2023 **to January 26, 2024 at 8:00 a.m.** The briefing schedule shall be as follows:

| | |
|---|---|
| Sentencing Position | December 15, 2023 |
| Sentencing Reply | January 12, 2024 |
| Sentencing Hearing | January 26, 2024 at 8:00 a.m. |

DATED: October 26, 2023

                                           Hon. John F. Walter
                                           United States District Judge

CC: USPO/PSA; USM