# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-326-JFW |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

GOOD CAUSE having been shown, the Supplemental Declaration of Charles J. Snyder filed in support of Jose Huizar's request to continue his sentencing from December 15, 2023 to January 26, 2024 shall be filed under seal.

DATE: October 26, 2023

_____
Hon. John F. Walter
United States District Judge