CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES SNYDER (Bar No. 287247)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
Deputy Federal Public Defenders
321 E. 2nd Street
Los Angeles, California  90012
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Defendant
JOSÉ LUIS HUIZAR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOSÉ LUIS HUIZAR,<br><br>            Defendant. | Case No. 20-CR-326-JFW-1<br><br>**UNOPPOSED EX PARTE APPLICATION TO CONTINUE DEADLINE TO FILE INITIAL SENTENCING POSITIONS FROM DECEMBER 15, 2023 TO DECEMBER 29, 2023** |

Jose Huizar, through counsel, applies <u>ex parte</u> and without opposition to continue the deadline for filing initial sentencing positions from December 15, 2023 to December 29, 2023.  To be clear, Huizar seeks <u>only</u> to extend the date for filing the parties' respective initial sentencing positions, with the dates for optional replies and the sentencing hearing to remain the same.   Huizar bases this application on the attached declaration of counsel, the files and records in this case, and any other evidence or argument that the Court may consider.

                                                      Respectfully submitted,
                                                      CUAUHTÉMOC ORTEGA
                                                      Federal Public Defender

DATED:  December 1, 2023           By  */s/ Charles J. Snyder*
                                                      Charles J. Snyder
                                                      Attorney for Jose Huizar

**DECLARATION OF CHARLES J. SNYDER**

I, Charles J. Snyder, declare as follows:

1. I am a California-licensed DFPD appointed to represent Jose Huizar in this matter. I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2. Mr. Huizar changed his plea on January 20, 2023, at which time the Court set an April 3, 2023 date for his sentencing. The Court previously granted three requests to continue the sentencing, first from April 3, 2023 to September 25, 2023, then from September 25, 2023 to December 15, 2023, then from December 15, 2023 to January 26, 2024.

3. In an effort to keep the current schedule, I write to request an extension of time within which to file the initial sentencing positions, which are currently due on December 15, 2023, to December 29, 2023. I conferred with government counsel regarding this request, and the government does not oppose the extension of the initial sentencing position filing deadline only, including for the reasons I note below. The government also proposed to use this additional time, in part, to explore the potential resolution of certain items left open in the parties' plea agreement, including restitution and costs of prosecution, as well as to discuss further the satisfaction of Huizar's tax-related obligations under the plea agreement. The parties intend to meet and confer on these topics in advance of filing their initial sentencing positions.

4. In prior applications, I identified several reasons for requesting additional time, including the long-term absence of one or more of Mr. Huizar's day-to-day lawyers, the volume and complexity of this case, and defense counsel's personal and professional commitments. I also provided further information supporting a continuance under seal.

5. The publicly disclosed bases for a continuance remain pertinent, but the primary reason for the current request, which I have shared in more detail with the

2

government, relates to the prior sealed filing and its impact on the defense team's ability to prepare.

6. If the Court were to grant this application, the sentencing submissions would be fully briefed, and the hearing would occur on the same schedule as present. The only change would be that the initial sentencing filings would come in two weeks later.

7. As previously noted, I communicated with the government about this application; the government indicated that it neither opposes the substance of the application nor its ex parte nature.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed December 4, 2023 at Los Angeles, California.

                                          */s/ Charles J. Snyder*
                                              Charles J. Snyder