# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSÉ LUIS HUIZAR,<br><br>  Defendant. | Case No. 20-CR-326-JFW-1<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE having been shown, the Court hereby CONTINUES the deadline by which the parties may file their initial sentencing positions from December 15, 2023 to December 29, 2023.

DATED: _____

Hon. John F. Walter
United States District Judge