See change made by Court

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSÉ LUIS HUIZAR,<br><br>　　　　Defendant. | Case No. 20-CR-326(A)-JFW-1<br><br>**ORDER** |

GOOD CAUSE having been shown, the Court hereby CONTINUES the deadline by which the parties may file their initial sentencing positions from December 15, 2023 to December 28, 2023.

DATED: December 6, 2023

　　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　　　United States District Judge