# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS HUIZAR,<br><br>　　　　　Defendant. | Case No. 20-CR-326-JFW<br><br>**[PROPOSED] ORDER** |

　　GOOD CAUSE having been shown, Jose Huizar's Application to Continue Sentencing Hearing and Related Dates from January 26, 2024 to February 26, 2024 shall be filed under seal.

DATE:

　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　　United States District Judge