# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-326-JFW |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

GOOD CAUSE having been shown, Jose Huizar's Application to Continue Sentencing Hearing and Related Dates from January 26, 2024 to February 26, 2024 shall be filed under seal.

DATE:  December 26, 2023

Hon. John F. Walter
United States District Judge