**DENIED**
BY ORDER OF THE COURT
12/26/23

*[signature: John F. Walter]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-326-JFW |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

GOOD CAUSE having been shown, Jose Huizar's Application to Continue Sentencing Hearing and Related Dates from January 26, 2024 to February 26, 2024 shall be filed under seal.

DATE: _____

_____
Hon. John F. Walter
United States District Judge