**DENIED**
BY ORDER OF THE COURT
12/26/23

*[signature: John F. Walter]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-326-JFW-1 |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| JOSÉ LUIS HUIZAR, | |
| Defendant. | |

GOOD CAUSE having been shown, the Court hereby CONTINUES Jose Huizar's sentencing from January 26, 2024 to February 26, 2024 at 8:00 a.m.  The briefing schedule shall be as follows:

| | |
|---|---|
| Sentencing Position | January 15, 2024 |
| Sentencing Reply | February 12, 2024 |
| Sentencing Hearing | February 26, 2024 |

DATED:

Hon. John F. Walter
United States District Judge