E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW-1 |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SENTENCING MEMORANDUM IN EXCESS OF 7,000 WORDS; DECLARATION OF CASSIE D. PALMER |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendants. | Hearing Date: July 21, 2023<br>Hearing Time: 8:00 a.m.<br>Location:    Courtroom of the<br>             Hon. John F. Walter |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby applies ex parte for leave to file the Government's Sentencing Position Regarding Defendant Jose Luis Huizar that exceeds 7,000 words.

This ex parte application is based upon the attached declaration of Cassie D. Palmer.

Dated: December 28, 2023            Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


      /s/
MACK E. JENKINS
CASSIE D. PALMER
SUSAN S. HAR
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA Assistant
United States Attorneys

2

**DECLARATION OF CASSIE D. PALMER**

I, Cassie D. Palmer, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. Pursuant to Local Rule 11-6, memoranda of points and authorities may not exceed 7,000 words (not including the caption, table of contents, table of authorities, signature block, and any indices and exhibits), except as otherwise provided by the Local Rules or ordered by the Court. L.R. 11-6.

3. The government requests leave to file a sentencing memorandum that exceeds 7,000 words. The government's sentencing memorandum summarizes the extensive facts that relate to defendant Jose Huizar, the leader of the scheme, and analyzes the individualized Section 3553(a) factors, as well as other issues relevant to sentencing. To sufficiently summarize the substantial facts underlying the case and provide a detailed analysis of the relevant sentencing factors, the government is requesting leave to file a sentencing memorandum consisting of approximately 8,245 words.

//

//

4. On December 28, 2023, I sent an email to Charles Snyder and Adam Olin, counsel for defendant, seeking their position with respect to this ex parte application. Counsel responded that they do not object to the government's application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 28, 2023.

*Cassie D. Palmer*

CASSIE D. PALMER

2