E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW-1 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING LEAVE TO FILE OVERSIZED SENTENCING MEMORANDUM |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for leave to file a sentencing memorandum in excess of 7,000 words is GRANTED.

IT IS SO ORDERED.

_____     _____
DATE                                HONORABLE JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
CASSIE D. PALMER
Assistant United States Attorney