CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287247)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSÉ LUIS HUIZAR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSÉ LUIS HUIZAR, et al.,<br><br>　　　　　　Defendants. | Case No. 2:20-CR-326-JFW-1<br><br>**UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE SENTENCING MEOMORANDUM IN EXCESS OF 7,000 WORDS; DECLARATION OF COUNSEL** |

Defendant José Luis Huizar, through counsel, hereby seeks leave to file a sentencing memorandum in excess of 7,000 words. This application is based on the attached declaration of counsel.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: December 28, 2023

/s/ Adam Olin
CHARLES J. SNYDER
ADAM OLIN
Deputy Federal Public Defender
Attorneys for José Luis Huizar