**<u>DECLARATION OF ADAM OLIN</u>**

I, Adam Olin, hereby state and declare as follows:

1.      I am a Deputy Federal Public Defender in the Central District of California appointed to represent José Luis Huizar in this matter.

2.      Pursuant to Local Rule 11-6, memoranda of points and authorities may not exceed 7,000 words, subject to certain exclusions, except as otherwise provided by the Local Rules or order of the Court. L.R. 11-6.

3.      Mr. Huizar requests leave to file a sentencing memorandum that exceeds 7,000 words. In his memorandum, Mr. Huizar addresses each of the § 3553(a) factors in the context of a complicated case that charged a RICO enterprise spanning multiple distinct schemes. The memorandum examines, among other issues, Mr. Huizar's nearly two-decade political career, his background, his character, the offense itself, the state of his life since the filing of charges, national and local sentencing disparities, and effective deterrence in political corruption matters.

4.      A sufficiently thorough examination of these factors requires more words than the prescribed limit. Hence, Mr. Huizar respectfully requests leave to file a sentencing memorandum of approximately 73 pages.

5.      On December 28, 2023, Assistant United States Attorney Mack E. Jenkins informed me that the government does not object to the application.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 28, 2023, at Los Angeles, California.


_/s/ Adam Olin_          .
ADAM OLIN

1