**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-326-JFW-1 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING LEAVE TO FILE OVERSIZED SENTENCING MEMORANDUM** |
| v. | |
| JOSÉ LUIS HUIZAR, et al., | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

Defendant's *ex parte* application for leave to file a sentencing memorandum in excess of 7,000 words is GRANTED.

DATED: December __, 2023        By: _____

HONORABLE JOHN F. WALTER
United States District Judge