# EXHIBIT 1

## SENTENCING LETTER INDEX

| Exhibit No. | Author | Relationship |
|---|---|---|
| 1-1 | Simon Huizar | Son |
| 1-2 | Isabella Huizar | Daughter |
| 1-3 | Emilia Huizar | Daughter |
| 1-4 | Gloria Galvan | Sister |
| 1-5 | Yolanda Huizar | Sister |
| 1-6 | Isidra Huizar | Mother |
| 1-7 | Monica Garcia | Former LAUSD Board President |
| 1-7a | Father Greg Boyle | Founder of Homeboy Industries |
| 1-8 | Father Theodore Gabrielli SJ | Boyle Heights constituent / Dolores Mission |
| 1-9 | Margarita Amador | Boyle Heights constituent/Volunteer with LAPD / Mediator with Los Angeles City Attorney's Dispute Resolution Program / First Responder with Los Angeles Mayor's Crisis Response Team |
| 1-10 | Raymond Rios | Boyle Heights constituent, in CD14 for 64 years |
| 1-11 | Caridad Vazquez | Boyle Heights constituent/Street Vendor Leader |
| 1-12 | Antonio Garcia | Boyle Heights constituent for 51 years |
| 1-13 | Angela Gutierrez | Boyle Heights constituent |
| 1-14 | Yolanda Rodriguez | Boyle Heights constituent / LAUSD Employee |
| 1-15 | Susana Betancourt | Boyle Heights constituent / Retired LAUSD teacher / Boyle Heights Neighborhood / Business Watch Coordinator / Hollenbeck Div. Advisory Board Member |
| 1-16 | John Goldfarb | Eagle Rock constituent / Eagle Rock Neighborhood Council / Huizar Campaign Volunteer Spring 2015 |
| 1-17 | Michael Nogueira | Eagle Rock constituent / President of Eagle Rock Chamber of Commerce |

| 1-18 | Therese Hernandez Cano & Jose A. Cano | El Sereno constituents |
|---|---|---|
| 1-19 | Jackie Carrillo | El Sereno constituent / LAUSD School Climate Advocate |
| 1-20 | Yolanda Nogueira | Highland Park constituent / President of Highland Park Chamber of Commerce |
| 1-21 | Trisha Gossett | Highland Park constituent / Former member of Highland Park Neighborhood Council / former member of Land Use Committee |
| 1-22 | Ofelia R. Pastor | Highland Park constituent / Leader of San Pascual Ave. Neighborhood Watch |
| 1-23 | Carl Matthes | President of Uptown Gay and Lesbian Alliance |
| 1-24 | Betsy K. Starman | DTLA constituent / Volunteer on Skid Row |
| 1-25 | Masamichi Kiyomiya | Employer during high school / Owner of Family Mart |
| 1-26 | Alberto Arteaga | Lifelong Friend from Salesian High School |
| 1-27 | Algernol Boozer MA, MSW | Lifelong Friend from Salesian High School and UC Berkeley |
| 1-28 | Adam L. Acosta | Friend / Former Deputy Policy Advisor to Jose Huizar / Former Political Director for American Federation of State, County Municipal Employees |
| 1-29 | James W. Kee | Brother-in-law |
| 1-30 | Martin Arteaga | Lifelong Friend from Salesian High School |
| 1-31 | Mauro Arteaga | Lifelong Friend from Salesian High School / Deputy Executive Officer Los Angeles County Metropolitan Transportation Authority |
| 1-32 | Sergio S. Diaz | Family Friend and Boyle Heights constituent |
| 1-33 | Father Vince Cotter | Salesian High School Religion Teacher |

| 1-34 | Arturo Rodarte Miranda | Family Friend |
|------|------------------------|---------------|
| 1-35 | Mark Raffield | Lifelong Friend from UC Berkeley |
| 1-36 | Alonso Silva, Jr. | Friend, Salesian High School Alumnus |
| 1-37 | Baldomero Huizar | Cousin |
| 1-38 | Efrain & Claudia Huizar | Cousins of Jose Huizar |
| 1-39 | Maura Morales | Niece |
| 1-40 | Porfirio Serrano | Uncle |
| 1-41 | Max Banuelos, Jr. | Cousin |
| 1-42 | Maximiliano Banuelos | Uncle |
| 1-43 | Mario Barrios | Cousin |
| 1-44 | Hilda Figueroa | Cousin |
| 1-45 | Evelia & Elpidio Huizar | Cousins of Jose Huizar |
| 1-46 | Jose Manuel Larez | Brother-in-law |
| 1-47 | Belia & Ben Martinez | Cousins of Jose Huizar |
| 1-48 | Rosa Minero | Nanny / Housekeeper |
| 1-49 | Manuel Miranda | Family Friend |
| 1-50 | Norma Montero | Cousin |
| 1-51 | Karely Carrillo Roman | Cousin-in-law |
| 1-52 | Maria Guadalupe Serrano | Aunt |

# EXHIBIT 1-1



# EXHIBIT 1-2





# EXHIBIT 1-3



# EXHIBIT 1-4

December 15, 2023

Dear Honorable John F. Walter,

I have known by brother Jose Huizar his entire life. As his older sister there is a long story to tell; growing up we were both very competitive in school, I was one year ahead of him and shared some of the same teachers and during parent conference the teachers would report to our parents who would was ahead in grades. From a young age I witnessed my brother's passion for the love of learning and inspired to help others. We grew up in a very humble 900 square feet home, there were 6 children and both parents. The 4 brothers shared sleeping quarters in the basement and the 2 girls shared one bedroom.

Our house was tiny, and we ate almost the same food each day, my father did most of the grocery shopping and cooking. He made sure there was always a 5 lb bag of beans and rice in the kitchen. Our parents earned minimum wage and somehow raised 6 children. I witness my parents always working, in very difficult back breaking, labor intense jobs. They would leave for work very early and did not see us in the morning. They trusted and relied on us kids to get ourselves ready and find our way to school. Our oldest sister was the mother figure when our parents were not home. We each walked to and from our respective schools.

We grew up in a dangerous neighborhood, our home is located across the street from the 4th street bridge that is surrounded by different gangs. There were always gang fights, drug sales and drug users in our neighborhood. Despite the dangerous conditions we lived in, our parents provided the love and support each of us. The love and support included much discipline, our father was very strict and drank every day. Our mother was hard working in the fields and factories and oversaw the household decisions. When we moved to the United States, we lived with my uncle, fathers' brother, the house was so crowded my mother insisted we move so we did. The only house my father could afford was a rundown, tear down small house in Boyle Heights. To my father he was providing a roof over our head even if it leaked. It was very difficult for my parents to assimilate due to language and social class, nonetheless, thanks to God and goodwill of our aunts and uncles who guided my parents. From a very young age our parents instilled in us the importance of an education and hard work. We persevered through this dangerous time, as I believe we were more afraid of our father and did what we were told. My siblings and I stayed out of trouble, walked a straight line; and survived, we are all good people.

My brother Jose is the 5th of 6 children; however, due to his kind heart and soft heart for animals and people, he was, is and continues to be my mother's favorite son. And as his sister, I can say that I have always, do and will always admire my brother for all the good he did as a kid in school with us his siblings and his parents, and the respectable man he grew up to be. As a kid, two memorable acts of vulnerability, as I remember our family dog was hit by a car and my brother carried home crying and hoping our dog would not die, he was the only sibling with tears in his eyes heartfelt for our dog. Also, as kids on a trip to Mexico to visit the saints, my brother Jose got ill.

My grandmother cooked chicken stew for him so he could get well; however, after the meal he went outside and happen to see blood on some rocks. He ran back to the house where my parents and grandparents were and asked where the chicken ca
me from, when he was told that the chicken was used to make the stew he began to cry and wished the chicken was still alive.

Looking back, growing up, we were poor, meaning our means were below the poverty line, we didn't know it at the time due to we had food on the table, clothes on our back and a roof over our head, as we got older it became clearer that we didn't have what typical children had; and this encouraged my brothers including Jose to get jobs at a very young age.
Jose would worry about our mother a lot and continues to do so. He worries about her wellbeing and health. He did for himself as much as he could so that he would not burden our parents. We grew a religious Hispanic family; in our culture it is our duty to care for our parents and provide.

To do so, my brothers shined shoes at the local mercado, and then held a newspaper route. My brother Jose was recognized by one his newspaper route customers of his work ethic and commitment that he offered my brother a job at his video store. My brother took the job and would go to work at the video store with his pile of schoolbooks. My brother and the store owner developed a great relationship and are still friends today. I remember my parents being concerned for my brother doing his schoolwork, my brother told my parents that the owner encouraged Jose to first do his homework and then his video store job. The arrangement and money earned from this job allowed him to pay for his catholic school tuition.
When time got tough for us all when food was scares, our mother would say God will help us, he will provide we need to continue to work and study hard.

After high school my brother and I took different paths, I decided to be a wife and a mother. My brother Jose chose to continue his education and attend college.

When my first son was born, I choose my brother Jose as his Godfather for baptism. I knew that if something happened to me or my spouse, I wanted my brother Jose to raise my first born. Later in life my brother Jose gave my son David his hand me down first car. I believe that my brother's catholic education and strict morals our parents practiced with us has shaped our family as individuals.

When my brother Jose was accepted to UC Berkely our family was very excited that he would be the first to attend college on both my mother and fathers' side of the family. We supported him in every way we were able too, and he needed.
I have always looked up to my brother, he has been and continues to be an inspiration to me and my family.

When he completed his education at UC Berkely, he mentioned to us that he wanted to further his career to be a lawyer. Our family was ecstatic, we could not believe that we would have a lawyer in our family. No other family member had the courage and commitment for this type of work. With lots of hard work and the grace of God, my brother Jose went on to pursue his masters at Princeton, and his law degree at UCLA.

During his time in school there were many family events my brother missed; however, he knew the importance of completing school. The most significant event was the death of our father. My brother Jose was heartbroken that he was not present at our father death. Our fathers' dying wish was "for all of us kids and mothers to stay together, help and take care of each other", we continue to adhere to this wish.

As I have seen my brother Jose, he is as hardworking as my father. I believe that Jose cares, provides, and loves his wife and kids as my father did. Our father worked every single day of his life, even through and through his drinking, I do not recall ever knowing that my father missed a day of work. He would wake up early, make his lunch and go to work rain or shine, sick or healthy, he worked to earn money for us his family. My father's lunch consisted of a tortilla and a hotdog, the same thing every day. This is what his budget could afford, looking back I now believe that maybe the malnutrition he had caused and/or contributed to his cancer. My brother Jose shares many similar values.

When my brother Jose announced to the family that his path was to be a politician, my mother's first reaction was why, why do you want to be a politician, pursue your lawyer career she would say. She was not fond of a political career for her favorite son. My brother is very trusting, honest, and maybe not too many street smarts to survive politics. However, his passion for being a civil servant and helping improve the lives of others prevailed. I remember him saying that he wanted to be a council member and represent the district he grew up in. To clean the graffiti, to improve the streets, schools and make it a better place for generations to come. This he has accomplished.

During Jose's time as councilmember, I witnessed a huge improvement in the city. As our mother currently resides in the same home my brother grew up in, you can see the potholes were filled, schools were built to ease over-crowding in public schools, he had crosswalks installed to make for safer crossing, introduced outdoor dining coffee shops.
I believe my brother created a happy, vibrant environment for the community. He provided a sense of community in his district, he brought people together either on the 4 th of July Independence Day free fireworks or providing free turkey and food at thanksgiving or free gifts to the kids at Christmas time or the bringing back Broadway, or free music concerts, or the mole competition in downtown. My brother brought people together and many people showed their appreciation and love for my brother by the hundreds at his events.

His acts of kindness to his constituents also spilled over to others in need. On our family trips to Mexico, individuals associated with schools, or medicine would approach my brother for any donations he was able to help with. I remember my brother mentioning the city had retired and were about to junk a few ambulances. He had the ambulance shipped to the little town of Jerez. The town people were overjoyed and thanked my brother and God for having send him to the town. The people now have transportation for the ill from the ranch to the town. These types of acts of kindness my brother did expecting nothing in return, I believe Jose's kind heart he did Gods will.

When the news broke of the current incident, I could not believe the terrible biased media was referring to my brother Jose. Our family was devastated, and continues to be devastated for how my brother, his wife, children, and our family has been and continues to be treated. These events are not within my brother's character, I have never in his whole life witnessed my brother Jose do anything with malicious or ill intent.

Jose wears his heart on his sleeve, when he sees an opportunity and when possible, my brother wants to help, and he has and does.

Due to, my brother Jose has had many positive opportunities in his life, good family values, excellent work ethic, valuable education, and wonderful wife, and 4 loving children and a family who loves him and supports him, he looks at those less fortunate who don't have what he does and extends a helping hand.

I believe my brother does everything with the best interest of people and his heart is in the right place.

It is heartbreaking to see my brother suffer in the way he is now; a rug was pulled from under his feet that caused him to take a deep hard fall. Jose's life has been turned upside down, from losing his job, the unwarranted media humiliation, to the pain his wife and kids have suffered from when the FBI ran into his house with weapons drawn as if he was a dangerous person. I know my brother regrets the decision he made, and I see the suffering in his eyes, heart, and soul, Jose constantly asks for forgiveness.

If he could turn back the clock, Jose would do things differently. There is no way my brother would have made those decisions knowing that he could lose everything he worked so hard for, he would not put his family and himself at risk. In my humble opinion, my brother is a trusting person, Jose trusts that others have good intention as he does, Jose is not an evil person, and is deserving of a second chance, as we are human, and God did not make us perfect.

I believe in God, I believe we are here for a reason, and God places us where he needs us to be. And I truly believe that the place where God needs my brother to be is with his wife, and children. They need him tremendously as so does our mother. Jose is an asset to the community, his time is better utilize providing for his kids and shaping them to grow up to be good citizens, don't take their father away from them dear Judge.

Thank you very much for reading a short segment of our life story, and your mercy.

Sincerely,

Gloria Galvan Huizar

# EXHIBIT 1-5

December 11, 2023

Dear Honorable Judge Walters,

My name is Yolanda Huizar I am Jose's oldest sister. I am submitting this letter to provide you and share information about my brother, whom I love very much. He has been very special since he was born. I remember a lady wearing dark clothing with a suit case arriving late evening to our adobe house in Los Morales, Jerez, Zacatecas. Then I saw her leaving the next morning it was a mid-wife that came to deliver my brother Jose. A few years later we came to the United States.

I remember him graduating from Euclid elementary school, as a big sister I represented my parents, as they could not attend due to no being able to miss work. I was very proud of him to see how many awards he received on his graduation. After a few couple of awards, I decided to remain standing since I had to take lots of pictures. That day he proved to me how much he loved school. He then attended junior high, and then attended private catholic school, and I was concerned how my parents would pay for it. He was always top of his class and very dedicated. He decided to take a part time job which was a part time paper route around the neighborhood. He was known as the paper boy, since our parents did not have the funds to pay for his school. Since our parents had minimum paying jobs, all they could afford was to put a roof over our head and feed us and cloth us.

Jose wanted to provide help at home, with his part time job, he decided to get a different part time job that paid a little better at the video store. At the video store his boss saw how dedicated he was with school that his boss offered Jose to do his homework first before he actually starts his job duties. God blessed him with that boss that saw Jose wanting to achieve high. Years later, he gave us the news that he was going to attend Berkeley university. Which made me very happy and sad, happy because for us not having any money and being minority, it is a big achievement and a dream come true.
I knew that the family would miss him not being at family gathering or events but his passion for school worth the sacrifice.

During the time he was at Berkeley, I remember calling him and telling him that our Dad was sick and was in the hospital and the doctor told us that he was not going to make it through the weekend and for all of us to get together. I told Jose that he needed to come home as soon as possible to say his goodbyes to our Dad while he was alive. Jose booked a flight home for the next day but did not make it in time before my Dad passed. It was very hard and sad that Jose was not able to come visit and be with our Dad. That destroyed Jose even though he knew that it was a sacrifice that he had to make due to being in school. All us kids were at the hospital, the only one that was missing was Jose.

Jose asked to speak to Dad, the night before his flight and asked me to put the phone in his ear so Jose to talk to him. I mentioned to Jose that Dad was not going to respond and don't expect to hear his voice. Tell him what you want to tell him, and so he did. Fifteen minutes later our Dad passed, like he was just waiting to hear Jose's voice to rest.

The entire time Jose was at Berkely I would keep in touch with him by letters, and sending him pictures to keep him up to date with family news. When he graduated from Berkely the parents

were allowed walk across the stage with the graduates, since our Dad was no longer with us, Jose asked me if I would take Dads place. I felt honored, and said yes. Jose mentioned to me that he wanted to take the opportunity to thank him for being a 2nd mom to him and for always telling him to clean his room and do his chores.

