# EXHIBIT 2

**Jose Huizar**

### Sun Jan 21, 2018

**11am - 12pm   11 a.m. St. Ignatius Church Mass**

**Where:** Saint Ignatius of Loyola Catholic Church, 322 N Ave 61, Los Angeles, CA 90042, USA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:**
huizar.info@gmail.com, George Esparza, Lucy Aparicio, Jose Huizar, Jonathan Zuniga, Zenay Hayward
**Description:**
Staff: Lucy Aparicio; + Family 12/11/17 - rescheduled due to Council Recess. /Mayra 08/03/17 - added./Mayra

**3:30pm - 4:30pm**
**3:30 p.m. Arrival Time, LAPD and Eastside Bike Club's El Sereno Family Bike Ride**

**Where:** El Sereno Park, 4119 Klamath Pl, Los Angeles, CA 90032, USA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** huizar.info@gmail.com, Julio Torres, Jose Huizar, Jonathan Zuniga, Zenay Hayward
**Description:**
Staff: Julio Torres; + Family (tentative) Role: Ride along with families Contact: (Staff: Julio Torres) Note: There is no speaking role. Bike ride will be approximately 1 to 1.5 hours, but you can stop anytime. *Arrival Time is 3:30pm and the caravan starts at 4pm.* 01/16/18 - added./Mayra

### Mon Jan 22, 2018

**All day   NOTE: Hilda Carrillo is out of the office**

Mon Jan 22, 2018
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jose Huizar, Paul Habib, Jonathan Zuniga
**Description:** Note: Approved by Paul

**1:30am - 9:30am   FASTING (8 HOURS) | NO FOOD - NO WATER**

**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez

**9am - 10am   9:15 a.m. Arrival Time, 9:30 a.m. Personal Appointment**

**Where:** Madison Radiology Medical Group, 65 N Madison Ave, Pasadena, CA 91101, USA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jose Huizar, Jonathan Zuniga
**Description:**
Ultrasound Appointment Confirmed with: Marissa Note: FASTING FOR 8 HRS PRIOR Contact: Madison Radiology | (626) 793-8189 O 01/12/18 - added./Mayra

**10am - 11:30am   10 a.m. Regular Monthly Grand Avenue JPA Meeting**

**Where:** Hall of Administration, Conference Room 374A
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Shawn Kuk, Katie Kiefer, Jose Huizar, Paul Habib, Jonathan Zuniga
**Description:**
Staff: Shawn & Katie Contact: Katrin Aslanian-Vartan l KAslanian-Vartan@ceo.lacounty.gov | 213-974-1461

### 12pm - 12:45pm   Coffee @ Starbucks
**Where:** Starbucks, 120 S Los Angeles St #110, Los Angeles, CA 90012, USA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Kevin Ocubillo, Jose Huizar, Jonathan Zuniga
**Description:**
Coffee Meeting with: Mario Solis-March Staff: n/a Subject: Follow-up (Catching up) Contact: Mario Solis-March | mario@targetedtech.org | (323) 417-1152 P  01/19/18 - confirmed with Mario, via email./Mayra  01/19/18 - awaiting confirmation./Mayra

### 1pm - 2pm   1 p.m. Weekly Policy / Planning Meeting
**Where:** City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:**
Kevin Ocubillo, Jose Huizar, Martin Schlageter, Jesse Leon, Shawn Kuk, Jonathan Zuniga, Nate Hayward, Zenay Hayward, Yurida Ramos, Paul Habib, Rick Coca, Joella Hopkins
**Description:** Lead: Paul Habib 10/30/17 - added./Mayra

### 2pm - 2:30pm   2:00 p.m. Weekly Planning Meeting
**Where:** City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jonathan Zuniga, Shawn Kuk, Paul Habib, Kevin Ocubillo, Jose Huizar
**Description:** Lead: Planning Team 10/30/17 - added./Mayra

### 2:30pm - 2:45pm   Meet with Paul
**Where:** City Hall
**Calendar:** Jose Huizar
**Created by:** Paul Habib
**Who:** Jose Huizar, Paul Habib

### 2:45pm - 2:50pm   2:45pm CM Video Shoot for Homeless Count
**Where:** City Hall Office
**Calendar:** Jose Huizar
**Created by:** Paul Habib
**Who:** Rick Coca, Jose Huizar, Isaiah Calvin, Eva Camacho
**Description:**
Who: CM "I Count" video for LAHSA Homeless Count What: 30-45 sec-video shot in BH Office Where: City Hall Office When: 2:05 pm, Monday Jan. 22, 2018 Staff: Isaiah, Rick Why: to promote LAHSA's Homeless Count 1/22/2018 - Per RC added./Paul

