# EXHIBIT 3

# Boyle Heights
# Hot Sheet and Field Report
# 01/19/2018
## Hot Sheet

---

**Issue/Event/Meeting:** Meeting with Proyecto Pastoral Re: Roundabout

**Staff:** Rocio Hernandez and Miriam Rodriguez

Proyecto Pastoral wanted to touch basis with us about their grant to do community outreach for the roundabout project on Mission & Jesse. Proyecto is not comfortable in proceeding with the community meetings as BOE would like because it's different from their usual community engagement process. BOE would like three meetings focused on the roundabout and Proyecto sees this project as an opportunity to conduct community outreach on other elements that they'd like to see and that are coming to the area. Additionally, Proyecto would like to conduct separate meetings for community members and businesses. Furthermore, MGE which has been assigned as the sub-contractor, has not been very responsive to them. Proyecto also feels that they no longer have the capacity to lead these meetings and have decided to decline moving forward with the community engagement project. They feel accountable to the community and would like to ensure that community members are part of the design process, in this case the scope of work is already determined to be a roundabout.

Our office requested that we meet with them once more and bring in Nate and BOE who are most familiar with the project to hash out some concerns and determine if Proyecto is still interested in proceeding with the project.

---

**Issue/Event/Meeting:** Meeting with Baldomero, Braceros

**Staff:** Met with Baldomero to provide him with an update on the Bracero statue. Informed him that we are planning a groundbreaking sometime in February or March and we are moving forward with the statue.

He'd like to set up a time in the future to discuss with the CM a larger project that they have to build a Bracero center. I informed him that the statue is our current priority but we can setup a time in the future.

_____

**Issue/Event/Meeting:** Volunteer for NOB Marquee Project

**Staff:** Matthew Casillas

This week I assisted the Los Angeles Conservancy in building out the theatre marquee's in our schools. I volunteered at Farmdale Elementary in El Sereno and Sunrise Elementary in Boyle Heights. Students were working on creating the lettering for the marquees, painting the marquees, and assembling the marquee. I provided guidance and ideas for the students when they had questions.

LAC will continue to work with school until next week Thursday. Once the marquees are completed our office will help them transport the marquees to their office in DTLA. Transportation will begin next Thursday and we are also providing transportation for families to NOB.

**Eblast email entries this week: 1**

_____

**Upcoming Meetings/Events**

1/23   Mural on Wabash Meeting
1/24   BHNC
1/27   Night on Broadway
_____

**Boyle Heights Casework #'s** (January-Present)

**Rocio Hernandez**

|  | This Week | This Month | YTD |
|---|---|---|---|
| Total Closed Cases: | 0 | 0 | 0 |
| Total Cases: | 0 | 0 | 0 |

**Hilda Carrillo**

|  | This Week | This Month | YTD |
|---|---|---|---|
| Total Closed Cases: | 2 | 8 | 8 |
| Total Cases: |  |  |  |
|  | 5 | 19 | 19 |

**<u>Miriam Rodriguez</u>**

|                     | This Week | This Month | YTD |
|---------------------|-----------|------------|-----|
| Total Closed Cases: | 8         | 13         | 16  |
| Total Cases:        | 12        | 16         | 23  |

**<u>Matthew Casillas</u>**

|                     | This Week | This Month | YTD |
|---------------------|-----------|------------|-----|
| Total Closed Cases: | 4 .       | 13         | 13  |
| Total Cases:        | 8         | 34         | 34  |

**DTLA Field Report**
**1/19/2018**

---

**Event/Meeting/Issue:**  LADOT Visit
**Key Stakeholders:** Miyako Hotel
**Staff:**  Megan

Megan did a quick site visit at the Miyako hotel in Little Tokyo.  Community members have voiced concerns about cars entering the Miyako hotel lot off of 2nd st. and endangering the lives of pedestrians.  Drivers often times try to beat oncoming traffic and make quick turns into the entrance with pedestrians having to rush out of the way.  Staff is looking into the midblock signal on the street to see if it can be timed better, and also inquiring about additional signage.

Additionally, Megan also checked out 3rd St. to follow up on a request for tree removal and sidewalk repair in front of the Medical building.

**Event/Meeting/Issue:**  LTBA
**Key Stakeholders:** Little Tokyo Businesses
**Staff:**  Megan

Megan attended the LTBA/LTBID meeting.  Joanne and Ellen gave updates about all of the transportation improvements around the area.  They also gave an update on the meeting that they had with NASA.  Many businesses in Little Tokyo are still very confused about the new program and increase in prices.

Joann has asked staff to look into seeing if there can be a break in the LA City Business Tax for small businesses.  She is also wondering if we can provide information on what other companies are charging for the same service.

