# EXHIBIT 4

# El Sereno
# Hot Sheet and Field Report
# 04.24.2015

### Hot Sheet:

**Soto Slope:**  Will update Michael Carreon regarding the progress of this ongoing project which seems like things are really moving forward.

**Soto Bridge Construction update:**  The construction of the Soto Street Bridge has been progressing fast in the last few months. The intersection of the Soto Street and Mission Road is now complete and the traffic plan Stage 1 is done. The new intersection (Soto Street and Mission Road) with new traffic signal is now open to traffic and traffic Stage 2 will be implemented where the south bound traffic on the bridge will be eliminated for the bridge North abutment removal. The north bound traffic on Soto Street will continue onto Huntington South or Huntington North at the current temporary signal. This switch is a minimal change of traffic and will improve the traffic flow in the area. 199 letter will be mailed out to nearby residents today.

**Daniel Andalon:**  Has been hired by School Board candidate Dr. Ref Rodriguez as a campaign consultant and is in talks with Mr. Franco who owns the building where we had our re-election campaign. Danny has also been working with the Hecho en Mexico owners regarding the reso presentation which we need to reschedule. Today Hecho en Mexico will host their 11th anniversary dinner to include Senator De Leon and Jimmy Gomez.

**Derby Dolls:**  Will open tomorrow at their new location. They expect a crowd. Will attend and monitor.

**El Sereno Seniors Center:**  The dining hall is in need of repair due to damage caused by the tree roots. There is a hole in the middle of the floor covered by a large rug. Sem Noa said the tree roots are causing the backflow into the dining hall. Will follow up with RAP to see what can be done.

### Community Meetings:

**Staff:** Julio Torres

**Meeting:**  ES Senior Center – 4/23/15

**Attendance:** 68

**Summary / Update:**  Bingo day. Our office donated 50 reusable bags with additional items from Arroyo Vista Family Health Center which included useful items for the seniors. CareMore was there to make a presentation as well.

**Plan of Action / Follow up**:  Next meeting is 04/30/15

_____

**Staff:** Julio Torres

**Meeting:**  University Hills Neighborhood Watch

**Attendance:**  36

**Summary / Update:**  Great turnout. Made community announcements and provided a crime report since our SLO could not make the meeting. New Campus police chief Rick Wall introduced himself and also spoke about the parking issues concerning the students and University Hills residents. The NW would like our office to proceed with assisting them with a Preferential Parking permit district. I am following up with the DOT analyst who is helping me with this process which according to him takes about 2 years if approved.

**Plan of Action /Follow up**: Will follow up with Mark Overstreet and also will schedule a meeting with the university administrators for feedback.

_____

**Staff: Susie Lopez**

**Meeting:** Sedra Larsen & Hugo Garcia at the El Sereno Field Office (Susie)

**Summary / Update**  Met with Ms. Larsen (referred by Mr. Garcia) regarding 4927 Huntington Dr. North., 90032. Ms. Larsen explained that she is currently paying two mortgages and wants to sell one of her property's (address provided) because she can no longer afford two mortgages. She mentioned that Street Services paved the street not long ago which messed up the water line, and that they should now be responsible of fixing it; she also provided me with a youtube video which shows the inside of the water line, and the section that is broken covered with a street sign, which is holding it together.

**Plan of Action / Follow up**: I mentioned this information to Nate and an email with the video was forwarded to him as well. Nate explained that if the video has no proof of Street Services braking the water line, then there is not much we can do. I have asked Ms. Larsen a few more questions through email "Would this be your grey water line? Is this line in use at the moment? What was the condition under which those lines were accessed by the city?" I am still waiting to get that information from her, and I also CC'd Nate. Once I hear back from her, I will continue working with Nate to see if there is any way we can better assist Ms. Larsen

**Staff:** Susie Lopez

**Meeting:** Walter Maynard

**Date:** 4/24/15

**Summary / Update** I will be meeting with Walter Maynard tomorrow Friday April 24 with Walter Maynard who is the Executive Vice President at Telacu Vitas Del Sol. We will be going over constituent Joseph Sebella's concerns on how we can better assist the senior services at TELACU because he has a few concerns regarding gambling that has been going on, and feels that the elders are being taken advantage of their money. Mr. Maynard was nice enough to reach out to me to go over Mr. Sebella's concerns.

**Plan of Action / Follow up:**   Meeting will be tomorrow at 1:30pm at the El Sereno field office. I have been working with Mr. Sebella for a couple of weeks now (he was referred to us by the Northeast Office) and he was very pleased to hear that I will be meeting with Maynard tomorrow.

_____

**Staff:**  Genny G.

**Meeting:**  LA-32: Special Meeting

**Attendance:** 22

**Summary / Update:** LA-32 approved monies for 5 organizations. El Sereno Bicentennial Committee, El Sereno Stallions, Community Partners for Chalk Fest, Highland Park Heritage, Lummis Day Community Foundation. They also paid for advertising in the "Community Beacon" for the Jun/July issue.

_____

**Staff:**  Genny G.

**Meeting:**  Wilson Mules Boosters/Alumni Association

**Summary / Update:**  Peter Cabrera wants help recognizing these two organizations as nonprofits. They will work to be the fundraising arm of the school to supplement the activities and academics at this school.

**Plan of Action /Follow up** We are to meet with the Principal and the College Corner Admin in May.

_____

**Staff:**  Genny G.

**Meeting:** SLO Austin Fernald

**Summary / Update:**   Met with SLO Austin Fernald to cover local issues. SLO Gus Camacho is out on vacation until next week. Filling in for him is Officer Travares.

**Plan of Action / Follow up:**  As necessary