# EXHIBIT 5

# Boyle Heights
# Hot Sheet and Field Report
# 12/15/2016
## Hot Sheet

_____

**Staff:** Rocio Hernandez
**Meeting/Event/Issue:** BH City Hall

El Centro de Ayuda and CD14 have met with most agencies (except for BHNC) to discuss the change downstairs from LBR to ECDA.

Hollenbeck PAL requested if their MOU can be between LAPD and CD14 since PAL is a program under the police department. They are fearful that in the future if ECDA would want to expand or use the space that PAL is using they will be able to do so since the MOU would be directly with them not our office.

Other agencies have not expressed concerns with their MOU being with ECDA. Our office needs to enter into an MOU with ECDA to clearly outline our expectations of them and also outline the floorplan for the 1st floor so that agencies are not fearful of ECDA's overexpansion.

_____

**Staff:** Rocio Hernandez
**Meeting/Event/Issue:** DTSC releases Exide Draft Residential Cleanup

Yesterday, DTSC released the draft plan for cleaning up lead-impacted soil in residential households surrounding Exide.

The Cleanup Plan and the accompanying Draft Environmental Impact Report (EIR) must be approved and certified before DTSC can start removing soil in the area within an approximately 1.7-mile radius near the former battery-recycling facility.

The public and other key stakeholders have between December 15, 2016 and January 31, 2017 to comment on the proposed cleanup plan and draft EIR.

Public meetings to gather input are scheduled for:
- Wednesday Jan. 11, from 6-9 p.m. at Our Lady of Victory Church, East Los Angeles
- Thursday Jan. 19, from 6-9 p.m. at Maywood City Council Chambers, Maywood
- Saturday Jan 28, from 9 a.m. – 12 p.m. at Resurrection Church, Boyle Heights.

Here are some key highlights of the proposed Cleanup Plan and Draft EIR:

- Prioritizes properties for cleanup by conducting a case-by-case assessment of exposures to lead in soil across an entire property, and then rank properties based on their risks.
- Prioritizes the cleanup of, daycare and childcare centers due to the impacts lead exposure can have on the development of young children.
- Plans for the removal of lead-impacted soil, six-inches in depth at a time, until clean soil is found or to a depth of 18 inches. Fill excavated areas with clean soil and replace landscapes.
- Provides temporary relocation to families during cleanup and will also offer interior cleaning of homes.
- Plans for the use of low-emission trucks and equipment, air monitoring, dust suppression, visible flags on truck carrying lead-impacted soil, and other safeguards to protect the health of community members and workers.
- Proposes the consideration of soil washing – a technology that uses liquids (usually water, sometimes combined with chemical additives) and a mechanical process to scrub soils. Soil washing can potentially reduce the amount of lead-impacted soil transported to and disposed of in landfills.

_____

**Staff:** Franklin Ochoa
**Meeting/Event/Issue:** Meeting with Mario Cruz

FO met with Mario Cruz to go over different aspects of ArtWars Boyle Heights Edition - Life Without Barriers. The Art festival will create a platform for artists to come compete against one another to gain recognition, sponsorship and cash prizes. It's comprised of four Art Divisions: Live Art, Submission Art, Performance Art, and Spoken Word. Mario Cruz has made a name for himself with the Department of Cultural Affairs so much so that his work was displayed earlier this year at the bridge connecting both DTLA City Halls. The DCA sponsors a lot of his ArtWars. The event will take place on Saturday, February 25th from 2pm - 6pm, here at Boyle Heights City Hall. The parking lot and community room will be used. There will be spoken and submission art inside community room, while Live and Performance art outside. There will also be a total of 10 vendors/info booths; The Boyle Heights Tech Center, Boyle Heights Neighborhood Council and The Garage Board shop will be three of those 10 vendors/infobooths. Mario is walking the streets of Boyle Heights to bring in local talent. 75% of the artists will be from Boyle Heights, the other 25% aren't because they are winners from past ArtWars. I will keep you updated as I get the information.

_____

**Staff:** Miriam Rodriguez, Rocio Hernandez
**Meeting/Event/Issue:** Pico Gardens RAC

Our office took the 6th Street bridge rocks that some of the residents had asked for because they were not able to make it to our event. We took about 35 rocks with their certificates of authenticity.

For their last meeting of the year the RAC took different organizations to talk to people about different rights. Union the Vecinos was a main coordinator talking to people about the lack of affordable housing and the rise in development. There was also an anti-LAPD espionage group that rather than informing people about their rights when confronting a situation with LAPD, they instilled fear that they are being watched from every angle by police. Additionally, there was a youth Immigration group that informed people about warrants, rights at home and at work, etc. However they offered no legal advice. Overall, I would say that rather than informing constituents they riled people up against rules and instilled a fear about the possibility of losing their housing.

_____

**Eblast email entries this week**: 3

_____

**Upcoming Meetings**
12/17  La Purisima NW Potluck
12/17 BH Sports Center Toy Giveaway
12/17 Hollenbeck Park Toy Giveaway

_____

**Boyle Heights Casework #'s** (January-Present)

**Rocio Hernandez**

|  | This Week | This Month | YTD |
|---|---|---|---|
| Total Closed Cases: | 1 | 1 | 1 |
| Total Cases: | 4 | 4 | 4 |

**Hilda Carrillo**

|  | This Week | This Month | YTD |
|---|---|---|---|
| Total Closed Cases: | 2 | 8 | 210 |
| Total Cases: | 7 | 28 | 868 |

**Miriam Rodriguez**

|  | This Week | This Month | YTD |
|---|---|---|---|
| Total Closed Cases: | 4 | 6 | 25 |
| Total Cases: | 2 | 8 | 119 |

**Franklin Ochoa**

|  | This Week | This Month | YTD |
|---|---|---|---|
| Total Closed Cases: | 2 | 2 | 2 |
| Total Cases: | 8 | 8 | 8 |