# EXHIBIT 6

# Northeast
# Hot Sheet and Field Report
# 3.25.16

_____

### Meetings

**Staff**: Lauren, Lucy, Miriam, Zenay
**Date**: 3/18
**Meeting/Event/Issue**: York Park Egg Hunt
**Summary/Update**:
50 children of all ages came to the event. It was a great success!

**Staff**: Zenay, Lucy, Rick, Martin
**Date**: 3/22
**Meeting/Event/Issue**: Scholl Canyon Press Conference
**Summary/Update**:
Press Conference went well. On social media the community is pleased with the councilmember for voicing opposition to expansion.

**Staff**: Lucy
**Date**: 3/22
**Meeting/Event/Issue**: ER Chamber of Commerce Meeting
**Summary/Update**:
This was a short meeting. Our office discussed upcoming community events, 4th of July event/sponsorship, and a couple of homeless/vice hotspots and what we are doing to address. Chamber members seem unhappy with the Center for the Arts and their lack of effort to communicate with the community regarding the Music festival.

**Staff**: Zenay, Lucy, Miriam
**Date**: 3/22
**Meeting/Event/Issue**: ER Chamber of Commerce Mixer
**Summary/Update**:
CM attended and it went well. Members were grateful he attended and were happy to discuss funding and plans for Colorado Blvd. Staff received some casework and is working on it.

**Staff**: Lauren
**Date**: 3/23
**Meeting/Event/Issue**: Pioneer Woman of the Year
**Summary/Update**:
Monica Alcaraz was honored as Pioneer Woman of the Year. She had a very positive experience!

___

### MEETINGS STAFF WILL ATTEND

| Date | Event |
|---|---|
| 3/26 | GPIA Flash Clean Up on Verdugo Rd. |
| 3/29 | Eagle Vista Seniors |
| 3/29 | Senior Snowball Site Visit |
| 3/31 | LAPD Homelessness Forum |
| 4/1-3 | ERHS Carnival |
| 4/2 | Eagle Rock Artwalk |
| 4/5 | ERNC |
| 4/6 | LADOT monthly |
| 4/7 | HHPNC |

___

### Casework:

|  | This Week | This Month |
|---|---|---|
| **Miriam Rodriguez** |  |  |
| Cases closed: | 20 | 55 |
| **Lucy Aparicio** |  |  |
| Pending Cases: | 8 | 8 |
| Closed Cases: | 12 | 53 |
| **Lauren Ballard** |  |  |
| Pending Cases: | 5 | 5 |
| Closed Cases: | 10 | 35 |