# EXHIBIT 8





# REVITALIZATION OF
# DTLA

Downtown Los Angeles is in the midst of an extraordinary urban revitalization. Councilmember Jose Huizar is proud to represent all of DTLA's unique and diverse communities during this period of growth and is committed to making Downtown a great place to live, work, and truly experience!

DTLA is at the forefront of the revolution in creative place making, which is redefining the Downtown lifestyle, and reshaping its business and residential communities. DTLA is a high-quality community with long-term vision and comprehensive services. DTLA'ers have access to broad inspiration and vibrant world-class opportunities. We have a unique vantage point and incredible access to transformation. DTLA is a fluid mix of cultural heritage and most importantly,… an unwritten future.



SINCE **2000**, DTLA HAS EXPERIENCED **27 BILLION** IN INVESTMENT DOLLARS! L.A. IS HAVING THE LARGEST DEVELOPMENT BOOM IN NEARLY A CENTURY.



NEARLY **500,000** PEOPLE WORK IN DTLA, AND THE RESIDENTIAL POPULATION HAS GROWN TO OVER **75,633** WITH ANOTHER **35,170** IN THE PIPELINE.



OUR APARTMENT UNIT GROWTH INCREASED FROM **11,626 TO 44,230** UNITS IN THE LAST 5 YEARS.



DEMAND FOR HOTEL ROOMS HAS ALLOWED FOR A **9.4%** INCREASE IN AVERAGE HOTEL DAILY RATES FROM **$150 TO $222**.



JUST IN THE DCBID AREA, PROPERTY VALUES INCREASED **58.7%** FROM **2012 – 2016**!



DTLA is a collage of unique neighborhoods, each with its own personality, mix of people and companies, buildings, amenities, and activities. DTLA'ers can walk from their apartments in South Park to their office in the Financial District, do lunch in the Historic Core, meet in the Civic Center, and still bike to the Arts District for Happy Hour!

This culturally vibrant ecosystem makes DTLA one of the world's top urban centers, attracting a new wave of office and industry tenants, retailers, hospitality groups, and residential developers to duel its growth and shape its evolution.

With over $2B of investment projects in the pipeline and projected economic growth of 8.8% over the next 5 years (about 6X the rate of the rest of the top American markets). DTLA is expected to be a key driver of the City's economy into the future.



# TABLE OF CONTENTS

DTLA Neighborhoods

Central City — 8
Historic Core — 10
Fashion District — 12
South Park — 14
Little Tokyo — 16
El Pueblo — 18
Industrial District — 20

DTLA Initiatives

Complete Streets — 24
Transportation — 28
Environment — 32
Parks — 34
Sixth Street Bridge — 37
Civic Center Master Development Plan — 38
Arts & Culture — 40
Bringing Back Broadway — 44
Night on Broadway — 46
Homelessness — 48
DTLA2030 — 50



# MESSAGE FROM THE COUNCILMEMBER

Downtown Los Angeles is in the midst of extraordinary urban revitalization. Councilmember Huizar is proud to represent all of DTLA's unique and diverse communities during this period of growth and revitalization and is committed to making Downtown a great place to live, work and visit. Since redistricting incorporated most of Downtown into CD14 in 2012, Councilmember Huizar and his Downtown team have focused on: improving livability (parks, schools, amenities); promoting economic development and tourism; and connecting our communities through walkable streets and alternative methods of transportation. DTLA is an essential economic engine for the entire region with about half a million workers coming each day. Downtown represents 12% of the jobs in the City of Los Angeles, and employment is growing faster in downtown LA compared to the rest of the city.

One of the markers of Downtown's success is our Bringing Back Broadway initiative - a public/private effort to revitalize one of the City's most historic streets. Once the entertainment and retail capital of Los Angeles in its heyday – Charlie Chaplin, Douglas Fairbanks, Mary Pickford debuted movies on Broadway. When we started the Bringing Back Broadway initiative only one theater, the Orpheum, was offering consistent programming. Today, seven of the Broadway Corridor's 12 historic theaters are activated with programming. We created public policy to support the private sector investment that we wanted and got on Broadway.

My DTLA FWD initiative is focused on improving the public realm – including placemaking, green space and pedestrian, cyclists, public transit and auto improvements. Through this initiative, we've built and improved several new parks and made it safer and easier for all forms of transportation to get around the heart of Los Angeles.

Downtown Los Angeles is finally becoming the international city we've wanted it to be. It's a regional transportation hub with six freeways, six Metrolink lines, five Metro Rail lines, 15 million passengers a year at the 7th / Metro Center station. DTLA is thriving with 1,000+ new bars, restaurants, and nightclubs, a 97 Walkability Score (highest in LA), 65 Bike Share Stations with 800 bikes and 15 miles of bike lanes, 100+ live music venues, 60+ art galleries, 15+ Farmers Markets, grocers, and coffee roasters….

Downtown Los Angeles is a dynamic and thriving urban core with a bright future.

