# EXHIBIT 9

Case 2:20-cr-00326-JFW   Document 1288-9   Filed 12/28/23   Page 2 of 4   Page ID #:28093

http://www.ladowntownnews.com/opinion/a-decade-of-bringing-back-broadway/article_39c638a8-18ea-11e8-a870-977dea13219e.html

FEATURED

Editorials
# A Decade of Bringing Back Broadway

Feb 26, 2018



photo by Gary Leonard

DTLA - It would be overstating things to say that Broadway in 2018 is unrecognizable from Broadway in 2008. That said, a lot has changed in 10 years on the historic corridor, and nearly all of it is for the good. Today, the street known for its collection of early 20th century movie palaces is more of a destination that it has been in decades, and it is well-positioned for future advancement.

*[Get DTLA stories in our daily email newsletter.]*

Case 2:20-cr-00326-JFW    Document 1288-9    Filed 12/28/23    Page 3 of 4   Page ID #:28094

Credit for the turnaround goes to the office of 14th District City Councilman José Huizar, who a decade ago launched the Bringing Back Broadway initiative. The 10-year vision reached its sunset point last month, after a massive crowd turned out for the community celebration Night on Broadway. Also deserving of credit is Jessica Wethington McLean, whose long stint as director helped Bringing Back Broadway reach many of its economic development and street improvement goals.

The changes are obvious, and benefit those who live, work in or visit Downtown. Most notable is the influx of new businesses, highlighted by the Ace Hotel, which arrived in 2013 and served as a catalyst for the corner of Ninth and Broadway. A collection of high-end retail spots followed, and in addition to drawing hotel guests, locals frequent the Ace for the concerts and events in its refurbished theater.

Other retail arrivals have also bettered the street. Bringing Back Broadway helped pave the way for clothing stores including Urban Outfitters, Ross Dress for Less and a Gap Factory Store. Of course, a strong economy and Downtown's overall resurgence also played a big role.

Broadway is more pedestrian friendly now thanks to a streetscape plan that reduced auto lanes and extended some sidewalks, and Huizar has advocated for relighting the street's neon signs. The resurgence of Grand Central Market under former owner Adele Yellin renewed its role as an anchor on the northern end of the corridor.

Not everything has come to fruition. While a few old buildings have been reborn as residential complexes or office space, a Huizar initiative to activate the upper floors of many aged structures has yet to produce much change. Perhaps that will occur in the future, but even if it takes longer than anticipated, clearing the legal and permitting hurdles was the right step.

Bringing Back Broadway's most attention-generating aim, the creation of a Downtown streetcar with a principal spine on Broadway, has sputtered due to funding issues. We're still not convinced it is needed, especially when the price tag could surpass $250 million.

Still, Bringing Back Broadway is a success, and one that occurred after multiple previous city-propelled efforts to revive the street failed. Huizar was smart to involve business and community leaders from the get-go.

Broadway's future is bright. The current food and shopping options pave the way for more arrivals. One can build on the pedestrian improvements. We hope additional aged theaters are updated, similar to the Ace and how Steve Needleman modernized the Orpheum.

Broadway may never return to its early 20th century glory, but the progress in the past 10 years bodes well for the future.

© *Los Angeles Downtown News 2018*