# EXHIBIT 10



HOMELESSNESS
R E P O R T   J U N E   2 0 1 9



As the City of Los Angeles grapples with the homeless crisis, Councilmember José Huizar has emerged as one of L.A.'s most proactive elected officials in pursuing creative solutions to address homelessness. He is engaged and assertively addressing each piece of the homeless puzzle from the mental health crisis to bridge, supportive and affordable housing needs as well as fighting for funding to build the required levels of City services to actively combat homelessness.

Working with the City Council, Mayor Eric Garcetti, and non-profit partners like the United Way, Home for Good program, Councilmember Huizar has initiated many of the recent key strategies in the City to combat homelessness.

# The need for strategy remains critical as our homeless crisis continues.



**Change in Homeless Population Los Angeles County, 2010 - 2019**

58,936

55,048*
53,195
46,874
44,359
39,461
39,414    38,089
38,717
35,926

- 2019 City Homeless Population: 36,300.
- CD14 saw a 12% increase.

Although this past year we housed more people than ever, our affordable housing crisis drove a net rise in homelessness.

*2019 LAHSA Homeless Count

2010   2011   2012   2013   2014   2015   2016   2017   2018   2019

# TABLE OF CONTENTS

Executive Homeless Report Summary ———————————————————————————— 4

Creating the City's Homeless Administrative Infrastructure and Policy ——————— 6

    Homelessness & Poverty Committee

    City's First Homelessness Coordinator

    Comprehensive Homelessness Strategic Plan

    Unprecedented Homeless Budget

Measure HHH : Housing First Approach ———————————————————————————— 9

Emergency Housing: Next Step in Addressing Homelessness ——————————————— 11

    CD14 is Home to First Year Round City Property Emergency Shelter

    Huizar Calls for Triage-Like Emergency Shelter Response in Skid Row

Supportive Housing & Motel Conversion ————————————————————————————— --

    Expanding Service Delivery ——————————————————————————————————— --

    Taking it to the Streets with C3: 'ENGAGE, ASSIST, HOUSE' —————————— 13

    First Homeless Donation Meters in City ————————————————————————— 14

Mental Health Crisis ———————————————————————————————————————— 19

Affordable Housing Legislation ———————————————————————————————— 21

    Linkage Fee

    Door-to-Door Campaign: Know your Rental Control Rights

Sample Community Partnerships ——————————————————————————————— 23

Summary: Strategic Efforts Making an Impact ————————————————————— 27

# COUNCILMEMBER HUIZAR HELPS ESTABLISH CITY'S HOMELESS POLICY, STRATEGIES, AND PROGRAMS

## REPORT SUMMARY:

Recognizing that in decades past, the City had no homeless strategy short of reacting to the latest lawsuit and that homelessness was no longer just concentrated in Skid Row, Venice and Hollywood, Councilmember Huizar led the effort on the City Council to establish the nation's first permanent large-city council committee to address homelessness, helped create a Citywide Homelessness Strategic Plan, and co-authored Measure HHH, a $1.2 billion homeless housing bond, which will provide up to 10,000 units of supportive housing over 10 years.

Other first-of-their kind actions initiated by Huizar include creating a Citywide Homelessness Coordinator position, establishing the first Homeless Donation Meters program in the City, and calling for a triage-like response to provide emergency housing for the 2,000 unsheltered residents sleeping on the streets of Skid Row.

Councilmember Huizar is also leading the effort on the City Council to keep people from falling into homelessness by increasing our affordable housing stock through a development fee (Linkage Fee), which is expected to create about $100 million annually to provide new (and protect existing) affordable housing throughout the City of Los Angeles.

Understanding that reaching people on the streets is imperative, Councilmember Huizar helped create the intensive homeless outreach program, City County Community (C3), in Council District 14. C3 brings homeless service providers directly to the streets of Downtown's Skid Row to assist those experiencing homelessness. C3's success has made it the model for homeless outreach throughout Los Angeles County, which includes the City of Los Angeles and 87 other cities.

