# EXHIBIT 14

PLANNING & LAND USE MANAGEMENT

# MOTION
*Open for Business Initiative*

The development permitting process for small projects in the City is complex. It can be a lengthy and confusing endeavor, especially for first-time business owners.

Currently, Building and Safety's Development Services Case Management office (DSCM) provides a special service to major and special projects to help applicants navigate the permitting process and make it as easy as possible to move businesses to, or expand them within, the City of Los Angeles. The office is comprised mainly of Case Managers from the Department of Building and Safety, Department of City Planning, Department of Public Works Bureau of Engineering, Department of Transportation, and Department of Water and Power.

Small business owners and developers can face the same challenges in navigating the permitting process and completing their projects and may be less able to bear the cost of unnecessary delays. These small businesses are key to the City's cultural dynamic and are the backbone of the City's economy. It is critical that the City do what is in its power to guide small projects through the various city agency requirements during the design, planning, entitlement and permitting stages.

**I THEREFORE MOVE** that Council instruct the Department of Building and Safety to report back on the existing process for permitting and entitling new small businesses and developments, and how best to streamline this process, including the need for and feasibility of expanding the department's Development Services Case Management Services to small projects.

PRESENTED BY: _____
MITCH O'FARRELL
Councilmember, 13th District

SECONDED BY: _____

ORIGINAL

JUN 2 2 2016

PLANNING & LAND USE MANAGEMENT

# MOTION

*Open for Business Initiative*

Small business owners face many challenges when trying to navigate various code requirements from the City, County, and/or State. Recently, in the 13th District, several small restaurant owners were unable to open on time because the sale of beverage triggered the need for two separate bathrooms. While the City encourages the reuse and restoration of our existing buildings, existing code requirements such as these can hinder that from happening because of limited space and financial constraints due to additional permits required, delays and construction costs. Oftentimes, small business owners are the most severely impacted.

The Department of Building and Safety currently provides a Restaurant & Hospitality Express Program (RHEP) program. The goal of the RHEP is to make the permitting and inspection process more efficient, enabling new food service establishments to open on time and on budget. Since the implementation of the program, over 678 restaurants have been opened utilizing this service, and about 700 new restaurants are in pipeline. While this is a widely successful program, the Department must work within the constraints of adopted codes, plans and policies.

As such, the City should explore opportunities to amend its Code to address requirements like the example referenced above that make it harder for small businesses to open and discourage investment in the local community. For example, an additional restroom may not be required if a business is proposing a change of use within an existing building. Because the City in large part adopts various Code requirements from the County and State, it is important that we understand what sections of the Code present unique challenges to small business owners and the City's ability to amend those requirements to encourage small businesses to move businesses to the City of Los Angeles and open for business as expeditiously as possible.

**I THEREFORE MOVE** that the Council instruct the Department of Building and Safety, with the assistance of the Planning Department, and in consultation with the City Attorney, to report on the Code requirements that present unique challenges to small business owners trying to open their doors within existing buildings and the City's ability to amend those requirements vis-a-vis State and County laws.

PRESENTED BY: _____
**MITCH O'FARRELL**
**Councilmember, 13th District**

SECONDED BY: _____

JUN 2 2 2016