# EXHIBIT 17





**Extraction Report** - Apple iPhone

## Participants

  Ricky*

 55579

## Conversation - Instant Messages (1)

> Please remind chairman not to tell ray that Jose came to vegas.
> Status: Sent
> Delivered: 10/30/2015 7:29:11 AM(UTC-7)
> Read: 10/30/2015 9:19:12 AM(UTC-7)
>
> 10/30/2015 7:29:09 AM(UTC-7)

Source Extraction:
Logical (2)

1



**Extraction Report** - Apple iPhone



## Participants

  Jesse Leon*

  [REDACTED]55579

  georgesparza@gmail.com
G* (owner)

## Conversation - Instant Messages (9)

> **Jesse Leon**
> How much do you trust Ray Chan
> Status: Read
> Read: 8/31/2016 2:30:55 PM(UTC-7)
> 8/31/2016 2:29:13 PM(UTC-7)

Source Extraction:
File System

> He's had my back... He's not a fan of the CM.
> I guess I trust him depending on what..
> Status: Sent
> Delivered: 8/31/2016 2:31:32 PM(UTC-7)
> 8/31/2016 2:31:28 PM(UTC-7)

Source Extraction:
File System

> **Jesse Leon**
> Should I help him.
> Status: Read
> Read: 8/31/2016 2:32:25 PM(UTC-7)
> 8/31/2016 2:32:21 PM(UTC-7)

Source Extraction:
File System

1






**Extraction Report** - Apple iPhone

## Participants

 55579

 Jose Huizar*

## Conversation - Instant Messages (2)

> **Jose Huizar**
> Whenever u get together with George Chiang, what do u guys talk about? What does he ask u? Why do u guys meet?
> Status: Read
> Read: 9/3/2016 8:15:22 AM(UTC-7)
>
> 9/3/2016 8:01:32 AM(UTC-7)

Source Extraction:
File System

> Good morning boss. Just woke up.
>
> Majority of time I meet with him to follow up on requests/fundraising. Other times I meet just to maintain the relationship with him. He's always been very helpful and supportive.
>
> He gives me updates on Oceanwide/Hazen. We talk about different things. Work, family, girls.. He doesn't really ask me anything that triggers any red flags.
>
> Everything okay?
>
> Status: Sent
> Delivered: 9/3/2016 10:46:16 AM(UTC-7)
>
> 9/3/2016 10:46:14 AM(UTC-7)

Source Extraction:
File System





**Extraction Report** - Apple iPhone

## Participants

 Jesse Leon*

 55579

 georgesparza@gmail.com
G* (owner)

## Conversation - Instant Messages (5)

> "Whenever u get together with George Chiang, what do u guys talk about? What does he ask u? Why do u guys meet?"
> Status: Sent
> Delivered: 9/3/2016 10:15:39 AM(UTC-7)
> 9/3/2016 10:15:39 AM(UTC-7)

Source Extraction: File System

> Jesse Leon
> Wow! Wtf?
> Status: Read
> Read: 9/3/2016 10:17:12 AM(UTC-7)
> 9/3/2016 10:17:09 AM(UTC-7)

Source Extraction: File System

> Can u talk?
> Status: Sent
> Delivered: 9/3/2016 10:17:24 AM(UTC-7)
> 9/3/2016 10:17:24 AM(UTC-7)

Source Extraction: File System

> Jesse Leon
> Call you in like 5. Finishing up something with Liz.
> Status: Read
> Read: 9/3/2016 10:17:59 AM(UTC-7)
> 9/3/2016 10:17:54 AM(UTC-7)

Source Extraction: File System

1

> Cool want to get your feedback before answer
> **Status:** Sent
> **Delivered:** 9/3/2016 10:18:37 AM(UTC-7)
>
> 9/3/2016 10:18:37 AM(UTC-7)

