# EXHIBIT 18

 

**Extraction Report** - Apple iPhone

## Participants

          55579

  George Chaing*

  georgesparza@gmail.com
G* (owner)

## Conversation - Instant Messages (3)

> 55579
> Reading my notes. Looks like hazens not going to meet its deadline?
> **Status:** Sent
> **Delivered:** 8/7/2017 2:26:32 PM(UTC-7)
> 8/7/2017 2:26:32 PM(UTC-7)

Source Extraction:
File System

> George Chaing
> We met with Shawn there is a new timeline which Shawn will work on.
> **Status:** Read
> **Read:** 8/7/2017 2:30:44 PM(UTC-7)
> 8/7/2017 2:30:36 PM(UTC-7)

Source Extraction:
File System

> 55579
> Yeah my boss is indifferent. Lol
> **Status:** Sent
> **Delivered:** 8/7/2017 2:31:02 PM(UTC-7)
> 8/7/2017 2:31:01 PM(UTC-7)

Source Extraction:
File System

1

Linesheet - Minimization Details                                       User:       Andrew Civetti

| Case: | 194B-LA-255905 | Target: | George Chiang | Line: | | File Number: | |

UM: okay thank you
GC: Okay Yeah, so please make sure you get that over to her. Uhh when the time is appropriate but not to late and then also I want to make sure that okay first of all CRA will be okay so you can get the application done by this week?
S: Yeah, no I'll call them because I need to I know this draft over there and see how to get it scheduled.
GC: Okay, do me a favor and once you finish once you finish the application before you call them can you send it to the team for review and we might need to strategise a little bit?
S: Yeah
GC: Okay and is there anything else that you owe uh planning department?
S: Not right now
GC: Okay so we are all good right now right?
S: Yeah
GC: Okay perfect okay alright okay so uh
UM: Thank You
GC: So uh we will try to some of this. Okay okay. thank you
S: Thank you
GC: Okay bye.

| Minimization Event | | | Time | | | |
|---|---|---|---|---|---|---|
| Minimize On (System) | | | 13:13:47 PDT | | | |
| **Session:** | 4222 | **Times minimized:** | 1 | **Associate DN:** | | |
| **Start Time:** | 14:06:25 PDT | **Duration minimized:** | 00:00:00 | **Monitor ID:** | jvelez | |
| **Stop Time:** | 14:12:48 PDT | **Duration monitored:** | 00:06:23 | **In/Out Digits:** | | |
| **Date:** | 09/05/2017 | **Total Duration:** | 00:06:23 | **Subscriber:** | | |
| **Direction:** | Incoming | **Language:** | Unknown | **Classification:** | Pertinent | |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | Chiang, George | |
| | | | | | Esparza, George | |

**Comments**
GE explains to GC that JH is trying to point the blame on to other people with "everything" that's going on (possibly talking about FBI investigation)

**Synopsis 1**
GC: Geroge, whats up man?
GE: What are you doing?
GC: Nothing, thinking about uh the future.
GE: Laughs
GC: Yeah how to get out.
GE: No.
GC: Man, today is the deadline for that hearing- filing
GE: Which one?
GC: I was on the phone. The uh Hazen's uh, um, uh public, the uh CPC Hearing.
GE: Oh, ok, ok.
GC: Yeah, so I just- I just hung out with Shawn, apparently they didn't really talk to Planning about what they want- what your office want.
GE: Uh-huh

| Linesheet - Minimization Details | | User: | Andrew Civetti |
|---|---|---|---|

| Case: | 194B-LA-255905 | Target: | George Chiang | Line: | 6262619240 | File Number: | |
|---|---|---|---|---|---|---|---|

