# APPENDIX A

## **APPENDIX A**

The Court has previously indicated that it intends to consider relative
culpability when imposing a sentence, expressed a view that Mr. Huizar is the
most-culpable participant in this case, and fashioned a sentence in David Lee's
case based, in part, on its assessment of relative culpability.  See, e.g., Docket No.
1173, 7/21/23 Tr. at 56:3-57:9.  Mr. Huizar expects the government to press
culpability and role as aggravating points at his sentencing, and to argue that his
final sentence should reflect not only his absolute culpability – which does not
easily translate into a number of months or years – but his culpability relative to
the conduct and punishments of other participants in this case.

But it is not possible to conduct a meaningful relative-culpability analysis, or
to impose a punishment based in any part on comparative fault, without truly
appreciating what the relevant players actually did.  And because there was never a
trial, significant information about the other participants in this case has never been
aired.  Indeed, the government acknowledged this point both implicitly and
explicitly during the process of drafting the factual basis, rejecting certain defense
proposals while noting that the factual basis represents what the government would
prove at trial to establish guilt, not an all-encompassing recitation intended to
capture every qualifying nuance or complexity.

In light of that, and anticipating the above arguments and sentiments
regarding relative culpability, Mr. Huizar submits this Appendix so that the Court
has a more complete understanding of the other culpable individuals' conduct and
outcomes.  In so doing, Mr. Huizar wants to make that his purpose is not to suggest
that he does not bear significant moral and legal blame.  To the contrary, while
everyone else in this case has sought to save himself by throwing all the blame on
Mr. Huizar – including the trial defendants – he alone has pleaded guilty in a
fulsome way without seeking to shirk responsibility for his own conduct by

1

pointing fingers.  Instead, the purpose of this information is to show the Court that,
as with many complex endeavors, the facts and roles are not as straightforward as
they have sometimes been made out to be, and the true distribution of culpability –
as well as the present need for punishment – is far more compressed than has at
times been suggested.  In short, the purpose is to rebut a false characterization of
Mr. Huizar as a lone mastermind and outlier, whose culpability stands in stark
contrast to the other participants and is therefore deserving of a starkly different
sentence, while accepting responsibility for what he did, which his factual basis
describes in 42 pages of painstaking detail.

If, ultimately, the Court does not intend to consider relative culpability, or if
the government does not make comparative arguments about Mr. Huizar's role and
need for punishment, Mr. Huizar would be happy to have this Appendix
disregarded, and for the focus of his sentencing to be on other factors discussed in
the Sentencing Position.  He has intentionally included this information as an
Appendix for that reason.

***

| Participant | Disposition | Sentence |
|---|---|---|
| Jose Huizar | Straight plea | Unknown |
| Neils Cotter | Not prosecuted | Uncharged |
| Carmel Executives | Not prosecuted | Uncharged |
| Carmel Partners | NPA | No-admit NPA, $1.2 million fine |
| Fuer Yuan | Not prosecuted | Uncharged |
| Hazens employees | Not prosecuted | Uncharged |
| Hazens | NPA | No-admit NPA, $1 million fine |
| Businessperson A | Not prosecuted | Uncharged |
| Ricky Zheng | Immunity | Uncharged |

| Morrie Goldman | Cooperation | Cooperator, unknown (5-year max) |
| George Chiang | Cooperation | Cooperator, unknown |
| Justin Kim | Cooperation | Cooperator, unknown |
| George Esparza | Cooperation | Cooperator, unknown |
| David Lee | Guilty at trial | 6 years |
| 940 Hill | Guilty at trial | Probation, $1 million fine |
| Wei Huang | Pending trial | Fugitive |
| SZNW | Guilty at trial | Probation, $4 million fine |
| Raymond Chan | Pending trial | Unknown |

As referenced above and noted in the Sentencing Position, the culpable participants in this case fall into four categories: (1) culpable participants who engaged in serious criminal conduct but were not charged at all (Carmel, Neils Cotter, Hazens, Fuer Yuan, Businessperson A, Ricky Zheng); (2) culpable participants who engaged in serious criminal conduct but have sought to reduce their sentences on the premise of truthfully cooperating with the government (George Esparza, George Chiang, Justin Kim, and Morrie Goldman); (3) culpable and allegedly-culpable participants who did not admit fault after being charged and either went to trial or fled (David Lee, 940 Hill, Wei Huang, SZNW, and Ray Chan); and (4) Mr. Huizar, who alone was charged and accepted responsibility without attempting to reduce his sentence by shifting blame.  Below, Mr. Huizar provides additional information related to these participants' relative criminal culpability and sentencing outcomes.

a. **Uncharged culpable participants.**

The following people and entities were either not charged at all, or, despite allegations of serious criminal conduct, received Non-Prosecution Agreements.

3

**Carmel, Mr. Cotter, and other Carmel Executives.** The developer behind the Mateo project, Carmel Partners, is a multibillion-dollar private-equity firm with a nationwide development and investment portfolio. Like many developers, Carmel and its executives are politically savvy, well-connected, and have an extensive history of contributing, both directly and indirectly, to numerous politicians and political causes. For example, based only on information reported to the California Secretary of State, Carmel's principal entity was associated with $676,000 in political donations in 2018 alone. Ex. A-1[1] In the same year, the total amount contributed to all Huizar-affiliated causes was $25,000, or roughly 3.7%. Id.[2]

---

[1] This number almost certainly does not capture all of Carmel and its affiliates' nationwide contributions, or the personal contributions made by its executives and employees, or the contributions made by subcontractors or other vendors that Carmel regularly conscripted into supporting various people and initiatives.

[2] Two PACS affiliated with Mr. Huizar accepted a number of contributions or commitments from entities affiliated with Carmel between 2016 and 2018. Much of that activity was legal under controlling law, which criminalizes accepting campaign contributions only in cases of clear-and-unambiguous quid pro quos. But the FSI alleges that Mr. Huizar solicited $100,000 in contributions from Carmel in 2018 – of which $25,000 was paid – in exchange for (1) scheduling the Mateo project on the PLUM agenda, (2) voting to deny a labor union's appeal against the Mateo project in the PLUM Committee, and (3) voting to approve the Mateo project in the City Council. FSI ¶ 56; see also Docket No. 235-1 ¶ 2 & Ex. 1.



Against this backdrop, Mr. Cotter, a high-level Carmel executive who made nearly a million dollars a year and had a home in the Palisades, is alleged to have bribed Mr. Huizar, a sitting City Councilmember in one of the country's largest cities, in connection with a nine-figure development project in the Arts District. Other high-level Carmel executives, ███████████████████████████ ██████████████, were also closely involved in Mr. Cotter's contributions to and dealings with Mr. Huizar and other council offices. Yet, with the statute of limitations now lapsed, not a single Carmel executive was charged with any crime. The company also was not charged, but was instead granted a no-admit NPA in the name of a newly-formed entity and required to make a $1.2 million payment. The Mateo project – which was the subject of the bribe – is still owned by Carmel and remains ongoing. Other than a temporary public-relations hit, it appears that the most significant repercussion to befall any person associated with Carmel was the loss of Mr. Cotter's job.

**Hazens and Fuer Yuan.** Hazens is a multibillion-dollar Chinese real estate firm owned by billionaire Fuer Yuan. At the relevant times in this case, Hazens owned the Luxe Hotel in DTLA through a domestic subsidiary and was represented by George Chiang as a land-use consultant. During interviews with the government, Mr. Chiang indicated that he was fearful of Fuer Yuan and reluctant to tell the truth because Fuer Yuan was "wealthy and powerful" and "involved with some 'gangsters.'" Ex. A-5.

Fuer Yuan had relationships not only with Mr. Huizar's office, but with several other politicians in the city, including the Mayor. He contributed to the campaigns of other U.S. politicians, ████████████, but never contributed to any of the PACs associated with Mr. Huizar.[3] He also hosted fundraisers for a number

---

[3] In order to conceal Fuer Yuan's contribution to ███████, George Chiang and Mr. Esparza presented a fabricated contribu███████ to Mr. Huizar in

of local, state, and national politicians at his hotel.

When it came time to entitle the Luxe project, Fuer Yuan and his agents relied not only on Mr. Huizar, whom Mr. Chiang and others eventually perceived as unwilling to take significant action to help the project, but also on Mr. Chan, who was allegedly receiving secret payments, ████████████████████ ████████[4] and other people associated with the Mayor's office and DCP, including one of the government's repeat witnesses, ██████████████[5]

Against this backdrop, the FSI alleges that Hazens and Fuer Yuan, through their domestic agents, bribed Mr. Huizar, a sitting City Councilmember in one of the country's largest cities, in connection with a nine-figure development project in the heart of DTLA. Yet, with the statute of limitations now lapsed, neither Fuer Yuan nor any other Hazens employee has been charged with any crime. Hazens also was not charged, but was instead granted a no-admit NPA in the name of a domestic subsidiary that required the company to make a $1 million payment. To Mr. Huizar's knowledge, Hazens still owns the Luxe Hotel.

**Businessperson A.** Businessperson A is a Chinese national who, according to Mr. Esparza, has a net worth of hundreds of millions of dollars. It appears that he initially came on to the government's radar because of his involvement with other city officials, including multiple sitting councilmembers other than Mr. Huizar, and his flagrant electioneering crimes. When Businessperson A first met

---

the name of "Fuk Yu." The purpose of this fraud, which occurred in the spring of 2017 by members of the RICO enterprise purportedly centered around Mr. Huizar's political power, was to ensure that Fuer Yuan could contribute to Mr. Chiang[4] ████████████████████████████ ████████████████████████████████ ████████████████████████████████ ██████████

with the government, he told blatant lies.

Since Businessperson A was enlisted as a CI, the government has been communicating with the City Ethics Commission.  Until the government's involvement,  the Ethics Commission was contemplating one of the largest city ethics fines in history for Businessperson A.  That fine would have related to, among other things, political money laundering (conduit contributions) involving 85 donations totaling around $70,000 to L.A. City and LAUSD officials.

A records search indicates that Businessperson A is or was associated with numerous corporate entities of unknown purposes, many of which reside at a single address.  Ex. A-6.  One of the principal companies with which Businessperson A is associated is a metals recycler in Fremont that, in November 2022, was raided in connection with a fraud and theft investigation.  Ex. A-7.  Businessperson A also regularly obtained tens of thousands of dollars in cash from his friend, Mr. Zheng, who appeared to run an illegal money-transmitting business out of his house in the San Gabriel Valley, which Businessperson A put to unknown uses.

Notably, the electioneering and fraud crimes being investigated by the Ethics Commission were limited only to those committed within the City of Los Angeles. Businessperson A was also involved in fundraising for many prominent county, state, and federal officials on both sides of the aisle.  He had frequent interactions with numerous public officials to whom he provided cash and gifts.  In this case and Englander, he is alleged to have bribed, or at least attempted to bribe, two sitting City Councilmembers in one of the country's largest cities.  He also had a secret retainer agreement with Mr. Esparza, a city official, under which he paid Mr. Esparza thousands of dollars a month without Mr. Huizar's knowledge.  He also gave cash and gifts to Mr. Esparza and another sitting councilmember during a trip to Las Vegas.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Other illegal activities in which he has

engaged are unknown to the defense, but almost certain to exist.

Despite this, not only does it appear that Businessperson A – a foreign national with a possible net worth of hundreds of millions of dollars who sought to illegally influence numerous American elections – will escape prosecution of any kind, it appears that he may evade responsibility for his extensive electioneering violations, avoid financial penalties, and be able to keep his identity and reputation relatively concealed despite extensive criminality.[6]

**Mr. Zheng.**  Mr. Zheng, another multimillionaire foreign national, was the right hand to Wei Huang, best friends with Mr. Esparza, close friends with Businessperson A, and centrally involved in many of the activities relating to SZNW.  Mr. Zheng also appeared to run a money-transmitting and -laundering business out of his home, from which Businessperson A, Mr. Esparza, Mr. Chiang, and others obtained, stored, and moved cash.

Mr. Zheng's close relationship with Mr. Esparza, the government's star witness, bears particular attention.  Beginning no later than November 2015, Mr. Zheng and Mr. Esparza, who referred to each other as "brothers," concluded that "too many people benefit from our relationships" and that they "need[ed] to take care of [them]selves."  Ex. A-8.  Within a matter of weeks, the men began trading drafts of a consulting agreement, and decided secretly to go into business together. As Mr. Esparza bragged to a friend in late 2015: he was a "public servant and  . . . start[ing] [his] own company with ricky," which he described as a real-estate company "focusing on foreign investment in Los Angeles."  Ex. A-9.

Throughout 2016, Mr. Esparza and Mr. Zheng secretly attempted to leverage Mr. Esparza's official position in order to make money through real-estate deals, a

---

[6] The government has represented to Mr. Huizar in writing that there has been no discussion with Businessperson A or his counsel about immunity or any benefits related to his cooperation.

cannabis company, the sale of a nightclub, and setting up business meetings for Businessperson A in exchange for money. (Mr. Esparza was also engaged in an extraordinary amount of similar activity with several other people.) Near the end of 2016, in a note written to himself in advance of a meeting with Businessperson A, who was secretly paying Mr. Esparza thousands of dollars a month, Mr. Esparza summarized the nature of his relationship with Mr. Zheng as follows:



In 2017, following the 940 Hill bribe, Mr. Esparza admits that he took the money that he received from Mr. Kim to Mr. Zheng's house. Though, in Mr. Esparza's telling, the money was earmarked for Mr. Huizar, Mr. Zheng told the government that, at various points, Mr. Esparza said that Mr. Zheng was free to spend the money as he wished, or that they could split it. Ex. A-10. In fact, Mr. Zheng did spend the cash that he received from Mr. Esparza – his brother and business partner – but later replaced some or all of it with cash that he received from other unknown sources. Id. Mr. Zheng stated that this was not the only time that he received cash to "hold" for Mr. Esparza. Id.

Separately, and although still denied by the participants, it appears that Mr. Zheng facilitated a $30,000 cash payment from Mr. Chiang to Mr. Esparza in June 2017. During a trip paid for by money received from Mr. Kim – which Mr.

Esparza continues to lie about to this day – Mr. Esparza was captured on a wiretap having the following conversation with Mr. Zheng:

GE:    Oh.  I just got here today.  I just got to the Grand Canyon today, and I am coming back tomorrow.
RZ:    Did you drive?
GE:    No, I flew to Phoenix, and then drove from Phoenix to Grand Canyon.
RZ:    Oh, that's good.
GE:    Yeah.  So.
RZ:    I was trying to tell you.  George.  George.  George Chiang.
GE:    Uh, huh.
RZ:    He gave me a check for Thirty Thousand.  You want it in cash,  give me in cash.
GE:    Oh wow.
RZ:    [laughs]. He asked me, don't tell anybody, ok?
GE:    Yeah, yeah, yeah.
RZ:    He's not going to take the cash right, right away but you keep it UI when he need cash in case he ask me but he goes, he's gonna give me thre-, thirty thousand first.
GE:    Oh, ok.  Hmm, that's interesting.
RZ:    yeah.
GE:    Alright.
RZ:    and, and UI he's gonna check a memo and in the memo he said, "borrowed to Ricky."
GE:    hmm, oh, ok.
RZ:    (talking over each other) but if I, if I give him cash, he borrowed from Ricky when there ain't all the cash in UI, in the end UI he still owe me 30 thousand, what the fuck, what, what can I do (laughing)
GE:    Yeah (laughing), but he suppos-, he supposed to, apparently that's what he's supposed to do for um, ah, you know with the Hazen, so hopefully that's what  he's getting it for.
RZ:    Yeah, you should ask him, we should, we should getting money from him.
GE:    Well he's promised me already, so maybe this is it. Cause I've been trying like meet with him, so I think he's uh, he knows what I'm trying to meet with him about (laughing)
RZ    Yeah, cause there's 30 thousand in my hand ok
GE:    Ok bro (laughing)
RZ:    Got his money ok
GE:    Yeah, we'll keep it.
RZ:    Ok, alright.

In a note drafted near the end of Mr. Esparza's time in Mr. Huizar's office, which appears to be tallying up the cash that Mr. Esparza personally received (about which he also continues to lie), the amount attributed to Mr. Chiang is $30,000:

| # | Time | Note | Deleted | * |
|---|------|------|---------|---|
| 1 | Created:<br>9/23/2017<br>7:29:13 PM(UTC-7)<br>Modified:<br>10/1/2017<br>12:06:11 AM(UTC-7) | Title: 100<br>Summary: 30<br>Source: Notes<br>Body: 100<br>30<br>25<br>155k jk<br>30k George<br><br>185k.<br><br>10<br><br>42k Andy<br>227k with Andy.<br><br>5k city<br>1k from CM.<br>1k. For dry cleaning<br><br>6k loan for Mayra.<br><br>13k pending/owed.<br>Parties:<br>Source Extraction: File System | | |

Mr. Zheng also helped to facilitate Mr. Esparza's repeated demands that he,

not Mr. Huizar, should be the one to control the relationship with Wei Huang. E.g., Ex. A-11.  And as Mr. Esparza's resentment toward Mr. Huizar escalated throughout 2017, Mr. Zheng and Mr. Esparza successfully worked to poison the relationship between their respective bosses, both of whom they hated and referred to simply as "fucker."  Id.

After Mr. Esparza left Mr. Huizar's office in late 2017, he joined the office of State Assemblywoman Wendy Carillo.[7]  During Mr. Esparza's tenure in Ms. Carillo's office, he continued to pursue a financial relationship with Wei Huang through Mr. Zheng.  In May of 2018, while Mr. Esparza was working as Ms. Carillo's Chief of Staff, he went on at least one trip to Las Vegas with Mr. Zheng and Wei Huang during which it appears that he received least $20,000:

| 22 | Name: | IMG_3232.HEIC | Size (bytes): | 1384405 | |
|---|---|---|---|---|---|
| | Path: | iPhone/var/mobile/Library/SMS/Attachments/73/03/70CDBDD8-3464-4B6B-9F6F-83A2CCDD8625/IMG_3232.HEIC | Created: | 5/15/2018 8:45:51 PM(UTC-7) | |
| | | | Modified: | 5/15/2018 8:45:52 PM(UTC-7) | |
| | | | Source Extraction | File System | |
| | MD5: | b244060b0e2c3f65e278d430edff6f4f | Source file | | |
| | | | Meta Data: | | |
| | | | Camera Make: | Apple | |
| | | | Camera Model: | iPhone 7 Plus | |
| | | | Capture Time: | 5/15/2018 8:45:52 PM | |
| | | | Pixel resolution: | 4032x3024 | |
| | | | Resolution: | 72x72 (Unit: Inch) | |
| | | | Orientation: | Rotate 90 CW | |

Throughout his cooperation, Mr. Zheng repeatedly lied to the government. He was centrally involved in the activities underlying the SZNW bribe.  He was running an illegal money-transmitting and -laundering business out of his home.

---

[7]During the 940 Hill trial, Mr. Esparza claimed that this change resulted from a reawakening of his "moral compass" following his interviews with the FBI, which caused him to reconnect with his true purpose as a man and public servant. Docket No. 562, 940 Hill at 1086:4-10.  In reality, his pitch when interviewing for the job with Ms. Carillo was that nobody in the city could do what he did given his control over Chinese money and power.  Ex. A-12.  As with his job in Mr. Huizar's office, Mr. Esparza soon came to resent Ms. Carillo.  Ex. A-13.  And in multiple communications, he was clear that his goals for the job were the same as the ones that he had in Mr. Huizar's office: to consolidate his own political power and one day be the Mayor of Los Angeles and Governor of California, while at the time "milk[ing] the opportunity" financially before "get[ing] out."  Exs. 13-14.

And he was engaged in numerous illegal schemes with Mr. Esparza, who was at all times a public official.  Nonetheless, Mr. Zheng was granted full immunity from prosecution, and will thus escape accountability of any kind.

***

Without belaboring the points, there are at least three things to note about the uncharged culpable participants.  First, unlike Mr. Huizar, they have all devoted their lives to personal enrichment, and to the extent that they have contributed anything to the betterment of the community, like owning or building properties, it has only been when doing so coincided with their financial interests. Second, this is not simply a case where these men are facing lesser consequences for their criminal conduct; none of them is facing any consequences at all.  Third, although this case has been styled as one about holding power to account, all of these people are wealthy and powerful – some extravagantly so – and are nonetheless receiving a free pass despite, especially in some cases, engaging in pervasive criminal conduct undermining democratic self-government.

### b. Cooperators

The next group of culpable participants is the cooperators.  The central premise of the cooperation agreements in this case was that Mr. Huizar was the leader of a RICO bribery enterprise centered around his political power, and that the other participants were his loyal followers.  United States v. George Esparza; CR-20-208-JFW, Docket No. 9, Ex. A ¶ 2; United States v. George Chiang; CR-20-203-JFW, Docket No. 7, Ex. A ¶ 2.  This premise is reflected not only in the factual bases of the cooperators' plea agreements, but in the sworn testimony of people like Mr. Esparza, who described himself as one of Mr. Huizar's "most loyal staff members," Docket No. 821 SZNW Tr. at 739:11, and referred to Mr. Huizar as his "role model" and "hero," Docket No. 561, 940 Hill Tr. at 1076:12-19, 1086:1-3], and who told the government during interviews that his "loyalty" to Mr.

13

Huizar was an essential component of the enterprise.

In truth, the cooperators were all ambitious men who sometimes sought to work with Mr. Huizar, but just as often, and with increasing frequency over time, worked without him or against him.  By no later than 2016, few of the cooperators harbored any loyalty for Mr. Huizar, whom they complained never did anything to help them.  As their resentment grew, they began staking out on their own, while taking pains to hide the true nature of their relationships and separate schemes from Mr. Huizar.  By 2017, several of the cooperators – including Mr. Esparza, Mr. Chiang, Mr. Zheng, and Mr. Kim – concluded that they did not need Mr. Huizar because they, not he, controlled the money and key relationships.  In 2018, Mr. Esparza, Mr. Kim, and others orchestrated a campaign to destroy Mr. Huizar's reputation through lawsuits filed by two of Mr. Esparza's former lovers and his close friend (and business partner in a secret cannabis venture), all of whom were represented by Mr. Esparza's lawyer.  As explained by Mr. Esparza at the time, the explicit goal of this campaign was the opposite of the goal at the core of the RICO enterprise to which he swore in his plea agreement: to destroy Mr. Huizar's career and ensure that his wife would fail in her bid to succeed him in CD-14 and, in the process, clear space for a CD-14 run either by his new boss or, possibly, himself.

**Mr. Esparza.**  Because it is nearly impossible to capture all of the contemporaneous misconduct in which Mr. Esparza engaged and all the lies that he has since told throughout this proceeding, Mr. Huizar will, time permitting, and if relative-culpability is going to be an issue, submit a separate supplement focused exclusively on Mr. Esparza.  For present purposes – and while emphasizing the surface-scratching nature of the information – Mr. Huizar provides below a few examples, focusing on key claims that have been made under oath in this courtroom.

