CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Jose Huizar

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JOSE LUIS HUIZAR,<br><br>             Defendant. | Case No. 20-CR-326-JFW-1<br><br>**JOSE HUIZAR'S UNOPPOSED <u>EX PARTE</u> APPLICATION FOR ORDER SEALING PORTIONS OF HIS SENTENCING POSITION, EXHIBITS, AND APPENDIX** |

Jose Huizar, through counsel, applies <u>ex parte</u> and without opposition for an order sealing portions of his sentencing position, exhibits, and appendix. Huizar bases this application on the attached memorandum and declaration, the files and records in this case, and any other argument or evidence that the Court may consider.

Respectfully submitted,
CUAUHTÉMOC ORTEGA
Federal Public Defender

Dated: December 28, 2023     By     */s/ Charles J. Snyder*
                                    Charles J. Snyder
                                    Adam Olin
                                    Attorneys for José Huizar

## MEMORANDUM OF POINTS AND AUTHORITIES

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. United States v. Mann, 829 F.2d 849, 853 (9th Cir. 1987). Jose Huizar seeks an order permitting the filing of portions of his sentencing memorandum and exhibits under seal. The categories of information to be sealed are:

1. private information relating to Huizar's children;
2. phone numbers and addresses of individuals authoring letters of support; and
3. information about certain uncharged individuals and uncharged criminal conduct.

This application is based on the attached declaration of counsel. The government does not oppose the application.

Respectfully submitted,

CUAUHTÉMOC ORTEGA
Federal Public Defender

Dated: December 28, 2023      By   */s/ Charles J. Snyder*
                                                    Charles J. Snyder
                                                    Adam Olin
                                                    Attorneys for José Huizar

**DECLARATION OF CHARLES J. SNYDER**

I, Charles J. Snyder, declare as follows:

1. I am a California-licensed DFPD and one of the lawyers appointed to represent Jose Huizar in this matter. Unless otherwise stated, I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2. Mr. Huizar's sentencing memorandum, exhibits, and appendix contain three categories of information he seeks to file under seal:

    a. information relating to his children;

    b. addresses and phone numbers contained in letters of support written by members of the community;

    c. discussions of uncharged criminal conduct and individuals.

3. Mr. Huizar requests leave to file an unredacted version of his sentencing memorandum under seal, as well as a public version of his sentencing memorandum that redacts this information. Mr. Huizar also seeks leave to file the following exhibits under seal:

    a. Exhibit 1, which contains a fully-unredacted set of sentencing letters;

    b. Exhibit 15, which contains a letter to Richelle Rios marked protected;

    c. Exhibit 16, which contains several documents relating to the Mateo project that are either marked protected or contain substantial PII;

    d. Appendix A, which discusses uncharged criminal conduct;

    e. Exhibit A-2, which relates to a discussion of uncharged criminal conduct;

    f. Exhibit A-3, which relates to a discussion of uncharged criminal conduct;

    g. Exhibit A-4, which relates to a discussion of uncharged criminal conduct;

    h. Exhibit A-6, which contains identifying information related to Businessperson A;

    i. Exhibit A-23, which relates to uncharged criminal conduct.

4. On December 28, 2023, the government indicated that it did not oppose sealing on the above bases.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed December 28, 2023 at Los Angeles, California.

                                                 */s/ Charles J. Snyder*
                                                 Charles J. Snyder