1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JOSE LUIS HUIZAR,

        Defendant.

Case No. 20-CR-326-JFW

**[PROPOSED] ORDER**

GOOD CAUSE having been shown, Jose Huizar's request to file under seal unredacted versions of his sentencing memorandum, Exhibits 1, 15, 16, A-2, A-3, A-4, A-6, A-23, and Appendix A is GRANTED.  Those documents shall be filed UNDER SEAL.

DATE:

_____
Hon. John F. Walter
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28