CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Jose Huizar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS HUIZAR,<br><br>Defendants. | Case No. CR-20-326-JFW<br><br>**JOSE HUIZAR'S NOTICE OF ERRATA** |

Jose Huizar, through counsel, hereby files this notice of errata to add an exhibit to, and correct a citation in, Appendix A. Page 24 of Appendix A references "Ex. 22." The reference should be to Ex. 25, which is attached to this notice.

Respectfully submitted,
CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: December 28, 2023    /s/ *Charles J. Snyder*

Charles J. Snyder
Adam Olin
Attorneys for Jose Huizar

1

# EXHIBIT 25

Linesheet - Minimization Details                                  User:       Andrew Civetti

| Case: | 194B-LA-255905 | Target: | George Esparza | Line: | ▓▓▓ | File Number: | |

Huizar is helping raise money, attempting to collect a check for her.  $10,000 donation amount requested.
**DavidM transcript
T: [UNI] this is Thomas.
GE: Hi Thomas, uh this is, uh, George Esparza calling on behalf of Councilmember Jose Huizar.
T: Oh hi.
GE: Hi. I don't think I've ever met you before. But, I've heard your name. [laughs]
T: Definitely.
GE: Yeah um... um, so yeah so I'm calling cuz, um, the councilmember, um, wanted me to, uh, get in touch with, um, with um, sorry, councilmember just texting me right now. Um with uh Paul.
T: Uh huh
GE: Um, to see, he's doing some, understand it's last minute.  But he's doing some fundraising um, for um, Janice Han (sp), uh County Supervisor.  And he wanted me to ask if, if he would be willing to help uh, you know raise uh, collect a check for, for her.  Um, and so just wanted to know if that was possible. Um, councilor was hoping for a ten thousand dollar donation. Um.  So if he just- it's last minute but we can- needs to deliver this on Monday. So gives us less than 48 hours I think.
T: Would you be uh- would the- uh- did- did Councilmember Huizar want to talk to Paul? Or if- maybe you guys want to put something in writing?  And send it, send it via email?
GE: Um, I can send it via email. I think he just wanted me to reach out to him just to, you know.
T: You want- you want to have a chat with- you want to have a chat with him now?
GE: Sure if he's uh, if he's available.  I can talk to him.
T: Uh, let me see here.
GE: I understand it's short notice too, but I know he just wanted me to see if it's, you know, possible.
T: Let me see here.  Give me your name again.
GE: Uh George Esparza. I'm the councilmember's uh, special assistant.
T: Hold on, let me see if he's [UNI]
GE: Ok.
[Call drops - continued with session 2663]
,

| Minimization Event | | | Time | | |
|---|---|---|---|---|---|
| Minimize On (System) | | | 16:18:37 PDT | | |

| Session: | 2663 | Times minimized: | 1 | Associate DN: | ▓▓▓ |
|---|---|---|---|---|---|
| Start Time: | 16:21:07 PDT | Duration minimized: | 00:00:00 | Monitor ID: | dmmaltinsky |
| Stop Time: | 16:26:37 PDT | Duration monitored: | | In/Out Digits: | 2134370478 |
| Date: | 05/04/2017 | Total Duration: | 00:05:30 | Subscriber: | |
| Direction: | Incoming | Language: | Unknown | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | Esparza, George |

**Comments**

**Synopsis 1**
[Called back GE after dropped call]
Paul -- raise some funds to donate for Janice Han.  Contribution request.  $10,000.  No limits?
Paul can do $2500.