UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                              Dated: January 2, 2024

========================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Cassie D. Palmer |
| | | Susan S. Har |
| | | Brian R. Faerstein |
| | | Asst. U.S. Attorney |
| | | Not Present |

========================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   Jose Luis Huizar                            1)   Charles James Snyder, DFPD
     Not Present                                      Adam Olin, DFPD
                                                      Not Present

PROCEEDINGS (IN CHAMBERS):        **ORDER RE: MEET & CONFER**

    On or before **January 5, 2024**, the Government shall provide Defendant with the evidence that it will rely on in support of its calculation of the amount of restitution that should be ordered by the Court pursuant to the Mandatory Victims Restitution Act of 1996.  Thereafter, lead counsel shall meet and confer **in person** and agree on the amount of restitution that should be ordered by the Court. The parties shall file a Joint Statement setting forth the agreed amount of restitution on or before **January 11, 2024**.  In the unlikely event that the parties cannot agree on the amount of restitution, they shall file a Joint Statement on or before **January 11, 2024**, setting forth the disputed amounts and their respective arguments in support of their positions.

    The Joint Statement shall be submitted to the Probation Officer who prepared the Presentence Investigation Report ("PSR") and the Probation Officer shall prepare an addendum to the PSR based on the Joint Statement.

    IT IS SO ORDERED.

CC: USPO/PSA

Initials of Deputy Clerk   sr