# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-326(A)-JFW |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

GOOD CAUSE having been shown, Jose Huizar's request to file under seal unredacted versions of his sentencing memorandum, Exhibits 1, 15, 16, A-2, A-3, A-4, A-6, A-23, and Appendix A is GRANTED. Those documents shall be filed UNDER SEAL.

DATE: December 28, 2023

_____
Hon. John F. Walter
United States District Judge