E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW-1 |
|---|---|
| Plaintiff, | JOINT STATEMENT AND STIPULATION REGARDING RESTITUTION AMOUNT AS TO DEFENDANT JOSE LUIS HUIZAR |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein and defendant JOSE LUIS HUIZAR, by and through his counsel of record, Deputy Federal Public Defenders Charles J. Snyder and Adam Olin, hereby stipulate as follows:

1. Defendant is scheduled to be sentenced on January 26, 2024. On December 28, 2023, the parties filed their sentencing positions in this matter. (CR 1226 (Gov't Sentencing Position), 1228 (Def. Sentencing Position).)

2. On January 2, 2024, the Court ordered the government to provide defendant with the evidence it intended to rely on in support of its restitution calculation and for the parties to meet and confer and file a Joint Statement setting forth the agreed upon amount of restitution. (CR 1232.)

3. The parties met and conferred several times, including:

    a. On January 4, 2024, AUSAs Mack E. Jenkins and Cassie D. Palmer met and conferred via telephone with Federal Public Defender Cuauhtemoc Ortega and Deputy Federal Public Defenders Charles J. Snyder and Adam Olin. During the meet and confer, the parties agreed that (1) the government had provided all evidence necessary to calculate restitution, and (2) there were no factual disputes as to these calculations.

    b. Following several substantive email exchanges, on January 8, 2024, AUSAs Palmer, Susan S. Har, and Brian R. Faerstein met and conferred via telephone with DFPD Snyder.

c. On January 10, 2024, AUSAs Palmer, Har, and Faerstein met and conferred in person with DFPDs Snyder and Olin.

4. The parties agree that the Court should order defendant to pay restitution to the City of Los Angeles in the total amount of **$443,905,** consisting of the following:

| Scheme | Description | Amount |
|---|---|---|
| **LA Grand Hotel Bribery Scheme** | Gambling Chips (Factual Basis ¶ 10) | $194,500 |
| | Vegas Group Benefit Pro-Rated by 10 (Factual Basis ¶ 10) | $111,793 |
| | 32,800 Australian Dollars of Gambling Chips (Based on 0.68 USD Conversion Rate in 2016) (Factual Basis ¶¶ 20, 185-188) | $22,304 |
| | Value of Roundtrip Flight to Australia (Factual Basis ¶¶ 20, 183) | $10,980 |
| **Luxe Hotel Bribery Scheme** | Katy Perry Concert Tickets (Factual Basis ¶ 37) | $1,000 |
| | China Trip Benefits (Factual Basis ¶¶ 52-53) | $1,900 |
| | The Weeknd Concert Tickets (Factual Basis ¶ 54) | $1,572 |
| | Alcohol for I. Huizar (Factual Basis ¶ 56) | $1,000 |
| | Kendrick Lamar Concert Tickets (Factual Basis ¶ 57) | $1,670 |
| **Businessperson A Scheme** | Cash, Hotels, Gifts Benefits (Factual Basis ¶ 105) | $82,186 |
| | Cash (Factual Basis ¶ 165) | $15,000 |
| | **Total** | **$443,905**[1] |

5. Pursuant to the plea agreement, the government agrees to submit a restoration request to the Department of Justice, seeking approval for the $129,000 in funds forfeited by defendant to be

---

[1] The parties agreed to remove the Sexual Harassment Lawsuit Settlement Money ($575,269) from the total restitution amount.

2

restored to the City of Los Angeles, which may be credited towards the restitution order. Defendant understands that the Attorney General, or his designee, has the sole discretion to approve or deny the restoration request.

    **IT IS SO STIPULATED.**

Dated: January 11, 2023       Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

   /s/
CASSIE D. PALMER
MACK E. JENKINS
SUSAN S. HAR
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: January 11, 2024       CUAUHTEMOC ORTEGA
Federal Public Defender

   */s/ with email authorization*
Charles J. Snyder
Adam Olin
Deputy Federal Public Defenders
Attorneys for Jose Huizar