CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Jose Huizar

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS HUIZAR, <br><br> Defendants. | Case No. CR-20-326-JFW <br><br> **JOSE HUIZAR'S SENTENCING SUPPLEMENT** |

Because his initial Sentencing Position addresses the topics and arguments raised by the government's initial sentencing memorandum, and because it is unusually long, Jose Huizar does not intend to submit a Reply. In lieu of a Reply, he submits Exhibit 19, which contains additional letters of support received after December 28, 2023, Exhibit 20, a sentencing video, and Appendix B, which provides additional detailed information about the Mateo project.

Respectfully submitted,
CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: January 12, 2024       /s/ *Charles J. Snyder*

Charles J. Snyder
Adam Olin
Attorneys for Jose Huizar

1