# EXHIBIT 19

# <u>INDEX</u>

| Exhibit No. | Author | Relationship |
|---|---|---|
| 19-1 | Joseph T. Edmiston | Executive Director of the Santa Monica Mountains Conservancy |
| 19-2 | Edward R. Santillan | Emeritus Honorary Mayor of El Sereno |
| 19-3 | Charles and Tina Miller | CD 14 residents for 22 years |
| 19-4 | Leonardo Lopez | President of the Comité De La Esperanza |

# EXHIBIT 19-1

Hon. John F. Walter
United States Courthouse
350 W. 1st Street, Los Angeles, CA 90012

Date: 12/29/2023

Subject: Request for Leniency in the Sentencing of José Huizar

Dear Judge Walter,

I write this letter as a private citizen, but my day job since 1980 has been the Executive Director of the Santa Monica Mountains Conservancy. In that capacity, I had the opportunity to observe firsthand the positive impact that Jose Huizar has had with this community particularly with his pivotal role in the creation of Vista Hermosa Park in Los Angeles. I reach out to you today by sharing the story of this transformative endeavor for a significantly reduced sentence.

Vista Hermosa Park is more than just greenery within our liveliness in the downtown city of Los Angeles; it is a sanctuary crafted with love, designed to be a natural and scenic retreat offering solace amidst the urban hustle and bustle. Picture the serenity of its walking trails, the openness of its spaces, and the laughter echoing from its recreational facilities. It's not just a park; it's a haven for outdoor activities, a refuge for relaxation, and a classroom for environmental education.

Without the hard work and determination of José Huizar, this oasis may have remained one of the MRCA's unrealized dreams. The Rangers & Park Staff of the Mountains Recreation and Conservation Authority (MRCA) are proud to hold stewardship within Vista Hermosa Park while simultaneously having a deep respect and an immense gratitude for the employment opportunities that this park has provided to them. Jose Huizar played a significant role in the creation of Vista Hermosa Park in Los Angeles, California. At the time of the park's development, Jose Huizar served as the President of the LAUSD Board of Education. The area could perhaps be condemned to its former industrial fate or shaped by alternative development plans. Vista Hermosa Park has breathed life into this city's space, radiating positive effects throughout the local community—a verdant oasis in the heart of DTLA.

Located at the western gateway to Downtown Los Angeles, 10.5-acre Vista Hermosa Park is an urban natural park developed by the MRCA that boldly returns the serenity and diversity of nature the Los Angeles urban core. Operated in collaboration with the Los Angeles Unified School District and the City of Los Angeles, Vista Hermosa Natural Park is a popular destination for residents of this densely populated neighborhood. The park features walking trails, meadows, oak savannahs, picnic grounds, and a nature-themed playground amidst native Mediterranean vegetation. A FIFA-regulation soccer field is jointly used by the adjacent Edward R. Roybal Learning Center and the L.A. Department of Recreation and Parks. An outdoor amphitheater in a grotto provides an ideal setting for environmental and natural history education, and other public events.

Thank you for your consideration. I trust that the justice system will find a path that balances both accountability and the rules of judgement with the acknowledgment of José Huizar's efforts to make a positive impact within the inner-city of Los Angeles.

Sincerely,

Joseph T. Edmiston, FAICP, Hon. ASLA

# EXHIBT 19-2

Edward R. Santillan

███████████
████████████

December 29, 2023

Hon. John F. Walter

Dear Hon. John F. Walter:

I first met Jose during one of his campaign fundraisers in El Sereno. My father Lou Santillan had invited me, in which he stated "hey Ed, I want you to meet this kid from Zacatecas. He wants to be your next Councilman. From that point on, I supported his candidacy for CD14. We worked hard on his campaign to get him elected.  Ever since, we developed a strong friendship. My father's theory had always been to work alongside the Councilman, in betterment of the Community as whole.

I ran for Honorary Mayor of El Sereno in 2009, with his support, we were able to be more Champions for the Community of El Sereno. At the time Jose lived in El Sereno and his commitment to the Community was evident everywhere you looked. Jose loves Rock and Roll; we have gone to several concerts together. We always enjoyed each other's taste for heavy metal music, and have shared a beer or two. His love for his hometown of Zacatecas is always a topic, his deep roots makes him a proud Mexicano in the City of Angels.

I can drive around Council District 14 and see all the various projects that have been attributed to his love and commitment to making this District a gem to shine for future generations to come. During his tenure, he even dedicated an art piece to my Dad on the overpass of the Valley/Marianna easement, as well as a Utility Box with the images of him & myself on Huntington/Rosemead Ave.

