# EXHIBIT 20

# MANUAL