CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287247)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSÉ LUIS HUIZAR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSÉ LUIS HUIZAR, et al., <br><br> Defendants. | Case No. 2:20-CR-326-JFW-1 <br><br> **DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION TO FILE UNDER SEAL** |

Defendant José Luis Huizar, through counsel, hereby seeks an order permitting the filing under seal of the following items:

i. portions of Mr. Huizar's sentencing video involving private information relating to Mr. Huizar's minor children in which the public has no legitimate interest; and

ii. exhibits in support of Appendix B that are subject to the protective order applicable to this case.

Mr. Huizar therefore requests that the Court permit him to publicly file a redacted version of his sentencing video, and a sealed, unredacted version of the same. Mr. Huizar further requests that the Court permit him to file Exhibits B-4–B-10, B-12–B-14, and B-19–B-21 attached to Appendix B under seal. This application is based on the attached declaration of counsel. The government does not oppose the application.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: January 12, 2024        /s/ Adam Olin
CHARLES J. SNYDER
ADAM OLIN
Deputy Federal Public Defender
Attorneys for José Luis Huizar