## DECLARATION OF ADAM OLIN

I, Adam Olin, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent José Luis Huizar in this matter.

2. Mr. Huizar's sentencing video contains information relating to his minor children, including medical information, in which the public has no legitimate interest.

3. Exhibits B-4–B-10, B-12–B-14, and B-19–B-21 attached to Appendix B are subject to the applicable protective order in this case, ECF No. 47, requiring Mr. Huizar to seek to file them under seal.

4. Mr. Huizar therefore requests leave to file an unredacted version of his sentencing video under seal, as well as a public version of his sentencing video that redacts this information.

5. Mr. Huizar also requests to file Exhibits B-4–B-10, B-12–B-14, and B-19–B-21 attached to Appendix B under seal.

6. On January 12, 2024, Assistant United States Attorney Mack E. Jenkins informed me that the government does not object to the application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2024, at Los Angeles, California.

                                                    */s/ Adam Olin*  
                                                    ADAM OLIN