1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**
9       **CENTRAL DISTRICT OF CALIFORNIA**
10         **WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-326-JFW-1 |
|    Plaintiff, | **[PROPOSED] ORDER SEALING DOCUMENTS** |
|   v. | |
| JOSÉ LUIS HUIZAR, et al., | |
|    Defendants. | |

   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

   Defendant's *ex parte* application for leave to file under seal is GRANTED. Defendant's unredacted sentencing video and Exhibits B-4–B-10, B-12–B-14, and B-19–B-21 attached to Appendix B are sealed. Defendant is ORDERED to publicly file a redacted version of his sentencing video.


DATED: January ___, 2024     By: _____
                HONORABLE JOHN F. WALTER
                United States District Judge