1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| UNITED STATES OF AMERICA, | Case No. 2:20-CR-326-JFW-1 |
|---|---|
| Plaintiff, | **ORDER SEALING DOCUMENTS** |
| v. | |
| JOSÉ LUIS HUIZAR, et al., | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

Defendant's *ex parte* application for leave to file under seal is GRANTED. Defendant's unredacted sentencing video and Exhibits B-4–B-10, B-12–B-14, and B-19–B-21 attached to Appendix B are sealed. Defendant is ORDERED to publicly file a redacted version of his sentencing video.

DATED: January 17, 2024      By: _____
HONORABLE JOHN F. WALTER
United States District Judge