```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326-JFW-1 |
|---|---|
| Plaintiff, | **NOTICE OF LODGING OF CORRESPONDENCE RECEIVED BY THE GOVERNMENT** |
| v. | |
| JOSE LUIS HUIZAR, | Hearing Date: January 26, 2024 |
| Defendant. | Hearing Time: 8:00 a.m.<br>Location:     Courtroom of the Hon. John F. Walter |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files this notice of lodging attaching correspondence from citizens of Los Angeles, addressed to the Court, that the government received on

January 21 and January 22, 2024, in connection with the upcoming sentencing of defendant Jose Luis Huizar.

Specifically, the government attaches hereto the following correspondence:

- Letter from Kim Cooper & Richard Schave, on behalf of Esotouric, dated January 21, 2024 (**Attachment A**);
- Letter from former Los Angeles City Councilmember and former LAPD Chief Bernard C. Parks, Sr., dated January 21, 2024 (**Attachment B**); and
- Email from Lisa Napoli, dated January 22, 2024 (**Attachment C**).

The government has redacted certain personally identifiable information from the attached correspondence.

Dated: January 22, 2024            Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

         /s/
MACK E. JENKINS
CASSIE D. PALMER
SUSAN S. HAR
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA