# ATTACHMENT A



ESOTOURIC – LOOKING OUT FOR LOS ANGELES
Kim Cooper & Richard Schave

January 21, 2024

The Honorable John F. Walter
United States District Court
Central District of California
350 West 1st Street
Los Angeles, CA 90012

    Re: Esotouric's Victim Impact Statement Regarding Jose Huizar

Dear Judge Walter:

As you consider an appropriate prison sentence and amount of restitution that Jose Huizar should serve and pay, we would ask you to take note of the impact of his crimes on the community of volunteer Los Angeles preservationists, of which we are members. We are also constituents of CD 14 who operate our historic tour business largely within the borders of the council district.

When defendant Huizar accepted bribes from developers to approve their new buildings, this often meant existing buildings would be demolished. This letter is not the place to list all of the historic buildings destroyed after votes in the PLUM Committee that defendant Huizar ran, votes that are now suspect.

But we ask you consider one Los Angeles landmark that we personally devoted significant time and resources to protect, with no compensation, only to encounter defendant Huizar's pay-for-play relationship with developers.

You can see this landmark from the court house window: The Los Angeles Times.

We produced the Times Mirror Square landmark nomination with a team of architectural and California historians and former Los Angeles Times executives over a period of years. The nomination was unanimously approved by the Cultural Heritage Commission.

But when the nomination reached the PLUM Committee, defendant Huizar rewrote it to exclude the 1973 William Pereira addition, which property owner Onni Group wished to demolish to build a tower. Subsequently, it was reported

that Onni Group and their land use attorney had made substantial contributions to a PAC supporting the City Council campaign of defendant Huizar's wife.

If defendant Huizar hadn't told Onni Group that they could demolish part of Times Mirror Square, then they would have been forced to come up with a creative solution that integrated the Pereira building into their tower.

Despite defendant Huizar having confessed in your court to the multiple charges before you, this tainted project is moving forward as ENV-2016-4676-EIR.

The circumstances under which our Times Mirror Square landmark nomination was rewritten by defendant Huizar for the benefit of a political donor has caused us great distress. We felt pride as Angelenos working hard to help ensure the buildings that once housed our most influential local newspaper were formally designated under the historic preservation ordinance. We were elated when the CHC voted unanimously to accept our nomination and send it on to City Council.

Historic-Cultural Monument #1174, codified by City Council on 12/5/2018—less than a month after defendant Huizar's home and City Hall office were raided by the FBI—is not our work, and we feel no pride as Angelenos to have helped craft a document that makes it easier for Onni Group to demolish part of the Los Angeles Times complex. Anticipating the pending destruction of a beautiful and useful building that we worked so hard to preserve is distressing and painful.

We ask the Court in sentencing defendant Huizar to focus on how by selling land use votes in secret, he stole from us and many others in the historic preservation community the opportunity to prepare successful landmarking nominations and have them judged on their merits. We don't believe you can put a price tag on the harm to all who did this work unaware that they had no chance to succeed if they didn't bribe defendant Huizar, nor on the loss to future generations.

But it happened, it matters, and we hope you will keep the damage defendant Huizar did to Los Angeles landmarks and to those who love them in your mind.

Sincerely,
Kim Cooper & Richard Schave
Esotouric – Looking out for Los Angeles

, Los Angeles, CA 90031
-8687 / .com / .com