# ATTACHMENT C

| | |
|---|---|
| **From:** | lisa napoli |
| **To:** | Jenkins, Mack (USACAC); Palmer, Cassie (USACAC) 2; Har, Susan (USACAC); Faerstein, Brian (USACAC) |
| **Subject:** | [EXTERNAL] Regarding Jose Huizar"s sentencing this week |
| **Date:** | Monday, January 22, 2024 8:26:05 AM |

January 22, 2024

Dear Judge Walter:

As a 20-year resident of downtown Los Angeles, I am delighted to know that fallen City Council Member Jose Huizar will finally face justice.

You are likely aware that the impact of his gross abuse of power lingers to this day.

His actions have caused damage to our neighborhood—a crucial business and cultural district for the entire city—that will take decades to reverse. (I shudder to think it may be irreversible.)

Most notably, I refer to his "partnership" with LA Grand Hotel owner Wei Huang, who, even after his conviction, has been reaping tens of millions of dollars of taxpayer money.

The cascading impact of that once-luxury hotel that has become a homeless shelter impacts all in the downtown community, particularly the S. Figueroa corridor.

The three corners surrounding the LA Grand (the World Trade Center, the business campus known as the Park DTLA, and rent-stabilized apartments at Skye at Bunker Hill) have vastly deteriorated.

After billions of dollars were spent to construct the regional connector stop just a block away, this area should be thriving.

All of this can be traced back to Jose Huizar's scheming and conniving for his personal power, including and especially his shenanigans with Wei Huang.

Recent stories of his religious pilgrimages and devotion to his elderly mother ring hollow.

Faith and family devotion should have guided this man to use the power he achieved to enhance our city, not to use it for self-aggrandizement & tawdry excursions.

That such an educated man, who had overcome earlier obstacles, would believe he could get away with such corruption is another affront to so many people in our city

who work hard to make ends meet and who venerate their families—not humiliate them.

Thank you for considering these points as you preside over Huizar's future. A message must be sent to all that such abuse is not permissible.

Best,
Lisa Napoli
Bunker Hill
Los Angeles, CA
████████.com
█████.com
Cell: ███-6870