# DECLARATION OF ADAM OLIN

I, Adam Olin, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent José Luis Huizar in this matter.

2. Mr. Huizar's supplemental sentencing statement and Exhibits 20 and 21 contain a discussion of information relating to his minor children, in which the public has no legitimate interest.

3. Mr. Huizar therefore requests leave to file these documents under seal.

4. On January 24, 2024, Assistant United States Attorney Mack E. Jenkins informed me that the government does not object to the application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 24, 2024, at Los Angeles, California.

/s/ Adam Olin          .
ADAM OLIN