1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**WESTERN DIVISION**

11

UNITED STATES OF AMERICA,

12

Plaintiff,

13

v.

14

JOSÉ LUIS HUIZAR, et al.,

15

Defendants.

Case No. 2:20-CR-326-JFW-1

**[PROPOSED] ORDER SEALING DOCUMENTS**

16
17

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

18

Defendant's *ex parte* application for leave to file under seal is GRANTED.

19

Defendant's supplemental sentencing statement and Exhibits 21 and 22 are sealed.

20
21

DATED: January __, 2024

By: _____

22

HONORABLE JOHN F. WALTER
United States District Judge

23
24
25
26
27
28