E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0363/3289/3819
    Facsimile: (213) 894-6436
    E-mail:   Mack.Jenkins@usdoj.gov
              Cassie.Palmer@usdoj.gov
              Susan.Har@usdoj.gov
              Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-326-JFW-1 |
|     Plaintiff, | SECOND NOTICE OF LODGING OF CORRESPONDENCE RECEIVED BY THE GOVERNMENT |
|     v. | |
| JOSE LUIS HUIZAR, | Hearing Date: January 26, 2024<br>Hearing Time: 8:00 a.m.<br>Location:    Courtroom of the Hon. John F. Walter |
|     Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files this second notice of lodging attaching correspondence from citizens of Los Angeles, addressed to the Court, that the government received

on January 23, 2024, in connection with the upcoming sentencing of defendant Jose Luis Huizar.

Specifically, the government attaches hereto the following correspondence:

- Email from Patter Hellstrom, dated January 23, 2024 (**Attachment D**); and
- Letter from Fred Walti, dated January 23, 2024 (**Attachment E**).

The government has redacted certain personally identifiable information from the attached correspondence.

Dated: January 24, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

          /s/
MACK E. JENKINS
CASSIE D. PALMER
SUSAN S. HAR
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA