**ATTACHMENT D**

**From:** PATTER HELLSTROM
**To:** Jenkins, Mack (USACAC); Palmer, Cassie (USACAC) 2; Har, Susan (USACAC); Faerstein, Brian (USACAC)
**Subject:** [EXTERNAL] Huizar case
**Date:** Tuesday, January 23, 2024 5:59:06 AM

Dear Judge Walter:

As a 7-year resident of downtown Los Angeles and s business owner. I am delighted to know that fallen City Council Member Jose Huizar will finally face justice.

You are likely aware that the impact of his gross abuse of power lingers to this day.

His actions have caused damage to our Bunker Hill neighborhood—a crucial business and cultural district for the entire city—that will take decades to reverse.

Most notably, I refer to his "partnership" with LA Grand Hotel owner Wei Huang, who, even after his conviction, has been reaping tens of millions of dollars of taxpayer money.

The cascading impact of that once-luxury hotel that has become a homeless shelter impacts all in the downtown community, particularly the S. Figueroa corridor, bringing drugs and violence to our community.

The three corners surrounding the LA Grand (the World Trade Center, the business campus known as the Park DTLA, and rent-stabilized apartments at Skye at Bunker Hill) have vastly deteriorated.

After billions of dollars were spent to construct the regional connector stop just a block away, this area should be thriving.

All of this can be traced back to Jose Huizar's scheming and conniving for his personal power, including and especially his shenanigans with Wei Huang.

Recent stories of his religious pilgrimages and devotion to his elderly mother ring hollow. He must be held to account for his actions and his destruction of our community.

Thank you for considering these points as you preside over Huizar's future. A message must be sent to all that such abuse is not permissible.

Best,
Patter Hellstrom, home owner
███████████ LA CA
███████████████████

Patter Hellstrom Visual Art, business
1340 east 6th street
LA Art's District

Sent from Patter's iPhone