# DECLARATION OF ADAM OLIN

I, Adam Olin, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent José Luis Huizar in this matter.

2. Exhibit 23, which comprises Mr. Huizar's letter to the Court in connection with sentencing, contains a discussion of information relating to his minor children, in which the public has no legitimate interest.

3. Mr. Huizar therefore requests leave to file an unredacted version of the letter under seal and a redacted version publicly.

4. On January 24, 2024, Assistant United States Attorney Mack E. Jenkins informed me that the government does not object to the application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 25, 2024, at Los Angeles, California.

/s/ Adam Olin          .
ADAM OLIN