**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSÉ LUIS HUIZAR, et al.,<br><br>　　　　Defendants. | Case No. 2:20-CR-326-JFW-1<br><br>**[PROPOSED] ORDER SEALING DOCUMENT** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

Defendant's *ex parte* application for leave to file under seal is GRANTED. Exhibit 23 is filed under seal. Defendant is ORDERED to publicly file a redacted version of Exhibit 23.

DATED: January __, 2024　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge