CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287247)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSÉ LUIS HUIZAR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-326-JFW-1 |
| Plaintiff, | **DEFENDANT'S REDACTED SENTENCING LETTER** |
| v. | |
| JOSÉ LUIS HUIZAR, et al., | |
| Defendants. | |

1 | Defendant José Luis Huizar, through counsel, hereby submits a redacted version
2 | of Exhibit 23, comprising his letter to the Court in connection with sentencing.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: January 25, 2024

/s/ Adam Olin
CHARLES J. SNYDER
ADAM OLIN
Deputy Federal Public Defender
Attorneys for José Luis Huizar