E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
  1500 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
      Telephone: (213) 894-2091/0363/3289/3819
      Facsimile: (213) 894-6436
      E-mail:    Mack.Jenkins@usdoj.gov
                 Cassie.Palmer@usdoj.gov
                 Susan.Har@usdoj.gov
                 Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW-1 |
|---|---|
| Plaintiff, | STIPULATION FOR AN ORDER DIRECTING THE CLERK OF COURT TO ACCEPT AND DEPOSIT PREJUDGMENT PAYMENTS |
| v. | |
| JOSE LUIS HUIZAR, | [PROPOSED ORDER] |
| Defendant. | |

The parties in the above-captioned case, by and through their counsel of record, hereby jointly request an order to permit the Clerk of the Court to accept and deposit any and all payments made before sentencing or entry of judgment by, or on behalf of, defendant

1 | Jose Luis Huizar ("defendant").  This request is based on the
2 | following stipulations by the parties:
3 |     1.   On January 19, 2023, the government filed a Plea Agreement
4 | as to defendant.  (Dkt. No. 910 ("Plea Agreement").)  On January 20,
5 | 2023, pursuant to his Plea Agreement, defendant pleaded guilty to
6 | Counts One and Forty-One of the First Superseding Indictment, which
7 | charge defendant with Racketeer Influenced and Corrupt Organization
8 | ("RICO") Conspiracy, in violation of 18 U.S.C. § 1962(d), and Tax
9 | Evasion, in violation of 26 U.S.C. § 7201, respectively.  (Plea
10 | Agreement ¶ 3(a); Dkt. No. 911.)  Defendant's sentencing hearing is
11 | scheduled for January 26, 2024.
12 |     2.   In the plea agreement, defendant agreed to make payment to
13 | the Internal Revenue Service ("IRS") at or before sentencing of all
14 | additional taxes, penalties, and interest assessed by the IRS.
15 | (Plea Agreement ¶ 5(a).)  The parties agree that, as of the date of
16 | defendant's sentencing, the total amount of taxes, penalties, and
17 | interest defendant owes to the IRS is **$38,792.41.**
18 |     3.   Defendant desires to make payment to the IRS in advance of
19 | the Court's anticipated order of criminal restitution and judgment in
20 | this matter by submitting a cashier's check or money order to the
21 | Clerk of the Court.
22 |     4.   To accept a prejudgment payment, the Clerk of the Court
23 | requires a court order authorizing receipt and deposit of prejudgment
24 | payments made to the Clerk of the Court.
25 | //
26 |
27 |
28 |

5. The parties respectfully request that the Court issue the concurrently filed proposed order, which directs the Clerk of the Court to accept and deposit any and all prejudgment payments made in this case.

Dated: January 25, 2024          Respectfully submitted,

                                            E. MARTIN ESTRADA
                                            United States Attorney

                                            */s/*
                                            SUSAN S. HAR
                                            MACK E. JENKINS
                                            CASSIE D. PALMER
                                            BRIAN R. FAERSTEIN
                                            Assistant United States Attorneys

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

Dated: January 25, 2024          Respectfully submitted,

                                            CUAUHTEMOC ORTEGA
                                            Federal Public Defender

                                            */s/ with email authorization*
                                            CHARLES J. SNYDER
                                            ADAM OLIN Deputy Federal Public Defenders
                                            Attorneys for José Luis Huizar