# EXHIBIT 24

Edward Padilla, MPH

Los Angeles, CA 90033
(323) ███
███@mac.com

January 25, 2024

Honorable Judge John F. Walter

Re: Jose Huizar Letter of Support

Dear Honorable Judge Walter:

My name is Edward Padilla. I am a resident of Boyle Heights, a working actor, a Billing Specialist at Mercer, a public health professional, a non-profit leader at a local arts organization, Casa 0101 Theater, and someone who cares deeply about Boyle Heights and the City of Los Angeles, having served several years on the Boyle Heights Neighborhood Council and numerous committees related to the health and betterment of our community.

I have known Jose Huizar since 2005 when I first moved into the Vista del Sol / Aliso Village housing community, off of First Street, Mission Street, and next to the 5 Freeway. From my first interactions with then Councilman Huizar, he demonstrated a genuine desire to help our community resolve issues that I had raised, which were affecting this newly developed area. The issues we were having at the time are not as important now as what Huizar did to help us resolve them. While his staff was instrumental in scheduling multi-agency meetings and such, Huizar ensured that there was continuity on the resolutions by personally being present to many of those meetings and asking us about the outcomes shortly thereafter.

This was just the beginning of our many years of interacting within and around the Boyle Heights community. He continually demonstrated a strong understanding of issues facing residents, many of which were and are renters, and who he consistently showed up to help. His background as a first-generation immigrant, and as someone who also struggled and grew up in this neighborhood were important connection points with us.

I strongly believe that Huizar's strong commitment to our community, his palpable caring for the betterment of our youth and residents, are some of the many reasons he was re-elected to be our Councilman in CD14. Even without press or microphones, or anything like that, he kept on showing up. In one instance, I remember his staff called to cancel his attendance to a performance my students were doing because Jose was not feeling well that day. He personally let me know, and that gave me the chance to share how wonderful the kids were, and how much they were looking forward to sharing their work with the neighborhood. Moments later, to the surprise of his staff and myself, he arrived, clearly under the weather, and wanting to cheer and inspire our young students. He spoke briefly at the end, and this to me is demonstrative of what he has always been like in the neighborhood.

Another thing about Jose Huizar that I truly admire to this day, and I'm sad others haven't continued that work, was his commitment to celebrating our youth, and encouraging them to continue in their

January 25, 2024
Honorable Judge John F. Walter
Jose Huizar Support Letter

education. I believe the Adelante Awards were started by him while he was on the LAUSD School Board. These awards were in recognition of outstanding LAUSD students from elementary to high school. He decided to continue this important awards ceremony even after becoming a Councilman. I got to hear him express his personal commitment to these awards while I was the volunteer Master of Ceremonies for several years.

My neighbors continue to speak highly of Jose Huizar. His efforts to improve our streets, reduce homeless encampments, celebrate our culture, and attending our meetings and events, are some of the reasons they continue to support him too.

I remember getting to chat briefly with Jose in the past about him just wanting to do good for our community. He explained how he took on his role as an LAUSD Board Member and Councilman to help improve the lives of students and residents, and to help uplift our Latino culture by highlighting our positive achievements through the Mariachi Festivals, Adelante Awards, Summer Night Lights, and other community activities. He wanted to create a mini-civic center for Boyle Heights, now known as Boyle Heights City Hall, so that residents could more easily access programs that they might otherwise have to go to downtown LA for.

While I've read some of what the case is about, I don't pretend to know any of the real specifics. What I do know is that Jose Huizar has demonstrated to us, in the Boyle Heights community, that he truly cares about the people who live here, about their education, and about making things better for them, for us.

This is what I know about Jose Huizar, and why I'm writing in support of him. I look forward to being able to see him doing good work in our communities again in the future.

If there's anything else I can help with in helping to understand his character, please contact me.

Sincerely,

Edward Padilla, MPH
(323) ███████ cell.

2