E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW-1 |
|---|---|
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO ACCEPT AND DEPOSIT PREJUDGMENT PAYMENTS |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

1        The Court has reviewed the Stipulation for an Order Directing

2   the Clerk of Court to Accept and Deposit Prejudgment Payments filed

3   by the parties in this matter, which the Court incorporates herein.

4   For good cause shown, IT IS HEREBY ORDERED that:

5        1.   The Clerk of the Court is directed to accept any and all

6   payments made before the entry of judgment with respect to defendant

7   JOSE LUIS HUIZAR.

8        2.   The United States Attorney's Office shall email a copy of

9   this Order to the Clerk of the Court at fis_cac@cacd.uscourts.gov

10  upon its entry.

11       **IT IS SO ORDERED.**

12

13

January 25, 2024
DATE                                    HONORABLE JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE

CC: Fiscal


Presented by:

     /s/
CASSIE D. PALMER
Assistant United States Attorney