# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-326-JFW-1 |
| Plaintiff, | **ORDER SEALING DOCUMENT** |
| v. | |
| JOSÉ LUIS HUIZAR, et al., | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

Defendant's *ex parte* application for leave to file under seal is GRANTED. Exhibit 23 is filed under seal. Defendant is ORDERED to publicly file a redacted version of Exhibit 23.

DATED: January 25, 2024        By: _____
HONORABLE JOHN F. WALTER
United States District Judge