1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS (Cal. Bar No. 242101)
   Assistant United States Attorney
3  Chief, Criminal Division
   CASSIE D. PALMER (Cal. Bar No. 268383)
4  SUSAN S. HAR (Cal. Bar No. 301924)
   BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
5  Assistant United States Attorneys
   Public Corruption & Civil Rights Section
6       1500 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-2091/0363/3289/3819
8       Facsimile: (213) 894-6436
        E-mail:    Mack.Jenkins@usdoj.gov
9                  Cassie.Palmer@usdoj.gov
                   Susan.Har@usdoj.gov
10                 Brian.Faerstein@usdoj.gov

11
   Attorneys for Plaintiff
12 UNITED STATES OF AMERICA

13                 UNITED STATES DISTRICT COURT

14            FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 UNITED STATES OF AMERICA,         No. CR 20-326-JFW-1

16          Plaintiff,               THIRD NOTICE OF LODGING OF
                                     CORRESPONDENCE RECEIVED BY THE
17          v.                       GOVERNMENT

18 JOSE LUIS HUIZAR,                 Hearing Date: January 26, 2024
                                     Hearing Time: 8:00 a.m.
19          Defendant.               Location:     Courtroom of the
                                                   Hon. John F. Walter
20

21

22      Plaintiff United States of America, by and through its counsel

23 of record, the United States Attorney for the Central District of

24 California and Assistant United States Attorneys Mack E. Jenkins,

25 Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files

26 this third notice of lodging attaching correspondence from a citizen

27 of Los Angeles, addressed to the Court, that the government received

28

on January 25, 2024, in connection with the upcoming sentencing of defendant Jose Luis Huizar.

Specifically, the government attaches hereto the following correspondence:

- Letter from Kenneth Walsh, dated January 25, 2024 (**Attachment F**).

The government has redacted certain personally identifiable information, information identifying third parties, and information pertaining to a specific sentencing recommendation from the attached correspondence.

Dated: January 25, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney


_____/s/_____
MACK E. JENKINS
CASSIE D. PALMER
SUSAN S. HAR
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA