# ATTACHMENT F

January 25, 2024

Honorable John F. Walter
District Judge
United States Courthouse
350 W. 1st Street
Los Angeles, CA 90012

Kenneth Walsh
███████████
Los Angeles, CA 90041

RE: Case No. 2:20-cr-00326-JFW: The United States of America v. Jose Luis Huizar

Dear Judge Walter,

    I am a former constituent of Jose Huizar and I would like for you to understand how much Mr. Huizar's criminal actions have impacted my life and the lives of my fellow constituents of Los Angeles City Council District 14. Our stories may be unique, but our struggles are equally painful and heartbreaking. Mr. Huizar's criminal conspiracy impacted and ruined the lives of hundreds of people in his former district for which they will never be able to enjoy the tranquility and peace that they once enjoyed. Mr. Huizar's upcoming sentencing is the one and the only time where he will finally be held accountable for his criminal actions but more importantly, his failure to represent the people of Council District 14.

    Mr. Huizar's engagement in criminal activity, which lead to his ultimate demise, was not the result of a few bad choices but instead a long series of choices where he put his ego and his own prosperity before the needs of the district for which he was elected to.  Over the course of his term in office, he created an enemy's lists, which I think I was on, of members of the community who he could not rely on or did not trust. This list, which was then used by his staff, to ignore and not respond to calls for assistance for any constituents whose name was on that list. For over 12 years, I asked his office for assistance to rid

my neighborhood of Casino tour buses and he never did anything until it affected a developer that was planning to build behind my parent's house.

The start of Mr. Huizar's criminal activity coincided with the bombardment of real estate agents, investment groups and flippers going door to door asking residents if they were interested in selling.  As one real estate agent later told me after Mr. Huizar was arrested, " we all know he is dicey, we all just want to get in on the action." Mr. Huizar was actively selling out our district to any developer with cash. Mr. Huizar used his influence on the LA Metro Board to steer a dedicated bus line to be built through Eagle Rock. With a bus line through Eagle Rock, Mr. Huizar would be able to attract developers, who would be able to build transient orientated housing, which is protected from community input and can not be block by planning departments. This bus line would have allowed him and his wife (if she was elected to his council seat) to negotiate with developers and have a tight grip on building in District 14 for 24 years as his former Planning Deputy Shawn Kuk was quoted as saying. The bus line is stilled planned to come next year, but LA Metro has done a horrible job with community outreach and many people feel it is another backroom deal that needs to be investigated.

In March of 2016, my parents received a notice from the Eagle Rock Neighborhood Council that they were hosting a meeting about a proposed 38-unit small lot subdivision project that was going to replace the old commercial building behind their property. The developer, ▮▮▮▮▮, was not the most ethical developer. Their project manager punched the Vice-Chairman of the Silverlake Neighborhood Council over noise issues at their Silverlake development.  Many people in the community supported this developer because they thought the new residents would bring money into their small businesses, but that never materialized.  These people were completely convinced that Mr. Huizar was attracting these developers to improve our community and engaged in harassment, belittling and shunning of those who were impacted by these new developments or voiced objections about them. Likewise, one developer even arrogantly told our community to shut up and let him do what he needs to do

because he knows what is better for us than we do. Mr. Huizar created this level of hostility and fighting within the community and then cowered behind his famous statement that he was only doing what the community was telling him to do.

     Mr. Huizar did not engage my parents nor my neighbors about ████'s development but we had to put up a fight because this developer was not following the rules and Mr. Huizar's office refused to talk to us. Since we created a firestorm of controversy for ████, they made some minor changes to their development but they still got approved. ████'s Vice President ████ and his assistant ████, along with their overzealous realtor ████ ████ were young, ambitious and aloof to the issues to the problems once the commercial building was closed. They were more interested in making name plates for the first residents, which they never did.  Graffiti artists tagged the building, druggies started shooting up in the back and the homeless started living in it. Mr. ████ thought the graffiti was just art and made everything look better. They would not address these issues and Mr. Huizar's office refused to respond to my emails. On January 7, 2018 the building caught on fire. There was a large black plum over the building and the apartments on the northside were forced to evacuate. 100 fire fighters were called in to fight it and the media was fully covering it.  Following the fire, a city employee told me that Mr. Huizar called Mr. ████ and yelled at him for the embarrassment he caused to his office. Mr. Huizar never once reached out to all of us who were living around this building and to see if we were ok.

*(Video of the Fire: YouTube.com,  Search: Building Fire In Eagle Rock Called 'Suspicious', https://www.youtube.com/watch?v=tectIM-PeiM)*

     In February of 2022, my mother's health started to decline and she was having trouble breathing. She was rushed to the hospital and after several days of testing she was diagnosed with cancer, Lymphoma. Lymphoma can be caused by exposure to a toxic substance and sometimes no cause can be

determined. While I have been caring for my mother and helping her recover, I am constantly reminded of what Mr. ▮▮▮▮ said at the Neighborhood Council meeting, that there was hazardous material inside the building that had to be abated before demolition. The fire burnt all the hazardous materials and exposed all of us to whatever materials that were in there. My Father's lemon tree now produces brown lemons, my neighbor's 60 year old orange tree has died and several other trees around us have died.  If that fire caused my mother's cancer, she did not deserve to suffer because of Mr. Huizar's crimes and carelessness!

Mr. Huizar created his own fiefdom with Council District 14. He negotiated with developers like he was buying a new car or house. He and his family profited and enjoyed a luxurious lifestyle while his constituents had their lives destroyed and ruined by his selfish actions and greedy developers.  The arrest of Mr. Huizar and his co conspirators did nothing to reform City Hall.  The homeless crisis in Council District 14 is a direct result of Mr. Huizar's wheeling and dealing because we have lost a lot of rent controlled units and many of those who were evicted are now living on the streets.

Mr. Huizar's criminal actions should send him to jail ▮▮▮▮▮▮▮▮▮▮▮▮ but that is in your hands to decide. Mr. Huizar's actions directly impacted the lives of his former constituents and I strongly feel he should be forced to apologize directly to Council District 14 and to the whole City for his illicit actions. Mr. Huizar should not be given the luxury of quietly fading away from the criminal conspiracy he created.  He should be required to write a full-page summation of his crimes and apology in the LA Times, LA Daily News and online with the Eastsider.com and the LAist.com.  He should also write a letter of apologies to all Neighborhood Councils and Business Improvement Districts in Council District 14.  Our current Council member, Kevin de Leon, went on a public apology tour for his derogatory remarks and inactions, so it seems appropriate that Mr. Huizar does the same.  This will not undo the damage he has caused but it would be the first step in bringing accountability and transparency back to the LA City Hall.

I apologize for the length of my letter but no one has wanted to listen to my family's plight nor the plight of the constituents of Council District 14 who are the silent victims of Mr. Huizar's criminal activity.  Thank you for listening.

Sincerely,

Kenneth Walsh