# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSÉ LUIS HUIZAR, et al.,<br><br>　　　　Defendants. | Case No. 2:20-CR-326(A)-JFW-1<br><br>**ORDER SEALING DOCUMENTS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

Defendant's *ex parte* application for leave to file under seal is GRANTED. Defendant's supplemental sentencing statement and Exhibits 21 and 22 are sealed.

DATED: January 25, 2024          By: _____
　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　United States District Judge