UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.  **CR 20-326(A)-JFW**                                                    Dated: January 26, 2024

==============================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Cassie D. Palmer |
| | | Susan S. Har |
| | Interpreter: None | Brian R. Faerstein |
| | | Asst. U.S. Attorney |
| | | present |

==============================================================================
U.S.A. vs (Dfts listed below)                          Attorneys for Defendants

1.   Jose Luis Huizar                             1)   Charles James Snyder, DFPD
     present on bond                                    Adam Olin, DFPD
                                                        present appointed

_____

PROCEEDINGS:     **SENTENCING**

Case called, and counsel make their appearance.

Court imposes sentence on defendant.  For the terms and conditions of the sentence, refer to Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.


CC: USPO/PSA; USM; BOP

Initials of Deputy Clerk   sr
2/05