```
1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS (Cal. Bar No. 242101)
   Assistant United States Attorney
3  Chief, Criminal Division
   CASSIE D. PALMER (Cal. Bar No. 268383)
4  SUSAN S. HAR (Cal Bar. No. 301924)
   BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
5  Assistant United States Attorneys
   Public Corruption & Civil Rights Section
6  1500 United States Courthouse
   312 North Spring Street
7  Los Angeles, California 90012
        Telephone: (213) 894-0363/3289/3819
8       Facsimile: (213) 894-6436
        E-mail:    Cassie.Palmer@usdoj.gov
9                  Susan.Har@usdoj.gov
                   Brian.Faerstein@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA
```

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW-1 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DIRECTING: (1) THE CLERK OF COURT TO APPLY DEFENDANT'S JANUARY 26, 2024 PAYMENT OF $38,792.41 SOLELY TO RESTITUTION OWED TO THE INTERNAL REVENUE SERVICE; AND (2) THE CLERK TO ISSUE AN AMENDED JUDGMENT CONSISTENT WITH THE FOREGOING |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

1 | The Court has reviewed the Stipulation filed by the parties in this matter for an (1) the Clerk of the Court to apply the payment of $38,792.41 made by defendant Jose Luis Huizar on January 26, 2024 solely to restitution defendant owes to the Internal Revenue Service, and (2) the Clerk to issue an Amended Judgment consistent with the foregoing, which the Court incorporates herein.  For good cause shown, IT IS HEREBY ORDERED that:

    1.   The Clerk's Office shall apply defendant's January 26, 2024 payment of $38,792.41 solely to the federal restitution owed to the Internal Revenue Service.

    2.   The Clerk shall enter an Amended Judgment consistent with the foregoing.

    3.   The United States Attorney's Office shall email a copy of this Order to the Clerk of the Court at fis_cac@cacd.uscourts.gov upon its entry.

**IT IS SO ORDERED.**

_____   _____
DATE                           HONORABLE JOHN F. WALTER
                               UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
CASSIE D. PALMER
Assistant United States Attorney