CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Jose Huizar

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS HUIZAR,<br><br>Defendant. | Case No. 20-CR-326-JFW-1<br><br>**JOSE HUIZAR'S UNOPPOSED EX PARTE APPLICATION FOR ORDER SEALING APPLICATION TO CONTINUE SURRENDER DATE FROM APRIL 30, 2024 TO AUGUST 30, 2024** |

Jose Huizar, through counsel, applies ex parte and without opposition for an order sealing the Application to Continue Surrender Date from April 30, 2024 to August 30, 2024. Huizar bases this application on the attached memorandum and declaration, the files and records in this case, and any other argument or evidence that the Court may consider.

Respectfully submitted,
CUAUHTÉMOC ORTEGA
Federal Public Defender

Dated: April 15, 2024     By     /s/ Charles J. Snyder
Charles J. Snyder
Adam Olin
Attorneys for José Huizar

## MEMORANDUM OF POINTS AND AUTHORITIES

Jose Huizar seeks to file his application to continue sentencing under seal. A court has supervisory powers over its records and files to seal documents under appropriate circumstances, see United States v. Mann, 829 F.2d 849, 853 (9th Cir. 1987); see also Local Rule 79-5.1 (providing that a party may request that documents be filed under seal), including to protect private medical information, Gary v. Unum Life Ins. Co. of Am., No. 3:17-CV-01414-HZ, 2018 WL 1811470, at *3 (D. Or. Apr. 17, 2018) (private medical information). The application contains private medical information that, for multiple reasons, is the appropriate subject of sealing.

Respectfully submitted,

CUAUHTÉMOC ORTEGA
Federal Public Defender

Dated: April 15, 2024          By      /s/ Charles J. Snyder
                                       Charles J. Snyder
                                       Adam Olin
                                       Attorneys for José Huizar

1

## DECLARATION OF CHARLES J. SNYDER

I, Charles J. Snyder, declare as follows:

1. I am a California-licensed DFPD and one of the lawyers appointed to represent Jose Huizar in this matter. Unless otherwise stated, I make this declaration based on personal knowledge and, if called as a witness, would attest to its contents under oath.

2. In support of Mr. Huizar's request for a sentencing continuance, I am seeking to file under seal an application containing private medical information.

3. I communicated with the government about this filing and the government neither opposes its substantive request to seal nor its ex parte nature.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed April 15, 2024 at Los Angeles, California.

                                                             */s/ Charles J. Snyder*
                                                              Charles J. Snyder