# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br> JOSE LUIS HUIZAR, <br><br>　　　　Defendant. | Case No. 20-CR-326-JFW <br><br> **[PROPOSED] ORDER** |

GOOD CAUSE having been shown, Jose Huizar's Application to Continue Surrender Date from April 30, 2024 to August 30, 2024 shall be filed under seal.

DATE:

　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　United States District Judge