# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE LUIS HUIZAR,<br><br>  Defendant. | Case No. 20-CR-326(A)-JFW<br><br>**ORDER** |

GOOD CAUSE having been shown, Jose Huizar's Application to Continue Surrender Date from April 30, 2024 to August 30, 2024 shall be filed under seal.

DATE: April 16, 2024

_____
Hon. John F. Walter
United States District Judge