**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSÉ LUIS HUIZAR,<br><br>　　　　Defendant. | Case No. 20-CR-326-JFW-1<br><br>**ORDER** |

　　GOOD CAUSE having been shown, the Court hereby CONTINUES Jose Huizar's surrender date from noon on April 30, 2024 **to noon on August 30, 2024**.

DATED: April 16, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: USPO/PSA; USM; BOP