CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287247)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSÉ LUIS HUIZAR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSÉ LUIS HUIZAR, et al.,<br><br>  Defendants. | Case No. 2:20-CR-326-JFW-1<br><br>***EX PARTE* APPLICATION TO CONTINUE SURRENDER DATE; DECLARATION OF COUNSEL** |

Defendant José Luis Huizar, through counsel, seeks an order continuing his surrender date from August 30, 2024, to December 2, 2024. This application is based upon the attached declaration of counsel, exhibits contemporaneously filed under seal, and the other records in this case. The government's position is as follows:

The government previously agreed to a four-month continuance relating to the issues discussed in defendant's April 16, 2024 under-seal filing, on the condition that defendant agree not to seek further continuances, barring some new, unexpected, and extraordinary event. (Dkt. No. 1409 ¶ 10.) Defendant agreed to that condition. (Id.) The government agrees that the information defendant's counsel is submitting under seal to the Court concurrently with this filing appears to be a new, unexpected, and extraordinary event. In light of this, the government does not object to a final 30-day continuance of defendant's surrender date, but objects to a continuance longer than 30 days and any further continuances.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: August 28, 2024     /s/ Adam Olin
CHARLES J. SNYDER
ADAM OLIN
Deputy Federal Public Defender
Attorneys for José Luis Huizar