## DECLARATION OF ADAM OLIN

I, Adam Olin, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent José Luis Huizar in this matter.

2. The Court previously continued Mr. Huizar's surrender date to August 30, 2024. ECF No. 1411.

3. While Mr. Huizar was prepared to begin service of his sentence as scheduled, recent issues as detailed in the contemporaneously filed under seal exhibits have arisen. For those reasons, particularly as they relate to matters discussed in Mr. Huizar's prior request for a continuance of surrender, *see* ECF No. 1408, Mr. Huizar respectfully requests a continuance of surrender of approximately three months.

4. On August 27, 2024, Assistant United States Attorney Cassie Palmer informed me that the government's position is as follows:

> The government previously agreed to a four-month continuance relating to the issues discussed in defendant's April 16, 2024 under-seal filing, on the condition that defendant agree not to seek further continuances, barring some new, unexpected, and extraordinary event. (Dkt. No. 1409 ¶ 10.) Defendant agreed to that condition. (Id.) The government agrees that the information defendant's counsel is submitting under seal to the Court concurrently with this filing appears to be a new, unexpected, and extraordinary event. In light of this, the government does not object to a final 30-day continuance of defendant's surrender date, but objects to a continuance longer than 30 days and any further continuances.

5. For these reasons, I respectfully request that the Court the application and continue Mr. Huizar's surrender by approximately three months.

//
//

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2024, at Los Angeles, California.

/s/ *Adam Olin*          .
ADAM OLIN