1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**WESTERN DIVISION**

11

UNITED STATES OF AMERICA,

Case No. 2:20-CR-326-JFW-1

12

Plaintiff,

**[PROPOSED] ORDER GRANTING**
***EX PARTE* APPLICATION**
**CONTINUING SURRENDER**

13

v.

14

JOSÉ LUIS HUIZAR, et al.,

15

Defendants.

16

17       GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that

18  defendant José Luis Huizar's surrender date be continued until noon on December 2,

19  2024.

20

21  DATED: August __, 2024          By: _____

22                                            HONORABLE JOHN F. WALTER
                                              United States District Judge

23
24
25
26
27
28