CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES J. SNYDER (Bar No. 287247)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSÉ LUIS HUIZAR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSÉ LUIS HUIZAR, et al.,<br><br>    Defendants. | Case No. 2:20-CR-326-JFW-1<br><br>**DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION TO FILE EXHIBITS UNDER SEAL** |

Defendant José Luis Huizar, through counsel, hereby seeks an order permitting him to file Exhibit A and Exhibit B in support of his *ex parte* application to continue surrender under seal. The exhibits contain private information in which the public has no legitimate interest. This application is based on the attached declaration of counsel. The government does not oppose the application.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: August 28, 2024

/s/ *Adam Olin*
CHARLES J. SNYDER
ADAM OLIN
Deputy Federal Public Defender
Attorneys for José Luis Huizar