**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-326-JFW-1 |
| Plaintiff, | **ORDER SEALING DOCUMENTS** |
| v. | |
| JOSÉ LUIS HUIZAR, et al., | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

Defendant's *ex parte* application for leave to file under seal is GRANTED. Exhibits A and B are filed under seal.

DATED: August 29, 2024         By: _____
                                                    HONORABLE JOHN F. WALTER
                                                    United States District Judge