NOTE CHANGE BY COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSÉ LUIS HUIZAR, et al., <br><br> Defendants. | Case No. 2:20-CR-326-JFW-1 <br><br> **ORDER GRANTING *EX PARTE* APPLICATION CONTINUING SURRENDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant José Luis Huizar's surrender date be continued until noon on October 7, 2024.

DATED: August 29, 2024    By: _[signature]_
HONORABLE JOHN F. WALTER
United States District Judge

CC: USPO/PSA; USM; BOP; Fiscal