

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:  Chief Deputy/Fiscal

**Re:  Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:  __2:20−cr−00326−JFW__

Defendant's Name:  __Jose Luis Huizar__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __10/7/2024__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __10/18/2024__, it was verified the defendant:**

__has surrendered to the Bureau of Prisons__.

**Verified via Bureau of Prisons website.**

__October 18, 2024__                    By __/s/ Ingrid Valdes__
Date                                                    Deputy Clerk

CR−86 (11/08)                            VERIFICATION OF SURRENDER