BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0363
     Facsimile: (213) 894-6436
     E-mail:    cassie.palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| v. | |
| **See Attachment A**, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that CASSIE D. PALMER is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

Dated: May 15, 2025                    Respectfully submitted,

                                       BILAL A. ESSAYLI
                                       United States Attorney

                                       CHRISTINA T. SHAY
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                             /s/
                                       _____
                                       CASSIE D. PALMER
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

# ATTACHMENT A

2:04-CR-00751-TJH

2:06-cr-00299-SVW

2:09-cr-00260-R

2:10-cr-00768-R

2:10-cr-01204-SVW

2:10-cr-01344-MWF

2:11-cr-00392-R

2:11-cr-00840-PA

2:12-cr-00807-GHK

2:12-cr-00843-DMG

2:12-cr-00846-GAF

2:13-cr-00183-JAK

2:13-cr-00713-SVW

2:13-cr-00719-JLS

2:14-cr-00300-SJO

2:14-cr-00304-PSG

2:14-cr-00417-MWF

2:14-cr-00453-ODW

2:14-cr-00491-SVW

2:14-cr-00599-GHK

2:14-cr-00633-SVW

2:14-cr-00633-SVW-DMG

2:14-cr-00692-R

2:14-cr-00708-ODW

2:14-cv-09841-SJO

2:15-cr-00010-UA-1

2:15-cr-00095-DSF

2:15-cr-00104-DDP

2:15-cr-00111-DSF

2:15-cr-00119-MWF

2:15-cr-00123-BRO

2:15-cr-00142-GW

2:15-cr-00171-SVW

2:15-cr-00195-SVW

2:15-cr-00195-SVW-DMG

2:15-cr-00314-DDP-AB

2:15-cr-00409-JAK

2:15-cr-00412-CAS

2:15-cr-00466-FMO
2:15-cr-00466-FMO
2:15-cv-01288-SJO-GJS
2:15-cv-05116-GW-AGR
2:15-cv-06348-PA-FFM
2:15-cv-09726-RSWL
2:16-cr-00017-DMG
2:16-cr-00022-DMG
2:16-cr-00071-FMO
2:16-cr-00113-MWF
2:16-cr-00115-SVW
2:16-cr-00146-FMO
2:16-cr-00146-FMO-DMG
2:16-cr-00172-MWF
2:16-cr-00189-GW
2:16-cr-00209-GW
2:16-cr-00226-R
2:16-cr-00266-PA
2:16-cr-00293-JFW
2:16-cr-00311-AB
2:16-cr-00494-JFW
2:16-cr-00537-PSG
2:16-cr-00544-DSF
2:16-cr-00599-R
2:16-cr-00611-VAP
2:16-cr-00612-AB
2:16-cr-00613-JAK
2:16-cr-00651-MWF
2:16-cr-00739-CJC
2:16-cr-00743-JAK
2:16-cr-00762-FMO
2:16-cv-01845-PA
2:16-cv-03856-AK
2:16-cv-07903-BRO
2:17-cr-00344-DSF
2:17-cr-00608-DSF
2:17-cr-00639-SJO
2:17-cv-01842-R

2:17-cv-02199-VAP
2:18-cr-00121-PSG
2:18-cr-00760-GW
2:18-cr-00891-DMG
2:19-cr-00200-DSF
2:20-cr-00154-JFW
2:20-cr-00203-JFW
2:20-cr-00208-JFW
2:20-cr-00326-JFW
2:20-cr-00369-JFW
2:21-cr-00267-MCS
2:21-cr-00427-FLA-AB
2:21-cr-00575-JVS
2:21-cv-05671-VAP
2:22-cr-00471-JFW
2:23-cr-00618-SVW
2:23-cr-00619-SVW
2:24-cr-00527-SVW
2:24-cr-00751-MWC
2:91-cr-00582-AK-TJH
5:16-cr-00129-RGK
5:18-cr-00172-RGK
5:18-cr-00335-MWF
8:14-cr-00080-CJC
8:14-cr-00182-SVW
8:14-cr-00199-JFW
8:15-cr-00022-JAK
8:15-cr-00128-PA
8:16-cr-00095-AG
8:17-cr-00077-RGK
8:17-cr-00189-DOC
8:18-cr-00184-DOC
8:19-cv-00260-PA
8:21-cr-00187-JVS
8:24-cr-00077-WLH