After finishing Berkeley, he told the family that he was going to attend Princeton university, at that time I know he did not have a car, so I offered him my old Honda civic that he can use at school, he was hesitating about taking the car because he was worried about me and my means of transportation. He humbly took the car and was very appreciative.
During him time at Princeton I keep in touch with him all the time to provide support to him while he was at school.

Shortly after, he told the family that he wanted to go to UCLA law school to be a lawyer. Which I felt beyond proud of him, and left me speechless. But then again, all his life he said he wanted to help people.

When he graduated from Princeton, Jose did go to UCLA law school. When he was at UCLA, he met my sister-law Richelle. They were married and had 2 daughters, but my brother always wanted a son to name his son after my Dad Simon, in his memory.
When he graduated from law school, I thought he had achieved his goal, just then he told the family he wanted to go into politics.
I felt that he had done enough and accomplished a lot, but it seemed like he was not done with his goals. He wanted to get into politics to help and do more and be able to help his community. Even though he was achieving his goals he never forgot his family values and where he came from.

Once he was in politics and I attended lots of his events and saw the tremendous amount of people that followed him and loved him for the humble person he is it would bring tears of joy to my eyes of just thinking he was my brother.
After seeing him meet all his goals, and seeing all the people that supported him and hearing the horrible news, I could not believe that it was my brother they were accusing, it shocked me to hear what they were saying about him in the news.
The sad part of it all was when it happened and how it happened, since people were not going to see him in public, they were going to believe the lies were true without the chance to defend himself.

As for the family we are devasted, but I have faith that my brother will get back on his feet and will soon will be looking back on all the good he did and all the people he helped. Like I have always told him, I am here for him to help him in anything and everything he needs.
God has good plans for him.

Thank you for taking your time to read my letter, I really hope it'll help you see my brother is not that person that those people want you believe he is.

Sincerely,

Yolanda Huizar,

Jose's oldest Sister

# EXHIBIT 1-6

Dear Honorable John F. Walter                                    December 19, 2023

I am Jose Luis Huizar mother and want to say that my son is a very good kindhearted person and loving son. As a young boy Jose was timid, not aggressive, he was quiet, I sometimes had to remind him to eat.  He is loving, he always gives me a hug and kisses.

My son Jose was the easiest son to raise of all our 6 kids. He was humble and kind, he listened to me and his father and did what he was told. Even though his father would yell at him and scold him for being so quiet. We never received any complaints from any of his teachers, he kept to himself and kept out of trouble at school and home with his siblings. As a kid, on the weekends he played sports like baseball at our local Evergreen Park.

My husband and I would take our six kids to what we call El Parque de la cuatro, or Hollenbeck Park. Jose played with his siblings, he was unlike my other sons who would play rough, Jose did not play rough. When his siblings got aggressive his father would tell Jose to defend himself, but Jose preferred to keep the peace.

During the week after school, he worked on his newspaper route.  God has taken care of my son; Jose has had many people help him throughout his life. For example, his boss Masamichi. His boss Masamichi guided Jose with his work experience, I think his boss helped him very much because he recognized that Jose's parents were poor and did not speak English and could not help him. Masamichi continues to be part of Jose's life. I am happy this person was able to help my son Jose as much he did since we could not provide that kind of help since we didn't speak English and didn't know how to or what to do.

My husband and I came the United States so that our children could have a better life and more opportunities than living in Mexico. We knew it would very difficult since we didn't speak English, but we were willing to work hard and make sacrifices to help all our children. My sister-in-law Pepa was a tremendous help to us. She took care of my youngest child so that I could work to earn money and help my husband.

Jose is a very agreeable son and has always been very studious. He is the most studious of all our kids. My son Jose is different, he has discipline and always worked on his studies or work. He was the only child that would study late through the night. My son Jose took care of himself, from getting his clothes ready and everything.

When my son Jose was in junior high school at a public school, he on his own went to Salesian High School and talked to a priest to allow him to attend the catholic.  He met Father Jim at Salesian; Father Jim has also helped my son achieve his goals; Father Jim guided my son Jose during his time at Salesian. Jose paid his own tuition with the little money he earned from his job. The way I was able to help him was that I would work at the school carnivals, and I would sell raffle tickets for the school to get a reduced tuition. He didn't ask us to pay for his school, maybe because he knew we couldn't afford it.

My son Jose never hung out with bad or troublemaker kids, he received good grades in all his schools.  I think Jose did well because he wanted us to be proud of him, he wanted to make a difference,

he was very lucky to have met Father Jim and they are still friends today. Father Jim was our local priest, and he married my son, and baptized all his kids, and has been there for my son Jose and his family.

When Jose told me he was going to go to study far away at Berkeley, I was very sad because I felt that I would not see him anymore, and I cried a lot knowing that he was going to be far from me. I didn't want him to leave me or not see him, I worried about him every day. The day came, Father Jim and I drove him to the university. We took him to a home where priest live, and we told the priest to guide him and take good care of him.

Then, when he told me he was going to Princeton, I was very proud of him because I knew that not just anyone could attend this school. I knew that my son Jose was special and had what it took to get accepted to this school. He is a studious student, a good person and honest. These are the type of people that attend this school. My friends were happy for me and my son Jose.  He truly is a special person and worked hard to get into this school.

I agreed and was happy when my son Jose finished Princeton and decided to be a lawyer.  I remember him telling me he was studying to take a big test to be a lawyer, and when he passed the test, I gave him a very big hug and kiss and told him I was overjoyed.

I was not happy and did not like the idea when Jose told me he was going to be in politics, I did not like politics for my son Jose, he is an honest person. Politics are not good, but I supported my son's decision.

For me as his mother, many people would tell me they loved my son for all the good things he did for the people and the city. Up to this day, people have told me they love him and miss him as a councilmember.

My son Jose is a wonderful father to his children and wife, he loves his family, and they need him in their lives.

My son is not a criminal. I believe the time he is looking to serve in prison does not fit with his actual actions.

I need my son, he takes care of me, he brings me food, he arranges my doctor appointments and takes me to the doctors' appointments.

He handles all my medical needs from my dentist, my optometrist, and my heart doctor and knee, and primary doctor. He handles my prescriptions, and he picks them up for me and he talks to my doctors about my medical conditions, my son knows all my medical conditions.  I call him for everything, and he solves my problems. More than anything, at my age of 83 years old with my medical conditions I need him desperately, and I don't even want to think about life without him.

I beg with all my heart to you judge don't take him away from me, you don't understand how I would suffer without him.

Thank you, your honor for listening to me.

Isidra Huizar, Jose Luis Huizar's Mother.

**EXHIBIT 1-7**

December 20, 2023

Honorable John F. Walter
United States District Court
For the Central District of California


Dear Judge Walter,

I am writing to you today as a character reference for Jose L. Huizar.  My voice comes to you as someone who has dedicated over 30 years to the empowerment of children and families.   I am a social worker by training and have recently completed serving 16.5 years on the Board of Education of the Los Angeles Unified School District.

Your honor, I want you to know that I am aware of the seriousness of the circumstances that led to this sentencing hearing.  My heart is broken for the pain associated with this matter for the Los Angeles community as well as the involved families.

I met Jose as a young, bold and determined 16-year-old who worked to change conditions for vulnerable populations and empower individuals and families with the power of education and civic engagement.

Over the years, Jose became a distinguished leader for his community and fought for access, support and justice to interrupt cycles of poverty and discrimination.  In 2001, he became a trailblazing school board member at LA Unified representing high poverty and underserved neighborhoods.  Most significantly, he was one of the leaders of the largest public works program that built 131 new schools in LA. This historic public works program ended forced busing and the academically inferior concept 6 calendar, which offered students 163 days of instruction instead of 180.  In addition to building seats for students, he was a leader in the movement to create access to college going curriculum, removing institutional barriers that discriminated against children attending underserved schools in high need communities.

At LA Unified, Jose used his personal and professional experience to fight for the civil rights of thousands of young scholars through creating schools, workforce & mentoring experiences, and more targeted community services.  Jose L. Huizar made a positive impact as a school board member.  His willingness to take on significant battles to change policy at the second largest district in the country, increased access and opportunity that will be felt for generations to come.   Thank you for your time.

Monica Garcia
LAUSD Board President, 2007-2013, 2015-17
LAUSD Board Member 2006-2022

# EXHIBIT 1-7a

Hon. John F. Walter
c/o
Charles Snyder
321 East 2nd Street
Los Angeles, CA
90012-4202

Judge Walter:

I write to you on behalf of JOSE HUIZAR who appears before you for sentencing.

I have known Jose for over twenty years. During those years, I have been Founder and
Executive Director of Homeboy Industries, the largest gang intervention, rehab and re-entry
program in the world. It was founded in 1988. As well, for forty years, I have lived in Jose's
former Council District in Boyle Heights, where I previously was Pastor of Dolores Mission (1986
to 1992), as well as co-founder of Proyecto Pastoral at Dolores Mission (1987).

I first met Jose when he was a member of the School Board, but specifically, he had a TV
program whose focus was on education in communities like mine, where folks are on the
margins, and suffer from serious disinvestment and disadvantage. I remember the times I was
on his cable program, and how sincere and authentic he was in advocating for those whose
burdens were more than they could bear. He embraced public service as his way of standing
with the poor and the voiceless. His heart to serve was born of his own exposure to the
immigrant struggle in his own family experience.

At the time he and his family arrived from Mexico, and he was three, he lived in a most
challenging area of Boyle Heights with a gang dynamic that was quite volatile and pervasive.
Living in "El Hoyo" (The Hole) was a place quite notorious and it would be hard to overstate the
difficulty for a teenager to navigate it.

After a troubled start in middle school, he tenaciously entered Salesian High School, worked
to pay his own tuition, and with the mentorship of my friend, Fr. Jim Nieblas, he graduated and
furthered his education to include a Bachelor's, Masters and Law degree.

Certainly, as a resident during the time he was a Member of the Council, his
accomplishments and considerable improvements on life in my community are indeed
numerous. From the creation of the Mendes Learning Center to the 6th Street Bridge, he
galvanized efforts, good will and resources to improve the quality of life for people who had
long been forgotten and neglected by their elected officials. I can't think of any office holder
who was more of a beneficial presence in Boyle Heights than Jose Huizar.

There was indeed a great tenderness that he extended to his family and especially at a time
when his daughter was quite ill. He would often attend with his family, services at Dolores
Mission and there was a great sense of solidarity in prayer and affection for all of them.

Like anyone raised in the Boyle Heights area, I am keenly aware of how monumental was Jose Huizar's journey from Mexico to elected office. The degree of difficulty of any young person in this community, of which I am privileged to live, is challenging and arduous to say the least. I remain in awe at what Jose has had to carry rather than in judgment at how he's carried it. He has, of late, truly inhabited a humility and remorse and clearly, he is a whole lot more than the worst thing he's ever done.

Mercy, as Pope Francis says, IS…who our God is. "Mercy upon mercy upon mercy," Thomas Merton writes. I am grateful for the invitation to write this letter and know that it will arrive before a merciful reader. I know the goodness of Jose Huizar's heart and I am grateful to you, your Honor, for your kind consideration of this letter.

I remain, indeed, grateful.


Sincerely,


Fr. Gregory J. Boyle, S.J.
Founder
Homeboy Industries.

# EXHIBIT 1-8

**From:** Ted Gabrielli, SJ
**To:** Charles Snyder
**Subject:** RE: Mr. Jose Huizar
**Date:** Monday, December 18, 2023 10:20:43 PM

December 18, 2023

Hon. John F. Walter

I am Fr. Theodore Gabrielli, S.J. and from 2011—2023 I was a pastoral associate for 4 years and then Pastor at Dolores Mission Catholic Church and School in Boyle Heights, CA for 8 years. While at Dolores Mission I was actively involved in several projects at the Church and School that sought advice, guidance, and support from the office of Councilman Jose Huizar. Throughout my 12 years at Dolores Mission, Mr. Huizar and his office staff were very supportive of the Boyle heights community and very responsive and present to the needs of our community—much of our community lives in Federal Housing Authority Housing and survive on resources that are well below the federal poverty level.

On multiple occasions I was aware of the presence of Mr. Huizar on the streets and in the projects at times when the community needed support because of shootings, killings, and increased violence. Mr. Huizar often sought input from community residents, leaders, and people serving the community through churches, schools, and other nonprofit organizations. Mr. Huizar and his staff were always quick to respond to our requests for urgent graffiti removal when tensions were escalating in our community. As community groups came together to offer children in the community programs throughout the summer to help keep them out of reach from the gangs and therefore on a safer path toward their future, Mr. Huizar and his office provided programing support, helped find transportation for outings for children from the projects, and Mr. Huizar and his staff would often be visible at events in our parks, playgrounds, and even walking through the streets as we gathered the community to walk for hope and peace on our streets.

When one of Mr. Huizar's children was suffering from and then recovering from Leukemia Mr. Huizar and his family were present in our community and offering hope and support for families in our community that were struggling with illness in their homes, experiencing the loss of a loved one, or looking for ways to help family members preparing to reintegrate into society after periods of incarceration.

In 2017-2018 Dolores Mission school expanded our school footprint with a new building on our property that would serve our youngest school children with age-appropriate classrooms, facilities, and a play area. The new building also provided space for our youth groups, catechetical programs, parish adult programs, and special programing for our unhoused community living in our two year-round shelters. We were able to go from groundbreaking to occupancy in 11 months, and this would not have been possible without advice, support, and guidance form Mr. Huizar and his staff. The church and school worked hard to find our financial support for the project from friends across the country and to put together a solid construction team, but as construction projects go--one needs to navigate well all regulations, permits, inspections, etc. and this was all made possible with guidance and support from our local council person Mr. Jose Huizar.

When I think of Mr. Huizar, I remember him coming to the church asking for prayers and blessings for the health of his child.  I remember Mr. Huizar and his family coming to our church to give thanks for the improved health of their child.  I remember Mr. Huizar sharing words of hope and support when speaking with the distraught mother of one of our teens who was critically ill with a very aggressive form of Leukemia.  I remember Mr. Huizar walking down the street with our community as we mourned the loss of another of our young neighbors to violence.

As Mr. Huizar has always been there for our community, I believe the members of our community will look forward to walking with and supporting Mr. Huizar when he is allowed to reintegrate into society.  We will be there for him as we are for others in our community, and together we all will find healing and strength to continue our journey.

I am away from Dolores Mission for a few months, but I can be reached at my cellular number below if I can be of any assistance to you.

Peace and blessings,

*Fr. Ted, sj*
Theodore Gabrielli, SJ

Cellular: +1(408)656-3514

# EXHIBIT 1-9

December 18, 2023

Attention: Honorable Judge John F. Walter

My name is Margarita Amador, I am a lifetime resident in Boyle Heights and a serve as a volunteer with the Los Angeles Police Department Hollenbeck Division, a Mediator with the Los Angeles City Attorney's Dispute Resolution Program, and Panelist with the Los Angeles City Attorney's Neighborhood Justice Program, and First Responder with the City of Los Angeles Mayor's Crisis Response Team.

I have known Mr. Jose Huizar for over 15 years and have witnessed his passion to help those in need and to deliver for his constituents. I can attest that in the 15 years as Councilmember for the 14th District, Mr. Huizar worked closely with the constituents of my neighborhood of Aliso Pico/Pico Gardens within Boyle Heights to accomplish many projects. This community has been through a lot and Mr. Huizar worked hand in hand to make it a better place.

Mr. Huizar worked with worked with MTA and he wrestled additional funds for the new gymnasium at Aliso Pico Recreation Center. While attending the grand opening of the gymnasium, Mr. Huizar noticed the outside basketball courts were dilapidated and the floors were wavy. He got the city to fix those immediately. Later he asked the Dodgers Foundation to make the baseball field at Pecan Park a Dodger Dream Field and got improvements to the field and new ADA compliant bleachers and obtained funding prior to his departure at City Council to repaint the building at the Aliso Pico Recreation Center.

Mr. Huizar ushered in Mendez Learning Center. It was the first new high school in the Eastside in over 80 years. The new school ended year-round calendaring and ended forced busing at Roosevelt High School.

Mr. Huizar worked with the mothers in the Pico Aliso community to get a new crossing light on 4th Street and Pecan Street by the Boyle Heights Technology Center/Youth Source Center. Although this may sound like a small thing to put a new traffic light in the city it's a big deal--it is not easy to do since the cost is over $400 k and there are only so many new ones put in the city because the demand is huge. Our mothers asked for this, and he delivered.