### 3pm - 3:30pm   3 p.m. Weekly Executive Meeting
**Where:** City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:**
Jose Huizar, Jesse Leon, Zenay Hayward, Joella Hopkins, Mayra Alvarez, Paul Habib, Jonathan Zuniga, Rick Coca, Rocio Hernandez
**Description:** Lead: Paul Habib 10/30/17 - added./Mayra

### 3:30pm - 3:45pm   3:30 p.m. Weekly Scheduling Meeting
**Where:** City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Paul Habib, Rick Coca, Eva Camacho, Jose Huizar, Jonathan Zuniga
**Description:** Lead: Paul Habib 10/30/17 - added./Mayra

**Jose Huizar**

### 3:45pm - 4:30pm   Meeting re: Footlocker
**Where:** City Hall Office
**Calendar:** Jose Huizar
**Created by:** Paul Habib
**Who:** Shawn Kuk, Jose Huizar, Paul Habib, Jonathan Zuniga
**Description:**
Meeting with: Footlocker Team and Palace TeamStaff: Shawn Kuk Subject:
Footlocker Contacts: Arnie Berghoff & Shahram Delijani **CONFIRMED AND ADDED BY PAUL**
Meet with Footlocker team (Arnie Berghoff) and the Palace team (Shahram Delijani), per CM.
Paul confirmed both groups attendance

### 5pm - 5:30pm   Meeting re: Peebles Corporation
**Where:** City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jose Huizar, Jonathan Zuniga
**Description:**
Meeting with: Don Peebles (Peebles Corporation) Staff: n/a Subject: (AG Request)
Los Angeles City Council unanimously approved a $1.2-billion plan from developers Claridge Properties, MacFarlane Partners, and The Peebles Corporation for the Angels Landing development. Don Peebles is the Founder, Chairman and CEO of The Peebles Corporation.
Contact: Marisela Avila | mavila@gateway-sci-eng.com | (626) 696-1600 P  01/19/18 - location change per AG./Mayra  01/17/18 - per CM, added./Mayra

### 6pm - 8pm
### FYI: Aliso Pico's Meet and Greet with Maria Elena Durazo (6pm - 8pm)
**Where:** Aliso Pico Recreation Center, 370 S Clarence St, Los Angeles, CA 90033, USA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** huizar.info@gmail.com, Jose Huizar, Rocio Hernandez, Zenay Hayward
**Description:**
Staff: Rocio Hernandez; + Richelle Huizar Role: Attend Contact: (Staff: Rocio Hernandez) 01/16/18 - added./Mayra

## Tue Jan 23, 2018

### All day   Rita Rios (Mother in law) Birthday
Tue Jan 23, 2018
**Calendar:** Jose Huizar
**Created by:** Andrea Sotelo
**Who:** Jose Huizar, ana.cubas@lacity.org, Andrea Sotelo
**Description:** Family Birthday

### 10am - 1pm   10 a.m. City Council Meeting
**Where:** City Hall, Council Chambers
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Yurida Ramos, Jose Huizar, Jonathan Zuniga, Josue Landa
**Description:** Staff: Yurida Ramos

### 10:30am - 10:45am   Meet with Eva
**Where:** Council chambers
**Calendar:** Jose Huizar
**Created by:** Paul Habib
**Who:** Jose Huizar, Diana Yedoyan, Eva Camacho

### 1pm - 2:30pm   1 p.m. Economic Development Committee
**Where:** City Hall, 10th Floor (Room 1060)
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Martin Schlageter, Jose Huizar, Jonathan Zuniga, Jesse Leon
**Description:** Staff: Jesse Leon Lead: CD9

### 2pm - 2:30pm   2 p.m. Brief: Planning and Land Use Management Committee
**Where:** City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:**
Clare Eberle, Jose Huizar, Kevin Ocubillo, Paul Habib, Shawn Kuk, Yurida Ramos, Jonathan Zuniga
**Description:** Staff: Planning Team 10/30/17 - added./Mayra

### 2:30pm - 5pm   2:30 p.m. Planning and Land Use Management Committee
**Where:** City Hall, Council Chambers
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Shawn Kuk, Kevin Ocubillo, Yurida Ramos, Jose Huizar, Jonathan Zuniga
**Description:** Staff: Planning Team

### 5pm - 6pm   Brian Van Riper
**Where:** Zinc
**Calendar:** Jose Huizar
**Who:** Jose Huizar, Jonathan Zuniga
**Description:** **ADDED BY CM**