Megan will look into and continue to communicate with the community

**Event/Meeting/Issue:**  Mayor's Working Group:  El Pueblo Storage Program
**Key Stakeholders:** El Pueblo
**Staff:**  Megan

Megan went to a working meeting for the homeless trailer program that will be located on Lot 5 at El Pueblo.  So far, these working groups are to discuss the overall operation of the program and how it will be maintained and regulated.   As of now, the Mayor's office is working with Chris Espinosa to explore other possible locations for the storage bins.  However, Chris is very angry that El Pueblo is the only entity that is contributing to this project.  While he supports the overall program, he feels very strongly that once the bins and trailers are placed in El Pueblo, they will never move.  He would like CD14 to explore other possible locations that are owned by the City.  One location he casually brought up, was Lot 7 in Little Tokyo, or also connecting with George Yu from Chinatown and see if they have space.

**Event/Meeting/Issue:**  Union Station Roundtable
**Key Stakeholders:** Little Tokyo, El Pueblo, Arts District, Industrial District
**Staff:**  Megan

Megan attended the Union Station Roundtable meeting held at the Metro headquarters. Community leaders from the various communities were present and voiced their concerns with the upcoming metro projects.

One of the more major concerns for all communities is the West Santa Ana Branch Corridor project.  Metro received major pushback from our office and the community regarding the three proposed lines for WSAB.  After taking that feedback into consideration, they have now proposed three new lines, but instead of presenting it to the entire group at this roundtable meeting, they have decided to conduct one-on-one meetings with all the different entities and community leaders.

Overall, the entire group agrees that Metro needs to conduct extensive community outreach for every project and to provide information about how these improvements will overlap with one another.


**Event/Meeting/Issue:**  OMS
**Key Stakeholders:**
**Staff:**  Megan

Megan is continuing to go back into the OMS system and appropriately tag all associated groups with each contact person.  In addition, staff is continuing to add contacts and cases. Next week, we are setting additional time aside to ensure all lists have been included in OMS.


**Event/Meeting/Issue:**  Farmers Market
**Key Stakeholders:** Susan Hutchinson/CHE
**Staff:**  Megan

Megan has been in contact with Susan Hutchinson who runs the City Hall farmers market. Previously, vendor employees had access to use CHS for restroom use only.  However, they no longer have that access.  Susan also contacted Pierre from GSD for help.  One solution is to have a port-a-potty and hand-was station brought in every week.  This however, is a major financial concern for the farmers market as they were quoted at over $600.  Pierre is looking into having Susan go through the city contract for these amenities.

Susan has asked staff to explore options with financial assistance with the portable toilet and hand-wash station.  She would like the council office to essentially pay for the cost.  She also inquired about moving the farmers market back to the South Lawn.

**Event/Meeting/Issue:**  LADWP Additional Lighting
**Key Stakeholders:** Boomtown Brewery, Sanctuary Fitness
**Staff:**  Megan

Megan has been working with the Arts District BID and LADWP to get additional lighting installed in the Arts District on Jackson St and Vignes.  Boomtown Brewery and Sanctuary Fitness has been experiencing break-ins during the evening hours and requested lighting.  At first, only half of the block had lights installed, but finally the entire block and intersection received lighting.

**Event/Meeting/Issue:**  Call re Donation Meters
**Key Stakeholders:**  Flintridge/CD14
**Staff:**  Megan

Megan and Diana had a conference call with Flintridge regarding the donation meter program for Downtown LA.  This program already exists in Pasadena and is now going to be implemented in Downtown.

Diana did all the prep work for this program, Megan is going to assist with the remaining portion of the program and will continue to be the point person after February.  Staff is trying to schedule a press conference for these meters for Thursday, February 8.  Groups and specific people have already been contacted with regards to scheduling the press conference.

**Event/Meeting/Issue:**  Main Museum
**Key Stakeholders:** Tom Gilmore
**Staff:**  Lilie

Lilie was contacted by Main Museum to have a meeting to discuss the future of the museum. They learned recently that they will not receive additional funding from their founders and if they cannot raise a healthy six figure sum soon, the museum will close. For a small institution they do a lot—The Main is the only bilingual museum in LA (according to them… not sure that can be true though), they support the largest artist residency program, and they also show exceptional artists who might not get a presence at other museums. "We run a uniquely racially diverse program that is gender balanced as well." Lilie was provided a deck and can provide to those that are interested, they are asking for funding assistance. Lilie has not had a meeting yet.

**Event/Meeting/Issue:**  Fashion District BID Meeting
**Key Stakeholders:** Fashion District BID
**Staff:**  Lilie
Encampment fires in LA Fashion District BID are a huge problem. They are upset with city's response to the fires. Over the past 18 months there have been 55 fires in the BID, 20 were encampment related, 5 caused damage to property. A lot are trash can and dumpster fires. Rena gets a call in middle of night 4x a week. The BID Board is upset specifically with the Mayor's response to the Skirball fires and not addressing downtown.

Estella Lopez and Rena got DLANC to write a letter to Mayor to request downtown gets same attention. Fashion district BID drafted a letter and voted to send as well to request more attention and resources and consequences to those starting fires. Letter will be sent to Council Office, Mayor, and LAFD. They discussed sending the letter to the newspapers as well but decided against it. They would rather have good press and wait to see city's reaction before sending to news.