*Jose Huizar*



PERSHING SQUARE

8

# CENTRAL CITY

DTLA's Central City is also known as the City's Center or Financial Core. The Central City area spans over 85 city blocks from the Civic Center to Pershing Square and from South Park and the 110 Freeway. It includes the amazing Music Center featuring the Walt Disney Concert Hall and The Broad to Grand Central Market ( a foodie's ultimate destination) to 7th Street's Bottega Louie and world class education at the Fashion Institute of Design & Merchandising. It's home to the soon public art must see venue and redesigned green space - Pershing Square. It's the home of the revitalization with incredible development from the Wilshire Grand to historical icons such as the Millennium Biltmore Hotel. We are thrilled to take you shopping at either The Bloc or Fig & 7th! Our City Center is an absolute destination.

According to the latest data from the Downtown Center BID, DTLA has seen nearly $25 billion dollars in real estate investment between 1999 and 2016. In just the past year alone, Downtown had nearly 3,600 residential units break ground with another 35,170 units being proposed.

We now have a residential population that is over 75,633 and by the time the current construction projects are completed, we estimate having over 86,000 people living in DTLA.



WALT DISNEY CONCERT HALL



THE BLOC



FIG & 7TH



GRAND CENTRAL MARKET

9



# HISTORIC CORE

At the core of the DTLA Renaissance is the revitalization of some of the most beautiful historic buildings. From Historic Broadway to the Financial, Fashion, and Jewelry Districts dozens of these architectural gems have been reactivated as modern workspaces for innovative companies, loft-style residences for creative individuals, new and young shopping, and boutique hotels for trendsetting travelers, and are now among the prized properties in DTLA.

The intersection of Broadway and 7th Streets, once the end of Route 66 and the busiest intersection in the world with over 500,000 crossings a day, is still home to stunning Historic Core moments such as our Night on Broadway!  And, Spring Street has become the Historic Core's residential core which is packed with cafes, bars, and neighborhood amenities.

You could almost say the Historic Core is actually Los Angeles' Broadway Theatre District. It is the home to 9 of reactivated historical theatres of the 12 along Broadway spurred on by Councilmember José Huizar's Bringing Back Broadway Economic Initiative. And, to make the Historic Core even more celebrated we've seen the Spring Arcade revival with food-focuses small businesses line the sides of the European-style arched pedestrian corridor.


Photo by: lastbookstorela.com

### THE LAST BOOKSTORE
The largest used bookstore in California, The Last Bookstore is a giant world of literature, music and art. Alongside books, it boasts an enormous vinyl selection, offers a labyrinth of $1 books and is home to the Spring Arts Collective – a group of galleries and shops on the mezzanine.

### SPRING ARCADE
Food-focused small businesses line the sides of the historic Spring Arcade, a European-style arched pedestrian corridor between Broadway and Spring Street. Gelateria Uli, pictured here, offers homemade gelatos, espressos, affogatos, and baked goods.

### ARTWALK
On the second Thursday of every month, the Historic Core becomes home to Downtown LA ArtWalk. Galleries open their doors, people pack the streets, and bars and restaurants get busy during the monthly event.

### HISTORIC DOWNTOWN FARMERS MARKET
Every Sunday, 5th Street between Broadway and Spring Streets is transformed into a community farmers market, offering fresh produce, groceries, breakfast, flowers, crafts, and more for residents and visitors alike. The market accepts EBT and runs 9am-2pm weekly.

### 6TH & SPRING STREETS
The most densely populated intersection in Los Angeles, 6th and Spring is the heart of the district, packed with cafes, bars, and neighborhood amenities tucked into historic landmarks.

### LOS ANGELES THEATRE
A crown jewel of the historic Broadway theater district, the Los Angeles Theater is the last built and most ornate of the dozen remaining venues along the corridor.


SPRING BROADWAY ARCADE


LOS ANGELES THEATRE LOBBY

11



# FASHION DISTRICT

DTLA's Fashion District is the hub of the West Coast's apparel industry – 100 blocks of flowers, fabrics, and fashion. The district is where business of fashion happens, with thousands of wholesale contemporary brands operating in the area. An estimated 4,000 businesses operate in the district including the largest flower market in the country.

We are also home to the largest concentration of fabrics and notions and the famous Santee Alley, an open-air bazaar known for its bargains and trendy fashions. Most recently the district has welcomed Downtown LA's hottest retail including BNKR, Aesop, H. Merrick of California, Gentle Monster, and couturier to the stars, Michael Costello. ALC, Vans, and West Elm have opened and/or planned their grand openings announced locations in the district.

The district is becoming a foodie destination with celebrated restaurants like Rossoblu, Preux & Proper, Best Girl, Broken Mouth, Sonoratown, Corporation Food Hall, Little Damage, Poppy & Rose and Dune.

The Fashion District is a multi-faceted hub of fashion-related businesses. It's also rapidly evolving as a residential area and home to a growing number of commercial tenants that thrive off of the district's creative energy, particularly in the fashion-tech industry.

The creative energy of the district has attracted an influx of artist and galleries into the area, like Avenue des Arts, Mugello Galery, Gloria Delson Contemporary Arts, and Ren Gallery.