Continuing with effort to implement the City's Strategic Plan, Huizar also led the effort, along with Councilmember Marqueece Harris-Dawson, to adopt the Permanent Supportive Housing ordinance and the Motel Conversion ordinance, both designed to provide homeless supportive and bridge housing quicker and at a lower cost.

As the City of Los Angeles partners with non-profit and business partners to build longterm supportive housing through Measure HHH – which experts identify as the most effective housing to solve homelessness - Huizar, the Mayor, and City officials are now setting their sights on emergency housing to assist tens of thousands of homeless Angelenos get into temporary or bridge housing with services to assist them. Nowhere is that more needed than in Skid Row, ground zero for homelessness in the entire nation.

4



Pledging at least 222 units of supportive housing in each Council District every three years. Since this pledge, CD14 has 816 units approved, 594 over our 222 goal and adding to a total of 2956 units of supportive housing.

# CREATING THE CITY'S HOMELESS ADMINISTRATIVE INFRASTRUCTURE

## CREATING THE HOMELESSNESS AND POVERTY COMMITTEE

In 2015, Councilmember Huizar approached Council President Herb Wesson with an idea: "We need a homelessness committee. We need a place that we can create a real plan and strategy to address homelessness in a thorough and thoughtful way," Huizar said.

From that conversation, the City's Homelessness & Poverty Committee was born with Huizar as its first chair, a duty he later shared with Councilmember Harris-Dawson, as they worked on the details of a Homelessness Strategic Plan to create policy norms and improve citywide coordination to combat homelessness, increasing funding for outreach efforts and expanding supportive housing.

## "WE CAN'T DESIGN STRATEGY BASED OFF OF LITIGATION – WE NEED A REAL PLAN"

## CITY'S COORDINATOR – CITY NEEDS A POINT PERSON TO ADDRESS HOMELESSNESS

Established in 1993, the Los Angeles Homeless Services Authority (LAHSA), a joint city/county agency, was tasked with overseeing homeless services across the City's 4,000-square-mile area, as well as for 87 other cities in the County, a herculean task.

Recognizing the gravity and enormity of this responsibility, Huizar introduced a motion – and then incorporated it into the Homelessness Strategic Plan – for the creation of a full-time Homelessness Coordinator or Czar, who manages initiatives addressing homelessness solely in the City of L.A. and help coordinate social services for the City.

This individual serves as the primary point-of-contact for all related issues in the city, working with the Homelessness and Poverty Committee, City offices, agencies and departments, nonprofit and private partners, LAHSA and L.A. County.  In 2016, the City selected Meg Barclay to fill the position. Barclay works out of the CAO's office and is tasked with the implementation of the Homelessness Strategic Plan.

6



*"The misery, despair and hopelessness that many in Skid Row suffer through on a nightly basis is truly heart-wrenching, and it needs to end. We need a response that is equal to the tragedy that Skid Row has been allowed to become for far too long."*
*– José Huizar*

## CREATING THE COMPREHENSIVE HOMELESSNESS STRATEGIC PLAN

## UNPRECEDENTED HOMELESS BUDGET

After months of in-depth analysis, research and outreach by the Homelessness and Poverty Committee, in 2016, Huizar and Harris-Dawson worked with the Chief Administrative Officer (CAO) of Los Angeles' office and released a report that outlined 64 strategies for combating homelessness in the City. The bulk of the findings stressed the need for rental subsidies and supportive housing options, including a core directive to provide 10,000 units of housing for the homeless. This "Housing First" model includes designating City funds to supplement those from the county and state.

*"We cannot litigate our way out of homelessness. We cannot arrest our way out of it, and we can no longer continue the failed 'Out of sight, Out of mind' containment policies of the past, Homelessness is a Citywide and regional issue that needs a comprehensive, proactive and humanitarian plan and the coordination between the City and County to execute it."* said the Councilmember.

Throughout the duration of his tenure in office, Councilmember Huizar has helped build a city budget that reflects the true state of the homelessness crisis and allows for long-term, multi-faceted solutions.