Source Extraction:
File System



GC: You stuck in, you stuck in Boyle Heights or downtown?
GE: No, I'm going head to downtown right now.
GC: Okay. Alright, see how it goes. So Thursday at four, right?
GE: Yeah
GC: Boyle Heights?
GE: No, no, Thursday at 4-
GC: 4:30 or 4:00
GE: 4:30
GC: 4:30 okay. Alright cool man
GE: Hey, I was going to tell you. So I spoke to Chairman Huang this weekend
GC: Yeah
GE: And he heard about Jose being FBI investigation
GC: Oh he did?
GE: Yeah.
GC: So it shows that your previous source was legit
GE: Well, I don't know if it's legit or not. I mean, I mean it must be out there. But it was kind of weird because there's two different worlds, you know what I mean? Like two different-
GC: Mmhmm mmhmm
GE: Totally two different worlds. So I'm not sure how Chairman Huang's found out, it's pretty interesting.
GC: So what does he want to do about it?
GE: No, I don't know. I just, just, he just said, and I just said "Well, you know, I said I don't know a lot of details. A lot of times elected officials are always under investigation and stuff."
GC: Mmhmm
GE: So, you know. I didn't confirm anything or said anything that I knew.
GC: Did you tell your boss?
GE: No, no, I haven't told him yet. I'm not sure if I should tell him. But then if I tell him he's going to see if I told anyone, but I'm like I didn't tell anyone.
GC: You didn't tell Ray, right George or no?
GE: No, I didn't tell him. No.
GC: I'm not going to tell him this stuff, man. If I do, it's almost going to make everybody very shaky.
GE: Yeah, so-
GC: I mean, we didn't do anything wrong, but then you know it's always bad to say stuff like this.
GE: Yeah. So he didn't tell me who he heard it from, but he-cause Ricky didn't know either. But then Ricky had heard it from another source too, so-
GC: So it's coming from three different sources.
GE: Three different sources, yeah
GC: Yeah, he's got- We're not doing anything wrong, but also you gotta try and keep the ship, you know afloat.
GE: Yeah, so I'm just going to tell him like I don't know, it's just out there, you know
GC: Uh huh, uh huh, mmhmm
GE: You know, Ricky heard it from me too, heard it from someone else. And then I didn't even Ricky and then he, like I said, he told me. He's like, "Hey! I heard this and this and that." from another source, like a friend of his that's not even connected to politics.
GC: Mmhmm, not into politics?
GE: Yeah, he's not even into politics and he heard about it. So-
GC: Hmm
GE: So I don't know, I think it's a good (ui) just to scare him and tell him, "Hey man, I don't know what

| Case: 194B-LA-255905 | Target: George Esparza | Line: 55579 | File Number: |

Outgoing call from GE to Ricky Zheng
Outgoing call from George Esparza (GE) to Ricky Zheng (RZ)

GE: Hey bro.

RZ: What's up?

GE: What are you doing? Ho kee?

RZ: No I'm at Grand Hyatt (UI)

GE: Oh ok. Hey bro so I'm going to go see Jose right now. Should I tell Jose about the FBI stuff or no?

RZ: No.

GE: Don't tell him?

RZ: Don't come from your mouth.

GE: Don't let it come from my mouth?

RZ: Yeah. (UI)

GE: Oh ok. So don't tell him?

RZ: No. Not good time right now.

GE: Oh ok. Alright.

RZ: Ok?

GE: And um ok alright. So don't tell him.

RZ: Ok.

GE: Alright.

RZ: Ok.

GE: Alright.

RZ: Bye bye.

Call ended - Pertinent because they discuss the FBI investigating Huizar.

Monitor: David Dahle

12/04/2018 11:02:28 PST                                423 of 1555





# Extraction Report - Apple iPhone

## Participants

 55579

Camil*

## Conversation - Instant Messages (9)

**55579**
Hey Camil, free to meet with our friend for lunch on Tuesday? He leaves to China Thursday for two weeks
Status: Sent
Delivered: 11/26/2017 12:58:56 PM(UTC-8)
11/26/2017 12:58:54 PM(UTC-8)

Source Extraction: File System

**Camil**
Sounds good to me. Let me know where?
Status: Read
Read: 11/26/2017 6:45:54 PM(UTC-8)
11/26/2017 4:10:30 PM(UTC-8)

Source Extraction: File System

**Camil**
Persian place?
Status: Read
Read: 11/26/2017 6:45:54 PM(UTC-8)
11/26/2017 4:10:36 PM(UTC-8)

Source Extraction: File System

**Camil**
Or BH?
Status: Read
Read: 11/26/2017 6:45:54 PM(UTC-8)
11/26/2017 4:10:45 PM(UTC-8)

Source Extraction: File System

1

> **55579**
> Good morning! Let meet at his restaurant in San Gabriel. Too many people may see us in downtown.
> Status: Sent
> Delivered: 11/27/2017 9:43:51 AM(UTC-8)
> 11/27/2017 9:43:49 AM(UTC-8)

Source Extraction: File System

> **55579**
> Meaning Cuervo people.
> Status: Sent
> Delivered: 11/27/2017 9:44:06 AM(UTC-8)
> 11/27/2017 9:44:04 AM(UTC-8)

Source Extraction: File System

> **Camil**
> Got it.
> Status: Read
> Read: 11/27/2017 9:45:05 AM(UTC-8)
> 11/27/2017 9:44:33 AM(UTC-8)

Source Extraction: File System

> **Camil**
> Can you send me the address.
> Status: Read
> Read: 11/27/2017 9:45:05 AM(UTC-8)
> 11/27/2017 9:44:41 AM(UTC-8)

Source Extraction: File System

> **55579**
> 533 S Del Mar Ave, San Gabriel, CA 91776
> Status: Sent
> Delivered: 11/27/2017 9:45:39 AM(UTC-8)
> 11/27/2017 9:45:38 AM(UTC-8)

Source Extraction: File System