GC: It's crazy dude. So then Shawn--
GE: UI so Huizar let you down again, huh?
GC: Yeah, they didn't talk to them, so, so, hopefully it gets written now, so we are standing by right now.
GE: Aw, that sucks man.
GC: Yeah. I'm tired--
GE: Yeah.
GC: You know how it is.
GE: So how is- how is uh you feelin, Ray feelin? He just like what the fuck huh?
GC: Yeah.
GE: Right?
GC: I was like what? I thought UI been talking to the UI we've been talking to the boss for the past
GE: So what did, what did Shawn say? Why it didnt happen?
GC: Well no, um, Shawn- Shawn is actually uh on some of the details, so I guess um you know Shawn brings it over to the boss, so I guess after they finalize it, they didnt really tell Planning about it. So now Planning is aware of it and then they're pissed because uh why he makes sudden changes and I said no, no, no, I said hey, uh we're not trying to go behind anybody's back but um you know we obviously have been working closely with CD-14 and these are some of the changes that they proposed. So I thought that you guys already communicated. So then I guess they're at it right now, to see what's gonna happen.
GE: Oh gosh.
GC: Yeah.
GE: Fuck.
GC: All the money is there, you know, um, you know your- your office is gonna take control of all the TFAR dollars, that's like seven point something million, so it's just how they split the money that they're not clear.
GE: Oh ok.
GC: Yeah.
GE: Well this is, you know, you have the council members uh support. So UI laughter
GC: No, and I know the money all going- well everything's going to the district, you know
GE: UI I'm joking.
GC: I'm like damn. Yeah. Ok, so we got to get through today. Hey, so, like why dont we try to hook up tomorrow or the day after, where you gonna be at tomorrow?
GE: Um I'll be in city hall, um, yeah there's time, and then also just-- I know about any other stuff, um you know if my boss ever you know wants to chat just- just you know- you know you arent- you know you're not that close, you know what I mean? So I dont share with you anything.
GC: No, no, no he knows that
GE: But you know what I mean?
GC: Yeah.
GE: Because, you know, um, he's starting to, you know I think with everything, he's starting to kind of finally see the seriousness, you know?
GC: Mhmm.
GE: And so, he's really trying to like you predicted try to point fingers already, you know what I mean? So--
GC: He is, right?
GE: I- I already
GC: I could tell you right now, he's gonna do that.
GE: I already see it coming. Today was- I had a conversation with him where you know he was upset with me.
GC: Yeah.
GE: Like, and I'm like what the fuck did I do? You know what I mean? So, um, I could tell that he's already trying to you know--




**Extraction Report** - Apple iPhone

## Participants


　　　　　55579


George Chaing*

## Conversation - Instant Messages (7)

---

　　　　　55579
**How did it go?**
Status: Sent
Delivered: 9/14/2017 12:06:01 PM(UTC-7)
9/14/2017 12:06:00 PM(UTC-7)

Source Extraction:
File System

---

　　　　　George Chaing
Has not been heard yet.  We doing lunch.
Status: Read
Read: 9/14/2017 12:21:54 PM(UTC-7)
9/14/2017 12:12:13 PM(UTC-7)

Source Extraction:
File System

---

　　　　　George Chaing
Ambroz moved our item to last.
Status: Read
Read: 9/14/2017 1:57:27 PM(UTC-7)
9/14/2017 1:55:50 PM(UTC-7)

Source Extraction:
File System

---

　　　　　George Chaing
We got approved but with a lot of junk
Status: Read
Read: 9/14/2017 4:24:31 PM(UTC-7)
9/14/2017 4:24:21 PM(UTC-7)

Source Extraction:
File System

> **55579**
> Oh geesh. You should have a relationship with the councilman. Lol
> Status: Sent
> Delivered: 9/14/2017 6:29:27 PM(UTC-7)
> 9/14/2017 6:29:26 PM(UTC-7)

Source Extraction:
File System

> **George Chaing**
> Lol going to sleep early tonight
> Status: Read
> Read: 9/14/2017 8:20:51 PM(UTC-7)
> 9/14/2017 8:20:45 PM(UTC-7)

Source Extraction:
File System

> **55579**
> Ok get some rest.
> Status: Sent
> Delivered: 9/14/2017 8:21:07 PM(UTC-7)
> 9/14/2017 8:21:06 PM(UTC-7)

Source Extraction:
File System