**A needless lie within the first minute.**  In the first minute of his well-

14

practiced testimony at the 940 Hill trial, Mr. Esparza was asked to describe his educational background.  His response was that he received his B.A. from U.C. Santa Barbara in 2009, and, after graduating on a Sunday, started work in Mr. Huizar's office the following Monday.  Docket No. 561, 940 Hill Tr. at 915:19-916:7.  Almost every part of that answer was a lie.  Mr. Esparza did not receive his B.A. from U.C. Santa Barbara in 2009; the degree was conferred in 2021, as this case was ongoing.  Ex. A-15.  He did not start the work on the Monday after U.C. Santa Barbara's June 2009 graduation ceremonies; he started on September 14, 2009.  Ex. A-16.  And according to the competing resumes littered throughout the discovery, the exact nature and date of Mr. Esparza's degree was a matter of some debate for many years.  Ex. A-17.  Mr. Esparza has admitted to at least one formerly-close friend that he lied about his graduation in order to secure a job in Mr. Huizar's office.

Substantively, and especially compared to other lies that Mr. Esparza told under oath, Mr. Huizar acknowledges that this is comparatively-slight perjury.  Nonetheless, he mentions it because these were virtually the first words out of Mr. Esparza's mouth the first time he ever testified in a federal criminal trial.  His willingness to tell this needless lie within the first minute on the stand – seemingly for the sole purpose of self-aggrandizement – reflects a striking disregard for his oath, and a level of  confidence in his ability to deceive without consequence that should give everyone significant pause.

**Mr. Esparza falsely attributes a 940 Hill note to Mr. Huizar.**  Turning to the opposite end of the spectrum and a far more-substantive lie, the conventional wisdom for cooperators – especially cooperators with credibility problems – is that they are no better than their corroboration.  To that end, perhaps the most-powerful evidence in the entire case was Mr. Esparza's contemporaneous notes and videos related to the 940 Hill bribe.  Mr. Esparza testified that he kept meticulous records

of this crime – and all other meetings with Mr. Huizar – because he wanted to be an exceptional professional and make sure that he followed Mr. Huizar's directions precisely.  See, e.g., Docket No. 561 940 Hill Tr. at 963:3-10, 995:6-16.[8]

Of course, another commonsense possibility was that, rather than following Mr. Huizar's lead, Mr. Esparza was orchestrating the 940 Hill bribe and creating evidence in the event that, at some point in the future, he needed to save himself by throwing all of the responsibility on Mr. Huizar.  And there were multiple reasons that a jury could believe that was true:

- Mr. Esparza had multiple secret financial interests in the 940 Hill project, and stood to personally benefit from having the project entitled quickly.[9]

- The act of documenting the crime was, itself, remarkably odd, and, to any normal observer, had an air of prospective blame-shifting throughout.[10]

- Mr. Esparza told several internally conflicting stories about what should have been a highly-memorable event over the course of his cooperation, including about the amount of the bribe and how much money he personally received.  Mr. Esparza's stories also conflicted with Mr. Kim's on key and

---

[8] Mr. Esparza also has a pronounced tendency toward exaggeration and speaking in absolutes.  He testified at the 940 Hill trial that, after "every" meeting with a developer, Mr. Huizar would "always" instruct him to engage in some sort of pay-to-play activity.  See, e.g., Docket No. 561, 940 Hill Tr. at 926:2-5, 927:7-18.  Combined with his testimony about "always" taking meticulous notes to ensure that he followed Mr. Huizar's illegal instructions perfectly, that testimony would imply, literally, hundreds or thousands of notes in his phone supporting pay-to-play conduct.  Those notes do not exist.  And, importantly, no transaction was documented in as much detail as 940 Hill.  Indeed, even focusing only on the schemes charged in this case, the contrast between Mr. Esparza's documentation related to 940 Hill and his documentation of the other schemes is stark.

[9] On one side of the transaction, he had a secret side deal with Mr. Kim, who was representing David Lee and 940 Hill, and expected to get a percentage of the seller's commission on any sale.  On the other side of the transaction, he had a secret side deal with Mr. Chiang in the event that his client, R&F, bought the property.  And, as reflected in wiretap recordings, all three men agreed to conceal their personal stake in the 940 Hill deal – and even how Mr. Kim and Mr. Chiang knew each other – from Mr. Huizar.

[10] For example, rather than simply saying no to the bribe, or reporting the alleged bribe to someone else, Mr. Esparza took photos of piles of cash with notes that he wrote on a napkin attributing the criminal activity to Mr. Huizar.  He then deposited the money with his friend, Mr. Zheng, with whom he was in business and who held other illicit cash for Mr. Esparza at his home in SGV.  But he did not, for example, tell someone else outside of the scheme in order to protect himself.

memorable details, like the number of "drops" and the amount of money conferred.[11]

- Other notes in Mr. Esparza's phone suggested that he received far more money from Mr. Kim ($155,000) than he told the government, admitted at trial, or could be justified by his version of events.[12]

- Mr. Esparza's story conveniently made him the only witness, recorder, and participant in all of the key conversations with Mr. Huizar.

- Although Mr. Huizar had been in public life for over 15 years and involved with hundreds of major projects between the School Board and Council, the most brazen crime of which he is accused, which is different in kind than the other charges in this case, just happened to be on a project where Mr. Esparza had a secret financial stake, was creating odd and unusual documentation, claimed conveniently to be the only witness and recorder of every key communication with Mr. Huizar, and told stories about a highly-memorable event that changed significantly over time and appeared to conflict with other contemporaneous documentation and recorded statements, as well as the testimony of Mr. Kim.

Needless to say, the importance of reliable corroboration to support Mr. Esparza's testimony was paramount. And the integrity of his notes and recordings – as objective and independent grounding for his after-the-fact retelling – was critical to the prosecution. If believed, it had the power to make the case. But if a jury came to believe that Mr. Esparza had fabricated the corroboration and was lying about the events after the fact, then the power of the evidence could run in the opposite direction, irretrievably tarring him, the prosecutors who sponsored his testimony, and the core of the prosecution.

Against that backdrop, Mr. Esparza offered practiced testimony on direct

---

[11] One notable conflict was whether there was a first money drop on February 10, 2017 and a second money drop on March 14, 2017 (Mr. Esparza's story), or only a single money drop on March 14 (Mr. Kim's story). As may be discussed in the aforementioned supplemental filing, public fundraising records and contemporaneous communication suggest another reason for Mr. Esparza's visit to Crocker Street on February 10. And, according to Mr. Esparza's own statements, there was no bribe amount agreed on February 10, and he was not expecting to receive money from Mr. Kim on that day.

[12] In a wiretap call from June 2017, he also stated that he was able to pay for at least part of his brother's wedding and take his grandparents on a trip thanks to money he had gotten from Mr. Kim. This money was not accounted for the in the story that Mr. Esparza told at trial. [Exhibit]

examination about a note, shown below, created at 9.29 a.m. and January 18, 2017.



Specifically, and as with his testimony about other notes and self-generated documentation, Mr. Esparza testified that he created this note contemporaneously during a conversation involving only him and "Councilmember Huizar," and that "these were talking points directly from the councilmember."  Docket No. 561 940 Hill Tr. at 1010:9-1011:8.

This testimony was a lie.  When Mr. Esparza created this note, he was not meeting with Mr. Huizar.  Rather, he was meeting with Scott Yamabe, a friend of his and a nascent developer of a project at the Flower Mart.  Indeed, the evidence on this point is compelling and indisputable.

///

///

///

///

///

///

///

///

First, Mr. Esparza's text messages with Mr. Yamabe show that they were in a meeting together at the time that the note was created:



Second, the content of Mr. Esparza's note makes clear that it was specific to a conversation that Mr. Esparza was having with Mr. Yamabe. The reference at the top of the note to "Homeless camps on Maple" was part of a running conversation between the Mr. Yamabe and Mr. Esparza:



Third, at the time this note was written, Mr. Huizar was either speaking at a groundbreaking event or on his way to City Hall for Council:[13]



Finally, lest there be any doubt, the call log from Mr. Esparza's phone shows that he did not have a call with Mr. Huizar around the time that this note was created:[14]



_____

[13] By this point, and contrary to the impression given by his trial testimony, during which he claimed to be by Mr. Huizar's side at all relevant times, Mr. Esparza was no longer Mr. Huizar's driver, and had not been for two months.

[14] Although there was a call to City Hall at 10.20 a.m., Mr. Huizar was in Council at that time.  See L.A. City Clerk, Transcript of January 18, 2017 10 a.m. City Council Meeting ("Mr. Clerk we have aquorum, would you call the roll. >> cedillo, krekorian, blumenfield, ryu, koretz, fuentes, harris-dawson, price, bonin, o'farrell, huizar, buscaino, martinez, wesson. 10 members present and a quorum"), https://lacity.granicus.com/TranscriptViewer.php?view_id=129&clip_id=16565

In short, Mr. Esparza – who, again, had a secret financial stake in the 940 Hill project and was eager to see it entitled as quickly as possible – lied about this note and, in the process, put incriminating words in the mouth of Mr. Huizar that he did not speak, during a meeting that they did not have.  His testimony about this note was nearly identical to his testimony about several other notes and pieces of ostensible corroboration, the single-source nature of which made them difficult to definitively prove or disprove.  As the Court presumably appreciates, it is hard to overstate the importance of this lie in the context of arguably the most-explosive scheme in the case.[15]

**Other points.**  There is much more to say about Mr. Esparza, which Mr. Huizar hopes to do in a supplement.  For now, he offers a two additional notes:

Mr. Esparza's true purpose and M.O. in Mr. Huizar's office.  In both text messages and wiretap calls, Mr. Esparza was emphatically clear about his hatred of Mr. Huizar, his goals for public office, and how he intended to achieve them without Mr. Huizar.  Throughout 2016 and 2017, he sent dozens of messages complaining about how much he "hates this motherfucker," Ex. 18, how he and the other coschemers found Mr. Huizar to be entirely unhelpful to their objectives,[16] and how he didn't need Mr. Huizar because he, Mr. Kim, Mr. Chiang, and Mr. Zheng controlled Chinese and Korean money and power.

To offer just a few examples, on August 24, 2016, while simultaneously

_____

[15] To be clear, and as admitted in the plea agreement, Mr. Huizar knew about this bribe, helped to facilitate it in certain ways, and ultimately asked for the money, all decisions that were egregiously misguided and for which he has pleaded guilty.  But the genesis and flow of traffic for this scheme was running from Mr. Esparza to others, not the other way around.

[16] For example, during a call with Mr. Chiang, Mr. Esparza summarized the recurring complaint about Mr. Huizar not actually taking official action to help people that Mr. Esparza wanted to help and other "friends of the office": "I'm selling a product that doesn't deliver. You're saying it's going to jump right? And people are banking on that. You press the button it doesn't jump. It doesn't fucking jump. You know? And so you gotta like be, and as much as you're like George you gotta take control, I try and he fucking stops me. You know what I mean?"

21

expressing to a business partner how much he "hate[s] this motherfucker" and how he wakes up every day thinking about how he can make money with his friends, Mr. Esparza wrote a note in his phone containing his essential business pitch: "I manage all the chinese and foreign investors That are looking for business development in downtown Los Angels."  Ex. A-19.  In April 2017, Mr. Esparza explained to his part-time lover, Mayra Alvarez, his "number one goal" of public office:

> [R]emember I told you that my number one goal, money. Money, money, money. Whatever osition to help me create opportunities to go get money right? So, that's, that's what my, that's what my, ah, my job is right? MA yeah GE ...I build my empire quietly, you know what I mean?

In May 2017, Mr. Esparza and Mr. Chiang commiserated with each other about "suffering through" two more years of Mr. Huizar even though they did not need him:

> GC: Right. Hey, but we don't care George. By then we suffer through these two and half years by then someone else comes along, its very easy for us to build the relationship. GE: Yeah. Oh yeah. GC: Right? GE: No right, I mean, we're the ones, yeah, we have the relationship right. And yeah, whoever the elected official is, you know, they're going to want to meet them, but if we're the contact person. George you represent, top what, top 5 of all the Chinese companies in downtown right now? Right? Top, the main ones, R&F, Hazen, Oceanwide, um. GC: Yeah. You know, I walked in there with not knowing, anybody. GE: Yeah. GC: You know once we supported Jose, but then with Herb, with Mitch Englander, with Curren. I have nothing with them, but within a year and a half we're tight. And they are actually helping. So don't worry about that. But let's keep this ship afloat for the remainder and then you know, shit man then we figure out contingency plan. I kinda of wish that he's not going to fucking win. He, when he turns out, you know, I think, he, if he doesn't do it right, you know, if somebody else wins they might be better for us, shit.
> ***
> GC: But see the issue is timing right? GE: Yeah. We have like maybe, I say this year, I mean he is already becoming irrelevant right? And you and I both know that. We could do work without him. We don't fucking need him.

That same month, in a call with Ms. Alvarez, Mr. Esparza again reiterated his top

priority:

> So look, in other words, we just keep doing our job, my, remember my focus is what, what's my number one focus in this job, to make money right,, that's what I need to fight-, so whatever I can to set ourselves up and continue being valuable to Andy, and since he's been valuable to Chairman, Ricky, these type of folks, right, focus on my marijuana stuff, that's what I'm there for right? MA yeah[.]

In truth, as made clear by dozens of strikingly-explicit communications, Mr. Esparza's goals for public life were actually two-fold. First, as he said to Ms. Alvarez, he sought to enrich himself by misusing his official position through a series of secret real-estate, cannabis, investing, and consulting ventures involving Mr. Kim, Mr. Chiang, Mr. Zheng, ▮▮▮▮, Businessperson A, ▮▮▮▮ ▮▮▮▮, and others. Second, and perhaps mostly in service of his "number one goal," he sought to consolidate his own political power base with an eye toward a future run for public office.

Mr. Esparza was also clear about the method by which he intended to achieve these goals while working for Mr. Huizar. In addition to lying to Mr. Huizar repeatedly about his activities – including about his close relationships with the core members of the RICO enterprise, see, e.g., Ex. 17 to Sent'g Position – Mr. Esparza understood that, so long as he met his fundraising commitments and didn't draw too much scrutiny to himself, he could "do whatever." Indeed, this was the essence of the advice that he received from Mr. Chiang, who, in response to shared complaints about Mr. Huizar not helping them, advised Mr. Esparza: "GC - The things you can get away with, fucking get away with it. GE - Right, right, right, right." And it was what Mr. Esparza wrote to himself in a personal note: "Don't be too obvious, but then you can do whatever." Ex. A-20.[17]

---

[17] When Mr. Esparza was relieved of his role as Mr. Huizar's driver in November of 2016, he told one of his secret business partners that it felt as though he had been "released from [his] cage" and was now able to focus full time on "what matters," by which he meant his own financial and political projects. See, e.g., Ex. A-21.

Mr. Esparza's fundraising methods.  During his trial testimony, Mr. Esparza described a pay-to-play scheme that he was quick to attribute entirely to Mr. Huizar, at whose direction he purportedly "always" acted.  In reality, Mr. Esparza was running his own dishonest fundraising program mostly without Mr. Huizar's participation.  An example of this can be heard in a wiretap call that Mr. Esparza had with best friend, where he proudly described his own personal "tricks" for raising money on Mr. Huizar's behalf without his knowledge.  In that call, Mr. Esparza explained how he would make "asks" to developers on behalf of Mr. Huizar even though his boss "[f]ucking doesn't even know":

> AL: Going on man? GE: Nothing. Nothing much dude. Just, trying to had to raise 20-K in fucking three days. So I'm at fifteen thousand right now. So I gotta figure out who I'm sell myself to. AL: Are you serious? [laughs] GE: Nah, I- I- dude I collected fifteen thousand dollars in two day- in a day. So then I'm waiting- AL: Fuck GE: -for one guy to, to, um, get back to me but. I already know I have a plan. Was like. It's uh, you know guys that can right a check that quick. Right? So AL: Yeah. GE: If everyone comes through I'll be, thirty five thousand. But I'll just tell those guys- I'll- I'll trick em right? I'm- oh well since you know, you know, we can't take this, we already made our commitment. You know, you could use this five thousand for something else. [laughs] AL: [laughs] GE: So I got a bunch of five thousand dollar commitments. But I'm just trying to figure out who gets to me first. So. AL: Fuck man. Collect that money George. GE: Mmm. <u>It is man. Just gotta figure out- I gotta- oh- figure out planning, and, fucking, oh they got projects up. I'm all- hey councilor asked me. I just [UNI] at this point now it just comes automatic. Right? I only mean for me. Oh my boss is asking if you could please help with this this and this. Oh, Jose asked me, yeah Jose gave me your number. Fucking doesn't even know I'm calling you.</u>"

An example of this trick can be seen in Exhibit A-22.  In another call, Mr. Esparza explained to Ms. Alvarez, his part-time lover, that he was using fake meetings scheduled without Mr. Huizar's knowledge in order to extract contributions from developers and meet his fundraising goals:

> GE: I need a couple of dates for um, the Neman [reference to GE #322 & #323, will support Monica Rodriguez (CD7), but need a meeting with HUIZAR to discuss downtown projects] meeting I mentioned about yesterday because I need to send him a date first because he's holding some contributions from me, so MA: I'll do it right now GE: Alright, let's think, not next week or the following

24

week is crazy, you know, um, but maybe the, uh, towards the second or the last week or something, you know what I mean? I just - MA: Alright <u>GE: I just want to do one date, we could always reschedule it, I just want to give him a date. Just like, get the fucking contributions, you know what I mean? I need a date.  MA: And who is it? GE: It's with, oh, uh, Daniel Neman they have a project in the Arts District, so, look I'm going to see if he can come through, if he doesn't come through then we're fucking canceling the meeting. MA: Alright GE: Just give me like a day, like, bullshit date or something, mmkay? MA: Alright.</u>

In considering this information, it is important for the Court to understand the true dynamics of Mr. Huizar's office and the nature of his relationship with Mr. Esparza.  Mr. Huizar was an extremely busy Councilmember who often worked 12-hour days running from meetings, to City Hall, to community events, to family gatherings.  At any given time, he had dozens of people vying for his attention.

He was also responsible for raising substantial amounts of money for numerous causes and people other than himself.  With the exception of certain campaigns involving large-dollar donations – like HHH and the PAC to support his wife – Mr. Huizar, like other officials, outsourced much of that work to someone with a proven ability to raise money.  As is reflected throughout the discovery, Mr. Huizar would typically give Mr. Esparza, and sometimes his outside fundraiser, Christina Kegeyan, targets to hit, and then largely leave it to them to raise the funds on their own.  As Mr. Esparza himself explained in an April 2017 call with a fundraiser for another Councilmember: "You know we're fund-raising for so many other people too so I'm running . . . [Mr. Huizar] rarely does any calls or does any of this other stuff, he  just wants the results."

By late 2016, Mr. Esparza was no longer working as Mr. Huizar's driver, and although he had a day job, his principal role in Mr. Huizar's professional life was raising money for various causes.  At this point in time, he secretly hated Mr. Huizar and was entirely focused on misusing his position in order to make money and cultivate political power on his own.  Yet, as made clear in numerous texts and calls, he understood that, in order to keep Mr. Huizar out of his business and meet

25

these personal objectives, he had to deliver on any fundraising commitment that Mr. Huizar gave him.

He did that many times through legitimate means, at least in our system of privately-financed political activity.  But, as seen above and revealed elsewhere in the discovery, he also did it by numerous dishonest means, including by dangling the prospect of meetings or official action to extract money when Mr. Huizar "fucking d[id]n't even know."  While Mr. Esparza doe-eyed recasting of events has since thrown all of this pay-to-play activity on Mr. Huizar, the reality at the time was far different from the story being now told.

***

Mr. Huizar's defense team has reviewed Mr. Esparza's conduct in detail, as well as hundreds of thousands of his communications from his time in Mr. Huizar's office and beyond.  It has talked to witnesses who know him well.  It has compared his trial testimony, the factual basis of his plea agreement, and statements made to the government during interviews with other contemporaneous documents, the statements of other witnesses, and conflicting statements by Mr. Esparza himself.  His record of dishonesty and criminality is breathtaking, and has continued throughout his ostensible cooperation and the trials in this case.  Simply put, he embodies Judge Trott's famous caution about criminal cooperators:

> Criminals are likely to say and do almost anything to get what they want, especially when what they want is to get out of trouble with the law.  This willingness to do anything includes not only truthfully spilling the beans on friends and relatives, but also lying, committing perjury, manufacturing evidence, soliciting others to corroborate their lies with more lies, and double-crossing anyone with whom they come into contact, including – and especially – the prosecutor . . . .  Criminals are remarkably manipulative and skillfully devious.  Many are outright conscienceless sociopaths to whom 'truth' is a wholly meaningless concept.  To some, 'conning' people is a way of life.

Stephen S. Trott, Words of Warning for Prosecutors Using Criminals As Witnesses, 47 Hastings L.J. 1381, 1383 (1996).

26

In advance of a more focused supplement, should time permit, Mr. Huizar offers the sampling of information above so that the Court can begin to properly gauge not only relative culpability, but the present need for punishment. As it does that, Mr. Huizar hopes that the Court will bear in mind that, unlike Mr. Esparza, Mr. Huizar fully accepted responsibility for his wrongdoing and agreed to serve a substantial prison sentence without attempting to falsely minimize his wrongdoing and lighten his punishment by dishonestly shifting blame.

**Mr. Chiang.** Incidental to his close relationship with Mr. Esparza, Mr. Chiang's activities may also be discussed in more detail in any supplement related to Mr. Esparza. For now, the summary is that Mr. Chiang was a real-estate professional who, before 2014, appeared to have little experience with major projects in the city. But Mr. Chiang had a close personal relationship with Mr. Chan, his martial-arts instructor and mentor. Over a couple years, with the apparent backing of Mr. Chan, Mr. Chiang came to represent several of the largest Chinese developers in L.A. Some of those developers, like Hazens, were in Mr. Huizar's district. Several others were in other districts.

During Mr. Chan's tenure in public office, it appears that Mr. Chiang set aside money for him related to projects on which he was apparently working in his official capacity directly or behind the scenes. Mr. Chiang and Mr. Chan also had extensive relationships with other council offices and officials – including elected and unelected officials with direct control over their clients' projects – to whom they apparently provided money and gifts directly and through family members. Mr. Chiang also admitted to providing cash to Mr. Esparza on multiple occasions, including after he joined Ms. Carillo's office in the State Assembly. He and Mr. Chan also facilitated an arrangement in 2018 whereby Businessperson A covertly made payments to ████████████████, the necessity and secrecy of which raises interesting questions about the nature of the enterprise and Mr.