I am hoping that you would consider his life story as a young immigrant coming to this Country and making a real impact on people's lives ever since being on the LAUSD Board & 12 plus years on the LA City Council. In Closing, I ask that your sentencing is compassionate to a great man that I will always call mi amigo, the Honorary Jose Huizar. (Y Que viva Zacatecas!) Un fuerte abrazo!

Sincerely,

*Edward R. Santillan*

Edward R. Santillan
Emeritus Honorary Mayor of El Sereno

# EXHIBIT 19-3

**Natalie Degrati**

| | |
|---|---|
| **From:** | Tina Gulotta-Miller <​███████████> |
| **Sent:** | Thursday, December 28, 2023 12:52 PM |
| **To:** | Charles Snyder |
| **Subject:** | Jose Huizar CR20-326(A)-JFW |

EXTERNAL SENDER

To Hon. John F. Walter,

We have known Jose Huizar for many years while being residents of Garvanza, a small enclave in the district he served as City Councilman. Upon first meeting him we were taken by his professionalism and his ability to listen to concerns.

As time went on under his leadership, we got to know Jose as a strong and reliable leader. He was someone our communities could count on to respond to pressing issues and visionary ideas. He was instrumental in one of those ideas in the support he executed on behalf of Garvanza to become a recorded historic district with the city of Los Angeles. Jose had an understanding and admiration of the grassroots work that the Garvanza Improvement Association accomplished in our neighborhood. So much so that he allocated funding toward the process of qualifying our township for historic designation review. He enabled our township to be recorded as part of the Highland Park - Garvanza Historic Preservation Overlay Zone as part of the Los Angeles city recorded districts.

Jose was not only interested but proactive on behalf of his constituents in many other matters. Like sustainability toward future environmental infrastructures. One being the implementation of the Garvanza Park Rainwater Capture project. This project was forward thinking and for not only his constituents but for the natural environments that are adjacent to the drainage along the route all to the ocean. Which could have had an impact on other communities and council districts.

During holiday season the Councilman helped support a community toy and Christmas tree giveaway. Disadvantaged families were grateful and appreciative of the generosity of the Councilman. A safe place for community to gather and children to receive presents from Santa. It brought all of the community together both attending and those volunteering behind the scenes.

Also, the Councilman was supportive and proactive regarding the proposed SR-710 freeway extension. This project was a proposed superfund project and Jose stepped in when we asked for support and he wrote letters of support on behalf of Highland Park, Garvanza, Hermon and El Sereno. His support backing came at a critical time for Northeast Los Angeles and brought success to us and the communities of Pasadena and South Pasadena that were opposing the freeway extension. We could not have done this without his help.

We believe Jose Huizar's actions were out of character from what we know of him. He always presented himself with integrity and good faith. He demonstrated many times his admiration for his constituents and honored them with recognitions and administrative support toward their needs. We knew his wife and family and witnessed his love and hard work on their behalf. Especially his young daughter who was diagnosed with cancer and underwent extensive treatment at the Children's Hospital in Los Angeles.

We look forward to his future contributions to the outlying communities and society at large in the future.

Sincerely,

Charles and Tina Miller
Residents of Council District 14 for 22 years

# EXHIBIT 19-4

Leonardo Lopez
Comite De La Esperanza
█████████████
Los Angeles CA, 90023                                            January 8, 2024

Honorable Judge John Walter

We write this letter to you with the most sincerity and gratefulness, We are El Comite De La Esperanza, (The Commitee of Hope) in the Historical Community of Wyvernwood in Boyle Heights, We are a tenants association created in 1984 with the ideal goal of creating and promoting a healthy family oriented community, through out the years some of our accomplishments have been promoting rental rights education, creating and promoting family events, cultural, traditional and religious events, services of food support to tenants in need and the continuous development of youth sports programs, all of our work through out the years has always been funded by community volunteers and financed by the community it self.

In the year 2008, We had to lower our work ideal and regular community work as we were confronted with the presentation of a horrible redevelopment project which threatened to destroyed our homes, our community and evict 6000-7000 tenants, it is here and right after this massive presentation of this 2000 million dollar project, to destroyed 1187 existing units and create 4400 higher end units, It is here that we met Mr. Jose Huizar during the first community forum to review and discuss this massive project, from the beginning we noticed that Mr. Huizar showed interest in hearing all our concerns from fearful tenants, with his direct concern and involvement we did our best to meet with him in several occasions to explain to him how thousands of tenants will be evicted and how thousands more will be indirectly affected by his decision of supporting or rejecting this project, and after creating a very strong front of support from the majority of tenants in Wyvernwood and other organizations around los Angeles,  Mr. Jose Huizar decided to joint us with his support against the destruction of our homes, on March 2011 he called in for a press conference to make it clear that he was very interested on protecting the people of this community and he was rejecting this massive project, his visual, verbal and written support against this project was "the" most important action in all the steps and actions which lead to the defeat of this project.