Mr. Huizar worked to create new the historic 6th bridge with the input of the community and secured $25 million for a new park underneath the bridge that will bring the much-needed green space. Mr. Huizar separately lobbied and received state funding to ensure that there are improvements to streets with bike lanes and lighting that will connect the new park and 6th Street bridge to the Pico Gardens and Pico Aliso community. He wanted to make sure that the neighborhood would have easy access to the park given the area was primarily old industrial buildings and outdated streets. He did not want the full attention to be given to the DTLA section of the park which seemed like community discussions about the park was leading in that direction.

Mr. Huizar also helped bring Self-Help Graphics to their new home along First street by donating significant funds for them to purchase a building which helped our community secure a space so needed for the arts.

Mr. Huizar also provided assistance to Proyecto Pastoral with funding and support for their homeless shelter and other activities.

Mr. Huizar worked closely with Dolores Mission school in assisting with expediting their permit with City for the expansion of the new playground when they faced delays in obtaining the permit.

Lastly, Mr. Huizar brought the first ever Worksource Center to First and Gless Street knowing that offering jobs in the community was essential, including with the impending construction of the 6th street bridge.

These are just a few of the improvement projects that I have personally witnessed and worked alongside Mr. Huizar. In the 12 years that he served as my Councilmen I cannot say enough about his work and advocacy that improved the quality of life in our community. I ask that you please take into consideration all the greatness he has done during your sentencing. It has been a privilege and honor to know Mr. Huizar. If you need to reach me, please feel free to contact me at 323-925-5415 or via email at amadormagom@yahoo.com.

Respectfully,

Margarita Amador

# EXHIBIT 1-10

To: Honorable John F. Walter

From: Raymond Rios

Date: December 21, 2023

In Reference to Letter of Character for Jose Huizar

Dear Judge Walter,

My name is Raymond Rios and I am a sixty-four year resident of Boyle Heights and El Sereno. Over the years and out of necessity, my wife and myself have become strong community advocates in the communities of Boyle and Lincoln Heights, as well as El Sereno and Hillside Village where we work closely with the Hillside Village Homeowner's Association. We also work closely with our local Park Advisory Boards for Hazard, Lincoln, and Ascot Parks. Our time dedicated to our community is strictly a labor of love. Because many of the community improvement projects that I support are lead by different levels of our local governments, including our State Assembly, County Supervisors, and City Council members. This last agency is where I met Mr. Jose Huizar.

I am writing to you this day to share some my experiences regarding Mr. Huizar our former Councilmember from Council District 14 in the City of Los Angeles. I have known Jose for close to twenty years first as a local school board member for the Los Angeles Unified School District and then as our City Councilmember for the 14th District. As previously mentioned, many of the projects and improvements that we push for as residents require both support and funding often from our Council office.

As our City Council representative, Mr. Huizar has always been ready to assist residents. So much of his work was to build community within his council district and he did so by supporting community parades and Independence Day fireworks shows as well as revitalizing Broadway in downtown Los Angeles. He was also responsible for improving our community with many new and beautiful infrastructure projects such as the 6th Street Bridge in Boyle Heights. He was always very transparent with our community on what improvement projects were coming and how they would benefit residents. In addition, he was always there to support the children, teachers, and staff of our local public schools. In our community parks, he was able to secure funding that would bring new fields, batting cages, and

fitness centers to Hazard. He guided the creation of a beautiful 93 acre Ascot Hills Nature Park in El Sereno.  He was a true champion for green space and what they offered to residents.

Whenever there was a community battle,  he defended his constituents and valued their concerns, often against very powerful forces, such as USC, and Union Pacific Railroad.  When our city was in a financial crisis and began cutting vital emergency services to residents referred to as,  "Brown outs", he was one of the few Councilmembers who objected to these cuts that jeopardized the welfare of residents. He fought hard to restore adequate funding for these vital city services.

On a more personal level,  I have always observed Jose to be a caring and compassionate father to his children and husband to his wife Richelle. His love for his family was never more evident than when his youngest daughter was diagnosed with leukemia. He, along with his wife Richelle, stood strong together during this crisis as they went through the treatment process. Thank God she was able to recover from her illness.

Myself, along with my wife Ruth Rios, and community have worked so hard and for so many years with Jose to improve our community and we still had so much work to do when these legal matters transpired. We were obviously very, very saddened to hear of these legal issues not only as a loss for community but for his family who we consider our family as well.

I hope that that this information has given you a better picture of who Jose Huizar is to us and what he meant to our community.  Jose is not a bad person by any means but obviously very human and as humans, we do make mistakes. He has spent his whole political and personal career giving to others, I pray that would have some merit in your eyes and that this would lead to a very favorable outcome for Jose and his family.  Again, I thank you for your time Judge Walter and ask that you would please consider all the good that Jose has given to the many residents of our community  and to this world.

Sincerely, Raymond Rios

*Raymond Rios*

# EXHIBIT 1-11

**Natalie Degrati**

| | |
|---|---|
| **From:** | Caridad Vazquez <caridad.vazquez14@gmail.com> |
| **Sent:** | Thursday, December 21, 2023 2:05 PM |
| **To:** | Charles Snyder |
| **Subject:** | Caridad Vázquez |

EXTERNAL SENDER

(Espanol abajo) To the Honorable Judge John F. Walter, My name is Caridad Vazquez, I am a community leader in my beloved Eastside community of Boyle Heights and a street vendor who lead the campaign to Legalize Street Vendors. I write this letter on behalf of VEA, Vendedores En Accion, an autonomous organization of 80 street vendor from City District 14. As a community of immigrants and most vulnerable women of color whom had to create our own alternative to form part of the non-informal economy, we believe it is our duty to share all the positive support that enabled our campaign to thrive was immensely due to the support of Jose Huizar. When we were hiding in the shadows of oppression and criminalization of street vendors, Jose Huizar was our beacon of hope in creating the pathway for the legalization of Street Vending. Many times when we needed economic support Jose Huizar would resiliently connect us to job opportunities to keep ups afloat in having sustainability to feed our families. We hope that our letter brings light to the amazing work that was done in transforming not only the lives of the street vendors in CD14 but as our work was successful in legalizing street vendors statewide and Jose Huizar was very much part of the success. WE the Street Vendors of CD14 stand in Solidarity with Jose Huizar as he stood next to us in support of our struggle to being inclusive of the economy, ___ Al Honorable Juez John F. Walter, Mi nombre es Caridad Vázquez, soy líder comunitaria en mi querida comunidad del lado este de Boyle Heights y vendedora ambulante que lideró la campaña para legalizar a los vendedores ambulantes. Escribo esta carta en nombre de VEA, Vendedores En Acción, una organización autónoma de 80 vendedores ambulantes del Distrito 14 de la ciudad. Como comunidad de inmigrantes y mujeres de color más vulnerables que tuvimos que crear nuestra propia alternativa para formar parte del grupo no- economía informal, creemos que es nuestro deber compartir todo el apoyo positivo que permitió que nuestra campaña prosperara y se debió inmensamente al apoyo de José Huizar. Cuando nos escondíamos en las sombras de la opresión y criminalización de los vendedores ambulantes, José Huizar fue nuestro faro de esperanza para crear el camino para la legalización de la venta ambulante. Muchas veces, cuando necesitábamos apoyo económico, José Huizar nos conectaba resilientemente con oportunidades laborales para mantenernos a flote y tener sostenibilidad para alimentar a nuestras familias. Esperamos que nuestra carta arroje luz sobre el increíble trabajo que se realizó para transformar no solo las vidas de los vendedores ambulantes en CD14, sino también cómo nuestro trabajo tuvo éxito en la legalización de los vendedores ambulantes en todo el estado y José Huizar fue gran parte del éxito. NOSOTROS, los vendedores ambulantes del CD14, nos solidarizamos con José Huizar mientras él estaba junto a nosotros en apoyo de nuestra lucha por ser inclusivos en la economía.

# EXHIBIT 1-12

December 20, 2023

From,
Antonio Garcia
647 Euclid Ave
Los Angeles, CA 90023
(323) 799-5860

To,
The Honorable Judge,

Re: Jose Huizar

Dear Judge John F. Walter,

My name is Antonio Garcia, and I have been a resident of Boyle Heights for 51 years. This community holds a special place in my heart as it is where my wife and I raised our three daughters: Priscilla Garcia, who is a human resources specialist; Jessica Garcia, who is an educator; and Heidi Garcia, who currently serves as an Educational Community worker.

I became an active member of this community in 2004 when my first grandchild was born. I wanted to ensure that he grew up in a safe and clean place, and I wanted to make sure our voices were heard as this community had been neglected for many years.

When I started attending community events, I heard about a Mexican-American politician named Jose Huizar, who was running for city council. He talked about all the changes he wanted to implement in our city, and those changes were desperately needed in our district.

Hearing all the things he promised to do for our community if his candidacy went ahead, I started bringing in more community members to support him in winning this race. He triumphed in 2004, and almost from the beginning as a new councilman, our community began to see great changes that we are very grateful for.

He helped our dark and unsafe streets with new lights, installed stop signs at our local schools for the safety of our students, created a bin cleanup program so that the community can dump large items and keep our neighborhoods clean, fixed sidewalks broken by trees for the safety of pedestrians, and paved streets that were badly damaged. Jose Huizar also had all of our public parks cleaned up so that families would feel safe to bring their families again, as well as installed exercise equipment around our community to keep our community active.

The most important project for me personally was the cleanup program that he created by hiring members of our community to clean the streets of Boyle Heights, El Sereno, and Eagle Rock. This was a great idea because who else to keep the city clean than its own inhabitants? Jose Huizar gave the retired men and women the opportunity to feel useful again by returning to the workforce and not feeling displaced by hiring them for this project that still operates to this day with at least 23 members of the community.

Thanks to José Huizar, our community began to feel safe again and finally welcomed by the first councilor who made a great change and who is still very loved and respected in our community.

Since then, not only has my city changed for the better, but my personal life has changed as well. I retired in 2018 after working for over 40 years as a seamstress in the fashion industry. The first few months of my retirement felt great, but as time went on, I started to feel depressed. I worried that the last years of my life would pass without incident.

Jose Huizar allowed me to work on the project that he developed to keep our district clean without expecting anything in return and made me feel once again useful to help the community that I hold so dear. From my family and community, we are very grateful to Jose Huizar for making an impact on our lives and community.

I hope you will consider this reference letter before making any final decision. Mr. Huizar is committed to making amends, and I am confident that we will see his positive contributions to society once again.

Thank you,

Yours sincerely,

Antonio Garcia

# EXHIBIT 1-13

Dear, Mr. Hon. John F.

This letter is about Mr. Jose Huizar . I'm writing on behalf of Jose Huizar to attest his server as Council member District 14, He was an exececional Council member in our communities of Boyle Heights, Sereno, Lincoln Heights  Northeast, Downtonwn . He serves the community by providing vital services .He provides safety , and driving by a commitment to making HealthCare and housing more affordable for all in the communities. Also he works to renovate the 6th bridge ,he help the small busines/ El corredor  on the 1St st on Boyle  Heights ,he creates new bike lanes and green spaces ,repair crumbling sidewalks, he create The clean up group with people who lives on the community , he creates a jobs for older , he has hopes for the community . He was always for the communities , he creates jobs for youth people, I want to thanks Jose Huizar Council member for his work he made in the community. In my community of Boyle Heights where I live since 36 years ago. He was the only Council  that he  was very open , and spoken council who sits with the community and listened to the community`s needs.

It is with great pleasure that I can attest to Mr. Jose Huizar his excetional contribution as Council member in my Community. Please feel free to contact me at angelagutierrezlt@gmail.com

Community member Angela Gutierrez

# EXHIBIT 1-14

Dear Judge Walter

My name is Yolanda Rodríguez. I met Mr. José Huizar when he was in the Los Angeles Ca School District. We had a lot of support from Mr. Huizar in the renovations of the parent center at Stevenson Middle School where I work. He also supported us a lot in the school events that were held.

In the community he supported us in cleaning and repairing the streets that benefited the residents. Community events and each year provided turkeys and toys for schools, the community including families in need.

Personally, Mr. Huizar listened to the requests and needs of the area in which I live. While my involvement in the community he was able to write me a letter that helped me a lot to overcome a difficult time personally.

Mr. José Huizar did many things that benefited schools, parks, churches and in general his entire community with great love.

Sincerely,

*Yolanda Rodriguez*

Estimado Judge Walter

Mi nombre es Yolanda Rodriguez. Conocí al señor Jose Huizar cuando estaba en el Distrito Escolar de Los Angeles Ca. Tuvimos mucho apoyo del señor Huizar en las remodelaciones del centro de padres en Stevenson Middle School en cual yo trabajo. También nos apoyaba mucho en los eventos escolares que se realizaban.

En la comunidad nos apoyó en las limpiezas y arreglos  de las calles que beneficiaban a los residentes. Eventos comunitarios y cada año proveía pavos y juguetes para las escuelas, la comunidad incluyendo familias en nececidad.

En lo personal el señor Huizar escuchaba las peticiones y necesidades del área en cual yo vivo. En mi involucramiento mio para la comunidad pudo hacer me una carta que me ayudo mucho para superar un tiempo que pasaba difícil personalmente.

El señor Jose Huizar realizó muchas cosas que beneficiaron a escuelas, parques, iglesias y en general toda su comunidad con mucho cariño.


Atentamente

Yolanda Rodriguez

# EXHIBIT 1-15

Natalie Degrati

| | |
|---|---|
| **From:** | Susana Betancourt <susanabetancourt@yahoo.com> |
| **Sent:** | Sunday, December 24, 2023 7:17 AM |
| **To:** | Charles Snyder |
| **Cc:** | Jose Huizar |
| **Subject:** | Letter of Support for Jose Huizar in U.S. v Jose Huizar CR 20-326(A)-JFW (Correction) |

EXTERNAL SENDER

## Letter of Support for Jose Huizar in U.S. v Jose Huizar CR 20-326(A)-JFW

Honorable John F. Walter,

I am writing, in requesting sincere merciful consideration, in your deliberation, on behalf of Mr. Jose Huizar, who has expressed remorse of his wrongful criminal actions, and is facing sentencing in your court, and jurisdiction.

The convicted criminal charges, against Mr. Jose Huizar, of conspiracy to violate the RICO Act, and of tax evasion, are not of his genuine character, as he had consistently demonstrated to be a more honest individual, a loyal, hardworking, devoted family man, and a well respected citizen.  Moreover, as our former CD14 City Councilmember, we had jointly collaborated with Mr. Jose Huizar, in numerous notable community projects.

Mr. Jose Huizar attended Salesian High School, a local Catholic high school, where three of my brothers also attended, in Boyle Heights.  We had supported Mr. Jose Huizar, who was our esteemed CD14 City Councilmember for 15 years, since 2005, as he was truly dedicated to improving the City services, resources, and general quality of life for his CD14 constituents, and to the humble community, of his family's upbringing.

Mr. Jose Huizar's societal contributions, as our CD14 City Councilmember were quite noteworthy, as in obtaining City, and private funding for our local parks, in working with architects and engineers on expedited sidewalk and roadway improvements, in establishing City plans for the highly awarded 6th Street Viaduct Project, and the reconstruction completion of the Hollenbeck Police Station in 2009.  Furthermore, in enhancing the Metro Gold Line Eastside Extension Project, to include a stop at the Boyle Heights Mariachi Plaza, in 2009.

Moreover, another of Mr. Jose Huizar's imparted historical contributions, specifically to our Latino community, is with the dedication, of a bronze monument in DTLA, sculpted per Dan Medina, in 2019, in honoring the numerous Mexican Bracero farmworkers, of the contracted immigrants, during the US labor shortage after WWII, as my elderly father, who had immigrated from Mexico., to California, in proudly contributing his services.  These honorable hardworking immigrants, and generational family members, have become productive citizens to our American society.

In conclusion, your consideration of Mr. Jose Huizar, a devoted father of four children, and consideration of his family's endured hardships, would be truly appreciated, not solely per I, but of the hundreds of Boyle Heights community members, that I represent.  Including, many of our senior citizens, of the 20 block radius, of our Boyle Heights Neighborhood/Business Watch Program, who have expressed similar sentiments, and concern, for Mr. Jose Huizar's well being, during this public denunciation.

In retrospect, we can honestly testify, to Mr. Jose Huizar's overall good moral character, during his devout, and compassionate years, as our public representative.

Sincerely,
Susana Betancourt
LAUSD Retired Science Teacher, Boyle Heights Neighborhood/Business Watch Coordinator, Hollenbeck Park Advisory Board Member & Hollenbeck Div. LAPD Advisory Board Member

# EXHIBIT 1-16

Dear Judge Walter,                                                          December 18,2023

My acquaintance with Jose Huizar began in 2013, when I became a member of the Eagle Rock Neighborhood Council for the next several years. I grew better acquainted with him when I volunteered  for his last campaign for City Council in the spring of 2015.