## Wed Jan 24, 2018

### 9:30am - 11am
### 10:30 a.m. CM Speaking @ LA Area Chamber's Land Use, Construction, and Housing Council
**Where:** Los Angeles Area Chamber of Commerce, 350 S Bixel St, Los Angeles, CA 90017, USA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Shawn Kuk, Jose Huizar, Jonathan Zuniga, Jesse Leon, Joella Hopkins
**Description:**
Staff: Shawn Kuk and Jesse Leon Talking Points: Shawn Kuk Role: Remarks to General Meeting Contact: Olivia Lee | OLee@lachamber.com | (909) 632-8028 C  01/16/18 (2) excused by CD10, confirmed with Olivia./Mayra  01/16/18 - awaiting availability from CP's office./Mayra

### 10am - 1pm   10 a.m. City Council Meeting
**Where:** City Hall, Council Chambers
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Yurida Ramos, Jose Huizar, Jonathan Zuniga, Josue Landa
**Description:** Staff: Yurida Ramos

### 1:45pm - 2:45pm   1:45 p.m. Strategic Communications Meeting
**Where:** Main City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Rick Coca, Isaiah Calvin, Joella Hopkins, Jose Huizar, Paul Habib, Zenay Hayward
**Description:**
Lead: Joella Hopkins Staff: Communications Team | Paul Habib | Zenay Loera
1/23/2018 - change the location from BH to CH and emailed staff./Eva 12/29/17 - added./Mayra

# Jose Huizar

### 3pm - 3:30pm   Meeting re: South Park BID
**Where:** Main City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Joella Hopkins, Jose Huizar, Jonathan Zuniga, Lilie Gross
**Description:**
Meeting with: Ellen Riotto & Board Chair Robin Bieker) (ED, South ParkBID)Staff: Joella Hopkins and Lilie GrossSubject: (Meet and Greet)Contact: Ellen Riotto | ellen@southpark.la | (401) 439-8147 C1/23/18 - change mtg location. notified & confirmed w/Ellen viaemail./Eva 01/16/18 - emailed to change time./Mayra01/16/18 - confirmed with Ellen, via email./Mayra 01/10/18 - awaiting confirmation./Mayra

### 3:45pm - 4:15pm   Meeting re: Washington Blvd
**Where:** Main City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Nate Hayward, Jose Huizar, Jonathan Zuniga
**Description:**
Meeting with: Antoine Alwan Staff: Nate Hayward Subject: Washington Blvd Gas Station Alley Vacation Request Contact: Antoine Alwan | (323) 717-1212 C 01/23/18 - Confirmed the change of location w/Antoine via phone call./Eva 01/19/18 - confirmed with Antoine, via phone./Mayra

### 6:45pm - 7pm   7:45pm Phone Conference Re: PSR
**Where:** Dial-in Number: (641) 715-3580 Access Code: 246252
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Nate Hayward, Joella Hopkins, Jose Huizar, josegardea@hotmail.com, Paul Habib
**Description:**
Dial-in Number: (641) 715-3580 Access Code: 246252 1/24/18 - Phone conference confirmed. /Eva 1/23/18 - Per CM added. Details to follow./Eva

### 7pm - 8pm   Dinner with Chairman
**Calendar:** Jose Huizar
**Description:** **ADDED BY CM**

## Thu Jan 25, 2018

### 10am - 11am   11 a.m. Night On Broadway Press Conference
**Where:** Los Angeles Theatre, 615 S Broadway, Los Angeles, CA 90014, USA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:**
Rick Coca, George Esparza, Rocio Hernandez, Jose Huizar, Jonathan Zuniga, Zenay Hayward, Isaiah Calvin
**Description:** Staff: Rick Coca | Rocio Hernandez | Zenay Loera 12/27/17 - added./Mayra

### 11am - 11:10am
### 12noon Phone Interview w/Araceli Martinez, La Opinion Re: NOB
**Where:** Call Araceli: (213) 369-8190
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Rick Coca, Jose Huizar, Paul Habib, Jonathan Zuniga, Isaiah Calvin
**Description:**
Phone Interview: Araceli Martinez from La Opinion Re:Night On Broadway Contact: Araceli Martinez (213) 369-8190 araceli.martinez@laopinion.com 1/25/2018 - Per Rick added. /Eva