Board is also very concerned about the street vending in their area and asking when street vending is coming back to full council. They agreed that Fashion Bid and BOMA and bizfed will form an alliance on this issue. They will go to councilmembers to discuss with them their feelings on street vending. Board is stressing that property owners should be able to opt in and opt out. It's their responsibility to take care of sidewalks and then vendors are using the sidewalks and they don't want to be responsible for vendors.  They also only want two per block, clarity on enforcement, and want vendors to have to get written permission from property owners.

The BID thinks the El Pueblo temporary encampment trailers are a good idea.

In terms of waste hauling:  Fashion district is extremely upset with the City about waste hauling and the recent changes. Believe it's poorly done and feel property owners were not initially given a choice.

**Event/Meeting/Issue:**  Parking enforcement
**Key Stakeholders:** Wilshire Grand/Cyclists
**Staff:**  Lilie

Buses and shuttles from Wilshire Grand park in red zone on 7th and block the bike lane making it dangerous for cyclists to ride in the designated lanes. Lilie was contacted by cyclists complaining about the issue. Lilie got photos of this happening throughout the day and sent them to parking enforcement. Parking enforcement assigned officers to the area to cite those that are causing the problems.

**Event/Meeting/Issue:** NOB 2018
**Key Stakeholders:** NOB
**Staff:**  Lilie

GAP workers have been spotted removing graffiti on Broadway in the past week. Lilie also confirmed with construction management at 510 S Broadway that his dumpster would be moved off of Broadway and the fencing will be taken down for the event. This will all be done at latest by this coming Wednesday which is earlier than we even asked for.

**Event/Meeting/Issue:**  Main and Spring FWD
**Key Stakeholders:** DTLA
**Staff:**  Lilie, Megan, Joella

Sent out 199s on Main and Spring FWD groundbreaking notice to DTLA constituents specifically along Spring - planning to do second week to other DTLA Spring residents with different version of the flyer.

**Event/Meeting/Issue:** BBB 10 Year Celebration
**Key Stakeholders:**
**Staff:**  Joella

Spent half of the week prepping and closing down the BBB 10 Year Anniversary celebration event. We had approximately 125 attendees. Joella is sending thank you notes on behalf of the office for our showcasers. Distributed official 10 Year Accomplishment Booklet.

**Event/Meeting/Issue:**  Skid Row Walking Tour
**Key Stakeholders:**
**Staff:**  Joella/Megan/Lilie

Did a walking tour of Central Area LAPD and of Skid Row with LAPD Deon Joseph. It was so much information, a lot to take in - but I will be generating a small report/email to involve staff to see how we might be able to help in a few immediate angels in between the larger needs.

**This Week's Meetings:**

**Joella**:
1/17    BBB 10 Year Celebration Event
1/19    Skid Row Walking Tour with LAPD (SLO) Deon Joseph
1/20    Women's March

**Megan:**

1/16: NOB Meeting
1/16: LADOT/Miyako Site Visit
1/17: LTBA
1/17: BBB Culmination event
1/18: Mayor's Working Meeting:  El Pueblo Storage Program
1/18: Union Station Roundtable
1/19: Walking Tour Skid Row

**Lilie:**
1/16: CCA Housing & Land USe
1/16: Fashion District BID
1/17: BBB Culmination event
1/17: DTFT
1/19: Walking Tour Skid Row

**Meetings next week:**

**Joella**:
| 1/23 | Industrial District Walking Tour |
| | Mtg with Qathryn Brehm, Art Walk |
| 1/24 | CCA - Livability & Tourism |
| | Chamber Land Use Mtg |
| | Mtg with Downtown Women's Center |
| | Mtg with Ellen (SPBID) & CM |
| 1/25 | Mtg with Lauren Klausen, Milken Institute |
| | Mtg with Pershing Square Renew |
| | Mtg DTLA 2040 Briefing |
| 1/27 | NOB |

**Megan:**
1/22: Arts District Meeting
1/22: Brigette Secard
1/23: Industrial District Walking Tour
1/23: General Council Meeting
1/23: Cannabis Cultivator Meeting in Skid Row
1/23: NOB
1/24: Lunch - Camille & Joella/Megan
1/24: 220 E. 2nd Street/7-eleven
1/25: MEETING: Mayor's Working Group re: El Pueblo Storage Program

**Lilie:**
1/22: NOB Meeting
1/23: Cannabis- Medmen
1/23: NOB
1/24: Liveability
1/24: South Park and CM
1/25: SPBID Meeting
1/25: NOB

**Downtown's Casework #'s** January 12, 2018
**Megan Teramoto**

| | This Week | This Month | YTD |
|---|---|---|---|
| Total Closed Cases: | 2 | 20 | 44 |
| Total Cases: | 7 | 41 | 72 |

**Lilie Gross**

| | This Week | This Month | YTD |
|---|---|---|---|
| Total Closed Cases: | 3 | 2 | 2 |
| Total Cases: | 8 | 7 | 7 |

# Northeast
# Hot Sheet and Field Report
# 1.19.18

---

## Meetings

**Staff:** Sean
**Date:** 1/14
**Meeting/Event/Issue:** Blanket Drive
**Summary/Update:**
Our 3rd blanket drive for Recycled Resources. Turnout was the smallest but we collected close to the same amount. Less sleeping bags than previous drives, more blankets. We will be hosting our next one in August.