# LOS ANGELES STREETSCAPE

Councilmember José Huizar worked with the Fashion District Business Improvement District (BID), the Bureau of Street Services and the Board of Public Works on $2 million in street and sidewalk improvements in the Fashion District. The improvements, part of Councilmember Huizar's DTLA Forward initiative, include repairing more than 13,000 square feet of sidewalk on Los Angeles Street between 7th Street and Olympic Boulevard, installing 18 pedestrian lights, 27 new trees, new ADA curb ramps, 14 high visibility crosswalks, new trash cans and two curb extensions at existing mid-block crosswalks on Los Angeles Street between 7th and 8th and 8th and 9th.



SONORA TOWN

WEST ELM

ROSSOBLU

FLOWER MART

SANTEE ALLEY

"This past year, cultural and lifestyle developments Row DTLA and City Market South opened up—bringing with them a string of restaurants and indie shops, and warranting the city a slot on our annual "Where to Go" list of hot travel destinations." —Bloomberg, January 2017

13



# SOUTH PARK

South Park is the fastest-growing district in Downtown Los Angeles. The opening of LA LIVE and STAPLES Center in 1999 adjacent to the Los Angeles Convention Center established the neighborhood as the entertainment hub of DTLA.

Between 2016 and 2020, the residential population is expected to triple, and by 2025, a third of all DTLA residents will live within a half-mile distance from the center of South Park, making it the new Residential Center of DTLA!

The district is finding new and creative ways to ensure this growing population has access to the necessary accommodations – green space, multi-modal transit infrastructure, diverse retail, and more.



LA LIVE'S AEG CAMPUS







### HOPE STREET PARKLET
The first parklet completed in DTLA through LADOT's People Street Program. In 2015, South Park BID received a global award for 'Improvements in Public Space' for the parklet.

### WAY-FINDING UTILITY BOX ART PROGRAM
South Park BID curated a public art program showcasing functionality and way-finding with a new roll out of over 10 utility boxes. The boxes add a true pop of green in a urban center.

### STREET TREE PALETTE
Through collaborative efforts with landscape architects, developers, and CD14, South Park BID curated a recommended list of street trees for the neighborhood based on varying criteria.

15



JAPANESE VILLAGE PLAZA

# LITTLE TOKYO

Little Tokyo, DTLA's home to some of the most authentic Japanese shops showcasing delicious food and a vibrant nightlife.  Little Tokyo's roots can be traced back to 1886.  The district is 150 acres and includes the Japanese American Cultural and Community Center, Japanese American National Museum, the Go For Broke Monument and Education Center, the David Henry Hwang Theater, the nation's longest-running Asian-American open mic and poetry venue, the Hompa Hongwanji Buddhist Temple, and not to mention, the longest-running Asian-American open mic and poetry venue. Little Tokyo is a cultural focal point for Los Angeles Japanese American population comprising of over 100 restaurants and retail shops, 8 religious institutions, and 20 plus organizations.

## LITTLE TOKYO ACTIVE TRANSPORTATION IMPROVEMENTS

Councilmember José Huizar, Chris Komai, Chair of the Little Tokyo Community Council, the Bureau of Engineering, the City's Department of Transportation, the Bureau of Street Lighting and community members broke ground on $5.3 million in street improvements coming to Little Tokyo.

16

The improvements are part of Councilmember Huizar's DTLA FORWARD initiative and include extending the pedestrian plaza by the Japanese American National Museum and connecting it to the Go For Broke Monument. Additional enhancements will close the slip lane at 2nd Street and Alameda Street for public art.

District 14 worked closely with LADOT to get a new crosswalk and signal installed at the intersection of 3rd St. and Omar St.. The crosswalk was officially unveiled in March 2017 and provides a much-needed pedestrian crossing for the elderly citizens of Little Tokyo.



## FUGETSU-DO BAKERY SHOP

Councilmember Jose Huizar was proud to recognize Fugetsu-Do Bakery Shop as a remarkable historical, delectable contribution to the community at their 115th Anniversary celebration.





# EL PUEBLO

El Pueblo de Los Angeles Historical Monument represents the site of our earliest Angelenos - Los Angeles Pueblo where forty-four settlers of Native American, African and European Heritage journeyed more than one-thousand miles across the desert from present day northern Mexico to establish a farming community in September 1781. Since that time, Los Angeles has been under the flags of Spain, Mexico, and the United States.

Today, El Pueblo is a living museum that continues to fulfill its unique role as the historic and symbolic heart of the city. It attracts over 2 million visitors annually who are eager to view their free museums and attractions. El Pueblo is a major gathering spot, event venue, and cultural hub in the heart of downtown Los Angeles.

- El Pueblo is home to some of Los Angeles' oldest landmarks including The Avila Adobe, LA's oldest house, and La Golondrina, Olvera Street's oldest restaurant

- At the center of El Pueblo is Los Angeles Plaza Park also known as La Placita Olvera which was built in the 1820's

18

## BRACERO MONUMENT

Councilmember Huizar ushered the creation of a monument to honor Braceros and their contributions by erecting a 19-foot sculpture at the corner of César Chávez Avenue and Spring Street – across the street from El Pueblo de Los Ángeles.