Prior to 2015, Los Angeles funneled most of its resources toward police and paramedics, relying primarily on our first-responder agencies to deal with homelessness across the City. A 2015 CAO report found that this approach costs taxpayers more than $100 million annually, and is a waste of resources given that many of the people that City departments - like LAPD and LAFD- come into contact with, cycle through the City's system without getting the assistance and services they need to get off the streets.

Under Councilmember Huizar's guidance, the City increased its funding for the Los Angeles Homeless Services Authority five-fold, from less than $10 million in 2014 to $50 million in 2016. And now with HHH monies being allocated and combined with LA County dollars comes Measure H, the City is providing hundreds of millions of dollars in funding for homeless services and housing.

Measure revenue come from the County, voter=approved, sales tax funds that are projected to provide about $355 million a year for 10 years.

8

# COUNCILMEMBER HUIZAR ARCHITECT OF MEASURE HHH
## A Defining Call for Action from LA Voters

As the first step in implementing the Homeless Strategic Plan, Councilmember Huizar proposed and co-authored with Councilmember Marqueece Harris-Dawson, Measure HHH, a $1.2 billion bond to provide up to 10,000 units of supportive housing. From inception to passage, Huizar was a fierce advocate for HHH.

In November 2016, 76% of City of L.A. residents voted to approve Measure HHH. Since that time, thousands of units have been approved and thousands more will continue to be proposed and built over the next decade. As of 2019, we have committed to XX.

*"HHH gives us the best opportunity to provide housing, which is a critical element in addressing homelessness, while giving us the opportunity to partner with our County, State, Federal, private and nonprofit partners to provide the wrap-around services that we need to be effective," said Huizar. "The sea of despair that we see on our streets every day is the moral dilemma of our time – we need to solve it."*

9



Press Conference with Supervisor Mark-Ridley Thomas announcing the County's MOU to provide wrap-around services up to 10,000 Measure HHH units.

# EMERGENCY HOUSING – NEXT STEP IN ADDRESSING HOMELESSNESS

## CD14 IS HOME TO FIRST CITY SPONSORED EMERGENCY SHELTER, A BRIDGE HOME

Councilmember Huizar introduced legislation, and worked with Mayor Garcetti, to open the City's first Emergency Shelter site at an El Pueblo (Olvera Street). Named El Puente, the Bridge Home operates 24 hours a day on the former parking lot 5 where trailers for men and women, along with laundry/restroom/shower facilities, are located to serve as many as 45 individuals at a time experiencing homelessness. Most importantly, the Bridge Home offers wrap around services to include medical, mental health, domestic violence, substance abuse, job placement and much more.

The Council supported Huizar's recommendations to find more sites for bridge housing to help address Skid Row's unsheltered homeless population. The first is a privately owned warehouse at 1426 Paloma Street, which the City is leasing to create approximately 115 emergency shelter beds, in partnership with LA County. This site has been approved and its slated to open late Summer 2019. Furthermore, a vacant City office space at Los Angeles Civic Center Mall, across from City Hall is being considered as a third location for a bridge home in DTLA. The property would be the first City building used for temporary homeless housing.

## HUIZAR CALL FOR $20 MILLION TRIAGE-LIKE EMERGENCY SHELTER RESPONSE IN SKID ROW

With HHH funds starting to address our long-term housing needs, Councilmember Huizar strongly believes that the next critical step in addressing homelessness, besides significant expansion of mental health services and changing state policies, is providing emergency shelter for those experiencing homelessness.

In Skid Row, Councilmember Huizar has introduced legislation calling for a triage response to temporarily house and provide service to the 2,000 individuals who live unsheltered and sleep on the streets each and every night. Based on the El Pueblo Emergency Shelter model, the cost could be as high as $20 million, but there is no doubt that as ground zero for homelessness across the entire nation, the time has come for dramatic change in Skid Row. In a City with as much resources and wealth as Los Angeles, it is unconscionable to allow the despair that occurs on Skid Row to continue. Mayor Garrett, is response to Councilmember Huizar's motion, allocated $20 million in State Homeless Emergency AID Program (HEAP) to serve the Skid Row community.