Huizar's role in it.[18]  As described above, Mr. Chiang was also part of the three-way deal related to 940 Hill that he, Mr. Kim, and Mr. Esparza agreed to keep secret from Mr. Huizar.[19]

As with Mr. Esparza, Mr. Chiang signed a RICO plea agreement of which the central premise was that the coschemers were working to advance Mr. Huizar's political power for corrupt ends.  At several steps during the RICO enterprise, however, Mr. Chiang worked in the opposite direction.  During a 2017 fundraiser, for example, Mr. Chiang and Mr. Esparza presented Mr. Huizar with a fabricated contribution check in order to conceal the fact that Fuer Yuan was contributing to another candidate, the purpose of which was to avoid a similar ask from Mr. Huizar.  And despite suggesting otherwise in one-on-one meetings with Mr. Huizar, Mr. Chiang privately advised his clients not to support Mr. Huizar or contribute to his PAC.

During his interviews with the government, Mr. Chiang, like the other cooperators, told shifting stories that tended to inculpate others more significantly over time.  While he does not appear to be a bad person, and while his corrupt activities were in some ways less flagrant than Mr. Huizar's, and while he is likely deeply conflicted about cooperating against his mentor, he was nonetheless

_____

[18] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ not ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮s and relationships were not as clear cut and static as they have been made out to be.

[19] On a wiretap call, for example, Mr. Esparza and Mr. Chiang talked about the lie that they would tell Mr. Huizar in the event that Mr. Chiang's client bought 940 Hill: "GE: So why don't you and I also think-let's talk and think how we um-how we uh-make sure if this does happen, that how it kind of happened with with you know, you guys too organically, right? And I didn't really do anything. You know what I mean? GC: Well no, I mean, this is easy, because I could easily tell for-with your boss, I could easily say that oh you know what, R&F was interested in a property, and then we reached out to David Lee, and then all of a sudden, actually, that's Justin's friend, that's Justin's-uh-boss."

involved in serious wrongdoing not only in connection with the Hazens project, but in connection with multiple nine- and ten-figure projects and numerous officials that had nothing to do with Mr. Huizar in any way.

**Mr. Kim.** The Court has already had an opportunity to learn about Mr. Kim and observe his credibility during the 940 Hill trial. Mr. Huizar expects that his activities may be discussed further, at least incidentally, in any supplement regarding Mr. Esparza. In short, Mr. Kim was an exceptionally ambitious man with a negative reputation who wanted to be recognized as a power player in city politics. For many years, he had been approached by the FBI regarding his and others' potential corruption in Koreatown. By 2015, he had become a significant fundraiser for Mr. Huizar and other councilmembers, and often worked closely with Mr. Esparza. According to public filings, he appeared to meet at least some of his fundraising commitments through illegal conduit contributions. He was also involved in the 940 Hill bribe.



CC:     Yep.
GE:     I got to, you know Justin just like bailed out   Like I don't even know where to begin
GC:     Oh he didn't do it?
GE:     No, I mean remember I told you he...
GC:     Was it intentionally?
GE:     You remember I told you he said let's reschedule?
CC:     Yeah, [Ul] complaining.
GE:     And then, and then, I, and then he was complaining.
CC:     Mmhmm.
GE:     And I haven't talked to him in three weeks   He hasn't returned my phone calls or text messages
or anything.
CC:     Really?
GE:     Yeah, so I don't know
GC:     He just disappeared?
GE:     Yeah dude.
GC:     God, Haha.
GE:     That guys is just, you know.  And it sucks because I was counting on some funds from him,
because it's helping supplement you know, I mean it was some of my, you know
GC:     Yeah.
GE:     What him and I had agreed to.

Eventually, however, after Mr. Esparza begged Mr. Kim to renew the relationship with promises of meaningful help from Ms. Carillo in the form of official acts, Mr. Kim agreed:



Over the course of 2018, Mr. Esparza worked to show Mr. Kim how he could be helpful to him through his office, including by using his official position to assist Mr. Kim's clients with various state departments and agencies in return for financial support.  E.g., Ex. A-22.  In late July, Mr. Kim, who had by then ceased raising money for Mr. Huizar, hosted a $50,000 fundraiser for Ms. Carillo.

██████████████████████████████████

In October 2018, as Mr. Kim and Mr. Esparza were orchestrating a litigation campaign designed to destroy Mr. Huizar and prevent his wife from winning office, they posed for a picture at a fundraiser together with Mr. Chiang. When Mr. Esparza sent the photo to Mr. Kim, he fittingly described himself, Mr. Kim, and Mr. Chiang as the "Korean, Chinese, and Mexican Mafia":



During his meetings with the government, Mr. Kim lied flagrantly and repeatedly. He has a history of corruption and attempted corruption stretching back possibly over a decade. He has engaged in electioneering fraud. He and Mr. Esparza talked excessively and grandiosely about "building their empires" through illegal activity. And, during the RICO enterprise premised on Mr. Huizar's political power, Mr. Kim was a central player alongside Mr. Esparza in the campaign to destroy him and prevent his wife from attaining office.

**Mr. Goldman.** Former Chief of Staff to two Councilmembers, by the time of the events in this case, Mr. Goldman was the principal of Urban Solutions, LLC, a lobbying firm, and one of the quintessential access-peddlers in City Hall. He represented a number of prominent companies with business throughout the city, including some of the premier developments inside and outside of CD-14, and had

close relationships with nearly all of the council offices.

Like any good lobbyist, Mr. Goldman had a penchant for telling people what they wanted to hear.  And even had a catch phrase of sorts.  When speaking with council offices, he assured representatives that he had two jobs: to protect his client, and to protect the Councilmember.  When speaking with clients, many of whom paid monthly fees north of $10,000, Mr. Goldman assured them that his job was to represent their interests.

In reality, Mr. Goldman played both sides for his own personal benefit, and often operated under multiple conflicts of interest.  At bottom, what Mr. Goldman sold his clients was access to the council offices; and what he sold the council offices was access to his clients' money for political donations.  When speaking with clients, Mr. Goldman would represent – typically with an implication that the message was coming directly from the elected official – that some action could get done with just a little more donative activity.  At the same time, when speaking with Councilmembers and staff, Mr. Goldman would stress his willingness to collect contributions from his clients, whom, he assured the officials, were eagerly waiting to donate.  Along the way, Mr. Goldman was able to increase his access to and goodwill with Councilmembers by using his current clients' money, which access and goodwill he in turn sold to future clients, which he in turn converted into additional five-figure monthly retainers for himself.

Mr. Goldman's personal records and Urban Solutions's public filings offer at least partial insight into this process.  Along with directing PAC contributions, which are not captured in these materials, Mr. Goldman, who was barred from personally donating due to lobbying restrictions, was responsible for dozens of fundraisers involving numerous officials at which his clients and their proxies donated hundreds of thousands of dollars.  Ex. A-24.  As discussed above in connection with Carmel, Mr. Goldman repeatedly urged clients to contribute to

32

various officials with explicit ties to official action.

In August 2018, shortly before the raids on Mr. Huizar's home and office, the FBI received a tip related to possible criminal activity involving Mr. Goldman. But the tip was not related to his activities with Mr. Huizar.



On December 5, 2018, roughly a month after the raids of Mr. Huizar's home and office, Mr. Goldman, with the assistance of counsel, sat for an interview with the government. During that meeting, he spent several hours denying any wrongdoing by Mr. Huizar, describing their relationship as one of typical access-peddling – gross, but not illegal. Near the end of the meeting, the government asked Mr. Goldman to describe anything at all that he had seen or head about that he deemed "close to the line." After repeating an untrue rumor about the Godoy settlement (that it had been paid by a developer other than Wei Huang),



Goldm                                                              he

Shortly after describing the project – which Mr. Goldman necessarily admitted was "'messy' and getting closer to the line of being unethical or illegal" – Mr. Goldman left.

A month later, on January 16, 2019, Mr. Goldman returned to the USAO for another interview. At the start of that meeting, he stated that he "had a 'change in tone' from his first interview because looking back [he] originally viewed and

recalled situations through his 'own prism' and presented information as he perceived it to be, but not from a bigger perspective."  In the meantime, Mr. Goldman explained, his "attorney [had] advised [him] to conduct a more critical analysis from a bigger picture and from the FBI's view point."  Mr. Goldman further stated that, "viewing the situations from that perspective, [he] understood things to be differently than originally perceived.  [He] did not want to minimize his role, but wanted it understood that he simply viewed the situation differently." Unlike the first interview, where Goldman rebuffed the government's narrative about Mr. Huizar, in this second meeting, he endorsed it and claimed that Mr. Huizar had engaged in an illegal bribe involving Carmel.

In case the foregoing isn't sufficiently clear: it is likely that Mr. Goldman engaged in other uncharged corrupt activity and, realizing that he was about to become a target, made a calculated decision to give up whatever incriminating information he could about Mr. Huizar, on whom he knew the government was focused, in order to avoid a more significant inquiry into his own activities.[20]  His statements to the government have not only been inconsistent, they have been so inconsistent in such short order as to raise real questions about anything that he says.  Despite lying to the FBI and engaging in charged (and likely uncharged) corruption in connection with (at least one) nine-figure development project, Mr. Goldman  was allowed to plead to a § 371 conspiracy with a five-year statutory maximum.[21]

_____

[20] In his January 16, 2019 interview with the government, Mr. Goldman described what made various councilmembers tick, as well as the gifts and personal benefits that they enjoyed.  While that information was redacted from the 302 provided to the defense, it was unredacted in a set of notes from the interview.
[21] In connection with his plea agreement, Mr. Goldman's counsel released the following press statement about his client – a grown man, wealthy lobbyist, former Chief of Staff to two Councilmembers, and quintessential City Hall insider: "[Mr. Goldman] allowed himself to become part of the orbit of a very corrupt man . . . .; By cooperating with the government's investigation, Morrie is reclaiming the moral ground he ceded to Jose Huizar, and my client will do everything he

***

With only the possible exception of Mr. Goldman, all of the key cooperators in this case appear to have engaged in substantial criminal activity without Mr. Huizar's knowledge or participation. All of the key cooperators lied to the government repeatedly, and sometimes flagrantly, during their interviews. All of the cooperators' stories became more inculpatory to Mr. Huizar and other charged defendants over time. Most troublingly, at least one of the key cooperators – Mr. Esparza – perjured himself repeatedly during earlier trials in this proceeding. While the cooperators also have factors in mitigation – both personal and related to their truthful cooperation – and while there may still be a culpability gap between Mr. Huizar and some of the cooperators (excluding Mr. Esparza), that gap is not as wide as has sometimes been suggested throughout this case.

### c. Trial defendants or fugitives

The final category of culpable participants in this case are the defendants who were charged and did not cooperate. As referenced in the Sentencing Position, and as is otherwise evident, Mr. Huizar has similarities and differences to these defendants. Compared to Mr. Lee and Wei Huang, each of whom only participated in a single scheme, Mr. Huizar had a greater role in the offense and was a public official. On the other hand, and also in distinction to Mr. Chan, he fully accepted responsibility for his conduct without a trial, not only conserving significant resources at trial and appeal, but bringing closure and finality to a painful chapter for the city. With the partial exception of Mr. Chan, Mr. Huizar is also unlike Mr. Lee and Wei Huang in that (1) he spent the majority of his career in public service, rather than only pursuing personal enrichment, and has a record

---

lawfully can, for as long as it takes, to make things right . . . . It's a cautionary tale of how even for a person of integrity and a previously unblemished record, like Morrie Goldman, all of this can happen."$

of large and small achievements that have meaningfully bettered the lives of many people; (2) he has been the target of the most-intense notoriety and public opprobrium; (3) he will be ruined by the outcome in this case in a way that the wealthy defendants will not; and (4) he is apparently the only person from whom the government is seeking restitution, among other things.

Of course, each of these culpable participants has aspects of their conduct and character that place upward and downward pressure on the appropriate sentence.  But the importance of Mr. Huizar's fulsome and contrite acceptance of responsibility, along with his other favorable characteristics, should not be overlooked.  Even if the Court concludes that his conduct in this case was more culpable than, for example, Mr. Lee, and even if it gives him the longest sentence in the case, other factors counsel in favor of a sentence not dramatically longer than these or other participants.

# EXHIBIT A-1

Cal-Access Search

[          ]  GO

Advanced Search

**Cal-Access Home**

**Campaign Finance**

Candidates &
Elected Officials

Propositions &
Ballot Measures

Committees, Parties,
Major Donors & Slate
Mailers

Daily/Late/
Special Filings

**Lobbying Activity**

**Resources**

**For Filers Only**

**Political Reform**

**User's Manual**

*Cal-Access*

Campaign Finance:
# CARMEL PARTNERS AND AFFILIATED ENTITIES

## Election Cycle:

○ 2023 through 2024
● Historical
   ○ 2021 through 2022
   ○ 2019 through 2020
   ● 2017 through 2018
   ○ 2015 through 2016
   ○ 2013 through 2014
   ○ 2011 through 2012
   ○ 2009 through 2010
   ○ 2007 through 2008
   ○ 2005 through 2006
   ○ 2003 through 2004
   ○ 2001 through 2002
   ○ 1999 through 2000

## View Information:
(Due to the amount of data, these pages may take some time to load.)
● General Information
○ Contributions Received
○ Contributions Made
○ Expenditures Made
○ Late and $5000+ Contributions Received
○ Late Contributions Made
○ Late Independent Expenditures
○ Electronic Filings

| |
|---|
| **This is the official name of the committee, political party, or major donor as registered with the Secretary of State.** |

| FILER ID: |
|---|
| 1387820 |

| FILER PHONE: |
|---|
| (415) 273-2900 |

| SUMMARY INFORMATION - CARMEL PARTNERS AND AFFILIATED ENTITIES (ID# 1387820) | |
|---|---|
| CURRENT STATUS | ACTIVE |
| LAST REPORT DATE THIS SESSION | 01/31/2019 |
| REPORTING PERIOD | 07/01/2018 - 12/31/2018 |
| EXPENDITURES FROM THIS PERIOD | $616,250.00 |

| TOTAL EXPENDITURES 1/1/2018 - 12/31/2018 | $676,349.00 |
|---|---|

# EXHIBIT A-2

SEALED

EXHIBIT A-3

SEALED

# EXHIBIT A-4

SEALED

# EXHIBIT A-5

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of  (U) 07/11/2019_George Chiang _____ , On  07/11/2019 , Page  9 of 9

HUIZAR's text about "loose ends" was a reference to HAZENS contributing to the PAC. Everything was approved for the entitlements so HUIZAR wanted the money for the PAC. Following the text, CHIANG met HUIZAR for breakfast at La Parrilla. HUIZAR stressed about the PAC and said HAZENS needed to contribute to the PAC since HUIZAR approved the project.

In approximately May or June 2019, CHIANG ran into HUIZAR on Lebennon Street and 7th Street. HUIZAR parked his car and asked how CHAN was doing. CHIANG told HUIZAR that he and CHAN no longer worked together. HUIZAR said he suspected that and said something about life being turned upside down. CHIANG said he needed to focus on his family.

CHIANG confirmed that the outline provided to the FBI by CHIANG's attorney was all true and accurate. The outline was prepared by CHIANG and was CHIANG's best recollection of the events.

CHIANG was hesitant to tell the truth because YUAN was very wealthy and powerful. YUAN was involved with some "gangsters" and CHIANG was fearful that if he told the truth about the arrangement between HAZENS and HUIZAR, CHIANG would be threatened. YUAN's friend DAVID KUO was known to be a gangster in the community. SUN mentioned meeting KUO at a dinner with thirty to forty people that were KUO's associates, sidekicks, and body men. CHIANG was worried about KUO and telling the truth would be going against YUAN and HAZENS.

# EXHIBIT A-6

SEALED

# EXHIBIT A-7

Case 2:20-cr-00326-JFW Document 1288-19 Filed 12/28/23 Page 54 of 185 Page ID #:28226

Watch Live

# Authorities bust recycling company that allegedly paid for stolen catalytic convertors

By Katy St. Clair | Published August 8, 2022 | Fremont | Bay City News |

**FREMONT, Calif.** - Police in Fremont announced on Monday that a year-long investigation into a local recycling center has allegedly yielded stolen catalytic converter material and pallets containing at least 300 suspected stolen converters, the department said.

Arrow Recovery, located in the 46000 block of Warm Springs Boulevard in Fremont, was the subject of a sting operation where an undercover officer allegedly sold cut catalytic converters to the business which were etched or marked as stolen. Detectives allege that over a several month operation, Arrow Recovery "repeatedly" purchased stolen converters from undercover officers.

In June of this year, Fremont Police obtained a search warrant at the business where they allege they found "multiple" 55-gallon drums of refined and semi-refined catalytic converter material along with 300 suspected stolen converters.

Police said the goal of the sting was to shut down a "major pathway" for criminals to sell stolen converters.

Currently, detectives are seeing if they can match converters to people who reported theirs stolen; however, due to the condition of most of them, "it is generally not possible to confirm the origin" of many of the recovered items, police said.

LATEST STORM UPDATES



### Multiple evacuations, high surf warnings in Santa Cruz and the North Bay

The Bay Area's beach towns got hammered on Thursday as high surf and storm surges ravaged the coastline.

The operation was a collaboration with the Fremont Fire Department, Silicon Valley Regional Computer Forensics Lab and the State Toxic and Hazardous Waste Department and is still active.

FPD is now working with the district attorney to prosecute Arrow Recovery.

**SEE ALSO: Police pursuit on Peninsula reveals catalytic converter heist**

This material may not be published, broadcast, rewritten, or redistributed. ©2023 FOX Television Stations

**LATEST STORM UPDATES**

# EXHIBIT A-8





## Extraction Report - Apple iPhone

---

## Participants


+ ███████
Ricky*


+ █████5579

---

## Conversation - Instant Messages (3)

███████5579

**We need to make sure we take care of ourselves bro.**
Status: Sent
Delivered: 11/11/2015 9:43:13 PM(UTC-8)
Read: 11/11/2015 9:43:28 PM(UTC-8)

11/11/2015 9:43:13 PM(UTC-8)

Source Extraction:
Logical (2)

███████ Ricky

**Yes ! Win win**
Status: Read
Read: 11/11/2015 9:43:35 PM(UTC-8)

11/11/2015 9:43:28 PM(UTC-8)

Source Extraction:
Logical (2)

███████5579

**To many people benefit from our relationships.**
Status: Sent
Delivered: 11/11/2015 9:43:28 PM(UTC-8)
Read: 11/11/2015 9:43:28 PM(UTC-8)

11/11/2015 9:43:34 PM(UTC-8)

Source Extraction:
Logical (2)

1

# EXHIBIT A-9

# [No Subject]

**From:**     George Esparza ███████████████

im going to australia next week.

# [No Subject]

**From:**     Elizabeth Yanes███████████████

So whats up George?

# [No Subject]

| From: | Elizabeth Yanes ▪ |
|---|---|

Oh yea?

Casino_0005367

# [No Subject]

From:        Elizabeth Yanes█████████████████

How did that come about?

# [No Subject]

**From:**     George Esparza

yup. for a week

# [No Subject]

**From:**     Elizabeth Yanes

Niec!

# [No Subject]

**From:**     Elizabeth Yanes

Nice*

# [No Subject]

**From:**      George Esparza                                    >

with my friend ricky and the chairman

# [No Subject]

**From:**      Elizabeth Yanes ⟨                    ⟩

Im really proud!

# [No Subject]

**From:**     Elizabeth Yanes ▪

How cool!

Casino_0005374

# [No Subject]

**From:**     George Esparza < ███████████████████ >

public servant and im going to start my own company with ricky.

# [No Subject]

| From: | Elizabeth Yanes █████████████████ |
|-------|---|

oh yea?

Casino_0005376

# [No Subject]

**From:**     Elizabeth Yanes ▮▮▮▮▮▮▮▮▮▮▮▮▮

real estate company?

# [No Subject]

**From:**      George Esparza <███████████████████>

yes. focusing on foreign investment in Los Angeles.Â

# [No Subject]

**From:**    Elizabeth Yanes █████████████

Cool!

# EXHIBIT A-10

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of  (U) 02/21/2019_Ricky Zheng _____ , On 02/21/2019 , Page  2 of 9

bottles of whiskey. ESPARZA told ZHENG that there was $250,000 in cash in the boxes. ZHENG observed the money in the boxes, but did not initially count the money. ZHENG later counted the money (all $100 bills) which was bound in $10,000 stacks (25 stacks) contained by rubber bands and white bank slips. ZHENG could not recall if ESPARZA was present when ZHENG counted the money. ZHENG did recall meeting ESPARZA in the garage and then entering the residence and sitting with ESPARZA at a small table. ZHENG then observed the cash and this may have been when ZHENG counted the $250,000.

ZHENG removed the cash from the boxes and placed it into ZHENG's safe located inside of ZHENG's residence. The boxes did not fit in the safe and ZHNEG disposed the boxes. ZHENG mixed ESPARZA's money with money ZHENG already had in the safe. Since 2017, ZHENG spent some of the cash and then replenished the cash to maintain at least $250,000 in the safe. ZHENG understood that the $250,000 was to be returned to ESPARZA and/or HUIZAR at some point. The money ZHENG provided to the FBI was not the exact money from ESPARZA, just the amount of money.

Approximately one month after providing the cash to ZHENG, ESPARZA disclosed where the money came from and why. ESPARZA told ZHENG he received the money from a friend or associate, but ZHENG could not recall the friend's name. ZHENG could not recall if a male or female provided the cash to ESPARZA. The name was not Chinese. ZHENG would have remembered if the friend was Chinese. ESPARZA said HUIZAR asked ESPARZA to obtain and store the money for HUIZAR. ZHENG believed the cash was not from a family member, but from a businessman. ESPARZA did not disclose why the money was provided to ESPARZA/HUIZAR. ESPARZA said multiple times it was for HUIZAR and ZHENG understood that ESPARZA would return at some point for the money. ESPARZA did not say when he needed the cash back.

ESPARZA told ZHENG that he spoke to the FBI and was worried the FBI would search his house and find the cash. Over the past two years, ZHENG asked ESPARZA if he wanted the cash and ESPARZA continued to tell ZHENG to hold on to it. ESPARZA told ZHENG they could split the money, but ZHENG told ESPARZA he did not need cash and would hold onto it for ESPARZA. ESPARZA asked ZHENG to transfer the money or get rid of the money, but ZHENG lied and said he already did get rid of the cash. ESPARZA wanted ZHENG to store the money somewhere else and not keep it in ZHENG's residence. ZHENG understood that "get rid of the cash" did not mean to literally get rid of it, but to conceal the cash in a different location. ZHENG understood that ESPARZA wanted access to the cash and for it to be returned, but did not want ZHENG to have the cash at ZHENG's residence. ZHENG planned to return the cash to ESPARZA, but would not have given it directly to HUIZAR.