We realized our community and everyone who understood the effects and destruction of what gentrification brings to an area were extremely grateful with Mr. Jose Huizar's decision, as the project progressed he made sure that our community had more than enough time to comment during the DEIR Comment period,(Environmental Impact Report) for a public hearing which was to take place on January 2013 at City Hall Los Angeles.  On December 16, 2011 he sent a letter to the director of City Planning requesting for 30 extra days, in addition of this request, Councilmember Mr. Jose Huizar with in office submitted his own comments in detail describing the original intention on how Wyvernwood was designed 1939 with the intention of promoting a strong social network among its residents, and his concerns on regards of the massive project density, Height, Construction impacts, Pedestrian Circulation and traffic circulation to name a few.

On February 5, 2015 , Mr. Huizar confirmed his support to us by writing a letter of support towards the preservation and rehabilitation of our existing community.

On March 28, 2019, The termination of the application for this Redevelopment project was filed, giving it a final ending to this massive and destructive project.

We believe that all of the actions taken by Mr. Jose Huizar as a concilmember, directly helped our community to preserved our homes, our culture and traditions, as we are families of low income but rich in heart, tradition and family values, as we live together and borrow from each other to make this a very unique community which feels like a big pueblo with in this huge city of Los Angeles.

With in this letter we want to be completely honest and show documented proof of what our direct experience was while working with Mr. Huizar and we have also added documented proof of several other actions Mr. Huizar took which directly affected the final result.

Sincerely,

Leonardo Lopez
President



Comité de la Esperanza

January 24, 2013

Los Angeles Department of Planning
200 North Spring Street, City Hall, Room 721
Los Angeles, CA 90012
Attn: Kevin Jones, City Planner

RE:   **Boyle Heights Mixed used Development- (Wyvernwood) City of Los Angeles Files No.:VTT-71943CPC-2012-1222-GPA-2C-SP  SUD-CU and CPC-2012-1223-DA**

Dear Mr. Jones:

*El Comite de la Esperanza* (hereinafter *El Comite*). El *Comite de la Esperanza* is the oldest and largest tenant association at the Wyvernwood Development. Formed in 1984 *El Comite* has a history of service to the residents of Wyvernwood. It also has a history of activism in the community on issues of development.

*El Comite* thanks you for the opportunity to comment to the Planning Committee on the Boyle Heights Mixed used Development (hereinafter The Project).

Enclosed, please find the submissions of more than 300 comments of residents and community representatives that oppose this project. More than 815 units from Wyvernwood Garden Apartments are opposed to this project. *El Comite* is represented by the offices of Elena Popp and our comments will be submitted via-email by Ms. Popp.

Thank you for the opportunity to allow our voices to be heard.

Sincerely,

Leonardo Lopez
Co-founder and President of El Comite de la Esperanza



## COUNCILMEMBER JOSÉ HUIZAR

CORDIALLY INVITES YOU TO
A SPECIAL COMMUNITY FORUM ON THE

## PROPOSED BOYLE HEIGHTS MIXED-USE COMMUNITY PROJECT AT WYVERNWOOD

**DATE:** November 12, 2008

**TIME:** 6:30 PM – 8:30 PM

**LOCATION:** Costello Recreation Center
3121 E. Olympic Boulevard
Los Angeles, CA 90023

*Councilman José Huizar is hosting this community forum to hear directly from Wyvernwood residents on the proposed Boyle Heights Mixed-Use Community Project. Everyone is welcome to attend this forum and share your opinion on the proposed project. Please contact us with any questions at the number below.*

**OFFICE OF COUNCILMEMBER JOSE HUIZAR**

**Boyle Heights District Office**
**4927 N. Huntington Dr., Suite 100**
**Los Angeles, CA 90032**
**(323) 526-3059**



JOSE HUIZAR
COUNCILMEMBER, 14TH DISTRICT

## * * * PRESS ADVISORY * * *

**CONTACT:**                                               **FOR IMMEDIATE RELEASE**
Rick Coca, (213) 200-9974 cell rick.coca@lacity.org

### Huizar to join Community for Major Announcement on Controversial Boyle Heights Housing Project

*Councilmember Huizar will join with the Los Angeles Conservancy and housing advocates to provide major update on a proposed 4,400 unit project at existing Wyvernwood Apartment Complex, established in 1939*

**LOS ANGELES (March 30, 2011)** — Councilmember José Huizar will join with residents of a 1,187-unit apartment complex in Boyle Heights Thursday to speak about a controversial plan to completely remodel the complex and increase density nearly three-fold to 4,400 units.