In an eclectic council district of diverse neighborhoods with a total population of over 260,000, Jose consistently "showed up" for Eagle Rock in a variety of ways, sponsoringing public events like concerts in the park, Fourth of July fireworks, the annual Christmas tree lighting ceremony, and the Eagle Rock Music Festival, and formally honoring local businesses and residents who made special contributions to our neighborhood. He took principled positions on issues he believed would benefit his constituents, such as the reconfiguration of Colorado Boulevard to include bike lanes; advocating for the reduction of pollution from the Scholl Canyon landfill; and many street improvements encompassed by Take Back the Boulevard. He endorsed and secured funding for a new park at the corner of York Boulevard and Avenue 50; the creation of an off-leash dog park at the Eagle Rock Recreation Center; and parklets in various locations which have improved the quality of life for residents and visitors to our district. He sponsored food giveaways for needy residents and in his public and private remarks always displayed genuine concern for the welfare of the people he served.  Another thing about his leadership that impressed me was the high quality of staff he hired. It was always easy to communicate with them and they welcomed anyone who wanted to contribute to making CD 14 a better place to live.

I was privileged to have some private conversations with Jose in which he shared information about his youngest daughter's progress as she underwent treatment for leukemia, something one of my sisters had also experienced. He occasionally discussed his family's modest origins in the Zacatecas region of Mexico and his pride in his immigrant heritage. Jose's warmth and kindness have always been apparent to me and were part of my motivation for volunteering for his campaign, albeit in a minor capacity. After he was re-elected, he graciously invited a few of us volunteers and supporters to his home for lunch, a gesture he would not have had to make.

In short, I believed and still believe that Eagle Rock and CD 14 as a whole were well represented by Jose Huizar, whom I am proud to call my friend.. Of course I've read about the acts for which he's been convicted, but they are not consistent in any way with the man I know, nor do they diminish my respect for the work he did as our councilmember.
I hope you will consider my comments along with those of other friends and associates when you make your sentencing decision. Thank you for this opportunity to let you know something of my experience with someone for whom I have great respect and affection.

Sincerely yours,

John Goldfarb
5432 Hartwick St.
Los Angeles, CA 90041

# EXHIBIT 1-17



December 2, 2023

Hon. John F. Walter,

I am writing this letter on behalf of my friend and former Los Angeles City Councilmember Jose Huizar.

As President of the Eagle Rock Chamber of Commerce, I worked closely with Mr. Huizar on various community events. Once Jose Huizar was elected as our Councilman, I organized a meet and greet at my home. He listened to our concerns and issues within our neighborhoods, schools, and businesses. He set a timeline when we could start to see the wonderful changes, he instated in his council district. A few years after that meeting, he invited many of our local community leaders to his home for an appreciation luncheon in his backyard.

Jose gave us his strong support in bringing our community together to keep the small-town spirit alive "Concerts in the Park," was created, a free music series every weekend beginning with the 4th of July concert and fireworks show. Jose supported the event wholeheartedly and it continues today. From there Jose helped me steer the business corridor with "A Taste of Eagle Rock" featuring our eclectic eateries. Jose also supported me when I founded the Eagle Rock Certified Farmers Market. When the Holidays arrived, Jose contacted me for assistance with the Pumpkin Patch, Turkey giveaway and the Annual Christmas Tree Lighting/Santa Toy giveaway for the local families and those in need.

Our neighborhood began to thrive because of the care and consideration of a man who understood the importance of family and community. His compassion and warmth he gave to us all. His jovial attitude and good-natured joking about kept us in good spirits.

When the news broke, we as a community were broken-hearted to the core. So, unlike his character. We were saddened. We prayed for him. He was part of our community family. He, by far was the most outstanding Councilmember our community has ever experienced. I'm sure most of his district would welcome him back. Lessons are learned and chances to redeem are there.

Thank you for your consideration,

*Michael Nogueira*

Michael Nogueira
President- Eagle Rock Chamber of Commerce
Cell: (323)-333-1000

# EXHIBIT 1-18

December 19, 2023

Honorable John F. Walter
Federal Public Defender
Central District of California
321 E. 2nd Street
Los Angeles, CA  90012

Att: Attorney Charles Snyder

I apologize on the lateness of this support letter.

I am writing this letter on behalf of both I, Therese Hernandez Cano and my husband Jose A. Cano.

I am nearly a life long member of El Sereno, having grown up and attended grade and high school here and returned as an adult to take care of my mother.

In early 2011, I informed my husband about a possible critical event jeopardizing our neighborhood and our home.  That threat was the extension of the 710 freeway.

I took this threat very personally, as my parents were neighbors that fell in love, in Chavez Ravine.  Having lost my mother in 2006 and father in 2001, I knew their spirits would not rest easily knowing eminent domain was again looming over our family.

Mr. Huizar was a constant and vigilant member of the MTA Board at the time.  He saw our concern and was instrumental in defeating the proposed devastation.

I also had heard that Mr. Huizar was proactive with our senior citizen center.  His generosity with his time and budget brought much joy to our seniors.

My personal gratitude to Mr. Huizar, was his staff direction in supporting my beloved Dia de los Muertos event. This free and family event brought more commerce to the neighborhood specifically during the economic downfall and for years following. 2024 will be its fifteenth year.

His vision in the bridge completion from Valley Boulevard to City Terrace was a huge boon to our neighborhood.  Changing an unsightly space to the lovely El Sereno Arroyo Playground and Garden Labyrinth nearby was another of his successful projects. His proactivity in Ascot park by involving habitat restoration has renewed the ecosystem in these hills. I believe the diagonal street parking also implemented, has been a great visual and space improvement.

In my interactions with Mr. Huizar, I have witnessed his intelligence, gentle consideration with professionality and kindness.

Honorable John F. Walter
December 19, 2023
Page Two

I believe that Mr. Huizar has been deeply impacted on the unwise decisions he made both in his professional and personal life.  He will continue this soul searching voyage for probably his lifetime.

As two individuals, residents of 90032 and supporters of Mr. Huizar, I request you consider his sentence with the same thoughtfulness he has shown our neighborhood.

Thank you,


Therese Hernandez Cano & Jose A. Cano
2946 Warwick Avenue
Los Angeles, CA 90032
(323) 867-0293

**EXHIBIT 1-19**

Honorable Judge Walter, I am writing on behalf of Mr. Jose Huizar. My name is Jackie Carrillo I am employed by Los Angeles Unified School District, my position is School Climate Advocate, I work at El Sereno Middle School. I've been employed with LAUSD for 19 years and worked 6 years in the (PACE) Parent And Community Engagement Unit at Local District East Superintendent's office.

El Sereno community for the past 28 years is home to my 2 daughters & I. Living & working in a small community, you get to know many families over the years. El Sereno has many fun, enjoyable traditions that are for families throughout the year that are hosted, partnered with organizations & CD14.

I met Mr. Huizar at the annual 4th of July Parade event. My daughter was in the parade representing the ESMS Color Guard team. The parade route ends at El Sereno Park where families gather bring their chairs, blankets to enjoy the festivities, food, booths, music until the sun goes down for the spectacular firework show.

Mr. Huizar, his wife & children, sometimes his mom would spend the day at the park with hundreds of people, eating, laughing & dancing, I have never met a councilman, politician who was humble, caring and genuine. He invited volunteers to his mother's home for some homemade Pozole during Thanksgiving holiday. The Huizar family became El Sereno's family.

2016 I joined the LA 32 Neighborhood Council, where I learned a lot about being a representative of change in my community. I held the Vice President position & over saw several committees and supervised projects. During this time, the people that teamed up & volunteered were CD14 staff, LAPD Hollenbeck Division, LAFD station 12, 14 and other agencies to bring activities, events to El Sereno.

Our annual Christmas time was full of memorable community activities, local school students would perform and LAFD would bring Santa Claus & Mr. Huizar, and one of his children, or all of them would be on the fire truck with Santa arriving to celebrate with the community. Over the years families would look forward to these times of celebrations.

The community has not been the same since Mr. Huizar has left office. The spirit of unity is missing & that since of belonging. Traditions that have been started since he took office, established over the years when he held the CD14 office position. Mr. Huizar was a difference maker, he knew people by their names, their families, always made appoint to come say hello, shake your hand & ask about your family.

In closing, I know & have felt the heart of Mr. Huizar & his family. Family is strength & important to him. Many of us in the community have been brought in by the selfless outreach of community gatherings where it is safe & you look forward to the time spent together. The view of a community leader has forever changed me to want to help in ways that could better the future of our youth, community through the eyes of Mr. Huizar.

Thank you for your time,

Sincerely,

 Jackie Carrillo

323-270-1053

# EXHIBIT 1-20



December 6, 2023

Honorable John F. Walter,

 My letter is regarding former Councilmember, and friend Jose Huizar.

As the President of The Highland Park Chamber of Commerce, I worked closely with Jose Huizar on many community projects and events. Jose installed the very first Parklet and Bike Corral in the city of Los Angeles on York Boulevard in Highland Park. I was the guardian of the Parklet for our community members and business corridor. Jose was the first again to create a much-needed Childrens Pocket Park on York Boulevard across from our family historic brick building. It was a vacated gas station for years, now it's a busy playground for families. This is his innovative creation. Jose teamed with me on our Northeast Los Angeles Veteran's Parade following a Solemn Ceremony and laying of the wreath. His thoughtfulness and compassion for our Veterans included a buffet luncheon where he gave certificates to each honoree and heard their stories of war. We also worked together on the 2nd oldest and largest parade- the Northeast Los Angeles Christmas Parade, where he helped with our permits, location, parade programs and much more. We worked together on the Mercado Arts & Crafts Fair on York Boulevard. He provided the equipment which helped our local starving artist set up to sell their handmade arts and crafts now going on its 8th year.

Jose Huizar was connected to his entire community, like he was part of the family, so many people loved him and still do. Jose has a warm sense of humor that kept us laughing at meetings, he was magnetic, compassionate, and loyal. We never had a councilmember work so hard for us and fight for us, who sincerely cared for the well-being of our community than Jose Huizar. After the news broke our hearts dropped. We knew this was totally out of character for him, it was shocking to us, we were stunned but we did forgive him. He has done so very much for our quality of life in our neighborhoods. An exceptional human being. We have hope for him and believe in him.

With Sympathy,

Yolanda Nogueira

President

Highland Park Chamber of Commerce

# EXHIBIT 1-21

# Trisha Gossett

1842 Phillips Way
Los Angeles-CA-90042
ph-323)791-6798
trisha.gossett@gmail.com

December 20, 2023

Hon Judge John F. Walter

Dear Judge Walter

My name is Trish Gossett, a 23 year constituent in CD 14, district of former CM Jose Huizar.

I am writing today in hopes that you will consider the good works Mr Huizar did for us in our community during his time in office. I am asking for your mercy and grace when sentencing him based on all of the great things he did for us and the character he displayed.

I have been active in this community since I met other activists in Highland Park. For several years I was a member of the Highland Park Neighborhood Council, as well as the Land Use Committee, so we worked closely with Mr Huizar and his staff to achieve changes in safety, protect building codes, and add much needed programs and aesthetics to the community. His Land Use knowledge was valuable.

Jose always found resources to make our community better.  As a result of his efforts, working with us we became safer.  Gang shootings, graffiti, and crimes associated with gangs were  our biggest issue. We are safer now than we ever were thanks to Mr. Huizar's guidance and direction.

Here are a couple of things I was involved in that he helped us accomplish :

Jose provided every resource possible to help us keep the 710 freeway/ tunnel from devastating our community. He had the backs of the people and not the special interests involved in this 65 year old fight against the freeway. He earned the respect of the No 710 Action Committee for his support.

He provided funding needed to implement a Historic Protected Overlay Zone in our historic district, which the community will always be thankful for.

After decades of dereliction and toxicity, Jose masterfully turned a vacant lot which required endless remediation and funding into a very popular and beautiful playground in the center of our community. No easy feat. He did this because he was sensitive to the needs in the community.

For me personally, he then orchestrated the funding for a beautiful mural on an ugly building overlooking our beautiful playground.

Jose implemented bike lanes, and much needed safety measures.

He supported our Seniors, via our Senior Center, with funding for new programs. He also supported Veterans, via his participation and contributions to Veteran events. He was liked for his attention paid to them on a personal level.

He earned the respect of the community through the many positive changes he helped us with, and so was easily re-elected until his term was over due to term limits.

I got to know Jose, his wife Richele, as well as their kids, when they would come to various events and celebrations Jose helped us with. We met for coffee once in awhile. He and Richele were so well liked by many of us that when his youngest daughter was stricken with leukemia, and then cured, we all celebrated the victory. That's our community of Highland Park.  The Huizars are a genuine nice family and welcoming to all. They were with us and they felt like one of us. That was the feeling I had.

It's disheartening that someone I personally knew and liked so much, and did so much for us, can fall from grace. Frankly, I am shocked and dismayed. However, for some that is part of their human condition, I suppose. I have compassion for him because I have never known him to be dishonest regarding anything I was a part of.

After many personal, social, and community interactions with Jose, I honestly feel he does not view himself as a victim. He  has always shown integrity when being our representative.

 In any case, justice must prevail.

In Jose Huizar's case, I hope you will consider my personal plea for a lighter sentence based on my experience with his character, as well as that of many others in Highland Park who know and have worked with him.

Thank you very much

Sincerely, Trisha Gossett- CD14 Resident.

# EXHIBIT 1-22

Dear Honorable judge Hon John F, Walter, I am writhing this letter to you Honorable judge about my Knowledge of Jose Huizar.

When he was our councilmen of our District 14, I'm Ofelia R Pastor I live in our district for 35 years, I'm the leader of our community of San Pascual Ave, neighborhood Watch for 10 years. Jose Huizar during his term as our councilman he did a lot for our Community to improve to have a better and save place to live. He is very kind to our elderly, young and children, he was the first councilman that start in our community the celebrations every year with the Christmas three lighting giving at the senior center, a toys distribution for the kids of low income parents. I was a voluntary and he make a lot of kids happy for residing their toys, he was with his family for the whole events and talk with all the people for the community and the children parents.

When I ask that we need It our park San Pascual park to remodel the playground and he did, he was the only one who listen to me, being an act of kindness, he is a person who listens the community and he never was selfish and actually accepts to have feedback to the request of the park remodeling. Something that other councilmen promised but they never did.

Also I request in 2019 to put humps in our street San Pascual people were driving like crazy, I meet with his deputy and engineering and they act immediately. He never stops doing his job as a councilman until the end of his term. On September 29-2019, he tribute to the braceros and he give a speech that touche the heart of every one and honor the braceros in honor he puts a statue, representing the importance of the people how works on the fields.

The event he had every year Dawntown, Los Angeles, the night on Broadway, that was amazing I went with friends & family they were amazing and well organized, he always celebrate our Mexican Independence day. He sits face to face with our community and he listened to us, he was the only one that help and invest to the community. Overall Jose Huizar our councilmen always took the time to be with us in the community and events, he was always nice, respectful, hard-worker and never judge others he is a good men.

Thank you for your time and attention, Hon John F, Walter.

Atte: Ofelia R Pastor.

**Natalie Degrati**

| | |
|---|---|
| **From:** | Zeiid 7 <carol00944@gmail.com> |
| **Sent:** | Thursday, December 21, 2023 7:52 PM |
| **To:** | Charles Snyder |
| **Subject:** | From Ofelia R Pastor for the trial of Jose Huizar. Videos of Jose Huizar, in the events that he makes. |
| **Attachments:** | Letter-OfeliaRPastor.pdf; WhatsApp Video 2023-12-21 at 12.18.37_62e071fc.mp4 |

EXTERNAL SENDER

























 _WhatsApp Video 2023-12-21 at 12.29.27_278f2e48.mp4



Virus-free.www.avg.com

# EXHIBIT 1-23

# Uptown Gay and Lesbian Alliance

*"In Northeast Los Angeles for good"*

Atwater Village, Cypress Park, Eagle Rock, Echo Park, Elysian Heights, Glendale, Glassell Park, Highland Park, Lincoln Heights, Mt. Washington, Montecito Heights, Monterey Hills, Pasadena, San Fernando Valley, Silver Lake, San Gabriel Valley and other areas

**P.O. Box 65111, Los Angeles 90065    •    WWW.UGLA.ORG    •    UptownGLA@aol.com**

**ard of Directors**
esident
**Carl Matthes**

e-President
**Ken Salzman**

easurer
**Joan Potter**

cording Secretary
**Richard Curoso**

treach
**Paul McDermott**

ectors-at-Large
**Tac Phung**
**Ruth Riley**
**Marcie Rose**

holarship Committee
*ul McDermott, Chair*

*Ed Colacion*

*Rodney Hoffman*

*Carl Matthes*

*Robert Meier*

*Herb Miller*

*Carlos Sosa*

*Mona Field,*
*Community*
*College Advisor*

December 4, 2023

Honorable John F. Walter
Re: <u>U.S. v Jose Huizar CR 20-326(A)-JFW</u>

Dear Judge Walter:

On behalf of the Board of Directors of Uptown Gay & Lesbian Alliance (UGLA), we would like to address our interactions with Jose Huizar.