# Jose Huizar

### 12pm - 1pm   1pm Lunch with Zach
**Where:** Spring, 257 S Spring St, Los Angeles, CA 90012, USA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jonathan Zuniga, Jose Huizar
**Description:**
**ADDED BY CM** 1/23/2018 - Reservations are confirmed for 3, under Councilmember Jose Huizar./Eva

### 1:30pm - 2pm   Meeting re: BIA LAV
**Where:** Main City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jose Huizar, Paul Habib, Jonathan Zuniga, Martin Schlageter, Jesse Leon
**Description:**
Meeting with: Tim Piasky (CEO, BIA LAV) Staff: Martin Schlageter and Jesse Leon
Re: (Catching Up) Contact: Tim Piasky | tpiasky@bialav.org | (213) 797-5962 P  01/23/18 - location changed. notified and confirmed w/Tim via email./Eva  01/16/18 - confirmed with Tim, via email./Mayra  01/10/18 - awaiting confirmation./Mayra

### 2:15pm - 2:45pm   Meeting re: Victory Outreach
**Where:** Main City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jose Huizar, Rocio Hernandez, Jonathan Zuniga, Miriam Rodriguez, Matthew Casillas
**Description:**
Meeting with: Pastor Jesse Figueroa (Victory Outreach) Staff: Miriam Rodriguez and Matthew Casillas Subject: Future of the Ministry Contact: Pastor Figueroa | jesfig@sbcglobal.net | (323) 251-3258 P  01/23/18- location changed. notified and confirmed w/Pastor Jesse via email./Eva  01/19/18 - confirmed with Pastor Figueroa./Mayra  01/10/18 - awaiting confirmation./Mayra

### 3pm - 3:30pm   Meeting Re: 6th Street Bridge
**Where:** Main City Hall Office
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Nate Hayward, Jose Huizar, Jonathan Zuniga
**Description:**
Meeting with: Gary Lee Moore, BOE Staff: Nate Hayward Subject: 6th Street Bridge Contact: Nate 1/23/2018 - Meeting confirmed w/Nate via email./Eva 1/22/2018 - Per Nate added. Details to be added./Eva

### 3:40pm - 4:10pm   Meeting re: CD14 License
**Where:** Main City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jose Huizar, Jonathan Zuniga, Jesse Leon
**Description:**
Meeting with: Polo Molina Staff: Jesse Leon Subject: License in CD14 Contact: Josh Ramos | josh@grassrootsmusic.com | (323) 906-2999 O  01/24/18 - mtg confirmed w/Josh via phone and email./Eva 01/17/18 - per CM, cancelled time; awaiting confirmation./Mayra  01/17/18 confirmed with Josh, via email./Mayra

**Jose Huizar**

### 4:20pm - 4:40pm   5:20pm Phone Call Re: PSR w/ Rob Jernigan
**Where:** Eva will connect the call
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Jose Huizar, Paul Habib, Jonathan Zuniga
**Description:**
Phone Call with: Rob Jernigan Staff: n/a Subject: PSR Contact: Helyda (213) 327-3724 robert_jernigan@gensler.com 1/24/18 - confirmed w/Heyda via phone and email./Eva 1/23/18 - Per CM added. Details to follow./Eva

### 7:30pm - 8:30pm   Dinner @ WP24 by Wolfgang Puck
**Where:** WP24 by Wolfgang Puck, 900 W Olympic Blvd, Los Angeles, CA 90015, USA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** huizar.info@gmail.com, Jose Huizar, Jonathan Zuniga, Jesse Leon
**Description:**
Dinner with: Kurt Petersen and his wife Staff: n/a; + Richelle Huizar Note: Reservations are for 4 guests under Jose Huizar. Confirmation #: 2109826916 Contact: Kurt Petersen, UNITE HERE kpetersen@unitehere11.org 01/24/18 - Dinner confirmed w/Kurt via email /Eva 01/23/18 - Per Jesse processing request./Eva

**Fri Jan 26, 2018**

### 4:50am - 5:40am   Arrive 4:50am KTLA Live from Los Angeles Theater for NOB
**Where:** Los Angeles Theater 615 S Broadway
**Calendar:** Jose Huizar
**Created by:** Paul Habib
**Who:** Rick Coca, Jose Huizar, Rocio Hernandez, Isaiah Calvin, Zenay Hayward, Jonathan Zuniga
**Description:**
Arrive at 4:50 a.m. Los Angeles Theatre With Sarah Lann, LA ConservancyDirector of Education 5:25am LIVE 10 sec tease (Reporter says what'scoming up...) 5:35am LIVE 2:30 minute Segment of show & tell with aninterview Staff: Rick Coca