**Staff:** Sean
**Date:** 1/16, 1/17, 1/18
**Meeting/Event/Issue:** BID Meetings
**Summary/Update:**
Staff hosted 3 informational meetings regarding the possibility of forming a Business Improvement District. In total only 11 businesses showed up to the meetings. Overall the feedback was positive and they were excited about the possibility of forming a BID. However, it was only 11 businesses. I will wait and see if the seed grows and I hear more in the next few months.

**Staff:** Lucy
**Date:** 1/16
**Meeting/Event/Issue:** GPNC
**Summary/Update:**
Staff reported on the new ADA compliant sidewalk that was installed on the west side of Verdugo Rd. from Filion St. to Wawona St, the new stop sign on York & Ave 43, Fuego Tech Clean ups, LADOT Speed hump program, CD14 sponsored Family Health fair, and Night on Broadway.

The board voted not to fund the NPG for Lummis Day.

The vice-president, Marie D'antonio, announced her intention to resign, joining the president and secretary of the GPNC who had already resigned, and the treasurer, whose resignation became official at the meeting. John Darnell, the neighborhood council advocate will likely be helping with the next meeting and trying to get the seats filled. Some of the previous members like Gladys Pinto-Muñoz and Ruby DeVera are likely to come back.

**Staff:** Sean
**Date:** 1/16
**Meeting/Event/Issue:** Rock the Boulevard
**Summary/Update:**
We continued preparing for the first community meeting on the 30th of January. It looks like Deborah Murphy is on board as the consultant. They are finalizing her payment structure this week.

**Staff:** Sean
**Date:** 1/17
**Meeting/Event/Issue:** Site Visit: 2245 Las Colinas
**Summary/Update:**
Apartment owner reached out regarding the new trash hauling service. It seems that his frustration came from trying to deal with a building he owns in CD-15. I set up a site visit with UWS and our office and heard his complaints. In the beginning he was against everything about the new program. After talking with him for 90 minutes we were able to reduce his bill by $150 a month and explain how he can continue to lower it in the coming months. He thanked our office and UWS for taking the time to talk with him instead of blaming others like CD-15.

**Staff:** Lucy
**Date:** 1/18
**Meeting/Event/Issue:** CLEAR
**Summary/Update:**
LAPD provided info on 3 shootings which have taken place in Highland Park this month, one of which was on Fayette St. in CD14, believed to be gang related. Fortunately that shooting was not fatal.

The suspect of the homicide at San Pascual Park last year is scheduled to be in court in February.

Very happy to report that the abatement process and eviction of the tenants at 1406 N Ave 56 was successful and they moved out. This is something the community, led by Rosa Rivas & Gemma Marquez, had been asking our office to assist with for a long time and we were able to help make it happen.

_____

### MEETINGS STAFF WILL ATTEND

1/19   Meeting with Det. Sinclair from Police Museum (Lucy)
1/21   St. Ignatius HLP Mass w CM (Lucy)
1/22   NOB Spanish outreach (Lucy, Karina)
1/23   ER Chamber of Commerce (Sean)
1/24   Site Visit: Fair Park Encampment (Sean)
1/24   Rock the Boulevard (Sean)

1/24   Homeless Count (Sean, Martin)
1/25   CPAB (Lucy)
1/27   Night on Broadway (all)

---

## Casework

|  | This Week | This Month | YTD |
|---|---|---|---|
| **<u>Karina Garcia</u>** | | | |
| Pending Cases: | 5 | 7 | |
| Closed Cases: | 23 | 65 | 65 |
| **<u>Sean Starkey</u>** | | | |
| Pending Cases: | 4 | 7 | |
| Closed Cases: | 25 | 66 | 66 |
| **<u>Lucy Aparicio</u>** | | | |
| Pending Cases: | 9 | 9 | |
| Closed Cases: | 27 | 72 | 72 |