## OLVERA STREET- "LA PLACITA OLVERA"

A must stop in DTLA, La Placita has something for everyone and celebrates Mexican arts and crafts. It's full of history and showcases our City with nothing but smiles sprinkled with tacos!.





THE ROW

SMORGASBURG
Los Angeles
Here Every Sunday • 10am-4pm

20

# INDUSTRIAL DISTRICT

A significant transformation is now under way in the Industrial District with the redevelopment and reuse of the 7th Street Produce Market into ROW DTLA. Situated on 30+ acres, from 7th Street to 8th Street, and from Central Avenue to Alameda Street, buildings are eighty-five feet tall with multi-paned windows, and large, open floors for the upper floor offices. The Industrial District is also home to the City's seafood industry, and several other manufacturing businesses.

Companies like Hyperloop One and Califia Farms have turned raw buildings into hives of innovation and creativity. These locations have become even more desirable as the surrounding residential community, retail offerings, and restaurant scene have exploded with exciting new businesses and bold new projects.

New developments are starting to make their way west towards the heart of Downtown and smaller businesses are beginning to open up on Kholer Street as well as a weekly Smorgasburg held every Sunday that features various vendors from all over city.

## The Industrial District consists of:

# 260 ACRES

## 40 BLOCKS OF DOWNTOWN

## 5600 JOBS
**(2% OF DOWNTOWN)**

## 4000 RESIDENTS
**(7% OF DOWNTOWN)**



## FOUNDATION OF BUSINESS IN THE INDUSTRIAL DISTRICT






**MUTUAL TRADING CO., INC.**
共同貿易株式会社


*Young's Market Company*

**Los Angeles
Cold Storage**

**LOS ANGELES WHOLESALE
PRODUCE MARKET**

21



# ARTS DISTRICT

The Arts District is a fiercely original, urban neighborhood, situated on the eastside of Downtown, bordered by the Los Angeles River. The district is home to galleries, restaurants, creative office space, live/work lofts, and a growing number of residential units. The streets are rich in character as local street artists have turned building walls into canvases showcasing their artwork.

Many of the neighborhood's business establishments are tucked into early 20th century warehouses and former factories. Institutions like the Hauser and Wirth Gallery, the Southern California Institute of Architecture and the Los Angeles Clean Technology Incubator help give the Arts District its distinct character. With several public and private projects under construction and many more in the planning stages.

22

Approximately 50 restaurants/bars
Approximately 30 retail stores
1,000 housing units built in last 3 years
1,000 additional housing units being built currently
Many old factories were born in the Arts District
(Ford, Coca Cola, Challenger Butter, National Biscuit)

## ARTS DISTRICT ATP IMPROVEMENTS

Councilmember Huizar, with support from the Arts District Business Improvement District, BOE and Metro, spearheaded an application for funding and successfully secured a $15 million Active Transportation Program grant. The grant will be used to build sidewalks, enhance intersections and install bike lanes and street lighting.

## ARTS DISTRICT PARK

The Arts District Park officially opened in November 2016 as the first ever public park in the Arts District. The park includes shaded sitting areas, grassy hills, and a jungle gym for children. To match the vibrant and artistic neighborhood, Councilmember Huizar has financed a new mural project with Art Share LA, which will introduce a different muralist's work to the park every 6 months.



23



# COMPLETE STREETS

Throughout Councilmember José Huizar's three terms and 15 years overseeing Los Angeles' 14th District, he's pioneered a vision for a safer, more accessible and increasingly pedestrian-friendly city. While L.A.'s car culture is entrenched in its history - and it's no small feat to disentangle the city's future from its freeway-reliant past - Huizar has toiled diligently to promote the concept of "Complete Streets" throughout his district and beyond. This means envisioning a city that encourages multi-modal forms of transportation, including walking, cycling and riding public transit, while also incorporating more green space and public art into future streetscape designs.

## BRINGING BACK BROADWAY MASTER STREETSCAPE PLAN

Bringing Back Broadway is Councilmember Huizar's 10-year economic development and revitalization initiative that aims to restore Broadway - a once vibrant, bustling Downtown corridor - to its prior glory. Introduced in 2008, the initiative has already led to nearly $1 billion in investments in the area in the form of new restaurants, retail stores and hotel and office developments.  A key component of Broadway's growing appeal is Huizar's Master Streetscape Plan, designed to transform the thoroughfare into a more attractive and accessible historic theater district and commercial hub.



## FASHION DISTRICT STREETSCAPE

A $1.77 million project, this series of much-needed street improvements within downtown L.A.'s Fashion District aims to increase pedestrian access to bus stops, businesses and residences along Los Angeles Street between 7th Street and Olympic Boulevard. It consisted of 20,000-square-feet of sidewalk improvements, including curb extensions, bus station lighting and high-visibility crosswalks. He also had 26 new trees planted, new ADA curb ramps installed, and as an additional nod to the community, tree grates in the area were emblazoned with the logo of the Fashion District's BID.

# 7TH STREET STREETSCAPE

The 7th Street Streetscape is a series of enhancements that will help alleviate traffic and elevate the pedestrian and driver experience. It will make 7th Street a destination, a showpiece for DTLA, and not just a route for transportation. Ground breaking on selected design is scheduled for Fall 2020.