11

## SUPPORTIVE HOUSING & MOTEL CONVERSION ORDINANCES TO EXPEDITE HOMELESS HOUSING



Public Announcement for the Permanent Supportive Housing and Motel Conversion Ordinances

In 2018, the City Council approved two ordinances that were led by Councilmembers Huizar and Harris-Dawson and supported by the United Way and homeless advocates as crucial to creating more supportive housing across the City: the Permanent Supportive Housing (PSH) Ordinance and the Motel Conversion Ordinance.

Combined, these ordinances significantly reduce construction timelines and costs for supportive housing—helping stretch $1.2 billion in Measure HHH funds further and bring the most vulnerable people experiencing homelessness into much-needed housing quicker. A 60-unit building, for example, could save nearly $1 million thanks to the expedited processes that the PSH ordinance offers.

Before their approval by the City Council, both items were heard in the Homelessness & Poverty Committee, Chaired by Councilmember Marqueece Harris-Dawson and adopted in the City's Planning & Land Use Management Committee, Chaired by Councilmember José Huizar. The ordinances were first recommended as part of the City's Comprehensive Homelessness Strategic Plan, which Huizar and Harris-Dawson helped draft as then co-chairs of the Homelessness and Poverty Committee.

12



DTLA walk with new multi-disciplinary team members. The new teams serve CD14 and include a mental health worker, substance abuse counselor, case manager, medical provider and a peer with lived experience.

## TAKING IT TO THE STREETS – C3 SUCCESS: 'ENGAGE, ASSIST, HOUSE'

C3: A groundbreaking, collaborative effort to bring social services to homeless individuals in need, C3 (City-County-Community), is a program that dispatches multi-disciplinary teams to the streets of Skid Row in order to provide social service and medical assistance to those experiencing homelessness.

Created in January 2016, C3 was born from a program enacted by Councilmember Huizar when he reached out to L.A. County Supervisor Mark Ridley-Thomas during the City of Los Angeles' Operation Healthy Streets cleanups in Skid Row asking for assistance in securing County service providers to do outreach before the City cleanups.

The effort dispatched multi-disciplinary teams to the streets of Skid Row in order to provide mental and physical health, addiction, housing and employment assistance to those experiencing homelessness.

From the success of that initial program, C3 was born, with Councilmember Huizar contributing $200,000 in discretionary funds to launch C3 – along with support from Supervisors Ridley-Thomas and Solis.

While Downtown Los Angeles' Skid Row represents the largest homeless encampment in the nation, there are tens of thousands of Angelenos experiencing homelessness throughout the city, with more than 85% of the City's homeless population located outside of Skid Row. C3's model of "engage, assist, house" has been recreated and expanded at the County level, with dozens of service outreach teams, which will have 36 outreach teams, dubbed E6 teams.

With the help of the nonprofit homeless provider, The People Concern, there are now seven teams targeting the metro area; including Downtown (outside of Skid Row), USC Medical Center area of Boyle Heights, El Sereno, Northeast L.A., Hollywood and Pico-Westlake.

13



# FIRST HOMELESSNESS DONATION METERS IN LA COUNTY RAISE AWARENESS

Councilmember Huizar established the first homelessness donation meters program in the City of Los Angeles through a program he designed with the Flintridge Center, originators of the Real Change Movement, where they have led successful programs in Pasadena and West Palm Beach, Florida.

As part of the program, homeless donation meters have been installed in Downtown Los Angeles, with more to follow as part of an effort to raise awareness and allow locals and visitors to donate money and know that it will assist those experiencing homelessness in Skid Row.

Funds from the $3,500 annual sponsorship, along with individual donations, will be administered by the Flintridge Center and provided to the People Concern, a non-profit that works with the City-County-Community (C3) program. C3 is an intensive homeless outreach program that brings County mental health, medical, rehabilitative, housing and peer outreach teams directly into the streets to assist those experiencing homelessness. It was first developed by Councilmember Huizar, with the assistance of LA County Supervisor Mark Ridley-Thomas.