ESPARZA told ZHENG that HUIZAR told ESPARZA to keep the money at ESPARZA's residence. ESPARZA received the cash for an associate, brought the cash to HUIZAR,

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of  (U) 02/21/2019_Ricky Zheng _____ , On  02/21/2019 , Page  3 of 9

and HUIZAR directed ESPARZA to keep the cash for HUIZAR until a later date. At the time, ZHENG did not think about whether the activity was criminal. Sitting in the interview today, ZHENG understood that they cash and coordination for concealing the cash may be criminal.

ZHENG found the situation to be odd and did not understand everything because of the language differences with ESPARZA. ZHENG's English was limited. ZHENG knew ESPARZA worked for HUZIAR for the City of Los Angeles. ZHENG knew that HUIZAR was a councilman and represented Downtown Los Angeles. ZHENG knew ESPARZA was not a banker. ZHENG was also not a banker. ZHENG did not ask questions and agreed to "store" the money for ESPARZA. ZHENG understood the cash was provided to ESPARZA by a friend or associate, the cash belonged to HUIZAR, and ESPARZA needed ZHENG to keep the money for ESPARZA because of fear of the FBI. ZHENG did not believe anyone knew about the money expect himself, ESPARZA, and HUIZAR.

This was not the first occasion that ESPARZA provided cash to ZHENG to "store" for ESPARZA. ZHENG did not care about the purpose of the cash concealment. ZHENG just wanted to help ESPARZA and be a good friend. ZHENG did not ask questions about the origin of the cash.

**WEI HUANG**

ZHENG's relationship with HUANG started as friend. HUANG later hired ZHENG around 2016 for approximately one year. ZHENG was the landlord representative for both of HUANG's hotels. HUANG was the Chairman for SHENZHEN NEW WORLD. HUANG owned two hotels, LA HOTEL and UNIVERSAL SHERATON, in Los Angeles.

**JOSE HUIZAR**

ZHENG believed he met HUIZAR and ESPARZA in approximately 2013. HUANG invited HUIZAR to HUANG's residence and asked ZHENG to make dinner. ZHENG did not know the purpose of the dinner. ZHENG initially thought HUIZAR was a friend of HUANG's and did not know he worked for the City. ZHENG heard from HUANG that RAYMOND CHAN introduced HUIZAR to HUANG and that HUIZAR worked for the City. ZHENG came to know that HUIZAR was a Councilman and that ESPARZA worked for HUIZAR.

ZHENG went to Las Vegas, Nevada with HUANG, HUIZAR, and ESPARZA. HUANG wanted to gamble and asked ZHENG to arrange the trips. HUANG provided ZHENG a list of people to invite.

**LAS VEGAS**

ZHENG went to Las Vegas "many many times."  The only public officials that attended with HUANG and ZHENG were HUIZAR and ESPARZA. On at least one occasion a retired law

# EXHIBIT A-11

55579

Yeah don't help that fucker

**Status:** Sent
**Delivered:** 11/9/2016 4:04:45 PM(UTC-8)
**Read:** 11/9/2016 4:04:54 PM(UTC-8)

11/9/2016 4:04:45 PM(UTC-8)

Source Extraction:
File System

55579

They are interviewing for a driver already

**Status:** Sent
**Delivered:** 11/9/2016 4:04:58 PM(UTC-8)
**Read:** 11/9/2016 4:04:58 PM(UTC-8)

11/9/2016 4:04:58 PM(UTC-8)

Source Extraction:
File System

Ricky

Lol

**Status:** Read
**Read:** 11/9/2016 4:05:16 PM(UTC-8)

11/9/2016 4:05:06 PM(UTC-8)

Source Extraction:
File System

55579

U shouldn't answer that guys calls

**Status:** Sent
**Delivered:** 11/9/2016 4:05:23 PM(UTC-8)
**Read:** 11/9/2016 4:05:38 PM(UTC-8)

11/9/2016 4:05:23 PM(UTC-8)

Source Extraction:
File System

55579

He needs to go through me bro!

**Status:** Sent
**Delivered:** 11/9/2016 4:05:28 PM(UTC-8)
**Read:** 11/9/2016 4:05:38 PM(UTC-8)

11/9/2016 4:05:28 PM(UTC-8)

Source Extraction:
File System



55579

Also please don't contact Jose directly regarding the chairman.

**Status:** Sent
**Delivered:** 12/14/2016 10:42:24 AM(UTC-8)
**Read:** 12/14/2016 10:44:29 AM(UTC-8)

12/14/2016 10:42:24 AM(UTC-8)

Source Extraction:
File System

55579

Need to show Jose that I'm the one with the relationship.

**Status:** Sent
**Delivered:** 12/14/2016 10:42:40 AM(UTC-8)
**Read:** 12/14/2016 10:44:29 AM(UTC-8)

12/14/2016 10:42:40 AM(UTC-8)

Source Extraction:
File System

Ricky

K

**Status:** Read
**Read:** 12/14/2016 10:47:40 AM(UTC-8)

12/14/2016 10:44:37 AM(UTC-8)

Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System

**Linesheet - Minimization Details**

User: Andrew Civetti

| Case: 194B-LA-255905 | Target: George Esparza | Line: | File Number: |
|---|---|---|---|

| Session: | 4403 | Times minimized: | 2 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 18:28:32 PDT | Duration minimized: | 00:00:02 | Monitor ID: | dmmaltinsky |
| Stop Time: | 18:29:46 PDT | Duration monitored: | 00:01:12 | In/Out Digits: | 16263748770 |
| Date: | 05/18/2017 | Total Duration: | 00:01:14 | Subscriber: | |
| Direction: | Outgoing | Language: | Unknown | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | Esparza, George |
| | | | | | Zheng, Ricky |

**Comments**

**Synopsis 1**

GE: I know you always have my back, but you can you make sure the Chairman doesn't tell whoever's
translating that Jose doesn't want to pay, that George told him Jose doesn't want to pay
RZ: No no no no no
GE: Please bro, cuz I don't want to fuckin..
RZ: Chairman knew already
GE: Oh, what do you mean, he just felt it?
RZ: Yeah, he talked to (UI)...he said it's too expensive for him (UI) He doesn't want to pay.  If he doesn't
pay...he pay he say.
GE: Oh, ok
RZ: Chairman says if he doesn't pay he pays
GE: If he doesn't pay then you pay?  That's what he said?
RZ: They'll make chairman pay for it, if he doesn't pay, chairman pay for it
GE: Oh ok ok, so I just don't want him to think...I don't want Jose to find out that, what I was telling you
RZ: Don't worry about it ok
GE: Ok bro, you told me that before bro
RZ: Hey before I didn't translate that, I already cover you a lot
GE: Ok, this one is just you, right?
RZ: Next time don't tell me anything ok? (UI) Don't let me know anything ok?
GE: Be quiet, ok?
RZ:No no no, (UI) I don't want to something wrong for you
GE: No no no, it's ok
RZ: I don't know (UI)  I'm safe
GE: I know I know
RZ: ok?
GE: No that's ok bro, I was (UI) on this

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 18:28:32 PDT |
| Minimize On (System) | 18:28:33 PDT |

| Session: | 4404 | Times minimized: | 2 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 18:36:42 PDT | Duration minimized: | 00:00:00 | Monitor ID: | dmmaltinsky |
| Stop Time: | 18:36:42 PDT | Duration monitored: | 00:00:00 | In/Out Digits: | 12135005067 |
| Date: | 05/18/2017 | Total Duration: | 00:00:00 | Subscriber: | |
| Direction: | Incoming | Language: | Unknown | Classification: | Pertinent |
| Content: | SMS | Complete: | Completed | Participants: | |

**Linesheet - Minimization Details**

User:   Andrew Civetti

| Case: | 194B-LA-255905 | Target: | George Esparza | Line: | | File Number: | |
|-------|----------------|---------|----------------|-------|---|--------------|---|

| **Minimization Event** | | | **Time** | | | |
|---|---|---|---|---|---|---|
| Minimize On (System) | | | 19:05:32 PDT | | | |

| **Session:** | 4649 | **Times minimized:** | 1 | **Associate DN:** | |
|---|---|---|---|---|---|
| **Start Time:** | 19:19:46 PDT | **Duration minimized:** | 00:00:00 | **Monitor ID:** | mhkondzielski |
| **Stop Time:** | 19:20:21 PDT | **Duration monitored:** | | **In/Out Digits:** | |
| **Date:** | 05/19/2017 | **Total Duration:** | 00:00:35 | **Subscriber:** | |
| **Direction:** | Outgoing | **Language:** | Unknown | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | Esparza, George Zheng, Ricky |

**Comments**

**Synopsis 1**

RZ: hello
GE: hey ricky, so it's official. I emailed you the confirmation for the three rooms.
RZ: ok.  alright, good, good, good.
GE: Yeah.  I'm looking forward to it now.  Just you and me.
RZ: alright, that was, without Jose better
GE: yeah, it's better now.
RZ:  Its going to look really bad for chairman
GE: huh?
RZ: he could be very bad for chairman, for him.
GE: I know.
RZ: Chairman, chairman, when her gets back he going to ask him  UNINT the  600,000
GE: yeah.  Good
RZ: that's good.  UNT.  make it look bad shit.
GE: we did our jobs, okay
RZ: alright, thank you bye
GE: alright bye

**Linesheet - Minimization Details**

User:   Andrew Civetti

| Case: 194B-LA-255905 | Target: George Esparza | Line: ▮55579 | File Number: |
|---|---|---|---|

MHK

| Minimization Event | | Time | |
|---|---|---|---|
| Minimize On (System) | | 19:19:46 PDT | |

| Session: | 4650 | Times minimized: | 1 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 19:21:01 PDT | Duration minimized: | 00:00:00 | Monitor ID: | mhkondzielski |
| Stop Time: | 19:24:32 PDT | Duration monitored: | | In/Out Digits: | |
| Date: | 05/19/2017 | Total Duration: | 00:03:31 | Subscriber: | |
| Direction: | Outgoing | Language: | Unknown | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | Esparza, George |

**Comments**

**Synopsis 1**



# EXHIBIT A-12



## Extraction Report - Apple iPhone

**Cellebrite**
www.cellebrite.com

Notes (1)

| # | Time | Note | Deleted | * |
|---|------|------|---------|---|
| 1 | **Created:**<br>12/12/2017<br>3:44:50 PM(UTC-8)<br>**Modified:**<br>12/12/2017<br>7:07:51 PM(UTC-8) | **Title:** Deputy chief is for business constituency and district director for…<br>**Summary:** community constituency<br>**Source:** Notes<br>**Body:** Deputy chief is for business constituency and district director for community constituency<br><br>I deal with the big boys. You don't have anyone on your team that can deliver what I can. Because there isn't anyone in the city that can do what I do. Both fundraising and field operation.<br>**Parties:**<br>**Source Extraction:** File System | |  |

# EXHIBIT A-13

Source Extraction:
File System

4245

Wendy is being such a bitch on this trip. Lol they are all fucken the same

Status: Sent
Delivered: 7/30/2018 11:47:18 PM(UTC-7)

7/30/2018 11:47:17 PM(UTC-7)

Source Extraction:
File System

Mayra  Alvarez

I got it lol

Status: Read
Read: 7/30/2018 11:48:21 PM(UTC-7)

7/30/2018 11:47:29 PM(UTC-7)

Source Extraction:
File System

Mayra  Alvarez

Why? Lol

Status: Read
Read: 7/30/2018 11:48:21 PM(UTC-7)

7/30/2018 11:47:34 PM(UTC-7)

Source Extraction:
File System

4245

Who knows.

Status: Sent
Delivered: 7/30/2018 11:48:27 PM(UTC-7)

7/30/2018 11:48:26 PM(UTC-7)

Source Extraction:
File System

4245

We just milk this opportunity and get out. Lol

Status: Sent
Delivered: 7/30/2018 11:48:40 PM(UTC-7)

7/30/2018 11:48:40 PM(UTC-7)

Source Extraction:
File System



Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System

4245

She's pathetic.
**Status:** Sent
**Delivered:** 9/30/2018 12:01:35 PM(UTC-7)

9/30/2018 12:01:35 PM(UTC-7)

Source Extraction:
File System

Mayra  Alvarez

She annoys me
**Status:** Read
**Read:** 9/30/2018 12:01:43 PM(UTC-7)

9/30/2018 12:01:43 PM(UTC-7)

Source Extraction:
File System

4245

Can't stand her fucken face.
**Status:** Sent
**Delivered:** 9/30/2018 12:02:16 PM(UTC-7)

9/30/2018 12:02:16 PM(UTC-7)

Source Extraction:
File System

# EXHIBIT A-14



Source Extraction:
File System



Source Extraction:
File System



55579

**Attachments:**

Size: 2484228
File name: IMG_0681.JPEG
IMG_0681.JPEG

Size: 2632929
File name: IMG_0680.JPEG
IMG_0680.JPEG

Size: 2863877
File name: IMG_0678.JPEG
IMG_0678.JPEG

Size: 2899482
File name: IMG_0677.JPEG
IMG_0677.JPEG

**Status:** Sent
**Delivered:** 1/3/2018 1:28:47 PM(UTC-8)

1/3/2018 1:26:27 PM(UTC-8)

Source Extraction:
File System



55579

Here is Sacramento

**Status:** Sent
**Delivered:** 1/3/2018 1:28:48 PM(UTC-8)

1/3/2018 1:26:27 PM(UTC-8)

Source Extraction:
File System



George Chaing
Cool!  You be sitting there
Status: Read
Read: 1/3/2018 3:01:18 PM(UTC-8)
1/3/2018 2:59:37 PM(UTC-8)

Source Extraction:
File System

5579
We will run California George! I will be the speaker one day.
Status: Sent
Delivered: 1/3/2018 3:01:37 PM(UTC-8)
1/3/2018 3:01:36 PM(UTC-8)

Source Extraction:
File System

George Chaing
You are the man!!
Status: Read
Read: 1/3/2018 4:10:53 PM(UTC-8)
1/3/2018 4:08:08 PM(UTC-8)

Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System



Source Extraction:
File System

Source Extraction:
File System



6810

Attachments:

Size: 2420254
File name: IMG_0684.jpeg
IMG_0684.jpeg

Size: 2387318
File name: IMG_0685.jpeg
IMG_0685.jpeg

Size: 2195122
File name: IMG_0686.jpeg
IMG_0686.jpeg

Size: 2199786
File name: IMG_0696.jpeg
IMG_0696.jpeg

Size: 2080601
File name: IMG_0699.jpeg
IMG_0699.jpeg

Status: Sent
Delivered: 1/2/2018 9:43:15 PM(UTC-8)
Read: 1/2/2018 9:43:15 PM(UTC-8)

1/2/2018 9:41:52 PM(UTC-8)

Source Extraction:
File System



Ricky

Status: Read
Read: 1/2/2018 9:43:51 PM(UTC-8)

1/2/2018 9:43:48 PM(UTC-8)

Source Extraction:
File System

6810

We are going to take over California bro!
Status: Sent
Delivered: 1/2/2018 9:44:02 PM(UTC-8)
Read: 1/2/2018 9:44:10 PM(UTC-8)

1/2/2018 9:44:01 PM(UTC-8)

Source Extraction:
File System

Ricky

Yes bro
Status: Read
Read: 1/2/2018 9:44:27 PM(UTC-8)

1/2/2018 9:44:26 PM(UTC-8)

Source Extraction:
File System

810

Mayor then governor!
Status: Sent
Delivered: 1/2/2018 9:44:34 PM(UTC-8)
Read: 1/2/2018 9:44:47 PM(UTC-8)

1/2/2018 9:44:34 PM(UTC-8)

Source Extraction:
File System

Ricky

You can do it
Status: Read
Read: 1/2/2018 9:45:02 PM(UTC-8)

1/2/2018 9:45:02 PM(UTC-8)

Source Extraction:
File System

6810

Only if your by my side bro.
Status: Sent
Delivered: 1/2/2018 9:49:47 PM(UTC-8)
Read: 1/2/2018 9:51 58 PM(UTC-8)

1/2/2018 9:49:46 PM(UTC-8)

Source Extraction:
File System

Ricky

Always
Status: Read
Read: 1/2/2018 9:52:13 PM(UTC-8)

1/2/2018 9:52:10 PM(UTC-8)

Source Extraction:
File System



Source Extraction:
File System

███████5579

**Attachments:**

Size: 2632929
File name: IMG_0680.JPEG
IMG_0680.JPEG

**Status:** Sent
**Delivered:** 1/3/2018 8:18:52 AM(UTC-8)

1/3/2018 8:18:51 AM(UTC-8)

Source Extraction:
File System

███████5579

We are going to run California one day Justin! I'm going to sit in that speakers seat one day!

**Status:** Sent
**Delivered:** 1/3/2018 8:18:52 AM(UTC-8)

1/3/2018 8:18:51 AM(UTC-8)

Source Extraction:
File System

████ Justin Kim

Yes!!!!! like that a lot!!!

**Status:** Read
**Read:** 1/3/2018 8:21:35 AM(UTC-8)

1/3/2018 8:19:47 AM(UTC-8)

Source Extraction:
File System

███████5579

Thank you Justin! You're here with me. :)

**Status:** Sent
**Delivered:** 1/3/2018 8:22:06 AM(UTC-8)

1/3/2018 8:22:05 AM(UTC-8)

Source Extraction:
File System

████ Justin Kim

Yes sir!!!!

**Status:** Read
**Read:** 1/3/2018 8:28:03 AM(UTC-8)

1/3/2018 8:27:50 AM(UTC-8)

Source Extraction:
File System



Source Extraction:
File System

6810
Hope you know... you and I are going to run California.
**Status:** Sent
**Delivered:** 4/24/2018 8:49:09 PM(UTC-7)

4/24/2018 8:49:10 PM(UTC-7)

Source Extraction:
File System

6810
You and ▮ will come to Sacramento!
**Status:** Sent
**Delivered:** 4/24/2018 8:51:22 PM(UTC-7)

4/24/2018 8:51:23 PM(UTC-7)

Source Extraction:
File System

Mayra
Yesssss!
**Status:** Read
**Read:** 4/24/2018 10:12:58 PM(UTC-7)

4/24/2018 9:47:56 PM(UTC-7)

Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System

6810

**Attachments:**

Size: 378716
File name: IMG_1889.JPG
IMG_1889.JPG

**Status:** Sent
**Delivered:** 6/27/2018 12:11 54 PM(UTC-7)
**Read:** 6/27/2018 12:12:06 PM(UTC-7)

6/27/2018 12:11:52 PM(UTC-7)

Source Extraction:
File System

Ricky

Who's that guy? My bro?
**Status:** Read
**Read:** 6/27/2018 12:15:40 PM(UTC-7)

6/27/2018 12:13:12 PM(UTC-7)

Source Extraction:
File System

6810

Future mayor of Los Angeles bro.
**Status:** Sent
**Delivered:** 6/27/2018 1:39:05 PM(UTC-7)
**Read:** 6/27/2018 1:39:19 PM(UTC-7)

6/27/2018 1:39:03 PM(UTC-7)

Source Extraction:
File System

6810

Because of you!
**Status:** Sent
**Delivered:** 6/27/2018 1:39:08 PM(UTC-7)
**Read:** 6/27/2018 1:39:19 PM(UTC-7)

6/27/2018 1:39:08 PM(UTC-7)

Source Extraction:
File System



Source Extraction:
File System



**Extraction Report** - Apple iPhone



---

Participants

  ████5579

  ████████ Camil*

---

Conversation - Instant Messages (4)



████5579

**Attachments:**

Size: 378716
File name: IMG_1889.JPG
IMG_1889.JPG

**Status:** Sent
**Delivered:** 6/27/2018 1:06:28 PM(UTC-7)

6/27/2018 1:06:26 PM(UTC-7)

Source Extraction:
File System



████████ Camil

So handsome.
**Status:** Read
**Read:** 6/27/2018 1 07:37 PM(UTC-7)

6/27/2018 1:06:50 PM(UTC-7)

Source Extraction:
File System



████5579

Thank you sir. Next mayor of Los Angeles.
**Status:** Sent
**Delivered:** 6/27/2018 1:08:17 PM(UTC-7)

6/27/2018 1:08:17 PM(UTC-7)

Source Extraction:
File System

1

Camil

100 percent.

**Status:** Read

**Read:** 6/27/2018 1:30:57 PM(UTC-7)

6/27/2018 1:26:01 PM(UTC-7)

Source Extraction:
File System

# EXHIBIT A-15



## George Esparza

| Student Registration Information: | | |
|---|---|---|
| Quarter | Workload | Standing |
| Fall 2009 | Not Enrolled | Senior |
| Summer 2009 | Full Time | Senior |
| Spring 2009 | Full Time | Senior |
| Winter 2009 | Full Time | Senior |
| Fall 2008 | Full Time | Senior |
| Summer 2008 | Full Time | Senior |
| Spring 2008 | Full Time | Junior |
| Winter 2008 | Full Time | Junior |
| Fall 2007 | Full Time | Junior |
| Spring 2007 | Full Time | Junior |
| Winter 2007 | Full Time | Sophomore |
| Fall 2006 | Full Time | Sophomore |
| Spring 2006 | Full Time | Sophomore |
| Winter 2006 | Full Time | Sophomore |
| Fall 2005 | Full Time | Freshman |
| Spring 2005 | Full Time | Freshman |
| Winter 2005 | Full Time | Freshman |
| Fall 2004 | Full Time | Freshman |

| Major Information: |
|---|
| Chicana and Chicano Studies |
| Political Science |





To report problems email registration@sa.ucsb.edu , call (805) 893-3592, or FAX (805) 893-2985 for more information.



Student
**Verification**
University of California, Santa Barbara

## George Esparza

### Student Registration Information:

| Quarter | Workload | Standing |
|---------|----------|----------|
| Fall 2009 | Not Enrolled | Senior |
| Summer 2009 | Full Time | Senior |
| Spring 2009 | Full Time | Senior |
| Winter 2009 | Full Time | Senior |
| Fall 2008 | Full Time | Senior |
| Summer 2008 | Full Time | Senior |
| Spring 2008 | Full Time | Junior |
| Winter 2008 | Full Time | Junior |
| Fall 2007 | Full Time | Junior |
| Spring 2007 | Full Time | Junior |
| Winter 2007 | Full Time | Sophomore |
| Fall 2006 | Full Time | Sophomore |
| Spring 2006 | Full Time | Sophomore |
| Winter 2006 | Full Time | Sophomore |
| Fall 2005 | Full Time | Freshman |
| Spring 2005 | Full Time | Freshman |
| Winter 2005 | Full Time | Freshman |
| Fall 2004 | Full Time | Freshman |

### Major Information:

| |
|---|
| Chicana and Chicano Studies |
| Political Science |

### Student Degree Information:

| Quarter Awarded | Date Awarded | Degree Awarded |
|-----------------|--------------|----------------|
| Summer 2021 | 09/11/21 | Bachelor of Arts in Chicana and Chicano Studies |
| Summer 2021 | 09/11/21 | Bachelor of Arts in Political Science |

 Click to Search Again

To report problems email registration@sa.ucsb.edu , call (805) 893-3592, or FAX (805) 893-2985 for more information.