Boyle Heights is already one of the City's densest neighborhoods.

Wyvernwood Garden Apartments is home to more than 6,000 mostly working-class residents and its open-space design with vast amounts of grass and trees was considered a model when first constructed and has in fact become a sought-after design in recent years. With many families living in the "community within a community" for generations, the proposed project would mean a large portion of them would have to leave the only home they have ever known.

Also on hand Thursday will be Linda Dishman, Executive Director of the Los Angeles Conservancy, members of El Comité de la Esperanza and residents of the Wyvernwood Apartment Complex.

**WHO:** Councilmember José Huizar, Linda Dishman, Los Angeles Conservancy, El Comité de la Esperanza, Linda Kite, Healthy Homes Collaborative, Wyvernwood residents

**WHAT**: Update on Controversial Plan to Renovate Wyvernwood Apartments

**WHEN:** 10 a.m., Thursday, March 31, 2011

**WHERE:**      Wyvernwood Apartments
                Glenn Ave. and Orme Ave.
                Los Angeles, CA 90033
                (media set up on south side of median)
                                # # #

City Hall Office · 200 N. Spring Street, Room 465 · Los Angeles, CA 90012 · Phone (213) 473-7014 · Fax (213) 847-0680

Boyle Heights Office · 2130 E. First Street, Suite 202 · Los Angeles, CA 90033 · Phone (323) 526-3059 · Fax (323) 526-3066

Eagle Rock/Highland Park Office · 2035 Colorado Boulevard · Los Angeles, CA 90041 · Phone (323) 254-5295 · Fax (213) 485-8788

El Sereno Office · 4927 East Huntington Drive North, Suite 100 · Los Angeles, CA 90032 · Phone (323) 226-1646 · Fax (323) 226-1644



JOSE HUIZAR
COUNCILMEMBER, 14TH DISTRICT

December 16, 2011

Michael LoGrande
Director
Department of City Planning
200 N. Spring St., 5th Floor
Los Angeles, CA 90012

Re:   Wyvernwood / Boyle Heights Mixed-Use Community Project
      DEIR Comment Period Extension

Dear Mr. LoGrande:

I am writing to request an additional 30 day extension of the DEIR comment period for the proposed Wyvernwood / Boyle Heights Mixed-Use Community project in Boyle Heights.

I am requesting more time to review the document due to the following reasons:

1.      The proposed project is complex in scope and scale

2.      The project involves critical historic preservation considerations.

3.      The project involves relocation or potential relocation of thousands of tenants.

Therefore, I respectfully request an additional extension to a total of 90 days for the public comment period.

Sincerely,

José Huizar
Councilmember, 14th District

JOSE HUIZAR
COUNCILMEMBER, 14TH DISTRICT

January 18, 2012

Mr. Michael LoGrande, Director
Mr. Sergio Ibarra
City of Los Angeles, Major Projects
Department of City Planning
200 North Spring Street, City Hall, Room 750
Los Angeles, CA 90012

Re: Wyvernwood / Boyle Heights Mixed-Use Community Project DEIR Council Comments (ENV-2008-2141-EIR); State Clearinghouse Number 2008061123 2901 E. Olympic Blvd, Los Angeles, CA 90023

Dear Mr. LoGrande and Mr. Ibarra:

On October 20, 2011, Thurman Interim California, LLC through its affiliate Fifteen Group Land and Development ("Developers") submitted a Draft Environmental Impact Report (the "DEIR") for the Boyle Heights Mixed-Use Community Project (the "Project") which will provide for the development of approximately 68.8 net acres on and around the Wyvernwood Garden Apartments ("Wyvernwood") site.

The Developers' proposed plan represents an ambitious project with up to 4,400 residential units where 1,187 presently exist - almost a four-fold increase in density and out of scale with the surrounding uses. The proposed density, request for general plan and zoning amendment changes, and requested increase in height district to allow towers up to 260 foot tall are not consistent with the current on-site (RD 1.5-1) and nearby surrounding off-site (RD 1.5-1, R2-1, and PF-1XL and OS-1XL) zoning and community scale.

Wyvernwood was designed in 1939 with the intention of promoting a strong social network among its residents and that intention has been abundantly realized in the decades since its completion. Many families, in some cases multiple generations of the same family, enjoy the vibrant and rich community within this California historicallydesignated district. Wyvernwood residents also have immediate access to approximately 36.5 acres of open space- a unique and rare experience among Angelenos since open space is seldom designed into modern Los Angeles multi-family developments.
To that end, the City has a responsibility to ensure that the existing fabric of this community is not torn apart, nor to place additional onerous burdens on it.