In 2008, Mr. Huizar and Superior Court Judge Zeke Zeidler presided over 5 separate same-sex marriages during UGLA's June Pride Mixer in Northeast Los Angeles.

For several years, Mr. Huizar served as the installing officer during our annual installation. He brought his entire family with him. He and his wife also attended one of our December Holiday Mixers.

Each year in June, Mr. Huizar directed his staff to facilitate UGLA hanging its LGBTQ Pride banner at his Eagle Rock Field Office as part of City of Los Angeles Pride Month celebration.

Sincerely,

Carl Matthes
UGLA President
PS: UGLA is currently celebrating its 40th Anniversary.

# EXHIBIT 1-24

BETSY K. STARMAN
4265 Marina City Drive, Unit 903
Marina del Rey, CA. 90292
818.326.7793

December 22, 2023

Hon. John F. Walter
c/o Charles_Snyder@fd.org and
321 East 2nd Street
Los Angeles, CA. 90012-4202

Re:  Letter in support of Jose Huizar

Dear Judge Walter:

Please allow this letter to serve in support of Jose Huizar, former City Council member for the City of Los Angeles.

My former job was as compliance coordinator to implement licensing and accreditation services for drug and alcohol treatment facilities – mostly in Malibu.  I retired 13 years ago and moved to downtown Los Angeles to be closer to skid row and be able to volunteer for those much less fortunate than the Malibu clients.  I sold my home in DTLA and purchased a loft on 5th and Broadway.

During my 10 years downtown, I was lucky enough to get to meet our City Council member of that time, Jose Huizar.  He was personable and professional and was able to actively listen to concerns about mental health reform, the lack of treatment for the addicted and unhoused, and he supported my view on our current process which is governed by the Lanterman Act.  He heard me.

I engaged in his campaign and during that time I witnessed the growth and hope for a city that had basically been boarded up and forgotten.  In the years I worked with Mr. Huizar, I watched the City of Los Angeles turn around completely.  It was an amazing time.  We had community, we had local and district meetings, we were together in making DTLA a great place to work and live.  Mr. Huizar was able to create the motivation we needed to have hope for our city.

All of this does not negate what this court case is about, but to say that the good that Mr. Huizar brought to the table far outweighed to the bad.  When he was moved out of

Hon. John F. Walter                        Page Two                        December 22, 2023

his position, things turned around for all of us.  After a couple of years of him being removed, the progress stopped.  Completely stopped.  He was gone.  He had brought so much to the businesses and residents of DTLA and it just stopped.  He had worked WITH us.  He treated all people with unconditional high regard and was a great example of what a representative could be.

I understand that it is now time for Mr. Huizar to be sentenced.  I ask you to please take into consideration the good, the community, his ability to be fair to ALL of us and his dedication to all of us when you pronounce his sentence.

Thank you for your consideration.

Sincerely,


Betsy K. Starman

# EXHIBIT 1-25

**From:**      Charles Snyder
**To:**        Natalie Degrati; Adam Olin; Greg Krikorian
**Subject:**   FW: Support letter for Jose Huizar
**Date:**      Friday, December 15, 2023 1:57:52 PM

-----Original Message-----
From: Masamichi Kiyomiya <kmasa00413@gmail.com>
Sent: Friday, December 15, 2023 1:53 PM
To: Charles Snyder <Charles_Snyder@fd.org>
Subject: Support letter for Jose Huizar

EXTERNAL SENDER

when Jose was only 12 or 13 years old when I saw him first time. He was just a street boy with his skate board and white shoes with a few holes which you can find anywhere in down town LA. Soon he started working for delivering news papers down town Little Tokyo where I had my own business. He was a tiny skinny boy carrying big bag with full of news papers and the bag was almost touching ground.
After a little over a year we were able to to exchange a little conversations and soon he became interested in working for our shop. I was renting video movies. He needed the job to earn his tuitions for his new private school. At the age 14 he successfully separated himself from gangsters at school and went on private school.
His parents were from Mexico and having hard time raising four brothers and two sisters.
Jose worked after school every day and weekend for a little over 4 years. I allowed him to study at shop any time when we did not have any customers. We talked about many thing that happened at school including his scores of tests and soon we set up a rule between us. He get a dollar when he get A on test and A on report card for more money. Toward the end of his high school year, it may be less than a year, we started to exchange opinions about his future career and what to study at university. He wanted to major  business but I want him to go for politics. Sometime we escalated to argue each other over this issue but eventually he understood politic is much bigger world and complicated. Especially he seemed to like the idea that politics can change communities for better place and lives. He start having  many imaginations what he could do. Such as making East L.A to East Beverly Hills was big topics within us. And surely it gave him his motivation to study politics at university.
Our 4 years close relationship came to end as he finished high school and he left for San Francisco. He was accepted UC Barkley with a full scholarship student. And went on Prinston University. He even went to Ford Fundation for one year before come back to LA where he studied at UCLA Law school. And the day he passed the exam and became a lawyer I felt my job was completed. I was so lucky to witness that little news paper delivery boy finally reached to his goal.
I took him a trip to Japan as he became LA school board members. And again another trip to Japan when he became a LA council member.
It was same kind of present he deserved to receive when he showed me A on his report card. But this time I confirmed he still have same eagerness and desire to work for communities and city of LA. as a Mayer!
I believe he had been working for a council member with ideas, dreams, and clear vision for changing communities.
  One day I happened be at Broadway area and surprised.
Every where around Central Market were people and it has become tourist spot. And there were several big name stores were there. One day when Jose came to our store I asked him how it happened who made it happened. He said he talked to many business people and explain his down town vision. Some agreed and some do not but keep on talking !! After all politician is talking people. Talking is my business. Masa !!
Yes, of course he was aiming for Mayer 's poison and then incident had happened ! Jose was arrested.
He came to see me whenever he likes to talk but we did not talk about details of the incident but mainly talked about kids and families and old days. He seems enjoying helping family affairs now days but I know  he has not give up his life yet. Jose is looking for any chance to return and work for communities I think he will have a chance in future as long as he never give up. A lot of things might happen in future and people may start looking for a men like him with ideas , dreams and vision. He may be called. It is all up to him !
In order for him to stand up one more time please give him a chance to share his ideas,dreams and vision with younger generation in his community. He dit accomplished so so may things along the way with his career which

should be shared with youngsters  for motivating them to grow in their community. This is one thing he must do and he can do for his community now !

Yes, He did some thing wrong and must pay for his behavior. But I believe there must be many different ways to pay for it. Not only one way to punish him.

Please consider to give him second chance to challenge his idea, dream and vision for his community. One day Byole Heigh will be East Beverly Hills !


Mr. Masamichi Kiyomiya
Owner of Family Mart
335 E. 1 st Street L.A. 90012

# EXHIBIT 1-26

December 20, 2023
To: Honorable Judge John F. Walter

**Jose Huizar**

The purpose of this letter is to provide a character reference for Mr. Jose Huizar, whom I have known as a close and best friend for more than 40 years. My wife and children also consider Mr. Jose Huizar as a very close friend and trusted family member.

I first met Jose during our freshman year at Salesian High School in Boyle Heights, California where we were assigned to many of the same honor and college preparatory classes. Our friendship started with a friendly rivalry to be the top student on the Principal's Honor Roll for each semester. We both knew that we could never be #1 because we knew a student that would consistently receive straight A's throughout the semester. Despite this, Jose and I continued to compete for the #2 ranking in the Honor Roll. Every semester, we would challenge ourselves to excel in our classes and ensure we prepared ourselves for college. Our friendship grew as we relied on each other to get the best grades possible in each class. Since my strengths were in Math & Science and Jose's strengths were in English, History & Government, we would tutor each other in our respective fields to ensure we would succeed together. Throughout our 4 years at Salesian, we continued to take the #2 and #3 spots in the Honor Roll, in which we would toggle between the two spots. The result of our determination and perseverance for excellence led to us both becoming co-Salutatorians for graduation as well as ending up tied for the #2 spot in the Honor Roll. Our hard work paid off with Jose being accepted to UC Berkeley while I was accepted to Cal Poly Pomona. We were both proud of each other for our shared dedication to academics while knowing that we were role models for our classmates, friends, and families.

Allow me to put our 4 years of high school into further context, Jose and I both came from families that could not afford the tuition to attend a parochial school. However, we knew that attending Salesian High School was our best opportunity to ensure we were accepted to esteemed universities in order to pursue our career dreams. During our freshman year, I learned that Jose was working at a video store in Little Tokyo in order to pay for his own tuition. In the beginning of our sophomore year, my father was laid off and left unemployed. Jose helped me to get a job at the video store which allowed me to continue to attend Salesian. Our schedules resulted in Jose and I working after school and alternating weekends where we would average 20 hours a week throughout the school year. We were fortunate that the video store owner allowed us to do our homework while working. This taught us an invaluable skill that we have used throughout every aspect of our lives from that point on; in order to succeed, you must learn to multi-task education, develop work ethic, and give back to your community.

One of our bonds that brought us closer together was a fondness for sports. I loved playing football while Jose loved playing baseball. In order to participate in high school sports, we agreed to help each other during our respective seasons. During football season, Jose would work my week day shifts to allow me to attend football practice and then work on the weekends. When it was baseball season, we would swap schedules in order to allow Jose to attend baseball practice. This allowed both of us to experience high school sports and fulfill our dreams of playing at Salesian.

Participating in varsity sports allowed us to join the Salesian Letterman Society (SLS), a highly respected and recognized club at Salesian that would only allow varsity athletes to join. We had the privilege and honor to represent Salesian in community and church events, where Jose and I learned leadership, empowerment, and communication skills. We both took on leadership roles in SLS as ambassadors of Salesian, where we took our roles very seriously as each SLS member entrusted us to lead and represent them, an honor to

1

which but few attain. We both wanted to live our lives like St. John Bosco, a saint who helped youths with guidance, mentorship, and love. We utilized our values and experiences in high school to help us earn leadership roles in our respective careers.

I was extremely proud to witness Jose attend UC Berkeley, Princeton, and UCLA Law School where he was pursuing his career dreams with the confidence and abilities to graduate from these honorable universities. I still remember when he was attending Princeton, he told me that he wanted to get educated and return back to our community to give back and improve it. Against all odds, he went on to graduate from each notable university and wasted no time in becoming the community leader that we both wished we had growing up.

It still puts a smile on my face as I witnessed Jose become an established role model for the Boyle Heights community. He vowed to be a voice for the people of our community and provide them with better living conditions, school improvements, park upgrades, and provide community events to those in need. Jose was committed to improve our community to provide access and opportunities for the next generation that we did not have growing up. He knew the hardship and challenges of living in Boyle Heights better than anyone. Jose built new schools, upgraded parks with the latest equipment, and fostered positive changes to inspire young children to show that they too can accomplish their dreams.

My family and I witnessed first-hand Jose's true character as a community leader. Jose enjoyed connecting with everyone in the community, he could relate with everyone! Even if they were young children, teenagers, college students, laborers, professionals, or elderly, each and every person was just as important to him because he knew he represented them all. Since he grew up in the same community, he knew exactly what they were thinking as he had the same questions and thoughts growing up. It was truly an honor to see how he bonded with people of all walks of life and provided them the comfort that their voice was being heard, as Boyle Heights was under-represented against other areas of Los Angeles. All in all, Boyle Heights has become a much better place to live now due to the resources and dedication that Jose was able to provide for nearly 20 years.

Jose and I's friendship has led to our respective families becoming one large extended family. My children address Jose and his wife Richelle as "Tío Jose" and "Tía Richelle" (Uncle/Aunt in Spanish), as well as refer to their children as their cousins. Jose and I have seen our children grow up together and we treat each other's children as our own. From birthdays, graduations, and holidays, we have truly spent over 25 years sharing every life event and providing love and support as one large family.

Since I have known Jose, I have seen how dedicated and devoted he has been to helping his family and his community. Your Honorable Judge, I am pleading that you are able to provide any leniency possible in reducing his sentence so he can continue to help his family and community. I know that despite the circumstances, he still has it in his heart to help everyone around him in any way possible moving forward. Him and Richelle have worked tirelessly to provide their children with the best possible support in order for them to achieve their dreams, just as he did. His two older daughters are currently enrolled in universities to follow their dreams as well. His competency and skill set provide a unique opportunity to utilize his education, knowledge, and experience as lessons learned to continue his mission to be a voice for the under-represented.

I am more than happy and willing to confirm the facts found in this letter if necessary.

Sincerely,

*Alberto Arteaga*

Alberto Arteaga

2

# EXHIBIT 1-27

| From: | Charles Snyder |
|---|---|
| To: | Natalie Degrati; Adam Olin; Greg Krikorian |
| Subject: | FW: Jose Huizar |
| Date: | Saturday, December 16, 2023 2:13:32 PM |

Charles J. Snyder
Deputy Federal Public Defender
321 E. 2nd St. | Los Angeles, CA 90012
213.894.4407

**From:** al boogie <algernol@gmail.com>
**Sent:** Saturday, December 16, 2023 1:27 PM
**To:** Charles Snyder <Charles_Snyder@fd.org>
**Subject:** Jose Huizar

EXTERNAL SENDER
Algernol Boozer
566 Pershing Dr
San Leandro Ca. 94577
algernol@gmail.com
510 393-3155
12/16/2023

Hon. John F. Walter
[Judge's Full Name]
United States District Court
Central District of California
[Address of the Court]

Re: Character Letter for Mr. Jose Huizar

Dear Judge Walter,

I am writing to express my sincere support and provide character insight into the life of Mr. Jose Huizar. My name is Algernol Boozer, and I have known Mr. Huizar since our time together at Bishop Mora Salesian High School and later at UC Berkeley. Our bond as fraternity brothers and roommates during college allowed me to witness Mr. Huizar's personal and academic growth, providing a unique perspective on his character.

From the early days of our friendship, Mr. Huizar and I engaged in numerous discussions about our shared desire to be agents of positive change in our community. I distinctly remember our late-night conversations, fueled by our mutual passion for making a difference. Mr. Huizar consistently expressed a strong commitment to service and community betterment.

One poignant memory that stands out is an early morning we returned from our physically demanding jobs at UPS. Mr. Huizar, clad in work boots, spoke proudly about the hard work and how it would have made his father proud. This moment revealed his dedication and work ethic, traits that have undoubtedly contributed to his academic achievements and commitment to community service.

After completing my undergraduate studies, I pursued a career in the military as an officer while Mr. Huizar continued his education. He had the opportunity to participate in a graduate program at Princeton before earning his law degree at UCLA. His academic pursuits have consistently aligned with his mission to serve the community, exemplified by his involvement in student government during his time at Berkeley.

Mr. Huizar is not only a person of intelligence and ambition but also one of deep compassion. He has consistently demonstrated acts of kindness and good work that reflect his commitment to making a positive impact on the lives of others. His special skills and characteristics, such as his ability to connect with people and his unwavering dedication to his goals, make him a person of significant value to those around him.

In considering the offense for which Mr. Huizar stands accused, I firmly believe that it is entirely out of character for him. The person I have known for years is one who is devoted to building a better community and who possesses the integrity to navigate challenges with grace and determination.

I am confident that Mr. Huizar's past contributions and his potential for future positive impact on family, friends, and the community should be taken into consideration during this difficult time.

Thank you for your time and consideration.

Sincerely,
**AB**
Algernol Boozer MA, MSW

# EXHIBIT 1-28

Honorable John F. Walter
Central District of California
321 East 2nd Street
Los Angeles, CA 90012

Honorable Judge Walter

My name is Adam L Acosta, I am a resident in the City of Los Angeles and I formerly worked as the Deputy Policy Advisor to LA Councilman Jose Huizar between 2018- 2020. Prior to my employment with Mr. Huizar, I was the political director for the American Federation of State, County Municipal Employees, AFL-CIO (AFSCME) union representing public employees throughout the state of California including employees within the city of Los Angeles.

My relationship with Mr Huizar goes back almost 20 years from his earliest election as a school board memebr to the  LA Unified School Board through his election to the Los Angeles City Council in 2005.

While there is so much to be said about Mr Huizar political career and political fortitude, I can only say that his ongoing commitment to his community, working families and the underserved areas of his council district was without question a commitment to make things better for them!

Mr. Huizar was committed to have safer neighborhoods, enhance local small businesses and try to address the beginnings of a homeless crisis that started in the mid years of 2010. While on the city council Mr.Huizar initiated and created the first policy committee on Homelessness and Poverty to tackle this crisis above the Mayor of Los Angeles and other local elected officials that failed to address this issue. This action was cutting edge because no political individual wanted to address this crisis but Mr. Huizar did!