### 6am - 6:45am   Arrive 6am KTLA Live from Los Angeles Theater for NOB
**Where:** Los Angeles Theater 615 S Broadway
**Calendar:** Jose Huizar
**Created by:** Paul Habib
**Who:** Rick Coca, Jose Huizar, Rocio Hernandez, Isaiah Calvin, Zenay Hayward, Jonathan Zuniga
**Description:**
Arrive at 6 a.m. Los Angeles Theatre With Jesselynn Desmond, LucentDossier Experience 6:26am LIVE 10 sec tease (Reporter says what'scoming up...) 6:40am LIVE 2:30 min Segment of show & tell with aninterview Staff: Rick Coca

### 7am - 7:40am   Arrive 7am KTLA Live from Cliftons for NOB
**Where:** Clifton's Cafeteria, 648 S Broadway, Los Angeles, CA 90014, USA
**Calendar:** Jose Huizar
**Created by:** Paul Habib
**Who:** Isaiah Calvin, Rick Coca, Rocio Hernandez, Zenay Hayward, Jonathan Zuniga
**Description:**
Arrive at 7 a.m. Clifton's Cafeteria Clifton's Cafeteria withProprietor Andrew Meieran 7:25am LIVE 10 sec tease (Reporter sayswhat's coming up...) 7:34am LIVE 2:30 min Segment of show & tell with aninterview Staff: Rick Coca

**Jose Huizar**

### 8:50am - 9:40am   Arrive 9:50 am KTLA Live from Million Dollar Theater for NOB
**Where:** Million Dollar Theater 307 S Broadway, Los Angeles
**Calendar:** Jose Huizar
**Created by:** Paul Habib
**Who:** Rick Coca, Jose Huizar, Rocio Hernandez, Isaiah Calvin, Zenay Hayward, Jonathan Zuniga
**Description:**
Arrive at 8:50 a.m. Million Dollar Theatre Million Dollar Theatre withEpoca de Oro Curator Blanca Soto 9:18AM LIVE 10 sec tease (Reportersays what's coming up...) 9:34AM LIVE 2:30 minute Segment of show & tellwith an interview Staff: Rick Coca

### 10am - 1pm   10 a.m. City Council Meeting
**Where:** City Hall, Council Chambers
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Yurida Ramos, Jose Huizar, Jonathan Zuniga, Josue Landa
**Description:** Staff: Yurida Ramos

### 12pm - 1pm   G
**Where:** Zinc
**Calendar:** Jose Huizar
**Who:** Jose Huizar, Jonathan Zuniga
**Description:** **ADDED BY CM**

### 1:15pm - 1:45pm   Meeting re: AFSCME
**Where:** City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jose Huizar, Jonathan Zuniga, Jesse Leon
**Description:**
Meeting with: AFSCME Staff: Jesse Leon Subject: Meet and Greet Contact: Adam Acosta | adam@afscme36.org | ***  01/12/18 - confirmed with Adam, via email./Mayra  11/29/17 awaiting confirmation./Mayra

### 2:20pm - 4pm   FYI: Mayfield's 2nd Grade Girl Scouts (Aviana)
**Where:** Mayfield Primary Courtyard
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jose Huizar, George Esparza, Jonathan Zuniga
**Description:** Note: Kids' School Calendar 09/01/17 - added./Mayra

### 3pm - 4pm   Apple person with sharahm
**Where:** City hall office
**Calendar:** Jose Huizar

### 6pm - 6:15pm   6pm Phone Call with Christina Kegeyan
**Where:** Christina will call you
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Jose Huizar, Jonathan Zuniga, Paul Habib
**Description:** 1/25/2018 - Per CM added.confirmed w/Christina via call./Eva

### 7pm - 8:30pm   Dinner @ Rossoblu
**Where:** Rossoblu, 1124 San Julian St, Los Angeles, CA 90015, USA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** huizar.info@gmail.com, Jose Huizar, Jonathan Zuniga, Jesse Leon
**Description:**
Dinner with: Rusty & Sandra Hicks (LA Fed) Staff: n/a; + Richelle (Brief: Jesse Leon) Re: Catching Up Contact: Michelle Gnanakone | michelleg@launionaflcio.org | (213) 381-5611 x123 O  *Reservations are for 4 guests under Jose Huizar*  01/12/18 - confirmed with Michelle, via email./Mayra  12/11/17 - rescheduled(*); awaiting confirmation./Mayra 10/04/17 - confirmed with Michelle, via email./Mayra 09/28/17 - awaiting confirmation./Mayra