# PLANNING WEEKLY REPORT

**January 19, 2018**

## CM MEETING REQUESTS/ NEW PROJECTS

## PLANNING CASES FILED

## ALCOHOL CASES FILED

*See* *Alcohol* *Report*

## HEARINGS THIS WEEK & UPCOMING

| Hearings Next Week | 1.23.18 | 2932 E Whittier Blvd | ZA-2017-3526-CUW<br><br>Conditional use for the installation of a natural gas generator on the rooftop.<br>***Update:*** Met w/ Planning and reviewed designs. Project will have a setback of 10'6" from the rear of the property line. It will be shielded to match current facade on all four sides by a 22' 3" wall . Visibility of wall from front of store (Whittier St)  will be less than 7' high. Planning will issue conditions that limit times of use (emergency and blackouts only) and no more than 200 hours per year. Project was heard at the BHNC meeting in October and was given a letter of support. Recommend to continue monitoring. | Applicant: T-Mobile West, LLC<br><br>Representative: Lynda McClung, Synergy Development Services |
| --- | --- | --- | --- | --- |
|  | 1.24.18 | Fred Afari/ Hillcrest/ Elm Tree Investments<br><br>1800 E 7th St | CPC-2016-2683-GPA-VZC-HD-CU-CUB-DB-SPR<br><br>New mixed-use development with 122 residential units (live/work) and 9,500 sf of various commercial use spaces, 1,050 sf of outdoor eating, and 5,855 sf. of related amenity spaces. | Applicant: Fred Afari, Elm Tree Investments<br><br>Representative: Hamid Behdad, Arturo Gonzalez |
| Upcoming Hearings | 2.07.18 | Lightstone<br><br>1240-1260 S Figueroa & 601 W Pico | CPC-2016-4219-GPA-ZC<br><br>-1,162 guest rooms - 12,145 SF of ground-floor retail/restaurant uses - 506,682 SF of total floor area, 1.22 acre site (9.9:1 FAR - City initiated sign district | Applicant: Lightstone DTLA, LLC<br>Representative: James E. Pugh, Esq., Sheppard Mullin |

# PLANNING WEEKLY REPORT

**January 19, 2018**

| | | | | |
|---|---|---|---|---|
| | 2.07.18 | 2803 W Broadway Blvd, Eagle Rock | CPC-2017-4388-GPA-ZC-CU-ZV-ZAD-SPR<br><br>Proposed self-storage facility consisting of 4 levels of self-storage units above a basement level (storage building is 84,400 sf. And office building is 1,342 sf.) with 14 parking spaces provided. | Applicant: Margo D. Conley, William Warren Group<br><br>Representative: Mee Semcken, Lee Consulting Group, LLC |
| | 2.08.18 | 755 S Los Angeles St | CPC-2016-4962-VZC-HD-MCUP-ZV-SPR<br><br>Change of use from clothing manufacturing, retail, accessory office and storage to office, retail and restaurant uses; 24,130 square feet floor area addition. | Applicant: Dean Nucich, 755 South Los Angeles Street, LLC<br><br>Representative: Stephen Kia, Urban Concepts |

## <u>PROJECTS, ISSUES & ASKS</u>
### *POLICY*

**Sign Ordinance**
1/18 Shawn met with Clear Channel, Morrie Goldman, Cindy Starrett. They are requesting a couple minor technical amendments/clarifications to the current draft ordinance; 1) current CEQA exemption is adequate, does not require an EIR, 2) definition language for existing billboards ("Legally Existing Sign") is stated inconsistently in the draft, 3) tolling (i.e., non-compliance fines) process needs to include opportunity to correct prior to increases to fine per due process. Discussion needed to determine PLUM scheduling to move ordinance forward for full council consideration.

**GPA Sustainability**
1/18 Planning and Policy met with Arthi Varma and Yeghig Keshishian to discuss how their team is reframing the general plan elements around sustainability. DCP shared that they are currently evaluating the Open Space component and are reevaluating their outreach strategy. DCP expressed interest in leveraging City Council offices connections to implement a more effective outreach strategy for other components of the General Plan update. DCP is looking at the current structure and recommends that the CM ask DCP during the Community Plan report back to consider options and format for including sustainability in the community plan updates and ways it relates to general land use.

# PLANNING WEEKLY REPORT

**January 19, 2018**

*DOWNTOWN*

**Jade Enterprises 11th & Main public benefits**
(1/19) Shawn/Clare met with Daniel Taban to discuss options for 11th & Main. GPA-ZC project for 379 units is currently slated to include 11% VLI per Planning's standard policy. Daniel is very receptive to a structure of reduced units or other affordability levels; he is calculating the overall cash equivalent for the total units as approx $4 million based on what an equivalent TFAR or AHLF cost would be.

11% VLI (42 units) + $0          5% VLI  (20 units) +
11% Low  +  $500K               5% Low  + $2M
11% Mod  +  $1M                 5% Mod  + $2.5M
No onsite affordable - $4M

There is a policy case to be made for a shallower affordability. Jade obviously would like to reduce their affordable units. Jade is also open to allocation of cash payments if CM so desires.

**1900 Alameda St.**
(1/19) Metro Access is building a by-right pre-fab office and repair facility at Alameda & Washington. At referral of Richard Alatorre, the contractor Jano Baghdanian has been working with our staff to minimize expense and work of public improvements. They are willing to repair sidewalks but BOE has issued a report requesting sidewalks be built out around the property, which Access says will be too expensive and slow.  They have requested we assist with either a total waiver or issuance of building permits first with condition to improve. We will assist to get this resolved with BOE.