# ARTS DISTRICT
# STREETSCAPE IMPROVEMENTS

After an extensive application process fulfilled by the Council District 14 office and the personal pledge of Huizar to donate $150,000 in matching funds from his own budget, the Councilmeber secured $15 million in Active Transportation Program (ATP) funding from the state to improve the safety and accessibility. It will better connect the Sixth Street Bridge with the Little Tokyo/Arts District Regional Connector Station, but will also enhance pedestrian and bike access throughout the greater Downtown area and the L.A. River bike path. Street-level renovations include a new signal at the increasingly popular intersection of Santa Fe Avenue and Mateo Street, and two new pedestrian plazas - one at Merrick and 4th streets, and one at the 6th Street Bridge frontage road, which will also be accompanied by a pedestrian walkway. A mile of new bike lanes will be laid on Traction and Santa Fe avenues, as well as Mateo Street and a new crosswalk is being installed to accommodate the future Arts Plaza. Main thoroughfares including Santa Fe, Mateo, 4th Street and Traction will be lined with enhanced lighting to improve pedestrian security.



# ALAMEDA STREET ESPLANADE

Connecting L.A.'s transit hub Union Station to the rest of DTLA, Alameda Street sees a large amount of pedestrian traffic. In order to safeguard these travelers, the Councilmember supported a Metro effort to construct a pedestrian esplanade on Alameda between the 10 Freeway and Cesar Chavez Avenue, in addition to reconfiguring the train station-adjacent Alameda and Los Angeles street intersection.



# LITTLE TOKYO PEDESTRIAN SAFETY IMPROVEMENTS

Little Tokyo has became a new destination for residents and visitors alike. In an effort to make it safer for pedestrians, the Councilmember introduced a streetscape plan that includes new crosswalks, pedestrian lighting, sidewalk repairs, an art plaza and improved intersections. This overhaul also includes installing protected bike lanes stretching from Little Tokyo to the Arts District.

# TRANSPORTATION



### DTLA FWD

In coordination with City departments and civic and community organizations, DTLA Forward is an initiative launched by Councilmember Huizar to improve traffic flow, pedestrian and bicyclists' access and safety, as well as increase green and public space in Downtown Los Angeles.

DTLA Forward uses a neighborhood connectivity approach to ensure that our city, community groups, business stakeholders, and strategic partners work together to create new and innovative strategies to achieve healthy and complete streets and improve DTLA's living environment in a way that truly does move Downtown Los Angeles forward.



## SIXTH STREET BRIDGE

The new Sixth Street Bridge will 1) replace the demolished 1932 Historic Viaduct that was deemed extremely dangerous to the public's safety by the Bureau of Engineering. In doing so, will 2) clear up space for a new PARC (Park, Arts, River, Connectivity) with recreational spaces and an arts plaza for the bridge's surrounding neighborhoods. The Sixth Street Bridge will 3) have its own metro station, giving riders easy access to the LA river bike path, the bridge and PARC. When completed by the end 2020, the City of Los Angeles will 4) not only have another iconic bridge, but also an amazing destination point for Angelenos and visitors alike.





## REGIONAL CONNECTOR

The Regional Connector project is a 1.5 mile Metro undertaking through Downtown Los Angeles. When complete, it will add three new underground stations at 2nd and Hope, 2nd and Broadway and 1st and Central. The Regional Connector will allow for one continuous ride between Azusa and Long Beach and one between Santa Monica and East LA – both without transfers. Metro estimates this project will be completed in 2021.

29

## MAIN AND SPRING FORWARD

Launched in 2017, this $1.9 million project led by Councilmember Huizar and the Los Angeles Department of Transportation focuses on overhauling the popular Spring and Main Streets. It intends to make some of the most densely populated stretches of DTLA safer for pedestrians, cyclists and motorists, by focusing overhaul efforts on Main Street between Cesar Chavez Avenue and 9th Street; and Spring Street between 1st and 9th streets. The effort also includes improved crosswalks, protected bike lanes, dedicated left-turn pockets and specialty bike signals.



## LOS ANGELES STREETCAR

A 3.8-mile urban circulator, LA Streetcar will serve as a crucial, quick, and comfortable connector Downtown. It will tie together downtown's neighborhoods, destinations, and regional transit options. The line will run frequently, with a train always just around the corner and ready to connect riders to South Park, the Financial District and Historic Core, Grand Park and the Civic Center, the Fashion District, the Convention Center and LA Live. The Streetcar will also continue the trend of revitalizing DTLA in spurring an estimated $1.4 billion in economic development to ensure the region continues to grow and thrive.





## BLUELA ELECTRIC CAR SHARE

BlueLA is an all-electric car sharing service expanding to 40 stations, 200 charging points, and 100 cars in Los Angeles this year. Members have access to a network of shared electric vehicles 24 hours a day, 7 days a week, at self-service locations in central LA. DTLA will be home to 12+ stations.