Most Recent Homeless Meter Installed at the Alexandria, Special Event Venue

14

# HYGIENE AND BATHROOMS IN SKID ROW



## SKID ROW REFRESH SPOT HYGIENE CENTER BRINGING DIGNITY TO RESIDENTS

In an effort to prevent the spread of Hepatitis A and improve the overall safety and quality of life on Skid Row, Huizar introduced legislation to allot nearly $1.87 million towards establishing a temporary, personal hygiene center in Skid Row. Erected in the Weingart Center's parking lot – a property that's slated for development as permanent supportive housing – the Skid Row Community Refresh Spot is designed to address the shortage of public bathrooms and laundry amenities for the area's homeless population.

This City-sponsored hygiene center will consist of three trailers: One that contains six stalls - each with a shower, toilet and sink; and another with seven stalls that includes just toilets and sinks. The third trailer will offer 12 washer and dryers so Skid Row residents can do laundry.

A collaboration between Councilmember Huizar, Mayor Eric Garcetti, and Skid Row community members, these trailers are intended to not only provide those experiencing homelessness with access to clean bathrooms and hot showers, but give Skid Row residents a sense of hope and dignity that everyone deserves. Most importantly, the Councilmember continues to actively pursue a long-term Skid Row location for Refresh Spot trailers.

15



## LAVA MAE EXPANDS SERVICE IN DTLA

This nonprofit provides portable showers, toilets and changing rooms to homeless communities across Los Angeles. Councilmember Huizar helped secure a City of L.A. surplus truck donation to allow Lava Mae to increase its services in Skid Row and Downtown. Lava Mae offers their services by Skid Row's Gladys Park, as well as stops outside of City Hall and St. Francis Center in DTLA.

## MORE MOBILE BATHROOMS  AND SHOWERS

The L.A. City Council voted to place four mobile restrooms throughout the City, including one in Skid Row. Each of these four stations are contained in a trailer that includes a restroom and a sink, in addition to an outdoor sink that will be monitored by an attendant.

These mobile "pit stops" are intended not only to provide a safe space for those experiencing homelessness to wash their hands and go to the bathroom, but also to increase overall health and cleanliness in the community at-large. Most importantly, these new facilities will include attendants to provide for additional security and functionality.

## EXPANDING BATHROOM ACCESS

Council also approved Huizar's proposed expansion of a pilot program to provide bathroom access, doubling the number of sites in the Skid Row area where the City funds attendants to staff restrooms available to the public. Attendants create a safe and clean space, so that all patrons can feel at ease when using the bathrooms. This new program is showing results, for instance, increasing by 163% the use of a public bathroom outside of Gladys Park in Skid Row.

In addition to regular, ongoing Skid Row cleanings and the daily collection of dozens of new trash cans in that area, Huizar helped established a $1.7 million program for these temporary restrooms and for attendants to ensure safety at existing public toilets in Skid Row and elsewhere in the City.



## RESTROOMS COMING TO GLADYS AND SAN JULIAN PARK

As part of public benefits for a development residential project coming to Maple Street in Downtown, Councilmember Huizar was able to secure $600,000 to add restrooms to Gladys Park and San Julian Park in Skid Row. The parks serve hundreds of homeless residents daily and earlier in his term, Huizar put up $50,000 in CD14 discretionary funds and secured $150,000 in City funds to ensure the parks stayed open after the City's Community Redevelopment Agency (CRA) was disbanded by the Governor during the Great Recession.

17



*"Unless we put resources toward the long-term care of those suffering from mental illness and the prevention of a mental health crisis, the police will remain our first responders," said Huizar. "Letting mental illness deteriorate into a crisis means we'll keep treating it like a crime, instead of the health-care issue that it is."*

# TIME TO START ADDRESSING
# THE MENTAL HEALTH CRISIS

Yet, while all these efforts have moved the dial on homelessness considerably, Councilmember Huizar believes there is much more work to be done, especially in regards to getting assistance for those homeless individuals struggling with mental illness issues, which represent about a third of the homeless population.