SA UCSB
HOME HOME

# EXHIBIT A-16



RECEIVED
2009 SEP 29 AM 10: 56
CITY CLERK-ADMIN. SVC.

JOSE HUIZAR
COUNCILMEMBER, 14TH DISTRICT

September 21, 2009

Ms. June Lagmay
City Clerk
Room 360, City Hall
200 N. Spring Street
Los Angeles, CA 90012



ATTN: Chief, Administrative Services Division

Dear Ms. Lagmay:

Please add Mr. George Esparza to my staff payroll as an employee of our office beginning September 14, 2009. Mr. Esparza's salary level is as follows:

Level: Council CAII/3 (32, 364.00)

Effective: September 14, 2009

Any questions should be directed to Francine Godoy at 3-5991. Thank you for your assistance.

Sincerely,

José Huizar
Councilmember, Council District 14

200 NORTH SPRING STREET, ROOM 465, CITY HALL • LOS ANGELES, CALIFORNIA 90012
PHONE: (213) 473-7014 • FAX: (213) 847-0680

DOJ-A000146 

Casino_1982076

DOJ-A000147

Casino_1982077



JOSE HUIZAR
COUNCILMEMBER, 14TH DISTRICT

September 15, 2009

Ms. June Lagmay/Support Staff
City Clerk
Room 360, City Hall
200 N. Spring Street
Los Angeles, CA 90012

ATTN: Chief, Administrative Services Division

Please issue an ID to George Esparza, George will be a field deputy for the Boyle Heights office.

Effective: September 14, 2009

Any questions should be directed to Francine Godoy at 3-5991. Thank you for your assistance.

Sincerely,

Francine Godoy
Deputy Chief of Staff
Councilmember, Council District 14

200 NORTH SPRING STREET, ROOM 465, CITY HALL • LOS ANGELES, CALIFORNIA 90012
PHONE: (213) 473-7014 • FAX: (213) 847-0680

DOJ-A000148

DOJ-A000149

Casino_1982079

## MAYOR, COUNCIL AND CITY CLERK OFFICES
### PERSONNEL INFORMATION SHEET

FEDERAL LAW P.L. 93-579 SECTION 7 re: Federal Privacy Act and use of Social Security Numbers.
This law requires you be informed when asked for your Social Security Number, that it is required for use in personnel and payroll processes. Authority for requiring
this information is based upon provisions of the City's payroll and personnel candidate processing system operational prior to January 1, 1975 and applicable Federal
Law.

PLEASE PRINT IN INK

| 01 LAST NAME: ESPARZA | 02 FIRST NAME: GEORGE | 03 MIDDLE: EDWARD | 04 SOCIAL SECURITY NO. ███ |
|---|---|---|---|
| ███ | 06 CITY, STATE, ZIP CODE: LOS Angeles, CA 90063 | | 07 AREA CODE AND PHONE NO.: ███ |
| 08 PLACE OF BIRTH: Los Angeles, USA | 09 DATE OF BIRTH: 10/27/1986 | 10 GENDER: M | 11 MARITAL STATUS: SINGLE | 12 HEIGHT: 6'0 | 13 WEIGHT: 180 | 14 HAIR COLOR: BLACK | ███ – 5579 |
| 15 EYE COLOR: BROWN | 16 PERSONAL E-MAIL ADDRESS (OPTIONAL): | 17 PERSONAL CELL PHONE # (OPTIONAL): | | | | | |

18 PLEASE CHECK ETHNIC CODE THAT CORRESPONDS TO YOU:

1. BLACK ( )   2. HISPANIC ( ✓ )   3. ASIAN ( )   4. CAUCASIAN ( )   5. AMERICAN INDIAN ( )   7. FILIPINO ( )

| 19 MILITARY SERVICE: | 20 DRAFT CLASSIFICATION: | 21 BRANCH: | 22 FROM (YR): | 23 TO (YR): | 24 TYPE OF DISCHARGE: |
|---|---|---|---|---|---|
| YES   NO   N/A | | | | | |

███████████████████████████████████████

| | 33 TO (dd/mm/yy) | 34 LAST CLASS TITLE: |
|---|---|---|
| YES   NO | | |

35 ANY OTHER CITY DEPARTMENT SERVICE:   N/A

FOR PAYROLL STAFF ONLY :

a) EMPLOYEE'S ID #:

b) EFFECTIVE DATE OF APPOINTMENT:

c) FINGERPRINTING SCHEDULED DATE:

d) MEDICAL EXAMINATION (CIVIL SERVICE ONLY):

e) STATEMENT OF ECONOMIC INTEREST (Form 700) DUE DATE:
(Council and Designated City Clerk Staff Only)

REMARKS:

O:Personnel\NEW EMPLOYEE PACKET FORMS\Personnel Information Sheet.wpd
CITY CLERK

DOJ-A000150

DOJ-A000151

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials          Casino_1982081

Read carefully, sign, have your signature acknowledged, and return to your supervisor appointing authority.

# Loyalty Oath

LOYALTY OATH (Required by Article XX, Section 3 of the Constitution of the State of California)

I, __GEORGE EDWARD ESPARZA__

(Type or Print Name In Full)

do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

_____
Signature

_____
Department/Commission

# Code of Ethics

I have received a copy of the City's Code of Ethics as adopted by the City Council. I have read and understand the intent of this Code, and I will apply it in my duties with the City.

_____
Signature

# FEDERAL PRIVACY ACT
## Use of Social Security Numbers

Section 7 of Federal Law P.L. 93-579 requires you be informed of the following when asked to supply your Social Security number:

Why the information is necessary
Whether it is voluntary or mandatory to supply the information
How the information will be used
Authority for requesting the number

This is to inform you that when, as an official/employee of the City, you are requested to supply your Social Security number on any department form, it is required for use in the employment, personnel or payroll process. The authority for requiring this information is based upon provisions of the City's payroll and personnel candidate processing systems operational prior to January 1, 1975 and applicable Federal Law.

_____
Signature

Subscribed and sworn to before me on _____

_____
CITY CLERK of the City of Los Angeles
State of California

By _____ Deputy          or

_____
Notary Public
In and for the State of California with principal
Office in the County of Los Angeles

Your signature must be acknowledged by the City Clerk, A Deputy City Clerk, or a Notary Public who is not permitted by law to charge a fee for this service.

FORM GEN. 132 (R. 1/85)

DOJ-A000152

Casino_1982082

DOJ-A000153

Casino_1982083

# INTERNET POLICIES AND GUIDELINES

I have read and reviewed the Internet Policies and Guidelines (Guide). By signing this form, I agree to abide by the Guidelines currently in place and I agree to review periodically any changes or modifications. I recognize that the law and associated policy regarding the use of Internet, electronic mail and the City's information systems are continually evolving. Therefore, I understand that my regular review of policy is required. I understand updates to the policies and guidelines will be available on the City's main Web page (*http://www.ci.la.ca.us/policy/*) and the Information Technology Agency's Intranet Pages (*http://ita/policy/*). I also understand that both should be included in my browser bookmark lists for easy reference.

Print Name: George Esparza

Signature: _George Esparza_     Date: 7/15/09

*To be included in employee's personnel file.*

DOJ-A000154

DOJ-A000155

Casino_1982085

## Statement Concerning Your Employment in a Job Not Covered by Social Security

Employee Name **GEORGE ESPARZA**

Employer Name **CITY OF LOS ANGELES COUNCIL DISTRICT 14**

Employer ID# PX 95-6000735

Your earnings from this job are not covered under Social Security. When you retire, or if you become disabled, you may receive a pension based on earnings from this job. If you do, and you are also entitled to a benefit from Social Security based on either your own work or the work of your husband or wife, or former husband or wife, your pension may affect the amount of the Social Security benefit you receive. Your Medicare benefits, however, will not be affected. Under the Social Security law, there are two ways your Social Security benefit amount may be affected.

### Windfall Elimination Provision

Under the Windfall Elimination Provision, your Social Security retirement or disability benefit is figured using a modified formula when you are also entitled to a pension from a job where you did not pay Social Security tax. As a result, you will receive a lower Social Security benefit than if you were not entitled to a pension from this job. For example, if you are age 62 in 2005, the maximum monthly reduction in your Social Security benefit as a result of this provision is $313.50. This amount is updated annually. This provision reduces, but does not totally eliminate, your Social Security benefit. For additional information, please refer to Social Security Publication, "Windfall Elimination Provision."

### Government Pension Offset Provision

Under the Government Pension Offset Provision, any Social Security spouse or widow(er) benefit to which you become entitled will be offset if you also receive a Federal, State or local government pension based on work where you did not pay Social Security tax. The offset reduces the amount of your Social Security spouse or widow(er) benefit by two-thirds of the amount of your pension.

For example, if you get a monthly pension of $600 based on earnings that are not covered under Social Security, two-thirds of that amount, $400, is used to offset your Social Security spouse or widow(er) benefit. If you are eligible for a $500 widow(er) benefit, you will receive $100 per month from Social Security ($500 - $400=$100). Even if your pension is high enough to totally offset your spouse or widow(er) Social Security benefit, you are still eligible for Medicare at age 65. For additional information, please refer to Social Security Publication, "Government Pension Offset."

### For More Information

Social Security publications and additional information, including information about exceptions to each provision, are available at www.socialsecurity.gov. You may also call toll free 1-800-772-1213, or for the deaf or hard of hearing call the TTY number 1-800-325-0778, or contact your local Social Security office.

I certify that I have received Form SSA-1945 that contains information about the possible effects of the Windfall Elimination Provision and the Government Pension Offset Provision on my potential future Social Security benefits.

Signature of Employee _____   Date 9/15/09

Form SSA-1945 (12-2004)



DOJ-A000156

Casino_1982086

DOJ-A000157

Casino_1982087



DOJ-A000158

# EXHIBIT A-17

## GEORGE E. ESPARZA

███████████████████████████████

### H I G H T L I G H T S

- Excellent written and oral communication skills.
- Coordinate execution of strategic initiatives.
- Impeccable managerial and interpersonal skills.
- Ability to handle a fast paced work environment.
- Demonstrate ability to organize and prioritize assignments.
- Ability to work strategically and collaboratively across the department.
- Excellent database management skills.

### Career Path

**Special Assistant to Councilmember José Huizar**                    **August 2009 - Present**
Councilmember José Huizar, 14th District                                Los Angeles, CA

**Major Functions:**

- Assist, staff, brief, and provide additional information on the Councilmember's daily meetings and events.
- Implementing plans and programs by being responsible for the implementation of the Councilmember's calendar and advancement.
- Active as a delegate of the Councilmember in addressing issues on his behalf.
- Evaluating projects by researching facts about the project and its applications, evaluation, and combining an analysis to show how successful and efficient the project will be.
- Prepare and conduct Council presentations by providing direction on resolutions and offering feedback on controversial ideas.
- Coordinate the execution of strategic initiatives.
- Assist the Councilmember in facilitating effective decision-making.
- Provide assistance and relationship building on behalf of the Councilmember to expand external partnerships and community opportunities.
- Identify and provide solutions to assist in the effectiveness of daily operational procedures.
- Plan and participate in public outreach activities related to community and governmental relations, issues at local, state and federal levels.

**Deputy Campaign Manager**                                          **September 2014 – March 2015**
Re-election Campaign
Councilmember José Huizar, 14th District                                Los Angeles, CA

**Major Functions:**

- Responsible for volunteer outreach and field operations in Boyle Heights and El Sereno Community.
- Managed the design and implementation of the student volunteer program with 15 local schools and recruited 1500 students to volunteer in a 3 month period.
- Trained volunteers to phone bank, precinct walk, and efficiently report and tally their daily contact.
- Managed 30 volunteers daily and coordinated and executed phone banking operation, lawn sign operation, and precinct walk operation.

**Field Director**                                                    **January 2011 – November 2011**
Re-election Campaign
Councilmember José Huizar, 14th District                                Los Angeles, CA

**Major Functions:**

                    Casino_0011225

- Managed volunteer's daily, coordinated and executed phone banking operation, lawn sign operation, and precinct walk operation.
- Trained volunteers to phone bank, precinct walk, and efficiently report and tally their daily contact.
- Trained, supervised, and evaluated volunteer performance skills.

## E D U C A T I O N

**University of California, Santa Barbara**                                      **May, 2009**
Bachelors: Political Science
Minor: History                                                                  Santa Barbara, CA

## E X C E P T I O N A L   R E F E R E N C E S   A V A I L A B L E   U P O N   R E Q U E S T

## George E. Esparza

## EDUCATION

**BACHELORS OF ARTS:** Political Science (Minor: History)          **June, 2009**
University of California, Santa Barbara

## RELATED EXPERIENCE

**Special Assistant to Councilmember José Huizar**          **August 2009 - Present**
Councilmember José Huizar, 14th District, Los Angeles, CA

- Assist, staff, brief, and provide additional information on the Councilmember's daily meetings and events.
- Implementing plans and programs by being responsible for the implementation of the Councilmember's calendar and advancement.
- Active as a delegate of the Councilmember in addressing issues on his behalf.
- Evaluating projects by researching facts about the project and its applications, evaluation, and combining an analysis to show how successful and efficient the project will be.
- Prepare and conduct Council presentations by providing direction on resolutions and offering feedback on controversial ideas.
- Coordinate the execution of strategic initiatives.
- Assist the Councilmember in facilitating effective decision-making.
- Provide assistance and relationship building on behalf of the Councilmember to expand external partnerships and community opportunities.
- Identify and provide solutions to assist in the effectiveness of daily operational procedures.
- Plan and participate in public outreach activities related to community and governmental relations, issues at local, state and federal levels.

**Deputy Campaign Manager**          **September 2014 – March 2015**
Re-election Campaign
Councilmember José Huizar, 14th District, Los Angeles, CA

- Responsible for volunteer outreach and field operations in Boyle Heights and El Sereno Community.
- Managed the design and implementation of the student volunteer program with 15 local schools and recruited 1500 students to volunteer in a 3 month period.
- Trained volunteers to phone bank, precinct walk, and efficiently report and tally their daily contact.
- Managed 30 volunteers daily and coordinated and executed phone banking operation, lawn sign operation, and precinct walk operation.

**Field Director**                                              **January 2011 – November 2011**

Re-election Campaign

Councilmember José Huizar, 14th District, Los Angeles, CA

- Managed volunteer's daily, coordinated and executed phone banking operation, lawn sign operation, and precinct walk operation.
- Trained volunteers to phone bank, precinct walk, and efficiently report and tally their daily contact.
- Trained, supervised, and evaluated volunteer performance skills.

### ADDITIONAL SKILLS

- Excellent written and oral communication skills.
- Coordinate execution of strategic initiatives.
- Impeccable managerial and interpersonal skills.
- Ability to handle a fast paced work environment.
- Demonstrate ability to organize and prioritize assignments.
- Ability to work strategically and collaboratively across the department.
- Excellent database management skills

# George E. Esparza

---

### EDUCATION

**BACHELORS OF ARTS:** Political Science (Minor: History)            **June, 2009**
University of California, Santa Barbara

### RELATED EXPERIENCE

**Special Assistant to Councilmember José Huizar**            **August 2009 - Present**
Councilmember José Huizar, 14th District, Los Angeles, CA

- Oversee and manage major development projects in downtown Los Angeles.
- Assist, staff, brief, and provide additional information on the Councilmember's daily meetings and events.
- Responsible for the implementation of the Councilmember's calendar and managing the administrative team.
- Active as a delegate of the Councilmember in addressing district issues on his behalf.
- Coordinate the execution of district wide community strategic initiatives.
- Responsible for annual district wide Senior Emergency Preparedness program. Provide essential information and emergency kits to over ten thousand seniors annually.
- Create youth opportunities and programs for students to become active participants in the community.
- Assist the Councilmember in facilitating effective decision-making.
- Provide assistance and relationship building on behalf of the Councilmember to expand external partnerships and community opportunities.
- Identify and provide solutions to assist in the effectiveness of daily operational procedures.
- Plan and participate in public outreach activities related to community and governmental relations, issues at local, state and federal levels.
- Database Management
- Executive team member

**Deputy Campaign Manager**            **September 2014 – March 2015**
Re-election Campaign
Councilmember José Huizar, 14th District, Los Angeles, CA

- Responsible for volunteer outreach and field operations in Boyle Heights and El Sereno Community.
- Managed a twenty five person paid walk program.

- Managed the design and implementation of the student volunteer program with local schools and organizations. Recruited over 1200 students to volunteer throughout the campaign.
- Trained volunteers to phone bank, precinct walk, and efficiently report and tally their daily contact.
- Managed 30 volunteers daily and coordinated and executed phone banking operation, lawn sign operation, and precinct walk operation.

**Field Director**                                      **January 2011 – November 2011**

Re-election Campaign
Councilmember José Huizar, 14th District, Los Angeles, CA

- Responsible for volunteer outreach in Boyle Heights.
- Managed volunteer's daily activities, coordinated and executed phone banking operation, lawn sign operation, and precinct walk operation.
- Trained volunteers to phone bank, precinct walk, and efficiently report and tally their daily contact.
- Trained, supervised, and evaluated volunteer performance skills.

## ADDITIONAL SKILLS

- Coordinate the execution of strategic community initiatives.
- Impeccable managerial and interpersonal skills.
- Ability to handle a fast paced work environment.
- Demonstrate ability to organize and prioritize assignments.
- Ability to work strategically and collaboratively across the department.
- Excellent database management skills
- Ability to build and retain relationships.

# George E. Esparza

## EDUCATION

**BACHELORS OF ARTS:** Political Science (Minor: History)        **June, 2009**
University of California, Santa Barbara

## RELATED EXPERIENCE

**Special Assistant to Councilmember José Huizar**        **August 2009 - Present**
Councilmember José Huizar, 14th District, Los Angeles, CA

- Executive team member (add what this means)
- Oversaw and managed office duties and involvement with major development projects in the district.
- Proxy to the Councilmember in addressing district issues on his behalf.
- Took an integral role in managing Councilmember Huizar's daily objectives. Providing key details and streamlining the process for him and defining the responsibilities of other staff members.
- Assisted in office wide decision-making process alongside Councilmember Huizar. Essentially facilitated effective decision-making. Which, identified and provided solutions to assist in the effectiveness of daily operational procedures.
- Responsible for the implementation of the Councilmember's calendar and managing the administrative team.
- Focused on creating external partnerships and community opportunities.
- Coordinated the execution of district wide community strategic initiatives. (Example)
- Responsible for annual district wide Senior Emergency Preparedness program. Provide essential information and emergency kits to over ten thousand seniors annually.
- Created youth opportunities and programs for students to become active participants in the community. (Example)
- Plan and participate in public outreach activities related to community and governmental relations, issues at local, state and federal levels. (Example)

**Deputy Campaign Manager**        **September 2014 – March 2015**
Re-election Campaign
Councilmember José Huizar, 14th District, Los Angeles, CA

- Responsible for volunteer outreach and field operations in Boyle Heights and El Sereno Communities.
- Managed a twenty-five person paid walk program.

- Managed the design and implementation of the student volunteer program with local schools and organizations. Recruited over 1,200 students to volunteer throughout the campaign.
- Trained volunteers to phone bank, precinct walk, and efficiently report and tally their daily contact.
- Managed 30 volunteers daily and coordinated and executed phone banking operation, lawn sign operation, and precinct walk operation.

**Field Director**                                  **January 2011 – November 2011**

Re-election Campaign
Councilmember José Huizar, 14th District, Los Angeles, CA

- Responsible for volunteer outreach in Boyle Heights.
- Managed volunteer's daily activities, coordinated and executed phone banking operation, lawn sign operation, and precinct walk operation.
- Trained volunteers to phone bank, precinct walk, and efficiently report and tally their daily contact.
- Trained, supervised, and evaluated volunteer performance skills.

## ADDITIONAL SKILLS

- Coordinate the execution of strategic community initiatives.
- Impeccable managerial and interpersonal skills.
- Ability to handle a fast paced work environment.
- Demonstrate ability to organize and prioritize assignments.
- Ability to work strategically and collaboratively across the department.
- Excellent database management skills
- Ability to build and retain relationships.

# George E. Esparza

████████████████████████████████████████

## EDUCATION

**BACHELORS OF ARTS:** Political Science (Minor: History)          **June, 2009**
University of California, Santa Barbara

## RELATED EXPERIENCE

**Special Assistant to Councilmember José Huizar**          **August 2009 - Present**
Councilmember José Huizar, 14th District, Los Angeles, CA

- Oversaw and managed office duties and involvement with major development projects in the district.
- Proxy to the Councilmember in addressing district issues on his behalf.
- Took an integral role in managing Councilmember Huizar's daily objectives. Providing key details and streamlining the process for him and defining the responsibilities of other staff members.
- Assisted in office wide decision-making process alongside Councilmember Huizar. Essentially facilitated effective decision-making. Which, identified and provided solutions to assist in the effectiveness of daily operational procedures.
- Responsible for the implementation of the Councilmember's calendar and managing the administrative team.
- Focused on creating external partnerships and community opportunities.
- Coordinated the execution of district wide community strategic initiatives such as the Senior Citizen Emergency Preparedness Program. Provided essential information and emergency kits to over fifteen thousand seniors annually.
- Created youth opportunities and programs for students to become active participants in the community. Assisted the Councilman is providing internships, job placement, scholarships, and college field trips for our youth.
- Plan and participate in public outreach activities related to community and governmental relations. Organized and managed " CD 14 Government at your doorstep" program which informed constituents about city services, social programs, and community events.

**Deputy Campaign Manager**          **September 2014 – March 2015**
Re-election Campaign
Councilmember José Huizar, 14th District, Los Angeles, CA

- Responsible for volunteer outreach and field operations in Boyle Heights and El Sereno Communities.
- Managed a twenty-five person paid walk program.

- Managed the design and implementation of the student volunteer program with local schools and organizations. Recruited over 1,200 students to volunteer throughout the campaign.
- Trained volunteers to phone bank, precinct walk, and efficiently report and tally their daily contact.
- Managed 30 volunteers daily and coordinated and executed phone banking operation, lawn sign operation, and precinct walk operation.