Michael LoGrande
Sergio Ibarra Boyle
Heights Mixed Use Community Project DEIR

Should the Project proceed, it is important to ensure that specific areas are adequately analyzed, mitigated, and addressed to the fullest extent possible. In my review of the Project, I have identified several issues of concern and which should be addressed within the scope of the DEIR. These issues are submitted within the comments below:

1.Density

4,400 residential units are being sited where 1,187 units presently exist. This represents an increase of almost four times the number of existing units and is out of scale with the surrounding community. Moreover, this translates to a sUbstantial increase in residents, car trips, and strain on the infrastructure of the community. As proposed in the DEIR, the mitigation measures are not adequate to deal with the impacts of these additional units in an already highly dense neighborhood of Boyle Heights.

2. 4Height

Residential towers of up to 260 feet, 24 stories, where two to three story buildings presently stand, are out of scale with the surrounding largely single-family home residential community. Aesthetics, vistas, and visual impacts on the neighborhood as a whole are irreparable and there are no adequate mitigations to address these impacts.

3. Construction Impacts

Several of the alternatives propose heavy construction and demolition of structures. The dust, noise, and vibration will impact residents while they live within the Project site. The community will experience additional construction impacts as existing businesses are relocated, small businesses access is disrupted, and traffic circulation is stressed by construction activities. A mitigation plan must be in place if residents are to endure the impacts of this heavy construction.

Truck trips generated during the peak a.m. traffic hours are not addressed within the proposed mitigation measures. Morning truck trips will create as much additional congestion for Boyle Heights residents trying to drop their kids off for school or get to work on time as they will for residents trying to get home. To address these concerns, construction hours should be limited to 9:00 a.m. until 3:00 p.m. daily, and truck trips and construction impacts should be avoided and, at the least, minimized during both the a.m. and p.m. peak commuting hours to accommodate the community during the 15 year build out period of the Project.

In addition, the Developers should work with LAUSD School Officials to minimize any construction and / or operational impacts to nearby schools during peak periods.

Michael LoGrande
Sergio Ibarra
Boyle Heights Mixed Use Community Project DEIR

4. Pedestrian Circulation

 The Developer needs to pay special attention to issues related to circulation and pedestrian passageways. Items like enhanced crosswalks, pedestrian level street lighting, wider sidewalks, bulb-outs and other traffic calming measures should be implemented. Boyle Heights' residents are largely transit-dependent and any new development should include mitigations and amenities that support and protect pedestrian circulation.

 5. Traffic Circulation

The Department of Transportation's Traffic Impact Study for the Project determined that 22 intersections (15 within the City of Los Angeles) would be significantly impacted by project-related traffic. At the greatest proposed density, the Project is expected to generate over 19,640 net new daily trips once fully built out. Considering the effect this increase will have on local traffic, the proposed mitigation measures with respect to traffic circulation are inadequate.

 For example, the DEIR proposes mitigation measures regarding overall and neighborhood transit system imprOVements, traffic signal upgrades and new signals, a transit demand managementplan, transit pass subsidies, expansion of the car sharing program, and the Neighborhood Traffic Mitigation Plan. However, the area is already saturated with traffic which the local streets cannot sustain. Each day, not only will residents of the Project go to and from work/school, but there are thousands of vehicles that use Olympic Boulevard and Soto Street as major thoroughfares for neighboring communities to reach downtown Los Angeles.
 In fact, the Olympic/Soto intersection is considered one of the heaviest daily traveled in the City of Los Angeles.

In addition, each day there are diesel trucks coming and going from the adjacent industrial area within Los Angeles and the neighboring City of Vemon. A diesel truck takes up significantly more space than a regular vehicle and a singular daily trip as counted in the typical methodology does not accurately account for the full extent of congestion. Traffic impacts for the Project should not only be measured quantitatively, but qualitatively.

6. **Design Features**

Design features contributing to sustainability, such as permeable paving for example, require regular maintenance and upkeep to retain maximum utility and their ability to operate as originally envisioned. To ensure that these features continue to contribute to the site's sustainability and minimize any impact on the environment, a regular maintenance program must be a required operational program feature. In addition, the mere installation of features, such as installing plumbing for grey water use, is not

Michael LoGrande
 Sergio Ibarra
Boyle Heights Mixed Use Community Project DEIR

enough - a mechanism must be in place to make certain that the sustainable features the project is endowed with are fully utilized.

## 7. Signage

The proposed signage program may not be in compliance with the City's proposed sign ordinance. The program may have heightened impacts on the local community with respect to lighting, unnecessary visual obstruction, and other impacts that are not addressed in the DEIR.

## 8. Public Amenities

The Developers should assist in the creation of a Nexus Study to assess the impacts of the specific plan development on public infrastructure, facilities, and services. A more robust analysis is needed to ensure that civic necessities and amenities such as schools, fire stations, and other civic resources necessary for public safety and the community's welfare are appropriately provided.