After 25 years of a career for AFSCME, I was abruptly terminated in 2018. One day in August, I was visiting with Mr. Huizar as we often spoke about politics, the neighborhood and his kids. During our visit, I shared that I was terminated abruptly from AFSCME. Within moments of I sharing my news he stopped the conversation and said "what are you doing for yourself"? "Do you have a paycheck, do you have health care benefits"? I said, " I have nothing, Jose!".

The next day, I got a call from his chief of staff and I was offered a job working within the councilman staff. I didn't ask for a job, rather Mr. Huizar and I were having a normal conversation like we did so many times before that day in August of 2018.

Mr. Huizar getsure to offer me a job was so significant that allowed me to continue to move forward and not fall into depression and desperation because in the past several years prior to 2018, I lost my marriage in 2014 and 2016 my mother passed away and in 2018 I lost my career at AFSCME. AFSCME was the glue that allowed me to survive and overcome so many disappointments within those 4 years.
.

Mr. Huizar is a person of generosity, compassion and friendship. I think Mr. Huizar's biggest fault is his willingness to always please others!

During the 2020 COVID 19 crisis in the city of Los Angeles, Mr. Huizar's priority was his constituents' well being and making sure they had PPE's and the medical resources to make sure that the elderly did not come in contact with the deadly COVID 19 virus. He authorized the necessary resources to purchase a significant amount of PPE during the city's shut down and distribute thousands of food boxes to the elderly and families in his council district.

I'll confess that I do not know all of the particular elements of his criminal case, however, I do know first hand that over the last couple of years he has personally shared many regrets and has acknowledged that he was selfish, reckless and took things for granted many times.

I suspect Mr. Huizar's biggest fear will be his distance from his four children and not being physically close to them and not being involved in their daily lives. While all four children have dealt with their fathers failures and indiscretions, I know they still love their father very much and don't want their father to be away for very long.

These very private conversations weigh heavily in Mr. Huizar's mind, body, heart and I know he is immensely sorry for his selfish and reckless behavior.

In speaking with Mr. Huizar frequently, I sometimes wonder what he is asking of my friendship over these last couple of years? In the latino community family is very important and the understanding of not having a parent growing up is significant loss and I believe Mr. Huizar fully understands this personally because he was raised without the presence of his father.

I hope the court will review Mr. Huizar's entire life which takes into account his humble beginnings, his academic achievements and his strong stewardship in economically developing his council district to what it is today.

Mr. Huizar is good person with a big heart that cares deeply for his family and children, he understand that he must be held accountable for his failures and poor decisions that will lead to a jail sentence that will allow for Mr. Huizar to recognize his selfish decisions he made as a Los Angeles City Council member and the betrayal of those community members that elected him to the 14th Council District!

Upon his reentry to society I will be there to continue my friendship and guide Mr. Huizar to foster his relationship with his children and family, assist him to be a full participant in his community and regain the trust of those individuals that he betrayed.

I respectfully ask the court to keep in mind his young children, his spouse and elderly mother and family when considering Mr. Huizar sentencing.

Sincerely,

Adam L. Acosta
222 N. Avenue 66
Los Angeles, CA 90042

# EXHIBIT 1-29

**James W. Kee**

15215 Calaveras Dr Austin, TX 78717
Phone: 818-669-3180

 **Hon. John F. Walter**

---

**Dear Judge Walter,**

I've known Jose Huizar for 20 years. He's a "true believer," by which I mean that he really wants to make a difference, he's idealistic, and he thinks that his mission is the improve his community using the gifts God has given him. He's a mild-mannered man whose bias is to trust other people. No doubt he made some mistakes, but I believe that he always had the best intentions, because that's all he ever talks about.

When I first met him, he was on the LA School Board, and he was deeply concerned with improving education for the children of Los Angeles. As he prepared to run for City Council, Jose was sure to mentor a successor whom he was certain was as capable and as passionate about education in Los Angeles as he was. It wasn't enough for Jose to do the job. He wanted good people to continue the work.

Over the years, I've watched Boyle Heights change for the better as Jose's projects have been realized. Parks were revitalized, community events brought people together, Arts districts blossomed and restaurants sprang up. The Gold Line started operating, bridges were built, and slowly life improved for the residents. Being a politician is really two jobs, in my opinion: the campaigning and the functions of the office. They are often overlapping, because the networking that helps win elections also helps bring together projects for revitalizing theater districts. I don't know how he did it, and I didn't see the thousands of steps that he took along the way, but I occasionally got a glimpse.

I recall one weeknight years ago when I went to an event on Olvera Street, and Jose was at the head table. He was constantly greeting people, making introductions and listening to constituents while various dignitaries came and went. For me, it was a dinner. For him, it was work. When it was over, I went home to watch a hockey game, and there, between periods, was Jose Huizar in the booth with Bob and Jim talking about hockey in L.A. I was dumbstruck. Jose was on stage throughout dinner and probably didn't even eat, and then he went to at least one more event and had to be on stage again long after I was home and comfortable. It was a sobering realization of the difficulty of doing the job of Councilmember.

On top of all that, he had a daughter at home who was suffering with a life-threatening kidney disease. He would later have a daughter diagnosed with leukemia at the age of 3. Through the miracles of modern medicine, both survived, thank God. Jose carried immense burdens, did a tremendous amount of good for a very large community, and made some mistakes along the way. We will all bring pluses and minuses to Judgement Day. His sins I can't judge, but his contributions will do great credit to him.

I know that Jose is still driven to help his family, his community and the City of Los Angeles. I believe that the world would be a better place if he was able to pay his debts by working on behalf of the public instead of spending time in custody.

---

Sincerely,

James W. Kee
Chief Administrative Officer, Automated Mortgage Systems, Inc.
December 15, 2023

# EXHIBIT 1-30

Law Offices of
# MARTIN ARTEAGA, APC

**MARTIN ARTEAGA**              Wellington Square              **JORGE HERNANDEZ**
                           960 West 17th Street, Suite F
                               Santa Ana, CA 92706
                          (714) 988-6233   FAX (657) 205-7803

December 19, 2023

> Re:   **Letter of Support for Jose Huizar**
>        **U.S. v Jose Huizar CR 20-326 (A)-JFW.**

Dear Honorable John F. Walter,

I hope this letter finds you well during these trying times. I am writing this letter on behalf of Jose Huizar. Jose Huizar and I share a close bond of friendship of more than 41 years. Jose Huizar has always been responsible, considerate and dedicated to the well-being of others. I first met Jose at Salesian high school as we both grew up in Boyle Heights. Jose Huizar changed my life during a tough time in my life. Unbeknown to Jose, during high school, he helped many teenage students, including myself, in dealing with our insecurities of growing up in an impoverished neighborhood. Jose would encourage us to get the grades for a higher education. At that time, he advocated education to a different level because I would see Jose at the weekend house parties. Jose was one of us. But at the end of the day, he still would get the grades. Indeed, he stayed true to what he preached. For those reasons, I looked up to him. He quickly became my friend, mentor and advisor during high school. Jose Huizar was most influential to me and many others during high school.

We are proud of Jose Huizar as he became the community leader for Boyle Heights. After his higher education, Jose got into politics. I saw him work hard to make our community a better place to live. His hard work shows by the many improvements to our parks and schools. I recently went to a concert in DTLA and I was so proud of what became of DTLA. The villages within the streets of DTLA are a microcosm of the city where I grew up. I couldn't stop thinking of Jose Huizar as I was realizing the positive changes in DTLA.

Jose Huizar is a person of high moral character. He understands the mistakes that he made and he takes full responsibility for his actions. Jose has expressed to me that he is very remorseful. I have spoken to Jose and I can assure you that he has learned from this. He blames no one but himself. I am sure he will navigate the challenges he is

currently facing with his qualities of being responsible and being a person of high moral character.

In conclusion, I firmly believe that Jose Huizar's character is defined by his admirable qualities, his dedication to helping others, and his commitment to education. I trust that you will find these insights valuable for your consideration. If there is any additional information or clarification you may require, please do not hesitate to contact me at (323) 707-4403.

Very truly yours,

*Martin Arteaga, Esq.*

# EXHIBIT 1-31

December 20ᵗʰ, 2023

Dear Honorable John F. Walter,

I have personally known Jose as a friend with integrity and a person who is humble, as a father with strong family values, and as a public servant with noble intentions to use his education to give back to the community. I first met Jose in high school where we both attended Salesian Catholic High School in Boyle Heights. At Salesian, he was everyone's friend and had no problems befriending students from all grades. He chose academics over sports. As a young freshman he displayed natural leadership skills and was encouraged to run for Associated Student Body (ASB) president and did so for four (4) years. He took the position to initiate changes that would benefit his class and the school at large. Due to his academic excellence in a geographic area where students statistically are not motivated to study, Jose went on to Princeton University, Berkeley, and UCLA for his undergraduate, graduate and Juris Doctorate degree, respectively. While attending higher education, Jose came home during the summers where he encouraged friends to support Salesian High School by joining his adult basketball team for participation in the summer league where the proceeds from the fees went to assist students in need of tuition assistance and to assist with school improvements. After he graduated from UCLA law, rather than choosing a lucrative career as a private attorney, he chose to be a public servant. When friends, including myself, asked him why he chose to be a public servant rather than an attorney his response was that he felt his calling was to assist others in need and what better place than to come back to his community to serve. Even though his friends, including myself, moved on to "better" neighborhoods, Jose remained in Boyle Heights determined that he could use his education to make positive changes to the area where he grew up and needed positive changes. While serving as a councilmember, Jose always found time to stay connected with friends. A few memorable moments I will never forget were when he was asked to be the keynote speaker at my son's graduation ceremony at Salesian Catholic High School. After delivering his powerful message to the graduating students, he stood late at the ceremony to personally congratulate each of the students including my son. My son to this day has not forgotten the special moment he had with Jose. Another memorable moment was when my son asked Jose if he would provide him with a Letter of Recommendation for admissions to the UCLA school of law. Not only did Jose take time from his busy schedule as Councilman to draft the letter, but he also invited my son to lunch where he provided him with meaningful career advice as my son prepared for his journey to become a licensed attorney. Regardless of his busy schedule, Jose is known to find the time to help his friends and the members of his constituency.

As previously mentioned, rather than choose a lucrative career as a private attorney, Jose chose the path of a public servant and served the community well. After living in the area for 29 years I

was able to witness first-hand the transformation of the area that would benefit the children and adults of the community. He made key improvements to the area encouraging fine arts over more liquor stores that currently permeate residentially zoned areas and have been "grandfathered" in. As a result of his efforts, artsy ventures have surfaced including venues for live plays such as Casa 0101, family own coffee shops where musicians can play their artistic music or recite poetry and improvements to schools became synonymous with Councilman Huizar's Office. He implemented bike lanes and promoted open spaces to encourage the community to take back the outdoors from the gang infested elements. He created local jobs with new construction projects including housing developments to assist with the housing shortage. He was also instrumental in making improvements to the public transportation system when he was on Metro's Board of Directors. It is therefore beyond our (close friends including myself and the community he served), comprehension that Jose will be spending time in prison and can assure you he is devastated and remorseful for taking bad advice from financially influential people. This is out of character as he is a person, we all look up to and consider a hero and a role model for choosing the career path of a public servant who is credited for implementing positive changes to the community he served.

Jose possesses emotional intelligence skills, is highly educated with a wealth of experience that would better serve his time performing community service to a community he loves and is in need of his potential services. Sending Jose to prison with hardened criminals is counterproductive and not a wise use of taxpayers' dollars when his time can be better used offering legal advice to the needy as well as offering tutoring services to all grade's levels including collegiate. He can also offer consulting services in the area of Urban Planning and Community Development as he has his undergraduate and graduate degrees in Urban Planning as well as a wealth of experience in this area. His consulting services could be offered to Minority Owned Small Business Enterprises (SBE)and Disadvantage Business Enterprises (DBE) that are in dire need of these types of services. In addition, Jose has raised wonderful children (I respectfully invite you to meet them), all committed to their education and would be shameful for them to see their dad go to prison mixed in with criminals that have killed or have committed violent crimes. This is not Jose, and it sets a bad example and unnecessary distraction during his children's key developmental stages. Your Honor, please consider leveraging Jose's education and work experience by placing him under house arrest to perform community services to a community that is in badly need of the above-mentioned services. He will not disappoint the judicial system with this strategy as he is clearly not a danger or threat of any kind to society.

Sincerely,

Mauro Arteaga

Mauro Arteaga, Jr
Deputy Executive Officer, TAP
Los Angeles County Metropolitan Transportation Authority (Metro)

# EXHIBIT 1-32

Sergio S. Diaz
2729 E. Cesar E. Chavez Avenue
Los Angeles. CA 90033
Sergiodiazsalazar@gmail.com

December 18, 2023

Honorable John G. Walter

Re: Mr. Jose Huizar

Your Honor,

It is with great conviction that I am writing this letter to express my support for Mr. Jose Huizar.
I have known Mr. Huizar and his entire family for many years. It saddens me to know that he is
in this situation. Therefore, I find it my moral obligation and my duty to provide you with insight
into his character, values, and the positive contributions he has made to me personally and of
course our Boyle Heights community.

I have always found Mr. Huizar to be a person of high moral character, integrity, and honesty. I
learned about Mr. Huizar's humble beginnings growing up in Los Angeles. As the son of
immigrants myself, we are all aware of the challenges we face in our communities due to racism,
injustices, and lack of resources. Mr. Huizar, with his humble beginnings, challenged the system.
He overcame these difficulties and moved on to be a college graduate from UC Berkeley,
received his master's from Princeton University, and finally earned his Juris Doctorate from
UCLA Law School. To me, his work ethic and perseverance speaks volumes. The fact that he
was an educator and a person of and for the people makes me proud.

When he was elected to the LA City Council in 2005, I was ecstatic because not only did he
encompass the passion of a young politician, he also demonstrated to our community that he was
willing to do everything and anything in his power to make sure that Los Angeles, specifically
Boyle Heights, received the benefits that other communities in close proximity to us had been
receiving for decades. He was our voice in a society that had long oppressed our opinions and
desires.

He has consistently demonstrated a strong sense of responsibility and a commitment to making
positive changes in our community. He is an exemplary man of great character. His specific
contributions in our community included, eliminating prostitution, worked to combat
homelessness, helped secure affordable housing, worked on the beautification of our streets by

adding necessary crosswalks and improving public parks and other spaces. He was actively
involved in giving back to the community.

Unfortunately, I am aware of the circumstances surrounding the current legal matter, and I firmly
believe that the actions in question are not reflective of Mr. Huizar's true character.

What I do know is that he has expressed remorse and a sincere
desire to learn from this experience, and I am confident that he will use it as an opportunity for
personal growth and self-improvement.

Furthermore, Mr. Huizar has a strong support system, including family and friends who are
committed to assisting him through this challenging time. As a business owner in the Boyle
Heights area since 1968, I can adamantly say that I had never seen a more capable community
leader than Mr. Huizar and I am confident that he will take the necessary steps to address any
issues and work towards a positive future.

I kindly petition the court to consider Mr. Huizar's overall character, contributions to the
community, and potential for rehabilitation when making any decisions related to sentencing. I
believe that he is genuinely committed to making amends and moving forward in a positive
direction.

If the court requires any additional information or if there is an opportunity for me to provide
further support, please do not hesitate to contact me at sergiodiazsalazar@gmail.com.

Thank you for your time and consideration.

Sincerely,

Sergio S. Diaz

# EXHIBIT 1-33

**Natalie Degrati**

| | |
|---|---|
| **From:** | vince <vcotter643@aol.com> |
| **Sent:** | Thursday, November 30, 2023 10:01 AM |
| **To:** | Charles Snyder |
| **Subject:** | letter of support for Jose Huizar |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

EXTERNAL SENDER

Hon. John F. Walter

Your Honor,

My name is Father Vince Cotter and I have known Jose Huizar since 1983 when I was his religion teacher at Bishop Mora Salesian High School in East Los Angeles in his sophomore year.  In class, Jose was a wonderful student, always eager to learn and to do his best.  Outside of the classroom, Jose always showed leadership amongst his classmates and was kind, considerate and thoughtful.

He was chosen to go on a Kairos Leadership Retreat weekend because of his leadership qualities and good moral character.  He represented our school well and we were always proud of him.  He came from a wonderful family and they were solid Catholic Christians, active in their faith and expressive of their strong social justice concerns.

In talking with Jose recently, I am convinced that he has been truly humbled by the consequences of all his actions regarding his conviction and he is truly concerned about his children and their education and formation.  In fact, his eldest child is now going to St. John Bosco High School in Bellflower, CA, another school I also taught at in 1976.