## Sat Jan 27, 2018

### All day   NOTE: Mayra Alvarez unavailable
Sat Jan 27, 2018 - Sun Jan 28, 2018
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jose Huizar, Jonathan Zuniga, Paul Habib
**Description:** Note: Out of Town

### All day   Pauline Medina's Birthday
Sat Jan 27, 2018
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Description:** Staff Birthday

### 3pm - 12am   CD14: Night on Broadway
**Where:** Broadway, Los Angeles, CA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:**
Jose Huizar, George Esparza, Zenay Hayward, Jonathan Zuniga, huizar.info@gmail.com, Joella Hopkins
**Description:** Staff: DTLA Team, Zenay Loera; + Family 10/30/17 - added./Mayra

## Sun Jan 28, 2018

### All day   NOTE: Mayra Alvarez unavailable
Sat Jan 27, 2018 - Sun Jan 28, 2018
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jose Huizar, Jonathan Zuniga, Paul Habib
**Description:** Note: Out of Town

### 1pm - 2pm   Golf
**Where:** Montebello
**Calendar:** Jose Huizar
**Who:** Jose Huizar, Jonathan Zuniga
**Description:** **ADDED BY CM**

### 2pm - 4pm   2pm Hiking W/Simon, Pack 87
**Where:** Eaton Canyon Natural Area
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Jose Huizar, Jonathan Zuniga, esq4kids@yahoo.com, huizar.info@gmail.com
**Description:**
Note: Meet at the flag pole in front of the nature center and Bob Dollins will be the guide. 1/22/2018 - Per Richelle added, pending CM's approval./Eva

# Jose Huizar

**Mon Jan 29, 2018**

### All day   Nate Hayward's Birthday

Mon Jan 29, 2018
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Description:** Note: Birthday (Staff)

### All day   NOTE: Rocio Hernandez is out of the office

Mon Jan 29, 2018
**Calendar:** Jose Huizar
**Created by:** Paul Habib
**Who:** Jose Huizar, Paul Habib, Jonathan Zuniga

### All day   NOTE: Zenay is out of the office

Mon Jan 29, 2018
**Calendar:** Jose Huizar
**Created by:** Paul Habib

### 8am - 10am   8 a.m. Kevin de Leon Breakfast

**Where:** Hilton Checkers Los Angeles, 535 S Grand Ave, Los Angeles, CA 90071, USA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** jon16zuniga@gmail.com, Jose Huizar
**Description:**
Staff: Christina Kegeyan Note: Kevin de Leon Event 01/19/18 - per CK, confirmed. /Mayra 01/17/18 - per CK, rescheduled./Mayra 11/27/17 - per GE, confirmed./Mayra 11/20/17 - awaiting confirmation./Mayra

### 1pm - 1:30pm   1 p.m. Weekly Policy / Planning Meeting

**Where:** Main City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:**
Zenay Hayward, Jonathan Zuniga, Kevin Ocubillo, Joella Hopkins, Yurida Ramos, Rick Coca, Shawn Kuk, Jesse Leon, Nate Hayward, Jose Huizar, Paul Habib, Martin Schlageter
**Description:**
Lead: Paul Habib 1/23/2018 - Changed mtg location to CH. emailed notification to staff/Eva 10/30/17 - added./Mayra

### 1:50pm - 2pm   11am Weekly Scheduling Meeting

**Where:** Main City Hall (Behind Chambers)
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jonathan Zuniga, Jose Huizar, Diana Yedoyan, Rick Coca, Paul Habib
**Description:**
Lead: Mayra Alvarez   1/23/2018 - Changed mtg location to CH. emailed notification to staff/Eva 10/30/17 - added./Mayra

### 2pm - 2:30pm   2 p.m. Weekly Executive Meeting

**Where:** Main City Hall Office
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:**
Jesse Leon, Rocio Hernandez, Mayra Alvarez, Jose Huizar, Paul Habib, Jonathan Zuniga, Rick Coca, Joella Hopkins, Zenay Hayward
**Description:**
Lead: Paul Habib   1/23/2018 - Changedmtg location to CH. emailed notification to staff/Eva 10/30/17 - added./Mayra