**Coca-Cola Distribution Alley Vacation**
Feb 2011, CD 14 added conditions for following public improvements: repair/replace broken curbs, provide seven new trees, 2 new light poles, new handicapped ramps, replace broken sidewalks.

**Grand Central Market/ Outdoor Media seeking Bway billboard**
(1/19) GCM's new ownership and Outdoor Media are looking to partner on a billboard (off-site sign) on the south side of GCM. The Bway Sign SUD allows off-site contingent on the streetscape plan

# PLANNING WEEKLY REPORT

**January 19, 2018**

being completed for any block / property seeking an off-site sign; there is an in-lieu fee included in the ordinance calculated by building frontage. They are looking for feedback, knowing signage is a sensitive issue but this was a provision written to get the streetscape built and in recognition of broadway being an appropriate place for more intensive signage. (Planning says Ace Hotel ownership is also inquiring about a billboard.) Are we open to this?

**735 Broadway/Medmen**
1/19  Staff met with Medmen, a new cannabis retail operator on Broadway. They have taken over the management of an existing Prop D facility and currently in first batch of temporary city licenses that was submitted to the state this week by the City. They are seeking CM support for Broadway CDO approval for their new storefront sign. Application has not yet been filed. Proposed sign looks standard and nothing out of the ordinary for Broadway. Medmen looks to be a model for retail stores in DTLA.

**EL SERENO**
**Lincoln Heights / Berkshire HPOZ Seeks Board Member**
(1/17) CD 14 can nominate one appointee to serve on the Lincoln Heights / Berkshire HPOZ board. Staff recommends Francisco Rivera. Francisco was very active organizing/advocating for an HPOZ and was present at all meetings when drafting the preservation plan. He lives within the boundaries of the HPOZ and has expressed great interest in serving. An alternative consideration is Moctesuma Esparza who was also active but less so than Francisco. Mr. Esparza is interested but noted he may not have enough time to dedicate to serving on the board since he is extremely busy at work. He is passionate about preservation though.

*PLUM Advance Calendar*
**01.23  Comprehensive Fee Study (not including appeals)**
**01.23  Small Lot Ordinance**
01.30  Grupo Habita Hotel Appeal
**02.06 Short Term Rentals**
**02.16 Violet St Appeal / GPA/ZC**
**02.20  CANCELLED: presidents day**

# PLANNING WEEKLY REPORT

**January 19, 2018**

### PLANNING TEAM MEETINGS

***Kevin's Meetings This Week***

| | |
|---|---|
| 1.16.18 | PLUM Brief |
| 1.16.18 | Weekly Planning mtg w/CM |
| 1.16.18 | PLUM |
| 1.17.18 | Jennings Gate |
| 1.17.18 | Planning team mtg |
| 1.17.18 | Pre-PLUM |
| 1.17.18 | 1st/Boyle Mtg |
| 1.17.18 | Taste of CD 14 |
| 1.18.18 | CD 14 Staff Mtg |
| 1.18.18 | Spring/Main |
| 1.19.18 | Bob Gotham Presentation |

***Kevin's Meetings Next Week***

| | |
|---|---|
| 01.22 | PLUM Brief/Agenda |
| 01.22 | Week in Preview |
| 01.22 | Weekly Policy/Planning Mtg |
| 01.22 | Planning Mtg |
| 01.22 | Angels Landing (City Only) |
| 01.23 | Coffee, Arthi Varma |
| 01.23 | PLUM Brief |
| 01.23 | PLUM |
| 01.23 | ERNC PLUM |
| 01.24 | Weekly Planning Team |
| 01.24 | Pre-PLUM |
| 01.24 | Limebike |
| 01.24 | City Properties Mtg |

# PLANNING WEEKLY REPORT

**January 19, 2018**

01.25        HCID Financing Workshop 101
01.25        2730 Onyx

### *Clare's Meetings This Week*

1.16    Broadway Streetscape B-permit Mtg
1.16    ZA Hearings
1.16    Weekly Policy/ Planning Mtg
1.16    PLUM Brief/ PLUM
1.16    Central APC
1.16    DLANC PLUC
1.17    Weekly Planning Team
1.17    Pre-PLUM
1.17    1800 E. 7th
1.18    CPC
1.18    NOB Briefing
1.18    CM Mtg w Related
1.18    Grand Ave Staff Mtg
1.18    Streetcar Bi-weekly
1.19    Call w GCM re Broadway signs
1.19    Policy
1.19    MedMen tour

### *Clare's Meetings Next Week*

01.22        PLUM Brief/Agenda
01.22        Week in Preview
01.22        Weekly Policy/Planning Mtg
01.22        Planning Mtg
01.22        Angels Landing
01.23        ZA hearings
01.23        PLUM Brief
01.23        PLUM
01.24        Pre-PLUM