# ENVIRONMENT

Despite representing one of the most densely populated and urban Council Districts in Los Angeles, José Huizar has created more than 100 acres of open space and new parks in the City's core.

Through Councilmember Jose Huizar's leadership, over 100 acres of new open space and parks have opened turning Council District 14 from being a park-poor district into a park-rich district. CD14 has seen the increase of environmental policies proposed by the Councilmember including a city-wide single-use plastic bag ban, the expansion of solar power, and the creation of green-spaces that offer residents areas to socialize and connect.

**"In today's political climate, it is critical that the City of Los Angeles continue to lead the way in environmental protections. The rest of the nation will follow," said Huizar.**

Addressing environmental concerns, Huizar has pushed for change at every level -- from changing fundamental city codes, to setting Citywide policy, to helping launch two of the largest solar projects in the country. In the face of a changing climate, there is much more work to do, and the Councilmember remains committed to the vision of a greener Los Angeles and a more sustainable future.







✔ **Plastic Bag Ban**

✔ **Ban on Smokeless Tobacco at Sports Venues**

✔ **Improve Farmers Market Accessibility**

✔ **Expand Urban Agriculture**

✔ **Clean and Water Efficiency Ordinance**

✔ **Clean Air Commute Options**

✔ **Electric Bus Fleets**

✔ **Solar & Renewable Energy**

✔ **Capture & Reuse Water**

✔ **Eater-Saving Building Codes**

33



PERSHING SQUARE REDESIGN RENDERING

# PARKS

### PERSHING SQUARE PARK

Councilmember Huizar is committed to bringing a true Center to our City. Agence Ter's "Radical Openness" Phased Redesign will set Pershing Square on everyone's "must stop" list for locals and tourists alike. Construction is scheduled to begin 2020 on Phase I of a four phased implementation approach. With our partners at the Department of Recreation and Parks, the Bureau of Engineering, and Agence Ter / Gruen Associates we have been able to create a design to reinvent Pershing Square alongside a new Public Art and Community Programming Destination scheme curated by Now Art LA. Pershing Square will once again serve as the dynamic heart of Los Angeles.

## FIRST & BROADWAY PARK

First and Broadway Park, or FAB Park as it is known, will be the Civic Center's next crown jewel. The city hosted a design competition to select a team to design the new park. The winning team, Mia Lehrer + Associates, proposed a design that focuses on sustainability, shade, and public gathering space. The new park will feature a restaurant, ample space for public art, and areas for the public to relax and get out of the Southern California heat.



## 6TH STREET BRIDGE PARK

As part of the $482 million 6th St. Bridge project designed to replace the historic but vulnerable viaduct, Councilmember Huizar worked tirelessly to establish park space underneath the bridge and to secure $28 million to fill the park with activities and elements that the communities asked for. In Boyle Heights, the park will feature soccer fields, a skate park, playground, and a dog park. In the Arts District, the park will include a dog park, fitness zone, performing arts plaza and a much needed multipurpose open space for the local community. This new 6th St. PARC is scheduled to be completed by the end of 2020.



35



## SPRING STREET PARK

As part of DTLA Forward, Councilmember Huizar secured 35 raised beds and opened Downtown Los Angeles Historic Core's first community garden. The Community Garden builds a stronger Downtown community by encouraging healthy eating and social interaction among neighbors.

## QUIMBY REFORM

As proposed by Councilmember Huizar, the City of Los Angeles has updated its park development fees and relaxed restrictions in order to encourage the construction of new parks, playgrounds and recreational facilities city wide.

**"It's been 31 years since we've updated our parks development fees in park-poor Los Angeles," said the Councilmember. "Reform is needed to increase funding for parks Citywide, adjust standards so that more green space get built, and create incentives for developers to build parks on-site."**

# SIXTH STREET BRIDGE

The old 6th Street bridge was in dire need of repair. Due to a chemical reaction in the concrete, the structural integrity of the bridge was severely compromised. Experts stated that it had over a 70% chance of failure in a major earthquake. The bridge will feature sidewalks on each side of the bridge and stairs that connect the bridge deck to the park below. Protected bike lanes will cross the whole 3,500 span and a bike ramp will connect both eastbound and westbound bike traffic on the bridge to the open space below it in Boyle Heights. Below the new bridge, we will be building a new 12 acre park that will provide much needed open space in the heart of our City.



37

# CIVIC CENTER
# Master Development Plan

Councilmember José Huizar had incredible foresight and strategic thoughts when he supported the creation of a massive, inspiring, and most of all inviting Civic Center Master Development Plan for DTLA. The new Civic Center Master Development Plan will 1) create a world class, 24/7 active mixed-use Civic Center to showcase Los Angeles in the re-imagined Downtown Los Angeles, 2) reconnect the Civic Center with surrounding communities, in particular Little Tokyo to which the City turned its back over the past decades, and 3) centralize City services and operations that are currently scattered throughout DTLA, ultimately saving millions in tax payer dollars. This is the largest investment in any Civic Center west of the Mississippi in recent history.

The complete project has been broken down into six stages with the first scheduled, the demolition of Parker Center, which started fall 2018. The complete project is inked-in for completion 2032.