## COUNCILMEMBER HUIZAR IS CALLING FOR:

◆ An expansion of crisis ready Mental Health response teams that do not include police officers, to prevent mental health crises from becoming crimes or violence in the first place, in order to intervene before police are needed.

◆ Dedicated mental health clinicians in City jails to help people who have been arrested, and help break the cycle between homelessness and incarceration.

◆ Hospitals to do more to provide thorough plans when they discharge patients with mental illnesses, and more effectively connect them to long-term services.

◆ In the most severe mental health cases where it is in the interest of individuals, establish conservatorships through the Courts to protect and make decisions for their well-being.

◆ Redefinition of the state "gravely disabled" law that has been a hindrance for years for those suffering from mental illness who cannot adequately take care of themselves.

◆ Encourage the State and County to build more psychiatric beds.

We're calling on the Governor & the State to treat Homelessness like the crisis it is. State funding is long overdue & with $1.5 billion in surplus funds we can get more people off of the streets and living the life they deserve.



# AFFORDABLE HOUSING LEGISLATION

## LINKAGE FEE TO PROVIDE $100 MILLION ANNUALLY TO BUILD & PROTECT AFFORDABLE HOUSING

As chair of the Planning and Land Use Management (PLUM) Committee, Councilmember Huizar ushered in an ordinance that ensures new construction in Los Angeles will be offset by an increased availability of affordable housing. By passing a measure that institutes a "linkage fee," which requires developers to pay up to $15 for each square foot of property they build based on the location and type of construction, the city is protecting Angelenos from displacement and being priced out of their homes and neighborhoods.

All of the funds collected from these developers – an estimated $100 million per year - will be used to help construct new affordable housing, and protect thousands of existing affordable housing units throughout the City. The plan was backed by Mayor Garcetti and was initiated by the study approved as part of the City's Homelessness Strategic Plan.

"The City has long-needed its own funding source to ensure that our residents and families who have lived in Los Angeles all their lives, can continue to call the City that they love home," said Huizar. "No Angeleno should ever have to choose between feeding their family or paying their rent,".

## GROUNDBREAKING CD14 DOOR-TO-DOOR CAMPAIGN: KNOW YOUR RENT CONTROL RIGHTS

As affordable housing options dissipate in Los Angeles, Councilmember Huizar has developed numerous strategies to educate his constituents of their rights as renters. In Council District 14's Boyle Heights neighborhood, 75% of residents are renters and more than 88% of those are protected by the Rent Stabilization Ordinance (RSO), aka rent control.

In order to protect the predominately working-class immigrant constituents in Boyle Heights living in those RSO units, the Councilmember worked with nonprofit organizations, such as InnerCity Struggle, CASA0101, and Self Help Graphics & Art, to create and implement a Know Your Rent Control Rights Campaign, in which Council District 14 representatives went door-to-door to educate tenants about the significant legal protections they enjoyed as rent-control renters.

In this first-of-its-kind effort by a City Council office, the CD14 team reached nearly every single RSO unit in Boyle Heights, approximately 15,000 locations, to share critical information about their considerable protections against arbitrary rent increases, harassment and evictions.

21



Councilmember Jose Huizar and community volunteers posting "Know Your Rental Control Rights" informational sheets with local residents.



# COMMUNITY PARTNERSHIPS
## Key in Addressing Homelessness

## HELPING JOVENES INC. SERVE ONE OF OUR MOST VULNERABLE POPULATIONS: OUR YOUTH

Serving one of the most vulnerable populations, homeless youth, Jovenes Inc. in Boyle Heights does stellar work in providing youth and young people much-needed housing and services. Huizar assisted Jovenes Inc. in securing a City-owned duplex on 4th Street to develop eight units of housing for homeless college students. The 6,000-square-foot lot will be dedicated to Jovenes' "College Success Initiative," which aims to help young people enrolled in community college achieve stability and ultimately, graduate, through supportive housing.