**Field Director- Boyle Heights**                                    **November 2010 – March 2011**
Re-election Campaign
Councilmember José Huizar, 14th District, Los Angeles, CA

- Responsible for volunteer outreach in Boyle Heights.
- Managed volunteer's daily activities, coordinated and executed phone banking operation, lawn sign operation, and precinct walk operation.
- Trained volunteers to phone bank, precinct walk, and efficiently report and tally their daily contact.
- Trained, supervised, and evaluated volunteer performance skills.

## ADDITIONAL SKILLS

- Coordinate the execution of strategic community initiatives.
- Impeccable managerial and interpersonal skills.
- Ability to handle a fast paced work environment.
- Demonstrate ability to organize and prioritize assignments.
- Ability to work strategically and collaboratively across the department.
- Excellent database management skills
- Ability to build and retain relationships.

# George E. Esparza

## EDUCATION

**BACHELOR OF ARTS:** Political Science and Chicano/a Studies          **June, 2009**
University of California, Santa Barbara

## RELATED EXPERIENCE

**Special Assistant to Councilmember José Huizar**          **August 2009 - Present**
Councilmember José Huizar, 14th District, Los Angeles, CA

- Oversaw and managed office duties and involvement with major development projects in the district.
- Proxy to the Councilmember in addressing district issues on his behalf.
- Took an integral role in managing Councilmember Huizar's daily objectives. Providing key details and streamlining the process for him and defining the responsibilities of other staff members.
- Assisted in office wide decision-making process alongside Councilmember Huizar. Essentially facilitated effective decision-making. Which, identified and provided solutions to assist in the effectiveness of daily operational procedures.
- Responsible for the implementation of the Councilmember's calendar and managing the administrative team.
- Focused on creating external partnerships and community opportunities.
- Coordinated the execution of district wide community strategic initiatives such as the Senior Citizen Emergency Preparedness Program. Provided essential information and emergency kits to over fifteen thousand seniors annually.
- Created youth opportunities and programs for students to become active participants in the community. Assisted the Councilman in providing internships, job placement, scholarships, and college field trips for our youth.
- Plan and participate in public outreach activities related to community and governmental relations. Organized and managed " CD 14 Government at your doorstep" program which informed constituents about city services, social programs, and community events.

**Deputy Campaign Manager**          **September 2014 – March 2015**
Re-election Campaign
Councilmember José Huizar, 14th District, Los Angeles, CA

- Responsible for volunteer outreach and field operations in Boyle Heights and El Sereno Communities.
- Managed a twenty-five person paid walk program.

- Managed the design and implementation of the student volunteer program with local schools and organizations. Recruited over 1,200 students to volunteer throughout the campaign.
- Trained volunteers to phone bank, precinct walk, and efficiently report and tally their daily contact.
- Managed 30 volunteers daily and coordinated and executed phone banking operation, lawn sign operation, and precinct walk operation.

**Field Director- Boyle Heights**                                    **November 2010 – March 2011**
Re-election Campaign
Councilmember José Huizar, 14th District, Los Angeles, CA

- Responsible for volunteer outreach in Boyle Heights.
- Managed volunteer's daily activities, coordinated and executed phone banking operation, lawn sign operation, and precinct walk operation.
- Trained volunteers to phone bank, precinct walk, and efficiently report and tally their daily contact.
- Trained, supervised, and evaluated volunteer performance skills.

## ADDITIONAL SKILLS

- Coordinate the execution of strategic community initiatives.
- Impeccable managerial and interpersonal skills.
- Ability to handle a fast paced work environment.
- Demonstrate ability to organize and prioritize assignments.
- Ability to work strategically and collaboratively across the department.
- Excellent database management skills
- Ability to build and retain relationships.

EXHIBIT A-18



Source Extraction:
File System



Source Extraction:
File System



Source Extraction:
File System



Source Extraction:
File System



Source Extraction:
File System

5579

Bro, I'm ready to leave jose's office.
Status: Sent
Delivered: 1/28/2016 12:41:20 PM(UTC-8)
Read: 1/28/2016 12:41:43 PM(UTC-8)

1/28/2016 12:43:05 PM(UTC-8)

Source Extraction:
File System

▮▮▮▮▮ Ricky

Lunching

Status: Read
Read: 1/28/2016 12:45:14 PM(UTC-8)

1/28/2016 12:43:26 PM(UTC-8)

Source Extraction:
File System

▮▮▮ 55579

I'll call u right now.

Status: Sent
Delivered: 1/28/2016 12:43:19 PM(UTC-8)
Read: 1/28/2016 12:43:19 PM(UTC-8)

1/28/2016 12:45:05 PM(UTC-8)

Source Extraction:
File System

▮▮▮ 5579

He just kicked me out of a room cause he said my energy is bad. It's ridiculous.

Status: Sent
Delivered: 1/28/2016 12:43:48 PM(UTC-8)
Read: 1/28/2016 12:44:54 PM(UTC-8)

1/28/2016 12:45:33 PM(UTC-8)

Source Extraction:
File System

▮▮▮ 5579

I am ready to leave. Fuck this guy.

Status: Sent
Delivered: 1/28/2016 12:45 02 PM(UTC-8)
Read: 1/28/2016 12:45:02 PM(UTC-8)

1/28/2016 12:46:49 PM(UTC-8)

Source Extraction:
File System



Source Extraction:
File System



Source Extraction:
File System





**Extraction Report** - Apple iPhone

---

## Participants



+15623055579



████████
Susie*



georgesparza@gmail.com
G* (owner)

---

## Conversation - Instant Messages (1)

████ 5579

I really hate this mutherfucker lol
**Status:** Sent
**Delivered:** 5/1/2016 11:35:56 PM(UTC-7)

5/1/2016 11:35:56 PM(UTC-7)

Source Extraction:
File System

1



■■■■ 5579

I'm ready to leave bro.

**Status:** Sent
**Delivered:** 5/3/2016 11:14:52 AM(UTC-7)
**Read:** 5/3/2016 12:04:54 PM(UTC-7)

5/3/2016 11:14:50 AM(UTC-7)

Source Extraction:
File System

■■■■ 5579

Fuck Jose

**Status:** Sent
**Delivered:** 5/3/2016 11:15:00 AM(UTC-7)
**Read:** 5/3/2016 12:04:54 PM(UTC-7)

5/3/2016 11:14:59 AM(UTC-7)

Source Extraction:
File System

■■■■ Ricky

Fuck him

**Status:** Read
**Read:** 5/3/2016 12:10:45 PM(UTC-7)

5/3/2016 12:05:01 PM(UTC-7)

Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System





**Extraction Report** - Apple iPhone

---

Participants



Ricky*

5579

---

Conversation - Instant Messages (1)

5579

I hate this fucken asshole
**Status:** Sent
**Delivered:** 5/15/2016 5:50:15 PM(UTC-7)
**Read:** 5/15/2016 5:52:34 PM(UTC-7)

5/15/2016 5:50:13 PM(UTC-7)

Source Extraction:
File System

1



**Extraction Report** - Apple iPhone



## Participants

| | |
|---|---|
| | Jesse Leon* |
| | 5579 |
| | georgesparza@gmail.com<br>G* (owner) |

## Conversation - Instant Messages (1)

> 5579
>
> I fucken hate this guy.
> **Status:** Sent
> **Delivered:** 6/22/2016 5:07:04 PM(UTC-7)
>
> 6/22/2016 5:06:55 PM(UTC-7)

Source Extraction:
File System

1



Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System

5579
What u doing bro
Status: Sent
Delivered: 7/29/2016 8:07:38 PM(UTC-7)
Read: 7/29/2016 8:26:34 PM(UTC-7)
7/29/2016 8:07:38 PM(UTC-7)

Source Extraction:
File System

Ricky
Going to chairman house
Status: Read
Read: 7/29/2016 8:29:07 PM(UTC-7)
7/29/2016 8:26:50 PM(UTC-7)

Source Extraction:
File System

5579
Here
Status: Sent
Delivered: 7/30/2016 11:14:34 AM(UTC-7)
Read: 7/30/2016 11:21:08 AM(UTC-7)
7/30/2016 11:14:32 AM(UTC-7)

Source Extraction:
File System

Ricky

**Where**
Status: Read
Read: 7/30/2016 11:21:19 AM(UTC-7)

7/30/2016 11:21:16 AM(UTC-7)

Source Extraction:
File System

5579

**Pitachio kitchen**
Status: Sent
Delivered: 7/30/2016 11:21:37 AM(UTC-7)
Read: 7/30/2016 11:21:43 AM(UTC-7)

7/30/2016 11:21:37 AM(UTC-7)

Source Extraction:
File System

Ricky

**Coming**
Status: Read
Read: 7/30/2016 11:21:47 AM(UTC-7)

7/30/2016 11:21:47 AM(UTC-7)

Source Extraction:
File System

5579

**La Vue**
3855 Wilshire Blvd, Los Angeles, CA 90010
Status: Sent
Delivered: 7/31/2016 7:41:47 PM(UTC-7)
Read: 7/31/2016 7:41:57 PM(UTC-7)

7/31/2016 7:41:45 PM(UTC-7)

Source Extraction:
File System

5579

**Brandon is the owner**
Status: Sent
Delivered: 7/31/2016 7:41:53 PM(UTC-7)
Read: 7/31/2016 7:41:57 PM(UTC-7)

7/31/2016 7:41:53 PM(UTC-7)

Source Extraction:
File System

Ricky

**K**
Status: Read
Read: 7/31/2016 7:45:32 PM(UTC-7)

7/31/2016 7:42:01 PM(UTC-7)

Source Extraction:
File System

███████ 5579

Reservations for 830.
**Status:** Sent
**Delivered:** 7/31/2016 7:45:07 PM(UTC-7)
**Read:** 7/31/2016 7:45:49 PM(UTC-7)

7/31/2016 7:45:06 PM(UTC-7)

Source Extraction:
File System

███████ 5579

How many people?
**Status:** Sent
**Delivered:** 7/31/2016 7:45:41 PM(UTC-7)
**Read:** 7/31/2016 7:45:49 PM(UTC-7)

7/31/2016 7:45:40 PM(UTC-7)

Source Extraction:
File System

████████ Ricky

Only me n fucker
**Status:** Read
**Read:** 7/31/2016 7:46:18 PM(UTC-7)

7/31/2016 7:46:05 PM(UTC-7)

Source Extraction:
File System

███████ 5579

Lol
**Status:** Sent
**Delivered:** 7/31/2016 7:46:22 PM(UTC-7)
**Read:** 7/31/2016 7:46:25 PM(UTC-7)

7/31/2016 7:46:21 PM(UTC-7)

Source Extraction:
File System

████████ Ricky

Lol lol
**Status:** Read
**Read:** 7/31/2016 7:49:42 PM(UTC-7)

7/31/2016 7:46:48 PM(UTC-7)

Source Extraction:
File System

███████ 5579

Haha
**Status:** Sent
**Delivered:** 7/31/2016 7:49:47 PM(UTC-7)
**Read:** 7/31/2016 7:49:54 PM(UTC-7)

7/31/2016 7:49:46 PM(UTC-7)

Source Extraction:
File System



**Extraction Report** - Apple iPhone



## Participants



████5579

████
Susie*

georgesparza@gmail.com
G* (owner)

## Conversation - Instant Messages (1)

████5579

Still babysitting babe. I hate this motherfucker
**Status:** Sent
**Delivered:** 8/24/2016 11:24:05 PM(UTC-7)

8/24/2016 11:24:04 PM(UTC-7)

Source Extraction:
File System

1



**Extraction Report** - Apple iPhone



## Participants



|5579

| Susie*

georgesparza@gmail.com
G* (owner)

## Conversation - Instant Messages (1)

|5579

I really hate this motherfucker
**Status:** Sent
**Delivered:** 8/31/2016 11:26 50 AM(UTC-7)

8/31/2016 11:26:49 AM(UTC-7)

Source Extraction:
File System

1





**Extraction Report** - Apple iPhone

## Participants



Jesse Leon*

5579

georgesparza@gmail.com
G* (owner)

## Conversation - Instant Messages (2)



5579
I want to leave this office so bad man.
Status: Sent
Delivered: 10/5/2016 3:02:19 PM(UTC-7)
10/5/2016 3:02:18 PM(UTC-7)

Source Extraction:
File System

5579
Tired of this motherfucker
Status: Sent
Delivered: 10/5/2016 3:02:32 PM(UTC-7)
10/5/2016 3:02:31 PM(UTC-7)

Source Extraction:
File System

1



**Extraction Report** - Apple iPhone


www.cellebrite.com

## Participants



Jesse Leon*

5579

georgesparza@gmail.com
G* (owner)

## Conversation - Instant Messages (1)

> 5579
> I really hate this mother fucker
> **Status:** Sent
> **Delivered:** 10/18/2016 9:49 05 AM(UTC-7)
> 10/18/2016 9:48:56 AM(UTC-7)

Source Extraction:
File System

1



**Extraction Report** - Apple iPhone



## Participants


5579

Camil*

## Conversation - Instant Messages (2)

5579
Need an exit plan. Really need to leave this office.
Status: Sent
Delivered: 11/3/2016 11:10:00 AM(UTC-7)
Read: 11/3/2016 11:10:01 AM(UTC-7)

11/3/2016 11:10:00 AM(UTC-7)

Source Extraction:
File System

Camil
K. Let's chat.
Status: Read
Read: 11/3/2016 11:21:32 AM(UTC-7)

11/3/2016 11:10:14 AM(UTC-7)

Source Extraction:
File System

1

5579

Jose will call u back
**Status:** Sent
**Delivered:** 5/26/2017 1:35:38 PM(UTC-7)
**Read:** 5/26/2017 1:35:38 PM(UTC-7)

5/26/2017 1:35:38 PM(UTC-7)

Source Extraction:
File System

5579

Where are u?
**Status:** Sent
**Delivered:** 5/26/2017 2:13:52 PM(UTC-7)
**Read:** 5/26/2017 2:17:30 PM(UTC-7)

5/26/2017 2:13:51 PM(UTC-7)

Source Extraction:
File System

5579

Need to talk to u?
**Status:** Sent
**Delivered:** 5/26/2017 2:17:11 PM(UTC-7)
**Read:** 5/26/2017 2:17:30 PM(UTC-7)

5/26/2017 2:17:10 PM(UTC-7)

Source Extraction:
File System

Ricky

With the fucker
**Status:** Read
**Read:** 5/26/2017 2:17:50 PM(UTC-7)

5/26/2017 2:17:44 PM(UTC-7)

Source Extraction:
File System

5579

Can't go... Jose being an asshole with me.
**Status:** Sent
**Delivered:** 5/26/2017 2:20:15 PM(UTC-7)
**Read:** 5/26/2017 2:20:27 PM(UTC-7)

5/26/2017 2:20:14 PM(UTC-7)

Source Extraction:
File System

Ricky

fax to they
**Status:** Read
**Read:** 5/26/2017 2 52:31 PM(UTC-7)

5/26/2017 2:52:28 PM(UTC-7)

Source Extraction:
File System

Linesheet - Minimization Details

User: Andrew Civetti

Case: 194B-LA-255905   Target: George Esparza   Line: ████55579   File Number:

GE:   Yeah, he's an idiot man, I'm all like, that's why like all you've been thinking like, why we do even, should even help her shit out, like, fucking, I'm done with this Huizar name, you know?
MA:   Yeah, and she's the fucking same man.
GE:   Uh, exactly the same.
MA:   She's tries to cover it up with her fucking nice, nice act, but it's like you're the fucking same, you're the fucking same, you cannot do anything, you're useless, it's just...
GE:   You saw in one area of pueblo remember, how hard is it to fucking [UI] yeah, so I don't even want them to win, to be honest. So only reason he'll do good is, like for me and Andy [UI] shit.
MA:   Yeah.
[Call UI] Call breaks in and out
GE:   You know what I mean, hello?
MA:   Hello?
GE:   I said it'll be worse cause then we don't have to worry about his diva ass.
MA:   Yup, and oh [UI] so that's the shit like I, if you're to get reelected I'd be like bro, it's not your fucking seat anymore, let it go.
GE:   Yeah, but he'll still think it's his.
MA:   Start fucking calling him Jose, hey Jose [laughing].
GE:   No, I hate that mother, I really hate him a lot man, that like, I fucking hate him. After he pulled that shit with me on, fucking, with, with Lilie, trying to check my phone and shit, like what the fuck bro, fucking weirdo.
MA:   I'm glad you told him off though.
GE:   Yeah, but didn't resolve anything and then like I told you right, he told, he told me about the big, oh uh, be careful with Jonathan you know, because I told you right, you know.
[Discussion regarding GE getting rides from Zuniga] [Call also breaks in and out]
19:00:43
GE:   I'm just really over it man, I really hope this marijuana stuff comes in that we're, I'm trying to pull, cause if it comes in then, if that comes in, then we're set man [UI] we'll get paid and leave this office.
[Non-pertinent conversation] [Call also breaks in and out]
[Call minimized]
[Non-pertinent conversation] [Call also breaks in and out]
19:02:59
GE:   I told you he was also like, people have been asking me, like people, Morrie has asked him, like hey are you coming to this, like I'm like boss, they're just trying to fight for your attention you know, like, dude I didn't coordinate with Morrie on this one, I coordinated with Jimmy Blackman [laughing], you know. [Call breaks in and out]  Yeah like, it was just like, they asked me, which lead me to believe, you know, that you did not let them know, why would I let them know, I wasn't coordinating with them, you know [laughing].
[Non-pertinent conversation]
[Call minimized]
[Non-pertinent conversation]
[Call minimized]
[Non-pertinent conversation]
[Call ended]

5579

I really want to leave this office bro..
Status: Sent
Delivered: 6/7/2017 2:01 55 PM(UTC-7)
Read: 6/7/2017 2:02:07 PM(UTC-7)

6/7/2017 2:01:53 PM(UTC-7)

Source Extraction:
File System

Ricky

Mother fucker give you hard time!
Status: Read
Read: 6/7/2017 2:03:32 PM(UTC-7)

6/7/2017 2:03:00 PM(UTC-7)

Source Extraction:
File System

5579

Yeah bro... talked shit about me because I asked Jonathan to give me a ride...
Status: Sent
Delivered: 6/7/2017 2:03:56 PM(UTC-7)
Read: 6/7/2017 2:04:06 PM(UTC-7)

6/7/2017 2:03:56 PM(UTC-7)

Source Extraction:
File System

Ricky

Lol
Status: Read
Read: 6/7/2017 2:04:30 PM(UTC-7)

6/7/2017 2:04:26 PM(UTC-7)

Source Extraction:
File System

5579

Gave Jonathan a big lecture about how I'm using him as a taxi and told Jonathan " you're my guy, not George's guy"
Status: Sent
Delivered: 6/7/2017 2:04:37 PM(UTC-7)
Read: 6/7/2017 2:04:41 PM(UTC-7)

6/7/2017 2:04:37 PM(UTC-7)

Source Extraction:
File System

5579

So fucken stupid
Status: Sent
Delivered: 6/7/2017 2 04:42 PM(UTC-7)
Read: 6/7/2017 2:04:42 PM(UTC-7)

6/7/2017 2:04:42 PM(UTC-7)

Source Extraction:
File System



Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System

5579

We need to talk

**Status:** Sent
**Delivered:** 6/7/2017 1:28:37 PM(UTC-7)

6/7/2017 1:28:37 PM(UTC-7)

Source Extraction:
File System

5579

Need to leave this office bro.

**Status:** Sent
**Delivered:** 6/7/2017 2:13:21 PM(UTC-7)

6/7/2017 2:13:19 PM(UTC-7)

Source Extraction:
File System

5579

Very toxic

**Status:** Sent
**Delivered:** 6/7/2017 2:13:28 PM(UTC-7)

6/7/2017 2:13:27 PM(UTC-7)

Source Extraction:
File System



George Chaing
Can you meet up on Friday afternoon?
**Status:** Read
**Read:** 6/7/2017 2:16:04 PM(UTC-7)
6/7/2017 2:15:25 PM(UTC-7)

Source Extraction:
File System

5579
Yes
**Status:** Sent
**Delivered:** 6/7/2017 2:16:07 PM(UTC-7)
6/7/2017 2:16:06 PM(UTC-7)

Source Extraction:
File System

George Chaing
Ok cool let's get together.
**Status:** Read
**Read:** 6/7/2017 2:16:22 PM(UTC-7)
6/7/2017 2:16:18 PM(UTC-7)

Source Extraction:
File System

5579
Ship is sinking and don't see any value in keeping it afloat.
**Status:** Sent
**Delivered:** 6/7/2017 2:16:49 PM(UTC-7)
6/7/2017 2:16:49 PM(UTC-7)

Source Extraction:
File System

George Chaing
Let's work it out and let it sink towards your advantage.
**Status:** Read
**Read:** 6/7/2017 2:18:42 PM(UTC-7)
6/7/2017 2:18:30 PM(UTC-7)

Source Extraction:
File System

5579
Sounds good to me
**Status:** Sent
**Delivered:** 6/7/2017 2:20:46 PM(UTC-7)
6/7/2017 2:20:46 PM(UTC-7)

Source Extraction:
File System



810

Fuck this office

**Status:** Sent
**Delivered:** 10/10/2017 8:42 52 AM(UTC-7)

10/10/2017 8:42:52 AM(UTC-7)

Source Extraction:
File System

Mayra

I felt like calling out but I have to leave early and I know they're going to bitch

**Status:** Read
**Read:** 10/10/2017 8:46:54 AM(UTC-7)

10/10/2017 8:45:43 AM(UTC-7)

Source Extraction:
File System

Mayra

I hate them

**Status:** Read
**Read:** 10/10/2017 8:46:54 AM(UTC-7)

10/10/2017 8:45:45 AM(UTC-7)

Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System



Jonathan

Such a little lady boss! Boom  fuck Huizar!!!!

Attachments:

Size: 174149
File name:  MG_6481.jpeg
IMG_6481.jpeg

Status: Read
Read: 12/18/2017 4:34:03 PM(UTC-8)

12/18/2017 4:33:54 PM(UTC-8)

Source Extraction:
File System

Mayra

So richelle calls me and tries to tell me that she thought everything was a "go" and I told her "no, because you never confirmed" and she was like "I thought I did" and I said "No but luckily I coordinated everything as if you were and if you do still end up going it's all set" so she was like, "why is he asking you if we're going or not if I just spoke to him this morning" and I was like "Idk. He text me 5min ago" and she's like "let me call him. Thanks" all pissed... like fuck you guys. I'm not letting myself from you because you guys can't communicate.