## 9. Commercial Development

None of the security measures entailed in the DEIR specifically addresses issues that may arise from the commercial. and retail portions of the development. Should retail or commercial uses be developed, it is important that each have the specific types of uses like restaurants, grocery stores, and, in particular, any use that offers alcohol for sale and/or consumption to the general public be required to have a detailed and appropriate security plan in place. Boyle Heights has an over-concentration of liquor licenses. This analysis may change the types of impacts and subsequent proposed mitigations should any be required.

## 10. Retention Plan

The City of Los Angeles has long acknowledged its lack of affordable housing and its need to retain its existing stock. At present, no affordability covenant exists, although all units are subject to the Rent Stabilization Ordinance (RSO). The Developer proposes to provide 1,200 new rental apartments, with up to 660 of these units under covenant restricting rents to rates affordable to very low- and low-income families for a period of 30 years.

The replacement of existing affordable units is required under current city codes, and we encourage the Developer to extend the covenant to all 1200 affordable units while ensuring that all present tenants who wish to remain may rent an apartment within the project at a rate no higher than the rent stabilized amount they would pay based upon their current lease.

Michael LoGrande
Sergio Ibarra
Boyle Heights Mixed Use Community Project DEIR

As the Retention Plan proposes that residents remain within the Project site while heavy construction and demolition occur, a mitigation plan must be in place if residents are to endure the impacts of these activities.

## 11. Financial Feasibility

I am concerned that the economics of the project are not realistic given existing depressed market conditions. The financials list units at rates comparable to existing Downtown units, which have a high vacancy rate in this market. Accordingly, I am concerned that financially the project is infeasible and will never be built.

I am also concerned that the cost of rehabilitation referenced within the DEIR has been greatly inflated - rehabilitation costs for the Lincoln Place Apartments, another garden apartment project in Venice built in the 1940s, are about half of those listed in this DEIR. Village Green and Lincoln Place are just two examples of other garden apartment communities that have successfully addressed ways to rehabilitate their historic buildings and still provide a reasonable return on investment.

Additionally, the Developers should ensure that a demand for the level of office and retail space included within this project exists - vacant storefronts can negatively impact the greater community.

I look forward to working with community stakeholders, City Planning, and the Developers throughout this process. Please direct your staff to contact Tricia Robbins, my Planning Deputy, at (213) 473-7014 or via e-mail at Tricia.Robbins@lacity.org if there are any questions.

Sincerely,

Jose Huizar
Councilmember, 14th District

**CITY OF LOS ANGELES**
CALIFORNIA



**DEPARTMENT OF CITY PLANNING**

## NOTICE OF PUBLIC HEARING

| To Owners: | ☐ Within a 100-Foot Radius | And Occupants: | ☐ Within a 100-Foot Radius |
| | ☑ Within a 500-Foot Radius | | ☑ Within a 500-Foot Radius |
| | ☐ Abutting a Proposed Development Site | And: | ☑ Others |

### CONCURRENT PUBLIC HEARING

This notice is sent to you because you own property or are an occupant residing near a site for which an application, as described below, has been filed with the Department of City Planning. All interested persons are invited to attend the public hearing at which you may listen, ask questions, or present testimony regarding the project.

| | | | |
|---|---|---|---|
| **Hearing By:** | Advisory Agency/Zoning Administrator | **Case No.:** | VTT-71943 |
| **Date:** | Wednesday, January 9, 2013 | | CPC-2012-1222-ZC-GPA- |
| **Time:** | 10:00 AM | | SP-CA |
| **Place:** | Los Angeles City Hall | | CPC-2012-1223-DA |
| | 200 North Spring Street, Room 1020 | **CEQA No.:** | ENV-2008-2141-EIR |
| | Los Angeles, CA  90012 | **Incidental Cases:** | |
| | | **Related Cases:** | |
| **Staff Contact:** | Sergio Ibarra | **Council No.:** | 14 |
| **Phone No.:** | (213) 978-1333 | **Plan Area:** | Boyle Heights |
| | | **Specific Plan:** | (none) |
| | | **Certified NC:** | Boyle Heights |
| | | **GPLU:** | Low Medium II Residential |
| | | **Zone:** | RD1.5-1 |
| | | **Applicant:** | Fifteen Group Land & Development |
| | | **Representative:** | Kristen Lonner, Burns & Bouchard |