If you have any questions or concerns, please contact me at VCotter643@aol.com

Thank you in advance for whatever you can do on Jose Huizar's behalf.

Sincerely,

Father Vince Cotter

# EXHIBIT 1-34

December 20, 2023

Dear Hon. John F. Walter,

My name is Arturo Rodarte Miranda, and I'm writing this letter on behalf of Jose Huizar.
Coming from humble origins of a hardworking immigrant family, Jose has embodied the
definition of the American Dream. Raised in Boyle Heights, California, Jose was always
school-driven and knew his academics could help him attain success in his future. For
that reason, his family values has shaped the scholar he is, because he has seen how hard
his family had to work to support him and his siblings. It is these significant moments
that has shaped him to be a very kind, respectable, and humble person that he is today.
Our families have been generational family friends. Family is everything to him, for he
has always been attentive and caring towards myself and my parents. We would always
celebrate family functions and he would always be at the forefront to ensure everyone is
having a great time. It is hard to imagine how a person—who has lived a long life in a
respectable manner—can lose it all with just one life changing incident.

Furthermore, it pains me to know the legal trouble that his is enduring at this time,
because it has derailed the core values that we live by. I can only imagine the pain that his
mother, brothers, sisters, wife, and children are experiencing as he is facing a life
changing future. All his life, he has contributed to various acts of kindness to his family
and friends—but most of all to his community, Los Angeles. The one mistake he has
committed has shattered his family and livelihood. Your honor, I hope that you have
benevolence towards Jose by giving him the opportunity to pick up as many pieces of his
shattered life to reunite with his family and community. I acknowledge the fact that he
has pled guilty and accepts full responsibility of his actions. Although devastating, I'm
optimistic that he has learned from his mistake and will correct his wrongdoings. Thank
you for taking the time to read my letter and I hope that your ruling is just for all parties.

Sincerely,

Arturo Rodarte Miranda

# EXHIBIT 1-35

Mark Raffield
3869 Sunrose Road
San Ramon, CA  94582
415-336-0465
MarkRaffield@gmail.com

December 17, 2023

Attn: Honorable John F. Walter

Re:  Jose Huizar

Dear Honorable John F. Walter:
I am writing this letter to share my personal experiences of knowing Jose Huizar for 36 years with a sincere hope that your forthcoming sentence is lenient and fair.

I met Jose at UC Berkeley in the fall of 1987 when we joined the same fraternity.  I immediately connected with him as we had similarly modest immigrant childhood. I grew up in the ghettos of Seoul, South Korea but was adopted at 13 and immigrated to the US while Jose was born in a poor rural village in southern Mexico and immigrated to the Boyles Heights area of LA with his blue-collar parents at a young age.  I was moved by his stories of his hard-working father, a migrant farm worker and his mother, a meatpacking plant worker, working extremely hard so that he could attend Salesian High School to receive good education.

We both understood how fortunate we were to attend a university given our humble background, and that we have a real opportunity to make a difference in the world and to help the less fortunate people like his parents in the society.  Then I was awed by how quickly Jose took on the leadership role at UC Berkeley.  By sophomore year, he was one of 12-member UC Berkeley's student government association (ASUC) and became a visible leader on the campus.  He was passionate about affordability of education and providing academic services to low-income students.

After he graduated, he attended Princeton to obtain a master's in public affairs and later received a JD from UCLA.  Most people with Jose's educational pedigree would have pursued high-paying career path of corporate jobs, but I believe Jose's heart was in improving the lives of working-class folks in his parents' modest neighborhood in East Los Angeles. He wanted to help people like his parents to have realize the American Dream.  So, he chose a career path in the city government representing Boyle Heights.

The news of his crime was shocking to me as it is completely out of his character to me. I have always admired Jose for his dedication to helping others and his good heart.  I believe his heart is still good.

Sincerely,

Mark Raffield

# EXHIBIT 1-36

December 20, 2023

To: Honorable John F. Walter

From: Alonso Silva Jr.

Re: Jose Huizar

I consider Jose Huizar a friend.

I met fellow graduate Jose Huizar approximately 12 years ago through our mutual interest and engaged efforts in supporting students at our alma mater, Salesian High School – an all-male school located in Boyle Heights.

Jose and I share a similar upbringing, and thus shared a similar commitment to providing guidance and resources to support "our kids" in pursuing higher education and becoming productive members of society. Accordingly, I witnessed and appreciated not only Jose's passion, but his deep connection to Salesian High and his mentor, Fr. Jim Nieblas.

Throughout our engagement, I also had the pleasure of meeting his wife Richelle, and their four children.

Jose and I worked on various school events and functions, fostering a bond through shared experiences like student activities, sporting events and graduations. Jose's genuine love for Salesian High was evident in his emotional speeches at school-related gatherings, where he expressed deeply rooted appreciation and gratitude for the guidance and support he received during his formative years.

In describing Mr. Huizar's character, a few words and actions come to mind: husband, father, intelligence, action, empathy, energy, dedication, and the significant value he brings to the school and community through his good works and acts of kindness. Being around students and community youth appeared very personal and profound to him.

It was truly inspiring not only for me, but for the entire Boyle Heights community to learn about one of our own overcoming challenges and hardships to succeed at achieving such a unique level of higher education. Subsequently, Jose became an elected community leader in several capacities, notably serving as the Los Angeles Unified School District Board Chair and Los Angeles City Councilman – positions he served with esteem and honor.

Until he didn't and wasn't.

In a very regrettable and disheartening turn of events, I became aware of Jose's legal challenges, no doubt resulting from misguided decisions. The revelation of an affair in 2013 and the subsequent FBI raid in 2018 were truly shocking and disappointing.

While I refrained from any substantive communications with Jose during this time, I offered my prayers, support and hope by intermittent texts, which he acknowledged with appreciation.

As someone raised in the Catholic faith, I believe in the power of remorse and contrition. Despite the serious nature of his offenses, I trust Jose's remorse, contrition and foundation of faith will guide him towards redemption through rehabilitation, restitution, and restoration, especially with his family.

As shared previously, while I have not had any in depth communications with Jose, particularly regarding his future plans, I anticipate learning of his plans and am committed to offering support throughout his redemption process.

Jose once manifested leadership, love for our youth and the wellbeing of our community. Inspired by reclaiming his life and family, I have no hesitation in believing he can revive this manifestation.

In closing, I express my gratitude for your time and consideration, Judge Walter, and trust you will determine a fair and just atonement to society for Jose's transgressions.

I earnestly believe Jose eagerly looks forward to reintegrating into society to contribute meaningfully and make amends, and humbly earn his opportunity to proudly become one of our own again.

Thank you.

# EXHIBIT 1-37

| From: | BALDO HUIZAR |
| To: | Charles Snyder |
| Subject: | Jose Huizar |
| Date: | Wednesday, December 20, 2023 8:48:19 AM |

**EXTERNAL SENDER**

December 20 ,2023

To: Honorable John F. Walter

    It is with utmost respect that I submit this letter to you regarding my cousin Jose Huizar. growing up in a working class neighborhood in Los Angeles it was the bond of a close-knit family that kept Jose centered and instilled in him the notion that any dream could be realized through hard work, and dedication to his studies. Jose was able to put himself through some of the country's top universities, and achieve the goal of obtaining a law degree. His strong belief in the value of education was evident when he left a well-paying attorney position to become a member of Los Angeles Unified School District Board. Where he pushed for the opening of more schools  throughout Los Angeles.

    From as long as I can remember Jose has always been a good caring person with a high regard for both family and extended family, to this day he still cares for his elderly mother and helps with doctors visits, grocery shopping and all that is involved in taking care of an elderly person. Jose's kindness extends beyond those he knows, and is willing to help anyone in need.

    Jose has remained true to his roots and community. While serving as a Los Angeles Council Member for District 14. Jose chose to reside in the neighborhood close to where he grew up rather than moving to a more affluent neighborhood with in the council district, so as to see first hand what the community needs were and how to address them.

    I find this current situation shocking and beyond comprehension, given that this not whom Jose is. This lapse in judgment has decimated him, and it's apparent that it is weighing heavily on him. I am confident that he will learn from his grave mistake, and will do whatever it takes to never find himself in this situation again.


Thank you for your time.

Very respectfully,

Baldomero Huizar

Sent from Yahoo Mail on Android

Sent from Yahoo Mail on Android

# EXHIBIT 1-38

To Hon. John F. Walter

This is a joint letter written by Efrain and Claudia Huizar husband and wife, and first cousins of former Los Angeles City Counselman Jose Huizar. Because we are first degree relatives of Jose Huizar, we collectively feel confident in writing to you regarding our support observations and experiences relating to Jose's personality and character.

For Efrain, his experience and exposure to Jose began from birth and continues to this day. Jose and Efrain's family were very close, as many Mexican immigrant families were. Jose and Efrain's fathers shared a close sibling bond and mutual respect. The bond extended to their children, the cousins as well.

There were frequent visits to Boyle Heights throughout their childhood where Efrain, his siblings and Jose and his siblings would spend a lot of time together. With so much family contact, Efrain holds true to his heart that Jose in his core, has the same moral convictions and values and views on life as he does.

When Jose went off to Berkeley, then UCLA and finally Princeton, our hearts were filled with pride. He was academically excelling, what an enormous sense of joy and pride we felt. His UCLA graduation was something memorable. What a great moment this was for all of us. Jose was so thankful to all of us for supporting him.

For me Claudia, who has been married to Efrain and part of the family for 35 years, I consider Jose as my cousin as well. It was important we supported Jose in his achievements because I wanted Jose to be a role model for our son and daughter. When our children were little, he would check in with them and encourage them to go to university. He was and still is someone they both respect.

When Jose began his public service career, one of the biggest things that has stuck out to me was the importance of having his family and friends close to him. By his invitation, we attended a lot of campaigns, events, speeches and gatherings.

On one of his first campaigns will always be memorable for me. On this occasion, he presented two very important people who shaped his work ethic, growth as a human being and support of his academic success. He went on to introduce them as the married couple who he worked for during his high school years. They were a sweet couple who owned a neighborhood video rental store. Per Jose's recanting, he would rush into work after school every day but before he could start his normal store responsibilities, the couple would pay him on the clock to first sit down and complete all his homework first. It didn't matter how long it took as long as he finished it. Jose spoke about their kindness and generosity. It was evident Jose held high respect for them and it was nice to see after so many years away from them, they still supported Jose as well.

Jose loves Los Angeles and its residents. He spoke of all the plans he hoped to accomplish. Improving the neighborhood where he grew up in and his constituents was a passion and priority.

Jose is a family man. He is a son, a father, a brother, an uncle and cousin. He grew up humble, hardworking and honest. He shared the same struggles and experiences in life as we did. He is loved and respected to this day by both of us. Although he has pleaded guilty to the charges brought forth, we feel that his moral core values of Respect, kindness and compassion still hold true. With all due respect your honor, please accept this letter and take it into consideration when deliberating Jose's sentencing.

Respectfully submitted,

Efrain and Claudia Huizar  562)569-5533

12602 Renville Street

Lakewood CA 90715

# EXHIBIT 1-39

Subject: Letter of Support for Jose Huizar

Dear Judge Walter,

I hope this letter finds you well. I am writing to express my unwavering support for my uncle, Jose Huizar, whose character and dedication to our community have left an indelible mark on my life and the lives of many others.

Jose Huizar is not just a public figure; he is a family member who has played a pivotal role in my upbringing and personal development. In a family where educational opportunities were limited, Jose stood out as one of the few who pursued higher education. When my mother, his cousin, faced the challenges of single parenthood, Jose generously took me under his wing, providing me with life-changing opportunities.

His support extended beyond mere words; he clothed me, fed me, and served as a father figure during a crucial time in my life. Jose's encouragement and guidance were instrumental in helping me navigate through college, culminating in my current status as a senior at UCLA. I can confidently say that without his support, I would not have reached this point in my academic journey.

Jose's commitment to community empowerment is evident in his tireless efforts to uplift Mexican descendants in the U.S. Despite the misinformation circulating in the media, he has been a bridge for many to prosper. His dedication goes beyond mere rhetoric; it translates into tangible support and opportunities for individuals like myself.

I urge you to consider the positive impact Jose Huizar has had on our community when assessing his situation. Losing him would mean losing a valuable resource, a mentor, and a role model. Recently, he encouraged me to pursue law school, recognizing the importance of representation and the unique challenges faced by first-generation college students. His guidance in uncharted territories is irreplaceable and invaluable.

I am heartbroken at the thought that Jose may not witness my graduation this spring, but I carry with me the lessons and experiences he provided, shaping my understanding of what life should be. The allegations against him seem out of character, considering his unwavering commitment to community welfare.

In these challenging times, where our community strives for representation at the table rather than being scapegoats in an endless cycle of oppression, Jose Huizar stands as a beacon of hope and advocacy. I implore you to consider the broader impact of his absence on both his immediate and extended family, where he remains one of the only educated and well-resourced individuals ready to offer support in any matter.

Thank you for taking the time to consider my perspective. I believe in Jose Huizar's commitment to community betterment, and I hope that justice is served with a fair and comprehensive understanding of his contributions.

Sincerely,
*Maura Morales*
UCLA Class of 2024
Public Affairs Major & Education Minor
Hermanas Unidas de UCLA
Co-Chair 2023-2024

# EXHIBIT 1-40

To whom it may concern:

I, Porfirio Serrano, legal of age, presently living at 3449 E 8th St. Los Angeles, CA 90023 and phone number (323) 495-5193 under the Laws of United States, I state the following in the best of my knowledge,

Jose Huizar, is my sister's son, he is my nephew and most importantly he is my friend. I have been a part of his childhood and his adulthood. He has always been studious and a hard worker. His accomplishments include a degree in law, various positions of leadership in his roles throughout his education and with his community, and he has received awards and recognitions for his influence in Los Angeles as well as in Jerez, Zacatecas (his hometown). From my perspective as his uncle, I've been blessed to witness his positive influence on the community and family beyond his accolades. I have seen his character shine through with his actions.

In Los Angeles, Jose Huizar has always gone out of his way to mentor and help the community youth. He is well loved by parents, since he has constantly lent a helping hand during his councilman position for the City of Los Angeles, such as leading initiatives that improved his community.

He has also supported his hometown of Jerez, Zacatecas in Mexico with his own personal resources. Such as sending school buses for local students trying to get to their university. These students did not have an initial form of transportation and Jose Huizar financed and planned this. He also supported his hometown by donating an ambulance vehicle and a firetruck. And lastly, he has even led and supported the construction of bathrooms for his hometown church.

He is a hero in his Los Angeles and the Jerez community, and just as importantly he is his extended families' hero, pride and joy. His beautiful wife, and kids feel this as well.

If you should need additional information, please do not hesitate to contact me at the number listed above.

Porfirio Serrano                    12-12-2023

# EXHIBIT 1-41

December 10, 2023

To Whom It May Concern,

I trust this letter finds you in good health and spirits. I am writing to share my deep admiration and affection for my cousin José Luis Huizar, as he faces the legal proceedings before your esteemed court. In these challenging times, I believe it is important to provide insight into the exceptional person he is beyond the current circumstances.

I have had the privilege of witnessing his journey filled with love, compassion, and an unwavering commitment to personal growth. He has a heart that extends kindness to those around him and an innate ability to bring warmth into any situation.

He has earned the respect and admiration of the community. José has been instrumental in fostering unity, promoting education, and exemplifying the values that bind a community together.

Within our family, José has been a source of support and guidance. He has been an anchor during challenging times, offering encouragement and wisdom to both young and old. As José faces the legal matters before the court, I want to highlight his role as a caregiver. He has not only shouldered the responsibilities of caregiving with grace but has also exhibited remarkable strength and resilience in ensuring his mom receives the care and attention she deserves.

Your Honor, I sincerely hope that you may give Jose the lowest sentence possible, as he is my aunt Isidra's main support and it would take a toll on her health and well being.

With sincere love and respect,

Max Jr Banuelos

# EXHIBIT 1-42

December 11,2023

To Whom It May Concern,

I am writing to provide a character reference for José Luis Huizar a person whose character is as exceptional as their intellect is profound. I have had the privilege of witnessing the many qualities that make Jose truly remarkable.

Jose possesses a rare combination of warmth and intelligence. Their love for others is evident in every interaction, creating an environment of genuine care and understanding. Their empathy is not only a testament to their compassionate nature but also a driving force behind their commitment to making a positive impact on the lives of those around them.

In the time that I have known Jose I have observed him not just take care of his mother but his whole family and community. Watching him grow up and be his mothers backbone makes me incredibly proud of the man he has become. Despite the current legal situation, it is important to recognize that Jose is more than the actions for which they are facing consequences.