### 2:45pm - 3:15pm
### 2:45pm Press Conference on arrest of suspect in several house of worship fires, including Resurrection Church
**Where:** Resurrection Church, 3324 Opal St, Los Angeles, CA 90023, USA
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Matthew Casillas, Miriam Rodriguez, Rick Coca, Isaiah Calvin, Jose Huizar, Paul Habib
**Description:**
Resurrection church program still being worked out Who: Mayor, LAFD Chief
Terrazos, LAPD, Pasadena Fire and Police officials. What: press conference on arrest of suspect in several house of worship fires, including Resurrection Church. Where: Resurrection Church 3324 Opal St. When: NOTE: Per LAFD Arrive no later than 2:45 pm for brief Contact: Peter Saunders LAFD 213-359-1882 Staff: Rick Coca, Miriam Rodriguez and Matthew Casillas Why: to provide details on The Inter-Agency House of Worship Task Force arrest of 25-year-old Christian Michael Garcia on suspicion of arson and vandalism. 1/29/2018 - Per RC added./Eva

### 7:30pm - 8:30pm   Dinner: Ruben, Blair, Veronica
**Where:** Terronis
**Calendar:** Jose Huizar

## Tue Jan 30, 2018

### 10am - 1pm   10 a.m. City Council Meeting
**Where:** City Hall, Council Chambers
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Yurida Ramos, Jose Huizar, Jonathan Zuniga, Josue Landa
**Description:** Staff: Yurida Ramos

### 10:30am - 11am   Meeting Re: 400 S. Alameda
**Where:** Main City Hall (Behind Chambers)
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Shawn Kuk, Clare Eberle, Jose Huizar, Diana Yedoyan, Paul Habib, Jonathan Zuniga
**Description:**
What: Meeting W/Alfred Fraijo Jr. Re: 400 S. Alameda Staff: Clare Eberle & Shawn Kuk Note: Contact: Alfred Fraijo Jr. 1/29/2018 - Per Mayra added and confirmed mtg./Eva

### 12pm - 1:30pm   Lunch @ Bonaventure
**Where:** (Bonaventure) Lakeview Bistro, South Figueroa Street, Los Angeles, CA, United States
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jose Huizar, Jonathan Zuniga
**Description:**
Lunch Meeting with: Dennis Walsh (Walsh & Associates) Staff: n/a Note: CM
Request Contact: Dennis Walsh | dwalsh@walshlawyers.com | (818) 986-1776 O *Reservations for 2 guests under Jose Huizar*  1/24/18 - confirmed with Deanna, via email./Mayra  1/24/2018 - reached out to Mr. Walsh, pending his confirmation./Eva

### 2pm - 2:30pm
### 2 p.m. Brief: Planning and Land Use Management Committee Meeting
**Where:** City Hall Office
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Shawn Kuk, Yurida Ramos, Kevin Ocubillo, Jose Huizar, Jonathan Zuniga, Paul Habib
**Description:** Lead: Planning Team

### 2:30pm - 5pm   2:30 p.m. Planning and Land Use Management Committee
**Where:** City Hall, Council Chambers
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Shawn Kuk, Kevin Ocubillo, Yurida Ramos, Jose Huizar, Jonathan Zuniga
**Description:** Staff: Planning Team

### 5pm - 5:30pm   Meeting Re: Short Term Rentals Ordinance
**Where:** Boyle Heights District Office
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Shawn Kuk, Jose Huizar, Paul Habib, Jonathan Zuniga, Jesse Leon
**Description:**
What: Meeting with Chris Lehane, Air BnB & Myung Soo Staff: Shawn Kuk Note: Contact: 1/30/2018 - mtg confirmed via email w/Mysung./Eva 1/29/2018 - Per CM's approval coordinating mtg./Eva

### 6pm - 8pm   Dinner @ Officine BRERA
**Where:** Officine BRERA, 1331 E 6th St, Los Angeles, CA 90021, USA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** jon16zuniga@gmail.com, Jose Huizar, huizar.info@gmail.com
**Description:**
Contact: Morrie Goldman | mgoldman@urbansolutionsla.com | (213) 321-7545 C 1/29/2018 - confirmed w/Morrie via phone call./Eva 12/05/17 - rescheduled(*); awaiting confirmation./Mayra 11/20/17 - confirmed with Morrie, via email./Mayra 11/18/17 - awaiting confirmation./Mayra

## Wed Jan 31, 2018

### 10am - 1pm   10 a.m. City Council Meeting
**Where:** City Hall, Council Chambers
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Yurida Ramos, Jose Huizar, Jonathan Zuniga, Josue Landa
**Description:** Staff: Yurida Ramos