# PLANNING WEEKLY REPORT

**January 19, 2018**

| | |
|---|---|
| 01.24 | ZA/ HO Hearings |
| 01.24 | LT 7/11 Hearing |
| 01.25 | CPC |
| 01.25 | HCID Financing Workshop 101 |
| 01.25 | Grand Ave Call |
| 01.25 | Wil Nieves- CUBs |
| 01.25 | DTLA 2040 Mtg |
| 01.26 | Policy |
| 01.26 | Morrie re. Angel's Landing |
| 01.26 | NOB |

### *Yurida's Meetings This Week*

| | |
|---|---|
| 1.15.18 | Holiday |
| 1.16.18 | PLUM Brief/Agenda Check in |
| 1.16.18 | Weekly Policy/Planning |
| 1.16.18 | PLUM Brief |
| 1.16.18 | PLUM |
| 1.17.18 | Weekly Planning Team mtg |
| 1.17.18 | Pre-PLUM |
| 1.17.18 | Weekly City Properties Mtg |
| 1.17.18 | Bringing Back Broadway Celebration |
| 1.18.18 | Mtg w/ Morrie & Cindy on Signs |
| 1.18.18 | HCNC PLUM |
| 1.19.18 | Tour: MedMen DTLA |
| 1.19.18 | Policy Mtg |

### *Yurida's Meeting Next Week*

| | |
|---|---|
| 1.22 | Plum Brief/Agenda Check in |
| 1.22 | Week in Preview |
| 1.22 | Pico Aliso Walkthrough |
| 1.22 | NOB Spanish Outreach |
| 1.23 | 368 E. 2nd St and 203 S. Central |

# PLANNING WEEKLY REPORT

**January 19, 2018**

1.23   2932 E. Whittier hearing
1.23   PLUM Brief
1.23   PLUM
1.24 Pre-PLUM
1.24 Weekly City Properties Meeting
1.24 220 E. 2nd Street/7-Eleven
1.25 Affordable Housing Finance 101 & Program Policy Training
1.25 CUB meeting w/ Wil Nieves
1.25 DTLA 2040 Update
1.26 BHCP 6th St Bridge Park convo
1.26 Policy Meeting
1.27 NOB

**_Shawn's Meetings This Week_**

01.15 holiday
01.16 staff - plum check-in
01.16 cm - policy/planning
01.16 cm - planning
01.16 cm - plum brief
01.16 plum
01.17 pre-plum
01.17 weekly city properties
01.17 cla, planning - tfar committee
01.17 hamid, arturo re 1800 e 7th
01.17 daniel neman re 433 Main - tfar allocations
01.18 staff nob briefing
01.18 capri partners re sign ordinance
01.18 cm - related re grand ave
01.18 paul, justin re str
01.18 morrie, cindy starrett re sign ordinance
01.19 directors
01.19 policy

# PLANNING WEEKLY REPORT

**January 19, 2018**

01.19  daniel taban re 11th & Main
01.19  735 broadway medmen site visit

*Shawn's Meetings Next Week*

01.22  planning team - plum agenda check in
01.22  week in preview
01.22  cm - policy/planning
01.22  cm - planning
01.22  cla re angel's landing
01.22  cm - sharam, footlocker
01.23  cm - plum brief
01.23  plum
01.24  cm - la chamber land use cmte
01.24  paul, vince bertoni - monthly mtg
01.25  hcid - affordable housing training
01.25  kevin o re 2730 onyx
01.25  planning re dtla 2040 update
01.26  director's
01.26  policy
01.26  morrie, ricardo pagan re angel's landing

**Public Projects Report**
**January 19, 2018**

## Boyle Heights

**6h St PARC**

Tetra Tech submitted its 30% plans for the park. The estimates are off for some items so staff is scheduling a working group meeting with BOE to go over the plans in detail and identify any issues. The park is on schedule with the design and environmental. Future community meetings will need to be held for the artwork which staff is coordinating with the departments on.

Additionally, the protected bike lane issue is close to being resolved. BOE, DOT, BSL, the Mayor's Office and CD14 all agree on a proposed concept that will mount a hard rubberized plastic 4" barrier to the bridge deck. BOE is having Michael Maltzan's firm see if it can be modified visually at all to fit in more with the bridge. This appears to be the solution!

Also, Metro has agreed to fund the bike ramps under the viaduct. This will cost about $10M and is a huge win - the Mayor's Office really helped us on this one. The city will need to front the money in order to deliver it, but it will ensure we are able to make the entrance to the LA River bike friendly.

**Hollenbeck Lake Restoration**

Staff attended the scoping meeting for the restoration project. LASAN presented the project info. Turnout was small despite doing 199s and a Facebook invite. The next step is preparation of the EIR. We will continue to do outreach about the project. Martin and I also met with LASAN to discuss funding. The Prop O Citizens Oversight Committee is recommending $5M from Prop O for Hollenbeck. We need Caltrans to commit to their portion and Enrique to commit the Sewer Funding in order to secure all the funding for the project. Staff also met with LADWP and LASAN to discuss the integration with recycled water. The next step is to set up a meeting between both agencies to ensure that the scope of work for the 30% design for the lake is consistent with what everyone needs.