38



# ARTS & CULTURE

Serving as the Councilman of District 14, one of the world's most iconic destinations for film, art, creativity and culture, Councilmember Huizar fosters an atmosphere that promotes diversity within its community; one that is open to artists and creators alike.  The Councilmember has made arts and culture one of his top priorities, and pushes for progress on every level– from city policy to grassroots efforts.

While in office, Councilmember Huizar has brought an end to the imposed prohibition of murals in the city, and as a result has given local artists the opportunity to use their neighborhoods as canvases, which has correspondingly lessened the presence of unwanted graffiti. Not only does the Councilmember encourage artistic expression within L.A., he promotes events that celebrate the City's diversity, history, and events that contribute to a sense of community.

## MURAL ORDINANCE

After an 11-year moratorium and countless legal hurdles barring the creation of new murals on private property in Los Angeles, Councilmember Huizar led the city in adopting a new ordinance that would permit this creative work to flourish once again.



40

"Murals are one of the things that define our unique and diverse City – they are a part of what makes the City of Los Angeles one of the greatest metropolises in the world," said Councilmember Huizar. "We as a City decided to embrace our history and reaffirm our commitment to supporting the arts, community building and beautifying our neighborhoods through murals."

## POPE OF BROADWAY

Located in the heart of Broadway, the 70-foot-tall Anthony Quinn, Pope of Broadway mural, has served as an iconic epicenter for Downtown L.A. since 1985. The colorful portrayal of the Latino actor and two-time Academy Award winner weathered years of graffiti, chipped paint and moisture damage, all which took a toll on its preservation and vibrancy. Through Huizar's Bringing Back Broadway initiative, the councilman helped identify $150,000 in funding to restore the expansive mural with the help of the Mural Conservancy of Los Angeles.





## UPON REFLECTION

During spring 2014, DTLA welcomed Fin DAC and Christina Angelina's collaborative mural "Upon Reflection" to Historic Core Spring 2014. A new found staple in DTLA "Upon Reflection" depicts two strong, elegant, and vibrant women.



## UNDISCOVERED AMERICA

Originally commissioned in 1992 by Earth Crew 2000, "Undiscovered America" pays tribute to indigenous culture, roots, and history of the Americas. Located in the Arts District, the iconic mural has been restored to all its glory by Earth Crew 2000, and was presented to the public in September 2018.

## UTILITY BOX MURAL PROGRAM

Created by Councilmember Huizar in an effort to transform utilitarian street infrastructure into expressions of public art, the utility box mural program has grown from a pilot effort in Downtown L.A. to a citywide initiative. There are now more than 200+ painted utility boxes in Council District 14 alone, and more than 600 spread throughout the rest of the city, all the result of local artists who agreed to donate their time and resources for free.



## NIGHT ON BROADWAY
## UTILITY BOX PROGRAM

In collaboration with local Business Improvement Districts (BIDs) and the Los Angeles Neighborhood Initiative, Councilmember Huizar held a contest and selected an artist to paint 21 utility boxes along the Broadway corridor between 1st and 12th Streets. The artist, Christian Ceci, won the competition with designs that showcase the rich, diverse history of Broadway. Each box features iconic architecture and important figures, provide historical overview, with artwork appearing on all four sides of the boxes. The mile-long art project allows the street itself to serve as a lasting gallery in recognition of Broadway's storied past.

The CD14 Art Box Mural program was a pilot project the Councilmember initiated to transform colorless, bland City electrical boxes into mini works of art. DTLA's Business Improvement Districts (BIDs) have made this pilot project their own to capture the dynamic of their neighborhoods in unique ways. South Park BID successfully utilized the CD14 pilot program to create a way finding opportunity that acts as informative additions to the public space.

43



# BRINGING BACK BROADWAY

The Bringing Back Broadway Economic Development Initiative, (2008 - 2018) was created in partnership with our private and non-profit partners to serve Broadway which was in severe need of investment and revitalization. Today, the Broadway Corridor serves as a beacon of revitalization for DTLA. New retailers and restaurants are offering a variety of options for residents and visitors. Many of our historic theatres and their emblematic marquees are again restored and open to the public as palaces of entertainment and shopping. Pedestrians and bicyclists are enjoying the new plaza sitting areas and safer traffic lanes that are redefining liveability along Broadway. This initiative is a testament to collective focus, creativity, and hard work.

## LEGISLATIVE ACCOMPLISHMENTS

| | |
|---|---|
| REVITALIZING RETAIL & HISTORIC COMMERCIAL REUSE GUIDELINES | HISTORIC BROADWAY SIGN DISTRICT |
| | BROADWAY STREETSCAPE MASTER PLAN |
| BROADWAY ENTERTAINMENT ZONE | FACADE LIGHTING GRANT PROGRAM |

44



## 4686 PEOPLE

Along the Broadway Corridor Alone in 2015
Up 52% From 2010



## HEALTHY JOB ZONE

Wholesale, Retail, Professional, Technical
and Management Sectors are Growing over
the span of the Initiative