Councilmember Huizar is also assisting Jovenes Inc. by donating city land (Aliso Triangle) on Pleasant Avenue where the non-profit's main site is located, which will allow for a cohesive expansion of Jovenes Inc.'s campus and services.



## EXPANDING SHELTERS IN NORTHEAST LOS ANGELES

A nonprofit based in Highland Park, Recycled Resources has had a longstanding and productive relationship with Councilmember Huizar and his staff. Team Huizar has collaborated with Recycled Resources to carry out LAHSA's annual Homeless Count in Northeast L.A. and to then try to find permanent supportive housing and/or needed services for each individual surveyed. Huizar has also partnered with Recycled Resources on co-hosting annual donation drives in Northeast L.A. to collect blankets, toiletries, undergarments and more, to serve our local neighbors experiencing homelessness.



## HUIZAR EARLY SUPPORTER OF WINTER SHELTER AT ALL SAINTS CHURCH

In 2016, Councilmember Huizar worked with and provided early financial assistance to Recycled Resources to open a NELA winter shelter at All Saints Church in Highland Park to allow those experiencing homelessness to sleep in a comfortable and secure environment.



## EXODUS RECOVERY SERVING EL SERENO, NELA & COUNTY-USC AREAS

Exodus Recovery is the non-profit group that leads our E6 intensive homeless outreach teams in El Sereno, Northeast LA, and in Boyle Heights in the area around County+USC Medical Center. Councilmember Huizar helped provide Exodus with Americorps workers and his office coordinated with LAHSA to provide the expanded outreach service in areas of the district where services previously did not exist.



## COUNCIL DISTRICT 14 SPONSORS WOMEN'S DONATION DRIVE

Council District 14 sponsors an Annual Homeless Annual CD14 Homeless Women's Donation drive where generous constituents bring women's toiletries and other items. Women represent about a third of all homeless residents in the City and County.

The items are dropped off at any of our CD14 office in Downtown, Boyle Heights, El Sereno and Eagle Rock, and are donated to Proyecto Pastoral's Guadalupe Homeless Project in Boyle Heights and the Downtown Women's Center in Downtown Los Angeles. Both organizations serve women who are experiencing homelessness.

# ALLOCATION OF $20 MILLION TO ADDRESS HOMELESSNESS

## Our work is making a difference



**March 2017**
Measure H approved by voters

**November 2016**
Prop HHH approved by voters

**July 2017**
Measure H funds were disbursed

**February 2016**
Homeless strategies adopted

Change in Total Homeless Population
Los Angeles County, 2010 - 2018

38,717   39,414   35,926   39,461   38,089   44,359   46,874   *55,048

**53,195**
**homelessness decreases 3%**

Homelessness increases 17%

Homelessness increases 12% since 2013

2010   2011   2012   2013   2014   2015   2016   2017   2018

### WHERE WE ARE GOING:

$3.5 billion in LA County Measure H funds and $1.2 billion in LA City Proposition HHH dollars will be invested to address homelessness over the next 10 years

27

# GET INVOLVED

1. Support more interim and supportive housing in your local community.

2. Advocate for expanded state and federal funding for affordable housing

   and homeless services, including mental illness/health support services.

3. Join the Everyone In Campaign at www.everyoneinla.org.

4. Volunteer at your local homeless service agency.

# Closing Message from José –
# 'All Efforts to End Homelessness Have Value'

Friends: Thank you for reading about the efforts we've undertaken to address homelessness.

In more than a dozen years as a City Councilmember, I have seen firsthand what efforts big and small can have in addressing homelessness and improving our communities. Whether it's our initiatives on the City's behalf, or the valiant work of our non-profit service providers, or the individual volunteers who are trying to get people on the streets the help they need, it all has value.

Our collective efforts offer real change to real people who for a myriad of reasons, desperately need our help. We should not give up on them. And in the City of Los Angeles – the City of Angels – we will not give up on them.