Status: Read
Read: 12/18/2017 4:53:29 PM(UTC-8)

12/18/2017 4:42:34 PM(UTC-8)

Source Extraction:
File System

Jonathan

This is so sad man like their family is literally a piece of shit

Status: Read
Read: 12/18/2017 4:53:29 PM(UTC-8)

12/18/2017 4:43:36 PM(UTC-8)

Source Extraction:
File System

6810

Yeah. They all suck

Status: Sent

12/18/2017 4:54:14 PM(UTC-8)

Source Extraction:
File System



Jonathan

Attachments:

Size: 211482
File name:  MG_6483.jpeg
IMG_6483.jpeg

Status: Read
Read: 12/18/2017 5:04:38 PM(UTC-8)

12/18/2017 5:01:54 PM(UTC-8)

Source Extraction:
File System

# EXHIBIT A-19





**Extraction Report** - Apple iPhone

## Notes (1)

| # | Time | Note | Deleted | * |
|---|------|------|---------|---|
| 1 | **Created:**<br>8/24/2016<br>7:17:46 AM(UTC-7)<br>**Modified:**<br>8/24/2016<br>7:07:50 PM(UTC-7) | **Title:** I manage all the chinese and foreign  investors That are looking for…<br>**Summary:** business development in downtown Los Angels.<br>**Source:** Notes<br>**Body:** I manage all the chinese and foreign  investors That are looking for business development in downtown Los Angels.<br><br>Looking for local companies to invest and development.<br><br>If you look around and you see all the development happening in downtown. All these projects went through our office<br><br>Sequa consultant - Ed Casey<br><br>Cancel the requirren pedestrian and did dr Lee project. Jet it go.<br>**Parties:**<br>**Source Extraction:** File System | | |

1

# EXHIBIT A-20





**Extraction Report** - Apple iPhone

## Notes (1)

| # | Time | Note | Deleted | * |
|---|------|------|---------|---|
| 1 | **Created:**<br>5/26/2017<br>9:46:13 AM(UTC-7)<br>**Modified:**<br>5/26/2017<br>9:46:44 AM(UTC-7) | **Title:** Don't be obvious too obvious<br>**Summary:** But then y can do whatever<br>**Source:** Notes<br>**Body:** Don't be obvious too obvious<br><br>But then y can do whatever<br>**Parties:**<br>**Source Extraction:** File System | | |

# EXHIBIT A-21



**Extraction Report** - Apple iPhone


www.cellebrite.com

## Participants

    5579

   ███████ Camil*

## Conversation - Instant Messages (6)

███ 5579

Good morning. Thank u for everything last night.

**Status:** Sent
**Delivered:** 11/20/2016 9 55:08 AM(UTC-8)
**Read:** 11/20/2016 11:15:35 AM(UTC-8)

11/20/2016 9:55:07 AM(UTC-8)

Source Extraction:
File System

███ Camil

Anytime

**Status:** Read
**Read:** 11/20/2016 11:15:51 AM(UTC-8)

11/20/2016 11:15:44 AM(UTC-8)

Source Extraction:
File System

███ 5579

Feel like I've been released from my cage man...

**Status:** Sent
**Delivered:** 11/22/2016 9 50:32 AM(UTC-8)
**Read:** 11/22/2016 10:42:56 AM(UTC-8)

11/22/2016 9:50:32 AM(UTC-8)

Source Extraction:
File System

███ Camil

Lol.  I hope that's a good thing.

**Status:** Read
**Read:** 11/22/2016 10:43:43 AM(UTC-8)

11/22/2016 10:43:03 AM(UTC-8)

Source Extraction:
File System

5579

It's really good. I can focus on what matters now.
Status: Sent
Delivered: 11/22/2016 10:43:59 AM(UTC-8)
Read: 11/22/2016 10:54:09 AM(UTC-8)

11/22/2016 10:43:59 AM(UTC-8)

Source Extraction:
File System

Camil

Awesome.
Status: Read
Read: 11/22/2016 10:54:31 AM(UTC-8)

11/22/2016 10:54:13 AM(UTC-8)

Source Extraction:
File System

**Linesheet - Minimization Details**

User: Andrew Civetti

| Case: 194B-LA-255905 | Target: George Esparza | Line: | File Number: |
|---|---|---|---|

GE: No dude

UM: this fucking dude is mad at me about something

GE: never could I be mad at you man

UM: right on brother

GE: little baby cub, I can't be mad at a baby cub

UM: shit, I got your baby cub here

 UNT

UM: just getting out of the car, rushing to get a haircut when you're calling me

GE: ok, just been working man, been crazy I'm on a totally different level now that I'm not driving the councilman and I'm doing so much other sites UNT.  I don't even spend time at home any more.

UM: right, right.  UNT  My project, I'm building for Metropolitan Water District, we fired the superintendent, so I been playing superintendent and project manager for the last two weeks, my alarm goes off  at 4 o'clock, I got to be in san fernando by 6:15, I don't get home til fucking 6, 6:30.  it's crazy man UNT

GE: can you hear me, art, can you hear me, you're breaking up man,

UM: I can hear you now, hey, I called Alec and I sent him an email as well,

GE: ok cuz I saw him asking a long time ago hey, is your friend still having the wedding I haven't heard from him

UM: No, I told him it's still on.  dude I been so fucking busy but are you kidding my daughter like, dad have you talked to him and I said yeah don't worry, we got it covered. Oh fuck, I gotta call him.  It's on for sure, I emailed him at beginning of April because I wanted to block a bunch of rooms off too.  so I got to meet with him shortly and give him a deposit, start paying that shit off.

GE: Yeah

UM: right on, dude.  So, did you get invite yet, get save the date, Melissa  UNT

GE: yeah, I got one  UNT

UM: what you do this weekend.

GE: this weekend, no plans this weekend.  I think just rest.  Since elections are still around, I just been fucking fundraising, fundraising, fundraising so i'm just trying to wind down.

UM:  alright man.  I might have a donor for you,  what are you fundraising for right now

GE: Fundraising for a woman named monica  rodriguez, she's running for Pacoima, over there CD 7, the valley.

UM: dude, that's where I'm at every fucking day dude, I'm in granada hills every day.

GE: dude today's my deadline and i just need one more check

UM: oh shit, how much

GE: 700

UM: 700 alright man. I can't get you a check today,  I'm at the barbershop

GE: I have a similar thing if you can make an on line donation, I'll see you on Monday, you know.

UM: ok, submit the information

GE: if you can make the online donation, I'll send you a link and do it right now  and then I'll see you over the weekend or on Monday

UM: and I just need to do it before midnight.

GE: I would love for you to do it like right now if you can

UM: I'll try from my phone, does it have to be from personal account or can it be a business donation

GE: any on-line, any credit card would be good

UM: but is it business or, it's ok then

GE: yeah it's ok.  the only reason our campaign we couldn't do that was because we went over the limit already

UM: okay send me the information i'll do it before I get a haircut

# EXHIBIT A-22

# Fwd: 1025 Stanford DWP Schedule

| | |
|---|---|
| **From:** | Justin Kim <justink@tmgrealty.com> |
| **To:** | George Esparza <georgesparza@gmail.com> |
| **Date:** | Thu, 03 May 2018 18:08:11 -0700 |
| **Attachments:** | DWP-E5659-EA1_2_3 combined-20180223.pdf (2.01 MB); ATT00001.htm (238 bytes); P Plan-16P0527-PRELIMINARY.PDF (2.2 MB); ATT00002.htm (190 bytes) |

FYI...the project number is:
5659
Please also read the ends below.


Sent from my iPhone

Begin forwarded message:

> **From:** "Ken Eoh" <keoh@acondevelopment.com>
> **To:** "Justin Kim" <justink@tmgrealty.com>
> **Cc:** "ykim@acondevelopment.com" <ykim@acondevelopment.com>, "jcheon@dgbamerica.com" <jcheon@dgbamerica.com>, "'David Lee (JOIA)'" <davidjoiaco@yahoo.com>
> **Subject: 1025 Stanford DWP Schedule**

Mr. Justin Kim,


Following are the summary of things remaining for DWP work.


DWP Project Number: 5659

Project Address: 1025 Stanford Ave


Based on Acon's schedule, we are looking at construction of DWP Room (ready for DWP) by 5/11/2018.

DWP to Inspect for Completion prior to Scheduling of DWP Construction Team to install the Transformer and Equipment inside.


### A – DWP Room Transformer and Equipment Installation (DWP)

4-6 weeks – Based on DWP Scheduling, lead time to start work

12-16 Weeks – DWP Room Transformer and Equipment Installation on site

2 Weeks – Set Meter and Release Power

**B – Conduit Run from Property Line to DWP Room (Acon)**

Must be completed at the same time as DWP Room Completion by 5/11/2018

**Requires DWP Final "P" Drawing for Acon to Proceed with the work**

No DWP schedule given for Final Drawing Release

**C – Street Work for Underground Distribution Vault (3rd Party Subcontractor)**

Traffic Control Plan and Shoring plan approved

Waiting on LABOE Permit, based on their work load.  Estimated 4-6 weeks from now

SEQUENCE OF COMPLETION

Completion of DWP Room Construction (by Acon, estimated 5/11/2018)

**DWP P Plan Release from DWP (waiting on DWP Design Team)**

Completion of Item "B", Conduit Run from property line to DWP Room (by Acon, estimated duration of 1 week, requires release of P Plan by DWP)

**DWP Room Final Inspection (by DWP, above 3 items must be completed prior to inspection)**

DWP Room Construction Start Lead Time (by DWP, 4-6 weeks)

DWP Room Transformer and Equipment Installation (by DWP, 3-4 months)

Cabling (by DWP)

Set Meter and Release Power (by DWP)

Having the Items in "Red" completed/scheduled as early as possible would allow us to complete the project sooner.  Acon to complete items in "Blue".

**CONTACTS at DWP**

Design Engineer / Inspector

Ronak Chikhalya, P.E.

Customer Station Design

Los Angeles Department of Water and Power

2633 Artesian St, Room 270, Los Angeles, CA

Email: ronak.chikhalya@ladwp.com

Phone: (213) 367-4204

Design Department Supervisor

Hector Perez, P.E.

Lead Electrical Engineering Associate

Customer Station Design Group

Los Angeles Department of Water and Power

2633 Artesian St., Rm 270

Phone: (213) 36 7-8014


UNDERGROUND VAULT Contact

Shady Taman

Design Engineer

Customer Station Design

Los Angeles Department of Water and Power

(213) 367 – 6020


Please let us know if I can be of assistance with anything else.

Thank you,


**Ken Eoh**

Acon Development, Inc.

1554 S. St. Andrews Pl.

Los Angeles, CA 90019

Mobile 213-235-6373

Tel. 323-737-3101

Fax323-737-3070

Source Extraction:
File System

Source Extraction:
File System

5579
I have the freedom to move fast Justin!
**Status:** Sent
**Delivered:** 5/9/2018 10:33:55 AM(UTC-7)

5/9/2018 10:33:53 AM(UTC-7)

Source Extraction:
File System



Justin Kim
Thank you!
U are giving me some hope!!
**Status:** Read
**Read:** 5/9/2018 10:38:58 AM(UTC-7)

5/9/2018 10:38:51 AM(UTC-7)

Source Extraction:
File System

Source Extraction:
File System



Source Extraction:
File System



Source Extraction:
File System

Source Extraction:
File System

5579

I called dwp. Will call me back with update.
**Status:** Sent
**Delivered:** 5/8/2018 1:30:27 PM(UTC-7)

5/8/2018 1:30:26 PM(UTC-7)

Source Extraction:
File System

5579

Will get you answers ASAP.
**Status:** Sent
**Delivered:** 5/8/2018 1:31:33 PM(UTC-7)

5/8/2018 1:31:32 PM(UTC-7)

Source Extraction:
File System

5579

Call me when you can.
**Status:** Sent
**Delivered:** 5/8/2018 1:33:34 PM(UTC-7)

5/8/2018 1:33:33 PM(UTC-7)

Source Extraction:
File System

5579

Want to discuss ABC issue.
**Status:** Sent
**Delivered:** 5/8/2018 1:40:36 PM(UTC-7)

5/8/2018 1:40:35 PM(UTC-7)

Source Extraction:
File System



▮▮▮▮▮▮ Justin Kim

**Ok**
**Status:** Read
**Read:** 6/12/2018 12:03:39 PM(UTC-7)

6/12/2018 12:03:01 PM(UTC-7)

Source Extraction:
File System

▮▮▮▮▮▮ Justin Kim

**Can you talk? I have good news for u.**
**Status:** Read
**Read:** 6/12/2018 5 07:40 PM(UTC-7)

6/12/2018 4:56:29 PM(UTC-7)

Source Extraction:
File System

▮▮▮▮ 5579

**Just finished meeting with DMV.**
**Status:** Sent
**Delivered:** 6/14/2018 10:22:45 AM(UTC-7)

6/14/2018 10:22:44 AM(UTC-7)

Source Extraction:
File System

▮▮▮▮ 5579

**Any issues with dmv let me know! Lol**
**Status:** Sent
**Delivered:** 6/14/2018 10:22 56 AM(UTC-7)

6/14/2018 10:22:56 AM(UTC-7)

Source Extraction:
File System

▮▮▮▮▮▮ Justin Kim

**We need to expediate ...thx**
**Status:** Read
**Read:** 6/14/2018 10:23:38 AM(UTC-7)

6/14/2018 10:23:38 AM(UTC-7)

Source Extraction:
File System



▮▮▮▮ 5579

**Yes. Whatever you need.**
**Status:** Sent
**Delivered:** 6/14/2018 10:23 58 AM(UTC-7)

6/14/2018 10:23:57 AM(UTC-7)

Source Extraction:
File System

5579

Another tool we can add to our bag.
Status: Sent
Delivered: 6/14/2018 10:24:37 AM(UTC-7)

6/14/2018 10:24:37 AM(UTC-7)

Source Extraction:
File System

Justin Kim

Yes!!!!
Status: Read
Read: 6/14/2018 10:24:49 AM(UTC-7)

6/14/2018 10:24:49 AM(UTC-7)

Source Extraction:
File System



Source Extraction:
File System



Source Extraction:
File System



Source Extraction:
File System



Source Extraction:
File System

154



Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System

Justin Kim

Can u help with DWP?
Status: Read
Read: 7/10/2018 3:46:04 PM(UTC-7)

7/10/2018 2:50:28 PM(UTC-7)

Source Extraction:
File System

5579

Lol! Tell him you and I work as one!

Sorry, service is really bad in the mountains. Came to mountains with my family. Let me work on the DwP issue as soon as I get back. We should be able to help!
Status: Sent
Delivered: 7/10/2018 4 00:25 PM(UTC-7)

7/10/2018 4:00:23 PM(UTC-7)

Source Extraction:
File System

Justin Kim

Ok. Enjoy!
I told him u are a great friend!
Status: Read
Read: 7/10/2018 4 02:32 PM(UTC-7)

7/10/2018 4:01:40 PM(UTC-7)

Source Extraction:
File System

5579

Hi Justin! Just got back from out of town. Lets get together this week for coffee. I'll also get to work on the dwp issue!
Status: Sent
Delivered: 7/16/2018 7:42:55 PM(UTC-7)

7/16/2018 7:42:54 PM(UTC-7)

Source Extraction:
File System

Justin Kim

Ok
Status: Read
Read: 7/16/2018 7 51:26 PM(UTC-7)

7/16/2018 7:43:53 PM(UTC-7)

Source Extraction:
File System

5579

George Esparza serves as the Chief of Staff to Assemblywoman Wendy Carrillo, who represents the 51st Assembly District in California which includes the City of Los Angeles and the historic community of Chinatown. In his role, he is a trusted advisor to the Assemblywoman, managing the Capitol and District staff, legislative priorities and direction of the office. Mr. Esparza represents the Assemblywoman with other legislators, government officials, interest groups and the general public. Prior to joining Assemblywoman Carrillo's team, Mr. Esparza ran several political campaigns and for nearly a decade, worked on special projects for a member of the Los Angeles City Council managing relationships throughout the city, including but not limited to the development and revitalization of Downtown Los Angeles. He earned a Bachelor of Arts in Political Science from University of California Santa Barbara.
Status: Sent
Delivered: 7/16/2018 7 53:54 PM(UTC-7)

7/16/2018 7:53:52 PM(UTC-7)

Source Extraction:
File System

5579

Wendy is helping me work on my bio!
Status: Sent
Delivered: 7/16/2018 7:54:02 PM(UTC-7)

7/16/2018 7:54:02 PM(UTC-7)

Source Extraction:
File System

170

Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System

Source Extraction:
File System

5579

Hi George,

So just to summarize, Barlow asked for Asm. Carrillo to be a principal co-author and we
have agreed to do so. This also means we will jockey the bill on the Asm. side to ensure it
passes off the floor, however the author will be presenting in policy committees (Assembly
Health and Senate Health). The official vehicle is SB 288 (former Sen. Hernández bill).

The bill grants a narrow exemption for Barlow Respiratory Hospital (main campus is in our
district) to open a satellite long-term acute care hospital within another medical center in
Oceanside. Current law does not allow them to open up this specialized care, unless they
open up as a general acute hospital which they do not want to or need to do. So in order to
allow this partnership to happen they need an exemption in state law. Additionally, the bill
would allow for a LTACH satellite facility to be built within 35 miles from the main campus.
The 35 miles standard is consistent with federal law but the CA standard is 15 miles. They
say this will help them open up future satellite facilities to bring their specialized care to more
places in CA.

Status: Sent
Delivered: 8/15/2018 9 54:08 AM(UTC-7)

8/15/2018 9:54:07 AM(UTC-7)

Source Extraction:
File System

5579

Summary:
Barlow Respiratory Hospital is a long-term acute care hospital (LTACH) with facilities in Los
Angeles (the main campus is in our district), Van Nuys, and Whitter. They provide high
quality respiratory care.
The lobbyist said that Barlow had previous connections between their leadership and SEIU's
leadership which is why they turned to them for help on this bill. SEIU does not have a
presence in Barlow yet.
Recently Barlow was looking to open a 4th facility in Oceanside within the Tri-City Medical
Center. However, they have run into some legal roadblocks that prevent them from opening
up as a LTACH, as current law only allows them to open up as a general acute hospital,
which is not what they specialize in and not what they or Tri-City want to do.
They have approached us and Sen. De León, using SEIU as their conduit, to author a
vehicle that grants them a narrow exemption to this requirement so they can open as a
LTACH in the Tri-City facility in Oceanside.
However, there is one additional paragraph in their suggested language that would allow for
a LTACH satellite facility to be built within 35 miles from the main campus. The 35 miles
standard is consistent with federal law but the CA standard is 15 miles, with the idea that
satellite campuses should be close to main campuses in case of emergencies.
This will not affect the Barlow satellite facility as it will be housed right by the main Tri-City
Center. It will allow for Barlow to build more satellite facilities in the future.

Status: Sent
Delivered: 8/15/2018 10:07:06 AM(UTC-7)

8/15/2018 10:07:05 AM(UTC-7)

Source Extraction:
File System

5579

Please keep confidential
Status: Sent
Delivered: 8/15/2018 10:09:44 AM(UTC-7)

8/15/2018 10:09:43 AM(UTC-7)

Source Extraction:
File System

Justin Kim

Yes sir!
Status: Read
Read: 8/15/2018 10:12:56 AM(UTC-7)

8/15/2018 10:09:56 AM(UTC-7)

Source Extraction:
File System

# EXHIBIT A-23

SEALED

# EXHIBIT A-24

# Lobbying Fundraising

Note: This report is filtered by search term used

| Quarter | Date | Lobbyist/Firm/Employer | Candidate/ Ballot Measure | Amount |
|---------|------|------------------------|---------------------------|--------|
| Q4-2018 | 12/06/2018 | Goldman, Morrie Lobbyist with Urban Solutions, LLC | Harris-Dawson, Marqueece Harris-Dawson for City Council 2020 [1410980] | $5,700.00 |
| Q4-2018 | 12/06/2018 | Urban Solutions, LLC Lobbying Firm | Harris-Dawson, Marqueece Harris-Dawson for City Council 2020 [1410980] | $5,700.00 |
| Q4-2018 | 12/06/2018 | Vizcarra, Knarik Lobbyist with Urban Solutions, LLC | Harris-Dawson, Marqueece Harris-Dawson for City Council 2020 [1410980] | $5,700.00 |
| Q4-2018 | 10/30/2018 | Goldman, Morrie Lobbyist with Urban Solutions, LLC | Cedillo, Gilbert Councilmember Cedillo Officeholder Account 2013 [1360884] | $4,800.00 |
| Q4-2018 | 10/30/2018 | Urban Solutions, LLC Lobbying Firm | Cedillo, Gilbert Councilmember Cedillo Officeholder Account 2013 [1360884] | $4,800.00 |
| Q4-2018 | 10/30/2018 | Vizcarra, Knarik Lobbyist with Urban Solutions, LLC | Cedillo, Gilbert Councilmember Cedillo Officeholder Account 2013 [1360884] | $4,800.00 |
| Q4-2018 | 10/11/2018 | Goldman, Morrie Lobbyist with Urban Solutions, LLC | Huizar, Richelle Richelle Huizar for City Council 2020 [1411484] | $4,000.00 |
| Q4-2018 | 10/11/2018 | Urban Solutions, LLC Lobbying Firm | Huizar, Richelle Richelle Huizar for City Council 2020 [1411484] | $4,000.00 |
| Q4-2018 | 10/11/2018 | Vizcarra, Knarik Lobbyist with Urban Solutions, LLC | Huizar, Richelle Richelle Huizar for City Council 2020 [1411484] | $4,000.00 |
| | | | **Total:** | **$621,325.00** |

| Quarter | Date | Lobbyist/Firm/Employer | Candidate/ Ballot Measure | Amount |
|---------|------|------------------------|----------------------------|--------|
| Q1-2018 | 02/25/2018 | Urban Solutions, LLC Lobbying Firm | Price, Curren Councilmember Curren Price Officeholder Account [1359453] | $8,000.00 |
| Q4-2017 | 12/11/2017 | Urban Solutions, LLC Lobbying Firm | Cedillo, Gilbert Councilmember Cedillo Officeholder Account 2013 [1360884] | $4,800.00 |
| Q4-2017 | 11/28/2017 | Urban Solutions, LLC Lobbying Firm | O'Farrell, Mitch Councilmember O'Farrell Officeholder Account 2013 [1360328] | $8,000.00 |
| Q4-2017 | 11/16/2017 | Urban Solutions, LLC Lobbying Firm | Huizar, Jose Huizar Officeholder Account [1277167] | $6,000.00 |
| Q2-2017 | 04/12/2017 | Urban Solutions, LLC Lobbying Firm | Cedillo, Gilbert Cedillo for City Council General 2017 [1395362] | $10,000.00 |
| Q1-2017 | 02/27/2017 | Urban Solutions, LLC Lobbying Firm | Price, Curren Curren Price, Jr. for City Council 2017 [1379822] | $7,000.00 |
| Q4-2016 | 12/12/2016 | Urban Solutions, LLC Lobbying Firm | Huizar, Jose Huizar Officeholder Account [1277167] | $8,000.00 |
| Q4-2016 | 12/05/2016 | Urban Solutions, LLC Lobbying Firm | Rodriguez, Monica Monica Rodriguez for City Council 2017 [1388424] | $5,000.00 |
| Q1-2016 | 02/25/2016 | Urban Solutions, LLC Lobbying Firm | O'Farrell, Mitch Mitch O'Farrell for City Council 2017 [1379888] | $5,000.00 |
| Q1-2016 | 02/04/2016 | Urban Solutions, LLC Lobbying Firm | Martinez, Nury Nury Martinez for City Council 2013 Officeholder Account [1354456] | $2,800.00 |
| | | | **Total:** | **$621,325.00** |