**PROJECT
LOCATION:**     2901 E. Olympic Boulevard

**PROPOSED
PROJECT:**     A request for the redevelopment of the approximately 68.8 acre site with a mixed-use community providing increased housing and homeownership opportunities, neighborhood-serving retail and office uses, civic space, greens, and open space amenities. The project would include up to 4,400 residential units comprised of no less than 1,200 rental units and up to 3,200 condominium units, and 325,000 square feet of neighborhood serving retail, office and civic uses. The majority of the new buildings would range in height from two to seven stories (approximately 24 feet to 74 feet). In addition, up to three buildings could be as tall as 18 stories (approximately 210 feet) and up to three buildings could be as tall as 24

stories (approximately 260 feet). The density of the project will measure approximately 65 units per acre (670 sq. ft. of lot area per dwelling unit), with parking provided in the following ratios: 1.25 spaces per dwelling unit, 1 space for every 4 dwelling units in an unreserved shared pool of parking and a Shared Parking Analysis shall provide all other parking ratios for non-residential parking pursuant to the Specific Plan and EIR. The project would also provide active and passive open space areas throughout the project site, including approximately 10.5 acres of privately maintained, publicly available, common useable space.

**REQUESTED ACTION:**

**The Deputy Advisory Agency will consider:**

1. Pursuant to LAMC Section 17.15, Vesting Tentative Tract Map for the subdivision of the subject property to construct up to 4,400 residential units comprised of no less than 1,200 rental units and up to 3,200 condominium units, and 325,000 square feet of neighborhood serving retail, office and civic uses .

2. Pursuant to Section 21082.1(c) of the California Public Resources Code, the adoption of Certification of Environmental Impact Report, findings, Statement of Overriding Considerations and accompanying mitigation measures and Mitigation and Reporting Monitoring Program for ENV-2008-2141-EIR, SCH No. 2008061123.

**The City Planning Commission will Consider:**

1. Pursuant to Section 11.5.6-A of the Municipal Code (LAMC), a **General Plan Amendment** to: a) Change the land use designation from Low Medium II Residential to Regional Center and Medium Residential; and b) Amend the General Plan Land Use Map for the Boyle Heights Community Plan to add a footnote establishing the proposed Boyle Heights Mixed-Use Specific Plan (BHMUSP) as the land use regulatory document for the project and;

2. Pursuant to LAMC Section 12.32-Q.3, a Vesting Zone Change from RD1.5-1 to BHMUSP (Boyle Heights Mixed-Use Specific Plan), allowing a FAR of 3:1 over the entire site.

3. Pursuant to Section 12.32-A of the Municipal Code, establishment of the Boyle Heights Mixed-Use Specific Plan to contain regulations and procedures to satisfy or supersede the applicable provisions of the LAMC;

4. Pursuant to LAMC Section 13.11, establishment of a **Sign Supplemental Use District.**

5. Pursuant to the Specific Plan, a **Conditional Use** to allow 8 Alcohol Use Approvals, of which no more than 2 shall allow service of alcoholic beverages for off-site consumption. The 8 Alcohol Use Approvals are only permitted with reference to retail uses in Blocks A, B, C, H and K of the proposed Specific Plan, provided that off-site consumption Alcohol Use Approvals are permitted only on Blocks C, H, and K.

6. Pursuant to California Government Code Sections 65864-68869.5, to enter into a **Development Agreement** with the Applicant.

The purpose of the hearing is to obtain testimony from affected and/or interested persons regarding this project.  The environmental document will be among the matters considered at the hearing.  The decision maker will consider all the testimony presented at the hearing, written communication received prior to or at the hearing, and the merits of the project as it relates to existing environmental and land use regulations.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES:**  If you challenge a City action in court, you may be limited to raising only those issues you or someone else raised at the public hearing described in this notice, or in written correspondence on these matters delivered to the Department before the action on this matter will become a part of the administrative record.  Note: This may not be the last hearing on this matter.

**ADVICE TO PUBLIC:**  The exact time this report will be considered during the meeting is uncertain since there may be several other items on the agenda.  Written communications may be mailed to the Los Angeles City Planning Department, Major Projects Section, 200 N. Spring Street, Room 750, Los Angeles, CA 90012 (attention: SERGIO IBARRA), or by e-mail: sergio.ibarra@lacity.org.

**REVIEW OF FILE:** VTT-71943-CN, CPC-2012-1222-ZC-GPA-SP-CA and CPC-2012-1223-DA, including the application and the environmental assessment, are available for public inspection at this location between the hours of 8:00 a.m. to 4:30 p.m., Monday through Friday. Please call Sergio Ibarra at (213) 978-1333 several days in advance to assure that the files will be available. The files are not available for review the day of the hearing.