I respectfully request the court's consideration of Jose's positive attributes, personal growth, when determining an appropriate sentence. It is my sincere belief that a compassionate approach, recognizing both accountability and the opportunity for a heartfelt transformation, would truly serve the cause of justice.

Thank you for your thoughtful consideration.


Warm regards,

Maximiliano Banuelos

# EXHIBIT 1-43

December 14, 2023

Mario Barrios (*maternal cousin*)
19256 W Clarendon Avenue
Litchfield Park, AZ 85340
(602) 339-1749
*Mar2265615@gmail.com*

**Re:** *United States of America v. Jose Luis Huizar (Case No. 20-CR-326)*

Dear Hon. John F. Walter,

Judge Walter, it is with great sadness and disappointment that I must find the words to articulate all my feelings on one sheet of paper. Allow me to provide you with a little background information about Mr. Jose Luis Huizar's traits as my cousin. Jose has always had a natural parental instinct to love and protect those around him. As long as I can remember, he has watched out for me and my older brother behaving more like a big bother by shielding us from our natural environment. Coming from a single-parent family home Jose distracted me and my older brother from the violence in the streets by taking us on different outings to the park and trips to the mall. As a young impressionable teenager of the 90s, Jose always made a great effort to ensure my brother and I were not negatively influenced by our surroundings. I can recall the summer of 1989 when Jose came back home for the summer and disciplined me for receiving a poor report card. That afternoon Jose kept me from playing outside with my friends. Eager to play outside that day, Jose asked about my report card. He analyzed my grades and then proceeded to question my effort in school. Needless to say, he did not allow me to play outside for receiving unsatisfactory grades. I was extremely upset with Jose that afternoon. Jose not only provided comfort but also some words of wisdom. He said, "If you set your goals high and you will fail, it will be okay because you will fail above everyone else." At the time, I did not understand this statement but as I grew older, it made more and more sense. Jose had planted a seed and imprinted the fundamentals of success. As busy as he was with his career, Jose seemed to make time to evaluate my academic work throughout my early childhood education leading into my tertiary education where I ended up receiving my associate's, bachelor's, and master's degree in environmental policy with his help. His assistance throughout the past 40 years of my life has significantly impacted the quality of my life, ensuring I became a respectable person in society and made a positive contribution to my community. It is because of Jose that I became a public servant, I work for the Arizona Department of Environmental Quality where I have the privilege of protecting and enhancing public health and the environment in the State of Arizona. Jose is far from perfect, but his imperfections are what have shaped him his whole life and his misjudgments should not cast a shadow over the positive impact he has had on me, my brother, our family, and his community. Jose has expressed his deepest remorse for the heartache he has brought to his family and community. Your honor, I fear that his children will not receive the same level of one-on-one support as I did. I strongly believe that Jose can have a positive impact on his kids if permitted. I hope you can find it in your heart to guide Jose to redemption and consider his children's future at the time of sentencing.

*With appreciation,*

Mario Barrios (Dec 14, 2023 22:47 MST)

*Mario Barrios*

# Jose Luis Huizar

Final Audit Report                                                                  2023-12-15

| | |
|---|---|
| Created: | 2023-12-15 |
| By: | Mario Barrios (Barrios.Mario@azdeq.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAaQoNmkAoQQ3EMuP3_kUjsF2XflUZl1gX |

## "Jose Luis Huizar" History

📄 Document created by Mario Barrios (Barrios.Mario@azdeq.gov)
2023-12-15 - 5:44:46 AM GMT- IP address: 136.226.64.118

📧 Document emailed to mar2265615@gmail.com for signature
2023-12-15 - 5:45:34 AM GMT

📄 Email viewed by mar2265615@gmail.com
2023-12-15 - 5:45:46 AM GMT- IP address: 174.22.215.65

✍️ Signer mar2265615@gmail.com entered name at signing as Mario Barrios
2023-12-15 - 5:47:03 AM GMT- IP address: 174.22.215.65

✍️ Document e-signed by Mario Barrios (mar2265615@gmail.com)
Signature Date: 2023-12-15 - 5:47:05 AM GMT - Time Source: server- IP address: 174.22.215.65

✅ Agreement completed.
2023-12-15 - 5:47:05 AM GMT



📜 **Adobe Acrobat Sign**

**EXHIBIT 1-44**

To: Honorable John F. Walter

Your Honor,

I am writing this letter on behalf of my cousin, Jose Huizar, who has pleaded guilty to the charges of conspiracy to violate the Racketeer Influenced and Corrupt Organizations Act and one count of tax evasion.

Everyone in our family was shocked to hear the news. It came as a surprise for all of us that my cousin, can ever be accused of such an act. He has always been very obedient and never caused any trouble that would put our family's name at risk, on the contrary, he would always advise our younger cousins to respect the law. Since I grew up with Jose Huizar, I have always seen the special person he grew up to be humble, intelligent, giving and sensitive.

Jose Huizar has helped so many people in the City of Los Angeles as a Councilmember. I witness how the community members loved and appreciated him for his good deeds and humble character.

I can attest that he has shown sincere remorse for his offenses. I can assure you that this will be his first and last accusations. And I respect the court's decision and believe that this will be a life lesson for him.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case. I still believe Jose Huizar to be an honorable individual, a valuable member of our family, and a good human being.

Sincerely,
Hilda Figueroa

**EXHIBIT 1-45**

**Natalie Degrati**

| | |
|---|---|
| **From:** | EVELIA HUIZAR <evie4me@sbcglobal.net> |
| **Sent:** | Friday, December 22, 2023 12:26 AM |
| **To:** | Charles Snyder |
| **Subject:** | Jose Huizar |

EXTERNAL SENDER

Judge Walter,

Your honor, our names are Evelia Huizar and  Elpidio Huizar, Jose Huizar is our cousin.

I Evelie have known Jose Huizar for over 40 years, and I Elpidio, José has been in my life since his  birth.
Jose Huizar, as the person we know and till this day are proud of the beautiful person he is. from his humble beginnings to the successful man he became.  He was a child with a great vision and worked hard at making his dreams a reality. He was a great student, focused and determined always studying making sure to make his grades.
He was a good son as a child and more as an adult after loosing his father at a young age, his responsibilities were now greater.
He continued with his schooling but also took part in the responsibility for the well-being of his mother and younger brother. Jose is an and has always been a caring person making life better for the less fortunate. As a young adult making his dream a reality through hard work and dedication he graduating from college then got married followed by the birth of his children an becoming a devoted loving father.
Your honor the mistakes Jose made later in life are definitely out of character, we as his extended family know that he has so much more to offer from being present in his children's life to continue his charity  work for the less fortunate. We asked that you take this in consideration for Jose future and give him an opportunity to demonstrate this in society.
He is very remorseful and ashamed for all the wrong doings but unfortunately they happen and he has to face the consequences, all we ask your honor is to please keep his family his children in mind when doing your final decision on Jose future. We would love to have him home as soon as  possible to continue being the great person he was and can continue to be and more than anything be home and present with his young children.
Thank you for your time in reading our letter.
Sincerely,
Evelia and Elpidio Huizar

Sent from my iPhone

# EXHIBIT 1-46

December 20, 2023

Dear Honorable John F. Walter,

My name is Jose Manuel Larez. I am the brother-in-law of Jose Huizar. I've known him for 20 years. Since I've known him, he has dedicated himself to working hard and taking care of his family, always a very dedicated person with a humble heart.

I remember the days during Christmas time and Thanksgiving during which we gathered at his home, to spend a happy time with family, and he offered us what he could, especially the opportunity to see the family gathered, relaxed and shared stories. Jose and Richelle's home was always warm and welcoming. He went out of his way to make sure his family had everything they needed.  I saw the closeness of his brothers and sisters, how much they get along and I can feel the love for all the children as well.

Also, my sister-in-law Richelle, a good person, told us with great pleasure how much she loves to cook for others. She cooked for us and as long as we the family were happy made her happy. Richelle decorated her house to look fantastic so that Jose's family can enjoy. Richelle has a close relationship with her mother-in-law, always looking out for her. Richelle made sure Jose's Mom, was comfortable and well fed. The family is very close and share all the holidays, family gatherings with extended family like aunts, uncles and cousins.  The Huizar family is genuine, humble, giving and kind family, they give to others what they can, and are generous.  I am honored to be part of this family and share our lives together.

I was very happy when Jose went above and beyond to help the community, making him happy to help people. I felt very proud to see that he was someone in the government who was so important, coming from a poor and humble family.

I looked and wondered how he did it. To be at so many events and meetings - it was too much - and yet he was always pleasant, never angry. He always visited the saints to whom he devoted himself, going to Zacatecas to the Santo Nino and Saint Judas Tadeo, and when he visited them, he felt their support and blessings. He has a very great faith because of his personal growth.

It caused me surprise and anger when he was accused. He doesn't deserve what they are doing to him, the punishment they want to give him is too severe for a humble, kind man. God knows him and sees him.

Please ask that you look at all the good he did and continues to do.

Sincerely, Jose Manuel Larez

**EXHIBIT 1-47**

| | |
|---|---|
| **From:** | belia martinez |
| **To:** | Charles Snyder |
| **Subject:** | Fw: Letter of support for Jose Huizar. |
| **Date:** | Thursday, December 21, 2023 7:20:01 PM |

**EXTERNAL SENDER**

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "belia martinez" <beliacm@yahoo.com>
**To:** "Chareles_Snyder@fd.org" <Chareles_Snyder@fd.org>
**Sent:** Thu, Dec 21, 2023 at 5:08 PM
**Subject:** Letter of support for Jose Huizar.
Judge Walter.


We're cousin's of Jose  Huizar we're sadden about the case on hand. He is  a giving and helpful person.
Watching him grow and become an educated member of the family made us proud.
He was well known in the local community helping seniors and mentoring young adults.
Always helping and comforting family.
I'm sure that this incident has made him look at his life and make better choices.
I hope he has the opportunity to be back in the community and family where he is needed specially his children.

Thank you.
Belia and Ben Martinez.

Sent from Yahoo Mail on Android

# EXHIBIT 1-48

Dear Judge Walter,                                                December 13, 2023

     I am Rosa Minero. I have known Mr. Jose Huizar since 2010, during which time I cared for his children and cleaned house.

     Jose and Richelle are good people, dedicated to their home and their children. Mr. Huizar always is very caring regarding his four children, especially the youngest, ███████████ ████████████████████████████████████████████████████ ██ Huizar take him to school, took him on walks, and picked him up from school.

     I personally, witnessed Mr. Huizar doing this while I worked for them for 10 years, only leaving because of the pandemic. ███████████████████████████████████ ████████

     For 10 years I observed Mr. Huizar at events and saw how many people appreciated and loved Jose. And, I continue to come to clean their home from time to time, since Jose and Richelle make me feel like a member of the family.

     I am very sad, and never imagined that this would happen to Mr. Huizar and his family, it makes me cry.  The public has always been with him, it is strange that this would happen to him when he was ready to leave his job as city council. I don't understand why people would want to hurt Mr. Huizar and especially his children. I feel terrible for his kids and worry about them, as they need their fathers help.

Sincerely,

Rosa Minero

December 15, 2023

# EXHIBIT 1-49

EXTERNAL SENDER

Manuel Miranda
13850 Lomitas Ave
La Puente, CA 91746
12/17/2023

Having known Mr. Huizar for a significant period of time, I insist on expressing my belief that he deserves a less severe jail sentence due to his exceptional character as a great person and the positive contributions he has made to both his community and the lives of those around him. Through my interactions with Mr. Huizar, I have come to know him as a person of moral integrity. He consistently exhibits compassion, empathy, and understanding, which is evident in his interaction with others.

Thank You for your time.

# EXHIBIT 1-50

December 14, 2023

Dear Honorary John F. Walter,

My name is Norma Montero, I am Jose Huizar's cousin. His mom and my mother where sister (my mom passed). We all grew up closed together even now my aunt is like a mother to me as she is also my godmother. I see how he watches over her, takes her to her doctor's appointments. Jose is the joy and pride of the family as he was the first to go to a University and always encouraged the young high schoolers to continue their education as he did. He worked hard even as a young man I remember him having a paper route. He was very dedicated to his education, as I remember when we had family reunions he was always in his room studying. He is very kind and loves his family very much including me. He has a big heart as I remember when my brother died in 2018, at my brother's funeral the priest recognized him as the councilman and asked him to say a few words. Jose, at this time was not shy to speak in public as he was good at it due to his position. I remember as he talked about my brother his voice cracked and he teared up I knew he was hurting as I was. That's how big hearted person he is. I love my cousin and I will always be Team Huizar.

Thank you for you time.

Norma Montero

[ADVENTISTHEALTH:INTERNAL]

# EXHIBIT 1-51

December 10, 2023

To Whom It May Concern,

I hope this letter finds you well. I am writing to express my support for José Luis Huizar,
a cherished member of our family and a loving member of the community. In times like
these, it feels essential to express the profound love and admiration we hold for him.

In our family, we have always admired José Luis Huizar for his kindness, honesty, and
unwavering sense of responsibility. He has been a source of strength for all of us, and I
am confident that these admirable traits will shine through during this challenging time.

Throughout his academic journey, and career, José has consistently exhibited a strong
work ethic and a keen intellect. José's dedication to learning is truly commendable and
has been a role model to all of us.

Beyond academics, José is a person of integrity and reliability. José is not only well-
educated but also a genuinely good person, contributing positively to the academic and
social environment.

Please consider this letter as a testament to the love and support that envelop José
Luis Huizar. If there is anything more you need or if I can offer further insights, do not
hesitate to reach out. Our family is united in sending an abundance of love and
positivity during this difficult time.

With heartfelt love,

Karely Carrillo Roman

# EXHIBIT 1-52

# AFFIDAVIT OF WITNESS

Date: December 9, 2023

TO WHOM IT MAY CONCERN:

I, MARIA GUADALUPE SERRANO, LEGAL OF AGE, PRESENTLY LIVING AT 10435 WAGNER WAY RIVERSIDE CA 92505 AND PHONE NUMBER (951)622-9572 UNDER THE LAWS OF UNITED STATES, I STATE THE FOLLOWING IN THE BEST OF MY KNOWLEDGE,

JOSE HUIZAR IS MY NEPHEW AND I HAVE KNOWN HIM SINCE HE WAS BORN. I SAW HIM GROWING UP IN A UNITED FAMILY WITH HIGH MORAL STANDARDS AND HUMBLENESS. IN HIS EARLY YEARS, HE HAS ALWAYS SHOWN OUTSTANDING EDUCATION. HE SERVED IN THE CATHOLIC CHURCH AND ATTENDED TO CATHOLIC SCHOOL UNTIL HE FINISHED HIGH SCHOOL. AFTER HIGH SCHOOL HE ATTENDED UC BERKELEY, PRINCETON UNIVERSITY (MASTER'S DEGREE) AND AT UCLA ATTENDED LAW SCHOOL AND OBTAIN HIS JURAR DEGREE.

JOSE IS A GREAT FAMILY MAN. I AM VERY PROUD TO BE HIS AUNT. I WAS ASKED TO WRITE A LETTER OF GOOD CONDUCT ON BEHALF OF MY NEPHEW, AND ALL I HAVE TO SAY IS THAT MY NEPHEW HAS ALL THE POSITIVE AND WONDERFUL QUALITIES THAT MAKE HIM A HARD WORKING AND RESPECTFULL HUMAN BEING.

HE IS A LOVING FATHER OF ███████████ AND MARRIED TO HIS LOVELY WIFE RACHEL HUIZAR. JOSE MET HIS WIFE AT UCLA LAW SCHOOL AND SHE IS ALSO OBTAIN HER JURAR DEGREE ALONG HIS SIDE. HE IS THE MAIN PROVIDER OF HIS FAMILY AND MAKES SURE THEY ARE TAKEN CARE OF THE FAMILY NEEDS.

AS WELL, I CAN SAY JOSE HAS ALWAYS HELPED OUR FAMILY AND PEERS. HE STRIVE HIS BEST TO HELP OTHERS WITHOUT OBTAINING ANYTHING IN RETURN. HIS HELPED HAS COME FROM HIS HEART AND WILL. JOSE IS A KIND PERSON AND I AM VERY PROUD TO WRITE THIS LETTER ON HIS BEHALF FOR ANY PURPOSE THAT HE MAY NEED.

IF YOU SHOULD NEED ADDITIONAL INFORMATION, PLEASE DO NOT HESITATE TO CONTACT ME AT THE NUMBER LISTED ABOVE.

SINCERELY,

MARIA GUADAL

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Riverside

Subscribed and sworn to (or affirmed) before me on this 9TH day of December 2023, by _____
_____Maria Guadalupe Serrano_____ , proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.



GRACE KELLY VALENZUELA
Notary Public - California
Riverside County
Commission # 2448964
My Comm. Expires Jun 11, 2027

Signature _____