### 10:30am - 11am   Meeting Re: Lorenzo Quinn's sculpture
**Where:** Main City Hall Behind Chambers
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:**
Rick Coca, Isaiah Calvin, Jose Huizar, Diana Yedoyan, Jonathan Zuniga, Paul Habib, Rocio Hernandez
**Description:**
Meeting with: Valentina Castellani Regarding: International Artist Lorenzo Quinn,to bring his sculpture " SUPPORT" in Los Angeles Staff: Rocio Hernandez Contact: Valentina Castellani Mobile: 310-866-9734 valemalibu@yahoo.com 01/25/18 - mtg confirmed via email w/Valentina./Eva 01/24/18 - awaiting confirmation./Eva

### 11am - 11:05am   11am Rick & Isaiah to take Photo for EGP News
**Where:** Behind Chambers in the Media Room
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Rick Coca, Jose Huizar, Diana Yedoyan, Isaiah Calvin
**Description:**
What: Rick & Isaiah to take Photo for EGP News Staff: Rick and Isaiah Note: 1/30/2018 - Per Rick added./Eva

**12pm - 1:30pm**
**1pm Speaking at Historic Core BID Annual Meeting & 20th Anniversary**
**Where:** Los Angeles Theatre, 615 S Broadway, Los Angeles, CA 90014, USA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:**
Joella Hopkins, Jose Huizar, Lilie Gross, Jonathan Zuniga, Zenay Hayward, huizar.info@gmail.com
**Description:**
Staff: Joella Hopkins and Lilie Gross; + Richelle Huizar Role: TBD Speaking and presenting certs Contact: Paola Flores | paola@historiccore.bid | (323) 204-2803 C  01/16/18 - added./Mayra

**2:30pm - 3pm**
**3:30pm Meeting w/Mr. Chacon, Salesian HS Principal & Father Jim RE: 10th Year Gala**
**Where:** Main City Hall Office
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Jose Huizar, Rocio Hernandez, Paul Habib, Jonathan Zuniga
**Description:**
What: Meeting w/Mr. Chacon, Salesian HS Principal and Father Jim Regarding: 10th Year Gala in April Staff: Rocio Note: Contact: Alex Chacon 1/30/2018 - mtg confirmed via email w/Mr. Chacon./Eva 1/29/2018 - Per CM's approval coordinating a mtg.Pending confirmation./Eva

**3:15pm - 3:45pm   Meeting Re: CCA**
**Where:** Main City Hall Office
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Joella Hopkins, Jose Huizar, Paul Habib, Jonathan Zuniga, Martin Schlageter
**Description:**
What: Meeting with Jessica Lall, CCA Staff: Joella Hopkins Note: Contact: Shawn Bratton 1/30/2018 - per CM's approval coordinated & confirmed mtg via email ./Eva

**4pm - 4:30pm   Meeting Re: CASA 0101**
**Where:** Main City Hall Office
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Jose Huizar, Rocio Hernandez, Jonathan Zuniga, Paul Habib
**Description:**
What: Meeting with Eddie Padilla, CASA 0101 Re:Funding Staff: Rocio Hernandez Note: Contact: Eddie Padilla, (323) 646-8344 1/30/2018 - Per CM's approval added. confirmed w/eddie via email mtg./Eva

**4:30pm - 5pm   Meeting Re: Pershing Square Renew**
**Where:** Main City Hall Office
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** josegardea@hotmail.com, Jose Huizar, Paul Habib, Nate Hayward, Joella Hopkins
**Description:**
What: Meeting w/Eduardo Santana & Jeff Berris Re: Pershing Square Renew Staff: Note: Contact: Eduardo Santana , & Jeff Berris 1/30/2018 - per CM's request added./Eva

### 5pm - 5:30pm   Meeting Regarding: Homelessness

**Where:** Main City Hall Office
**Calendar:** Jose Huizar
**Created by:** Eva Camacho
**Who:** Joella Hopkins, Rick Coca, Martin Schlageter, Jose Huizar, Paul Habib
**Description:** 1/31/2018 - per CM added./Eva

### 5:45pm - 7pm
### 6:45 p.m. Arrival Time, Los Angeles Area Chamber of Commerce's Inaugural Dinner Cocktail Reception 2018

**Where:** InterContinental Los Angeles Downtown, 900 Wilshire Blvd, Los Angeles, CA 90017, USA
**Calendar:** Jose Huizar
**Created by:** Mayra Alvarez
**Who:** Jose Huizar, Jonathan Zuniga, huizar.info@gmail.com, Joella Hopkins, Jesse Leon
**Description:**
Staff: Joella Hopkins + Richelle Huizar (Tentative) Role: Guest Contact: Maribel Flores | mflores@lachamber.com | (213) 580-7571 P  1/24/2018 - per CM added Joella to staff./Eva 01/03/18 - added./Mayra