**Boyle Heights Gym**

Staff attended the LVNOC at Salesian HS. BOE presented design options to the public. There was general consensus on the best layout. The next LVNOC will focus more on the aesthetics now that the layout has been chosen. Staff is working with BOE so that the community has solid options to pick from at the next meeting.

**Mission Road Sewer Repairs**

BOE is in the process of fixing the North Outfall Sewer (NOS) along Mission. This is the same one that busted a year and a half ago. Staff has asked BOE to remove the railroad tracks when fixing the sewer so that the road can be resurfaced afterwards. They have agreed to for one section but not the second yet. There will be traffic impacts but the area is primarily commercial and staff does not anticipate any major issues.

## Downtown

**Pershing Square Renew**

Staff received a presentation from the financial consultant, HR&A, on how to raise funds for the new design. Their suggested strategy involves a community facilities district (CFD), private funds, as well as some public funding (25% of total). Additionally, staff saw a revised presentation from Agence Ter on the design and budget. Current estimates are about $85M plus or minus $10M. HR&A estimated about $83M could be generated from their initial proposal. They are proposing to assess commercial properties only, and not residential. Staff is working to see how this overlays with the Streetcar CFD in order to ensure there isn't a political problem by doing the CFD.

**Division 20 Facility**

Staff met with Metro to discuss their desire for the easement trade between the bridge and Metro to allow for both parties to get necessary space. Staff had wanted to address their hazardous soil mitigation issue as well but Metro is stalling on that. There is substantial costs to both the PARC and the bridge if Metro does not pay for their remediation. BOE needs to send the letter back to Metro stating their position. At that time, we will schedule a meeting with BOE and Metro executives in order to move forward.

**Metro Portal Widening/Turnback Facility**

Staff met with Metro to discuss the new facility. Metro had little proposed for Center Street but seemed open to our suggestions. Staff asked them to coordinate internally at Metro to identify which various Metro projects would be doing which scope. Once that is determined, staff has asked Metro to reach out to the public to solicit feedback. Additionally, they are working with the CLA on acquiring the PickleWorks. Crucial to this agreement will be Metro committing to restore it as a separate project and not just punting things down the line. Metro seemed willing to restore it, but we need a stronger commitment from them.

**Streetcar**DOT submitted the TIRCP grant to the state for $100M. Now, it is in the hands of state politics. In order to secure the funding, we will need someone at the state level to advocate for the project. Staff will develop a brief for the CM to discuss next steps.

**MyFigueroa**

Staff met DOT and SP BID to discuss the upcoming construction schedule for MyFig. The BID wrote a letter to DOT to complain about the lack of progress and communication on MyFig. Part of the reason is an awful contractor and part of the reason is lack of experience from DOT in performing outreach. Staff is coordinating a meeting with all departments so that these issues do not happen when the south side of the street is constructed.

**Parker Center Demo**

BOE presented the draft traffic plans for relocating the communication lines under the Parker Center. There is substantial traffic impact. Staff has asked BOE to go back and redo the plans in order to minimize disruption to the public.

**Broadway B Permit**

Staff met with the departments to discuss the B Permit for Palmer and if it conforms to the Streetcar alignments. There are some issues. BOE is going to send the Streetcar plans to the various agencies in order to ensure that plans comply with the correct alignment.

**Murals**

Staff is working with DCA on a new mural/mural restoration program. One of the first will be one that ArtShare is putting on their building. The contracting mechanism is complicated, but staff is working to streamline the process with the department. Doing so might require introducing a motion asking DCA to set up a pre-qualified mural management organization list that can manage multiple mural projects. This will avoid the sole sourcing issue while at the same time allowing communities to work with their chosen muralists.

## El Sereno

**Alhambra Avenue**

The groundbreaking was held on Jan 13th. Turnout was good. Staff is organizing the public art meeting to solicit feedback for the art design.

**Eastern Avenue**

The first meeting is being scheduled for mid February. BOE is currently awaiting responses to their proposals (due Feb 1). Once we get them, we will be able to proceed with the outreach.

**Meetings This Week**

<u>January 16</u>
Broadway B Permit
6th St Bike Lanes
PSR Financing Presentation
SIdewalk meeting w/ CD8/11

<u>January 17</u>
Sewer Repair Meeting
Father Serra Park Improvement Discussion
ArtShare Mural Conference Call

<u>January 18</u>
PSR Scope and Budget Presentation

<u>January 19</u>
6th St PARC Lighting Discussion

**Meetings Next Week**

<u>January 22</u>
MyFigueroa All Department Meeting
6th St Parc Lighting Site Visits

<u>January 23</u>
Metro Division 20 Soil Meeting
Streetcar Meeting with Matt Gerard
Mission Rd Sewer Repair Meeting
WSAB Meeting with Metro

<u>January 24</u>
6th St PARC Budget Discussion
LA St Building Meeting

<u>January 25</u>
Mission/Jesse Street Vacation Meeting
PSR Meeting

<u>January 26</u>
PARC & DCP Meeting