## 9 BUILDINGS

with new Façade Lighting based on $750,000
Community Block Grants



## REACTIVATED 8 OF THE 12

Historic Theatres on Broadway



## 42 K AVERAGE WAGE

In 2016 at 2008 was $34K



## LOS ANGELES STREETCAR IS COMING!

Secured $590M for Construction & Operation /
EIR Completed / Engineering is at 30%



**253**

Live/Work Units
Adaptive Reuse Ordinance (ARO)
activating is a productive policy
2012: 6 Live/Work units and
in 2016: 253 Live/Work units

**$159 MILLION**

in permit value
during Initiative
which in previous decade
was only $66 Million



**77%**

of Broadway Corridor
Structures were built
before 1939 (21% citywide)



**$717 MILLION**

2016 Gross annual receipts
in Broadway Corridor
Up 112% from 2010

45

# NIGHT ON BROADWAY



Night on Broadway is a free arts and music festival produced in celebration of Councilmember José Huizar's Bringing Back Broadway initiative. Night on Broadway highlights Broadway's extraordinarily beautiful and historic theatres, and the new activity in the blocks between them along the Historic Corridor in Downtown Los Angeles. L.A. is a mecca for creative talent of all kinds, and Night on Broadway is where it all shines – right in the heart of Los Angeles' entertainment birthplace. From emerging musical acts to international stars, artists to acrobats, and fashion designers to food trucks, Night on Broadway is a love letter to Los Angeles and all about the City of Angels.

Night on Broadway was first produced in 2015, after a successful "Day on Broadway" event, which included walking tours and docent-led discussions on Broadway's 12 Historic Theatres. A night time event was envisioned to bring a critical mass of people to the street with programming in multiple venues and art along the street. The event was an overwhelming success in its first year (2015) drawing 35,000 people from across the city to experience Broadway. In its 2nd year, Night on Broadway drew 60,000 people. In its 3rd year, the event drew 75,000 people, making it the fastest-growing one-day arts and music festival in North America.

The next Night on Broadway is scheduled for 2020. We look forward to seeing you then.





# HOMELESSNESS

As the City grapples with a crisis of people experiencing homelessness, Councilmember  José Huizar has been proactive and assertive to find the best and most creative solutions to address our public and health safety concerns. Councilmember Huizar is the pioneer and author of voter-approved Measure HHH, which will provide $1.2 billion over 10 years to build up to 10,000 units of supportive housing.

- We are addressing each piece of the puzzle from crisis, bridge, supportive and affordable housing.
- We are reviewing what is unfortunately an extremely lacking mental illness system on the County level.
- Finding additional support and funding for our Sanitation teams to help keep our homeless population clean and Hep free.
- Supporting LAPD as it continues to fight the criminal element within the Skid Row area.
- We are working with Mayor Garcetti to open temporary, emergency shelters called "A Bridge Home." CD14 is home to the City's first, El Puente at El Pueblo,  and a second in the Fashion District on Paloma St.
- We are looking to add additional storage and housing-triage shelters in high populated areas in order to enforce LAMC 56.11.
- We understand this is an issue that is at a critical juncture and if we do not address it now, we will lose the battle of this generation.

48



"*Unless we put resources toward the long-term care of those suffering from mental illness and the prevention of a mental health crisis, the police will remain our first responders,*" said Huizar. "*Letting mental illness deteriorate into a crisis means we'll keep treating it like a crime, instead of the health-care issue that it is.*"

49



# DTLA2030

## PROPOSED PROJECTS COMPLETED BY 2030

L.A. City Councilmember José Huizar has led the campaign and has been a key catalyst in the DTLA Revitalization. He and his office are thrilled to be a part of this strong redevelopment of the City Center. The projects currently in the pipeline are laying the groundwork for creating a vibrant 24-hour urban center. With the Olympics, FIFA and the Super Bowl on the horizon, DTLA and Los Angeles has proven to be a desired world-class destination. The following projects lend to this overarching vision.

## SUMMARY OF COMPLETED PROJECTS BY 2030

- 6th Street Bridge & PARC
- Angels' Landing
- DTLA Forward Initiatives
- Pershing Square ReDesign
- 7th Street Streetscape
- Avenue of Angels
- City Market North
- South Park Residential Buildings & Neighbor Planning Complete
- Arts District Residential Development Complete
- LA Live's Hotel Addition & Los Angeles Convention Center Renovation



LA LIVE'S HOTEL ADDITION

AVENUE OF ANGELS

LOS ANGELES CONVENTION CENTER RENOVATION

51



LOS ANGELES
PERSHING SQUARE
CHAVEZ STREETSCAPE
SPRING & MAIN
DISTRICT ATP
ARTS
6TH STREET
7TH STREET
LITTLE TOKYO ATP
STREETCAR
CESAR
REGIONAL CONNECTOR
BROADWAY STREETSCAPE
6TH STREET PARC
FIRST & BROADWAY PARK
MYFIGUEROA
FASHION DISTRICT STREETSCAPE
CIVIC CENTER MASTER PLAN
BRIDGE

FACEBOOK.COM/HUIZAR.JOSE      @JOSEHUIZAR      @CMJOSEHUIZAR      www.JoseHuizar.com