| Quarter | Date | Lobbyist/Firm/Employer | Candidate/ Ballot Measure | Amount |
|---------|------|------------------------|---------------------------|--------|
| Q4-2015 | 12/10/2015 | Urban Solutions, LLC Lobbying Firm | Cedillo, Gilbert Cedillo for City Council 2017 [1380250] | $10,000.00 |
| Q4-2015 | 12/03/2015 | Urban Solutions, LLC Lobbying Firm | Huizar, Jose Huizar Officeholder Account [1277167] | $5,000.00 |
| Q2-2015 | 06/16/2015 | Urban Solutions, LLC Lobbying Firm | Englander, Mitchell Mitchell Englander for Supervisor 2016 [1377028] | $9,000.00 |
| Q4-2014 | 11/04/2014 | Urban Solutions, LLC Lobbying Firm | Krekorian, Paul Krekorian For City Council 2015 [1372814] | $5,000.00 |
| Q4-2014 | 10/28/2014 | Urban Solutions, LLC Lobbying Firm | Blumenfield, Bob Bob Blumenfield for City Council 2013 - Officeholder Account [1358999] | $2,500.00 |
| Q3-2014 | 08/28/2014 | Urban Solutions, LLC Lobbying Firm | Harris-Dawson, Marqueece Harris-Dawson for City Council 2015 [1360402] | $5,000.00 |
| Q3-2014 | 07/24/2014 | Urban Solutions, LLC Lobbying Firm | Englander, Mitchell Mitchell Englander for City Council 2015 [1362652] | $5,000.00 |
| Q2-2014 | 06/25/2014 | Urban Solutions, LLC Lobbying Firm | Buscaino, Joe Joe Buscaino for City Council, 2011, Officeholder [1342959] | $3,000.00 |
| Q2-2014 | 06/18/2014 | Urban Solutions, LLC Lobbying Firm | Wesson, Herb Wesson for City Council 2015 [1360622] | $5,000.00 |
| Q2-2014 | 06/04/2014 | Urban Solutions, LLC Lobbying Firm | Cedillo, Gilbert Councilmember Cedillo Officeholder Account 2013 [1360884] | $3,000.00 |
| | | | **Total:** | **$621,325.00** |

| Quarter | Date | Lobbyist/Firm/Employer | Candidate/ Ballot Measure | Amount |
|---------|------|------------------------|---------------------------|--------|
| Q2-2014 | 06/04/2014 | Urban Solutions, LLC Lobbying Firm | Martinez, Nury Nury Martinez for City Council 2015 [1360441] | $6,000.00 |
| Q4-2013 | 12/17/2013 | Urban Solutions, LLC Lobbying Firm | Cedillo, Gilbert Councilmember Cedillo Officeholder Account 2013 [1360884] | $6,000.00 |
| Q4-2013 | 11/21/2013 | Urban Solutions, LLC Lobbying Firm | Martinez, Nury Nury Martinez for City Council 2013 Officeholder Account [1354456] | $2,500.00 |
| Q4-2013 | 11/19/2013 | Urban Solutions, LLC Lobbying Firm | O'Farrell, Mitch Councilmember O'Farrell Officeholder Account 2013 [1360328] | $6,000.00 |
| Q4-2013 | 10/23/2013 | Urban Solutions, LLC Lobbying Firm | Huizar, Jose Huizar for LA City Council 2015 [1360239] | $12,000.00 |
| Q3-2013 | 09/04/2013 | Urban Solutions, LLC Lobbying Firm | Blumenfield, Bob Bob Blumenfield for City Council 2013 - Officeholder Account [1358999] | $2,500.00 |
| Q3-2013 | 08/22/2013 | Urban Solutions, LLC Lobbying Firm | Martinez, Nury Nury Martinez for City Council 2013-General [1357985] | $3,000.00 |
| Q3-2013 | 08/02/2013 | Urban Solutions, LLC Lobbying Firm | Bonin, Mike Mike Bonin for City Council 2013 Officeholder Account [1352608] | $3,000.00 |
| Q2-2013 | 06/19/2013 | Urban Solutions, LLC Lobbying Firm | Cedillo, Gilbert Cedillo for City Council General 2013 [1356121] | $10,000.00 |
| | | | **Total:** | **$621,325.00** |

| Quarter | Date | Lobbyist/Firm/Employer | Candidate/ Ballot Measure | Amount |
|---|---|---|---|---|
| Q2-2013 | 05/29/2013 | Urban Solutions, LLC Lobbying Firm | Reyes, Eduardo Ed Reyes Officeholder Account [1225425] | $2,000.00 |
| Q2-2013 | 05/01/2013 | Urban Solutions, LLC Lobbying Firm | O'Farrell, Mitch Mitch O'Farrell for LA City Council 2013 - General [1356066] | $5,000.00 |
| Q2-2013 | 04/25/2013 | Urban Solutions, LLC Lobbying Firm | Garcetti, Eric Garcetti for Mayor 2013 - General [1356062] | $5,500.00 |
| Q2-2013 | 04/17/2013 | Urban Solutions, LLC Lobbying Firm | Garcetti, Eric Garcetti for Mayor 2013 - General [1356062] | $22,000.00 |
| Q2-2013 | 04/09/2013 | Urban Solutions, LLC Lobbying Firm | Englander, Mitchell Mitch Englander Officeholder [1321061] | $4,000.00 |
| Q2-2013 | 04/04/2013 | Urban Solutions, LLC Lobbying Firm | Price, Curren Curren Price for City Council 2013 - General [1356051] | $6,000.00 |
| Q1-2013 | 02/21/2013 | Urban Solutions, LLC Lobbying Firm | Price, Curren Curren Price for City Council 2013 [1351983] | $4,000.00 |
| Q1-2013 | 02/05/2013 | Urban Solutions, LLC Lobbying Firm | Blumenfield, Bob Bob Blumenfield for City Council 2013 [1349095] | $5,000.00 |
| Q4-2012 | 12/11/2012 | Urban Solutions, LLC Lobbying Firm | Buscaino, Joe Buscaino for City Council 2013 [1344522] | $2,500.00 |
| Q4-2012 | 11/29/2012 | Urban Solutions, LLC Lobbying Firm | Price, Curren Curren Price for City Council 2013 [1351983] | $5,500.00 |
| | | | **Total:** | **$621,325.00** |

| Quarter | Date | Lobbyist/Firm/Employer | Candidate/ Ballot Measure | Amount |
|---------|------|------------------------|---------------------------|--------|
| Q4-2012 | 11/06/2012 | Urban Solutions, LLC Lobbying Firm | Bonin, Mike<br>Mike Bonin for City Council 2013 [1352608] | $2,500.00 |
| Q3-2012 | 08/28/2012 | Urban Solutions, LLC Lobbying Firm | Perry, Jan<br>Councilmember Jan Perry's Officeholder Account [1223341] | $2,000.00 |
| Q3-2012 | 07/31/2012 | Urban Solutions, LLC Lobbying Firm | Koretz, Paul<br>Re-Elect Councilman Koretz 2013 [1346448] | $3,000.00 |
| Q2-2012 | 05/18/2012 | Urban Solutions, LLC Lobbying Firm | Fuentes, Felipe<br>Felipe Fuentes for City Council 2013 [1341544] | $7,000.00 |
| Q2-2012 | 04/12/2012 | Urban Solutions, LLC Lobbying Firm | Reyes, Eduardo<br>Ed Reyes Officeholder Account [1225425] | $5,000.00 |
| Q1-2012 | 03/20/2012 | Urban Solutions, LLC Lobbying Firm | Buscaino, Joe<br>Buscaino for City Council 2013 [1344522] | $2,500.00 |
| Q1-2012 | 01/25/2012 | Urban Solutions, LLC Lobbying Firm | Krekorian, Paul<br>Krekorian for City Council 2011 [1324553] | $1,875.00 |
| Q1-2012 | 01/25/2012 | Urban Solutions, LLC Lobbying Firm | Krekorian, Paul<br>Krekorian for City Council 2009 - Officeholder [1318897] | $1,500.00 |
| Q1-2012 | 01/13/2012 | Urban Solutions, LLC Lobbying Firm | Buscaino, Joe<br>Joe Buscaino for City Council, General, 2011 [1342959] | $7,500.00 |
| Q4-2011 | 12/20/2011 | Urban Solutions, LLC Lobbying Firm | Fuentes, Felipe<br>Felipe Fuentes for City Council 2013 [1341544] | $2,500.00 |
| Q4-2011 | 12/06/2011 | Urban Solutions, LLC Lobbying Firm | Cardenas, Tony<br>Cardenas for Congress | $3,000.00 |
| | | | **Total:** | **$621,325.00** |

| Quarter | Date | Lobbyist/Firm/Employer | Candidate/ Ballot Measure | Amount |
|---------|------|------------------------|---------------------------|--------|
| Q4-2011 | 11/18/2011 | Urban Solutions, LLC Lobbying Firm | Huizar, Jose Huizar for Council 2011 [1325226] | $4,500.00 |
| Q4-2011 | 11/16/2011 | Urban Solutions, LLC Lobbying Firm | Rosendahl, William Bill Rosendahl for City Council 2013 [1341356] | $3,000.00 |
| Q4-2011 | 11/09/2011 | Urban Solutions, LLC Lobbying Firm | Gardea, Jose Jose Gardea for Council 2013 [1341411] | $10,000.00 |
| Q4-2011 | 11/02/2011 | Urban Solutions, LLC Lobbying Firm | Englander, Mitchell Mitchell Englander for City Council 2011 [1321061] | $4,000.00 |
| Q4-2011 | 10/28/2011 | Urban Solutions, LLC Lobbying Firm | Koretz, Paul Paul Koretz Officeholder [1300860] | $3,500.00 |
| Q4-2011 | 10/27/2011 | Urban Solutions, LLC Lobbying Firm | Huizar, Jose Huizar for Council 2011 [1325226] | $9,000.00 |
| Q4-2011 | 10/18/2011 | Urban Solutions, LLC Lobbying Firm | Perry, Jan Councilmember Jan Perry's Officeholder Account [1223341] | $4,000.00 |
| Q3-2011 | 09/30/2011 | Urban Solutions, LLC Lobbying Firm | Cardenas, Tony Tony Cardenas for Congress | $4,000.00 |
| Q3-2011 | 09/23/2011 | Urban Solutions, LLC Lobbying Firm | Koretz, Paul Paul Koretz Officeholder [1300860] | $2,000.00 |
| Q3-2011 | 09/20/2011 | Urban Solutions, LLC Lobbying Firm | Zine, Dennis Zine for Controller 2013 [1339692] | $5,000.00 |
| Q3-2011 | 09/08/2011 | Urban Solutions, LLC Lobbying Firm | Alarcon, Richard Richard Alarcon Officeholder Account [1292758] | $4,000.00 |
| | | | **Total:** | **$621,325.00** |

| Quarter | Date | Lobbyist/Firm/Employer | Candidate/ Ballot Measure | Amount |
|---------|------|------------------------|---------------------------|--------|
| Q2-2011 | 05/26/2011 | Urban Solutions, LLC Lobbying Firm | Krekorian, Paul Krekorian for City Council 2011 [1324553] | $3,000.00 |
| Q2-2011 | 05/17/2011 | Urban Solutions, LLC Lobbying Firm | Huizar, Jose Huizar for Council 2011 [1325226] | $4,000.00 |
| Q2-2011 | 04/27/2011 | Urban Solutions, LLC Lobbying Firm | Koretz, Paul Paul Koretz Officeholder [1300860] | $2,500.00 |
| Q1-2011 | 03/29/2011 | Urban Solutions, LLC Lobbying Firm | Hahn, Janice Janice Hahn for Congress | $5,000.00 |
| Q1-2011 | 02/24/2011 | Urban Solutions, LLC Lobbying Firm | Englander, Mitchell Mitchell Englander for City Council 2011 [1321061] | $4,000.00 |
| Q4-2010 | 11/19/2010 | Urban Solutions, LLC Lobbying Firm | Reyes, Eduardo Ed Reyes Officeholder Account [1225425] | $9,500.00 |
| Q4-2010 | 11/15/2010 | Urban Solutions, LLC Lobbying Firm | Huizar, Jose Huizar for Council 2011 [1325226] | $2,500.00 |
| Q3-2010 | 09/27/2010 | Urban Solutions, LLC Lobbying Firm | Wesson, Herb Wesson for City Council 2011 [1325589] | $5,000.00 |
| Q3-2010 | 09/14/2010 | Urban Solutions, LLC Lobbying Firm | Alarcon, Richard Richard Alarcon Officeholder Account [1292758] | $5,000.00 |
| Q3-2010 | 07/13/2010 | Urban Solutions, LLC Lobbying Firm | Koretz, Paul Paul Koretz Officeholder [1300860] | $2,500.00 |
| Q2-2010 | 06/18/2010 | Urban Solutions, LLC Lobbying Firm | Reyes, Eduardo Ed Reyes Officeholder Account [1225425] | $3,000.00 |
| | | | **Total:** | **$621,325.00** |

| Quarter | Date | Lobbyist/Firm/Employer | Candidate/ Ballot Measure | Amount |
|---------|------|------------------------|---------------------------|--------|
| Q1-2010 | 02/11/2010 | Urban Solutions, LLC Lobbying Firm | Smith, Greig<br>Greig Smith Officeholder [1253864] | $2,500.00 |
| Q1-2010 | 02/10/2010 | Urban Solutions, LLC Lobbying Firm | Trutanich, Carmen<br>Trutanich for City Attorney General 2009 [1316351] | $2,000.00 |
| Q4-2009 | 12/14/2009 | Urban Solutions, LLC Lobbying Firm | Perry, Jan<br>Councilmember Jan Perry's Officeholder Account [1223341] | $4,000.00 |
| Q4-2009 | 12/09/2009 | Urban Solutions, LLC Lobbying Firm | Huizar, Jose<br>Huizar Officeholder Account [1277167] | $3,500.00 |
| Q4-2009 | 11/17/2009 | Urban Solutions, LLC Lobbying Firm | Essel, Christine<br>Chris Essel for City Council 2009 - General [1321633] | $2,000.00 |
| Q4-2009 | 11/10/2009 | Urban Solutions, LLC Lobbying Firm | Englander, Mitchell<br>Mitchell Englander for City Council 2011 [1321061] | $3,000.00 |
| Q4-2009 | 10/27/2009 | Urban Solutions, LLC Lobbying Firm | Koretz, Paul<br>Paul Koretz Officeholder [1300860] | $2,000.00 |
| Q3-2009 | 09/11/2009 | Urban Solutions, LLC Lobbying Firm | Alarcon, Richard<br>Richard Alarcon Officeholder Account [1292758] | $3,500.00 |
| Q3-2009 | 08/07/2009 | Urban Solutions, LLC Lobbying Firm | Reyes, Eduardo<br>Ed Reyes Officeholder Account [1225425] | $5,000.00 |
| Q3-2009 | 07/09/2009 | Urban Solutions, LLC Lobbying Firm | Koretz, Paul<br>Paul Koretz for City Council General 2009 [1316288] | $1,850.00 |
| | | | **Total:** | **$621,325.00** |

| Quarter | Date | Lobbyist/Firm/Employer | Candidate/ Ballot Measure | Amount |
|---------|------|------------------------|---------------------------|--------|
| Q1-2009 | 02/26/2009 | Urban Solutions, LLC Lobbying Firm | Huizar, Jose Huizar Officeholder Account [1277167] | $4,000.00 |
| Q4-2008 | 12/11/2008 | Urban Solutions, LLC Lobbying Firm | Alarcon, Richard Alarcon for City Council 2009 [1312615] | $3,000.00 |
| Q4-2008 | 11/06/2008 | Urban Solutions, LLC Lobbying Firm | Garcetti, Eric Garcetti for Council 2009 [1304681] | $5,500.00 |
| Q4-2008 | 10/07/2008 | Urban Solutions, LLC Lobbying Firm | Zine, Dennis Zine 2009 [1305620] | $6,000.00 |
| Q3-2008 | 09/17/2008 | Urban Solutions, LLC Lobbying Firm | Cardenas, Tony Tony Cardenas Officeholder [1243910] | $2,500.00 |
| Q3-2008 | 08/05/2008 | Urban Solutions, LLC Lobbying Firm | Smith, Greig Greig Smith Officeholder [1253864] | $1,500.00 |
| Q2-2008 | 06/24/2008 | Urban Solutions, LLC Lobbying Firm | Perry, Jan Re-Elect Jan Perry for City Council 2009 [1300973] | $10,000.00 |
| Q2-2008 | 06/23/2008 | Urban Solutions, LLC Lobbying Firm | Zine, Dennis Zine 2009 [1305620] | $2,000.00 |
| Q2-2008 | 05/19/2008 | Urban Solutions, LLC Lobbying Firm | Greuel, Wendy Wendy Greuel for Controller [1298088] | $5,500.00 |
| Q4-2007 | 11/29/2007 | Urban Solutions, LLC Lobbying Firm | Reyes, Eduardo Committee to Re-Elect Ed P. Reyes 2009 [1301995] | $12,000.00 |
| Q3-2007 | 08/10/2007 | Urban Solutions, LLC Lobbying Firm | Huizar, Jose Huizar Officeholder Account [1277167] | $6,000.00 |

| | | **Total:** | **$621,325.00** |
|---|---|---|---|

| Quarter | Date | Lobbyist/Firm/Employer | Candidate/ Ballot Measure | Amount |
|---|---|---|---|---|
| Q3-2007 | 07/26/2007 | Urban Solutions, LLC Lobbying Firm | Perry, Jan Councilmember Jan Perry's Officeholder Account [1223341] | $7,500.00 |
| Q2-2007 | 04/23/2007 | Urban Solutions, LLC Lobbying Firm | Reyes, Eduardo Ed Reyes Officeholder Account [1225425] | $5,000.00 |
| Q1-2007 | 02/12/2007 | Urban Solutions, LLC Lobbying Firm | Wesson, Herb Wesson For City Council 2007 [1283861] | $7,500.00 |
| Q1-2007 | 02/06/2007 | Urban Solutions, LLC Lobbying Firm | Alarcon, Richard Friends of Richard Alarcon for City Council [1292758] | $6,000.00 |
| Q4-2006 | 12/12/2006 | Urban Solutions, LLC Lobbying Firm | Huizar, Jose Re-Elect Jose Huizar [1291807] | $15,000.00 |
| Q3-2006 | 09/28/2006 | Urban Solutions, LLC Lobbying Firm | Perry, Jan Councilmember Jan Perry's Officeholder Account [1223341] | $6,000.00 |
| Q2-2006 | 06/22/2006 | Urban Solutions, LLC Lobbying Firm | Reyes, Eduardo Ed Reyes Officeholder Account [1225425] | $4,750.00 |
| Q2-2006 | 06/14/2006 | Urban Solutions, LLC Lobbying Firm | Garcetti, Eric Friends of Eric Garcetti Officeholder [1234351] | $4,000.00 |
| Q2-2006 | 05/23/2006 | Urban Solutions, LLC Lobbying Firm | Smith, Greig Friends to Re-elect Greig Smith [1284674] | $5,750.00 |
| Q4-2005 | 12/16/2005 | Urban Solutions, LLC Lobbying Firm | Cardenas, Tony Councilman Cardenas Committee [1280168] | $5,000.00 |
| | | | **Total:** | **$621,325.00** |

| Quarter | Date | Lobbyist/Firm/Employer | Candidate/ Ballot Measure | Amount |
|---------|------|------------------------|---------------------------|--------|
| Q4-2005 | 12/15/2005 | Urban Solutions, LLC Lobbying Firm | Padilla, Alex Padilla for Senate 2006 [1278241] | $2,500.00 |
| Q4-2005 | 10/25/2005 | Urban Solutions, LLC Lobbying Firm | Perry, Jan Councilmember Jan Perry's Officeholder Account [1223341] | $5,000.00 |
| Q3-2005 | 09/07/2005 | Urban Solutions, LLC Lobbying Firm | Reyes, Eduardo Ed Reyes Officeholder Account [1225425] | $4,500.00 |
| Q3-2005 | 08/11/2005 | Urban Solutions, LLC Lobbying Firm | Huizar, Jose Huizar for Council [1277167] | $5,000.00 |
| Q3-2005 | 07/13/2005 | Urban Solutions, LLC Lobbying Firm | Wesson, Herb Wesson for City Council [1277458] | $3,000.00 |
| Q2-2005 | 05/06/2005 | Urban Solutions, LLC Lobbying Firm | Villaraigosa, Antonio Villaraigosa for Mayor 2005 - General [1275257] | $8,000.00 |
| Q1-2005 | 03/02/2005 | Urban Solutions, LLC Lobbying Firm | Zine, Dennis Committee to Re-Elect Dennis Zine [1258759] | $2,500.00 |
| Q1-2005 | 02/24/2005 | Urban Solutions, LLC Lobbying Firm | Perry, Jan Jan Perry Re-Election Committee [1262279] | $5,000.00 |
| Q1-2005 | 01/13/2005 | Urban Solutions, LLC Lobbying Firm | Parks, Bernard Bernard Parks for Mayor [1264812] | $2,500.00 |
| Q4-2004 | 12/03/2004 | Urban Solutions, LLC Lobbying Firm | Villaraigosa, Antonio Villaraigosa for Mayor 2005 [1267602] | $5,000.00 |
| Q4-2004 | 11/10/2004 | Urban Solutions, LLC Lobbying Firm | Garcetti, Eric Committee to Elect Eric Garcetti 2005 [1258433] | $3,000.00 |
|  |  |  | **Total:** | **$621,325.00** |

| Quarter | Date | Lobbyist/Firm/Employer | Candidate/ Ballot Measure | Amount |
|---------|------|------------------------|---------------------------|--------|
| Q4-2004 | 10/28/2004 | Urban Solutions, LLC Lobbying Firm | Perry, Jan Jan Perry Re-Election Committee [1262279] | $1,500.00 |
| Q3-2004 | 08/17/2004 | Urban Solutions, LLC Lobbying Firm | Padilla, Alex Padilla for LA City Council [1261364] | $9,500.00 |
|  |  |  | **Total:** | **$621,325.00** |