**ACCOMMODATIONS:**  As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability. The hearing facility and its parking are wheelchair accessible. Sign language interpreters, assistive listening devices, or other auxiliary aids and/or services may be provided upon request. *Como entidad cubierta bajo el Título II del Acto de los Americanos con Desabilidades, la Ciudad de Los Angeles no discrimina. La facilidad donde la junta se llevará a cabo y su estacionamiento son accesibles para sillas de ruedas. Traductores de Lengua de Muestra, dispositivos de oído, u otras ayudas auxiliares se pueden hacer disponibles si usted las pide en avance.*

Other services, such as translation between English and other languages, may also be provided upon request. *Otros servicios, como traducción de Inglés a otros idiomas, también pueden hacerse disponibles si usted los pide en avance.*

To ensure availability or services, please make your request no later than three working days (72 hours) prior to the hearing by calling the staff person referenced in this notice. *Para asegurar la disponibilidad de éstos servicios, por favor haga su petición al mínimo de tres días (72 horas) antes de la reunión, llamando a la persona del personal mencionada en este aviso.*

**\*Puede obtener información en Español acerca de esta junta llamando al (213) 473-9984\***



JOSE HUIZAR
COUNCILMEMBER, 14TH DISTRICT

February 5, 2015

To Whom It May Concern:

As the Councilmember for the 14th District of the City of Los Angeles, I pledge to make the preservation and rehabilitation of the existing Wyvernwood Garden Apartments, especially its existing tenants and rent control protections, and its open spaces, a high priority in any discussions that take place regarding the future of the site. I also want to reiterate my concerns regarding the additional density, tenant retention, and community support for any development project at Wyvernwood.

I recognize and appreciate the strong sense of community that Wyvernwood residents have built throughout the years and support their efforts to preserve Wyvernwood and its unique characteristics for the current residents and for generations of tenants to come.

Sincerely,

José Huizar
Councilmember, 14th District
City of Los Angeles



**DEPARTMENT OF
CITY PLANNING**

COMMISSION OFFICE
(213) 978-1300

CITY PLANNING COMMISSION

SAMANTHA MILLMAN
PRESIDENT

VAHID KHORSAND
VICE-PRESIDENT

DAVID H. J. AMBROZ
CAROLINE CHOE
KAREN MACK
MARC MITCHELL
VERONICA PADILLA-CAMPOS
DANA M. PERLMAN
VACANT

# CITY OF LOS ANGELES
## CALIFORNIA

ERIC GARCETTI
MAYOR

**EXECUTIVE OFFICES**
200 N. SPRING STREET, ROOM 525
LOS ANGELES, CA 90012-4801
(213) 978-1271

VINCENT P. BERTONI, AICP
DIRECTOR

KEVIN J. KELLER, AICP
EXECUTIVE OFFICER

SHANA M.M. BONSTIN
DEPUTY DIRECTOR

TRICIA KEANE
DEPUTY DIRECTOR

ARTHI L. VARMA, AICP
DEPUTY DIRECTOR

LISA M. WEBBER, AICP
DEPUTY DIRECTOR

March 28, 2019

Thurman Interim California, LLC (O)
c/o Fifteen Group
6430 W. Sunset Boulevard
Los Angeles, CA 90028

Fifteen Group (A)
Attn: Rogelio Navar
10100 Venice Blvd.
Culver City, CA 90232

Burns & Bouchard, Inc.(R)
Attn: Kristen Montet Lonner
9619 National Boulevard
Los Angeles, CA 90034

CASE NO:  ENV-2008-2141-EIR;
CPC-2012-1222-ZC-GPA-SP-CA;
CPC-2012-1223-DA and VTT-71943
ADDRESS: 2901 East Olympic Boulevard
C.D.: 14-Huizar

## TERMINATION: RECEIVE AND FILE

The application for the property located at the project location referenced above was filed with the Department of City Planning on May 28, 2008.  The project has been placed on hold since June, 2013 with no activity on this application since that date. In addition, the case is associated with a delinquent invoice over $169,200.

In view of the above, the Director of Planning hereby terminates all proceedings relative to the Case Number listed above.  Any portion of your filing fee, if available for refund, is subject to submittal, review and approval of an appropriate claim refund application which is available online at the Department of City Planning's website: http://cityplanning.lacity.org or at the Department's public counters.

In the event that you wish to pursue this matter in the future, it will be necessary for you to file a new application and pay the required fees.  The present termination, however, will not adversely prejudice consideration of your new application and it may be possible to utilize some of the maps and other information in the existing case file.  In view this and pursuant to the reasons stated above, the Director of Planning hereby terminates all proceedings relative to <u>ENV-2008-2141-EIR</u> and directs that the cases be terminated and <u>received and filed.</u> The present termination, however, will not adversely prejudice consideration of your new application.

HEATHER BLEEMERS
Senior City Planner, Heather.Bleemers@lacity.org